**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Crim. No.** |
| v. | **CHARGES:** |
| **Roger Jason Stone, Jr.** | **Grand Jury Original** |
| Defendant. | **18 U.S.C. § 1505 (Obstruction of Official Proceeding)**<br>**18 U.S.C. § 1001 (False Statements)**<br>**18 U.S.C. § 1512(b)(1) (Witness Tampering)**<br>**18 U.S.C. § 2 (Causing an Act to be Done)** |
| | **UNDER SEAL** |

**ORDER**

Upon consideration of the government's Motion for Sealing of the Indictment, Warrant, the Instant Motion, and to Delay Entry on the Public Docket of the Filings of the Motion to Seal and all Related Matters; for the reasons set out therein; and in consideration of *Washington Post v. Robinson*, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), it is hereby

**ORDERED** that the Indictment, Warrant, the Instant Motion and that entry on the public docket of the filings of the motion to seal and all related matters be delayed until the defendant named in the Indictment is in custody, at which time the foregoing materials shall be unsealed; and

**IT IS FURTHER ORDERED** that the government shall inform the Court as soon as the defendant named in the Indictment is in custody so that the foregoing materials can be unsealed and entered on the public docket.

_____                    _____
Date                                                                HON. DEBORAH A. ROBINSON
                                                                           UNITED STATES MAGISTRATE JUDGE