**FILED**

**JAN 2 4 2019**

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Roger Jason Stone, Jr.,<br><br>Defendant. | Crim. No.<br><br>CHARGES:<br><br>Grand Jury Original<br><br>18 U.S.C. § 1505 (Obstruction of Official Proceeding)<br>18 U.S.C. § 1001 (False Statements)<br>18 U.S.C. § 1512(b)(1) (Witness Tampering)<br>18 U.S.C. § 2 (Causing an Act to be Done)<br><br>**UNDER SEAL** |

Case: 1:19-cr-00018
Assigned To : Judge Amy B Jackson
Assign. Date : 01/24/2019
Description: INDICTMENT (B)
Related Case: 18cr215 (ABJ)

**ORDER**

Upon consideration of the government's Motion for Sealing of the Indictment, Warrant, the Instant Motion, and to Delay Entry on the Public Docket of the Filing of the Motion to Seal and all Related Matters; for the reasons set out therein; and in consideration of *Washington Post v. Robinson*, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), it is hereby

**ORDERED** that the Indictment, Warrant, the Instant Motion and the entry on the public docket of the filings of the motion to seal and all related matters be delayed until the defendant named in the Indictment is in custody, at which time the foregoing materials shall be unsealed; and

**IT IS FURTHER ORDERED** that the government shall inform the Court as soon as the defendant named in the Indictment is in custody so that the foregoing materials can be unsealed and entered on the public docket.

January 24, 2019
Date

HON. DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE