IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      Plaintiff,

    v.                                Case 1:19-cr-00018-ABJ

ROGER J. STONE, JR.

      Defendant.

_____/

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that BUSCHEL GIBBONS, P.A. (Robert C. Buschel, Esq., appearing) hereby enters its appearance as permanent counsel of record on behalf of Defendant ROGER STONE and requests that all pleadings, motions, notices, correspondence, orders and other filings regarding this case be served on Robert C. Buschel, Esq. at the below address.

                                Respectfully submitted,
                                Robert C. Buschel, Esq.
                                BUSCHEL GIBBONS, P.A.
                                One Financial Plaza
                                100 S.E. Third Avenue, Suite 1300
                                Fort Lauderdale, Florida  33394
                                Tele:  (954) 530-5301
                                Buschel@BGlaw-pa.com

                          By:  __/s/ Robert C. Buschel_____
                                ROBERT C. BUSCHEL
                                Florida Bar No. 0063436
                                *Pro hac vice* pending

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

BUSCHEL GIBBONS, P.A.

BY: /s/ Robert Buschel_____
ROBERT C. BUSCHEL

Jonathan Ian Kravis

jonathan.kravis3@usdoj.gov, Angelina.Slagle@USDOJ.gov, CaseView.ECF@usdoj.gov, USADC.CriminalDocket@USDOJ.gov, USADC.ECFFraud@USDOJ.gov

Michael John Marando

michael.marando@usdoj.gov, Joshua.Fein@usdoj.gov, caseview.ecf@usdoj.gov, usadc.criminaldocket@usdoj.gov, usadc.ecffraud@usdoj.gov

Aaron Simcha Jon Zelinsky    asjz@usdoj.gov

Lawrence Rush Atkinson    lra@usdoj.gov

Andrew Daniel Goldstein    adg@usdoj.gov

Jeannie Sclafani Rhee    jsr@usdoj.gov