IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                            Case 1:19-cr-00018-ABJ

ROGER J. STONE, JR.

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that STRATEGYSMITH, P.A. (Grant J. Smith, Esq., appearing) hereby enters its appearance as permanent counsel of record on behalf of Defendant ROGER J. STONE, JR. and requests that all pleadings, motions, notices, correspondence, orders and other filings regarding this case be served on Grant J. Smith, Esq. at the below address.

                                          Respectfully submitted,
                                          Grant J. Smith, Esq.
                                          STRATEGYSMITH, P.A.
                                          401 East Las Olas Boulevard
                                          Suite 130-120
                                          Fort Lauderdale, Florida  33301
                                          Tele:  (954) 328-9064
                                          gsmith@strategysmith.com

                                  By: __/s/ Grant J. Smith_____
                                          GRANT J. SMITH
                                          Florida Bar No. 935212
                                          *Pro hac vice* pending

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

        STRATEGYSMITH, P.A.

        BY:  /s/ Grant J. Smith
        GRANT J. SMITH

Jonathan Ian Kravis

jonathan.kravis3@usdoj.gov, Angelina.Slagle@USDOJ.gov, CaseView.ECF@usdoj.gov, USADC.CriminalDocket@USDOJ.gov, USADC.ECFFraud@USDOJ.gov

Michael John Marando

michael.marando@usdoj.gov, Joshua.Fein@usdoj.gov, caseview.ecf@usdoj.gov, usadc.criminaldocket@usdoj.gov, usadc.ecffraud@usdoj.gov

Aaron Simcha Jon Zelinsky    asjz@usdoj.gov

Lawrence Rush Atkinson    lra@usdoj.gov

Andrew Daniel Goldstein    adg@usdoj.gov

Jeannie Sclafani Rhee    jsr@usdoj.gov