IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    v.                                                                                  Case 1:19-cr-00018-ABJ

ROGER J. STONE, JR.

    Defendant.
_____/

## MOTION FOR ADMISSION OF ROBERT BUSCHEL

Pursuant to Criminal Local Rule 44.1(c) & (d), Defendant Roger Stone moves for the admission and appearance of attorney Robert C. Buschel *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Robert Buschel, filed herewith. As set forth in Mr. Buschel's declaration, he is admitted and an active member in good standing the following courts and bars: the Florida Bar, California Bar, Eleventh Circuit Court of Appeals, the U.S. District Court for the Southern and Middle Districts of Florida. the U.S. District Court for the Northern District of California, the U.S. District Court for the Central District of California. This motion is supported and signed by L. Peter Farkas, Esq. an active and sponsoring member of the Bar of this Court.

Dated this 28th day of January, 2019.

                                                             Respectfully submitted,

                                                             __/s/ L. Peter Farkas_____

                                                             L. Peter Farkas
                                                             (DDC Bar No. 52944)
                                                             Halloran Farkas & Kittila, LLP
                                                             1101 30th Street, NW
                                                             Suite 500
                                                             Washington, DC 20007
                                                             (202) 559-1700
                                                             PF@hfk.law

## **CERTIFICATE OF SERVICE**

 I hereby certify that on January 28, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

        _____/s/ L. Peter Farkas_____
        L. Peter Farkas

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.                                                                  Case 1:19-cr-00018-ABJ

ROGER J. STONE, JR.

       Defendant.
_____/

**DECLARATION OF ROBERT BUSCHEL IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE**

I, Robert Buschel, hereby declare:

1. My name, office address, and telephone number are as follows:

   Robert C. Buschel
   Buschel Gibbons, P.A.
   One Financial Plaza, Suite 1300
   100 S.E. Third Avenue
   Fort Lauderdale, FL 33394
   (954) 530-5301
   Buschel@BGlaw-pa.com

2. I have been admitted to the following courts and bars:

   Supreme Court of Florida (1995) (Fla. Bar No. 0063436)

   Supreme Court of California (2010) (Cal. Bar No. 269354)

   U.S. District Court for the Northern District of California

   U.S. District Court for the Central District of California

3. I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have been previously been admitted *pro hac vice* one time in this Court in *Cockrum*

*et. al v. Trump Campaign and Roger Stone,* Case No. 1:17-cv-1370 (District Judge Huvelle), in the last two years.

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Fort Lauderdale, Florida this _28th_ day of January, 2018.

                                            ____/s/ Robert Buschel_____
                                            Robert C. Buschel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.    Case 1:19-cr-00018-ABJ

ROGER J. STONE, JR.

    Defendant.
_____/

**ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY ROBERT C. BUSCHEL PRO HAC VICE**

The Court has reviewed the Defendant Roger Stone's motion for admission of attorney Robert Buschel *pro hac vice*. Upon consideration of that motion, the Court grants attorney Robert Buschel *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

                                                      _____
                                                      Amy Berman Jackson
                                                      United States District Judge