## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      Plaintiff,

   v.                                       Case 1:19-cr-00018-ABJ

ROGER J. STONE, JR.

      Defendant.

_____/

### MOTION FOR *PRO HAC VICE* ADMISSION OF GRANT J. SMITH

Pursuant to Criminal Local Rule 44.1(c) & (d), I, Grant J. Smith, counsel for defendant Roger Stone, respectfully moves this Court to permit Grant J. Smith to appear *pro hac vice* as counsel for defendant Roger Stone. Mr. Smith's declaration and a proposed order are attached to this motion.

Dated:   January 28, 2019                Respectfully submitted,

                                                       /s/ L. Peter Farkas
                                                       L. Peter Farkas (DDC Bar No. 99673)
                                                       Halloran Farkas & Kittila, LLP
                                                       1101 30th Street, NW
                                                       Washington, DC 20007
                                                       (202) 559-1700
                                                       pf@hfk.law

                                                       *Counsel for Roger Stone*

## CERTIFICATE OF SERVICE

    I certify that on January 28, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties.

Dated:   January 28, 2019                     /s/ L. Peter Farkas
                                                      L. Peter Farkas
                                                      *Counsel for Roger Stone*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.

    Defendant.

Case 1:19-cr-00018-ABJ

_____/

## DECLARATION OF GRANT J. SMITH IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Grant J. Smith, hereby declare:

1. My name, office address, and telephone number are as follows:

    Grant J. Smith
    StrategySmith, PA
    401 East Las Olas Boulevard
    Suite 130-120
    Fort Lauderdale, FL 33301
    954.328.9064
    gsmith@strategysmith.com

2. I have been admitted to the following courts and bars:

    Supreme Court of Florida (1992) (Fla. Bar No. 935212)

    U.S. District Court for the Southern District of Florida

3. I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have been admitted *pro hac vice* in this Court once in the past 2 years.

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Fort Lauderdale, Florida this 28th day of January, 2019.

_____
Grant J. Smith

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                    Case 1:19-cr-00018-ABJ

ROGER J. STONE, JR.

    Defendant.

_____/

**ORDER**

It is ordered that Grant J. Smith be granted leave to appear *pro hac vice* on behalf of Defendant Roger Stone.

Dated: _____

                                                               The Hon. Amy Berman Jackson
                                                               United States District Judge