IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.

    Defendant.

                Case 1:19-cr-00018-ABJ

_____/

## DECLARATION OF GRANT J. SMITH IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Grant J. Smith, hereby declare:

1. My name, office address, and telephone number are as follows:

   Grant J. Smith
   StrategySmith, PA
   401 East Las Olas Boulevard
   Suite 130-120
   Fort Lauderdale, FL 33301
   954.328.9064
   gsmith@strategysmith.com

2. I have been admitted to the following courts and bars:

   Supreme Court of Florida (1992) (Fla. Bar No. 935212)

   U.S. District Court for the Southern District of Florida

3. I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have been admitted *pro hac vice* in this Court once in the past 2 years.

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Fort Lauderdale, Florida this 28th day of January, 2019.

_____
Grant J. Smith