IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case 1:19-cr-00018-ABJ

ROGER J. STONE, JR.

    Defendant.
_____/

**ORDER**

It is ordered that Grant J. Smith be granted leave to appear *pro hac vice* on behalf of Defendant Roger Stone.

Dated: _____

                                                      The Hon. Amy Berman Jackson
                                                      United States District Judge