IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case 1:19-cr-00018-ABJ

ROGER J. STONE, JR.

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Halloran Farkas + Kittila, LLP. (L. Peter Farkas, Esq. appearing) hereby enters its appearance as permanent counsel of record on behalf of Defendant ROGER STONE and requests that all pleadings, motions, notices, correspondence, orders and other filings regarding this case be served on L. Peter Farkas, Esq. at the below address.

                                        Respectfully submitted,

                                        __/s/ L. Peter Farkas_____

                                        L. Peter Farkas
                                        (DDC Bar No. 52944)
                                        Halloran Farkas + Kittila, LLP
                                        1101 30th Street, NW
                                        Suite 500
                                        Washington, DC 20007
                                        (202) 559-1700
                                        PF@hfk.law

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

BY: /s/ L. Peter Farkas
L. Peter Farkas

Jonathan Ian Kravis

jonathan.kravis3@usdoj.gov, Angelina.Slagle@USDOJ.gov, CaseView.ECF@usdoj.gov, USADC.CriminalDocket@USDOJ.gov, USADC.ECFFraud@USDOJ.gov

Michael John Marando

michael.marando@usdoj.gov, Joshua.Fein@usdoj.gov, caseview.ecf@usdoj.gov, usadc.criminaldocket@usdoj.gov, usadc.ecffraud@usdoj.gov

Aaron Simcha Jon Zelinsky      asjz@usdoj.gov

Lawrence Rush Atkinson      lra@usdoj.gov

Andrew Daniel Goldstein      adg@usdoj.gov

Jeannie Sclafani Rhee      jsr@usdoj.gov