IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.   Case 1:19-cr-00018-ABJ

ROGER J. STONE, JR.

    Defendant.

_____/

## AMENDED MOTION FOR ADMISSION OF ROBERT BUSCHEL

Pursuant to Criminal Local Rule 44.1(c) & (d), Defendant Roger Stone moves for the admission and appearance of attorney Robert C. Buschel *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Robert Buschel, filed herewith. As set forth in Mr. Buschel's declaration, he is admitted and an active member in good standing the following courts and bars: the Florida Bar, California Bar, Eleventh Circuit Court of Appeals, the U.S. District Court for the Southern and Middle Districts of Florida. the U.S. District Court for the Northern District of California, the U.S. District Court for the Central District of California. This motion is supported and signed by L. Peter Farkas, Esq. an active and sponsoring member of the Bar of this Court.

Dated this 29th day of January, 2019.

                                              Respectfully submitted,

                                              __/s/ L. Peter Farkas_____

                                              L. Peter Farkas
                                              (DDC Bar No. 52944)
                                              Halloran Farkas + Kittila, LLP
                                              1101 30th Street, NW
                                              Suite 500
                                              Washington, DC 20007
                                              (202) 559-1700
                                              PF@hfk.law

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

          /s/ L. Peter Farkas_____
L. Peter Farkas