IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.   Case 1:19-cr-00018-ABJ

ROGER J. STONE, JR.

Defendant.

_____/

## ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY ROBERT C. BUSCHEL PRO HAC VICE

The Court has reviewed the Defendant Roger Stone's motion for admission of attorney Robert Buschel *pro hac vice*. Upon consideration of that motion, the Court grants attorney Robert Buschel *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

_____
Amy Berman Jackson
United States District Judge