IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                  Case 1:19-cr-00018-ABJ

ROGER J. STONE, JR.

    Defendant.

_____/

**AMENDED MOTION FOR *PRO HAC VICE* ADMISSION OF GRANT J. SMITH**

Under this Court's Local Criminal Rule 44.1 (c), (d), I, L. Peter Farkas, counsel for defendant Roger Stone, respectfully move that the Court permit Grant Smith to appear *pro hac vice* as counsel for defendant Roger Stone. Mr. Grant Smith's declaration and a proposed order are attached to this motion.

Dated:   January 29, 2019                           Respectfully submitted,

                                                                         /s/ L. Peter Farkas
                                                                         L. Peter Farkas (DDC Bar No. 52944)
                                                                          HALLORAN FARKAS + KITTILA, LLP
                                                                           1101 30th Street, NW
                                                                           Washington, DC 20007
                                                                           (202) 559-1700
                                                                           pf@hfk.law

                                                                           *Counsel for Roger Stone*

## CERTIFICATE OF SERVICE

I certify that on January 29, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties.

Dated:   January 29, 2019         /s/ L. Peter Farkas
                                  L. Peter Farkas
                                  *Counsel for Roger Stone*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case 1:19-cr-00018-ABJ

ROGER J. STONE, JR.

    Defendant.

_____/

## DECLARATION OF GRANT J. SMITH IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Grant J. Smith, hereby declare:

1. My name, office address, and telephone number are as follows:

   Grant J. Smith
   StrategySmith, PA
   401 East Las Olas Boulevard
   Suite 130-120
   Fort Lauderdale, FL 33301
   954.328.9064
   gsmith@strategysmith.com

2. I have been admitted to the following courts and bars:

   Supreme Court of Florida (1992) (Fla. Bar No. 935212)

   U.S. District Court for the Southern District of Florida

3. I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have been admitted *pro hac vice* in this Court once in the past 2 years.

5. I have never been disciplined by any bar in which I was nor am a member.

6. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in the District of Columbia this 29th day of January, 2019.

                                                            _____/s/ Grant Smith_____
                                                             Grant J. Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.                                                          Case 1:19-cr-00018-ABJ

ROGER J. STONE, JR.

       Defendant.

_____/

**ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY GRANT J. SMITH**

The Court has reviewed the Defendant Roger Stone's motion for admission of attorney Grant Smith *pro hac vice*. Upon consideration of that motion, the Court grants attorney Grant Smith *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

                                                              _____
                                                              Amy Berman Jackson
                                                              United States District Judge