IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.

    Defendant.

_____/

Case 1:19-cr-00018-ABJ

## DECLARATION OF GRANT J. SMITH IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Grant J. Smith, hereby declare:

1. My name, office address, and telephone number are as follows:

Grant J. Smith
StrategySmith, PA
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
954.328.9064
gsmith@strategysmith.com

2. I have been admitted to the following courts and bars:

Supreme Court of Florida (1992) (Fla. Bar No. 935212)

U.S. District Court for the Southern District of Florida

3. I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have been admitted *pro hac vice* in this Court once in the past 2 years.

5. I have never been disciplined by any bar in which I was nor am a member.

6. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in the District of Columbia this 29th day of January, 2019.

                                      _____/s/ Grant Smith_____
                                      Grant J. Smith