IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.   Case 1:19-cr-00018-ABJ

ROGER J. STONE, JR.

    Defendant.

_____/

**ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY GRANT J. SMITH**

The Court has reviewed the Defendant Roger Stone's motion for admission of attorney Grant Smith *pro hac vice*. Upon consideration of that motion, the Court grants attorney Grant Smith *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

                                                  Amy Berman Jackson
                                                  United States District Judge