AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | |
|---|---|
| v. | Case: 1:19-cr-00018 |
| Roger Jason Stone, Jr. | Assigned To : Judge Amy B Jackson |
| | Assign. Date : 01/24/2019 |
| | Description: INDICTMENT (B) |
| | Related Case: 18cr215 (ABJ) |

*Defendant*

**FILED**
JAN 29 2019
Clerk, U.S. District and
Bankruptcy Courts

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Roger Jason Stone, Jr.                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1505 (Obstruction of Official Proceeding)
18 U.S.C. § 1001 (False Statements)
18 U.S.C. § 1512(b)(1) (Witness Tampering)
18 U.S.C. § 2 (Causing an Act to be Done)

Date:   01/24/2019

*Issuing officer's signature*

City and state:   Washington, D.C.

Magistrate Judge Deborah A. Robinson
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1·25·2019, and the person was arrested on *(date)* 1·25·2019
at *(city and state)* Fort Lauderdale, Fla.

Date: 1·25·2019

*Arresting officer's signature*
receiving
DUSM Maribel Albin  0920
*Printed name and title*