**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
ORDER**

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                        Case 1:19-cr-00018-ABJ

ROGER J. STONE, JR.

      Defendant.

_____/

**ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION
OF ATTORNEY BRUCE S. ROGOW**

The Court has reviewed Defendant Roger J. Stone's Motion for Admission of Attorney Bruce S. Rogow *pro hac vice*. Upon consideration of the Motion, the Court GRANTS attorney Bruce S. Rogow *pro hac vice* admission to this Court.

Dated: _____

                                                      **HONORABLE AMY BERMAN JACKSON
UNITED STATES DISTRICT COURT JUDGE**