IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                                    Case 1:19-cr-00018-ABJ

ROGER J. STONE, JR.

    Defendant.

_____/

## MOTION FOR ADMISSION OF TARA A. CAMPION

Pursuant to Local Criminal Rules 44.1(c) and (d), Defendant Roger J. Stone moves for the admission and appearance of attorney Tara A. Campion, *pro hac vice*, in the above-entitled action. This Motion is supported by the Declaration of Tara A. Campion, filed contemporaneously. As set forth in Ms. Campion's Declaration, she is admitted as an active member in good standing in the following courts and bars: the Supreme Court of the United States, the Florida Bar, the Eleventh Circuit Court of Appeals, and the U.S. District Court for the Southern District of Florida. This Motion is supported and signed by L. Peter Farkas, Esq., an active and sponsoring member of the Bar of this Court.

Dated:   January 30, 2019                            Respectfully submitted,

                                                                         */s/ L. Peter Farkas*
                                                                         L. Peter Farkas (DDC Bar No. 99673)
                                                                         HALLORAN FARKAS & KITTILA, LLP
                                                                         1101 30th Street, NW
                                                                         Washington, DC 20007
                                                                         (202) 559-1700
                                                                         pf@hfk.law

                                                                         *Counsel for Roger Stone*

## **CERTIFICATE OF SERVICE**

I certify that on January 30th, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF.

>*/s/ L. Peter Farkas*
>L. Peter Farkas
>*Counsel for Roger Stone*