IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case 1:19-cr-00018-ABJ

ROGER J. STONE, JR.

    Defendant.

_____/

**DECLARATION OF TARA A. CAMPION IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

    I, Tara A. Campion, hereby declare:

1. My name, office address, and telephone number are as follows:
   Tara A. Campion
   Bruce S. Rogow, P.A
   100 NE 3rd Ave., Ste. 1000
   Fort Lauderdale, FL 33301
   Ph: 954-767-8909
   tcampion@rogowlaw.com

2. I have been admitted to the following courts and bars:
   Supreme Court of the United States
   Supreme Court of Florida (Fla. Bar No. 90944)
   Eleventh Circuit Court of Appeals
   United States District Court, SDFL

3. I am currently in good standing with all State, Courts, and Bars in which I am admitted and further state that I have not been disciplined by any Bar to which I am admitted.

4. I have not been admitted *pro hac vice* in this Court in the past 2 years.

5. I do not have an office located within the District of Columbia.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed in Fort Lauderdale, Florida this 30th day of January, 2019.

*/s/ Tara A. Campion*
TARA A. CAMPION