**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**ORDER**

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                        Case 1:19-cr-00018-ABJ

ROGER J. STONE, JR.

      Defendant.

_____/

**ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION**
**OF ATTORNEY TARA A. CAMPION**

The Court has reviewed Defendant Roger J. Stone's Motion for Admission of Attorney

Tara A. Campion *pro hac vice*. Upon consideration of the Motion, the Court GRANTS attorney

Tara A. Campion *pro hac vice* admission to this Court.


Dated:  _____

                                        _____

                                        **HONORABLE AMY BERMAN JACKSON**
                                        **UNITED STATES DISTRICT COURT JUDGE**