# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Criminal No. 19-CR-00018 (ABJ) |
| : | |
| v. : | |
| : | |
| : | |
| **ROGER JASON STONE, JR.,** : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

Based upon the representations in the Consent Motion to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, the Court makes the following findings:

Given that this matter involves voluminous discovery records and events which unfolded over a period of years, this case "so complex . . . that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits" of the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(ii).   The Court also finds:

That the interests of justice would be served by excluding "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv).

Therefore, it is this ____ day of _____, 2019,

**ORDERED** that the case is designated as complex, the time is excluded from speedy trial clock based on the ends of justice being best served by permitting the defense reasonable time necessary for effective trial preparation and such action outweighs the interest of the public and the defendant in a speedy trial.

                                                  _____
THE HONORABLE AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE

cc:     ECF Parties of Record