**FILED**
**JAN 31 2019**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America

v.

Roger J. Stone, Jr.,
Defendant

Criminal Docket No. 1:19-cr-00018

Judge Amy Berman Jackson

*[handwritten annotation: File as Motion for Leave to file a Motion to Intervene  AB Jan 1/30/19  File 1st 2 pages only]*

Motion For Leave To File This Motion To Intervene

The greatest legal, political and ethical transgression of my lifetime was when President Ford pardoned President Nixon. Our world today is a direct result of that pardon. Life has come full circle and you have a chance to rectify that mistake. Roger Stone worked for Nixon and it is reported that he has a tattoo of him on his shoulder. Roger Stone is cancer of the worst kind.

Our country is counting on you. As you can see the United Sates of America is spiraling out of control. Our country **has accelerated** into unrecoverable chaos since I first filed with you in the Manafort case.

Americans have a Constitutional Right to this information. There is no other source for it. I am asking to be heard, I am not asking for you to rule in my favor. You know my intentions are honorable. I took an oath to protect my fellow Americans and that is what I am doing.

Each of the Judges in the following cases has publicly docketed my pleadings. Four (*) of the Judges have not ruled on my Motions to Join. The cases represent: minors suing the government about climate change, free speech, health care, immigrants, election tampering, etc.

**Mankind will cease to exist by October 12th, 2050 if we don't change the narrative and dialogue.**

Remember that it was Attorney General Matthew Whitaker that represented me in 2011 when I was falsely arrested. I can't invent the stuff that has happened to me in my quest to protect my fellow Americans. I will prevail. Judges are actually using my name and are placing my pleadings in the public docket. I pray that you do the same. Honor the First Amendment.

*State of Maryland v. United States of America (1:18-cv-02849) District Court, D. Maryland
Judge Ellen Hollander
*State Of New York v. Donald Trump (1:17-cv-05228) District Court, E.D. New York Judge Nicholas Garaufis
*Pen American Center, Inc. v. Trump (1:18-cv-09433) District Court, S.D. New York Judge Lorna Schofield
Juliana v. United States of America (6:15-cv-01517) District Court, D. Oregon Judge Ann Aiken
*CORSI v. MUELLER (1:18-cv-02885) District Court, District of Columbia Judge Ellen Huvelle
Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York
Judge Colleen McMahon
Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York
Judge John Koeltl

Attachment 1: Motion to join Pen American Center, Inc. v. Trump (1:18-cv-09433) District Court, S.D. New York Judge Lorna Schofield (2 of 84 pages)


Case 1:19-cr-00018-ABJ Document 20 Filed 01/31/19 Page 2 of 2

Attachment 2: Motion to Join State of Maryland v. United States of America (1:18-cv-02849) District Court, D. Maryland Judge Ellen Hollander (1 of 5 pages)

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on January 26th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson