UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. Action No. 19-0018 (ABJ) |
| ) | |
| ROGER JASON STONE, JR., ) | |
| ) | **FILED** |
| Defendant. ) | FEB - 1 2019 |
| ) | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

### ORDER

For the reasons stated on the record, the Court finds that the case is "so complex . . . that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits" of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), and that the interests of justice would be served by excluding "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv).

Therefore, it is **ORDERED** that the case is designated as complex; the time between the entry of this order and the next scheduled hearing in the matter on March 14, 2019 will be excluded from the speedy trial calculation; the ends of justice will be served by doing so; and this action outweighs the interest of the public and the defendant in a speedy trial.

AMY BERMAN JACKSON
United States District Judge

DATE: February 1, 2019