# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA         .
              Plaintiff,         .
vs.                              .  Docket No. CR 19-18-ABJ
                                 .
ROGER JASON STONE, JR.           .  Washington, D.C.
                                 .  Tuesday, January 29, 2018
              Defendant.         .
. . . . . . . . . . . . . . . . .x  11:00 a.m.
```

TRANSCRIPT OF ARRAIGNMENT HEARING

BEFORE THE HONORABLE MAGISTRATE JUDGE DEBORAH A. ROBINSON

UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:   Michael Marando, AUSA
                      Jonathan Ian Kravis, AUSA
                      U.S. ATTORNEY'S OFFICE FOR
                      THE DISTRICT OF COLUMBIA
                      555 Fourth Street, NW
                      Washington, DC 20530

                      Jeannie Sclafani Rhee
                      Aaron Zelinsky
                      U.S. DEPARTMENT OF JUSTICE
                      Special Counsel's Office
                      950 Pennsylvania Avenue, NW
                      Washington, DC 20530

For the Defendant:    Robert C. Buschel, Attorney-at-Law
                      BUSCHEL & GIBBONS, P.A.
                      One Financial Plaza
                      100 S.E. Third Avenue - Suite 1300
                      Ft. Lauderdale, FL 33394

                      Grant J. Smith, Attorney-at-Law
                      STRATEGYSMITH, P.A.
                      401 East Las Olas Boulevard
                      Suite 130-120
                      Ft. Lauderdale, FL 33301

```
1   Court Reporter:    Cathryn J. Jones, RPR
                       Official Court Reporter
2                      Room 6521, U.S. District Court
                       333 Constitution Avenue, N.W.
3                      Washington, D.C. 20001

4

5

6

7   Proceedings recorded by machine shorthand, transcript
    produced by computer-aided transcription.
8
```

**P R O C E E D I N G S**

THE COURT: Good morning.

THE DEPUTY CLERK: This is Criminal Case, year 2019-018, United States of America versus Roger Jason Stone, Jr.

Aaron Zelinsky, Jeannie Rhee, Jonathan Kravis, and Michael Marando for the government. Grant Smith, Robert Buschel for the defense, Pretrial officer is Christine Schuck. This case is on the calendar for an arraignment.

THE COURT: Now again, good morning to all of you. We are here for arraignment, the defendant having appeared voluntarily after being released on conditions by a judge of the Southern District of Florida.

Mr. Stone, you are again advised, sir, that you are not required to make any statement concerning the charges in the indictment, and that any statement you make may be used against you. You are advised that you have the right to the assistance of counsel. The Court has granted the motions of counsel not admitted to practice in this district to appear on your behalf pro hoc vice.

Now Mr. Buschel, are you ready to proceed with the arraignment?

MR. BUSCHEL: Yes, Judge.

THE COURT: Very well. Let me ask you to come to the podium, please. Good morning.

1         MR. BUSCHEL:  Good morning.
2         THE COURT:  Did you receive a copy of the
3    indictment, Mr. Buschel?
4         MR. BUSCHEL:  Yes, two copies.
5         THE COURT:  And have you had an opportunity to
6    review the indictment with Mr. Stone?
7         MR. BUSCHEL:  Yes.
8         THE COURT:  And on behalf of Mr. Stone, do you
9    waive formal reading of the indictment?
10        MR. BUSCHEL:  Yes, ma'am.
11        THE COURT:  And with respect to a plea?
12        MR. BUSCHEL:  Not guilty.
13        THE COURT:  Thank you very much, Mr. Buschel, a
14   plea of not guilty will be entered.
15        MR. BUSCHEL:  Thank you.
16        THE COURT:  You may be seated.  Thank you.
17        The matter is on the calendar of U.S. District
18   Judge Amy Berman Jackson as you know.  Judge Jackson has
19   asked that you be available for a status hearing either
20   tomorrow or Thursday.  I do not know whether you've had an
21   opportunity to confer regarding dates and times.  If you
22   have not may I ask you to do so now, please.
23        [Brief pause.]
24        THE COURT:  You have been offered the following
25   dates and times; Wednesday, January 30th, any time after

```
 1   10:30 a.m., Thursday, January 31st at any time in the
 2   afternoon, and Friday, February 1st at 10:30 a.m., or
 3   anytime thereafter.  Mr. Marando, thank you.
 4           MR. MARANDO:  Thank you, your Honor.  The parties
 5   have confirmed and February 1st works for everybody.
 6           THE COURT:  And is your preference 10:30 a.m., or
 7   a later time?
 8           MR. BUSCHEL:  Later time.
 9           MR. MARANDO:  A later time, your Honor.
10           THE COURT:  Would the two of you confer, please,
11   and agree upon a time certain.
12           MR. MARANDO:  One-thirty works for all the
13   parties, your Honor.
14           THE COURT:  Very well, 1:30 p.m., and that will be
15   in this courtroom.  Thank you very much.  Now Mr. Marando or
16   Ms. Rhee, I understand that one of you will address the
17   issue of conditions of release?  Ms. Rhee, good morning.
18           MS. RHEE:  Actually, your Honor, Mr. Marando is
19   going to be speaking on behalf of the government, but I want
20   to clarify that Mr. Marando comes from the DC U.S.
21   Attorney's Office.  Mr. Zelinsky and I are from the Special
22   Counsel's office, but both offices are jointly trying this
23   case and have entered notices of appearance, and speaking
24   for us today will be Mr. Marando.
25           THE COURT:  Very well.  Thank you very much,
```

1  Ms. Rhee.  Mr. Marando.
2          MR. MARANDO:  Your Honor, we are requesting no
3  change in the conditions of release that were imposed by the
4  court in Florida.  We would like all the same conditions to
5  apply in this court that were set down there.
6          THE COURT:  Very well.  Thank you very much.  Do
7  you wish to be heard regarding conditions, Mr. Buschel?
8          MR. BUSCHEL:  No, your Honor.
9          THE COURT:  Very well.  Thank you very much.  This
10 Court through this court's Pretrial Services Agency will
11 complete a release order for this court.  Now Mr. Stone --
12         THE DEFENDANT:  Yes, your Honor.
13         THE COURT:  Mr. Stone, at this time this Court
14 will release you on the same conditions set by the court in
15 the Southern District of Florida.  The same financial
16 conditions and other conditions including the order that you
17 have no contact at all with any of the witnesses in this
18 case.  I will rely upon your lawyers to identify the names
19 of the individuals with whom you should have no contact.
20 You are to have no passport in your possession or apply for
21 any passport while this matter is pending.
22         Other than travel from the Southern District of
23 Florida to this court, and the travel that the judge in
24 Florida permitted to the Eastern District of New York, you
25 are not to travel while this case is pending.  You are to

1  report to this court's Pretrial Services Agency office once
2  each week by telephone.  The number that you must call will
3  appear on your release order.
4           Your final condition, sir, is that you return to
5  court whenever your appearance in court is required.  Your
6  next scheduled court appearance is, of course, Friday,
7  February 1st at 1:30 p.m. in this courtroom, Courtroom 3.
8           You are advised that your willful failure to
9  appear for that hearing, or for any other hearing in your
10 case will be a separate offense for which you can face an
11 additional period of incarceration or a fine or both.  Do
12 you understand, sir?
13          THE DEFENDANT:  Yes, your Honor.
14          THE COURT:  Very well.  Thank you very much.  You
15 may be seated.
16          [Brief pause.]
17          THE COURT:  Ms. Schuck, the Court must interrupt
18 you and you as well, counsel, for one moment to note that
19 the Court should have added as a condition of release,
20 Mr. Stone, that when you leave the courtroom you go
21 immediately to the marshal service office on the lower level
22 to complete booking.  Do you understand, sir?
23          THE DEFENDANT:  Yes, your Honor.
24          THE COURT:  Very well.  Thank you.
25          [Brief pause.]

1        THE DEPUTY CLERK:  Mr. Stone, please stand and
2   raise your right hand.  Do you solemnly swear to follow the
3   conditions of your release as set forth by this Court, so
4   help you God?
5        THE DEFENDANT:  I do.
6        THE COURT:  Thank you.  Counsel, is there anything
7   further with respect to this matter this morning,
8   Mr. Buschel?
9        MR. BUSCHEL:  Perhaps the government and I have
10  Mr. Stone's agreement.  There are a couple of matters I'm
11  not sure if the Court per se.
12       THE COURT:  Very well.  Let me ask you to use the
13  podium microphone, please.  Would you like a moment to
14  confer with Mr. Marando?
15       MR. MARANDO:  Your Honor, what Mr. Buschel --
16       THE COURT:  Mr. Marando.
17       MR. MARANDO:  Yes, thank you, your Honor, Michael
18  Marando.
19       What Mr. Buschel has referred to is the parties
20  have come to an agreement to designate this matter as a
21  complex case, and we will be filing a motion with the Court,
22  your Honor, as per normal course to get this matter so
23  designated, and also the parties have agreed to a protective
24  order regarding discovery which, of course, the government
25  will submit via motion per this Court's normal practice.

1            THE COURT:  Very well.  I will suggest that both
2   of you be prepared to address those matters when you appear
3   for the status hearing on Friday.  Thank you for bringing
4   them to the Court's attention at this time.  Is there
5   anything further on behalf of Mr. Stone, Mr. Buschel?
6            MR. BUSCHEL:  No, thank you, judge.
7            THE COURT:  Thank you, Mr. Buschel.  Mr. Marando,
8   is there anything further on behalf of the United States?
9            MR. MARANDO:  Nothing, your Honor.
10           THE COURT:  Thank you very much.  That concludes
11  this matter.
12           [Thereupon, the proceedings adjourned at 11:14
13           a.m.]

1           CERTIFICATE

2           I, Cathryn J. Jones, an Official Court Reporter
3  for the United States District Court of the District of
4  Columbia, do hereby certify that I reported, by machine
5  shorthand, the proceedings had and testimony adduced in the
6  above case.
7           I further certify that the foregoing 9 pages
8  constitute the official transcript of said proceedings as
9  transcribed from my machine shorthand notes.
10          In witness whereof, I have hereto subscribed my
11 name, this the 29th day of January, 2019.

12

13
                              /s/_Cathryn J. Jones
14                            Cathryn J. Jones, RPR
                              Official Court Reporter
15

16

17

18

19

20

21

22

23

24

25

MR. BUSCHEL: [11]
MR. MARANDO: [7] 5/3 5/8 5/11 6/1 8/14 8/16 9/8
MS. RHEE: [1] 5/17
THE COURT: [26]
THE DEFENDANT: [4] 6/11 7/12 7/22 8/4
THE DEPUTY CLERK: [2] 3/2 7/25

**.**
.x [1] 1/6

**/**
/s [1] 10/13

**0**
018 [1] 3/4

**1**
100 [1] 1/21
10:30 [1] 5/2
10:30 a.m [2] 5/1 5/6
11:00 [1] 1/6
11:14 [1] 9/12
120 [1] 1/24
130-120 [1] 1/24
1300 [1] 1/21
19-18-ABJ [1] 1/4
1:30 p.m [2] 5/14 7/7
1st [3] 5/2 5/5 7/7

**2**
20001 [1] 2/3
2018 [1] 1/5
2019 [1] 10/11
2019-018 [1] 3/4
20530 [2] 1/14 1/18
29 [1] 1/5
29th [1] 10/11

**3**
30th [1] 4/25
31st [1] 5/1
333 [1] 2/2
33301 [1] 1/24
33394 [1] 1/21

**4**
401 [1] 1/23

**5**
555 [1] 1/14

**6**
6521 [1] 2/2

**9**
950 [1] 1/17

**A**
a.m [5] 1/6 5/1 5/2 5/6 9/13
Aaron [2] 1/16 3/6
ABJ [1] 1/4
above [1] 10/6
Actually [1] 5/18
added [1] 7/19

additional [1] 7/11
address [2] 6/16 6/22
adduced [1] 10/5
adjourned [1] 9/12
admitted [1] 3/19
advised [3] 3/14 3/17 7/8
after [2] 3/12 4/25
afternoon [1] 5/2
again [2] 3/10 3/14
against [1] 3/17
Agency [2] 6/10 7/1
agree [1] 5/11
agreed [1] 8/23
agreement [2] 8/10 8/20
aided [1] 2/7
all [4] 3/10 5/12 6/4 6/17
also [1] 8/23
AMERICA [2] 1/3 3/4
Amy [1] 4/18
any [7] 3/15 3/16 4/25 5/1 6/17 6/21 7/9
anything [3] 8/6 9/5 9/8
anytime [1] 5/3
appear [4] 3/20 7/3 7/9 9/2
appearance [3] 5/23 7/5 7/6
APPEARANCES [1] 1/11
appeared [1] 3/11
apply [2] 6/5 6/20
are [13]
arraignment [4] 1/8 3/9 3/11 3/22
as [7] 4/18 7/18 7/19 8/3 8/20 8/22 10/8
ask [3] 3/24 4/22 8/12
asked [1] 4/19
assistance [1] 3/18
attention [1] 9/4
Attorney [2] 1/19 1/22
ATTORNEY'S [2] 1/13 5/21
Attorney-at-Law [2] 1/19 1/22
AUSA [2] 1/12 1/12
available [1] 4/19
Avenue [3] 1/17 1/21 2/2

**B**
be [12]
been [1] 4/24
BEFORE [1] 1/9
behalf [5] 3/20 4/8 5/19 9/5 9/8
being [1] 3/12
Berman [1] 4/18
booking [1] 7/22
both [3] 5/22 7/11 9/1
Boulevard [1] 1/23
Brief [3] 4/23 7/16 7/25
bringing [1] 9/3
Buschel [12]

**C**
calendar [2] 3/9 4/17
call [1] 7/2
can [1] 7/10
case [8] 3/3 3/9 5/23 6/18 6/25 7/10 8/21 10/6
Cathryn [4] 2/1 10/2 10/13 10/14
certain [1] 5/11
CERTIFICATE [1] 10/1
certify [2] 10/4 10/7

change [1] 6/3
charges [1] 3/16
Christine [1] 3/8
clarify [1] 5/20
COLUMBIA [3] 1/2 1/13 10/4
come [2] 3/24 8/20
comes [1] 5/20
complete [2] 6/11 7/22
complex [1] 8/21
computer [1] 2/7
computer-aided [1] 2/7
concerning [1] 3/15
concludes [1] 9/10
condition [2] 7/4 7/19
conditions [9] 3/12 5/17 6/3 6/4 6/7 6/14 6/16 6/16 8/3
confer [3] 4/21 5/10 8/14
confirmed [1] 5/5
constitute [1] 10/8
Constitution [1] 2/2
contact [2] 6/17 6/19
copies [1] 4/4
copy [1] 4/2
counsel [4] 3/18 3/19 7/18 8/6
Counsel's [2] 1/17 5/22
couple [1] 8/10
course [3] 7/6 8/22 8/24
court [23]
court's [4] 6/10 7/1 8/25 9/4
courtroom [4] 5/15 7/7 7/7 7/20
CR [1] 1/4
Criminal [1] 3/3

**D**
D.C [2] 1/5 2/3
dates [2] 4/21 4/25
day [1] 10/11
DC [3] 1/14 1/18 5/20
DEBORAH [1] 1/9
defendant [3] 1/6 1/19 3/11
defense [1] 3/8
DEPARTMENT [1] 1/16
designate [1] 8/20
designated [1] 8/23
Did [1] 4/2
discovery [1] 8/24
district [13]
do [9] 4/8 4/20 4/22 6/6 7/11 7/22 8/2 8/5 10/4
Docket [1] 1/4
down [1] 6/5

**E**
each [1] 7/2
East [1] 1/23
Eastern [1] 6/24
either [1] 4/19
entered [2] 4/14 5/23
everybody [1] 5/5

**F**
face [1] 7/10
failure [1] 7/8
February [3] 5/2 5/5 7/7
filing [1] 8/21
final [1] 7/4
financial [2] 1/20 6/15

## F

**fine [1]** 7/11
**FL [2]** 1/21 1/24
**Florida [5]** 3/13 6/4 6/15 6/23 6/24
**follow [1]** 8/2
**following [1]** 4/24
**foregoing [1]** 10/7
**formal [1]** 4/9
**forth [1]** 8/3
**Fourth [1]** 1/14
**Friday [3]** 5/2 7/6 9/3
**Ft [2]** 1/21 1/24
**further [4]** 8/7 9/5 9/8 10/7

## G

**get [1]** 8/22
**GIBBONS [1]** 1/20
**go [1]** 7/20
**God [1]** 8/4
**going [1]** 5/19
**good [5]** 3/2 3/10 3/25 4/1 5/17
**government [5]** 1/12 3/7 5/19 8/9 8/24
**Grant [2]** 1/22 3/7
**granted [1]** 3/18
**guilty [2]** 4/12 4/14

## H

**had [3]** 4/5 4/20 10/5
**hand [1]** 8/2
**has [3]** 3/18 4/18 8/19
**have [14]**
**having [1]** 3/11
**heard [1]** 6/7
**hearing [5]** 1/8 4/19 7/9 7/9 9/3
**help [1]** 8/4
**here [1]** 3/11
**hereby [1]** 10/4
**hereto [1]** 10/10
**hoc [1]** 3/20
**Honor [13]**
**HONORABLE [1]** 1/9

## I

**I'm [1]** 8/10
**Ian [1]** 1/12
**identify [1]** 6/18
**immediately [1]** 7/21
**imposed [1]** 6/3
**incarceration [1]** 7/11
**including [1]** 6/16
**indictment [4]** 3/16 4/3 4/6 4/9
**individuals [1]** 6/19
**interrupt [1]** 7/17
**is [15]**
**issue [1]** 5/17

## J

**Jackson [2]** 4/18 4/18
**January [4]** 1/5 4/25 5/1 10/11
**January 30th [1]** 4/25
**January 31st [1]** 5/1
**JASON [2]** 1/5 3/4
**Jeannie [2]** 1/15 3/6
**jointly [1]** 5/22
**Jonathan [2]** 1/12 3/6
**Jones [4]** 2/1 10/2 10/13 10/14
**JR [2]** 1/5 3/5

**judge [8]** 1/9 1/10 3/12 3/23 4/18 4/18 6/20 9/6
**JUSTICE [1]** 1/16

## K

**know [2]** 4/18 4/20
**Kravis [2]** 1/12 3/6

## L

**Las [1]** 1/23
**later [3]** 5/7 5/8 5/9
**Lauderdale [2]** 1/21 1/24
**Law [2]** 1/19 1/22
**lawyers [1]** 6/18
**leave [1]** 7/20
**Let [2]** 3/24 8/12
**level [1]** 7/21
**like [2]** 6/4 8/13
**lower [1]** 7/21

## M

**ma'am [1]** 4/10
**machine [3]** 2/7 10/4 10/9
**MAGISTRATE [1]** 1/9
**make [2]** 3/15 3/16
**Marando [12]**
**marshal [1]** 7/21
**matter [6]** 4/17 6/21 8/7 8/20 8/22 9/11
**matters [2]** 8/10 9/2
**may [4]** 3/17 4/16 4/22 7/15
**me [2]** 3/24 8/12
**Michael [3]** 1/12 3/7 8/17
**microphone [1]** 8/13
**moment [2]** 7/18 8/13
**morning [6]** 3/2 3/10 3/25 4/1 5/17 8/7
**motion [2]** 8/21 8/25
**motions [1]** 3/19
**Mr [23]**
**Mr. [5]** 3/21 6/1 6/11 7/20 8/8
**Mr. Buschel [2]** 3/21 8/8
**Mr. Marando [1]** 6/1
**Mr. Stone [2]** 6/11 7/20
**Ms [3]** 5/16 5/17 7/17
**Ms. [1]** 6/1
**Ms. Rhee [1]** 6/1
**much [7]** 4/13 5/15 5/25 6/6 6/9 7/14 9/10
**must [2]** 7/2 7/17
**my [2]** 10/9 10/10

## N

**N.W [1]** 2/2
**name [1]** 10/11
**names [1]** 6/18
**New [1]** 6/24
**next [1]** 7/6
**no [7]** 1/4 6/2 6/8 6/17 6/19 6/20 9/6
**normal [2]** 8/22 8/25
**not [8]** 3/15 3/19 4/12 4/14 4/20 4/22 6/25 8/11
**note [1]** 7/18
**notes [1]** 10/9
**Nothing [1]** 9/9
**notices [1]** 5/23
**now [5]** 3/10 3/21 4/22 5/15 6/11
**number [1]** 7/2
**NW [2]** 1/14 1/17

## O

**offense [1]** 7/10
**offered [1]** 4/24
**office [6]** 1/13 1/17 5/21 5/22 7/1 7/21
**officer [1]** 3/8
**offices [1]** 5/22
**official [4]** 2/1 10/2 10/8 10/14
**Olas [1]** 1/23
**once [1]** 7/1
**one [4]** 1/20 5/12 5/16 7/18
**One-thirty [1]** 5/12
**opportunity [2]** 4/5 4/21
**order [4]** 6/11 6/16 7/3 8/24
**other [3]** 6/16 6/22 7/9

## P

**P.A [2]** 1/20 1/23
**p.m [2]** 5/14 7/7
**pages [1]** 10/7
**parties [4]** 5/4 5/13 8/19 8/23
**passport [2]** 6/20 6/21
**pause [3]** 4/23 7/16 7/25
**pending [2]** 6/21 6/25
**Pennsylvania [1]** 1/17
**per [3]** 8/11 8/22 8/25
**Perhaps [1]** 8/9
**period [1]** 7/11
**permitted [1]** 6/24
**Plaintiff [1]** 1/3
**Plaza [1]** 1/20
**plea [2]** 4/11 4/14
**please [5]** 3/25 4/22 5/10 8/1 8/13
**podium [2]** 3/25 8/13
**possession [1]** 6/20
**practice [2]** 3/19 8/25
**preference [1]** 5/6
**prepared [1]** 9/2
**Pretrial [3]** 3/8 6/10 7/1
**pro [1]** 3/20
**proceed [1]** 3/21
**proceedings [4]** 2/7 9/12 10/5 10/8
**produced [1]** 2/7
**protective [1]** 8/23

## R

**raise [1]** 8/2
**reading [1]** 4/9
**ready [1]** 3/21
**receive [1]** 4/2
**recorded [1]** 2/7
**referred [1]** 8/19
**regarding [3]** 4/21 6/7 8/24
**release [7]** 5/17 6/3 6/11 6/14 7/3 7/19 8/3
**released [1]** 3/12
**rely [1]** 6/18
**report [1]** 7/1
**reported [1]** 10/4
**Reporter [4]** 2/1 2/1 10/2 10/14
**requesting [1]** 6/2
**required [2]** 3/15 7/5
**respect [2]** 4/11 8/7
**return [1]** 7/4
**review [1]** 4/6
**Rhee [5]** 1/15 3/6 5/16 5/17 6/1
**right [2]** 3/18 8/2
**Robert [2]** 1/19 3/7

**R**

**ROBINSON [1]** 1/9
**ROGER [2]** 1/5 3/4
**Room [1]** 2/2
**RPR [2]** 2/1 10/14

**S**

**S.E [1]** 1/21
**said [1]** 10/8
**same [3]** 6/4 6/14 6/15
**scheduled [1]** 7/6
**Schuck [2]** 3/9 7/17
**Sclafani [1]** 1/15
**se [1]** 8/11
**seated [2]** 4/16 7/15
**separate [1]** 7/10
**service [1]** 7/21
**Services [2]** 6/10 7/1
**set [3]** 6/5 6/14 8/3
**shorthand [3]** 2/7 10/5 10/9
**should [2]** 6/19 7/19
**sir [4]** 3/14 7/4 7/12 7/22
**Smith [2]** 1/22 3/7
**so [3]** 4/22 8/3 8/22
**solemnly [1]** 8/2
**Southern [3]** 3/13 6/15 6/22
**speaking [2]** 5/19 5/23
**Special [2]** 1/17 5/21
**stand [1]** 8/1
**statement [2]** 3/15 3/16
**STATES [6]** 1/1 1/3 1/10 3/4 9/8 10/3
**status [2]** 4/19 9/3
**STONE [10]** 1/5 3/4 3/14 4/6 4/8 6/11 6/13 7/20 8/1 9/5
**Stone's [1]** 8/10
**STRATEGYSMITH [1]** 1/23
**Street [1]** 1/14
**submit [1]** 8/25
**subscribed [1]** 10/10
**suggest [1]** 9/1
**Suite [2]** 1/21 1/24
**sure [1]** 8/11
**swear [1]** 8/2

**T**

**telephone [1]** 7/2
**testimony [1]** 10/5
**than [1]** 6/22
**thank [17]**
**that [21]**
**them [1]** 9/4
**there [5]** 6/5 8/6 8/10 9/4 9/8
**thereafter [1]** 5/3
**Thereupon [1]** 9/12
**Third [1]** 1/21
**thirty [1]** 5/12
**this [26]**
**those [1]** 9/2
**through [1]** 6/10
**Thursday [2]** 4/20 5/1
**time [8]** 4/25 5/1 5/7 5/8 5/9 5/11 6/13 9/4
**times [2]** 4/21 4/25
**today [1]** 5/24
**tomorrow [1]** 4/20
**transcribed [1]** 10/9
**transcript [3]** 1/8 2/7 10/8

**transcription [1]** 2/7
**travel [3]** 6/22 6/23 6/25
**trying [1]** 5/22
**Tuesday [1]** 1/5
**two [2]** 4/4 5/10

**U**

**U.S [5]** 1/13 1/16 2/2 4/17 5/20
**understand [3]** 5/16 7/12 7/22
**UNITED [6]** 1/1 1/3 1/10 3/4 9/8 10/3
**upon [2]** 5/11 6/18
**us [1]** 5/24
**use [1]** 8/12
**used [1]** 3/17

**V**

**versus [1]** 3/4
**very [16]**
**via [1]** 8/25
**vice [1]** 3/20
**voluntarily [1]** 3/12

**W**

**waive [1]** 4/9
**want [1]** 5/19
**Washington [4]** 1/5 1/14 1/18 2/3
**we [4]** 3/11 6/2 6/4 8/21
**Wednesday [1]** 4/25
**week [1]** 7/2
**well [10]** 3/24 5/14 5/25 6/6 6/9 7/14 7/18 7/24 8/12 9/1
**were [2]** 6/3 6/5
**what [2]** 8/15 8/19
**when [2]** 7/20 9/2
**whenever [1]** 7/5
**whereof [1]** 10/10
**whether [1]** 4/20
**which [2]** 7/10 8/24
**while [2]** 6/21 6/25
**whom [1]** 6/19
**will [12]**
**willful [1]** 7/8
**wish [1]** 6/7
**witness [1]** 10/10
**witnesses [1]** 6/17
**works [2]** 5/5 5/12
**would [3]** 5/10 6/4 8/13

**Y**

**year [1]** 3/3
**Yes [8]** 3/23 4/4 4/7 4/10 6/12 7/13 7/23 8/17
**York [1]** 6/24
**you [61]**
**you've [1]** 4/20
**your [25]**

**Z**

**Zelinsky [3]** 1/16 3/6 5/21