IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.,

    Defendant.

_____

## ORDER

It is ordered that Defendant ROGER J. STONE, JR.'S objection to the Notice of Designation of Related Criminal Case under L.Cr.R. 57.12 is GRANTED. This case shall be sent to the Clerk and randomly reassigned under L.Cr.R. 57.10.

Dated: ___

                                                The Hon. Amy Berman Jackson
                                                United States District Court Judge