UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 19-CR-00018 (ABJ) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **ROGER JASON STONE, JR.,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**PROPOSED ORDER**

Upon consideration of the parties' filings regarding the entry of an order limiting extrajudicial statements pursuant to Local Criminal Rule 57.7(c), the Court makes the following findings:

This case has already received extensive media attention. A considerable amount of that media attention has been devoted to extrajudicial statements of the defendant himself. These statements create the risk that the defendant will seek to use media coverage of this case to gain favorable attention. Moreover, continued extrajudicial statements by the defendant are likely to increase the level of pretrial publicity and create a substantial risk of tainting the jury pool. For these reasons, the Court concludes that allowing further extrajudicial statements by the parties would materially prejudice the Court's ability to conduct a fair trial. Finally, in light of the defendant's public statements to date and the level of attention those statements have received, the Court finds that less restrictive alternatives, such as change of venue, jury sequestration, searching voir dire, and robust jury instructions are insufficient to address this substantial risk and in particular will not adequately address the prejudice to the jury pool at its inception. For

these reasons, the Court finds that it is appropriate to enter a special order in this case governing extrajudicial statements by parties and attorneys pursuant to Local Criminal Rule 57.7(c).

Therefore, it is this _____ day of _____,

**ORDERED** that all parties and counsel "refrain from making further statements to the media or in public settings that are substantially likely to have a materially prejudicial effect on the case."

_____
THE HONORABLE AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE

cc:     ECF Parties of Record