

1/25/19, 6:13 AM

This is the word I'm getting from our guy in Florida who says he saw it happened. Lmk what you hear.

Confirmed

Do you know the charges and if they raided his house?

I'm in the airport on my way out of town for a business trip but I just got off the plane and I'm heading to his house now. His wife called me one minute after you called

Good thing is I already have a suit on.

We got a press release from SCO

https://www.justice.gov/file/1124706/download

FILE_1439

There's the indictment

Let me know if you want to comment on the indictment. Sorry to be bearer of bad news this morning.