## Document Properties

**Description** | Security | Fonts | Initial View | Custom | Advanced

Description

File: FILE_1439.pdf

Title:

Author: AAW

Subject:

Keywords:

Created: 1/23/19, 11:04:35 PM

Additional Metadata...

Modified: 1/23/19, 11:04:45 PM

Application: Acrobat PDFMaker 19 for Word

FILE_1439.pdf

Description

**Advanced**

Advanced



▼ XMP Core Properties (xmp, http://ns.adobe.com/xap/1.0/)
    xmp:ModifyDate: 2019-01-23T23:04:45-05:00
    xmp:CreateDate: 2019-01-23T23:04:35-05:00
    xmp:MetadataDate: 2019-01-23T23:04:45-05:00
    xmp:CreatorTool: Acrobat PDFMaker 19 for Word
▼ XMP Media Management Properties (xmpMM, http://ns.adobe.com/xap/1.0/mr
    xmpMM:DocumentID: uuid:9413a568-c6ad-4044-a803-c19551bf72b9
    xmpMM:InstanceID: uuid:c9b21756-e14d-420b-aea7-bca4f2b40b3b
    ▶ xmpMM:subject (seq container)
▼ Dublin Core Properties (dc, http://purl.org/dc/elements/1.1/)
    dc:format: application/pdf
    ▶ dc:creator (seq container)
▼ PDF Properties (pdf, http://ns.adobe.com/pdf/1.3/)
    pdf:Producer: Adobe PDF Library 19.8.103
▼ http://ns.adobe.com/pdfx/1.3/
    pdfx:SourceModified: D:20190124040419
    pdfx:Company: JCON
    pdfx:Comments

Powered By
**XMP**

Replace...   Append...   Save...   Delete

Cancel   OK