**Timeline for the Morning of January 25, 2019**

| Time | Event |
|---|---|
| 4:58am | CNN SUV with 2 people arrives and parks on street directly in front of the Stone residence |
| 6:04am | FBI arrives and their operations begin |
| 6:04am | CNN jumps out of vehicle and is permitted to begin filming the FBI activities without being asked to leave |
| 6:06am | After Stone is arrested CNN is approached and asked to move vehicle and leave the area |
| 6:06am | Stone walked out in bed clothes |
| 6:11am | CNN calls counsel for Stone to inform of arrest and seek comment |
| 6:22am | CNN provides to counsel for Stone by text message a draft copy of the indictment said to have come from the SCO |
| 8:55am | Clerk's office enters the unsealing of the Indictment on to the public docket |