IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.,

    Defendant.

_____

## ORDER

It is ordered that Defendant ROGER J. STONE, JR.'S Motion Requesting a Show Cause Order is GRANTED. This matter shall be set for an evidentiary hearing on ___ of _____ 2019 at _____ a.m. / p.m. at the U.S. District Court for the District of Columbia, 333 Constitution Avenue N.W. Washington, D.C. 2001 in Courtroom 3.

Dated: ___

                                                  The Hon. Amy Berman Jackson
                                                United States District Judge

cc:

counsel of record