UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

*File as Notice of Appeal Leave to file granted 2/12/19 ABJ*

United States of America

v.

Roger J. Stone, Jr.,
Defendant

Criminal Docket No. 1:19-cr-00018

Judge Amy Berman Jackson

Notice of Appeal and a Writ of Certiorari

The Department of Justice, Attorney General Matthew Whitaker, Assistant Attorney General Jeffrey Bossert Clark, FBI Director Robert Mueller, etc. classified me as a terrorist. This gives me cause and standing to intervene in this case and other cases. My Constitutional Rights were criminal violated and thus the Constitutional Rights of all Americans were criminally violated.

Consider the attached pleading as both a Notice of Appeal and a Writ of Certiorari.

By no fault of her own, Judge Jackson's order is Unconstitutional. - 02/01/2019 MINUTE ORDER denying 20 Motion for Leave to File as to ROGER JASON STONE JR. (1). Movant David Christenson has filed a motion for leave to file a motion to intervene in this case. His motion for leave to file, which the Court docketed on the official public record, did not attach the intervention motion itself; it simply transmitted copies of similar motions filed in other cases. But his motion for leave to file any request to intervene will be DENIED because the Federal Rules of Criminal Procedure do not provide for intervention in a criminal case. Also, since movant not a party to these proceedings, it is FURTHER ORDERED that no additional submissions from the movant will be docketed in this case. THIS IS A FINAL, APPEALABLE ORDER. Signed by Judge Amy Berman Jackson on 2/1/19. (DMK) (Entered: 02/01/2019)

The First Amendment is very clear and grants me the Constitutional Right to file a grievance. The conduct of the Department of Justice was criminal. The American People have a Constitutional Right to this information via the Courts. The American People also have a Constitutional Right to any and all Amicus Briefs that are filed. The out of control chaos that is taking place in our country is a direct result of the Federal Judiciary censoring Patriotic Americans such as myself. The courts allow for profit media to file Motions to Intervene. Not providing for Intervention is Unconstitutional. The Federal Judiciary is responsible for protecting Free Speech, not censoring it.

Godspeed - Sincerely,
David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com - dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on February 4th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America

v.

Roger J. Stone, Jr.,
Defendant

Criminal Docket No. 1:19-cr-00018

Judge Amy Berman Jackson

*[handwritten: Title as motion for Leave to file a motion to Intervene
AB Jan
1/30/19
File 1st 2 pages only]*

Motion For Leave To File This Motion To Intervene

The greatest legal, political and ethical transgression of my lifetime was when President Ford pardoned President Nixon. Our world today is a direct result of that pardon. Life has come full circle and you have a chance to rectify that mistake. Roger Stone worked for Nixon and it is reported that he has a tattoo of him on his shoulder. Roger Stone is cancer of the worst kind.

Our country is counting on you. As you can see the United Sates of America is spiraling out of control. Our country **has accelerated** into unrecoverable chaos since I first filed with you in the Manafort case.

Americans have a Constitutional Right to this information. There is no other source for it. I am asking to be heard, I am not asking for you to rule in my favor. You know my intentions are honorable. I took an oath to protect my fellow Americans and that is what I am doing.

Each of the Judges in the following cases has publicly docketed my pleadings. Four (*) of the Judges have not ruled on my Motions to Join. The cases represent: minors suing the government about climate change, free speech, health care, immigrants, election tampering, etc.

<u>Mankind will cease to exist by October 12th, 2050 if we don't change the narrative and dialogue.</u>

Remember that it was Attorney General Matthew Whitaker that represented me in 2011 when I was falsely arrested. I can't invent the stuff that has happened to me in my quest to protect my fellow Americans. I will prevail. Judges are actually using my name and are placing my pleadings in the public docket. I pray that you do the same. Honor the First Amendment.

*State of Maryland v. United States of America (1:18-cv-02849) District Court, D. Maryland
Judge Ellen Hollander
*State Of New York v. Donald Trump (1:17-cv-05228) District Court, E.D. New York Judge Nicholas Garaufis
*Pen American Center, Inc. v. Trump (1:18-cv-09433) District Court, S.D. New York Judge Lorna Schofield
Juliana v. United States of America (6:15-cv-01517) District Court, D. Oregon Judge Ann Aiken
*CORSI v. MUELLER (1:18-cv-02885) District Court, District of Columbia Judge Ellen Huvelle
Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York
Judge Colleen McMahon
Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York
Judge John Koeltl

Attachment 1: Motion to join Pen American Center, Inc. v. Trump (1:18-cv-09433) District Court, S.D. New York Judge Lorna Schofield (2 of 84 pages)

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on January 26th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MOVANT DAVID ANDREW CHRISTENSON

Case No. 1:18-cv-09433-LGS

PEN AMERICAN CENTER, INC.
Plaintiff,

JUDGE LORNA G. SCHOFIELD

v.

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF

DONALD J. TRUMP, in his official capacity
as President of the United States
Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-18-19

Motion for Leave to file this Motion to Join

It is up to you, Judge Lorna G. Schofield, to save our country and mankind via this case. I have no idea how to do that, but a good starting point is giving me a voice on behalf of the American People and to order the parties to respond. Put the ball in their court. They should be glad to respond if they truly care about the American People **and you and your family**. (Please pardon my language but I need to make a point.)

All parties in this case are Aids Infected Whores and that includes the attorneys who are officers of this court and thus protectors of the Constitution. They don't give a damn about this country. They are for profit and power. The Plaintiffs invoke the Constitution when it is convenient and when it makes them money and more powerful. Even non-profit media and universities are really for profit and power.

Mathematically Mankind will cease to exist by 2050. You can confirm this fact by using high school level math.

**If you change the narrative, we might stand a chance.**

Please incorporate the attached pleadings and letters into this Motion to Join.

Attachment 1: Motion to Join docketed by Judge Ellen Lipton Hollander. This case is about health care for Americans. She has given the American People a voice. Not one of the 100 plus attorneys have contacted me and yet most of them are from the 50 states that will ultimately incur the cost of health care because the Federal Government is broke.

Attachment 2: Motion to Join that has not been yet docketed because the service is today, January 8th, 2019. This case is about Attorney General Matthew Whitaker who was my attorney in 2011 and gave away all of my rights and destroyed my life so that he could protect the Department of Justice cover up. He has been rewarded with power and money.

Attachment 3: Friend of the Court/Amicus Brief that you have docketed by not accepted. I pray that you accept it and give it consideration.

2019 JAN 18 AM 11:52

SDNY PRO SE OFFICE
RECEIVED

My information is incoherent and disjointed and for that I am apologizing. I was never trained or educated for a war like this and trust me this is a war.

*When a lawyer and expert of the law asked Jesus what the most important commandment is, Jesus responded, "To love the Lord your God with all your heart, with all your soul, and with all your mind...The second is to **love your neighbor as yourself**." All the Law and the Prophets hang on these two commandments.*

*A Christmas Carol in Prose; Being a Ghost Story of Christmas by Charles Dickens*
Jacob Marley "Mankind was my business. The common welfare was my business; charity, mercy, forbearance, and benevolence, were, all, my business. The dealings of my trade were but a drop of water in the comprehensive ocean of my business!"

Conclusion

I don't know you and yet I have put my life on the line for you and the people you love. All I am asking for is a voice and a response.


Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE
I hereby certify that on January 8th, 2019 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Movant David Andrew Christenson

State of Maryland
Plaintiff

v.

United States of America, et al.,
Defendants

Civ. No. 1:18-CV-02849-ELH

Complaint for Declaratory and
Injunction Relief

Judge Ellen Lipton Hollander

FILED ENTERED
LOGGED RECEIVED

DEC 26 2018

AT BALTIMORE
CLERK U.S DISTRICT COURT
DISTRICT L. MARYLAND
BY
DEPUTY

## Motion to Join/Intervene

Order the Department of Justice to respond to my pleadings and writings and then decide. Mankind prevails if there is a response. The response itself will change the narrative and give Mankind a chance at surviving. Level the playing field. Evil destroys Evil and with-it Mankind.

The Senate approved BP Attorney (Kirkland & Ellis LLP) Jeffrey Bossert Clark for assistant attorney general for the U.S. Department of Justice's Environment and Natural Resources Division on Thursday, October 11th, 2018. Read my Amicus Brief in this case. Kirkland & Ellis "Of Counsel" William Pelham Barr, who served as the 77th United States Attorney General from 1991 to 1993 during the first Bush administration, has been nominated by President Donald Trump to serve as Attorney General of the United States. These individuals do not believe in climate change.

President George W. Bush was President in 2005 when Hurricane Katrina struck. Negligence by the Federal Government allowed the Katrina Virus to escape.

Barr was recommended by Presidents George H. Bush and President George W. Bush to become the Attorney General. Will this keep President Donald Trump from being Impeached and Indicted? Will this keep President George W. Bush from being indicted?

Review attachments: "The United States Supreme Court and The Katrina Virus" and "The Reluctant Patriot".

Godspeed. Sincerely,
David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com; dchristenson6@hotmail.com;

### CERTIFICATE OF SERVICE
I hereby certify that on December 17th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix - Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 9063
Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.