APPEAL,CAT B

# U.S. District Court
# District of Columbia (Washington, DC)
# CRIMINAL DOCKET FOR CASE #: 1:19−cr−00018−ABJ All Defendants

Case title: USA v. STONE

Date Filed: 01/24/2019

Assigned to: Judge Amy Berman Jackson

**Defendant (1)**

ROGER JASON STONE, JR.   represented by   L. Peter Farkas
HALLORAN FARKAS & KITTILA LLP
1101 30th Street, NW
Suite 500
Washington, DC 20007
(202) 559−1700 ext 102
Fax: (202) 257−2019
Email: pf@hfk.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

Bruce S. Rogow
LAW OFFICE OF BRUCE S. ROGOW, P.A.
100 NE 3rd Avenue
Suite 1000
Fort Lauderdale, FL 33301
(954) 767−8909
Fax: (954) 764−1530
Email: brogow@rogowlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Pro Hac Vice*

Grant J. Smith
STRATEGYSMITH, P.A.
401 East Las Olas Boulevard
Suite 130−120
Fort Lauderdale, FL 33301
(954) 328−9064
Email: gsmith@strategysmith.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Pro Hac Vice*

Robert C. Buschel
BUSCHEL & GIBBONS, P.A.
One Financial Plaza

1

100 S.E. Third Avenue
Suite 1300
Ft. Lauderdale, FL 33394
(954) 530−5301
Email: buschel@bglaw−pa.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Pro Hac Vice*

**Tara A. Campion**
LAW OFFICE OF BRUCE S. ROGOW, P.A.
100 NE 3rd Avenue
Suite 1000
Fort Lauderdale, FL 33301
(954) 767−8909
Fax: (954) 764−1530
Email: tcampion@rogowlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Pro Hac Vice*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1505 and 2; OBSTRUCTION OF PROCEEDING BEFORE DEPARTMENTS/AGENCIES. Obstruction of Proceeding. (1) | |
| 18:1001(a)(2) and 2; STATEMENTS OR ENTRIES GENERALLY; False Statements. (2−6) | |
| 18:1512(b)(1); INTIMIDATION OR FORCE AGAINST WITNESS; Witness Tampering. (7) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|

2

None

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Aaron Simcha Jon Zelinsky**<br>U.S. DEPARTMENT OF JUSTICE<br>Special Counsel's Office<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>(202) 616−0800<br>Email: asjz@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney*<br><br>**Andrew Daniel Goldstein**<br>U.S. DEPARTMENT OF JUSTICE<br>Special Counsel's Office<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>(202) 616−0800<br>Email: adg@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney*<br><br>**Jeannie Sclafani Rhee**<br>U.S. DEPARTMENT OF JUSTICE<br>Special Counsel's Office<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>(202) 616−0800<br>Email: jsr@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney*<br><br>**Jonathan Ian Kravis**<br>U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA<br>555 Fourth Street, NW<br>Washington, DC 20530<br>(202) 252−6886<br>Email: jonathan.kravis3@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney*<br><br>**Lawrence Rush Atkinson**<br>U.S. DEPARTMENT OF JUSTICE<br>Special Counsel's Office |

950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 616-0800
Fax: (202) 651-3393
Email: lra@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Michael John Marando**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7068
Fax: (202) 514-6010
Email: michael.marando@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/24/2019 | 1 | | SEALED INDICTMENT as to ROGER JASON STONE, JR (1) count(s) 1, 2-6, 7. (zvt) (Main Document 1 replaced on 1/25/2019 with the original Indictment that has counsel's signature) (zad). (Main Document 1 replaced on 1/31/2019, because of missing page numbers 6,13,16, and 18 (zad). (Entered: 01/24/2019) |
| 01/24/2019 | 2 | | MOTION to Seal Case by USA as to ROGER JASON STONE, JR. (Attachment: # 1 Text of Proposed Order)(zvt) (Entered: 01/24/2019) |
| 01/24/2019 | 3 | | ORDER granting 2 Motion to Seal Case as to ROGER JASON STONE JR. (1). Signed by Magistrate Judge Deborah A. Robinson on 01/24/2019. (zvt) (Entered: 01/24/2019) |
| 01/25/2019 | | | Case unsealed pursuant to 3 Order filed on 01/24/2019 as to ROGER JASON STONE, JR. (zvt) (Entered: 01/25/2019) |
| 01/25/2019 | | | Set Hearings as to ROGER JASON STONE, JR: ARRAIGNMENT scheduled for 11:00 a.m. on Tuesday, January 29, 2019 in Courtroom 4 before Magistrate Judge Deborah A. Robinson. (zcal) (Entered: 01/25/2019) |
| 01/25/2019 | 4 | | NOTICE OF ATTORNEY APPEARANCE: Robert C. Buschel appearing for ROGER JASON STONE, JR (Buschel, Robert) (Entered: 01/25/2019) |
| 01/25/2019 | | | Arrest of ROGER JASON STONE, JR in Southern District of Florida. (hsj) (Entered: 01/30/2019) |
| 01/27/2019 | 5 | | NOTICE OF ATTORNEY APPEARANCE: Grant J. Smith appearing for ROGER JASON STONE, JR (Smith, Grant) (Entered: 01/27/2019) |
| 01/28/2019 | 7 | | Rule 5(c)(3) Documents Received as to ROGER JASON STONE, JR from from United States District Court for the Southern District of Florida in Ft. Lauderdale, Florida. Case Number 0:19-mj-6039 (hsj) (Entered: 01/28/2019) |

| | | | |
|---|---|---|---|
| 01/28/2019 | | | MINUTE ORDER: On January 25, 2019, this court scheduled arraignment for 11:00 a.m. on Tuesday, January 29, 2019. Thereafter, two lawyers, neither of whom is a member of the Bar of United States District Court for the District of Columbia, each filed a "NOTICE OF APPEARANCE" "as permanent counsel[,]" and included the notation "*Pro hac vice* pending" beneath the signature line. As of the filing of the instant Minute Order, neither lawyer has complied with Local Criminal Rule 44.1(d), which requires, in pertinent part, that "[a]ny [non−member] seeking to appear *pro hac vice* must file a motion signed by a sponsoring member of the Bar of this Court," accompanied by the prescribed declaration and fee. *See also* Local Civil Rule 44.1(c)(1) (providing that "[a]n attorney who is a member in good standing of the bar of any United States Court or of the highest court of any State, but who is not a member of the Bar of this Court, may file papers in this Court only if such attorney joins of record a member in good standing of the Bar of this Court."). It is hereby ORDERED that if the two lawyers expect to "be heard in open court" at the proceedings scheduled for tomorrow, then they shall fully comply with Local Civil Rule 44.1(d) by 9:00 a.m. tomorrow. Signed by Magistrate Judge Deborah A. Robinson on 1/28/2019. (lcdar3) Modified on 1/29/2019 (zcal). (Entered: 01/28/2019) |
| 01/28/2019 | 9 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Robert Buschel. :Address− 100 S.E. Third Avenue, Suite 1300, Fort Lauderdale, FL 33394. Phone No. − 954−530−5301. Fax No. − 954−320−6932 Filing fee $ 100, receipt number 0090−5912100. Fee Status: Fee Paid. by ROGER JASON STONE, JR. (Attachments: # 1 Declaration Declaration of Robert Buschel, # 2 Text of Proposed Order)(Buschel, Robert) (Entered: 01/28/2019) |
| 01/28/2019 | 10 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Grant J. Smith. :Address− gsmith@strategysmith.com. Phone No. − 954−328−9064. Filing fee $ 100, receipt number 0090−5912217. Fee Status: Fee Paid. by ROGER JASON STONE, JR. (Attachments: # 1 Declaration Grant Smith, # 2 Text of Proposed Order)(Buschel, Robert) (Entered: 01/28/2019) |
| 01/28/2019 | | | MINUTE ORDER: This court has reviewed the declaration filed as an attachment to the pending Motion for Admission of Robert Buschel 9 , and the declaration filed as an exhibit to the pending Motion for *Pro Hac Vice* Admission of Grant J. Smith 10 . This court has determined that neither Mr. Buschel nor Mr. Smith, in his declaration, set forth "(4) a certification that the attorney either has or has not been disciplined by any bar, and if the attorney has been disciplined by any bar, the circumstances and details of the discipline[.]" Local Criminal Rule 44.1(d). Additionally, this court has observed that L. Peter Farkas, Esq., whose name appears on the signature line of each motion, neither filed the motions nor entered his appearance; instead, the motions were filed by the non−member attorneys. Thus, these non−member attorneys failed to comply with Local Civil Rule 44.1(c)(1), which permits non−member attorneys to file papers in this Court "only if such [non−member] attorney *joins of record* a member in good standing of the Bar of this Court[]" (emphasis supplied). For these reasons, it is ORDERED that both motions are DENIED WITHOUT PREJUDICE. The attention of these non−member attorneys is directed to the 9:00 a.m. deadline for compliance with the cited Local Criminal Rules of this Court. Signed by Magistrate Judge Deborah A. Robinson on 1/28/2019. (lcdar3) (Entered: 01/28/2019) |

| | | | |
|---|---|---|---|
| 01/29/2019 | 11 | | NOTICE OF ATTORNEY APPEARANCE: L. Peter Farkas appearing for ROGER JASON STONE, JR. (zvt) (Entered: 01/29/2019) |
| 01/29/2019 | 12 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Robert C. Buschel. :Address− One Financial Plaza, Suite 1300, 100 S.E. Third Avenue, Fort Lauderdale, FL 33394. Phone No. − (954) 530−5301. Filing fee $ 100. Fee Status: Fee Paid. Receipt No.: 4616096484. by ROGER JASON STONE, JR. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(zvt) (Entered: 01/29/2019) |
| 01/29/2019 | 13 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Grant J. Smith. :Address− 401 East Las Olas Boulevard, Suite 130−120, Fort Lauderdale, FL 33301. Phone No. − (954) 328−9064. Filing fee $ 100. Fee Status: Fee Paid. Receipt No.: 4616096484 by ROGER JASON STONE, JR. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(zvt) (Entered: 01/29/2019) |
| 01/29/2019 | | | MINUTE ORDER granting 12 Motion for Leave to Appear Pro Hac Vice as to Robert C. Buschel. Signed by Magistrate Judge Deborah A. Robinson on 1/29/2019. (lcdar3) (Entered: 01/29/2019) |
| 01/29/2019 | | | MINUTE ORDER granting 13 Motion for Leave to Appear Pro Hac Vice as to Grant J. Smith. Signed by Magistrate Judge Deborah A. Robinson on 1/29/2019. (lcdar3) (Entered: 01/29/2019) |
| 01/29/2019 | | | Arrest of ROGER JASON STONE, JR on 1/25/2019 in Southern District of Florida − Fort Lauderdale. (zcal) (Entered: 01/29/2019) |
| 01/29/2019 | 14 | | Arrest Warrant as to ROGER JASON STONE, JR Returned Executed on 1/25/2019 in Southern District of Florida − Fort Lauderdale. (zcal) (Entered: 01/29/2019) |
| 01/29/2019 | | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson: Arraignment as to ROGER JASON STONE JR. (1): Count 1,2−6, and 7 held on 1/29/2019. Not Guilty Plea as to all counts. The Government is not opposed to the Release of Defendant, to include special conditions. Status Conference set for 2/1/2019 at 01:30 PM in Courtroom 3 before Judge Amy Berman Jackson. Bond Status of Defendant: Defendant Released on Personal Recognizance/ Release Issued; Court Reporter: Cathryn Jones; Time Frame: Ctrm 3 [11:00 − 11:13]; Defense Attorney: Grant Smith and Robert Bushel; Special Counsel: Aaron Zelinsky and Jeannie Rhee; US Attorneys: Jonathan Kravis and Michael Marando; Pretrial Officer: Christine Schuck. (zcal) (Entered: 01/29/2019) |
| 01/29/2019 | 15 | | ORDER Setting Conditions of Release as to ROGER JASON STONE JR. (1) Personal Recognizance. Signed by Magistrate Judge Deborah A. Robinson on 1/29/2019. (Attachments: # 1 Appearance Bond) (zcal) (Entered: 01/29/2019) |
| 01/29/2019 | | | MINUTE ORDER as to ROGER JASON STONE, JR. The status conference presently set in Courtroom 3 for 2/1/2019 at 1:30 PM is reset for 2/1/2019 at 2:00 PM. Signed by Judge Amy Berman Jackson on 1/29/19. (DMK) (Entered: 01/29/2019) |
| 01/29/2019 | | | Set/Reset Hearings as to ROGER JASON STONE, JR: The Status Conference presently set for 2/1/2019 at 1:30 PM is reset for 2/1/2019 at 2:00 PM in Courtroom 3 before Judge Amy Berman Jackson. (jth) (Entered: 01/29/2019) |

| 01/30/2019 | 16 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Bruce S. Rogow. :Address− 100 NE 3rd Ave., Ste. 1000 Fort Lauderdale, FL 33301. Phone No. − 954−767−8909. Fax No. − 954−764−1530 Filing fee $ 100, receipt number 0090−5917156. Fee Status: Fee Paid. by ROGER JASON STONE, JR. (Attachments: # 1 Declaration Bruce S. Rogow, # 2 Text of Proposed Order)(Farkas, L.) (Entered: 01/30/2019) |
| --- | --- | --- | --- |
| 01/30/2019 | 17 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Tara A. Campion. :Address− 100 NE 3rd Avenue, Suite 1000, Fort Lauderdale, FL 33301. Phone No. − 954−767−8909. Fax No. − 954−764−1530 Filing fee $ 100, receipt number 0090−5917225. Fee Status: Fee Paid. by ROGER JASON STONE, JR. (Attachments: # 1 Declaration Tara A. Campion, # 2 Text of Proposed Order)(Farkas, L.) (Entered: 01/30/2019) |
| 01/30/2019 | | | MINUTE ORDER granting 16 17 Motions for Leave of Bruce S. Rogow and Tara A. Campion to Appear Pro Hac Vice as to ROGER JASON STONE JR. (1) only upon condition that at the lawyers admitted, or at least one member of the lawyers' firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer. Signed by Judge Amy Berman Jackson on 1/30/19. (DMK) (Entered: 01/30/2019) |
| 01/30/2019 | | | Attorneys: Bruce S. Rogow and Tara A. Campion added to this case for defendant ROGER JASON STONE, JR. (Pro Hac Vice Motions granted on 1/30/2019) (jth) (Entered: 01/30/2019) |
| 01/30/2019 | 20 | | MOTION for Leave to File a Motion to Intervene as to ROGER JASON STONE, JR. "File as Motion for Leave to file a Motion to Intervene; File 1st 2 pages only" by Judge Amy B. Jackson on 01/30/2019. (zvt) Modified filed date on 2/1/2019 (znmw). (Entered: 02/01/2019) |
| 01/31/2019 | 18 | | Unopposed MOTION for Protective Order *Governing Discovery* by USA as to ROGER JASON STONE, JR. (Attachments: # 1 Text of Proposed Order)(Zelinsky, Aaron) (Entered: 01/31/2019) |
| 01/31/2019 | 19 | | Consent MOTION to Declare Case Complex and Exclude Time Under the Speedy Trial Act by USA as to ROGER JASON STONE, JR. (Attachments: # 1 Text of Proposed Order)(Marando, Michael) Modified event on 2/4/2019 (znmw). (Entered: 01/31/2019) |
| 02/01/2019 | | 11 | MINUTE ORDER denying 20 Motion for Leave to File as to ROGER JASON STONE JR. (1). Movant David Christenson has filed a motion for leave to file a motion to intervene in this case. His motion for leave to file, which the Court docketed on the official public record, did not attach the intervention motion itself; it simply transmitted copies of similar motions filed in other cases. But his motion for leave to file any request to intervene will be DENIED because the Federal Rules of Criminal Procedure do not provide for intervention in a criminal case. Also, since movant not a party to these proceedings, it is FURTHER ORDERED that no additional submissions from the movant will be docketed in this case. THIS IS A FINAL, APPEALABLE ORDER. Signed by Judge Amy Berman Jackson on 2/1/19. (DMK) (Entered: 02/01/2019) |
| 02/01/2019 | | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Status Conference as to ROGER JASON STONE, JR. held on 2/1/2019. The government's 18 Motion for Protective Order governing discovery will be |

| | | | |
|---|---|---|---|
| | | | granted. Case will be designated as Complex <u>19</u>. Submissions from either party pursuant to Local Criminal Rule 57.7(c) are due by 2/8/2019. Another Status Conference is set for 3/14/2019 at 10:00 AM in Courtroom 3 before Judge Amy Berman Jackson. Bond Status of Defendant: Defendant remains on Personal Recognizance Bond with Amended Conditions (see Order for details); Court Reporter: Janice Dickman; Defense Attorneys: Robert C. Buschel and Tara A. Campion; US Attorneys: Michael John Marando, Jonathan Ian Kravis, Jeannie Sclafani Rhee and Aaron Jon Zelinsky. (jth) (Entered: 02/01/2019) |
| 02/01/2019 | <u>21</u> | | ORDER MODIFYING CONDITIONS OF RELEASE as to ROGER JASON STONE, JR. Signed by Judge Amy Berman Jackson on 2/1/2019. (Attachments: # <u>1</u> Appearance Bond).(jth) (Entered: 02/01/2019) |
| 02/01/2019 | <u>22</u> | | PROTECTIVE ORDER GOVERNING DISCOVERY as to ROGER JASON STONE, JR. (see order for complete details). Signed by Judge Amy Berman Jackson on 02/01/2019. (jth) (Entered: 02/01/2019) |
| 02/01/2019 | <u>23</u> | | TRANSCRIPT OF PROCEEDINGS in case as to ROGER JASON STONE, JR before Judge Amy Berman Jackson held on February 1, 2019; Page Numbers: 1−21. Date of Issuance: February 1, 2019. Court Reporter: Janice Dickman, Telephone number: 202−354−3267, Transcripts may be ordered by submitting the <a href="http://www.dcd.uscourts.gov/node/110">Transcript Order Form</a><P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<P></P> Redaction Request due 2/22/2019. Redacted Transcript Deadline set for 3/4/2019. Release of Transcript Restriction set for 5/2/2019.(Dickman, Janice) (Entered: 02/01/2019) |
| 02/01/2019 | <u>24</u> | | ORDER as to ROGER JASON STONE, JR. For the reasons stated on the record, the Court finds that the case is "so complex... that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits" of the speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), and that the interests of justice would be served by excluding "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv). Therefore, it is ORDERED that the case is designated complex; the time between the entry of this order and the next scheduled hearing in this matter on March 14, 2019 will be excluded from the speedy trial act calculation; the ends of justice will be served by doing so; and this action outweighs the interest of the public and the defendant in a speedy trial. Signed by Judge Amy Berman Jackson on 2/1/2019.(jth) (Entered: 02/01/2019) |
| 02/05/2019 | <u>25</u> | | TRANSCRIPT OF PROCEEDINGS in case as to ROGER JASON STONE, JR before Magistrate Judge Deborah A. Robinson held on January 29, 2019; Page Numbers: 1 − 9. Court Reporter/Transcriber Cathryn Jones, Telephone number |

| Date | Doc # | | Description |
|---|---|---|---|
| | | | 202 354−3246, Transcripts may be ordered by submitting the <a href="http://www.dcd.uscourts.gov/node/110">Transcript Order Form</a><P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<P></P> Redaction Request due 2/26/2019. Redacted Transcript Deadline set for 3/8/2019. Release of Transcript Restriction set for 5/6/2019.(Jones, Cathryn) (Entered: 02/05/2019) |
| 02/07/2019 | | | MINUTE ORDER granting 26 government's sealed motion to seal witness list as to ROGER JASON STONE JR. (1). The Clerk of Court is directed to maintain under seal 26 government's motion and [26−1] its attachment. Signed by Judge Amy Berman Jackson on 2/7/19. (DMK) Modified on 2/8/2019 to reflect that the Clerk of Court is directed to maintain under seal 26 "government's" not "defendant's" motion and [26−1] its attachment. (jth). (Entered: 02/07/2019) |
| 02/08/2019 | 27 | | NOTICE *of Objection to Notice of Designation of Pending Related Criminal case* by ROGER JASON STONE, JR (Attachments: # 1 Exhibit Notice of Designation of Related case, # 2 Exhibit DOJ press release, # 3 Text of Proposed Order)(Buschel, Robert) (Entered: 02/08/2019) |
| 02/08/2019 | 28 | | RESPONSE by ROGER JASON STONE, JR *to Court's order on "gag order"* (Attachments: # 1 Exhibit Portion of transcript Feb 1 status conference)(Buschel, Robert) (Entered: 02/08/2019) |
| 02/08/2019 | | | MINUTE ORDER as to ROGER JASON STONE, JR. It is ORDERED that the government shall respond to defendant's 27 Objection to the Notice of Related Case by February 15, 2019. Signed by Judge Amy Berman Jackson on 2/8/19. (DMK) (Entered: 02/08/2019) |
| 02/08/2019 | 29 | | RESPONSE by USA as to ROGER JASON STONE, JR *Regarding Imposition of Order Pursuant to Local Criminal Rule 57.7(c)* (Attachments: # 1 Text of Proposed Order)(Kravis, Jonathan) (Entered: 02/08/2019) |
| 02/08/2019 | | | Set/Reset Deadline as to ROGER JASON STONE, JR: The government shall respond to defendant's 27 Objection to the Notice of Related Case by 2/15/2019. (jth) (Entered: 02/10/2019) |
| 02/12/2019 | 32 | | MOTION for Leave to File Amici Curiae Brief as to ROGER JASON STONE, JR. "Leave to file granted" by Judge Amy B. Jackson on February 12, 2019. (Attachments: # 1 Amici Curiae Brief of Dr. Jerome Corsi, # 2 Exhibit A, # 3 Exhibit B)(zvt) (Entered: 02/13/2019) |
| 02/12/2019 | 33 | 13 | NOTICE OF APPEAL (Interlocutory) as to ROGER JASON STONE, JR. re February 1, 2019 MINUTE ORDER denying Motion for Leave to File by Movant David Christenson. "File as Notice of Appeal, Leave to file granted" by Judge Amy B. Jackson on February 12, 2019. Fee Status: No Fee Paid. Parties |

| | | | |
|---|---|---|---|
| | | | have been notified. (Attachment: # 1 Attachments)(zvt) (Entered: 02/13/2019) |
| 02/13/2019 | 31 | | MOTION for Order to Show Cause by ROGER JASON STONE, JR. (Attachments: # 1 Exhibit text messages with counsel & reporter, # 2 Exhibit draft copy sealed indictment, # 3 Exhibit Metadata screen shot AAW, # 4 Exhibit Timeline for morning of Jan 25, # 5 Text of Proposed Order)(Buschel, Robert) (Entered: 02/13/2019) |

```
MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov
To:DCD_ECFNotice@localhost.localdomain
Bcc:
--Case Participants: Jeannie Sclafani Rhee (jsr@usdoj.gov), Lawrence Rush Atkinson
(lra@usdoj.gov), Tara A. Campion (tcampion@rogowlaw.com), Aaron Simcha Jon Zelinsky
(asjz@usdoj.gov), Andrew Daniel Goldstein (adg@usdoj.gov), Jonathan Ian Kravis
(angelina.slagle@usdoj.gov, caseview.ecf@usdoj.gov, jonathan.kravis3@usdoj.gov,
usadc.criminaldocket@usdoj.gov, usadc.ecffraud@usdoj.gov), Grant J. Smith
(gsmith@strategysmith.com), Michael John Marando (caseview.ecf@usdoj.gov,
joshua.fein@usdoj.gov, michael.marando@usdoj.gov, usadc.criminaldocket@usdoj.gov,
usadc.ecffraud@usdoj.gov), Robert C. Buschel (bg.j6r6@case.prolific.com,
buschel@bglaw-pa.com), L. Peter Farkas (pf@hfk.law), Judge Amy Berman Jackson
(abj_dcdecf@dcd.uscourts.gov, john_haley@dcd.uscourts.gov)
--Non Case Participants: Christopher R. Geidner (crgeidner@gmail.com), Byron C. Tau
(byron-tau-2131@ecf.pacerpro.com, byron.tau@wsj.com), Darren S. Samuelsohn
(cbennett@politico.com, dsamuelsohn@politico.com, kcheney@politico.com), Michael Balsamo
(mbalsamo@ap.org), Katelyn Jo Polantz (katelyn.polantz@cnn.com), Tierney M. Sneed
(allegra@talkingpointsmemo.com, david@talkingpointsmemo.com, joshk@talkingpointsmemo.com,
talk@talkingpointsmemo.com, tierney@talkingpointsmemo.com), Michael A. Scarcella
(mscarcella@alm.com), Zoe M. Tillman (zoe.tillman@buzzfeed.com), Sharon LaFraniere
(lafraniere@nytimes.com), Lucien C. Bruggeman (abctv.dl-dc.task.force@disney.com,
lucien.c.bruggeman@abc.com), Joshua A. Gerstein (jagalerts@yahoo.com), Spencer S. Hsu
(spencer.hsu@washpost.com), Carrie A. Johnson (cjohnson2@npr.org), Lawrence J. Hurley
(andy.sullivan@thomsonreuters.com, karen.freifeld@thomsonreuters.com,
nathan.layne@thomsonreuters.com, sarah.n.lynch@thomsonreuters.com,
washington.breaking@allreleases.net), zad (anjanie_desai@dcd.uscourts.gov), Laura A.
Jarrett (laura.jarrett@turner.com), Ann E. Marimow (ann.marimow@washpost.com), Thomas J.
Winter (tom.winter@nbc.com), Ellis Kim (ekim@alm.com), Del Q. Wilber
(del.wilber@latimes.com), Natasha M. Bertrand (nbertrand@theatlantic.com), Tamara K. Thorp
(tammy.kupperman@cnn.com), David G. Shortell (david.shortell@turner.com), Andrew M. Harris
(aharris16@bloomberg.net), Matthew D. Zapotosky (zapotoskym@washpost.com), Clare E. Hymes
(hymesc@cbsnews.com), Charles R. Barber (cbarber@alm.com), Adam M. Goldman
(adam.goldman@nytimes.com), Louis A. Williams (pete.williams@nbc.com), Mark Albert
(dcbureau@hearst.com, malbert@hearst.com, tsherwin@hearst.com), Aruna Viswanatha
(aruna.viswanatha@wsj.com), zna (nwamaka_anowi@dcd.uscourts.gov), Daniel H. Berman
(dan.berman@cnn.com), Timothy J. Ryan (tjryan93@gmail.com), Lydia Davenport
(lwheeler@thehill.com), Chad S. Day (cday@ap.org)
--No Notice Sent:

Message-Id:5857301@dcd.uscourts.gov
Subject:Activity in Case 1:19-cr-00018-ABJ USA v. STONE Order on Motion for Leave to File
Content−Type: text/html
```

# U.S. District Court

# District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 2/1/2019 at 12:33 PM EDT and filed on 2/1/2019

**Case Name:** USA v. STONE
**Case Number:** 1:19−cr−00018−ABJ
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER denying [20] Motion for Leave to File as to ROGER JASON STONE JR. (1).**

**Movant David Christenson has filed a motion for leave to file a motion to intervene in this case. His motion for leave to file, which the Court docketed on the official public record, did not attach the intervention motion itself; it simply transmitted copies of similar motions filed in other cases. But his motion for leave to file any request to intervene will be DENIED because the Federal Rules of Criminal Procedure do not provide for intervention in a criminal case. Also, since movant not a party to these proceedings, it is FURTHER ORDERED that no additional submissions from the movant will be docketed in this case. THIS IS A FINAL, APPEALABLE ORDER. Signed by Judge Amy Berman Jackson on 2/1/19. (DMK)**

**1:19−cr−00018−ABJ−1 Notice has been electronically mailed to:**

L. Peter Farkas     pf@hfk.law

Jonathan Ian Kravis     jonathan.kravis3@usdoj.gov, Angelina.Slagle@USDOJ.gov, CaseView.ECF@usdoj.gov, USADC.CriminalDocket@USDOJ.gov, USADC.ECFFraud@USDOJ.gov

Michael John Marando     michael.marando@usdoj.gov, Joshua.Fein@usdoj.gov, caseview.ecf@usdoj.gov, usadc.criminaldocket@usdoj.gov, usadc.ecffraud@usdoj.gov

Aaron Simcha Jon Zelinsky     asjz@usdoj.gov

Lawrence Rush Atkinson     lra@usdoj.gov

Andrew Daniel Goldstein     adg@usdoj.gov

Robert C. Buschel     buschel@bglaw−pa.com, BG.J6R6@case.prolific.com

Grant J. Smith     gsmith@strategysmith.com

Jeannie Sclafani Rhee     jsr@usdoj.gov

Tara A. Campion     tcampion@rogowlaw.com

**1:19−cr−00018−ABJ−1 Notice will be delivered by other means to::**

Bruce S. Rogow
LAW OFFICE OF BRUCE S. ROGOW, P.A.
100 NE 3rd Avenue
Suite 1000
Fort Lauderdale, FL 33301

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America

v.

Roger J. Stone, Jr.,
Defendant

Criminal Docket No. 1:19-cr-00018

Judge Amy Berman Jackson

*[Handwritten annotation: File as Notice of Appeal Leave to file granted 2/12/19 ABJ]*

Notice of Appeal and a Writ of Certiorari

The Department of Justice, Attorney General Matthew Whitaker, Assistant Attorney General Jeffrey Bossert Clark, FBI Director Robert Mueller, etc. classified me as a terrorist. This gives me cause and standing to intervene in this case and other cases. My Constitutional Rights were criminal violated and thus the Constitutional Rights of all Americans were criminally violated.

Consider the attached pleading as both a Notice of Appeal and a Writ of Certiorari.

By no fault of her own, Judge Jackson's order is Unconstitutional. - 02/01/2019 MINUTE ORDER denying 20 Motion for Leave to File as to ROGER JASON STONE JR. (1). Movant David Christenson has filed a motion for leave to file a motion to intervene in this case. His motion for leave to file, which the Court docketed on the official public record, did not attach the intervention motion itself; it simply transmitted copies of similar motions filed in other cases. But his motion for leave to file any request to intervene will be DENIED because the Federal Rules of Criminal Procedure do not provide for intervention in a criminal case. Also, since movant not a party to these proceedings, it is FURTHER ORDERED that no additional submissions from the movant will be docketed in this case. THIS IS A FINAL, APPEALABLE ORDER. Signed by Judge Amy Berman Jackson on 2/1/19. (DMK) (Entered: 02/01/2019)

The First Amendment is very clear and grants me the Constitutional Right to file a grievance. The conduct of the Department of Justice was criminal. The American People have a Constitutional Right to this information via the Courts. The American People also have a Constitutional Right to any and all Amicus Briefs that are filed. The out of control chaos that is taking place in our country is a direct result of the Federal Judiciary censoring Patriotic Americans such as myself. The courts allow for profit media to file Motions to Intervene. Not providing for Intervention is Unconstitutional. The Federal Judiciary is responsible for protecting Free Speech, not censoring it.

Godspeed - Sincerely,
David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com - dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on February 4th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

13

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America

v.

Roger J. Stone, Jr.,
Defendant

Criminal Docket No. 1:19-cr-00018

Judge Amy Berman Jackson

*[handwritten: Title as motion for Leave to file a Motion to Intervene
AB Jan 1/30/19
Title 1st 2 pages only]*

Motion For Leave To File This Motion To Intervene

The greatest legal, political and ethical transgression of my lifetime was when President Ford pardoned President Nixon. Our world today is a direct result of that pardon. Life has come full circle and you have a chance to rectify that mistake. Roger Stone worked for Nixon and it is reported that he has a tattoo of him on his shoulder. Roger Stone is cancer of the worst kind.

Our country is counting on you. As you can see the United Sates of America is spiraling out of control. Our country **has accelerated** into unrecoverable chaos since I first filed with you in the Manafort case.

Americans have a Constitutional Right to this information. There is no other source for it. I am asking to be heard, I am not asking for you to rule in my favor. You know my intentions are honorable. I took an oath to protect my fellow Americans and that is what I am doing.

Each of the Judges in the following cases has publicly docketed my pleadings. Four (*) of the Judges have not ruled on my Motions to Join. The cases represent: minors suing the government about climate change, free speech, health care, immigrants, election tampering, etc.

<u>Mankind will cease to exist by October 12th, 2050 if we don't change the narrative and dialogue.</u>

Remember that it was Attorney General Matthew Whitaker that represented me in 2011 when I was falsely arrested. I can't invent the stuff that has happened to me in my quest to protect my fellow Americans. I will prevail. Judges are actually using my name and are placing my pleadings in the public docket. I pray that you do the same. Honor the First Amendment.

*State of Maryland v. United States of America (1:18-cv-02849) District Court, D. Maryland Judge Ellen Hollander
*State Of New York v. Donald Trump (1:17-cv-05228) District Court, E.D. New York Judge Nicholas Garaufis
*Pen American Center, Inc. v. Trump (1:18-cv-09433) District Court, S.D. New York Judge Lorna Schofield
Juliana v. United States of America (6:15-cv-01517) District Court, D. Oregon Judge Ann Aiken
*CORSI v. MUELLER (1:18-cv-02885) District Court, District of Columbia Judge Ellen Huvelle
Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York Judge Colleen McMahon
Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York Judge John Koeltl

Attachment 1: Motion to join Pen American Center, Inc. v. Trump (1:18-cv-09433) District Court, S.D. New York Judge Lorna Schofield (2 of 84 pages)

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on January 26th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MOVANT DAVID ANDREW CHRISTENSON

PEN AMERICAN CENTER, INC.
Plaintiff,

v.

DONALD J. TRUMP, in his official capacity
as President of the United States
Defendant.

Case No. 1:18-cv-09433-LGS

JUDGE LORNA G. SCHOFIELD

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-18-19

Motion for Leave to file this Motion to Join

It is up to you, Judge Lorna G. Schofield, to save our country and mankind via this case. I have no idea how to do that, but a good starting point is giving me a voice on behalf of the American People and to order the parties to respond. Put the ball in their court. They should be glad to respond if they truly care about the American People **and you and your family**. (Please pardon my language but I need to make a point.)

All parties in this case are Aids Infected Whores and that includes the attorneys who are officers of this court and thus protectors of the Constitution. They don't give a damn about this country. They are for profit and power. The Plaintiffs invoke the Constitution when it is convenient and when it makes them money and more powerful. Even non-profit media and universities are really for profit and power.

Mathematically Mankind will cease to exist by 2050. You can confirm this fact by using high school level math.

**If you change the narrative, we might stand a chance.**

Please incorporate the attached pleadings and letters into this Motion to Join.

Attachment 1: Motion to Join docketed by Judge Ellen Lipton Hollander. This case is about health care for Americans. She has given the American People a voice. Not one of the 100 plus attorneys have contacted me and yet most of them are from the 50 states that will ultimately incur the cost of health care because the Federal Government is broke.

Attachment 2: Motion to Join that has not been yet docketed because the service is today, January 8th, 2019. This case is about Attorney General Matthew Whitaker who was my attorney in 2011 and gave away all of my rights and destroyed my life so that he could protect the Department of Justice cover up. He has been rewarded with power and money.

Attachment 3: Friend of the Court/Amicus Brief that you have docketed by not accepted. I pray that you accept it and give it consideration.

2019 JAN 18 AM 11:52

SDNY PRO SE OFFICE
RECEIVED

My information is incoherent and disjointed and for that I am apologizing. I was never trained or educated for a war like this and trust me this is a war.

*When a lawyer and expert of the law asked Jesus what the most important commandment is, Jesus responded, "To love the Lord your God with all your heart, with all your soul, and with all your mind...The second is to **love your neighbor as yourself**." All the Law and the Prophets hang on these two commandments.*

*A Christmas Carol in Prose; Being a Ghost Story of Christmas by Charles Dickens*
*Jacob Marley "Mankind was my business. The common welfare was my business; charity, mercy, forbearance, and benevolence, were, all, my business. The dealings of my trade were but a drop of water in the comprehensive ocean of my business!"*

Conclusion

I don't know you and yet I have put my life on the line for you and the people you love. All I am asking for is a voice and a response.


Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE
I hereby certify that on January 8th, 2019 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Movant David Andrew Christenson

Civ. No. 1:18-CV-02849-ELH

State of Maryland
Plaintiff

Complaint for Declaratory and
Injunction Relief

v.

Judge Ellen Lipton Hollander

United States of America, et al.,
Defendants



DEC 20 2018

Motion to Join/Intervene

Order the Department of Justice to respond to my pleadings and writings and then decide. Mankind prevails if there is a response. The response itself will change the narrative and give Mankind a chance at surviving. Level the playing field. Evil destroys Evil and with-it Mankind.

The Senate approved BP Attorney (Kirkland & Ellis LLP) Jeffrey Bossert Clark for assistant attorney general for the U.S. Department of Justice's Environment and Natural Resources Division on Thursday, October 11th, 2018. Read my Amicus Brief in this case. Kirkland & Ellis "Of Counsel" William Pelham Barr, who served as the 77th United States Attorney General from 1991 to 1993 during the first Bush administration, has been nominated by President Donald Trump to serve as Attorney General of the United States. These individuals do not believe in climate change.

President George W. Bush was President in 2005 when Hurricane Katrina struck. Negligence by the Federal Government allowed the Katrina Virus to escape.

Barr was recommended by Presidents George H. Bush and President George W. Bush to become the Attorney General. Will this keep President Donald Trump from being Impeached and Indicted? Will this keep President George W. Bush from being indicted?

Review attachments: "The United States Supreme Court and The Katrina Virus" and "The Reluctant Patriot".

Godspeed. Sincerely,
David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com; dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE
I hereby certify that on December 17th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

18

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix - Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 9063
Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.