**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROGER J. STONE, JR.,

      Defendant.
_____/

**ROGER J. STONE'S NOTICE OF APOLOGY**

Undersigned counsel, with the attached authority of Roger J. Stone, hereby apologizes to the Court for the improper photograph and comment posted on Instragram today. Mr. Stone recognizes the impropriety and had it removed.

      Respectfully submitted,

| | |
|---|---|
| By: */s/ L. Peter Farkas* | By: */s/Bruce S. Rogow* |
| L. PETER FARKAS | BRUCE S. ROGOW |
| **HALLORAN FARKAS & KITTILA, LLP** | FL Bar No.: 067999 |
| DC Bar No.: 52944 | TARA A. CAMPION |
| 1101 30th Street, NW | FL Bar: 90944 |
| Suite 500 | **BRUCE S. ROGOW, P.A**. |
| Washington, DC 20007 | 100 N.E. Third Avenue, Ste. 1000 |
| Telephone: (202) 559-1700 | Fort Lauderdale, FL  33301 |
| Fax: (202) 257-2019 | Telephone: (954) 767-8909 |
| pf@hfk.law | Fax: (954) 764-1530 |
| | brogow@rogowlaw.com |
| | tcampion@rogowlaw.com |
| | *Admitted pro hac vice* |

| | |
|---|---|
| ROBERT C. BUSCHEL | GRANT J. SMITH |
| **BUSCHEL GIBBONS, P.A.** | **STRATEGYSMITH, PA** |
| FL Bar No.: 006436 | FL Bar No.: 935212 |
| One Financial Plaza, Suite 1300 | 401 East Las Olas Boulevard |
| 100 S.E. Third Avenue | Suite 130-120 |
| Fort Lauderdale, FL 33394 | Fort Lauderdale, FL 33301 |
| Telephone: (954) 530-5301 | Telephone: (954) 328-9064 |
| Fax: (954) 320-6932 | gsmith@strategysmith.com |
| Buschel@BGlaw-pa.com | *Admitted pro hac vice* |
| *Admitted pro hac vice* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 18, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by CM/ECF.

| | |
|---|---|
| *United States Attorney's Office for the District of Columbia* | *United States Depart of Justice Special Counsel's Office* |
| MICHAEL JOHN MARANDO | AARON SIMCHA JON ZELINSKY |
| JONATHAN IAN KRAVIS | JEANNIE SCLAFANI RHEE |
| **U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA** | ANDREW DANIEL GOLDSTEIN |
| | LAWRENCE RUSH ATKINSON |
| 555 Fourth Street, NW | **U.S. DEPARTMENT OF JUSTICE** |
| Washington, DC 20530 | **SPECIAL COUNSEL'S OFFICE** |
| Telephone: (202) 252-6886 | 950 Pennsylvania Avenue, NW |
| Fax: (202) 651-3393 | Washington, DC 20530 |
| michael.marando@usdoj.gov | Telephone: (202) 616-0800 |
| jonathan.kravis3@usdoj.gov | Fax: (202) 651-3393 |
| | asjz@usdoj.gov |
| | jsr@usdoj.gov |
| | adg@usdoj.gov |
| | lra@usdoj.gov |

ROGER J. STONE

Please inform the Court that the photograph and comment today was improper and should not have been posted. I had no intention of disrespecting the Court and humbly apologize to the Court for the transgression.

Roger J. Stone