IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROGER J. STONE, JR.,<br><br>Defendant. | Criminal No. 19-cr-18-ABJ |

## GOVERNMENT'S NOTICE REGARDING DOCUMENTS

The United States of America respectfully submits this notice in response to the Court's questions in a minute order dated February 22, 2019.

1. At 6:10 AM on January 25, 2019, Agents of the Federal Bureau of Investigation emailed investigative team members of the Special Counsel's Office that Roger Stone was in custody. A copy of that email from an FBI agent on the scene of the arrest is attached at Exhibit A.[1]

2. At 6:11:45 AM on that same day, the Special Counsel's Office posted the indictment to its DOJ website. A log of edits to the website showing the timing of this post is attached as Exhibit B.[2]

3. At 6:16 AM on that same day, the spokesman from the Special Counsel's Office emailed more than 500 journalists from 127 news organizations a notice of Mr. Stone's arrest, with a link to the posted indictment on the office's DOJ website. A copy of that

---

[1] Individual DOJ email address prefixes have been redacted in Exhibit A for privacy purposes; an unredacted copy is available to the Court and the defendant upon request.

[2] Information associated with internal DOJ systems, including IP addresses, has been redacted in Exhibit B for security purposes; an unredacted copy is available to the Court and the defendant upon request.

email is attached as Exhibit C. A list of the news organizations whose journalists received the notice is attached as Exhibit D.

4. At 6:18 AM on that same day, a spokesman from the Special Counsel's Office emailed investigative team members of the Special Counsel's Office that the notice had been issued. A copy of that email is attached as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| ROBERT S. MUELLER III<br>Special Counsel | JESSIE K. LIU<br>U.S. Attorney for the District of Columbia |
| By: /s/<br>Jeannie S. Rhee<br>Aaron S.J. Zelinsky<br>U.S. Department of Justice<br>Special Counsel's Office<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530 | By: /s/<br>Jonathan Kravis<br>Michael J. Marando<br>Assistant United States Attorneys<br>555 4th Street NW<br>Washington, D.C. 20530 |

Dated: February 26, 2019