**From:** PAC
**To:** ▮
**Subject:** RE: In custody
**Date:** Friday, January 25, 2019 6:18:06 AM

Media notice is out. Once we have the judge, time, and courtroom for the initial appearance, can someone let me know? Thanks.

Thx,
Peter

-----Original Message-----
From: ▮@jmd.usdoj.gov>
Sent: Friday, January 25, 2019 6:10 AM
To: ▮@jmd.usdoj.gov>; ▮jmd.usdoj.gov>; ▮@jmd.usdoj.gov>; ▮@jmd.usdoj.gov>; ▮@jmd.usdoj.gov>; ▮@jmd.usdoj.gov>; ▮@jmd.usdoj.gov>; ▮@jmd.usdoj.gov>
Subject: In custody

Media is here.