# stone_indictment_012419 - logs

A log of all mention of stone_indictment_012419.pdf in the justice.gov logs.

| Time | Event |
|---|---|
| 2019-02-04T23:04:40-0500 | ▇▇ - - [05/Feb/2019:04 40 +0000] "GET /file/1124706/stone_indictment_012419 pdf HTTP/1.1" 200 7131 ▇▇ host=www.justice.gov ▇▇ |
| 2019-02-04T23:04:40-0500 | ▇▇ [05/Feb/2019 04:04:40 +0000] www.justice.gov GET /file/1124706/stone_indictment_012419 pdf http_code=200 query= uid=0 php_pid=19336 php_time=0.414 queue_wait=0 request_id="v-290d1a5a-28fb-11e9-a1b9-1b5d3e41bfa9" |
| 2019-01-25T11:40:58-0500 | Jan 25 16:40 59 ▇▇ https://edit.justice gov|1548434459| ▇▇ |https://edit.justice gov/acquia_purge_ajax_processor?_=1548434457549|https://edit.justice.gov/file/1124706|42061||Purging sites/default/files/fieldable-panel-panes/basic-panes/attachments/2019/01/25/stone_indictment_012419 pdf |
| 2019-01-25T11:40:57-0500 | Jan 25 16:40 57 ▇▇ https://edit.justice gov|1548434457| ▇▇ |https://edit.justice gov/acquia_purge_ajax_processor?_=1548434457549|https://edit.justice.gov/file/1124706|42061||Purging system/temporary/stone_indictment_012419 pdf from Akamai request_id="v-fd88e2ee-20bf-11e9-a355-5f925f5c1777" |
| 2019-01-25T11:40:57-0500 | Jan 25 16:40 57 ▇▇ https://edit.justice gov|1548434457| ▇▇ |https://edit.justice.gov/acquia_purge_ajax_processor?_=1548434457549|https //edit.justice.gov/file/1124706|42061||AcquiaPurgeExecutorAcquia: ▇▇ /attachments/2019/01/25/stone_indictment_012419 pdf (host=www.justice.gov) succeeded (PURGE, 200). request_id="v-fd88e2ee-20bf-11e9-a355-5f925f5c1777" |
| 2019-01-25T11:40:57-0500 | Jan 25 16:40 57 ▇▇ https://edit.justice gov|1548434457| ▇▇ |https://edit.justice.gov/acquia_purge_ajax_processor?_=1548434457549|https //edit.justice.gov/file/1124706|42061||AcquiaPurgeExecutorAcquia ▇▇ /stone_indictment_012419.pdf (host=www.justice gov) succeeded (PURGE, 200). request_id="v-fd88e2ee-20bf-11e9-a355-5f925f5c1777" |
| 2019-01-25T11:40:57-0500 | Jan 25 16:40 57 ▇▇ https://edit.justice gov|1548434457| ▇▇ |https://edit.justice.gov/acquia_purge_ajax_processor?_=1548434457549|https //edit.justice.gov/file/1124706|42061||AcquiaPurgeExecutorAcquia ▇▇ attachments/2019/01/25/stone_indictment_012419 pdf (host=www.justice.gov) succeeded (PURGE, 200). request_id="v-fd88e2ee-20bf-11e9-a355-5f925f5c1777" |
| 2019-01-25T11:40:57-0500 | Jan 25 16:40 57 ▇▇ https://edit.justice gov|1548434457| ▇▇ |https://edit.justice.gov/acquia_purge_ajax_processor?_=1548434457549|https //edit.justice.gov/file/1124706|42061||AcquiaPurgeExecutorAcquia ▇▇ /stone_indictment_012419 .pdf (host=www.justice.gov) succeeded (PURGE, 200). request_id="v-fd88e2ee-20bf-11e9-a355-5f925f5c1777" |
| 2019-01-25T11:40:56-0500 | Jan 25 16:40 56 ▇▇ https //edit.justice.gov|1548434456|file ▇▇ 101.1.117|https://edit.justice gov/file/1124706/edit|https://edit.justice.gov/file/1124706/edit|42061||Document: updated stone_indictment_012419.pdf. request_id="v-f27d5984-20bf-11e9-a944-4fe552453fb7" |
| 2019-01-25T11:40:53-0500 | Jan 25 16:40 54 ▇▇ https //edit.justice.gov|1548434454|file ▇▇ |https://edit.justice gov/file/1124706/edit|https://edit.justice.gov/file/1124706/edit|42061||The file stone_indictment_012419 pdf at temporary://stone_indictment_012419 pdf with File ID 1124726 was deleted request_id="v-f27d5984-20bf-11e9-a944-4fe552453fb7" |
| 2019-01-25T06:12:40-0500 | Jan 25 11:12:43 ▇▇ https://edit.justice gov|1548414763|doj_akamai| ▇▇ |https://edit.justice.gov/acquia_purge_ajax_processor?_=1548414763462|https //edit.justice.gov/sco| 42061||Purging sites/default/files/fieldable-panel-panes/basic-panes/attachments/2019/01/25/stone_indictment_012419.pdf from Akamai request_id="v-22f11782-2092-11e9-8935-a7f9b6bf9fd5" |
| 2019-01-25T06:12:40-0500 | Jan 25 11:12:43 ▇▇ https://edit.justice gov|1548414763|acquia_purge| ▇▇ |https://edit.justice.gov/acquia_purge_ajax_processor?_=1548414763462|https //edit.justice.gov/sco| 42061||AcquiaPurgeExecutorAcquia: ▇▇ attachments/2019/01/25/stone_indictment_012419 pdf (host=www.justice.gov) succeeded (PURGE, 200). request_id="v-22f11782-2092-11e9-8935-a7f9b6bf9fd5" |
| 2019-01-25T06:12:40-0500 | Jan 25 11:12:43 ▇▇ https://edit.justice gov|1548414763 ▇▇ _purge| ▇▇ |https://edit.justice.gov/acquia_purge_ajax_processor?_=1548414763462|https //edit.justice.gov/sco| 42061||AcquiaPurgeExecutorAcquia: ▇▇ attachments/2019/01/25/stone_indictment_012419 pdf (host=www.justice.gov) succeeded (PURGE, 200). request_id="v-22f11782-2092-11e9-8935-a7f9b6bf9fd5" |
| 2019-01-25T06:11:49-0500 | Jan 25 11:11:49 ▇▇ https //edit.justice.gov|1548414709| doj_akamai ▇▇ |https://edit.justice gov/acquia_purge_ajax_processor?_=1548414705576|https://edit.justice.gov/media/1124706/format-form?render=media-popup&fields=undefined|42061||Purging sites/default/files/stone_indictment_012419 pdf from Akamai request_id="v-0070167c-2092-11e9-bb38-7bf1af0d1fb1" |
| 2019-01-25T06:11:45-0500 | Jan 25 11:11:45 ▇▇ https //edit.justice.gov|1548414705| ▇▇ |https://edit.justice.gov/acquia_purge_ajax_processor?_=1548414705576|https //edit.justice.gov/media/1124706/format-form?render=media-popup&fields=undefined|42061| ▇▇ /stone_indictment_012419.pdf (host=www.justice gov) succeeded (PURGE, 200). request_id="v-0070167c-2092-11e9-bb38-7bf1af0d1fb1" |

| Time | Event |
|---|---|
| 2019-01-25T06:11:45-0500 | ▓▓▓ Jan 25 11:11:45 ▓▓▓ doj: https //edit.justice.gov|1548414705| |https://edit.justice.gov/acquia_purge_ajax_processor?_=1548414705576|https //edit.justice.gov/media/1124706/format-form?render=media-popup&fields=undefined|42061||AcquiaPurgeExecutorAcquia: https:// ▓▓▓ /sites/default/files/stone_indictment_012419 pdf (host=www.justice.gov) succeeded (PURGE, 200). request_id="v-0070167c-2092-11e9-bb38-7bf1af0d1fb1" |

