ABC News
Agence France-Presse
Agencia EFE
American Family Radio
Al Jazeera
Al-Monitor
Anadolu News Agency
Agenzia ANSA
Associated Press
Ars Technica
The Atlantic
Australian Broadcasting
Axios
BBC
Bloomberg
BNA
Boston Globe
Breitbart
Bustle
BuzzFeed
Canadian Broadcasting
Corporation
CBS News
Cheddar
Chicago Tribune
Chicago Sun Times
CNBC
CNN
Courthouse News Service
Corporate Crime Reporter
Cox
CQ Roll Call
Christian Science Monitor
C-SPAN
Daily Beast
Daily Caller
Daily Mail
Daily Signal
Dallas Morning News
Deutsche Presse-Agentur
El Pais
Epoch Times
Feature Story
Financial Times
Foreign Policy
Foresight News
FoxNews
Free Beacon
Global News

Globe and Mail
GQ
The Guardian
Haaretz
Hearst
The Hill
Hot Air
Huffington Post
ITV News
Jigsaw
Just Security
Kyodo News
La Nacion
Las Vegas Review Journal
Law360
Law and Crime
Life News
The London Times
Los Angeles Times
McClatchy
Mic
MLex
Mother Jones
MSNBC
National Law Journal
NBC News
New Yorker
The New Republic
Newsday
Newsweek
Newsy
NHK World Japan
NPR
New York Post
New York Sun
New York Daily News
The New York Times
Think Progress
PBS Newshour
Politico
PolitiFact
ProPublica
Quartz
Real Clear Politics
Reuters
Rolling Stone
Sinclair Broadcast Group
Spectrum News
Sputnik International

Die Welt
The Telegraph
Televisa
TIME Magazine
TMZ
Tokyo Broadcasting System
Townhall
Talking Points Memo
Television New Zealand
Univision
U.S. News & World Report
USA Today
Vanity Fair
Vice
Voice of America
Volante
Vox
The Wall Street Journal
Washington Examiner
Washington Post
Washington Times
WETA
WINK News
WNYC
WTOP
Yahoo News
Zweites Deutsches
Fernsehen
WAMU.org