UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROGER J. STONE, JR.,<br><br>              Defendant. | Criminal No. 19-cr-18-ABJ |

## GOVERNMENT'S NOTICE OF ANTICIPATED TRIAL LENGTH

The United States of America respectfully submits this notice in response to the Court's Minute Order dated February 27, 2019. In response to the Court's inquiry, the government anticipates that its case-in-chief at trial, including expected cross-examination of its witnesses by the defense, will take approximately five to eight days trial days to complete.

                                                                       Respectfully submitted,

| | |
|---|---|
| ROBERT S. MUELLER III<br>Special Counsel | JESSIE K. LIU<br>U.S. Attorney for the District of Columbia |
| By: /s/_____<br>Jeannie S. Rhee<br>Aaron S.J. Zelinsky<br>U.S. Department of Justice<br>Special Counsel's Office<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530 | By: /s/_____<br>Jonathan Kravis<br>Michael J. Marando<br>Assistant United States Attorneys<br>555 4th Street NW<br>Washington, D.C. 20530 |

Dated: March 1, 2019