IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.,

    Defendant.
_____/

## MOTION TO FILE UNDER SEAL

Defendant, Roger J. Stone, pursuant to Local Criminal Rule 49(f)(6)(i), requests leave of Court to file "*Roger J. Stone's Motion And Memorandum To Clarify February 21, 2019 Minute Order As Applied To Portion Of Book Introduction Written/Published Prior To February 21, 2019,*" under seal.

The purpose of the underlying Motion is to seek clarification from the Court. The Defendant believes, given the nature of the relief sought in the underlying Motion, it is appropriate to request that the Motion be filed under seal to ensure unnecessary additional attention is not drawn to the subject matter of the Motion.

Respectfully submitted,

By: */s/ L. Peter Farkas*      By: */s/Bruce S. Rogow*
L. PETER FARKAS      BRUCE S. ROGOW
**HALLORAN FARKAS + KITTILA LLP**      FL Bar No.: 067999
DC Bar No.: 52944      TARA A. CAMPION
1101 30th Street, NW      FL Bar: 90944
Suite 500      **BRUCE S. ROGOW, P.A**.
Washington, DC 20007      100 N.E. Third Avenue, Ste. 1000
Telephone: (202) 559-1700      Fort Lauderdale, FL 33301
Fax: (302) 257-2019      Telephone: (954) 767-8909
pf@hfk.law      Fax: (954) 764-1530
     brogow@rogowlaw.com
     tcampion@rogowlaw.com
     *Admitted pro hac vice*

ROBERT C. BUSCHEL      GRANT J. SMITH
**BUSCHEL GIBBONS, P.A.**      **STRATEGYSMITH, PA**
FL Bar No.: 006436      FL Bar No.: 935212
One Financial Plaza, Suite 1300      401 East Las Olas Boulevard
100 S.E. Third Avenue      Suite 130-120
Fort Lauderdale, FL 33394      Fort Lauderdale, FL 33301
Telephone: (954) 530-5301      Telephone: (954) 328-9064
Fax: (954) 320-6932      gsmith@strategysmith.com
Buschel@BGlaw-pa.com      *Admitted pro hac vice*
*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 1, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by CM/ECF.

BUSCHEL GIBBONS, P.A.

_____/s/ Robert Buschel_____

*United States Attorney's Office for the District of Columbia*

MICHAEL JOHN MARANDO
JONATHAN IAN KRAVIS
**U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA**
555 Fourth Street, NW
Washington, DC 20530
Telephone: (202) 252-6886
Fax: (202) 651-3393
michael.marando@usdoj.gov
jonathan.kravis3@usdoj.gov

*United States Department of Justice Special Counsel's Office*

AARON SIMCHA JON ZELINSKY
JEANNIE SCLAFANI RHEE
ANDREW DANIEL GOLDSTEIN
LAWRENCE RUSH ATKINSON
**U.S. DEPARTMENT OF JUSTICE SPECIAL COUNSEL'S OFFICE**
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 616-0800
Fax: (202) 651-3393
asjz@usdoj.gov
jsr@usdoj.gov
adg@usdoj.gov
lra@usdoj.gov