IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.,

    Defendant.

_____/

**REDACTED**
**ROGER J. STONE'S MOTION AND MEMORANDUM TO CLARIFY**
**FEBRUARY 21, 2019 MINUTE ORDER AS APPLIED TO PORTION OF BOOK**
**▉▉▉▉▉ WRITTEN/PUBLISHED PRIOR TO FEBRUARY 21, 2019**

1. The Court's February 21, 2019 Minute Order provided, in relevant part, that "the defendant is prohibited from making statements to the media or in public settings about the Special Counsel's investigation or this case or any of the participants in the investigation of the case."

2. On January 14, 2019, Roger Stone ("Defendant") submitted to his publisher, Skyhorse Publishing (the "Publisher"), an ▉▉▉▉▉▉▉▉ to be included in the re-release of his book "The Myth of Russian Collusion." The book was originally published in 2017 as "The Making of the President 2016."

3. The book, with the ▉▉▉▉▉▉▉▉, was published by the Publisher on February 19, 2019. Copies were distributed by the Publisher to hundreds of retailers nationwide in late January 2019.

4. Approximately ▉▉▉▉▉▉ of the ▉▉▉▉▉▉ from ▉▉▉▉▉▉, beginning with the words

1

███████████████████████████████████████████████████████████████

████████████████████████████████████████████. A copy of the ██████████, standing alone, has been provided under seal for the Court's convenience.

5. All of ██████████ was written prior to February 2019. The Publisher received the draft on January 14, 2019; edits were made and approved on January 15, 2019. To the best of Stone's knowledge, information, and belief, not a single word in the book was created after February 21, 2019.

6. The Defendant is committed to complying with the February 21, 2019 Order. ██████████ had it been written post-February 21, 2019, could have contravened the Court's Order. But with the pre-February 21, 2019 printing by the Publisher, and the imminent general relase of the book's contents, including the ██████████, Defendant respectfully requests that the publication of this book (together with the ) should not be viewed as contravening the Court's prohibitions because these prohibitions were not extant and could not have been known prior to February 21, 2019.

7. In an abundance of caution, Defendant seeks clarification from the Court regarding the application of the February 21, 2019 prohibitions as applied to the circumstances set forth above.

8. Defendant has alerted the Publisher to the issue presented here and has provided the Publisher with a copy of this Motion/Memorandum.

9. Because the First Amendment rights of both the Publisher and Defendant are implicated, and because Defendant has contractual obligations to the Publisher, and other obligations to this Court, Defendant seeks this clarification.

**CONCLUSION**

Defendant respectfully requests that the Court clarify its February 21, 2019 Order as applied to the specific facts set forth above.

                BUSCHEL GIBBONS, P.A.

                */s/ Robert Buschel*

Respectfully submitted,

By: */s/ L. Peter Farkas*  
L. PETER FARKAS  
**HALLORAN FARKAS + KITTILA LLP**  
DC Bar No.: 52944  
1101 30th Street, NW  
Suite 500  
Washington, DC 20007  
Telephone: (202) 559-1700  
Fax: (302) 257-2019  
pf@hfk.law  

By: */s/Bruce S. Rogow*  
BRUCE S. ROGOW  
FL Bar No.: 067999  
TARA A. CAMPION  
FL Bar: 90944  
**BRUCE S. ROGOW, P.A**.  
100 N.E. Third Avenue, Ste. 1000  
Fort Lauderdale, FL 33301  
Telephone: (954) 767-8909  
Fax: (954) 764-1530  
brogow@rogowlaw.com  
tcampion@rogowlaw.com  
    *Admitted pro hac vice*

ROBERT C. BUSCHEL  
**BUSCHEL GIBBONS, P.A.**  
FL Bar No.: 006436  
One Financial Plaza, Suite 1300  
100 S.E. Third Avenue  
Fort Lauderdale, FL 33394  
Telephone: (954) 530-5301  
Fax: (954) 320-6932  
Buschel@BGlaw-pa.com  
    *Admitted pro hac vice*

GRANT J. SMITH  
**STRATEGYSMITH, PA**  
FL Bar No.: 935212  
401 East Las Olas Boulevard  
Suite 130-120  
Fort Lauderdale, FL 33301  
Telephone: (954) 328-9064  
gsmith@strategysmith.com  
    *Admitted pro hac vice*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 4, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by CM/ECF.

| *United States Attorney's Office for the District of Columbia* | *United States Department of Justice Special Counsel's Office* |
|---|---|
| MICHAEL JOHN MARANDO<br>JONATHAN IAN KRAVIS<br>**U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA**<br>555 Fourth Street, NW<br>Washington, DC 20530<br>Telephone: (202) 252-6886<br>Fax: (202) 651-3393<br>michael.marando@usdoj.gov<br>jonathan.kravis3@usdoj.gov | AARON SIMCHA JON ZELINSKY<br>JEANNIE SCLAFANI RHEE<br>ANDREW DANIEL GOLDSTEIN<br>LAWRENCE RUSH ATKINSON<br>**U.S. DEPARTMENT OF JUSTICE SPECIAL COUNSEL'S OFFICE**<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>Telephone: (202) 616-0800<br>Fax: (202) 651-3393<br>asjz@usdoj.gov<br>jsr@usdoj.gov<br>adg@usdoj.gov<br>lra@usdoj.gov |