IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROGER J. STONE, JR.,<br><br>                Defendant. | Criminal No. 19-cr-18-ABJ |

**GOVERNMENT'S NOTICE REGARDING STATEMENTS BY THE DEFENDANT**

The United States of America respectfully submits this notice in reference to this Court's minute order dated March 1, 2019 ordering the defendant to file the "specific date of the 'imminent general release' of the book."

A preview of the defendant's book, including the updated Introduction referenced in the defendant's Motion to Clarify, is currently publicly available on Amazon.com and Google Books. A copy of the screenshots of these materials is submitted under seal as Exhibits A and B, respectively. In addition, we note for the Court that according to public reporting, on March 3, 2019, the defendant's Instagram account shared an image with the title "who framed Roger Stone." A copy of the image is submitted under seal as Exhibit C.[1]

---

[1] *See* "Trump Friend Roger Stone Suggests Robert Mueller 'Framed' Him in Instagram Post that Could Violate Gag Order," March 3, 2019, available at https://www.cnbc.com/2019/03/03/roger-stone-suggests-robert-mueller-framed-him-despite-gag-order.html.

Respectfully submitted,

| | |
|---|---|
| ROBERT S. MUELLER III<br>Special Counsel | JESSIE K. LIU<br>U.S. Attorney for the District of Columbia |
| By: /s/_____<br>Jeannie S. Rhee<br>Aaron S.J. Zelinsky<br>U.S. Department of Justice<br>Special Counsel's Office<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530 | By: /s/_____<br>Jonathan Kravis<br>Michael J. Marando<br>Assistant United States Attorneys<br>555 4th Street NW<br>Washington, D.C. 20530 |

Dated: March 4, 2019