IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROGER J. STONE, JR.,<br><br>　　　　　　　Defendant. | Criminal No. 19-cr-18-ABJ<br><br>UNDER SEAL |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE SEALED EXHIBITS

The United States of America hereby submits this motion for leave to file under seal three exhibits to its Notice of Statements by the Defendant, filed on March 4, 2019.  *See* Dkt. No. 54. In support of this motion, the government states the following:

On February 21, 2019, the Court issued an Order restricting extrajudicial statements by the defendant.  Following that order, on March 1, 2019, the defendant filed a Motion to Clarify the Court's Order as it related to certain statements he made in a book that he distributed to publishers in late January 2019.  *See* Dkt. No. 51 at p. 1.  The defendant's motion sought clarification from the Court regarding whether an updated Introduction to his book contravened the Court's Order restricting his extrajudicial statements.

On March 4, 2019, the government filed a Notice of Statements by the Defendant, informing the Court that: (1) the defendant's book, including his updated Introduction, is currently available online at Amazon.com and Google Books; and (2) the defendant is reported to have made an extrajudicial statement on Instagram since the February 21 hearing.  Dkt. No. 54.  The government also included as Exhibits A through C to its notice the contents of the Introduction found on Amazon.com and Google Books, and a copy of the Instagram post.

"[T]he decision as to access (to judicial records) is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case. *United States v. Hubbard*, 650 F.2d 293, 316-17 (D.C. Cir. 1980) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 599 (1978)). As the Court noted when issuing the February 21 Order, the defendant's extrajudicial statements pose a risk of prejudicing a jury pool in this case. *See* Tr. at 48-49. The public filing of the defendant's continued extrajudicial statements regarding this case would amplify that concern. Further, this interest outweighs the public's right of access to those exhibits, especially since the information contained in the exhibits is publicly available on the Internet.

Accordingly, the government respectfully requests that the Court order that this motion, and Exhibits A through C to its notice of statements by the defendant, be filed under seal.

Respectfully submitted,

| | |
|---|---|
| ROBERT S. MUELLER III<br>Special Counsel | JESSIE K. LIU<br>U.S. Attorney for the District of Columbia |
| By: /s/<br>Jeannie S. Rhee<br>Aaron S.J. Zelinsky<br>U.S. Department of Justice<br>Special Counsel's Office<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530 | By: /s/<br>Jonathan Kravis<br>Michael J. Marando<br>Assistant United States Attorneys<br>555 4th Street NW<br>Washington, D.C. 20530 |

Dated: March 4, 2019

CERTIFICATE OF SERVICE

    I hereby certify that on March 4, 2019 a copy of the foregoing Government's Motion, Exhibits A-C referenced therein, and a proposed Order was sent via electronic mail to Grant Smith, Robert Buschel, and Bruce Rogow, counsel for the defendant.

                                               /s/ Michael J. Marando
                                              Michael J. Marando
                                              Assistant United States Attorney