# EXHIBIT A

**Subject:** Re: New BOOK Introduction

**Date:** Thursday, February 21, 2019 at 6:33:40 PM Eastern Standard Time

**From:** Bruce Rogow

**To:** Grant Smith

**CC:** Rob Buschel, Tara Campion

The " After The recusal of Sessions etc paragraphs are problematic.i have not thought/read carefully, but if I am right, maybe the publisher can black out the pages and say pursuant to the order . . . .

On Feb 21, 2019, at 5:58 PM, Grant Smith <gsmith@strategysmith.com> wrote:

> Will be published march 1.  See date below.  Need to see if this breaks the order.  Was drafted BEFORE indictment.
>
> Grant
>
> _____
> Grant J. Smith, Esq.
> StrategySmith, PA
> 401 East Las Olas Boulevard
> Suite 130-120
> Fort Lauderdale, FL 33301
> 954.328.9064 - Direct
>
> **From:** Michael Campbell <Mcampbell@skyhorsepublishing.com>
> **Date:** Monday, January 14, 2019 at 5:42 PM
> **To:** Roger Stone <players02@gmail.com>
> **Cc:** Mark Gompertz <mgompertz@skyhorsepublishing.com>, Grant Smith
> <gsmith@strategysmith.com>, Tony Lyons <TLyons@skyhorsepublishing.com>
> **Subject:** RE: New Introduction
>
> Roger,
>
> Edited intro attached here. Just copyedits and reordering a couple paragraphs in the Mueller section to better show the progression.
>
> Thanks,
> Mike
>
> _____
> **Michael Campbell**
> **Skyhorse Publishing, Inc.**
> 307 W 36th Street, 11th Floor | New York,  NY 10018
> 212-643-6816 x254
> email: mcampbell@skyhorsepublishing.com
> www.skyhorsepublishing.com
>
> **From:** Roger Stone <players02@gmail.com>
> **Sent:** Monday, January 14, 2019 11:49 AM
> **To:** Tony Lyons <TLyons@skyhorsepublishing.com>; Michael Campbell

<Mcampbell@skyhorsepublishing.com>; Grant Smith <gsmith@strategysmith.com>
**Subject:** New Introduction

for the Making of the President 2016 in paperback

3386 words

R