# COMPOSITE EXHIBIT B

**Document 1: Amendment to
Publishing Agreement**

## AMENDMENT TO PUBLISHING AGREEMENTS

**THIS** Amendment effective as of the 17th day of December, 2018, to the Publishing Agreements dated the 13th day of February, 2013 as previously amended and the 18th day of November, 2016 as previously amended ("Agreements") between Roger Stone ("Author") and Skyhorse Publishing, Inc. ("Publisher")(individually "Party" or together "Parties").

WHEREAS, the Parties desire to continue to keep certain portions of their Agreements in full force and effect; and

WHEREAS, the Parties desire to replace the reporting and payment terms of the Agreements with the terms herein; and

WHEREAS, Publisher desires to reissue the Work as defined in the November 18, 2016 agreement between the parties as a paperback with a new introduction and a new title;

NOW, THEREFORE, in consideration of the foregoing and other good and valuable consideration described below, the parties agree the appropriate sections of the Agreements shall be amended as follows:

1.      The Publisher, immediately following the full execution of this agreement, shall make a one-time wire payment to Author of ▮▮▮▮▮▮▮▮▮▮▮▮ as full payment of all amounts owed by Publisher to Author through December 31, 2018. In consideration of said payment and other good and valuable consideration, the Author and the Publisher do hereby release and discharge each other, their respective heirs, officers, directors, employees, executors, administrators, successors, and assigns from all claims and obligations of either against the other, known or unknown, arising for all periods prior to and including the period ending on December 31, 2018. For the purpose of clarity, the reason for this Amendment to Publishing Agreements is to end all joint ventures and settle all monies due between the parties through December 31, 2018. This Agreement supersedes all rights, royalties, profit-sharing or any other payments in any of the agreements between the parties. Going forward on January 1, 2019, the Publisher shall account pursuant to Par.2 hereof but shall not have obligations to consult with the Author regarding regular publishing decisions including but not limited to prints runs. Titles governed by this Amendment to Publishing Agreements include all titles published by the Author with the Publisher, including but not limited to:

> Clintons' War on Women
> Jeb! And the Bush Crime Family
> The Making of the President 2016
> Man Who Killed Kennedy
> Nixon's Secrets/Tricky Dick
> Stone's Rules

2.      Beginning with sales on January 1, 2019, Author agrees that he shall be compensated ▮▮▮ ▮▮▮▮▮▮▮ of the net revenues of all sales covered by the Agreements. For purposes of this agreement, Net Revenues is defined as all revenues of book sales minus returns of all Works covered by the Agreements. Each report submitted to Author with the compensation shall include, by each title and edition, from the internal Publisher records the number of books sold for the just closed quarter, the revenue received, and returns and the value of such, if any. BookScan numbers shall be provided for informational purposes on request. In addition, the following shall apply with respect to the sale of subsidiary rights:

|  | Author's Percentage | Publisher's Percentage |
|---|---|---|

(i) Foreign/translation rights: ██████ ██████

(ii) Anthology, excerpt, book condensation, digest, large print, quotation, ebook rights, book club rights, graphic novel rights, or any similar right including electronic/technological rights of whatever kind (whether now known or hereinafter discovered) and reprint rights in any format in any English-speaking country: ████████████████

(iii) Dramatization, film, and TV rights*:

(iv) First serial rights:

(v) Second serial rights:

(vi) Paperback reprint rights:

(vii) Hardcover reprint rights:

(viii) Commercial and/or merchandizing rights of any kind: ████████████████

(ix) Computer and/or handheld device application rights:

(x) Audio rights:

(xi) Bookazine rights

*If the licensing of dramatization, film, or TV rights is arranged by the Author, the sharing of proceeds shall be ████ to the Author and ████ to the Publisher.

All titles hereunder shall be subject not only to the terms of this Amendment to Publishing Agreements but also to the following paragraphs of the November 18, 2016 agreement between the parties: Paragraphs 2, 3, 4, 8, 9, 10, 11, 12, 13, 14, 15 and 16, provided that this Amendment to Publishing Agreements shall govern any conflict with said surviving provisions.

3.      The payments due to Author under this new arrangement shall be paid within thirty days (30) of the close of each calendar quarter for the immediately preceding quarter just closed, beginning April 30, 2019 and continuing each quarter thereafter.

4.      Author has until January 15, 2019 to submit to Publisher a new introduction and a new title for the paperback edition of The Making of the President 2016. If Author does not submit the new introduction on time, Publisher shall publish the paperback edition with an introduction by someone of its choosing, using the original title.

5.      Immediately upon submission of an acceptable new introduction for The Making of the President (with a revised title), Publisher shall pay to Author ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ by wire transfer.

6.      This Amendment may be executed in multiple counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

IN WITNESS WHEREOF, the parties have signed this Amendment as of the date first set forth above to make this a binding agreement among them.

Publisher

Tony Lyons, President

Roger Stone, Author

**Document 2: Emails re: First Overture to Do New
Edition**

**Subject:** Possible options re published titles and new book
**Date:** Wednesday, November 21, 2018 at 2:54:50 PM Eastern Standard Time
**From:** Dean Notte
**To:** Grant Smith

Dear Grant,

Given all of the back and forth with our joint ventures with Roger, I wanted to see if there was interest on your end in working on a settlement for the published titles in addition to a new paperback where we could make a lump sum payment to Roger.

If that's something Roger would like to explore I'd be happy to put something together and discuss some possibilities.

Either way, I hope you have a terrific holiday.

Thank you,
Dean

**Dean Notte**
**Director of Operations**
**Skyhorse Publishing, Inc.**
Allworth Press | Arcade Publishing | Gary Null Publishing
Helios Press | Night Shade Books | Not For Tourists
Sky Pony Press | Sports Publishing | Talos Press
307 W 36th Street, 11th Floor | New York,  NY 10018
Ph:(212) 643-6816 x264 | Fax: (212) 643-6819
www.skyhorsepublishing.com
@skyhorsepub

**Document 3:  Emails re: Overture to Stone to Do New Edition**

**Subject:** Re: MAKING OF THE PRESIDENT 2016
**Date:**    Friday, March 8, 2019 at 9:34:13 AM Eastern Standard Time
**From:**    Roger Stone
**To:**      Grant Smith

On Thu, Mar 7, 2019 at 1:59 PM Roger Stone <players02@gmail.com> wrote:

 # 1

On Thu, Nov 15, 2018 at 5:10 PM Michael Campbell <Mcampbell@skyhorsepublishing.com> wrote:

Dear Roger,

We think this would be a great opportunity bring out the paperback of the book and would like to propose a new title: ***MY TIES TO THE CAMPAIGN: THE TRUTH ABOUT MY FRONT ROW SEAT TO DONALD TRUMP'S REVOLUTION***. It would be a chance to retake the narrative and set the record straight; as the definitive account of how President Trump got elected, the book stands on its own but it would benefit from a new introduction to the softcover edition. You'd have the opportunity to edit or add any statements in the text as well.

Not wanting to be presumptuous but also understanding that your time is limited, we took the liberty of drafting the introduction.  Feel free to make any changes to it as you see fit. Attached here.

I hope you agree that this is the right moment to bring this out.

Thank you,

Mike

————————————————————

**Michael Campbell**

**Skyhorse Publishing, Inc.**

307 W 36th Street, 11th Floor | New York,  NY 10018

212-643-6816 x254

email: mcampbell@skyhorsepublishing.com

www.skyhorsepublishing.com

**Document 4: Emails re: Stone Reply to Overture**

**Subject:** Re: MAKING OF THE PRESIDENT 2016
**Date:**    Friday, March 8, 2019 at 9:34:50 AM Eastern Standard Time
**From:**    Roger Stone
**To:**      Grant Smith

#2

On Thu, Mar 7, 2019 at 2:00 PM Roger Stone <players02@gmail.com> wrote:
  #2

  ---------- Forwarded message ---------
  From: **Roger Stone** <players02@gmail.com>
  Date: Sun, Dec 9, 2018 at 7:25 AM
  Subject: Re: MAKING OF THE PRESIDENT 2016
  To: Michael Campbell <Mcampbell@skyhorsepublishing.com>
  Cc: Grant Smith <GSmith@strategysmith.com>


  In view of the fact that revenues generated by the Making of the President 2016 have never even
  recaptured the promotional costs for the book that I underwrote due Tony's unilateral decision to
  print 100,000 copies , I have no interest. While such a paperback might make money for Skyhorse I
  have no confidence I would make a penny.

  Roger Stone


  On Nov 15, 2018, at 5:10 PM, Michael Campbell <Mcampbell@skyhorsepublishing.com> wrote:

      Dear Roger,


      We think this would be a great opportunity bring out the paperback of the book and
      would like to propose a new title: ***MY TIES TO THE CAMPAIGN: THE TRUTH ABOUT MY
      FRONT ROW SEAT TO DONALD TRUMP'S REVOLUTION***. It would be a chance to retake
      the narrative and set the record straight; as the definitive account of how President
      Trump got elected, the book stands on its own but it would benefit from a new
      introduction to the softcover edition. You'd have the opportunity to edit or add any
      statements in the text as well.


      Not wanting to be presumptuous but also understanding that your time is limited, we
      took the liberty of drafting the introduction.  Feel free to make any changes to it as you
      see fit. Attached here.

I hope you agree that this is the right moment to bring this out.


Thank you,

Mike


_____

**Michael Campbell**

**Skyhorse Publishing, Inc.**

307 W 36th Street, 11th Floor | New York,  NY 10018

212-643-6816 x254

email: mcampbell@skyhorsepublishing.com

www.skyhorsepublishing.com


<INTRODUCTION TO MY TIES TO THE CAMPAIGN.docx>

**Document 5: Emails re: First Full Exchange of Negotiations**

**Subject:** Re: Roger Stone
**Date:** Monday, December 17, 2018 at 2:31:33 PM Eastern Standard Time
**From:** Grant Smith
**To:** tony, dnotte@skyhorsepublishing.com, mcampbell@skyhorsepublishing.com, mgompertz@skyhorsepublishing.com, crawford@allworth.com

I will take a crack at it.

Grant

_____

Grant J. Smith, Esq.
StrategySmith, PA
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
954.328.9064 - Direct

---

**From:** tony <tlyons4808@aol.com>
**Date:** Monday, December 17, 2018 at 2:29 PM
**To:** Grant Smith <gsmith@strategysmith.com>, "dnotte@skyhorsepublishing.com"
<dnotte@skyhorsepublishing.com>, "mcampbell@skyhorsepublishing.com"
<mcampbell@skyhorsepublishing.com>, "mgompertz@skyhorsepublishing.com"
<mgompertz@skyhorsepublishing.com>, "crawford@allworth.com" <crawford@allworth.com>
**Subject:** Re: Roger Stone

We need a simple new agreement in place before we can make the wire. Do you want to work on that or should
we?

-----Original Message-----
From: Grant Smith <gsmith@strategysmith.com>
To: tony <tlyons4808@aol.com>; dnotte@skyhorsepublishing.com <dnotte@skyhorsepublishing.com>;
mcampbell@skyhorsepublishing.com <mcampbell@skyhorsepublishing.com>;
mgompertz@skyhorsepublishing.com <mgompertz@skyhorsepublishing.com>; crawford@allworth.com
<crawford@allworth.com>
Sent: Mon, Dec 17, 2018 2:27 pm
Subject: Re: Roger Stone

Ok.  He will do the new introduction by January 15th, and work with you on a new title for
TMOTP 2016 as he really does not think the one suggested will work.

The wire instructions for the ██████████ are below:

Drake Ventures, LLC


Please let me know when the wire has been sent so I may let Nydia know to confirm.

Grant

Grant J. Smith, Esq.
StrategySmith, PA
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
954.328.9064 - Direct

---

**From:** tony <tlyons4808@aol.com>
**Date:** Monday, December 17, 2018 at 2:16 PM
**To:** Grant Smith <gsmith@strategysmith.com>, "dnotte@skyhorsepublishing.com"
<dnotte@skyhorsepublishing.com>, "mcampbell@skyhorsepublishing.com"
<mcampbell@skyhorsepublishing.com>, "mgompertz@skyhorsepublishing.com"
<mgompertz@skyhorsepublishing.com>, "crawford@allworth.com" <crawford@allworth.com>
**Subject:** Re: Roger Stone

There could be negative numbers in any given period, but it's highly unlikely given that nothing has been published recently.

On the paperback, we want it to be part of the agreement. Can Roger come up with a new title? That would make it easy. How about we say, Roger has until January 15th to deliver the new introduction. If he doesn't, we will just publish it under the new title.

-----Original Message-----
From: Grant Smith <gsmith@strategysmith.com>
To: tony <tlyons4808@aol.com>; dnotte@skyhorsepublishing.com <dnotte@skyhorsepublishing.com>;
mcampbell@skyhorsepublishing.com <mcampbell@skyhorsepublishing.com>;
mgompertz@skyhorsepublishing.com <mgompertz@skyhorsepublishing.com>; crawford@allworth.com
<crawford@allworth.com>
Sent: Mon, Dec 17, 2018 12:08 pm
Subject: Re: Roger Stone

OK.

You did not address the paperback title approval/discussion in January.  Also, You did not address negative numbers.

Grant

Grant J. Smith, Esq.
StrategySmith, PA
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
954.328.9064 - Direct

---

**From:** tony <tlyons4808@aol.com>
**Date:** Monday, December 17, 2018 at 12:01 PM
**To:** Grant Smith <gsmith@strategysmith.com>, "dnotte@skyhorsepublishing.com"
<dnotte@skyhorsepublishing.com>, "mcampbell@skyhorsepublishing.com"

<mcampbell@skyhorsepublishing.com>, "mgompertz@skyhorsepublishing.com"
<mgompertz@skyhorsepublishing.com>, "crawford@allworth.com" <crawford@allworth.com>
**Subject:** Re: Roger Stone

There always has to be a setoff for returns. It's the same for any publisher. The more we print and ship, the more we sell. You wouldn't get a reduction for printing costs going forward.

-----Original Message-----
From: Grant Smith <gsmith@strategysmith.com>
To: tony <tlyons4808@aol.com>; dnotte@skyhorsepublishing.com <dnotte@skyhorsepublishing.com>;
mcampbell@skyhorsepublishing.com <mcampbell@skyhorsepublishing.com>;
mgompertz@skyhorsepublishing.com <mgompertz@skyhorsepublishing.com>; crawford@allworth.com
<crawford@allworth.com>
Sent: Mon, Dec 17, 2018 11:57 am
Subject: Re: Roger Stone

I guess the point is that over printing would lead to more returns which would potentially cause a negative number.  In the alternative, if there were no setoff for returns and the ▮▮▮ was strictly on gross, we could live with that.

Grant

Grant J. Smith, Esq.
StrategySmith, PA
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
954.328.9064 - Direct

**From:** tony <tlyons4808@aol.com>
**Date:** Monday, December 17, 2018 at 11:55 AM
**To:** Grant Smith <gsmith@strategysmith.com>, "dnotte@skyhorsepublishing.com"
<dnotte@skyhorsepublishing.com>, "mcampbell@skyhorsepublishing.com"
<mcampbell@skyhorsepublishing.com>, "mgompertz@skyhorsepublishing.com"
<mgompertz@skyhorsepublishing.com>, "crawford@allworth.com" <crawford@allworth.com>
**Subject:** Re: Roger Stone

You would have nothing to do with our printing going forward. You would get credit for all books that sold, less returns, so I think ▮▮▮ makes sense.

-----Original Message-----
From: Grant Smith <gsmith@strategysmith.com>
To: tony <tlyons4808@aol.com>; dnotte@skyhorsepublishing.com <dnotte@skyhorsepublishing.com>;
mcampbell@skyhorsepublishing.com <mcampbell@skyhorsepublishing.com>;
mgompertz@skyhorsepublishing.com <mgompertz@skyhorsepublishing.com>; crawford@allworth.com
<crawford@allworth.com>
Sent: Mon, Dec 17, 2018 11:50 am
Subject: Re: Roger Stone

Tony,

A couple of questions and I think we are almost done:

1. Do you anticipate negative numbers?  We would propose that negative numbers are a result of over printing and should not be deducted from the author fee.
2. Roger did some research and thinks a ▮▮▮ fee is more appropriate if returns are included since he has no control over printing
3. Can the paperback title discussion wait until next month?

Let me know and I think we can button this up shortly.


Grant

Grant J. Smith, Esq.
StrategySmith, PA
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
954.328.9064 - Direct

---

**From:** tony <tlyons4808@aol.com>
**Date:** Monday, December 17, 2018 at 10:55 AM
**To:** Grant Smith <gsmith@strategysmith.com>, "dnotte@skyhorsepublishing.com"
<dnotte@skyhorsepublishing.com>, "mcampbell@skyhorsepublishing.com"
<mcampbell@skyhorsepublishing.com>, "mgompertz@skyhorsepublishing.com"
<mgompertz@skyhorsepublishing.com>, "crawford@allworth.com" <crawford@allworth.com>
**Subject:** Re: Roger Stone

Hi Grant,

I've put some notes below in caps.

Let me know what you think.

All the best,

Tony


-----Original Message-----
From: Grant Smith <gsmith@strategysmith.com>
To: tony <tlyons4808@aol.com>; dnotte@skyhorsepublishing.com <dnotte@skyhorsepublishing.com>;
mcampbell@skyhorsepublishing.com <mcampbell@skyhorsepublishing.com>;
mgompertz@skyhorsepublishing.com <mgompertz@skyhorsepublishing.com>; Tony Lyons
<TLyons@skyhorsepublishing.com>
Sent: Mon, Dec 17, 2018 10:17 am
Subject: Re: Roger Stone

Tony-

Roger and I have discussed this extensively.  Here is what he is proposing:

1. Paperback book title mutually agreeable, the one proposed would not play well either in public or in the administration. THAT MAKES SENSE. WHAT TITLE DOES ROGER HAVE IN MIND?
2. Need to understand the formula for payment, in the body below you propose ▮▮▮ of net, and the formula would indicate gross, Roger would accept gross, there is too much

sleight of hand with net. HOW ABOUT GROSS SALES (DEFINED AS TOTAL SALES, LESS RETURNS).

3. Roger Would take ███ up front payment, by the end of the day Tuesday (he has people who wrote with him that he still owes money because of the messed up accountings and the over printing of books…much more money was expected). WE CAN GO TO ██ AND WOULD PAY BY WIRE TRANSFER IF WE CAN WORK THIS OUT TODAY.

4. Roger would write the new introduction over the holiday and deliver the first week of January for which he would want ████. WE CAN'T PAY MORE THAN ██ FOR THE PAPERBACK INTRODUCTION.

5. The ███ author fee would be paid quarterly by the 15th day after the close of the calendar quarter for the immediately preceding quarter – since there is no real reconciliation, it would be based on the straight sales. I'M OKAY WITH THIS.

6. How would revenue be measured?  Book Scan, your internal records,…? OUR INTERNAL RECORDS, BUT WE WILL ALSO PROVIDE BOOKSCAN NUMBERS FOR SUPPORT. OUR RECORDS SHOULD ALWAYS BE HIGHER THAN BOOKSCAN. IF THEY ARE LOWER, THERE WOULD BE AN ERROR.

We are ready to move on, but it has to be the right deal.

I look forward to hearing back from you and your team today.

Grant

Grant J. Smith, Esq.
StrategySmith, PA
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
954.328.9064 - Direct

---

**From:** tony <tlyons4808@aol.com>
**Date:** Thursday, December 13, 2018 at 2:45 PM
**To:** Grant Smith <gsmith@strategysmith.com>, "dnotte@skyhorsepublishing.com" <dnotte@skyhorsepublishing.com>, "mcampbell@skyhorsepublishing.com" <mcampbell@skyhorsepublishing.com>, "mgompertz@skyhorsepublishing.com" <mgompertz@skyhorsepublishing.com>
**Subject:** Roger Stone

Grant,

We pitched Roger on writing a short introduction (maybe 1-2 pages) for a paperback edition of The Making of the President, with a new title. The new title would be My Ties to Trump's Campaign: What I knew, what I didn't know and why Mueller is Wrong. It would give Roger a chance to set the record straight, clear his name, reach a wider audience and make some money.

Roger's concern was that he hadn't made any money on the hardcover of The Making of the President. In fact, he has been paid about ████ for the hardcover, but I still get the point.

Here's what I propose. I think it would save us all a lot of work in the future and Roger would not have to worry about writing books that didn't make money.

We pay Roger ████, which approximates everything due without the reserves. Then we pay an advance on the

new paperback of ███████ as soon as Roger sends us the 1-2 page introduction.

Going forward, we start fresh and pay ████ of our net receipts on all copies sold in any format of all of Roger's title, with no reserves, no profit sharing. His statements would look like this:

copies sold
total revenue
████ due

Period.

Let me know what you think.

All the best,

Tony

**Document 6: Emails re: Exchange of Information After Tentative Agreement**

**Subject:** Re: Roger Stone
**Date:** Wednesday, December 19, 2018 at 8:32:16 AM Eastern Standard Time
**From:** Tony
**To:** Grant Smith
**CC:** Tad Crawford, dnotte@skyhorsepublishing.com, mcampbell@skyhorsepublishing.com, mgompertz@skyhorsepublishing.com

Can you send the wire instructions again?

Sent from my iPhone

On Dec 19, 2018, at 7:56 AM, Grant Smith <gsmith@strategysmith.com> wrote:

> Attached please find the agreement as executed by Roger.  Please countersign and return a copy to me.  The wire instructions were provided to Tony earlier this week, please let me know when the wire is sent today.
>
> Thank you,
>
> Grant
>
> _____
> Grant J. Smith, Esq.
> StrategySmith, PA
> 401 East Las Olas Boulevard
> Suite 130-120
> Fort Lauderdale, FL 33301
> 954.328.9064 - Direct
>
> ---
>
> **From:** Tad Crawford <crawford@allworth.com>
> **Date:** Tuesday, December 18, 2018 at 6:11 PM
> **To:** Grant Smith <gsmith@strategysmith.com>, 'tony' <tlyons4808@aol.com>
> **Cc:** "dnotte@skyhorsepublishing.com" <dnotte@skyhorsepublishing.com>, "mcampbell@skyhorsepublishing.com" <mcampbell@skyhorsepublishing.com>, "mgompertz@skyhorsepublishing.com" <mgompertz@skyhorsepublishing.com>
> **Subject:** RE: Roger Stone
>
> Grant,
>
> I have amended as per your request. The attached should be ready for signatures.
>
> Best wishes,
> Tad
>
> ---
>
> **From:** Grant Smith <gsmith@strategysmith.com>
> **Sent:** Tuesday, December 18, 2018 5:02 PM
> **To:** Tad Crawford <crawford@allworth.com>; 'tony' <tlyons4808@aol.com>

**Cc:** dnotte@skyhorsepublishing.com; mcampbell@skyhorsepublishing.com; mgompertz@skyhorsepublishing.com
**Subject:** Re: Roger Stone

Tad-

I need you to make a change....

The release needs to be mutual for all periods prior to December 31, 2018.

Otherwise we are ready to sign.


Grant
_____
Grant J. Smith, Esq.
StrategySmith, PA
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
954.328.9064 - Direct

**From:** Tad Crawford <crawford@allworth.com>
**Date:** Tuesday, December 18, 2018 at 12:59 PM
**To:** Grant Smith <gsmith@strategysmith.com>, 'tony' <tlyons4808@aol.com>
**Cc:** "dnotte@skyhorsepublishing.com" <dnotte@skyhorsepublishing.com>,
"mcampbell@skyhorsepublishing.com" <mcampbell@skyhorsepublishing.com>,
"mgompertz@skyhorsepublishing.com" <mgompertz@skyhorsepublishing.com>
**Subject:** RE: Roger Stone

Dear Grant,

We have accepted all your changes (including the change in the Bookazine rate) and the
attachment is ready for signature. Please make a final review and then we can have the parties
sign.

Best wishes,
Tad

**From:** Grant Smith <gsmith@strategysmith.com>
**Sent:** Tuesday, December 18, 2018 10:20 AM
**To:** Tad Crawford <crawford@allworth.com>; 'tony' <tlyons4808@aol.com>
**Cc:** dnotte@skyhorsepublishing.com; mcampbell@skyhorsepublishing.com; mgompertz@skyhorsepublishing.com
**Subject:** Re: Roger Stone

Attached is a new redline.

Grant

_____
Grant J. Smith, Esq.
StrategySmith, PA
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
954.328.9064 - Direct

**From:** Tad Crawford <crawford@allworth.com>
**Date:** Monday, December 17, 2018 at 6:11 PM
**To:** 'tony' <tlyons4808@aol.com>, Grant Smith <gsmith@strategysmith.com>
**Cc:** "dnotte@skyhorsepublishing.com" <dnotte@skyhorsepublishing.com>,
"mcampbell@skyhorsepublishing.com" <mcampbell@skyhorsepublishing.com>,
"mgompertz@skyhorsepublishing.com" <mgompertz@skyhorsepublishing.com>
**Subject:** RE: Roger Stone

Dear Grant,

Tony Lyons asked that I send you our revision of the amendment. It is attached and should
clarify all aspects of the new arrangement.

We look forward to finalizing this and moving forward on the new basis.

Best wishes,
Tad

**From:** tony <tlyons4808@aol.com>
**Sent:** Monday, December 17, 2018 5:16 PM
**To:** gsmith@strategysmith.com
**Cc:** dnotte@skyhorsepublishing.com; mcampbell@skyhorsepublishing.com;
mgompertz@skyhorsepublishing.com; crawford@allworth.com
**Subject:** Re: Roger Stone

Our attorney is going over it. He's very quick.

-----Original Message-----
From: Grant Smith <gsmith@strategysmith.com>
To: tony <tlyons4808@aol.com>
Cc: dnotte@skyhorsepublishing.com <dnotte@skyhorsepublishing.com>;
mcampbell@skyhorsepublishing.com <mcampbell@skyhorsepublishing.com>;
mgompertz@skyhorsepublishing.com <mgompertz@skyhorsepublishing.com>;
crawford@allworth.com <crawford@allworth.com>
Sent: Mon, Dec 17, 2018 4:41 pm
Subject: Re: Roger Stone

Roger has reviewed and approved.

Grant

Grant J. Smith, Esq.
StrategySmith, PA

401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
954.328.9064 - Direct

_____

**From:** tony <tlyons4808@aol.com>
**Date:** Monday, December 17, 2018 at 4:37 PM
**To:** Grant Smith <gsmith@strategysmith.com>
**Cc:** "dnotte@skyhorsepublishing.com" <dnotte@skyhorsepublishing.com>,
"mcampbell@skyhorsepublishing.com" <mcampbell@skyhorsepublishing.com>,
"mgompertz@skyhorsepublishing.com" <mgompertz@skyhorsepublishing.com>,
"crawford@allworth.com" <crawford@allworth.com>
**Subject:** Re: Roger Stone

Let me look this over and get back to you.


-----Original Message-----
From: Grant Smith <gsmith@strategysmith.com>
To: Tony <tlyons4808@aol.com>
Cc: dnotte@skyhorsepublishing.com <dnotte@skyhorsepublishing.com>;
mcampbell@skyhorsepublishing.com <mcampbell@skyhorsepublishing.com>;
mgompertz@skyhorsepublishing.com <mgompertz@skyhorsepublishing.com>;
crawford@allworth.com <crawford@allworth.com>
Sent: Mon, Dec 17, 2018 4:01 pm
Subject: Re: Roger Stone

Tony-

Does this work?  I am also sending to Roger for his input now.

Grant

Grant J. Smith, Esq.
StrategySmith, PA
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
954.328.9064 - Direct

_____

**From:** Tony <tlyons4808@aol.com>
**Date:** Monday, December 17, 2018 at 2:35 PM
**To:** Grant Smith <gsmith@strategysmith.com>
**Cc:** "dnotte@skyhorsepublishing.com" <dnotte@skyhorsepublishing.com>,
"mcampbell@skyhorsepublishing.com" <mcampbell@skyhorsepublishing.com>,
"mgompertz@skyhorsepublishing.com" <mgompertz@skyhorsepublishing.com>,
"crawford@allworth.com" <crawford@allworth.com>
**Subject:** Re: Roger Stone

Okay great

Sent from my iPhone

On Dec 17, 2018, at 2:31 PM, Grant Smith <gsmith@strategysmith.com> wrote:

I will take a crack at it.

Grant

Grant J. Smith, Esq.
StrategySmith, PA
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
954.328.9064 - Direct

---

**From:** tony <tlyons4808@aol.com>
**Date:** Monday, December 17, 2018 at 2:29 PM
**To:** Grant Smith <gsmith@strategysmith.com>,
"dnotte@skyhorsepublishing.com" <dnotte@skyhorsepublishing.com>,
"mcampbell@skyhorsepublishing.com"
<mcampbell@skyhorsepublishing.com>,
"mgompertz@skyhorsepublishing.com"
<mgompertz@skyhorsepublishing.com>, "crawford@allworth.com"
<crawford@allworth.com>
**Subject:** Re: Roger Stone

We need a simple new agreement in place before we can make the wire. Do you want
to work on that or should we?

-----Original Message-----
From: Grant Smith <gsmith@strategysmith.com>
To: tony <tlyons4808@aol.com>; dnotte@skyhorsepublishing.com
<dnotte@skyhorsepublishing.com>; mcampbell@skyhorsepublishing.com
<mcampbell@skyhorsepublishing.com>; mgompertz@skyhorsepublishing.com
<mgompertz@skyhorsepublishing.com>; crawford@allworth.com
<crawford@allworth.com>
Sent: Mon, Dec 17, 2018 2:27 pm
Subject: Re: Roger Stone

Ok.  He will do the new introduction by January 15th, and work with you
on a new title for TMOTP 2016 as he really does not think the one
suggested will work.

The wire instructions for the ▇▇▇▇▇ payment are below:

Drake Ventures, LLC



Please let me know when the wire has been sent so I may let Nydia
know to confirm.

Grant

Grant J. Smith, Esq.
StrategySmith, PA
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
954.328.9064 - Direct

_____

**From:** tony <tlyons4808@aol.com>
**Date:** Monday, December 17, 2018 at 2:16 PM
**To:** Grant Smith <gsmith@strategysmith.com>,
"dnotte@skyhorsepublishing.com" <dnotte@skyhorsepublishing.com>,
"mcampbell@skyhorsepublishing.com"
<mcampbell@skyhorsepublishing.com>,
"mgompertz@skyhorsepublishing.com"
<mgompertz@skyhorsepublishing.com>, "crawford@allworth.com"
<crawford@allworth.com>
**Subject:** Re: Roger Stone

There could be negative numbers in any given period, but it's highly unlikely given that
nothing has been published recently.

On the paperback, we want it to be part of the agreement. Can Roger come up with a
new title? That would make it easy. How about we say, Roger has until January 15th to
deliver the new introduction. If he doesn't, we will just publish it under the new title.

-----Original Message-----
From: Grant Smith <gsmith@strategysmith.com>
To: tony <tlyons4808@aol.com>; dnotte@skyhorsepublishing.com
<dnotte@skyhorsepublishing.com>; mcampbell@skyhorsepublishing.com
<mcampbell@skyhorsepublishing.com>; mgompertz@skyhorsepublishing.com
<mgompertz@skyhorsepublishing.com>; crawford@allworth.com
<crawford@allworth.com>
Sent: Mon, Dec 17, 2018 12:08 pm
Subject: Re: Roger Stone

OK.

You did not address the paperback title approval/discussion in January.
Also, You did not address negative numbers.

Grant

Grant J. Smith, Esq.
StrategySmith, PA
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
954.328.9064 - Direct

_____

**From:** tony <tlyons4808@aol.com>
**Date:** Monday, December 17, 2018 at 12:01 PM

**To:** Grant Smith <gsmith@strategysmith.com>,
"dnotte@skyhorsepublishing.com" <dnotte@skyhorsepublishing.com>,
"mcampbell@skyhorsepublishing.com"
<mcampbell@skyhorsepublishing.com>,
"mgompertz@skyhorsepublishing.com"
<mgompertz@skyhorsepublishing.com>, "crawford@allworth.com"
<crawford@allworth.com>
**Subject:** Re: Roger Stone

There always has to be a setoff for returns. It's the same for any publisher. The more we
print and ship, the more we sell. You wouldn't get a reduction for printing costs going
forward.

-----Original Message-----
From: Grant Smith <gsmith@strategysmith.com>
To: tony <tlyons4808@aol.com>; dnotte@skyhorsepublishing.com
<dnotte@skyhorsepublishing.com>; mcampbell@skyhorsepublishing.com
<mcampbell@skyhorsepublishing.com>; mgompertz@skyhorsepublishing.com
<mgompertz@skyhorsepublishing.com>; crawford@allworth.com
<crawford@allworth.com>
Sent: Mon, Dec 17, 2018 11:57 am
Subject: Re: Roger Stone

I guess the point is that over printing would lead to more returns which
would potentially cause a negative number.  In the alternative, if there
were no setoff for returns and the ███ was strictly on gross, we could
live with that.

Grant

Grant J. Smith, Esq.
StrategySmith, PA
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
954.328.9064 - Direct

---

**From:** tony <tlyons4808@aol.com>
**Date:** Monday, December 17, 2018 at 11:55 AM
**To:** Grant Smith <gsmith@strategysmith.com>,
"dnotte@skyhorsepublishing.com" <dnotte@skyhorsepublishing.com>,
"mcampbell@skyhorsepublishing.com"
<mcampbell@skyhorsepublishing.com>,
"mgompertz@skyhorsepublishing.com"
<mgompertz@skyhorsepublishing.com>, "crawford@allworth.com"
<crawford@allworth.com>
**Subject:** Re: Roger Stone

You would have nothing to do with our printing going forward. You would get credit for
all books that sold, less returns, so I think ███ makes sense.

-----Original Message-----
From: Grant Smith <gsmith@strategysmith.com>

To: tony <tlyons4808@aol.com>; dnotte@skyhorsepublishing.com
<dnotte@skyhorsepublishing.com>; mcampbell@skyhorsepublishing.com
<mcampbell@skyhorsepublishing.com>; mgompertz@skyhorsepublishing.com
<mgompertz@skyhorsepublishing.com>; crawford@allworth.com
<crawford@allworth.com>
Sent: Mon, Dec 17, 2018 11:50 am
Subject: Re: Roger Stone

Tony,

A couple of questions and I think we are almost done:

1. Do you anticipate negative numbers?  We would propose that
   negative numbers are a result of over printing and should not be
   deducted from the author fee.
2. Roger did some research and thinks a ██████ fee is more
   appropriate if returns are included since he has no control over
   printing
3. Can the paperback title discussion wait until next month?
Let me know and I think we can button this up shortly.


Grant

Grant J. Smith, Esq.
StrategySmith, PA
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
954.328.9064 - Direct

_____

**From:** tony <tlyons4808@aol.com>
**Date:** Monday, December 17, 2018 at 10:55 AM
**To:** Grant Smith <gsmith@strategysmith.com>,
"dnotte@skyhorsepublishing.com" <dnotte@skyhorsepublishing.com>,
"mcampbell@skyhorsepublishing.com"
<mcampbell@skyhorsepublishing.com>,
"mgompertz@skyhorsepublishing.com"
<mgompertz@skyhorsepublishing.com>, "crawford@allworth.com"
<crawford@allworth.com>
**Subject:** Re: Roger Stone

Hi Grant,

I've put some notes below in caps.

Let me know what you think.

All the best,

Tony

-----Original Message-----
From: Grant Smith <gsmith@strategysmith.com>
To: tony <tlyons4808@aol.com>; dnotte@skyhorsepublishing.com
<dnotte@skyhorsepublishing.com>; mcampbell@skyhorsepublishing.com
<mcampbell@skyhorsepublishing.com>; mgompertz@skyhorsepublishing.com
<mgompertz@skyhorsepublishing.com>; Tony Lyons
<TLyons@skyhorsepublishing.com>
Sent: Mon, Dec 17, 2018 10:17 am
Subject: Re: Roger Stone

Tony-

Roger and I have discussed this extensively.  Here is what he is
proposing:

1.  Paperback book title mutually agreeable, the one proposed would
    not play well either in public or in the administration. THAT
    MAKES SENSE. WHAT TITLE DOES ROGER HAVE IN MIND?
2.  Need to understand the formula for payment, in the body below
    you propose ███ of net, and the formula would indicate gross,
    Roger would accept gross, there is too much sleight of hand with
    net. HOW ABOUT GROSS SALES (DEFINED AS TOTAL
    SALES, LESS RETURNS).
3.  Roger Would take ██████ up front payment, by the end of the
    day Tuesday (he has people who wrote with him that he still owes
    money because of the messed up accountings and the over
    printing of books…much more money was expected). WE CAN
    GO TO ██ AND WOULD PAY BY WIRE TRANSFER IF WE
    CAN WORK THIS OUT TODAY.
4.  Roger would write the new introduction over the holiday and
    deliver the first week of January for which he would want ██████.
    WE CAN'T PAY MORE THAN ████ FOR THE PAPERBACK
    INTRODUCTION.
5.  The ████ author fee would be paid quarterly by the 15th day after
    the close of the calendar quarter for the immediately preceding
    quarter – since there is no real reconciliation, it would be based
    on the straight sales. I'M OKAY WITH THIS.
6.  How would revenue be measured?  Book Scan, your internal
    records,…? OUR INTERNAL RECORDS, BUT WE WILL ALSO
    PROVIDE BOOKSCAN NUMBERS FOR SUPPORT. OUR
    RECORDS SHOULD ALWAYS BE HIGHER THAN BOOKSCAN.
    IF THEY ARE LOWER, THERE WOULD BE AN ERROR.

We are ready to move on, but it has to be the right deal.

I look forward to hearing back from you and your team today.

Grant

Grant J. Smith, Esq.
StrategySmith, PA
401 East Las Olas Boulevard

Suite 130-120
Fort Lauderdale, FL 33301
954.328.9064 - Direct

---

**From:** tony <tlyons4808@aol.com>
**Date:** Thursday, December 13, 2018 at 2:45 PM
**To:** Grant Smith <gsmith@strategysmith.com>,
"dnotte@skyhorsepublishing.com" <dnotte@skyhorsepublishing.com>,
"mcampbell@skyhorsepublishing.com"
<mcampbell@skyhorsepublishing.com>,
"mgompertz@skyhorsepublishing.com"
<mgompertz@skyhorsepublishing.com>
**Subject:** Roger Stone

Grant,

We pitched Roger on writing a short introduction (maybe 1-2 pages) for a paperback edition of The Making of the President, with a new title. The new title would be My Ties to Trump's Campaign: What I knew, what I didn't know and why Mueller is Wrong. It would give Roger a chance to set the record straight, clear his name, reach a wider audience and make some money.

Roger's concern was that he hadn't made any money on the hardcover of The Making of the President. In fact, he has been paid about ███████ for the hardcover, but I still get the point.

Here's what I propose. I think it would save us all a lot of work in the future and Roger would not have to worry about writing books that didn't make money.

We pay Roger ████████, which approximates everything due without the reserves. Then we pay an advance on the new paperback of ██████ as soon as Roger sends us the 1-2 page introduction.

Going forward, we start fresh and pay ██████ of our net receipts on all copies sold in any format of all of Roger's title, with no reserves, no profit sharing. His statements would look like this:

copies sold
total revenue
██████ due

Period.

Let me know what you think.

All the best,

Tony

<FINAL - Stone 2018 Global Amendment for signature.pdf>

**Document 7: Emails re: Receipt of Countersigned Agreement**

**Subject:**   RE: Roger Stone
**Date:**   Wednesday, December 19, 2018 at 11:54:40 AM Eastern Standard Time
**From:**   Dean Notte
**To:**   Grant Smith, Tony
**CC:**   Tad Crawford, Michael Campbell, Mark Gompertz
**Attachments:** SBack_bizhu18121912310.pdf

Hi Grant,

Attached is the countersigned agreement. Can you confirm the below is the correct contact address to send accounting reports to in 2019?

Grant J. Smith, Esq.
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
gsmith@strategysmith.com

Thank you,
Dean

---

**From:** Grant Smith <gsmith@strategysmith.com>
**Sent:** Wednesday, December 19, 2018 8:39 AM
**To:** Tony <tlyons4808@aol.com>
**Cc:** Tad Crawford <crawford@allworth.com>; Dean Notte <dnotte@skyhorsepublishing.com>; Michael Campbell <Mcampbell@skyhorsepublishing.com>; Mark Gompertz <mgompertz@skyhorsepublishing.com>
**Subject:** Re: Roger Stone

Tony-

They were literlly in this string below....but here they are again:

The wire instructions for the ████ payment are below:

Drake Ventures, LLC


Grant
_____
Grant J. Smith, Esq.
StrategySmith, PA
401 East Las Olas Boulevard

Suite 130-120
Fort Lauderdale, FL 33301
954.328.9064 - Direct

**Document 8: Emails re: Confirmation of Wire for Universal Settlement**

**Subject:** RE: Roger Stone
**Date:** Wednesday, December 19, 2018 at 5:31:49 PM Eastern Standard Time
**From:** Ann Choi
**To:** Tony, Grant Smith
**CC:** Dean Notte, Tad Crawford, Michael Campbell, Mark Gompertz

The wire was sent.  Please note that the wire is still pending.

Thanks.

ONLINE DOMESTIC WIRE TRANSFER VIA: ████

████████████

██████████████

█████████████

Pending █████████████████

Open information dialog: Pending █████████████

Ann Choi
Controller
Skyhorse Publishing, Inc.
Allworth Press | Arcade Publishing | Carrel Books
Gary Null Publishing | Good Books | Helios Press | Night Shade Books
Not For Tourists | Sky Pony Press | Sports Publishing | Talos Press | Yucca Publishing
Racehorse Publishing|Racehorse Books for Young Readers|Clydesdale Press|Seahorse
307 W 36th Street, 11th Floor | New York,  NY 10018
Ph:(212) 643-6816 x 297 | Fax: (212) 643-6819
www.skyhorsepublishing.com
www.blog.skyhorsepublishing.com

Like us on Facebook, follow on Twitter and Instagram

*Please note our offices will be closed Dec 24th thru Jan 1st.  Happy Holidays!*

**From:** Tony <tlyons4808@aol.com>
**Sent:** Wednesday, December 19, 2018 5:30 PM
**To:** Grant Smith <gsmith@strategysmith.com>; Ann Choi <achoi@skyhorsepublishing.com>
**Cc:** Dean Notte <dnotte@skyhorsepublishing.com>; Tad Crawford <crawford@allworth.com>; Michael Campbell <Mcampbell@skyhorsepublishing.com>; Mark Gompertz <mgompertz@skyhorsepublishing.com>
**Subject:** Re: Roger Stone

Ann, please confirm. Thanks, Tony

Sent from my iPhone

On Dec 19, 2018, at 5:03 PM, Grant Smith <gsmith@strategysmith.com> wrote:

I have cut and pasted below Nydia's text to me when I asked her to confirm the wire today at 5pm….

"NO not even in pending deposits!"

Please provide me the wire confirmation.

Grant

_____
Grant J. Smith, Esq.
StrategySmith, PA
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
954.328.9064 - Direct

---

**From:** Tony <tlyons4808@aol.com>
**Date:** Wednesday, December 19, 2018 at 4:56 PM
**To:** Grant Smith <gsmith@strategysmith.com>
**Cc:** Dean Notte <dnotte@skyhorsepublishing.com>, Tad Crawford <crawford@allworth.com>, Michael Campbell <Mcampbell@skyhorsepublishing.com>, Mark Gompertz <mgompertz@skyhorsepublishing.com>
**Subject:** Re: Roger Stone

Yes

Sent from my iPhone

On Dec 19, 2018, at 4:50 PM, Grant Smith <gsmith@strategysmith.com> wrote:

> I never heard back, but did the money get wired today?
>
> Grant
>
> _____
> Grant J. Smith, Esq.
> StrategySmith, PA
> 401 East Las Olas Boulevard
> Suite 130-120
> Fort Lauderdale, FL 33301
> 954.328.9064 - Direct
>
> ---
>
> **From:** Dean Notte <dnotte@skyhorsepublishing.com>
> **Date:** Wednesday, December 19, 2018 at 11:55 AM
> **To:** Grant Smith <gsmith@strategysmith.com>, Tony <tlyons4808@aol.com>
> **Cc:** Tad Crawford <crawford@allworth.com>, Michael Campbell <Mcampbell@skyhorsepublishing.com>, Mark Gompertz <mgompertz@skyhorsepublishing.com>
> **Subject:** RE: Roger Stone

Hi Grant,

Attached is the countersigned agreement. Can you confirm the below is the correct contact address to send accounting reports to in 2019?

Grant J. Smith, Esq.
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
gsmith@strategysmith.com

Thank you,
Dean

---

**From:** Grant Smith <gsmith@strategysmith.com>
**Sent:** Wednesday, December 19, 2018 8:39 AM
**To:** Tony <tlyons4808@aol.com>
**Cc:** Tad Crawford <crawford@allworth.com>; Dean Notte <dnotte@skyhorsepublishing.com>; Michael Campbell <Mcampbell@skyhorsepublishing.com>; Mark Gompertz <mgompertz@skyhorsepublishing.com>
**Subject:** Re: Roger Stone

Tony-

They were literlly in this string below....but here they are again:

The wire instructions for the ███████ payment are below:

Drake Ventures, LLC
██████████████████
██████████████████

Grant

_____
Grant J. Smith, Esq.
StrategySmith, PA
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
954.328.9064 - Direct

**Document 9: Emails re: Update on Progress of New Introduction/Working on New Draft**

**Subject:** Paperback

**Date:**   Sunday, January 13, 2019 at 2:03:05 PM Eastern Standard Time

**From:**   Roger Stone

**To:**   Tony Lyons, tlyons4808@aol.com, Grant Smith

I am putting the final touches on a new introduction for the making of the president 2016 and will forward the draft in the morning or late tonight. It is substantially longer and better than the draft sent to me by your folks which was a good starting point. What do you have in mind for a title ?

Roger Stone

**Document 10:  Emails re: Stone Transmission of Introduction Draft**

**Subject:**     New Introduction
**Date:**        Monday, January 14, 2019 at 11:48:53 AM Eastern Standard Time
**From:**        Roger Stone
**To:**          Tony Lyons, Michael Campbell, Grant Smith
**Attachments:** new book introduction.docx

for the Making of the President 2016 in paperback

3386 words

R

**Document 11: Emails re:
Proposed Title**

**Subject:** Re: new idea for a title
**Date:**     Friday, March 8, 2019 at 9:36:13 AM Eastern Standard Time
**From:**     Roger Stone
**To:**       Grant Smith

#4

On Thu, Mar 7, 2019 at 2:02 PM Roger Stone <players02@gmail.com> wrote:
  #4

  ---------- Forwarded message ---------
  From: **Tony Lyons** <TLyons@skyhorsepublishing.com>
  Date: Mon, Jan 14, 2019 at 4:41 PM
  Subject: new idea for a title
  To: Roger Stone <players02@gmail.com>
  Cc: Michael Campbell <Mcampbell@skyhorsepublishing.com>, Mark Gompertz
  <mgompertz@skyhorsepublishing.com>


  Roger,


  How about this title:


  The Myth of Collusion: The Inside Story of How I REALLY Helped Trump Win


  We can send copies to all U.S. Senators or you can hand them out.


  Let me know.


  Tony

**Document 12: Emails re: Title of
Book**

**Subject:** Fwd: new idea for a title
**Date:** Monday, March 11, 2019 at 2:14:50 PM Eastern Daylight Time
**From:** Roger Stone
**To:** Grant Smith

---------- Forwarded message ---------
From: **Roger Stone** <players02@gmail.com>
Date: Mon, Jan 14, 2019 at 4:52 PM
Subject: Re: new idea for a title
To: Tony Lyons <TLyons@skyhorsepublishing.com>

I could live with--

The Myth of Russian Collusion: The Inside Story of How Donald Trump really won

I can't be seen taking credit for HIS victory

R.

On Mon, Jan 14, 2019 at 4:41 PM Tony Lyons <TLyons@skyhorsepublishing.com> wrote:

> Roger,
>
> How about this title:
>
> The Myth of Collusion: The Inside Story of How I REALLY Helped Trump Win
>
> We can send copies to all U.S. Senators or you can hand them out.
>
> Let me know.

Tony

**Document 13: Emails re: Final Edits and Approval of New
Introduction**

**Subject:** RE: New Introduction
**Date:**     Tuesday, January 15, 2019 at 11:15:31 AM Eastern Standard Time
**From:**     Tony Lyons
**To:**       Roger Stone, Grant Smith, Michael Campbell
**CC:**       Brian Peterson

Great and thanks. We will work on the cover now.

**From:** Roger Stone <players02@gmail.com>
**Sent:** Tuesday, January 15, 2019 11:13 AM
**To:** Grant Smith <gsmith@strategysmith.com>; Michael Campbell <Mcampbell@skyhorsepublishing.com>;
Tony Lyons <TLyons@skyhorsepublishing.com>
**Subject:** Re: New Introduction


I approve all of the edits by you and Grant

R.

On Tue, Jan 15, 2019 at 8:44 AM Grant Smith <gsmith@strategysmith.com> wrote:

> See my comments and edits attached.  These have not been approved by Roger.  For at least the
> substantive changes, he MUST approve prior to their inclusion.  For the nit edits, I believe you can
> go forward.  I have provided them in PDF and redline Word so whatever device you are reading
> them on, you will be able to see them.  Roger has final approval from our side.
>
> Grant
> _____
> Grant J. Smith, Esq.
> StrategySmith, PA
> 401 East Las Olas Boulevard
> Suite 130-120
> Fort Lauderdale, FL 33301
> 954.328.9064 - Direct
>
> **From:** Michael Campbell <Mcampbell@skyhorsepublishing.com>
> **Date:** Monday, January 14, 2019 at 5:42 PM
> **To:** Roger Stone <players02@gmail.com>
> **Cc:** Mark Gompertz <mgompertz@skyhorsepublishing.com>, Grant Smith
> <gsmith@strategysmith.com>, Tony Lyons <TLyons@skyhorsepublishing.com>
> **Subject:** RE: New Introduction
>
> Roger,
>
> Edited intro attached here. Just copyedits and reordering a couple paragraphs in the Mueller section to
> better show the progression.
>
> Thanks,

Mike

_____

**Michael Campbell**
**Skyhorse Publishing, Inc.**
307 W 36th Street, 11th Floor | New York,  NY 10018
212-643-6816 x254
email: mcampbell@skyhorsepublishing.com
www.skyhorsepublishing.com


**From:** Roger Stone <players02@gmail.com>
**Sent:** Monday, January 14, 2019 11:49 AM
**To:** Tony Lyons <TLyons@skyhorsepublishing.com>; Michael Campbell
<Mcampbell@skyhorsepublishing.com>; Grant Smith <gsmith@strategysmith.com>
**Subject:** New Introduction

for the Making of the President 2016 in paperback

3386 words

R

**Document 14: Emails re: Payment for Introduction**

**Subject:** Re: Roger Wire
**Date:** Friday, January 18, 2019 at 8:14:10 AM Eastern Standard Time
**From:** Tony
**To:** Grant Smith
**CC:** Dean Notte

Is that the same as last time?

Sent from my iPhone

> On Jan 18, 2019, at 8:13 AM, Grant Smith <gsmith@strategysmith.com> wrote:
>
> As requested...
>
> The wire instructions for the ▆▆▆ payment are below:
>
> Drake Ventures, LLC
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
>
>
> Please send me the confirmation when available.
>
> Grant
> _____
> Grant J. Smith, Esq.
> StrategySmith, PA
> 401 East Las Olas Boulevard
> Suite 130-120
> Fort Lauderdale, FL 33301
> 954.328.9064 - Direct
>
> -----Original Message-----
> From: Tony <tlyons4808@aol.com>
> Date: Wednesday, January 16, 2019 at 8:58 PM
> To: Grant Smith <gsmith@strategysmith.com>
> Subject: Re: Roger Wire
>
>   Let me know where it should be wired.
>
>   Sent from my iPhone
>
>> On Jan 16, 2019, at 8:47 PM, Grant Smith <gsmith@strategysmith.com> wrote:
>>
>> Tony-
>>

>> Now that the new introduction is complete, when can roger expect his wire for the ██   Please let me know.
>>
>>
>> Grant
>> 954-328-9064
>>
>>
>> Sent from my iPhone
>
>
>
>

**Document 15: Emails re: Stone Book Tour Inquiry**

**Subject:** Fwd: timing
**Date:**  Friday, March 8, 2019 at 9:49:45 AM Eastern Standard Time
**From:**  Roger Stone
**To:**  Grant Smith

# 17

---------- Forwarded message ---------
From: **Roger Stone** <players02@gmail.com>
Date: Thu, Mar 7, 2019 at 2:20 PM
Subject: Fwd: timing
To: Grant Smith <gsmith@strategysmith.com>


#17  same issue

---------- Forwarded message ---------
From: **Roger Stone** <players02@gmail.com>
Date: Wed, Jan 16, 2019 at 5:30 PM
Subject: Re: timing
To: Tony Lyons <TLyons@skyhorsepublishing.com>


Yes but since I gave up my apartment are you paying for hotel and travel ?

Roger Stone


On Jan 16, 2019, at 5:08 PM, Tony Lyons <TLyons@skyhorsepublishing.com> wrote:

> Roger,


> We're planning to publish on Tuesday, March 5th. Can you be in NYC that week? We want to start scheduling TV and radio.


> All the best,


> Tony

**Document 16: Emails re: Approval of Stone for Jacket Flap**

**Subject:** Re: Copy for approval
**Date:** Friday, March 8, 2019 at 9:39:26 AM Eastern Standard Time
**From:** Roger Stone
**To:** Grant Smith

#8

On Thu, Mar 7, 2019 at 2:05 PM Roger Stone <players02@gmail.com> wrote:

#8

On Tue, Jan 15, 2019 at 4:50 PM Michael Campbell <Mcampbell@skyhorsepublishing.com> wrote:

Roger,

Please take a look at the copy below and approve or provide edits. I used the approved copy from last printing to put this together, which will be catalog copy and the basis for jacket flap copy.

Don't believe what you hear from the liberal media and the Russia witch hunt—this is the true story of the Trump campaign, now updated to address Robert Mueller's charges.

Two years ago, Roger Stone, a *New York Times* bestselling author, longtime political adviser and friend to Donald Trump, and consummate Republican strategist, gave us *Making of the President 2016*—the first in-depth examination of how Trump's campaign delivered the biggest presidential election upset in history. But since then, the Deep State political establishment has worked tirelessly to undo those results. *The Myth of Russian Collusion* adds to and updates Stone's initial work to set the record straight.

Trump's election win was a resounding repudiation of the failed leadership of both parties. American people wanted something new, and President Trump has delivered: his tax cuts and regulatory rollbacks have given us the strongest economy in American history, he is relentless in his efforts to protect American citizens, and he refuses to do business as usual.

But America's ruling elite and liberal media, feeling threatened, have conspired to create the biggest witch hunt in our country's history. The phony narrative that Trump was in cahoots with Vladimir Putin, Mueller's charges that Roger Stone knew about the Wikileaks emails before release—all is debunked here. With a new introduction that responds to the Mueller investigation, *The Myth of Russian Collusion* is the true story of the Trump campaign that the establishment doesn't want you to believe.

*"Roger's a good guy. He is a patriot and believes in a strong nation, and a lot of the things that I believe in."*—**President Donald J. Trump**

Roger Stone is a seasoned political operative and pundit. A veteran of eight national presidential campaigns, he served as a senior campaign aide to three Republican presidents before leaving the GOP for the Libertarian Party. He is author of the *New York Times* bestseller *The Man Who Killed Kennedy: The Case Against LBJ*, as well as *Stone's Rules, The Clintons' War on Women,* and *Nixon's Secrets*. He splits his time between New York City and Miami Beach, Florida.

_____

**Michael Campbell**

**Skyhorse Publishing, Inc.**

307 W 36th Street, 11th Floor | New York,  NY 10018

212-643-6816 x254

email: mcampbell@skyhorsepublishing.com

www.skyhorsepublishing.com

**Document 17: Emails re: Cover Approval Discussion**

**Subject:** Fwd: The Myth of Russian Collusion Comps - Round 1
**Date:** Friday, March 8, 2019 at 9:41:02 AM Eastern Standard Time
**From:** Roger Stone
**To:** Grant Smith

#10

---------- Forwarded message ---------
From: **Roger Stone** <players02@gmail.com>
Date: Thu, Mar 7, 2019 at 2:07 PM
Subject: Re: The Myth of Russian Collusion Comps - Round 1
To: Tony Lyons <TLyons@skyhorsepublishing.com>

#10

On Wed, Jan 16, 2019 at 4:53 AM Tony Lyons <TLyons@skyhorsepublishing.com> wrote:
  Okay let's  move ahead with that one

  Tony Lyons, President and Publisher
  Skyhorse Publishing, Inc.
  www.skyhorsepublishing.com

---

  **From:** Roger Stone <players02@gmail.com>
  **Sent:** Wednesday, January 16, 2019 3:22 AM
  **To:** Tony Lyons; Brian Peterson
  **Subject:** Fwd: The Myth of Russian Collusion Comps - Round 1

  First – Brian Peterson is a genius and you should give him a huge raise.

  Secondly I like the black-and-white version on the lower right. It's really cleans for bold

  Roger Stone


  Begin forwarded message:


      **From:** Tony <tlyons4808@aol.com>
      **Date:** January 15, 2019 at 6:15:03 PM EST
      **To:** players02@gmail.com
      **Subject: Fwd: The Myth of Russian Collusion Comps - Round 1**


      Roger, I like the bottom two. Which do you prefer? Tony

      Sent from my iPhone

Begin forwarded message:

> **From:** Brian Peterson <bpeterson@skyhorsepublishing.com>
> **Date:** January 15, 2019 at 6:10:50 PM EST
> **To:** Tony Lyons <TLyons@skyhorsepublishing.com>, Michael Campbell <Mcampbell@skyhorsepublishing.com>
> **Subject: The Myth of Russian Collusion Comps - Round 1**
>
>
> Hi Tony and Mike,
>
> I'm attaching a sheet with five comps for review. Tony, I'll be remote tomorrow (PT at noon) so I left a printout in your inbox.
>
> Let me know if any of these directions work for you guys.
>
> Thanks,
> Brian
>
> **Brian Peterson**
> **Creative Director**
> **Skyhorse Publishing, Inc.**
> Allworth Press  Arcade Publishing  Gary Null Publishing
> Helios Press  Night Shade Books  Not For Tourists
> Sky Pony Press  Sports Publishing  Talos Press
> 307 W 36th Street  11th Floor  New York  NY 10018
> Ph:(212) 643 6816 x243  Fax: (212) 643 6819
> www.skyhorsepublishing.com
> @skyhorsepub
>
> This electronic message  including any attachments  may contain proprietary  confidential or privileged
> information for the sole use of the intended recipient(s)  You are hereby notified that any unauthorized
> disclosure  copying  distribution  or use of this message is prohibited  f you have received this message in
> error  please immediately notify the sender by reply e mail and delete it
>
> Nothing in this email should be construed as legal advice or as creating an attorney client relationship between
> the sender and recipient(s)  Should you need legal advice or representation  please contact a licensed
> attorney

**Document 18: Emails re: Additional Cover Discussion**

| **Subject:** | Fwd: Barnes & Noble |
|---|---|
| **Date:** | Monday, March 11, 2019 at 2:17:30 PM Eastern Daylight Time |
| **From:** | Roger Stone |
| **To:** | Grant Smith |
| **Attachments:** | image001.png |

---------- Forwarded message ---------
From: **Tony Lyons** <TLyons@skyhorsepublishing.com>
Date: Wed, Jan 16, 2019 at 11:51 AM
Subject: RE: Barnes & Noble
To: Roger Stone <players02@gmail.com>

Barnes & Noble is saying that all the big books are all type these days and they want your name bigger.

**From:** Roger Stone <players02@gmail.com>
**Sent:** Wednesday, January 16, 2019 11:50 AM
**To:** Tony Lyons <TLyons@skyhorsepublishing.com>
**Subject:** Re: Barnes & Noble

No- weakest of the lot---let's stick to the Black and White--photos matter

R.

On Wed, Jan 16, 2019 at 11:36 AM Tony Lyons <TLyons@skyhorsepublishing.com> wrote:

Roger,

Barnes & Noble likes this one better. You okay with it?



NEW YORK TIMES BESTSEL

# ROGER ST

# THE MYT
# RUSSI
# COLLUS



**Document 19: Emails re: More Cover Discussions**

**Subject:** Fwd: Barnes & Noble

**Date:** Monday, March 11, 2019 at 2:19:22 PM Eastern Daylight Time

**From:** Roger Stone

**To:** Grant Smith

**Attachments:** image001.png


---------- Forwarded message ---------
From: **Tony Lyons** <TLyons@skyhorsepublishing.com>
Date: Wed, Jan 16, 2019 at 1:54 PM
Subject: RE: Barnes & Noble
To: Roger Stone <players02@gmail.com>


I think the red with all text works for this one and it makes B&N take a few more. Can you hold your nose and live with that?


**From:** Roger Stone <players02@gmail.com>
**Sent:** Wednesday, January 16, 2019 12:05 PM
**To:** Tony Lyons <TLyons@skyhorsepublishing.com>
**Subject:** Re: Barnes & Noble


UGH


Chinese " On picture worth 1000 words"


How many do you plan to print  ?--there is GLUT of books like this


R


On Wed, Jan 16, 2019 at 11:51 AM Tony Lyons <TLyons@skyhorsepublishing.com> wrote:

> Barnes & Noble is saying that all the big books are all type these days and they want your name
> bigger.

**From:** Roger Stone <players02@gmail.com>
**Sent:** Wednesday, January 16, 2019 11:50 AM
**To:** Tony Lyons <TLyons@skyhorsepublishing.com>
**Subject:** Re: Barnes & Noble


No- weakest of the lot---let's stick to the Black and White--photos matter


R.


On Wed, Jan 16, 2019 at 11:36 AM Tony Lyons <TLyons@skyhorsepublishing.com> wrote:

Roger,


Barnes & Noble likes this one better. You okay with it?






**Document 20: Emails re: Final Cover Discussion**

**Subject:**    Re: Barnes & Noble
**Date:**       Monday, March 11, 2019 at 2:40:31 PM Eastern Daylight Time
**From:**       Roger Stone
**To:**         Grant Smith
**Attachments:** image001.png


On Wed, Jan 16, 2019 at 2:49 PM Roger Stone <players02@gmail.com> wrote:

> Against my better Judgment.
>
> it looks like every other book on the subject
>
> R
>
> On Wed, Jan 16, 2019 at 1:54 PM Tony Lyons <TLyons@skyhorsepublishing.com> wrote:
>
>> I think the red with all text works for this one and it makes B&N take a few more. Can you hold your nose and live with that?
>>
>>
>> **From:** Roger Stone <players02@gmail.com>
>> **Sent:** Wednesday, January 16, 2019 12:05 PM
>> **To:** Tony Lyons <TLyons@skyhorsepublishing.com>
>> **Subject:** Re: Barnes & Noble
>>
>>
>> UGH
>>
>>
>> Chinese " On picture worth 1000 words"
>>
>>
>> How many do you plan to print  ?--there is GLUT of books like this
>>
>>
>> R
>>
>>
>> On Wed, Jan 16, 2019 at 11:51 AM Tony Lyons <TLyons@skyhorsepublishing.com> wrote:
>>
>>> Barnes & Noble is saying that all the big books are all type these days and they want your name bigger.

**From:** Roger Stone <players02@gmail.com>
**Sent:** Wednesday, January 16, 2019 11:50 AM
**To:** Tony Lyons <TLyons@skyhorsepublishing.com>
**Subject:** Re: Barnes & Noble

No- weakest of the lot---let's stick to the Black and White--photos matter

R.

On Wed, Jan 16, 2019 at 11:36 AM Tony Lyons <TLyons@skyhorsepublishing.com> wrote:

Roger,

Barnes & Noble likes this one better. You okay with it?





**Document 21: Image of Cover
Choices**





**Document 22:  Emails re: Additional Cover Approval Discussions**

**Subject:** Fwd: Copy for approval
**Date:** Friday, March 8, 2019 at 9:42:19 AM Eastern Standard Time
**From:** Roger Stone
**To:** Grant Smith

#11

---------- Forwarded message ---------
From: **Roger Stone** <players02@gmail.com>
Date: Thu, Mar 7, 2019 at 2:08 PM
Subject: Re: Copy for approval
To: Michael Campbell <Mcampbell@skyhorsepublishing.com>

#11

On Wed, Jan 16, 2019 at 2:41 PM Michael Campbell <Mcampbell@skyhorsepublishing.com> wrote:

> Roger,
>
>
> Please take a look at the copy below and let me know if it's approved, and which of your two bios you want to use (both below from previous two books).
>
>
> Also letting you know the insert won't look great in the paperback and have decided to omit it.
>
>
> Thanks,
>
> Mike
>
> _____
>
> **Michael Campbell**
>
> **Skyhorse Publishing, Inc.**
>
> 307 W 36th Street, 11th Floor | New York,  NY 10018
>
> 212-643-6816 x254
>
> email: mcampbell@skyhorsepublishing.com
>
> www.skyhorsepublishing.com

**From:** Michael Campbell
**Sent:** Tuesday, January 15, 2019 4:50 PM
**To:** Roger Stone <players02@gmail.com>
**Cc:** Tony Lyons <TLyons@skyhorsepublishing.com>
**Subject:** Copy for approval

Roger,

Please take a look at the copy below and approve or provide edits. I used the approved copy from last printing to put this together, which will be catalog copy. Your bio will be the bio on the back cover.

**For the first time in paperback, New York Times best-selling author Roger Stone's insider tell-all about the presidential campaign that shocked the world. This consummate political strategist continues to be front page news and has updated the book to respond to Robert Mueller's charges.**

Two years ago, Roger Stone, a *New York Times* bestselling author, longtime political adviser and friend to Donald Trump, and consummate Republican strategist, gave us *Making of the President 2016*—the first in-depth examination of how Trump's campaign delivered the biggest presidential election upset in history. But since then, the Deep State political establishment has worked tirelessly to undo those results. *The Myth of Russian Collusion* adds to and updates Stone's initial work to set the record straight.

Trump's election win was a resounding repudiation of the failed leadership of both parties. American people wanted something new, and President Trump has delivered: his tax cuts and regulatory rollbacks have given us the strongest economy in American history, he is relentless in his efforts to protect American citizens, and he refuses to do business as usual.

But America's ruling elite and liberal media, feeling threatened, have conspired to create the biggest witch hunt in our country's history. The phony narrative that Trump was in cahoots with Vladimir Putin, Mueller's charges that Roger Stone knew about the Wikileaks emails before release—all is debunked here. With a new introduction that responds to the Mueller investigation, *The Myth of Russian Collusion* is the true story of the Trump campaign that the establishment doesn't want you to believe.

*"Roger's a good guy. He is a patriot and believes in a strong nation, and a lot of the things that I believe in."—**President Donald J. Trump***

Roger Stone is a seasoned political operative and pundit. A veteran of eight national presidential

campaigns, he served as a senior campaign aide to three Republican presidents before leaving the GOP for the Libertarian Party. He is author of the *New York Times* bestseller *The Man Who Killed Kennedy: The Case Against LBJ*, as well as *Stone's Rules, The Clintons' War on Women,* and *Nixon's Secrets*. He splits his time between New York City and Miami Beach, Florida.

**Roger Stone** is the *New York Times* bestselling author of *The Man Who Killed Kennedy*, along with *Making of the President 2016*, among others. He is a legendary American political consultant and strategist who played a role in the election of Republican presidents Richard Nixon, Ronald Reagan, George W. Bush, and Donald Trump. He was the subject of the smash hit, award-winning Netflix documentary *Get Me Roger Stone*.

_____

**Michael Campbell**

**Skyhorse Publishing, Inc.**

307 W 36th Street, 11th Floor | New York,  NY 10018

212-643-6816 x254

email: mcampbell@skyhorsepublishing.com

www.skyhorsepublishing.com

**Document 23: Emails re: Shipping Copies to Stone Home**

**Subject:** Fwd: Copies of the paperback
**Date:** Friday, March 8, 2019 at 9:47:10 AM Eastern Standard Time
**From:** Roger Stone
**To:** Grant Smith

# 14

---------- Forwarded message ---------
From: **Roger Stone** <players02@gmail.com>
Date: Thu, Mar 7, 2019 at 2:10 PM
Subject: Re: Copies of the paperback
To: Michael Campbell <Mcampbell@skyhorsepublishing.com>


#14

On Fri, Feb 15, 2019 at 1:45 PM Michael Campbell <Mcampbell@skyhorsepublishing.com> wrote:

> I had a couple cartons sent.
>
>
> We sent to 300-400 media outlets—national list, conservative list, and included the progressive media list for this one. Plus followed up with and hits from Making of the President and Stone's Rules.
>
>
> Received interested from NYT, WSJ, Josh Lesh at CNN, Howard Goldenthal at CBC, John Weber at Premiere, Melissa Parker at Smashing Interviews Mag, Alison Ehrlich at ABC, Gideon Resnick at Daily Best. We sent them all material and forward the requests to Lainie/Kristin at their request. We don't know if they executed, doesn't look like it. Please have them keep us in the loop when they book anything llike TV for you so we can follow up with producers to have cover shown.
>
>
> _____
>
> **Michael Campbell**
>
> **Editor**
>
> **Skyhorse Publishing, Inc.**
>
> 307 W 36th Street, 11th Floor | New York,  NY 10018
>
> 212-643-6816 x254
>
> email: mcampbell@skyhorsepublishing.com
>
> www.skyhorsepublishing.com

**From:** Roger Stone <players02@gmail.com>
**Sent:** Friday, February 15, 2019 12:48 AM
**To:** Michael Campbell <Mcampbell@skyhorsepublishing.com>
**Subject:** Re: Copies of the paperback

Send to ▮▮▮▮▮▮▮, Fort Lauderdale , Fla 33301 / what is the plan for launch ?

Roger Stone

On Jan 24, 2019, at 2:06 PM, Michael Campbell <Mcampbell@skyhorsepublishing.com> wrote:

> Roger,

> Can send you some copies of the paperback, which is printing soon—let me know what address to send to.

> Mike

> _____

> **Michael Campbell**

> **Skyhorse Publishing, Inc.**

> 307 W 36th Street, 11th Floor | New York,  NY 10018

> 212-643-6816 x254

> email: mcampbell@skyhorsepublishing.com

> www.skyhorsepublishing.com

**Document 24: Emails re: Distribution of Review Copies**

**Subject:** Fwd: Copies of the paperback
**Date:** Friday, March 8, 2019 at 9:47:39 AM Eastern Standard Time
**From:** Roger Stone
**To:** Grant Smith

#15

---------- Forwarded message ---------
From: **Roger Stone** <players02@gmail.com>
Date: Thu, Mar 7, 2019 at 2:11 PM
Subject: Re: Copies of the paperback
To: Michael Campbell <Mcampbell@skyhorsepublishing.com>

#15

On Fri, Feb 15, 2019 at 1:52 PM Roger Stone <players02@gmail.com> wrote:
> Recognize that the judge may issue a gag order any day now and while we will appeal it that could take a while. I also have to be wary of media outlets I want to interview me but don't really want to talk about the book. These are weird times
>
> Roger Stone
>
>
> On Feb 15, 2019, at 1:45 PM, Michael Campbell <Mcampbell@skyhorsepublishing.com> wrote:
>
>> I had a couple cartons sent.
>>
>>
>> We sent to 300-400 media outlets—national list, conservative list, and included the progressive media list for this one. Plus followed up with and hits from Making of the President and Stone's Rules.
>>
>>
>> Received interested from NYT, WSJ, Josh Lesh at CNN, Howard Goldenthal at CBC, John Weber at Premiere, Melissa Parker at Smashing Interviews Mag, Alison Ehrlich at ABC, Gideon Resnick at Daily Best. We sent them all material and forward the requests to Lainie/Kristin at their request. We don't know if they executed, doesn't look like it. Please have them keep us in the loop when they book anything llike TV for you so we can follow up with producers to have cover shown.

_____

**Michael Campbell**

**Editor**

**Skyhorse Publishing, Inc.**

307 W 36th Street, 11th Floor | New York,  NY 10018

212-643-6816 x254

email: mcampbell@skyhorsepublishing.com

www.skyhorsepublishing.com

---

**From:** Roger Stone <players02@gmail.com>
**Sent:** Friday, February 15, 2019 12:48 AM
**To:** Michael Campbell <Mcampbell@skyhorsepublishing.com>
**Subject:** Re: Copies of the paperback


Send to ███████ Fort Lauderdale , Fla 33301 / what is the plan for launch ?

Roger Stone



On Jan 24, 2019, at 2:06 PM, Michael Campbell <Mcampbell@skyhorsepublishing.com> wrote:

> Roger,


> Can send you some copies of the paperback, which is printing soon—let me know what address to send to.


> Mike


> _____

> **Michael Campbell**

**Skyhorse Publishing, Inc.**

307 W 36th Street, 11th Floor | New York,  NY 10018

212-643-6816 x254

email: mcampbell@skyhorsepublishing.com

www.skyhorsepublishing.com

**Document 25 Emails re: Discussion of Covers and Books for Hannity**

**Subject:** Re: Sean Hannity
**Date:** Monday, January 28, 2019 at 11:25:43 AM Eastern Standard Time
**From:** Kristin Davis
**To:** Tony
**CC:** Nick Magliato, Grant Smith, Hector Carosso

Tony or Nick- Can one of you guys please give me Hannity's producers info?

---

**From:** Tony <tlyons4808@aol.com>
**Sent:** Monday, January 28, 2019 8:53 AM
**To:** Kristin Davis
**Cc:** Nick Magliato; Grant Smith; Hector Carosso
**Subject:** Re: Sean Hannity

Sounds great

Sent from my iPhone

On Jan 28, 2019, at 8:49 AM, Kristin Davis <kristindavis@outlook.com> wrote:

> If you have a graphic for the new book please send it to me. I can forward to some of the
> podcast and radio guy so that they can promote also.
>
> Get Outlook for Android
>
> ---
>
> **From:** Tony <tlyons4808@aol.com>
> **Sent:** Monday, January 28, 2019 8:43:13 AM
> **To:** Kristin Davis
> **Cc:** Nick Magliato; Grant Smith; Hector Carosso
> **Subject:** Re: Sean Hannity
>
> That would be amazing!
>
> Sent from my iPhone
>
> On Jan 28, 2019, at 8:42 AM, Kristin Davis <kristindavis@outlook.com> wrote:
>
>> Yes, looking forward to making another New York Times Bestseller
>>
>> Get Outlook for Android
>>
>> ---
>>
>> **From:** Grant Smith <gsmith@strategysmith.com>
>> **Sent:** Monday, January 28, 2019 8:41:40 AM
>> **To:** Nick Magliato; Tony; Kristin Davis
>> **Cc:** Hector Carosso

**Subject:** Re: Sean Hannity

Can someone have the Hannity folks reach out this morning to confirm the details?

Grant

_____

Grant J. Smith, Esq.
StrategySmith, PA
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
954.328.9064 - Direct

---

**From:** Nick Magliato <nmagliato@skyhorsepublishing.com>
**Date:** Monday, January 28, 2019 at 8:33 AM
**To:** Tony <tlyons4808@aol.com>, Kristin Davis <kristindavis@outlook.com>
**Cc:** Grant Smith <gsmith@strategysmith.com>, Hector Carosso <hcarosso@skyhorsepublishing.com>
**Subject:** Re: Sean Hannity

Thanks, Kristin.

I'll send over these covers now. And to echo Tony, looking forward to working with you again.

Best,
Nick

Get Outlook for iOS

---

**From:** Tony <tlyons4808@aol.com>
**Sent:** Monday, January 28, 2019 8:30 AM
**To:** Kristin Davis
**Cc:** Grant Smith; Hector Carosso; Nick Magliato
**Subject:** Re: Sean Hannity

Thanks so much, Kristin. We will get covers to the Myth of Russian Collusion and Stone's Rules ASAP.

Look forward to working with you again.

Sent from my iPhone

On Jan 28, 2019, at 8:23 AM, Kristin Davis <kristindavis@outlook.com> wrote:

Hi Tony,

He is doing Hannity tonight and Laura Ingraham tomorrow. He booked both of those himself so I don't actually have their addresses but I assume you have them in your contact database?

I am holding on confirming Wednesday and Thursday events until he gives me the go-ahead. As soon as I know more I'll let you know.

Kristin

Get Outlook for Android

---

**From:** Tony <tlyons4808@aol.com>
**Sent:** Sunday, January 27, 2019 10:48:15 PM
**To:** Grant Smith
**Cc:** Kristin Davis; hcarosso@skyhorsepublishing.com; nmagliato@skyhorsepublishing.com
**Subject:** Re: Sean Hannity

Kristin, can you give us a list of places so we can get them covers and finished books? Best, Tony

Sent from my iPhone

On Jan 27, 2019, at 10:23 PM, Grant Smith <gsmith@strategysmith.com> wrote:

> I know Hannity tomorrow from DC.  I need to confirm with them.  Kristin is running schedule.  I copied her here.
>
> Grant
> _____
> Grant J. Smith, Esq.
> StrategySmith, PA
> 401 East Las Olas Boulevard
> Suite 130-120
> Fort Lauderdale, FL 33301
> 954.328.9064 - Direct
>
> ---
> **From:** Tony <tlyons4808@aol.com>
> **Date:** Sunday, January 27, 2019 at 10:16 PM
> **To:** Grant Smith <gsmith@strategysmith.com>
> **Cc:** "hcarosso@skyhorsepublishing.com" <hcarosso@skyhorsepublishing.com>, "nmagliato@skyhorsepublishing.com" <nmagliato@skyhorsepublishing.com>
> **Subject:** Re: Sean Hannity

Grant,

Can you send us a list of his bookings so we can get the various places the cover of the new book. They like to run the cover on the bottom of the screen, but we need to know which shows he's going to do.

All the best,

Tony


Sent from my iPhone

On Jan 27, 2019, at 9:55 PM, Grant Smith <gsmith@strategysmith.com> wrote:

> Roger is fully booked.  Thanks for the help.
>
> Grant
> _____
> Grant J. Smith, Esq.
> StrategySmith, PA
> 401 East Las Olas Boulevard
> Suite 130-120
> Fort Lauderdale, FL 33301
> 954.328.9064 - Direct
>
> _____
> **From:** Tony <tlyons4808@aol.com>
> **Date:** Saturday, January 26, 2019 at 12:11 PM
> **To:** Grant Smith <gsmith@strategysmith.com>
> **Cc:** "hcarosso@skyhorsepublishing.com" <hcarosso@skyhorsepublishing.com>
> **Subject:** Re: Sean Hannity
>
> Grant,

Would Roger do CNNs New Day on Monday morning? They would send a crew to him. I guess he could put them on the spot about how they really got to his house with the FBI!

Let me know. They are ready to go and would discuss the book.

Tony

Sent from my iPhone

On Jan 25, 2019, at 6:53 PM, Grant Smith <gsmith@strategysmith.com> wrote:

> I need to talk to them before.
>
> Grant
>
> _____
>
> Grant J. Smith, Esq.
> StrategySmith, PA
> 401 East Las Olas Boulevard
> Suite 130-120
> Fort Lauderdale, FL 33301
> 954.328.9064 - Direct
>
> _____
>
> **From:** Tony Lyons <TLyons@skyhorsepublishing.com>
> **Date:** Friday, January 25, 2019 at 2:10 PM
> **To:** Grant Smith <gsmith@strategysmith.com>
> **Subject:** Sean Hannity
>
> Grant,
>
> Hannity is interested in having Roger on Monday night.
>
> Will he do it?
>
> All the best,
>
> Tony