# COMPOSITE EXHIBIT C



# RUSSIAN COLLUSION

## THE INSIDE STORY OF HOW DONALD TRUMP REALLY WON

ROGER STONE

**Liked by jakeengels and 502 others**

**rogerjstonejr** Coming Soon - The Myth of Russian Collusion - How @realdonaldtrump Really Won- by Roger Stone @stonecoldtruth #maga

View all 28 comments

**shophippiejack** 

JANUARY 16









# RUSSIAN COLLUSION

Originally Published As *The Making of the President 2016*
**WITH AN EXPLOSIVE NEW INTRODUCTION**

**THE INSIDE STORY OF HOW DONALD TRUMP *REALLY* WON**

**ROGER STONE**

Liked by mr.civita and 974 others

**rogerjstonejr** In stores March 1- #norussiancollusion #nowikileakscollaboration #noconspiracy #rogerstonedidnothingwrong @classicrogerstone @dailyrogerstone @infowars_com

View all 46 comments

**sarahloumulligan** 😉

**thecowboycook** The Delusion of Collusion!

FEBRUARY 15



**rogerjstonejr** In stores March 1 ! #norussiancollusion #nowikileakscollaboration #noconspiracy #maga

View all 437 comments

**mesomorph21** This will go great next to Stones Rules and The Making Of The President! #RogerStoneDidNothingWrong

**backatyou7** @stillsponging 😂😂😂 death penalty? #keepdreaming #toomuchcnn

FEBRUARY 18