# COMPOSITE
# EXHIBIT D

**Document 1: Emails re: New Introduction Sent to Legal Team**

**Subject:** Re: New BOOK Introduction

**Date:** Thursday, February 21, 2019 at 6:33:40 PM Eastern Standard Time

**From:** Bruce Rogow

**To:** Grant Smith

**CC:** Rob Buschel, Tara Campion

The " After The recusal of Sessions etc paragraphs are problematic.i have not thought/read carefully, but if I am right, maybe the publisher can black out the pages and say pursuant to the order . . . .

On Feb 21, 2019, at 5:58 PM, Grant Smith <gsmith@strategysmith.com> wrote:

> Will be published march 1.  See date below.  Need to see if this breaks the order.  Was
> drafted BEFORE indictment.
>
> Grant
>
> _____
> Grant J. Smith, Esq.
> StrategySmith, PA
> 401 East Las Olas Boulevard
> Suite 130-120
> Fort Lauderdale, FL 33301
> 954.328.9064 - Direct
>
> _____
>
> **From:** Michael Campbell <Mcampbell@skyhorsepublishing.com>
> **Date:** Monday, January 14, 2019 at 5:42 PM
> **To:** Roger Stone <players02@gmail.com>
> **Cc:** Mark Gompertz <mgompertz@skyhorsepublishing.com>, Grant Smith
> <gsmith@strategysmith.com>, Tony Lyons <TLyons@skyhorsepublishing.com>
> **Subject:** RE: New Introduction
>
> Roger,
>
> Edited intro attached here. Just copyedits and reordering a couple paragraphs in the Mueller
> section to better show the progression.
>
> Thanks,
> Mike
>
> _____
> **Michael Campbell**
> **Skyhorse Publishing, Inc.**
> 307 W 36th Street, 11th Floor | New York,  NY 10018
> 212-643-6816 x254
> email: mcampbell@skyhorsepublishing.com
> www.skyhorsepublishing.com
>
> **From:** Roger Stone <players02@gmail.com>
> **Sent:** Monday, January 14, 2019 11:49 AM
> **To:** Tony Lyons <TLyons@skyhorsepublishing.com>; Michael Campbell

<Mcampbell@skyhorsepublishing.com>; Grant Smith <gsmith@strategysmith.com>
**Subject:** New Introduction

for the Making of the President 2016 in paperback

3386 words

R

**Document 2: Emails re: First Communication After Feb.
21st Order to the Publisher**

**Subject:** RE: Urgent—-

**Date:**   Tuesday, February 26, 2019 at 1:54:39 PM Eastern Standard Time

**From:**   Tony Lyons

**To:**   Grant Smith

**CC:**   Dean Notte

I believe it was about 14,000 copies

-----Original Message-----
From: Grant Smith <gsmith@strategysmith.com>
Sent: Tuesday, February 26, 2019 1:16 PM
To: Tony Lyons <TLyons@skyhorsepublishing.com>
Cc: Dean Notte <dnotte@skyhorsepublishing.com>
Subject: Re: Urgent—-

My question has not been answered. How many copies????

Grant
954-328-9064

Sent from my iPhone

On Feb 22, 2019, at 10:19 AM, Tony Lyons <TLyons@skyhorsepublishing.com> wrote:

They were all shipped out a few weeks ago to customers across the country.

-----Original Message-----
From: Grant Smith <gsmith@strategysmith.com>
Sent: Friday, February 22, 2019 10:16 AM
To: Tony Lyons <TLyons@skyhorsepublishing.com>; Dean Notte <dnotte@skyhorsepublishing.com>
Subject: Urgent—-

Gentlemen:

I need a detailed explanation of where the new books stand in the process of being put into the public. I need to know how many were printed, and where they physically reside at the moment. In light of the judges order yesterday we must know this information immediately.

Grant
954-328-9064

Sent from my iPhone

**Document 3: Emails re: Follow-Up Communication with Publisher**

**Subject:** Re: Urgently Needed Information

**Date:**    Tuesday, February 26, 2019 at 5:50:34 PM Eastern Standard Time

**From:**    Grant Smith

**To:**       Tony Lyons, Roger Stone

Hopefully.

Grant

―――――――――――――

Grant J. Smith, Esq.

StrategySmith, PA

401 East Las Olas Boulevard

Suite 130-120

Fort Lauderdale, FL 33301

954.328.9064 - Direct

---

**From:** Tony Lyons <TLyons@skyhorsepublishing.com>

**Date:** Tuesday, February 26, 2019 at 5:32 PM

**To:** Grant Smith <gsmith@strategysmith.com>, Roger Stone <players02@gmail.com>

**Subject:** RE: Urgently Needed Information

Yes, there is an ebook. Both were live long before the gag order, so we should be good, right?

---

**From:** Grant Smith <gsmith@strategysmith.com>

**Sent:** Tuesday, February 26, 2019 5:31 PM

**To:** Tony Lyons <TLyons@skyhorsepublishing.com>; Roger Stone <players02@gmail.com>

**Subject:** Re: Urgently Needed Information

I was under the impression that publication date was March 1.  It now it appears it was February 19, is that correct?

Are you selling e-book versions?

Grant

―――――――――――――

Grant J. Smith, Esq.

StrategySmith, PA

401 East Las Olas Boulevard

Suite 130-120

Fort Lauderdale, FL 33301

954.328.9064 - Direct

---

**From:** Tony Lyons <TLyons@skyhorsepublishing.com>

**Date:** Tuesday, February 26, 2019 at 5:26 PM

**To:** Grant Smith <gsmith@strategysmith.com>, Roger Stone <players02@gmail.com>

**Subject:** RE: Urgently Needed Information

This all happened prior to the court order, so I don't see how it's relevant. I just don't have the staff to do it this week.

We printed about 13,000-14,000 copies. We shipped most of them and they are all around the country in bookstores. They are not selling particularly well so far, but hopefully that will change.

That should be sufficient, right?

---

**From:** Grant Smith <gsmith@strategysmith.com>
**Sent:** Tuesday, February 26, 2019 5:03 PM
**To:** Tony Lyons <TLyons@skyhorsepublishing.com>; Roger Stone <players02@gmail.com>
**Subject:** Re: Urgently Needed Information

The mere publication of the new portions of the book could land Roger in jail for contempt of the judge's order.  We are trying to establish data points and provide legal advice.  I can not give you more information without violating the attorney client relationship at the moment.  I need this immediately. This is not a some made up emergency.

Grant

_____

Grant J. Smith, Esq.
StrategySmith, PA
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
954.328.9064 - Direct

---

**From:** Tony Lyons <TLyons@skyhorsepublishing.com>
**Date:** Tuesday, February 26, 2019 at 4:59 PM
**To:** Grant Smith <gsmith@strategysmith.com>, Mark Gompertz <mgompertz@skyhorsepublishing.com>, Michael Campbell <Mcampbell@skyhorsepublishing.com>, Brian Peterson <bpeterson@skyhorsepublishing.com>, Dean Notte <dnotte@skyhorsepublishing.com>, Roger Stone <players02@gmail.com>
**Subject:** RE: Urgently Needed Information

Grant,

What is this for? Please give me details.

We no longer have a joint-venture, so all of this information is proprietary and also takes a lot of time to research.  We are short-staffed this week, which is why you haven't received a response.

Look forward to hearing back, but please don't copy anyone else. Just deal directly with me.

Thanks,

Tony

---

**From:** Grant Smith <gsmith@strategysmith.com>

**Sent:** Tuesday, February 26, 2019 4:50 PM
**To:** Mark Gompertz <mgompertz@skyhorsepublishing.com>; Michael Campbell
<Mcampbell@skyhorsepublishing.com>; Brian Peterson <bpeterson@skyhorsepublishing.com>; Tony Lyons
<TLyons@skyhorsepublishing.com>; Dean Notte <dnotte@skyhorsepublishing.com>; Roger Stone
<players02@gmail.com>
**Subject:** FW: Urgently Needed Information
**Importance:** High

All-

I do not take the designation of an email "urgent" lightly.  If I request it in that fashion, there must be a
good reason.

Will somebody please take the time to answer the questions below on an urgent basis?

Grant

_____

Grant J. Smith, Esq.
StrategySmith, PA
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
954.328.9064 - Direct

_____

**From:** Grant Smith <gsmith@strategysmith.com>
**Date:** Tuesday, February 26, 2019 at 1:32 PM
**To:** "mgompertz@skyhorsepublishing.com" <mgompertz@skyhorsepublishing.com>, Michael
Campbell <Mcampbell@skyhorsepublishing.com>, Brian Peterson
<bpeterson@skyhorsepublishing.com>, Tony Lyons <TLyons@skyhorsepublishing.com>, Dean Notte
<dnotte@skyhorsepublishing.com>
**Cc:** Roger Stone <players02@gmail.com>
**Subject:** Urgently Needed Information

I need immediately:

A PDF of the FINAL version of the new preface.

How many copies were printed?
When were they printed?
What is the official publish date?
What is the date they were sent to press for reviews?  How many?
When is the first date for sale?
How much did the printing cost?
Where are the actual books now?


Grant

_____

Grant J. Smith, Esq.
StrategySmith, PA
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
954.328.9064 - Direct

**Document 4: Emails re: Additional Follow-Up with Publisher**

**Sunday, March 10, 2019 at 1:47:39 PM Eastern Daylight Time**

**Subject:** Re: TIME SENSITIVE Stone - SkyHorse

**Date:** Thursday, February 28, 2019 at 7:50:06 PM Eastern Standard Time

**From:** Tara Campion

**To:** tony

**CC:** Grant Smith, Bruce Rogow

If that's what you have it will have to. Thanks.

Sent from my iPhone

On Feb 28, 2019, at 7:01 PM, tony <tlyons4808@aol.com> wrote:

> They were sent in late January. Is that enough?
>
>
> -----Original Message-----
> From: Tara Campion <tcampion@rogowlaw.com>
> To: Tony <tlyons4808@aol.com>
> Cc: Grant Smith <gsmith@strategysmith.com>; Bruce Rogow <brogow@rogowlaw.com>
> Sent: Thu, Feb 28, 2019 11:24 am
> Subject: RE: TIME SENSITIVE Stone - SkyHorse
>
> Good morning Tony,
> Any luck with your sales director?
>
> Tara A. Campion, Esq.
> Attorney
> Bruce S. Rogow, P.A.
> 100 N.E 3rd Avenue | Suite 1000 |Fort Lauderdale, FL 33301
> PH: 954.767.8909 | Fax: 954.764.1530
> tcampion@rogowlaw.com
>
>
> -----Original Message-----
> From: Tara Campion
> Sent: Wednesday, February 27, 2019 3:46 PM
> To: 'Tony' <tlyons4808@aol.com>
> Cc: Grant Smith <gsmith@strategysmith.com>; Bruce Rogow <brogow@rogowlaw.com>
> Subject: RE: TIME SENSITIVE Stone - SkyHorse
>
> Great, thanks so much. I appreciate it.
>
> Tara A. Campion, Esq.
> Attorney
> Bruce S. Rogow, P.A.
> 100 N.E 3rd Avenue | Suite 1000 |Fort Lauderdale, FL 33301
> PH: 954.767.8909 | Fax: 954.764.1530
> tcampion@rogowlaw.com
>
>
> -----Original Message-----
> From: Tony [mailto:tlyons4808@aol.com]
> Sent: Wednesday, February 27, 2019 3:45 PM
> To: Tara Campion <tcampion@rogowlaw.com>

Cc: Grant Smith <gsmith@strategysmith.com>; Bruce Rogow <brogow@rogowlaw.com>
Subject: Re: TIME SENSITIVE Stone - SkyHorse

I'll put a call in to our sales director but usually 2-3 weeks before pub date

Sent from my iPhone

> On Feb 27, 2019, at 3:40 PM, Tara Campion <tcampion@rogowlaw.com> wrote:
>
> When were they sent to the retailers?
>
> Tara A. Campion, Esq.
> Attorney
> Bruce S. Rogow, P.A.
> 100 N.E 3rd Avenue | Suite 1000 |Fort Lauderdale, FL 33301
> PH: 954.767.8909 | Fax: 954.764.1530
> tcampion@rogowlaw.com
>
>
>
> -----Original Message-----
> From: Tony [mailto:tlyons4808@aol.com]
> Sent: Wednesday, February 27, 2019 3:34 PM
> To: Tara Campion <tcampion@rogowlaw.com>
> Cc: Grant Smith <gsmith@strategysmith.com>; Bruce Rogow <brogow@rogowlaw.com>
> Subject: Re: TIME SENSITIVE Stone - SkyHorse
>
> See below
>
> Sent from my iPhone
>
>> On Feb 27, 2019, at 3:13 PM, Tara Campion <tcampion@rogowlaw.com> wrote:
>>
>> Good afternoon,
>>
>> We need to know the following:
>>
>> 1.    What are the dates of publication for each of the means of release (hard copy, ebook, etc.)?
>
> 2/19
>
>> 2.    How many copies were distributed?
>
> About 13,000
>
>> 3.    How many retailers, etc., were provided books/ebooks?
>
> Hundreds of stores nationwide.
>>
>> Thank you,
>> Tara
>>
>> Tara A. Campion, Esq.
>> Attorney
>> Bruce S. Rogow, P.A.
>> 100 N.E 3rd Avenue | Suite 1000 |Fort Lauderdale, FL 33301
>> PH: 954.767.8909 | Fax: 954.764.1530
>> tcampion@rogowlaw.com
>>
>>
>> -----Original Message-----

>> From: Tony [mailto:tlyons4808@aol.com]
>> Sent: Wednesday, February 27, 2019 2:07 PM
>> To: Grant Smith <gsmith@strategysmith.com>
>> Cc: Bruce Rogow <brogow@rogowlaw.com>; Tara Campion <tcampion@rogowlaw.com>
>> Subject: Re: TIME SENSITIVE Stone - SkyHorse
>>
>> I'm out of the office and can't talk now but put the questions in an email and I'll do my best.
>>
>> Sent from my iPhone
>>
>>> On Feb 27, 2019, at 1:48 PM, Grant Smith <gsmith@strategysmith.com> wrote:
>>>
>>> Tony-
>>>
>>> Bruce Rogow, Roger's lead Attorney in the criminal case needs to communicate with you on an immediate basis.
>>>
>>> Bruce is copied hereon.
>>>
>>> Please make arrangements to speak about the topics you and I corresponded about yesterday.
>>>
>>>
>>>
>>> Grant
>>> 954-328-9064
>>>
>>>
>>> Sent from my iPhone
>>
>