EXHIBIT A

## The Issue

Since 1947, the United States Department of Justice, headed by the United States Attorney General, has continually and systematically falsely accused -- and by way of unlawful indictments -- blackmailed and exhorted "convictions" against MILLIONS of American citizens.

The men and women, allegedly protecting our country, have instead created a machine which feeds on innocent lives at an astonishing rate. This has placed our nation on the global map as having and maintaining the "highest incarceration rate" of the world.

Their conspiracy is far more criminal than any of the alleged "crimes", which they are supposed to protect the United States government from.

Ironically, the United States Criminal Code, 18 § USC 371, states:

**If two or more persons conspire either to commit any offense against the United States, or defraud the United States or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisoned not more than five years, or both.**

The Department of Justice conspires exactly like this against American citizens -- its own people -- each and every day.

The following will show just how such a conspiracy has been ongoing -- for at least 70 years now ...

The United States Constitution provides for certain protections. Beginning with Articles 1 through 3, it outlines what these "government" powers entail and how those powers may be "wielded". When these powers were written there was no structured republic. These Articles are the "backbone" of our federal government body. They are also instructive to the individual state bodies of government -- of the people, for the people, by the people.

--0--

Article I addresses the powers available by way of congressional legislation. Any power accessed outside the actual texts of this body of work is, in fact, "unconstitutional".

Article II addresses powers of the "Executive Branch." The same "letter-of-the-law" standards apply. Any and all power exercised outside the body of law is by definition unconstitutional.

Article III, the "Judicial Branch", is the topic under consideration. It is the one most easily abused and most destructive when abused. "Judicial power excesses" are what the thirteen colonies were oppressed by and opposed to under the "King and his courts". As such, "Judicial Power" (Article III) required major reasoning. The founders were careful and precise with their wordings, particularly on this Article in their drafting of the Constitution. Justice must be available for all.

Of primary importance is the part of Article III that states: **the powers of the judiciary shall extend to all cases in law**... This is how an <u>injured party</u> gains access to federal courts. If an "injured party" has a legal dispute and the "questionable conduct" is prohibited by one or more federal laws, then he, she or it can bring the "case" before a federal court. A lawyer represents the "injured party" in most "cases".

For more than 200 years now, the United States Supreme Court has defined, and continues to remind and clarify, what constitutes a "case". According to the Supreme Court, a "case" consists of three precise, mandatory elements, of which all three must be in evidence to make a "federal case". First and foremost, there must be an "injured party" who/that has "standing" to present his/her or its "case".

**Standing to sue is a doctrine rooted in the traditional understanding of a case or controversy; the doctrine developed in our case law to ensure that federal courts do not exceed their authority as it has been traditionally understood. See id., at 820, 117 S.Ct 2313, 138 L.Ed 2d 849. This doctrine limits the**

--1--

category of litigants empowered to maintain a lawsuit in federal court to seek redress for a legal wrong." (See: Spokeo vs. Robins, S.Ct)

Based on the doctrine of "standing", a litigant must meet three specific elements to gain court entrance and access Article III powers:

Our cases have established that the "irreducible constitutional minimum" of standing consists of three elements. Lujan, 504 U.S., at 560, 112 S.Ct 2130, 119 L.Ed. 2d 351.  The plaintiff must have
   1) suffered an injury in fact,
   2) that is fairly traceable to the challenged conduct of the defendant, and
   3) that is likely to be redressed by a favorable judicial decision."
      (Spokeo v Robins, 2016)

The highest court in the nation further states that the burden of proof rests with the Plaintiff:

The Plaintiff, as the party invoking federal jurisdiction, bears the burden of establishing these elements." (See: Spokeo)

and further, that these facts must be clear:

Where, as here, a case is at the pleading stage, the plaintiff must "clearly ... allege facts demonstrating" each element." Warth, supra, at 518, 95 S.Ct 2197, 45 L.Ed. 2d 343.  (See: Spokeo)

We now have all the makings of a federal "case".  As such, Federal Judicial powers provided under Article III are available.  The "court is open".  Lacking in ANY of the three required elements, judicial powers are not available.  The "court is closed."

The Supreme Court makes clear that the single most important element required is element 1) that of the "Standing" doctrine:

--2--

This case primarily concerns injury in fact, the "[f]irst and foremost" of standing's three elements." <u>Steel Co. v Citizens for a Better Environment</u>, 523 U.S. 83, 103, 118 S.Ct 1003, 140 L.Ed. 2d 210 (1998) (See: <u>Spokeo</u>)

The court further reminds us of the constitutional necessity of this "standing" doctrinal element:

Injury in fact is a constitutional requirement, and "[i]t is settled that <u>Congress cannot erase Article III's standing requirements by statutorily granting the right to sue</u> to a <u>plaintiff</u> who would <u>not otherwise have standing</u>." (<u>Spokeo</u>)

In other words, injury in fact, being made up of distinct factors, must be personal" to the Plaintiff:

The injury in fact requirement helps to assure that <u>the plaintiff has a personal stake</u> in the outcome of the controversy. (See: <u>Susan B. Anthony List vs Driehaus</u>, S.Ct. 2014)

"particularization" and "concreteness" of the "personal injury":

For an injury to be "particularized," it must affect the plaintiff in a personal and individual way. (Collection of seven Supreme Court cases, as relied on in <u>Spokeo vs. Robins</u>)

The court further makes aware that more than "personal" is required:

An injury in fact must also be "concrete". (<u>Spokeo</u> 2016)

This "concreteness" factor must be "real":

A "concrete" injury must be "de facto"; that is, it must actually exist. (<u>Black's Law Dictionary</u> 479 (9th Ed. 2009) (as relied upon in <u>Spokeo v. Robins</u>, 2016)

--3--

The Supreme Court, as earlier stated, has been reminding the lower courts of this issue for many years:

**We have made it clear, time and time again, that an injury in fact must be both concrete and particularized."** See e.g., <u>Susan B. Anthony List v. Driehaus</u>, 573 U.S. __, __ 134 S.Ct. 2334, 189 L.Ed 2d 246 (2014)

In otherwords, this argument is NOT raised for the first time.

Before anyone gets the idea that this Doctrine of Law is only applicable to "civil cases";

**... the powers of the judiciary <u>shall extend to all cases in law</u> and equity ..."** (Art. III, Cl. 2)

The Judicial Powers, SHALL EXTEND TO ALL CASES ... This, of course, means the Criminal Process of Federal "law" as well.

### Abuse of Powers

The United States prosecution teams have become nothing but political "hit squads"; bent or whatever the current politics wants. This destroys the United States Constitution. When a judge, presiding over a court, aligns his or her rulings in support of this abuse of power, we have what our current President has deemed: "the Swamp"; and a "Swamp" it is.

When the "United States of America" appears in a Federal Court, failing to allege and prove an "injury in fact" ("black eye"), a prosecuting attorney is accessing Article III "power" illegally; then gaining a "conviction" and "judgment" it is not legally entitled to. And people then get shipped to prison -- illegally.

A prosecution office for ANY presidency can unlawfully be used as "street muscle" to enforce "party agenda(s)". In so doing, this is illegal. The

--4--

Supreme Court states clearly, this is "unconstitutional."

This has been the "norm" for many past presidents.

### Constitutional Mandates

According to Article VI of the United States Constitution, the officers of the courts and the judges know their responsibilities are to uphold the Constitution:

**... and all executive and judicial officers, both of the United States** and of the several states, **shall be bound by Oath or Affirmation, to support the Constitution.** (Art. VI, cl. 3)

These same officers, also know the "Senior Law" of the land ...

**This Constitution, and the laws of the United States, which shall be made in pursuance thereof ... shall be the Supreme Law of the Land.** (Art. VI, cl. 2)

When a "non-injured" party presents a claim to the Federal court, this is a "moot case", and cannot be heard or decided:

**Moot case: A case that presents only an abstract question that does not arise from existing facts or rights.** (Black's 10th Ed.)

The Supreme Court stated: ... **injury in fact, the first and foremost of standing's three elements** (Spokeo, see pg. 2)

it being quite clear that the "injury in fact" **must affect the plaintiff in a personal and individual way.** (Spokeo, in a collection of seven separate cases). This gives "Rights" to the Plaintiff.

As such, the United States of America prosecution, in almost all of its prosecutions, is bringing to the courts, "cases" of which have no legal "right"

--5--

to proceed upon.

## The Identified Cause

This author offers the following factual based findings.  As such, you are required to do your own research to see if what you are reading is true.

According to Title 18 § 3231, the federal courts hold "original jurisdiction" over all offense against laws of the United States:

**The district court of the United States <u>shall have original jurisdiction</u>,** exclusive of the courts of the States, **<u>of all offenses against laws</u>** of the United States; (in part)

Please notice, **<u>shall have original jurisdiction</u>**.  Now look at this wording directly from the United States Constitution:

In all cases affecting Ambassadors, other public ministries, and Consuls, and those in which a State shall be a Party, the supreme Court **<u>shall have original jurisdiction</u>**.  (Art. III, sec. 2, cl. 2)

Do you see that a body of congressionally passed law conflicts with the Constitution ("supreme Law of the Land")?  But let's look further:  it gets much worse ...

According to "injury in fact" under Article III, as you have read, the Constitution notates "standing" is a "constitutional requirement".

Going back to the § 371 "conspiracy" charge, look at this clip:

If two or more persons conspire either to **<u>commit any offense against the United States</u>, or to <u>defraud the United States</u>** or any **<u>agency</u>** thereof ... "against the United States" (injured party).

--6--

We can clearly see that Congress found it necessary to uphold the well-established doctrine of "standing" in the wording of this law (§ 371 "Conspiracy").

Congress, under § 371, gave us all three elements of "standing":

Element 1) requires "injury in fact" § 371 states:

**... commit any offense <u>against the United States</u> ..."**

Clearly we see the "United States" would be the "injured party".

Element 2) requires: "that is fairly traceable to the challenged conduct(s) (prohibited conduct)

**<u>... commit any offense</u> ...**

Clearly we see a federal law ("offense") had to be violated causing "injury"; (the "challenged conduct")

Element 3) requires "redressability";

**each shall be fined under this title or imprisoned not more than five years, or both**

And lastly, we see Congress addressed the final of three elements: to have a "case"; (this law was passed 25 June 1948)

In support of this, let's look at § 1964(c) of Title 18, which was passed in 1970:

**Any person <u>injured in his business or property</u>...**

Do you see the evidence of Congress intending to address the constitutional

requirement, "first and foremost" of "injury in fact"? (element 1 of "standing") further along ...

by reason of a violation of section 1962 of this chapter ...

We see Congress intending to address element 2) "fairly traceable conduct" which was prohibited by federal law ...

... may sue therefore in any appropriate United States district court and shall recover threefold the damages he sustains and the cost of the suit including reasonable attorney's fees ...

And, of course, here we have the third element of "standing", the redressability element.

Going back to § 3231, take another look:

The district court of the United States shall have original jurisdiction, exclusive of the states, of all offenses against laws of the United States.

Paying close attention to that which is underlined, of course the district federal court would address "federal offenses". However, notice that unlike the other two statutes of law we just covered, there is NO mention of an "injured party", nor "who" can bring a "case" into the district court involving a "federal offense". Congress gave standing without requiring any "injury in fact", as is constitutionally protected.

... Congress cannot erase Article III's standing requirements by statutorily granting the right to sue to a plaintiff who would not otherwise have standing. (See: Spokeo v Robins, 2016)

The Attorney for the United States, has been getting away with not proving "standing" due to this error in statutory construction of law. This is how the prosecutors have been doing what they do. They simply say ... "Well, Congress

--8--

said we could ...!"  However, you now know that Congress **cannot erase Article III's standing requirements by statutorily granting the right to sue** ...

This must be fixed to stop the abuse of law.  We need your help in spreading this to the people.  We need to take our government back under **our** control.

Abe Lincoln most famously stated:

**the people are the masters of both Congress and the courts, not to overthrow the Constitution, but to overthrow the men who would pervert it!**

Further, Thomas Jefferson states:

**When the people fear their government, there is tyrany.**

Do you fear our current government body?  Jefferson stated in the same quote:

**When the government fears the people, there is liberty.**

I don't know about you, but I choose the later.

### The Solution

Congress can fix this -- simply by rewriting the body of § 3231 to read something like this:

**The district court of the United States shall have original jurisdiction over all offenses against laws of the United States, of which bring injury in fact to the United States or any of its agencies.**

This would assure that prosecution must only prosecute "cases" which bring about harm to the United States (or one of its agencies).

This would further protect the States' rights, which are protected under the

10th Amendment.  In other words, if the conduct happens to also be a "legally proscribed conduct" in the state, then the United States only has access to the "conduct" if it harms the United States.  This is a growing issue in the legal marijuana industry, of which 28 states are currently exercising their 10th Amendment rights over legalization of marijuana, medically or recreational.

How does all this affect you?  Let's take a look:

1)    If you were Dr. Brett Nadel of Atlanta, Georgia, you would be told that you "injured" a group of private health care companies (not the "United States") by way of a (371) "conspiracy" (of which you had no personal knowledge).  You would lose your license to practice, be shamed for no valid reasons, and told to plead to three years or face 20 years in prison.  Then you would be encouraged to lie and say you were "not coerced" to change your plea.

2)    If you were Edward Forehand, a 70-year-old Christian bookstore owner, you would also be accused of a "fraud conspiracy" (of which you knew nothing) around the sale of "cookware".  You would lose your family fortune of $2.6M in physical assets, bought and paid for long before selling the cookware.

3)    If you were Frank Pate, a former  adherent to Scientology, you would be accused of "wire/mail fraud" by Jonathan Horwich of Chicago, Illinois.  You would lose control of all your business assets (in excess of $24M). Your wife and children would be threatened to abandon you or your wife would face prosecution.  Jonathan Horwich, by the way?  Neighbor to President Obama in Hyde Park and also the "son-in-law" of Scientology founder, L. Ron Hubbard.  Again, NO "injury-in-fact" to the United States.  No proof of fraud against Horwich either. Pate left Scientology; Horwich pulled strings; Pate "convicted".

--10--

4)   In the heart of Dixie, if you were Will Campbell, an education professional, working for the University of Alabama, you would be charged with "wire fraud" against the State of Alabama and the University.  Yet, you would be charged by the "United States of America", a "non-injured" party.  You would lose millions of dollars' worth of personal, and family assets, and reputations of good standing built over a lifetime.

5)   Saving the biggest and best for last, if you were Jeffery Skilling, you would be charged with "....conspiracy to commit "honest services" wire fraud, 18 U.S.C., 371, 1343, 1346, by depriving **Enron and its shareholders....**" (citing Supreme Court in 177 2 L.Ed 619, 561, US, Skilling v. United States)

You read it:  the Supreme Court of the United States stated the "injured parties" were "**enron and its shareholders**".  Not the "United States of America", as Mr. Skilling's charging instrument shows.

To solidify that the United States of America must be the party "injured", relying on a 2013 Holding from United States vs. Windsor, 186 LED 2D 808, 570 U.S. 774, stating in part:

"**In this case the United States retains a stake sufficient to support Article III jurisdiction on appeal and in the proceedings before this court. The judgment in question ordered the United States to pay** Windsor the refund she seeks."

--11--

The United States clearly had a "financial stake". It was subject to losing (tax refund), and it fought to keep its money in the United States treasury.

Further, under 28 USC § 547 "Duties of a Prosecutor":

"Except as otherwise provided by law, each United States attorney, within his district, shall --

　　(1) prosecute for all offenses against the United States:"

This author ends with this one question:

"What stake does the United States have in **private transactions** between citizens?"

Google these names. Read for yourself. You could be the next victim of such abuse by the "United States" prosecution. This is real news. This is happening.

Humbly tendered this 30th day of July 2018

Frank Edwin Pate