IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ROGER J. STONE, JR.,

       Defendant.
_____/

## MOTION FOR PERMISSION TO TRAVEL

Defendant, Roger J. Stone, Jr., files this Motion for Permission to Travel to the Middle District of Florida for business opportunities, and states:

Mr. Stone seeks permission to travel to The Villages, Florida, from April 1, 2019 to April 2, 2019. Counsel has communicated with Mr. Stone's Pretrial Services Officer who has stated Pretrial Services has no objection to the filing of this motion and requested their office be kept advised of the Court's ruling.

Additionally, Mr. Stone seeks permission to make additional trips to the Middle District, specifically to Winter Park, Florida, from April 5, 2019 to April 7, 2019 and to Clearwater, Florida, from April 16, 2019 to April 17, 2019.  Mr. Stone will provide Pretrial Services with complete itineraries prior to his departures and contact his Officer upon his return.

The Government has been provided a copy of this Motion and has no objection to the relief sought. Mr. Stone respectfully requests that this Court grant this motion for permission to travel and allow Mr. Stone to travel to the Middle District of Florida during the dates outlined above.

Respectfully submitted,

By: */s/ Robert C. Buschel*  
ROBERT C. BUSCHEL  
**BUSCHEL GIBBONS, P.A.**  
FL Bar No.: 006436  
One Financial Plaza, Suite 1300  
100 S.E. Third Avenue  
Fort Lauderdale, FL 33394  
Telephone: (954) 530-5301  
Fax: (954) 320-6932  
Buschel@BGlaw-pa.com  
*Admitted pro hac vice*

By: */s/Bruce S. Rogow*  
BRUCE S. ROGOW  
FL Bar No.: 067999  
TARA A. CAMPION  
FL Bar: 90944  
**BRUCE S. ROGOW, P.A**.  
100 N.E. Third Avenue, Ste. 1000  
Fort Lauderdale, FL  33301  
Telephone: (954) 767-8909  
Fax: (954) 764-1530  
brogow@rogowlaw.com  
tcampion@rogowlaw.com  
*Admitted pro hac vice*

By: */s/ L. Peter Farkas*  
L. PETER FARKAS  
**HALLORAN FARKAS + KITTILA LLP**  
DC Bar No.: 52944  
1101 30th Street, NW  
Suite 500  
Washington, DC 20007  
Telephone: (202) 559-1700  
Fax: (302) 257-2019  
pf@hfk.law

GRANT J. SMITH  
**STRATEGYSMITH, PA**  
FL Bar No.: 935212  
401 East Las Olas Boulevard  
Suite 130-120  
Fort Lauderdale, FL 33301  
Telephone: (954) 328-9064  
gsmith@strategysmith.com  
*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 28, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by CM/ECF.

*United States Attorney's Office for the District of Columbia*

MICHAEL JOHN MARANDO
JONATHAN IAN KRAVIS
**U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA**
555 Fourth Street, NW
Washington, DC 20530
Telephone: (202) 252-6886
Fax: (202) 651-3393
michael.marando@usdoj.gov
jonathan.kravis3@usdoj.gov

*United States Department of Justice Special Counsel's Office*

AARON SIMCHA JON ZELINSKY
JEANNIE SCLAFANI RHEE
ANDREW DANIEL GOLDSTEIN
LAWRENCE RUSH ATKINSON
**U.S. DEPARTMENT OF JUSTICE SPECIAL COUNSEL'S OFFICE**
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 616-0800
Fax: (202) 651-3393
asjz@usdoj.gov
jsr@usdoj.gov
adg@usdoj.gov
lra@usdoj.gov

*Pretrial Services (via email)*
CHRISTINE SCHUCK
**PRETRIAL SERVICES OFFICER**
US District Court Unit
Pretrial Services Agency for the District of Columbia
333 Constitution Ave NW  Suite #2507
Washington DC 20001
Desk: (202)442-1017
Main: (202)442-1000
Fax:   (202)442-1001

By: */s/ Robert C. Buschel*
ROBERT C. BUSCHEL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROGER J. STONE, JR.,

      Defendant.
_____/

## ORDER

Before the Court is Roger J. Stone's Motion for Permission to Travel. The Court has reviewed Defendant's Motion and

IT IS ORDERED AND ADJUGED

that the Defendant may travel to the Middle District of Florida from April 1-2; April 5-7 and April 16-17. Defendant is to provide Pretrial Services with complete itineraries prior to his departures from the Southern District of Florida and within twenty four hours of his return home. Counsel for the Defendant is to provide Pretrial Services with a copy of this Order.

DONE AND ORDERED in Washington, DC, this _____ day of March, 2019.

 

_____

AMY BERMAN JACKSON
United States District Judge

DATE:

cc:    all counsel of record