**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ )<br>UNITED STATES OF AMERICA,                )<br>                                                             )<br>              v.                                            )<br>                                                             )<br>ROGER J. STONE, JR.,                         )<br>                                                             )<br>              Defendant.                           )<br>_____) | Crim. Action No. 19-0018 (ABJ) |

## ORDER

Upon consideration of defendant Roger J. Stone, Jr.'s Unopposed Motion for Permission to Travel [Dkt. # 67], the motion is GRANTED.

It is ORDERED that the defendant may travel to The Villages, Florida from April 1, 2019 to April 2, 2019; Winter Park, Florida from April 5, 2019 to April 7, 2019; and to Clearwater, Florida, from April 16, 2019 to April 17, 2019.  Defendant shall provide Pretrial Services with a copy of this Order and his specific itinerary for each trip prior to his departure from the Southern District of Florida.  Defendant may not travel to any locations aside from those set out above.  Defendant must contact Pretrial Services within the first business day by telephone upon his return.

**SO ORDERED**.

_Amy B Jach_
_____
AMY BERMAN JACKSON
United States District Judge

DATE:  March 29, 2019