Devin Nunes, California, CHAIRMAN

K. Michael Conaway, Texas
Peter T. King, New York
Frank A. LoBiondo, New Jersey
Thomas J. Rooney, Florida
Ileana Ros-Lehtinen, Florida
Michael R. Turner, Ohio
Brad R. Wenstrup, Ohio
Chris Stewart, Utah
Rick Crawford, Arkansas
Trey Gowdy, South Carolina
Elise M. Stefanik, New York
Will Hurd, Texas

Adam B. Schiff, California,
RANKING MEMBER

James A. Himes, Connecticut
Terri A. Sewell, Alabama
André Carson, Indiana
Jackie Speier, California
Mike Quigley, Illinois
Eric Swalwell, California
Joaquin Castro, Texas
Denny Heck, Washington

Paul D. Ryan, SPEAKER OF THE HOUSE
Nancy Pelosi, DEMOCRATIC LEADER

UNCLASSIFIED//COMMITTEE SENSITIVE

# U.S. HOUSE OF REPRESENTATIVES
PERMANENT SELECT COMMITTEE
ON INTELLIGENCE

HVC–304, THE CAPITOL
WASHINGTON, DC 20515
(202) 225–4121

DAMON NELSON
STAFF DIRECTOR

TIMOTHY S. BERGREEN
MINORITY STAFF DIRECTOR

December 20, 2018

**VIA HAND DELIVERY**

The Honorable Stephen E. Boyd
Assistant Attorney General
Office of Legislative Affairs
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Dear Mr. Boyd:

The House Permanent Select Committee on Intelligence ("the Committee") has received your letter, dated December 14, 2018, requesting the Committee provide to the Special Counsel's Office (SCO) a transcript of the Committee's September 26, 2017 interview with Roger Stone; as well as any other written submissions and/or correspondence from Mr. Stone or his attorneys before and after his interview.

Pursuant to a Committee vote this morning authorizing release of the material to the Department of Justice and its components, enclosed are the following documents:

1. The transcript of the September 26, 2017, Executive Session Committee interview of Roger Stone;
2. A letter from Roger Stone's counsel, Grant J. Smith, to Rep. K. Michael Conaway, dated September 22, 2017;
3. Mr. Stone's complete original opening statement, which was submitted to the Committee by Mr. Stone's counsel, Grant J. Smith, on September 26, 2017, and included counsel's request to include the statement as part of the record;
4. Mr. Stone's abridged opening statement for the Committee, which was submitted to the Committee by Mr. Stone's counsel, Grant J. Smith, on September 26, 2017, and included counsel's request to include the statement as part of the record;
5. A letter from Roger Stone's counsel, Robert C. Buschel, to Rep. K. Michael Conaway, dated October 13, 2017, including all attachments; and
6. A letter from Roger Stone's counsel, Grant J. Smith, to Chairman Devin Nunes, dated June 15, 2018.

UNCLASSIFIED//COMMITTEE SENSITIVE

UNCLASSIFIED//COMMITTEE SENSITIVE

Please be advised that production of these documents does not constitute a waiver of any applicable privileges and, specifically, does not waive the privilege conferred by the Speech or Debate Clause, U.S. Const. art. I, § 6, cl. 1.

The Committee provides these materials to the Department of Justice with no restrictions on use by the SCO or other components of the Department of Justice.

Should you have any questions, please do not hesitate to contact Cordell Hull from the Republican staff at (202) 226-1770 and Maher Bitar from the Democratic staff at (202) 226-0564.

Sincerely,

Devin Nunes
Chairman

Adam B. Schiff
Ranking Member

Enclosures