# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | |
| v. | : | |
| | : | Violation: |
| **JEROME CORSI,** | : | **18 U.S.C. § 1001(a)(2) (False Statements)** |
| | : | |
| **Defendant.** | : | |

## I N F O R M A T I O N

The Special Counsel informs the Court:

### COUNT ONE

### (False Statements)

On September 10, 2018, defendant JEROME CORSI did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit, the defendant falsely stated and represented to the Special Counsel's Office, including Special Agents of the Federal Bureau of Investigation, in Washington, D.C., that he denied an associate's request to get in touch with an organization that he understood to be in possession of stolen emails and other documents pertaining to the 2016 U.S. presidential election, that the associate never asked him to have another person try to get in touch with the organization, and that he did not provide the associate with any information about what materials the organization possessed or what it might do with those materials.

**(Title 18, United States Code, Section 1001(a)(2).)**

          ROBERT S. MUELLER, III
          Special Counsel

By:   _____
     Jeannie S. Rhee
     Andrew D. Goldstein
     Aaron S.J. Zelinsky
     L. Rush Atkinson
     The Special Counsel's Office