IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROGER J. STONE, JR.,

      Defendant.
_____/

## ORDER

Before the Court is Roger J. Stone's Motion To Compel Complete Report of the Special Counsel [Dkt #70]. The Court, having considered the Defendant's motion and otherwise being fully advised, finds that the Defendant has a right, pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), to the Special Counsel's Report.

ORDERED AND ADJUGED

that the Governmen shall, within 15 days, provide the Report, in its entirty, to Defense Counsel. The Court's previously imposed Protective Order guiding discovery, (Dkt. #22) remains in effect and applies in full force to the Special Counsel's Report.

DONE AND ORDERED in Washington, DC, this _____ day of _____, 2019.

                                                _____

                                                AMY BERMAN JACKSON
                                                United States District Judge

DATE:

cc:    all counsel of record