IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.,

    Defendant.
_____/

## ORDER

Before the Court is Roger J. Stone's Motion to Enjoin his Prosecution [Dkt. #71]. The Court, having considered the Defendant's motion and otherwise being fully advised, finds that the Defendant's Indictment is a result of actions taken by a Special Counsel whose appointment was in violation of Article I, § 9, cl. 7 of the United States Constitution.

Therefore, it is ORDERED AND ADJUGED that the prosecution against the Defendant is enjoined.

DONE AND ORDERED in Washington, DC, this _____ day of _____, 2019.

                                                   _____

                                                   AMY BERMAN JACKSON
                                                   United States District Judge

DATE:

cc:    all counsel of record