IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.,

    Defendant.
_____/

## ORDER

Before the Court is Roger J. Stone's Motion To Dismiss Pursuant to Federal Rule of Criminal Procedure 12(b)(3)(B) [Dkt #72]. The Court, having considered the Defendant's motion and otherwise being fully advised, finds that Count I of the Indictment suffers from constitutional defects that cannot be cured.

It is therefore ORDERED AND ADJUGED

   that Count I is dismissed.

    DONE AND ORDERED in Washington, DC, this _____ day of _____, 2019.

_____

AMY BERMAN JACKSON
United States District Judge

DATE:

cc:    all counsel of record