**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROGER J. STONE, JR.,

      Defendant.
_____/

## ORDER

Before the Court is Roger J. Stone's Motion For Discovery Regarding Selective Prosecution [Dkt #73]. The Court, having considered the Defendant's motion and otherwise being fully advised, finds that the Defendant has sufficient established that he was signled out for prosecution from others similarly situated and that the prosecution was motivated by a discriminatory purpose. *United States v. Palfrey*, 499 F. Supp. 2d 34, 39 (D.D.C. 2007); *United States v. Blackley,* 986 F.Supp. 616, 618 (D.D.C. 1997).

It is therefore ORDERED AND ADJUGED that the Defendant may propound discovery, including the taking of depositions, to determine if an unequal hand of justice was pressed upon him and waived to others.

      DONE AND ORDERED in Washington, DC, this _____ day of _____, 2019.

                                              _____
                                              AMY BERMAN JACKSON
                                              United States District Judge

DATE:

cc:    all counsel of record