**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROGER J. STONE, JR.,

      Defendant.
_____/

## **ORDER**

Before the Court is Roger J. Stone's Renewed Motion of Objections to the Notice of Related Case [Dkt #75]. The Court, having considered the Defendant's motion and otherwise being fully advised, finds the basis for relating his case to *United States of America v. Netyksho, et al.* (1:18-cr-00215-ABJ), is no longer extant.

It is therefore ORDERED AND ADJUGED that the Defendant's case be sent to the Calendar and Case Management Committee for random assignment consistent with Local Rule 57.10.

DONE AND ORDERED in Washington, DC, this \_\_\_\_\_ day of \_\_\_\_\_, 2019.

                                              _____
                                              AMY BERMAN JACKSON
                                              United States District Judge

DATE:

cc:    all counsel of record