Filed
D.C. Superior Court
04/08/2019 12:03PM
Clerk of the Court

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

DR. JEROME CORSI, Individually
c/o 2020 Pennsylvania Ave #800
Washington, DC 20006

And

LARRY KLAYMAN, Individually
2020 Pennsylvania Ave #800
Washington, DC 20006

                Plaintiffs

v.

MICHAEL CAPUTO, Individually
578 Main Street
East Aurora, NY 14052

And

ROGER STONE, Individually
447 Coral Way
Fort Lauderdale FL 33301

                Defendants.

Case Number: 2019 CA 002226 B

**COMPLAINT**

## INTRODUCTION

Plaintiffs DR. JEROME CORSI ("Dr. Corsi") and LARRY KLAYMAN ("Mr. Klayman") hereby files this action against MICHAEL CAPUTO ("Defendant Caputo") and ROGER STONE ("Defendant Stone") for Defamation.

## THE PARTIES

1. Plaintiff Dr. Jerome Corsi is an author and political commentator who publishes works in this judicial district and nationwide. Plaintiff Corsi is a citizen of New Jersey.

2. Plaintiff Larry Klayman is an attorney and public interest advocate, author,

1

columnist, syndicated radio talk show host ("Special Prosecutor with Larry Klayman" on Radio America) and private attorney who practices and writes and broadcasts in this district and nationally. Plaintiff Klayman is a citizen of Florida.

3. Defendant Michael Caputo is a Republican political strategist and media consultant. He is a citizen of New York.

4. Defendant Roger Stone is an individual and a citizen of Florida and a resident of Fort Lauderdale, Florida. Defendant Stone was recently indicted by Special Counsel Robert Mueller as part of the alleged "Russian Collusion' investigation.

## GENERAL ALLEGATIONS

5. Defendant Caputo is a Republican political consultant and media personality and commentator who has worked on numerous presidential and other political campaigns in the District of Columbia.

6. Defendant Caputo has worked with Presidents Ronald Regan and George H.W. Bush in the past.

7. Most recently, Defendant Caputo served as an advisor to President Donald Trump during the 2016 presidential election.

8. Defendant Caputo has extensive ties to Russia as well, having lived in Russia and served as an advisor to former President Boris Yeltsin and current President Vladamir Putin.

9. Defendant Caputo frequently appears on television as a political media personality and commentator broadcast in this district, domestically and internationally.

10. Defendant Caputo, as a political consultant, does substantial business in the District of Columbia and derives a significant portion of his income from the District of Columbia.

11. Defendant Caputo and Defendant Roger Stone have a long personal history and friendship, with Defendant Stone having been reported as being a "mentor" to Defendant Caputo.[1]

12. It was Defendant Stone who convinced Defendant Caputo to leave his work in Russia and join him in Miami and South Florida.

13. Defendant Stone has had, and continues to have, a decades-long career as a lobbyist and political consultant before various federal agencies, Congress, and The White House, and was part of President Trump's campaign team and then was an "informal advisor."

14. Defendant Stone derives a substantial portion of his income from his services rendered in the District of Columbia.

15. Defendant Stone's professional conduct, as a political consultant and lobbyist, is primarily, if not entirely centered around the District of Columbia, which is the nation's capitol and, obviously, where The White House and Capitol Hill are located.

16. Defendant Caputo is now working in concert with self proclaimed "dirty trickster" and at best "Mafia admirer," if not actual Mafia connected Defendant Stone, who was recently indicted on seven felony charges by Special Counsel Robert Mueller ("Mueller Indictment") as part of his "Russian Collusion" investigation and now prosecution for the alleged crimes of perjury, witness tampering and obstruction of justice. The indictment comprises seven different felony counts. *See* Exhibit 1 – Mueller Indictment. Importantly, Plaintiff Corsi was not accused of any wrongdoing or illegality in the Mueller Indictment, in which he named as Person 1, a material witness to the alleged crimes committed by Stone.

---

[1] Sandra Tan, *The radical adventures of conservative radio host Mike Caputo*, Mar. 5, 2016, The Buffalo News, available at: https://buffalonews.com/2016/03/05/the-radical-adventures-of-conservative-radio-host-mike-caputo/.

17. Defendant Caputo has publicly called for President Trump to immediately pardon his close friend, mentor, and co-conspirator, Defendant Stone on Fox News. In an appearance on Tucker Carlson, Defendant Caputo said, "pardon Roger Stone right now, Mr. Trump."[2]

18. This broadcast was made into this district, domestically and internationally.

19. Specifically, the seven count Mueller Indictment against Defendant Stone involves alleged lying under oath - that is, perjury - witness tampering and obstruction of justice by threatening to kill a material witness, Randy Credico ("Credico") and his dog if Credico did not lie to government authorities concerning his involvement with Roger Stone. Credico is Person 2 in the Mueller Indictment of Defendant Stone. *Id.* Person 1 in this Mueller Indictment is Plaintiff Corsi.

20. Even before Defendant Stone was indicted, he began a public relations campaign in this district, nationally and internationally to smear, intimidate and threaten Plaintiff Corsi, a material witness in the "Russian Collusion" investigation, and Mr. Klayman, his legal counsel.

21. Defendant Stone knew that he was going to be indicted, and therefore began this public relations campaign to smear, defame, intimidate and threaten Plaintiffs Corsi and Klayman, even before his actual indictment on January 25, 2019, in order to try to influence public opinion and Special Counsel Robert Mueller – by trying to attribute guilt to Plaintiff Corsi and not him - as well as to try to raise money for his legal defense.

22. Defendant Stone's efforts were unsuccessful, as he was ultimately indicted, but he has continued to engage in the same defamatory conduct, frequently with the aid of surrogates,

---

[2] Ian Schwartz, *Michael Caputo: Trump Should Pardon Roger Stone Right Now On Twitter*, Real Clear Politics, Mar. 27, 2019, available at:
https://www.realclearpolitics.com/video/2019/03/27/michael_caputo_trump_should_pardon_roger_stone_right_now_on_twitter.html

4

such as Defendant Caputo, in order to sway public opinion in his favor, illegally influence the jury at his upcoming criminal trial, and try to raise money for his legal defense fund at the expense of Plaintiff Corsi who has his own legal defense fund.

23.     By defaming Dr. Corsi and Mr. Klayman, Defendants Caputo and Stone - acting in concert as joint tortfeasors, are hoping to not only intimidate Dr. Corsi and his counsel Mr. Klayman to severely harm and damage their reputations, but also to coerce and threaten Dr. Corsi to testify falsely if subpoenaed to be called as a material witness in Stone's ensuing criminal trial.  The are also actively intimidating, coercing, and threatening Dr. Corsi's legal counsel, Plaintiff Klayman, and thus destroying his reputation, standing and ability to practice law and conduct other professional and personal endeavors in this district in particular. They are also trying divert funds away from Dr. Corsi's legal defense fund, while boosting Defendant Stone's legal defense fund. Defendant Corsi's legal defense fund is intended to pay legal fees and costs to Plaintiff Klayman for his services.

24.     Defendants are hoping to taint the jury pool in Defendant Stone's favor at his upcoming criminal trial by attempting to defame and discredit Dr. Corsi, who is likely to be called as a material witness to Defendants Stone's illegal activity, as well as his counsel, Mr. Klayman.

25.     This malicious defamatory conduct, which persons who see and hear the malicious defamatory statements attribute them to be against Mr. Klayman, who is widely known particularly in this district to be legal counsel to Dr. Corsi, harms Mr. Klayman specifically as Dr. Corsi's legal defense counsel, as Defendants are trying to divert money away from Dr. Corsi's legal defense fund, which is how Mr. Klayman gets paid, and into Defendant Stone's legal defense fund. As set forth below it also harms Mr. Klayman's reputation, good will

and standing in the District of Columbia legal community, of which he is a part, as well as his other professional and personal businesses and endeavors as pled in this Complaint.

26. Defendant Stone has also used and continues to employ surrogates, either out in the open or secretly, to defame Plaintiffs, such as Defendant Caputo. Other surrogates known to be used by Defendant Stone include Alex Jones and J. Owen Stroyer of InfoWars, Cassandra Fairbanks, Tucker Carlson of Fox News, and reporter Chuck Ross of The Daily Caller which not coincidentally was founded by Tucker Carlson and on information and belief continues to have an ownership interest, to name just a few. More surrogates will be identified during discovery and they may be joined, with leave of court to amend this Complaint, as defendants herein. The use of surrogates is consistent with Defendant Stone's reputation as a "dirty trickster" who works as well under "cover of darkness" to harm and damage others who he sees for whatever reason as adversaries, political or otherwise as in the case of Plaintiffs Corsi and Klayman. Plaintiff Corsi is not Defendant Stone's adversary, as he simply is committed as Person 1 in the Mueller Indictment to testify truthfully if subpoenaed to testify at Defendant Stone's criminal trial. Nor is Plaintiff Klayman, as Dr. Corsi's legal counsel, an adversary of Defendant Stone. But Defendant Stone, using the pliant Defendant Caputo as a surrogate -- who himself is unethical and unscrupulous -- does not care and will break any law and undertake any sleazy act to suit his nefarious ends.

27. Defendant Stone's use of surrogates is so pervasive that even Judge Amy Berman Jackson, who is presiding over Defendant Stone's criminal prosecution in this judicial district specifically banned him from the use of surrogates in issuing a total gag order after Defendant Stone threatened her via Instagram by posting a picture of her face along with gun crosshairs. Exhibit 2.

28.     Now, Defendant Caputo, at the direction of and working in concert with Defendant Stone, while serving as Defendant Stone's surrogate, appeared on MSNBC on March 29, 2019 to maliciously defame both Dr. Corsi and Mr. Klayman in furtherance of their illegal goals to tamper with the jury pool at Defendant Stone's upcoming criminal trial in this judicial district and to try to discredit Plaintiffs.

29.     Defendants have therefore engaged in illegal witness tampering and intimidation, in violation of 18 U.S.C. § 1512 by virtue of the defamatory and threatening acts and practices as alleged herein. Not coincidentally, this was what largely Stone was indicted for by Special Counsel Robert Mueller.

## DEFENDANT CAPUTO'S DEFAMATORY STATEMENTS

30.     On or about March 29, 2019, Defendant Caputo appeared on MSNBC with host Ari Melber, where he made several false, misleading and defamatory statements in this district, nationally and internationally regarding Plaintiffs (the "MSNBC Video").[3] This was done in concert with, and at the direction of Defendant Stone and published in this district, nationally and internationally.

31.     At 8:00 in the MSNBC Video, Defendant Caputo says, "[T]he Mueller team finds themselves at the of the hallway…and they're staring at Jerry Corsi, who believes the most wild conspiracies in the world.… They end at the freak show tent."

32.     When asked about his thoughts as to why Dr. Corsi was not indicted, Defendant Caputo said, "he could be the luckiest man in the world. I think he should buy a lottery ticket or ten. I'm surprised. I also believe that it indicates that Corsi gave them information that they were looking for, probably on Roger Stone. We'll probably see him brought in as a witness in Roger

---

[3] https://www.msnbc.com/the-beat-with-ari/watch/trump-aide-who-cooperated-bad-things-coming-in-mueller-report-1468136003575

Stone's trial."

33. In actuality, Dr. Corsi was not indicted because he was truthful; nor did he threaten to kill a material witness and his service dog, as did Stone. He did not give Mueller or his prosecutors "information that they were looking for, probably on Roger Stone," as falsely and maliciously published in this district, nationally and internationally by Defendant Caputo as a surrogate of Defendant Stone. And neither did Plaintiff Corsi's legal counsel Plaintiff Klayman "give information" to Special Counsel Robert Mueller "that they were looking for, probably on Roger Stone."

34. These false, malicious and defamatory statements are meant to defame and discredit Plaintiff Corsi, who is a well-known conservative figures and media personality, and by extension, Plaintiff Corsi's attorney, Mr. Klayman who it is understood by viewers and listeners to have worked with Corsi "to give information that they were looking for, probably on Roger Stone."

35. The goal of these defamatory statements is to create the false implication that Plaintiffs are not true conservatives and not supporters of President Trump and are dishonest and underhanded because they were willing to help Special Counsel Robert Mueller try to take down President Trump by having his adviser Roger Stone indicted, among other false implications. These false statements were intended to divert money from Dr. Corsi's legal defense fund to Defendant Stone's, as well as to maliciously harm the reputations and good will of Plaintiffs Corsi and Klayman in the conservative community in this district, nationally and internationally, as well as harm their trades and professions and income resulting therefrom, as well as to severely damage them personally.

### FIRST CAUSE OF ACTION
*Defamation*

36. Plaintiffs re-alleges and incorporates by reference the allegations in the preceding paragraphs of the Complaint as if fully set forth herein.

37. Defendant Caputo published malicious, false, misleading and defamatory statements of and concerning Plaintiffs Corsi and Klayman in this judicial district, nationwide, and worldwide at the direction of, and in concert with Defendant Stone.

38. These false and misleading statements were published with malice, as Defendant Stone and Defendant Caputo knew that they were false and misleading, or at a minimum acted with a reckless disregard for the truth.

39. Plaintiffs Corsi and Klayman have been damaged by these false and misleading statements because they injured Plaintiffs Corsi and Klayman in their professions and businesses as conservative journalists, columnists and authors, public and private legal advocates, radio talk show hosts and in their other professional endeavors, where credibility, ethics and honesty are the most important traits, as well as severely injured and damaged Plaintiffs' personally.

40. Plaintiffs Corsi and Klayman have been damaged by the malicious and false statement, published widely in this district, nationally and internationally that they were cooperating with Special Counsel Mueller to try to take down Defendant Stone and President Trump.

### SECOND CAUSE OF ACTION
*Defamation by Implication*

41. Plaintiffs re-alleges and incorporates by reference the allegations in the preceding paragraphs of the Complaint as if fully set forth herein.

42. Defendant Caputo, in concert with Defendant Stone, published numerous false, misleading and defamatory statements about Plaintiffs Corsi and Klayman, as set forth in the

preceding paragraphs.

43. These false, misleading and defamatory statements were published on television and on the internet and published and republished elsewhere in this district, domestically and for the entire world to see and hear.

44. These false and misleading statements were published with malice, as Defendant Stone and Defendant Caputo knew that they were false and misleading, and/or at a minimum acted with a reckless disregard for the truth.

45. These statements created the false and misleading implication that Plaintiff Corsi cannot be trusted because he is a "freak show" and believes only "wild conspiracy theories," among the other false and misleading malicious published statements set forth in this Complaint.

46. Plaintiffs Corsi and Klayman has been severely harmed and damaged by these false and misleading statements because they subject him to hatred, distrust, ridicule, contempt, and disgrace.

47. Plaintiffs Corsi and Klayman have been damaged by these false and misleading statements because the statements severely harmed and damaged Plaintiff Corsi and Klayman in their professions as a journalists, columnists, radio talk show hosts, and as public interest and private legal advocates, where credibility, ethics and honesty are the most important traits, as well as personally.

48. Plaintiffs have been damaged by the false assertion that they were cooperating with Special Counsel Mueller to try to take down Defendant Stone and President Trump, creating the implication that they are not true conservatives and cannot be trusted, among other severe damage as alleged in this Complaint.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

a. Awarding Plaintiff Corsi compensatory including actual, consequential, incidental and punitive damages for malicious tortious conduct in an amount to be determined at trial and in excess of $25, 000,000 U.S. Dollars. While Stone feigns being financially destitute as a result of his legal problems and uses this to raise money for his legal defense fund, on information and belief he is wealthy, hiding his wealth in overseas bank accounts and surreptitiously elsewhere.

b. Awarding Plaintiffs attorney's fees and costs.

c. Granting any further relief as the Court deems appropriate including preliminary and permanent injunctive relief enjoining further defamation, coercion and intimidation, that is witness tampering by Defendants Stone and his surrogate Caputo, against Plaintiff Corsi and his legal counsel Plaintiff Klayman.

**PLAINTIFFS DEMAND A JURY TRIAL.**

Dated: April 5, 2019

Respectfully Submitted,
  */s/ Larry Klayman*
Larry Klayman, Esq.
KLAYMAN LAW GROUP, P.A.
D.C. Bar Number: 334581
2020 Pennsylvania Ave NW #800
Washington, DC, 20006
Telephone: (310)-595-0800
Email: leklayman@gmail.com

*Counsel for Plaintiffs*