# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ROGER JASON STONE, JR.,**<br><br>**Defendant.** | **Crim. No. 19-018 (ABJ)** |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule of Criminal Procedure 44.5(e), please notice the withdrawal of L. Rush Atkinson as counsel for the Government in the above-captioned matter.

                                                    Respectfully submitted,

                                                    ROBERT S. MUELLER, III
                                                    Special Counsel

Dated: April 16, 2019                           */s/ L. Rush Atkinson*
                                                    U.S. Department of Justice
                                                    Special Counsel's Office
                                                    950 Pennsylvania Avenue NW
                                                    Washington, D.C. 20530
                                                    Telephone: (202) 616-0800
                                                    *Attorney for the United States of America*