IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

v.

ROGER J. STONE, JR.,

      Defendant.
_____/

### ROGER STONE'S RESPONSE TO COURT'S APRIL 15, 2019 MINUTE ORDER

**A.**     **The Minute Order**

The Court's April 15, 2019 Minute Order stated:

> [T]he defendant must specify by April 18, 2019, whether [73] his motion for discovery related to selective prosecution seeks production of any information other than the Special Counsel's report sought in [70] his motion to compel production of the Special Counsel's report on the grounds that it bears on issues including selective prosecution. . . . If defendant is seeking to discover additional records or information, he must specify the discovery he is seeking to undertake when he responds to this order on April 18.

**B.**     **The Response**

Roger Stone is seeking discovery related to selective prosecution, other than the Special Counsel's report. Because the Special Counsel's Report on the Investigation into Russian Interference in the 2016 Presidential Election has become available this day, he also seeks some specific discovery based on a preliminary reading of the Report. The additional information he seeks is:

    (1)     Whether the testimony of any other person before the House Permanent Select

Committee on Intelligence, any Senate Committee, or any Congressional Committee inquiry relating to "Russian collusion" during the period from February 2017 to April 1, 2019, was reviewed by the Special Counsel's Office for the purpose of determining the truth or falsity of that person's testimony.

(2)     If the testimony of any such person was reviewed for the purpose of determining the truth or falsity of that person's testimony, (a) who was that person; (b) the dates of that person's testimony; (c) the subject matter of the person's testimony; (d) the reason for reviewing that person's testimony; (e) any report or other written document addressing a decision to charge or not charge the subject person.

(3)     All documents relating to, or referring to, any communication between any Member of the House Permanent Select Committee on Intelligence, any Senate Committee or any Congressional committee investigating "Russian collusion" and the Special Counsel's Office relating to the testimony of Roger Stone.

(4)     The names of the "several individuals affiliated with the Trump Campaign [who] lied to the [Special Counsel] Office about their interactions with Russian affiliated individuals and related matters" (Report on the Investigation at p. 9) and: (a) the nature of the "lies;" (b) the dates of the "lies;" (c) the way in which the "lies materially impaired the investigation of Russian election interference" (*id*.); (d) the reasons why those persons were or were not charged with "violations of the federal false statements statue." *Ibid*.

(5)     The names of "individuals [who] testified, or agreed to be interviewed" who "sometimes provided information that was false or incomplete" (Report on the Investigation at p. 10) and (a) the nature of the "false or incomplete testimony;" (b) the dates of the "false or incomplete testimony;" (c) the reasons why those persons were not charged with violations of

the federal false statement statute; (d) the actual testimonies and/or interviews of those persons which were described in the report as being "false or incomplete."

(6) Any and all information, including unredacted 302s, relating to interviews of, and/or grand jury testimony of, the following individuals: (a) David Lugo; (b) Jerome Corsi; (c) Randy Credico.

(7) The names of any other persons interviewed by the FBI and/or Special Counsel staff who were perceived by the FBI or Special Counsel staff as (a) being untruthful; (b) intimidating or threatening of other persons; or (c) obstructing any investigation, or Congressional committee, and the interview memoranda and/or 302s of those persons.

(8) The closing memoranda or charging decision memoranda on each person identified in any of the above requests.

(9) Any memoranda, unredacted 302, and/or other documents relating to Michael Cohen's testimony, interviews, or statements relating to an alleged telephone call he overheard between Roger Stone and Donald Trump.

***

The Defendant respectfully reserves his right to supplement this Response should fuller reading of and disclosures from the Special Counsel report require additional discovery requests.

Respectfully submitted,

By: */s/*_____

L. PETER FARKAS
**HALLORAN FARKAS + KITTILA, LLP**
DDC Bar No.: 99673
1101 30th Street, NW
Suite 500
Washington, DC 20007
Telephone: (202) 559-1700
Fax: (202) 257-2019
pf@hfk.law

BRUCE S. ROGOW
FL Bar No.: 067999
TARA A. CAMPION
FL Bar: 90944
**BRUCE S. ROGOW, P.A.**
100 N.E. Third Avenue, Ste. 1000
Fort Lauderdale, FL  33301
Telephone: (954) 767-8909
Fax: (954) 764-1530
brogow@rogowlaw.com
tcampion@rogowlaw.com
*Admitted pro hac vice*

ROBERT C. BUSCHEL
**BUSCHEL GIBBONS, P.A.**
FL Bar No.: 006436
One Financial Plaza, Suite 1300
100 S.E. Third Avenue
Fort Lauderdale, FL 33394
Telephone: (954) 530-5301
Fax: (954) 320-6932
Buschel@BGlaw-pa.com
*Admitted pro hac vice*

GRANT J. SMITH
**STRATEGYSMITH, PA**
DDC Bar No.: 00036
FL Bar No.: 935212
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
Telephone: (954) 328-9064
gsmith@strategysmith.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Robert Buschel*
Robert C. Buschel

| *United States Attorney's Office for the District of Columbia* | *United States Depart of Justice Special Counsel's Office* |
|---|---|
| MICHAEL JOHN MARANDO<br>JONATHAN IAN KRAVIS<br>**U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA**<br>555 Fourth Street, NW<br>Washington, DC 20530<br>Telephone: (202) 252-6886<br>Fax: (202) 651-3393<br>michael.marando@usdoj.gov<br>jonathan.kravis3@usdoj.gov | AARON SIMCHA JON ZELINSKY<br>ANDREW DANIEL GOLDSTEIN<br>**U.S. DEPARTMENT OF JUSTICE SPECIAL COUNSEL'S OFFICE**<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>Telephone: (202) 616-0800<br>Fax: (202) 651-3393<br>asjz@usdoj.gov<br>adg@usdoj.gov |