**1IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Case No.: 1:19-CR-00018-ABJ**

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ROGER J. STONE, JR.,

       Defendant.

_____/

## MOTION FOR PERMISSION TO TRAVEL

Defendant, Roger J. Stone, Jr., files this Motion for Permission to Travel to the Middle District of Florida for business opportunities, and states:

Mr. Stone seeks permission to travel to Sarasota, Florida, from May 13, 2019 to May 14, 2019 and to Naples, Florida, from May 22, 2019 to May 23, 2019. Counsel has communicated with Mr. Stone's Pretrial Services Officer who has stated Pretrial Services has no objection to the filing of this motion and requested their office be kept advised of the Court's ruling.

Mr. Stone will provide Pretrial Services with complete itineraries prior to his departures and contact his Officer upon his return.

The Government has been provided a copy of this Motion and has no objection to the relief sought. Mr. Stone respectfully requests that this Court grant this motion for permission to travel and allow Mr. Stone to travel to the Middle District of Florida during the dates outlined above.

Respectfully submitted,

By: */s/ Robert C. Bushel*
ROBERT C. BUSCHEL
**BUSCHEL GIBBONS, P.A.**
FL Bar No.: 006436
One Financial Plaza, Suite 1300
100 S.E. Third Avenue
Fort Lauderdale, FL 33394
Telephone: (954) 530-5301
Fax: (954) 320-6932
Buschel@BGlaw-pa.com
　　　　*Admitted pro hac vice*

By: */s/Bruce S. Rogow*
BRUCE S. ROGOW
FL Bar No.: 067999
TARA A. CAMPION
FL Bar: 90944
**BRUCE S. ROGOW, P.A**.
100 N.E. Third Avenue, Ste. 1000
Fort Lauderdale, FL  33301
Telephone: (954) 767-8909
Fax: (954) 764-1530
brogow@rogowlaw.com
tcampion@rogowlaw.com
　　　　*Admitted pro hac vice*

By: */s/ L. Peter Farkas*
L. PETER FARKAS
**HALLORAN FARKAS + KITTILA LLP**
DC Bar No.: 52944
1101 30th Street, NW
Suite 500
Washington, DC 20007
Telephone: (202) 559-1700
Fax: (302) 257-2019
pf@hfk.law

GRANT J. SMITH
**STRATEGYSMITH, PA**
FL Bar No.: 935212
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
Telephone: (954) 328-9064
gsmith@strategysmith.com
　　　　*Admitted pro hac vice*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April ____, 2019, I electronically filed the foregoing with

the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day on all

counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by

CM/ECF.

*United States Attorney's Office for the*                *United States Department of Justice*
*District of Columbia*                                    *Special Counsel's Office*

MICHAEL JOHN MARANDO                      AARON SIMCHA JON ZELINSKY
JONATHAN IAN KRAVIS                        ANDREW DANIEL GOLDSTEIN
**U.S. ATTORNEY'S OFFICE FOR THE**         **U.S. DEPARTMENT OF JUSTICE**
**DISTRICT OF COLUMBIA**                   **SPECIAL COUNSEL'S OFFICE**
555 Fourth Street, NW                      950 Pennsylvania Avenue, NW
Washington, DC 20530                       Washington, DC 20530
Telephone: (202) 252-6886                  Telephone: (202) 616-0800
Fax: (202) 651-3393                        Fax: (202) 651-3393
michael.marando@usdoj.gov                  asjz@usdoj.gov
jonathan.kravis3@usdoj.gov                 adg@usdoj.gov

*Pretrial Services (via email)*

CHRISTINE SCHUCK
**PRETRIAL SERVICES OFFICER**
US District Court Unit
Pretrial Services Agency for the District of
Columbia
333 Constitution Ave NW  Suite #2507
Washington DC 20001
Desk: (202)442-1017
Main: (202)442-1000
Fax:   (202)442-1001

By: */s/ Robert C. Bushel*
ROBERT C. BUSCHEL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Case No.: 1:19-CR-00018-ABJ**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROGER J. STONE, JR.,

      Defendant.

_____/

## ORDER

Before the Court is  Roger J.  Stone's Motion for Permission to Travel. The Court has reviewed Defendant's Motion and

IT IS ORDERED AND ADJUGED

that the Defendant may travel to the Middle District of Florida from May 13-14 and May 22-23, 2019. Defendant is to provide Pretrial Services with complete itineraries prior to his departures from the Southern District of Florida and within twenty four hours of his return home. Counsel for the Defendant is to provide Pretrial Services with a copy of this Order.

DONE AND ORDERED in Washington, DC, this _____ day of April, 2019.

_____

AMY BERMAN JACKSON
United States District Judge

DATE:

cc:    all counsel of record