IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.,

    Defendant.
_____/

## ORDER

Before the Court is Roger J. Stone's Motion for Permission to Travel. The Court has reviewed Defendant's Motion and

IT IS ORDERED AND ADJUGED

that the Defendant may travel to the Middle District of Florida from May 13-14 and May 22-23, 2019. Defendant is to provide Pretrial Services with complete itineraries prior to his departures from the Southern District of Florida and within twenty four hours of his return home. Counsel for the Defendant is to provide Pretrial Services with a copy of this Order.

DONE AND ORDERED in Washington, DC, this _____ day of April, 2019.

                                                      _____

                                                      AMY BERMAN JACKSON
                                                      United States District Judge

DATE:

cc:    all counsel of record