# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROGER J. STONE, JR.,<br><br>          Defendant. | Crim. Action No. 19-0018 (ABJ) |

## ORDER

Upon consideration of defendant Roger J. Stone, Jr.'s Unopposed Motion for Permission to Travel [Dkt. # 87], the motion is GRANTED.

It is ORDERED that defendant may travel to Sarasota, Florida, from May 13, 2019 to May 14, 2019 and to Naples, Florida, from May 22, 2019 to May 23, 2019. Defendant shall provide Pretrial Services with a copy of this Order and his complete itinerary for each trip prior to his departure from the Southern District of Florida. Defendant may not travel to any locations aside from those set out above. Defendant must contact Pretrial Services within the first business day by telephone upon his return from each trip.

**SO ORDERED**.

*[signature]*

AMY BERMAN JACKSON
United States District Judge

DATE: April 24, 2019