**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO.  19-CR-18 (ABJ)** |
| | : | |
| **v.** | : | |
| | : | |
| **ROGER STONE, JR.,** | : | |
| **Defendant.** | : | |
| | : | |

**NOTICE OF APPEARANCE OF COUNSEL**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Adam Jed is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

JESSIE K. LIU
United States Attorney

By:      */s/ Adam Jed_____*
ADAM JED
Assistant U.S. Attorney
N.Y. Bar No. 4978532
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-1793
Adam.Jed@usdoj.gov