# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ROGER JASON STONE, JR.,**<br><br>**Defendant.** | **Crim. No. 19-018 (ABJ)** |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule of Criminal Procedure 44.5(e), please notice the withdrawal of Andrew Goldstein as counsel for the Government in the above-captioned matter.

                                          Respectfully submitted,

                                          ROBERT S. MUELLER, III
                                          Special Counsel

Dated: April 30, 2019                        */s/ Andrew D. Goldstein*
                                          U.S. Department of Justice
                                          Special Counsel's Office
                                          950 Pennsylvania Avenue NW
                                          Washington, D.C. 20530
                                          Telephone: (202) 616-0800
                                          *Attorney for the United States of America*