

U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

April 5, 2019

**VIA EMAIL**

Grant J. Smith, Esq.
Counsel to Roger Stone

    **Re:    Special Counsel Report Demand**

Dear Grant,

    We write to respond to your letter to Attorney General William Barr dated March 29, 2019.

    The Justice Department does not intend to provide you with a copy of the Special Counsel's report to the Attorney General. Any evidence gathered in the course of the Special Counsel's investigation that relates to the allegations in the indictment, including evidence that could be construed as exculpatory, is being provided to you in discovery in *United States v. Roger Stone*, Case No. 19-CR-18 (ABJ). The government's discovery in *Stone* will also include *Giglio* information regarding any witness that the government intends to call at trial. Because evidence relevant to Mr. Stone's case is being provided in discovery, we do not believe that there is any basis to provide Mr. Stone's defense team with a copy of the report itself.

    We disagree with your assertion that "Mr. Stone is entitled to understand the circumstances and the rationale behind the decision to charge him." Like any other criminal defendant, Mr. Stone is entitled to obtain in discovery the evidence in the government's possession relevant to his case, but he is not entitled to obtain documents reflecting the government's rationale for its charging decisions. *United States v. Armstrong*, 517 U.S. 456, 468 (1996); *see* 28 C.F.R. § 600.8 (describing the report to the Attorney General "explaining the prosecution or declination decisions reached" by the Special Counsel as "confidential"). We note that the Attorney General has stated that the Justice Department is preparing the Special

Counsel's report for release with the necessary redactions.

                                                Sincerely,

                                                /s/ Jonathan Kravis
                                                Jonathan Kravis
                                                Michael Marando
                                                Assistant U.S. Attorneys