**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Crim. No. 19-CR-00018 (ABJ)** |
| **ROGER J. STONE, JR.,** | |
| **Defendant.** | |

## **PROPOSED ORDER**

Upon consideration of the government's motion for leave to file an amended opposition to the defendant's motion to dismiss, Doc. 97, it is HEREBY ORDERED that the government's motion for leave to file is GRANTED, and it is FURTHER ORDERED that the amended opposition attached as an exhibit to the government's motion shall be substituted for the original filing on the docket.

_____
THE HONORABLE AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE

cc:     ECF Parties of Record

1