IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

No. 19-cr-18 (ABJ)

ROGER J. STONE, JR.

Defendant.

## DECLARATION OF WILLIAM E. BINNEY

I am William Binney and I hereby declare:

### Background

1. I am a Cryptanalyst-mathematician.

2. I am a former employee of the National Security Agency ("NSA").

3. I was a Russia specialist and worked in the operations side of intelligence, starting as an analyst and ending as a Technical Director prior to becoming a geopolitical world Technical Director.

4. Between 1965 and 1969, I spent four years working in the U.S. Army Security Agency (the "ASA"). Until 1976, the ASA was the signals intelligence operation for the U.S. Army. Its mission was to intercept, acquire and decipher communications between persons, in electronic or any other form.

5. A true and correct copy of my resume is attached hereto as Exhibit 1.

6. After the Army, I spent 32 years working at the National Security Agency (the "NSA"). The NSA is the signals intelligence agency within the Department of Defense.

7. At the NSA, I held a variety of positions. These included the following positions:

    2001    - Technical Leader, Intelligence

```
1999-2001 - Representative to the National Technology Alliance Executive
           Board
1996-2001 - Member of the Senior Technical Review Panel
1995-2001 - Co-founder/leader of the Automation Research Center (ARC)
2000-2001 - Technical Director of the Analytic Services Office
1998-2000 - Chair of the Technical Advisory Panel to the Foreign Relations
           Council
1998-2000 - Analysis Skill Field Leader, Operations
1997-2000 - Technical Director, World Geopolitical and Military
1996-1997 - Technical Director, Russia
1975-1996 - Leading analyst for warning, Russia
1970-1975 - Analyst on Russia
```

9. When I left the NSA in 2001, I was the Technical Leader for intelligence at the agency. As Technical Leader, I was the senior technical person in analysis at the NSA.

10. Prior to that, I was the Technical Director of the Analytical Services Office. In such position, I was responsible for handling all technical issues relating to the acquisition, development and distribution of signals intelligence for the agency's 6,000 analysts. These analysts were responsible for analysis and reporting for the entire world.

11. My duties included working with foreign governments who receive signals intelligence collected by the NSA. These include the so-called "Five Eyes" – i.e. the intelligence agencies for Australia, Canada, New Zealand, and the United Kingdom, in addition to the United States.

12. At the NSA, I was the primary designer and developer of a number of programs designed to acquire and analyze very large amounts of information and data files. The final program I was addressing dealt with the acquisition of information from the internet.

## Opinions

13. WikiLeaks did not receive the stolen data from the Russian government.

14. Intrinsic metadata in the publicly available files on WikiLeaks demonstrates that the files that were acquired by WikiLeaks were delivered in a medium such as a thumbdrive.

physically local to the DNC.

### Supporting Reasoning

16. Forensic Fingerprint - An anomaly of the DNC data on the WikiLeaks site is that all last modified date and time stamps end in an even number. This is a side effect of files that have been copied directly from a source system (such as a server) to a physical medium such as a thumbdrive. This is in contrast to files that have been copied from one server over the internet to another system as used by hackers (*i.e.* Linux).

17. Time signatures – Guccifer 2.0 posted (time stamped) files it reveals a time signature that allows us to calculate the speed the files was copied. As each file is copied from the source to the destination, the file is time stamped. All of the files constantly demonstrate they were copied at speeds massively greater than internet speeds. This data came from "Guccifer 2.0." Again, consistent with files copied directly and manually to a thumbdrive inside the building.

18. Missing day – The DNC files from WikiLeaks reveal that they were copied in three tranches, on May 23, 25, and 26; skipping the 24th. This would be more consistent with files that were being covertly copied when opportunities presented themselves, as opposed to a collection of files that had already been gathered and then transmitted as a collection to a destination such as WikiLeaks.

19. Time zone - While a weak indicator, it needs to be noted that the time zones of the files are more consistent with working hours in America rather than other sides of the globe.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ this _9th_ day of May, 2019.

William E. Binney

3