# William E. Binney

*- Mathematician/Analyst -*

**Skill Areas:** Intelligence Analysis; Traffic Analysis; Systems Analysis; Mathematics; Knowledge Management
Description of Most Recent Position

**November 2005 - 30 June 2006 Entegra Systems Inc.**
For the U.S. Customs and Border Protection, Office of Information Technology, Targeting and Analysis Systems Program Office, Mr. Binney defined statistical modeling techniques and advanced analytic processes, to support the modernization of CBP's Targeting and Analysis systems, tools, and analytical processes to perform predictive analysis of terror-related cargo and passenger transactions. Mr. Binney also supported the evaluation and integration of advanced analytic tools, both COTS tools and tools being develop by research universities and National Labs, under grants from the Department of Homeland Security, Advanced Research Projects Agency (HS/ARPA). Furthermore, Mr. Binney conducted an evaluation of CBP data quality, as well as defining techniques and processes for aggregating Cargo, Passenger, Law Enforcement, and Counter Terrorism-related data from multiple sources into a single, normalized entity-based repository.
Finally, Mr. Binney served as a member of a quick-reaction analytic team, which reviews available intelligence or information, and applies emerging advanced analytic technologies against selected operational data sets, to support executive level decision making and field operations.

**Past Positions**
From 2002 to 2004, as a member of Entity Mapping LLC., I worked on a contract for a major government organization. The contract effort centered on analysis of data to produce new entities and communities of interest. This effort required development of new data management processes, as well as analytic techniques to first verify the relationships between known entities of interest, then predict the existence of other entities of interest not previously observed. Our efforts also resulted in successfully developing a rules-based exclusionary approach that resulted in automatic discovery of newly observed but unpredicted entities of interest.

**Positions held during 32 years career at the National Security Agency**
2001        Technical Leader, Intelligence
1999-2001 Representative to the National Technology Alliance Executive Board
1996-2001 Member of the Senior Technical Review Panel
1995-2001 Co-founder/leader of the Automation Research Center (ARC)
2000-2001 Technical Director of the Analytic Services Office
1998-2000 Chair of the Technical Advisory Panel to the Foreign Relations Council
1998-2000 Analysis Skill Field Leader, Operations
1997-2000 Technical Director, World Geopolitical and Military
1996-1997 Technical Director, Russia
1975-1996 Leading analyst for warning, Russia



EXHIBIT 1

1970-1975 Analyst on Russia
Military service
1965-1969 Four years in the Army Security Agency (NSAICSS)

**Career Experience:**
Over the years, I, have applied mathematical, discipline to collection, analysis and reporting. In the process, I formulated Set Theory, Number Theory and Probability applications to collection, data analysis and intelligence analysis. Based on this experience, I was able to structure analysis, and transform it into a definable discipline making it possible to code and automatically execute these functions without human intervention from the point of collection to the end report. The successful automation of analysis formed the foundation for prototype developments in the ARC. These efforts caught the eye of Congressional Staffers and captured their imaginations. So much so that Congress actively supported and funded ARC development of automated systems. These systems revolutionized the business processes by demonstrating how to handle massive amounts of data effectively and relate results to military and other customers. I have also organized an international coalition of countries to jointly develop technology,. share results and gain the benefits of collaborative efforts. Primarily, I have focused on solving problems from a systems analysis perspective so that gains in any part of the business could be leveraged across the entire business enterprise.

**Honors, awards and special achievements:**
Directors Productivity Award - 1995
Technical Achievement Award - 1998
Gold Nugget Award - 1988
Numerous Letters of Appreciation Numerous cash awards

**Degrees and Certificates:**
B. S. Mathematics, The Pennsylvania State University, 1970 Certified Analysis Professional - 1973