IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

No. 19-cr-18 (ABJ)

ROGER J. STONE, JR.
                Defendant.
_____/
_____

## DECLARATION OF PETER CLAY

I am Peter Clay and I hereby declare:

### Background

1. I am an internationally experienced cyber security executive and senior advisor with 23 years of service to the world's largest private and public-sector entities, small to mid-sized organizations, US legislative and executive branches, and regulatory agencies.

2. Over my career I have worked with and for International Banks, State and Local Governments, the U.S. Navy, U.S. Mint, Department of Defense, Department of Homeland Security, General Services Administration, and Small Business Administration.

3. A true and correct copy of my *curriculum vitae* is attached as an Exhibit.

4. The below expresses my opinions and my reasoning is set out after the opinions. The reasoning is based upon publicly available documents from WikiLeaks.

### Opinions

5. Given the information that is available it is more likely that the data posted to Wikileaks was removed by someone with physical access to the computing equipment rather than removal by an external actor.

6. Intrinsic metadata in the publicly available files on WikiLeaks demonstrates that the files that were acquired by WikiLeaks were most likely delivered in a medium such as a thumbdrive.

7. The data indicates that the files were likely acquired from the DNC manually and physically local to the DNC.

### Supporting Reasoning

8. Forensic Fingerprint - An anomaly of the DNC data on the WikiLeaks site is that all last modified date and time stamps end in an even number. This is a side effect of files that have been copied directly from a source system (such as a server) to a physical medium such as a thumbdrive. This is in contrast to files that have been copied from one server over the internet to another system as used by hackers (*i.e.* Linux).

9. Time signatures – On the Guccifer 2.0 posted (time stamped) files it reveals a time signature that allows us to calculate the speed the files was copied. As each file is copied from the source to the destination, the file is time stamped. All of the files constantly demonstrate they were copied at speeds significantly greater than internet speeds. This data came from "Guccifer 2.0." Again, consistent with files copied directly and manually to a thumbdrive inside the building.

10. Missing day – The DNC files from WikiLeaks reveal that they were copied in three tranches, on May 23, 25, and 26; skipping the 24th. This would be more consistent with files that were being covertly copied when opportunities presented themselves, as opposed to a collection of files that had already been gathered and then transmitted as a collection to a destination such as WikiLeaks.

11. Time zone - While a weak indicator, it needs to be noted that the time zones of the files are more consistent with working hours in America rather than other sides of the globe.

12. From the information that has been provided it appears likely that standard forensic techniques regarding the preservation of the hard drives and volatile memory were not followed which leaves only the review of publicly available information as the forensic source.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ this _9th___ day of May, 2019.

_____
Peter Clay