IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.,

    Defendant.
_____/

## ORDER

Before the Court is Roger J. Stone's Motion to Suppress. The Court, having considered the Defendant's motion and otherwise being fully advised, finds that the Defendant is entitled to an evidentiary hearing, pursuant to *Franks v. Delaware*, 438 U.S. 154, 156, 98 S.Ct. 2674, 2676 (1978).

It is therefore ORDERED AND ADJUGED that there shall be a *Franks* evidentiary hearing on June 21, 2019.

DONE AND ORDERED in Washington, DC, this_____ day of_____, 2019.

_____
AMY BERMAN JACKSON
United States District Judge

cc:    all counsel of record