IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

v.

ROGER J. STONE, JR.,

    Defendant.
_____/

## ORDER

    Before the Court is Roger J. Stone's Motion to Compel Unredacted Versions of the CrowdStrike Reports. The Court, having considered the Defendant's motion and otherwise being fully advised, finds that the Defendant has a right to the report.

    It is therefore ORDERED AND ADJUGED that the Government shall, within fifteen days, provide the Reports, in their entirety, to Defense Counsel. The Court's previously imposed Protective Order guiding discovery, (Dkt. #22) remains in effect and applies in full force to the CrowdStrike Reports.

    DONE AND ORDERED in Washington, DC, this _____ day of _____, 2019.

                                                                               AMY BERMAN JACKSON
                                                                               United States District Judge

cc:    all counsel of record