IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

v.

ROGER J. STONE, JR.,

     Defendant.

_____

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE Chandler P. Routman, Esq., hereby enters her notice of appearance as counsel of record on behalf of Defendant Roger J Stone, Jr. and requests that all pleadings, motions, notices, correspondence, orders and other filings regarding this case be served on Chandler P. Routman, Esq. at the below address.

          Respectfully submitted,
          Chandler P. Routman, Esq.
          501 East Las Olas Blvd., Suite 331
          Fort Lauderdale, FL 33301
          Tele: (954) 235-8259
          routmanc@gmail.com

          By:   /s/ Chandler P. Routman
                   CHANDLER P. ROUTMAN
                   D.D.C. Bar No. 1618092

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

By: /s/ Chandler P. Routman
CHANDLER P. ROUTMAN
D.D.C. Bar No. 1618092