UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROGER J. STONE, JR.,<br><br>Defendant. | Crim. No. 19-CR-00018 (ABJ) |

**GOVERNMENT'S NOTICE REGARDING IN CAMERA SUBMISSION**

The United States of America, by and through Jessie Liu, United States Attorney for the District of Columbia, hereby gives notice that, on May 13, 2019, the government provided a copy of the materials identified in the Court's May 9 minute order to chambers *ex parte* and *in camera*.

Respectfully submitted,

JESSIE K. LIU
U.S. Attorney for the District of Columbia

By: ___/s/___
Jonathan Kravis
Michael J. Marando
Assistant United States Attorneys

Adam C. Jed
Aaron S.J. Zelinsky
Special Assistant United States Attorney
555 4th Street NW
Washington, D.C. 20530

1