IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

v.

ROGER J. STONE, JR.,

    Defendant.

**UNOPPOSED MOTION FOR EXTENSION OF TIME, UNTIL MAY 21, 2019, FOR DEFENDANT TO FILE REPLY MEMORANDA**

Counsel for the Defendant request a brief extension, until May 21, 2019, for filing a Reply to the Government's Opposition to Defendant's Motion to Dismiss Pursuant to Federal Rule of Criminal Procedure 12(b)(3)(B) (Dkt. #93); Reply to Government's Opposition to Defendant's Motion to Compel (Dkt. #94); Reply to Government's Opposition to Defendant's Motion for Discovery on Claim of Selective Prosecution (Dkt. #95); and Reply to Government's Corrected Response in Opposition to Motion to Dismiss (Dkt. #99). Said replies are currently due May 17, 2019.

The extension is requested due to unexpected time conflicts, both professional and personal, for members of the defense team, but will not affect the hearing currently scheduled for May 30. Counsel for the Government has been contacted and do not oppose the relief requested.

Respectfully submitted,

By: */s/*_____

| | |
|---|---|
| L. PETER FARKAS<br>HALLORAN FARKAS + KITTILA, LLP<br>DDC Bar No.: 99673<br>1101 30th Street, NW<br>Suite 500<br>Washington, DC 20007<br>Telephone: (202) 559-1700<br>Fax: (202) 257-2019<br>pf@hfk.law | BRUCE S. ROGOW<br>FL Bar No.: 067999<br>TARA A. CAMPION<br>FL Bar: 90944<br>BRUCE S. ROGOW, P.A.<br>100 N.E. Third Avenue, Ste. 1000<br>Fort Lauderdale, FL  33301<br>Telephone: (954) 767-8909<br>Fax: (954) 764-1530<br>brogow@rogowlaw.com<br>tcampion@rogowlaw.com<br>*Admitted pro hac vice* |
| ROBERT C. BUSCHEL<br>BUSCHEL GIBBONS, P.A.<br>D.D.C. Bar No. FL0039<br>One Financial Plaza, Suite 1300<br>100 S.E. Third Avenue<br>Fort Lauderdale, FL 33394<br>Telephone: (954) 530-5301<br>Fax: (954) 320-6932<br>Buschel@BGlaw-pa.com | GRANT J. SMITH<br>STRATEGYSMITH, PA<br>D.D.C. Bar No.: FL0036<br>FL Bar No.: 935212<br>401 East Las Olas Boulevard<br>Suite 130-120<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 328-9064<br>gsmith@strategysmith.com |
| CHANDLER P. ROUTMAN<br>501 East Las Olas Blvd., Suite 331<br>Fort Lauderdale, FL 33301<br>Tele: (954) 235-8259<br>routmanc@gmail.com | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 16, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by CM/ECF.

                BUSCHEL GIBBONS, P.A.

                ___/s/ Robert Buschel_____
                    Robert C. Buschel

*United States Attorney's Office for the District of Columbia*

Jessie K. Liu
**United States Attorney**
Jonathan Kravis
Michael J. Marando
**Assistant United States Attorneys**
Adam C. Jed
Aaron S.J. Zalinsky
**Special Assistant United States Attorneys**
555 Fourth Street, NW
Washington, DC 20530
Telephone: (202) 252-6886
Fax: (202) 651-3393