# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.,

    Defendant.
_____/

## **ORDER**

Before the Court is Roger J. Stone's Motion For Extension of Time to file Replies due May 17, 2019. The Court, having considered the Defendant's motion and representation that the Government does not oppose the extension and otherwise being fully advised, it is

ORDERED AND ADJUGED that the Defendant may have until and including May 21, 2019 to file his Replies. The hearing scheduled for May 30, 2019 remains on the court schedule.

DONE AND ORDERED in Washington, DC, this _____ day of _____, 2019.

                                                    _____
                                                  AMY BERMAN JACKSON
                                                  United States District Judge

DATE:

cc:    all counsel of record