# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.,

    Defendant.

_____/

### MOTION FOR PERMISSION TO TRAVEL

Defendant, Roger J. Stone, Jr., files this Motion for Permission to Travel to the United States District Court for the Western District of Tennessee from June 6, 2019 to June 8, 2019 and to the United States District Court for the Northern District of Illinois from July 18, 2019 to July 22, 2019, for business opportunities.

Counsel has communicated with Mr. Stone's Pretrial Services Officer who has stated Pretrial Services has no objection to the filing of this motion and requested their office be kept advised of the Court's ruling. Mr. Stone will provide Pretrial Services with the requested documentation and contact his Officer upon his return. The Government has been has also been contacted and has no objection to the relief sought.

Mr. Stone respectfully requests that this Court grant this motion for permission to travel and allow Mr. Stone to travel to the the district courts during the dates outlined above.

1

        Respectfully submitted,

By: */s/*

| | |
|---|---|
| ROBERT C. BUSCHEL | BRUCE S. ROGOW |
| **BUSCHEL GIBBONS, P.A.** | FL Bar No.: 067999 |
| D.D.C. Bar No.: FL00039 | TARA A. CAMPION |
| One Financial Plaza, Suite 1300 | FL Bar: 90944 |
| 100 S.E. Third Avenue | **BRUCE S. ROGOW, P.A**. |
| Fort Lauderdale, FL 33394 | 100 N.E. Third Avenue, Ste. 1000 |
| Telephone: (954) 530-5301 | Fort Lauderdale, FL 33301 |
| Fax: (954) 320-6932 | Telephone: (954) 767-8909 |
| Buschel@BGlaw-pa.com | Fax: (954) 764-1530 |
| | brogow@rogowlaw.com |
| | tcampion@rogowlaw.com |
| | *Admitted pro hac vice* |

| | |
|---|---|
| L. PETER FARKAS | GRANT J. SMITH |
| **HALLORAN FARKAS + KITTILA LLP** | **STRATEGYSMITH, PA** |
| DC Bar No.: 52944 | D.D.C. Bar No.: 0036 |
| 1101 30th Street, NW | FL Bar No.: 935212 |
| Suite 500 | 401 East Las Olas Boulevard |
| Washington, DC 20007 | Suite 130-120 |
| Telephone: (202) 559-1700 | Fort Lauderdale, FL 33301 |
| Fax: (302) 257-2019 | Telephone: (954) 328-9064 |
| pf@hfk.law | gsmith@strategysmith.com |

CHANDLER P. ROUTMAN
D.D.C. Bar No. 1618092
501 East Las Olas Blvd., Suite 331
Fort Lauderdale, FL 33301
Tele: (954) 235-8259
routmanc@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 16, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by CM/ECF.

BUSCHEL GIBBONS, P.A.

___/s/ Robert Buschel_____
Robert C. Buschel

*United States Attorney's Office for the District of Columbia*

Jessie K. Liu
**United States Attorney**
Jonathan Kravis
Michael J. Marando
**Assistant United States Attorneys**
Adam C. Jed
Aaron S.J. Zalinsky
**Special Assistant United States Attorneys**
555 Fourth Street, NW
Washington, DC 20530
Telephone: (202) 252-6886
Fax: (202) 651-3393

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.,

    Defendant.
_____/

**ORDER**

Before the Court is Roger J. Stone's Motion for Permission to Travel. The Court has reviewed Defendant's Motion and

IT IS ORDERED AND ADJUGED

that the Defendant may travel to the United States District Court for the Western District of Tennessee from June 6, 2019 to June 8, 2019 and to the United States District Court for the Northern District of Illinois from July 18, 2019 to July 22, 2019. Defendant is to provide Pretrial Services with complete itineraries prior to his departures from the Southern District of Florida and contact his officer upon his return. Counsel for the Defendant is to provide Pretrial Services with a copy of this Order.

DONE AND ORDERED in Washington, DC, this _____ day of May, 2019.

                                                                                                                         _____
                                                                                                                         AMY BERMAN JACKSON
                                                                                                                         United States District Judge

cc:    all counsel of record