# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.,

    Defendant.

_____/

## ORDER

Before the Court is Roger J. Stone's Motion for Permission to Travel. The Court has reviewed Defendant's Motion and

IT IS ORDERED AND ADJUGED

that the Defendant may travel to the United States District Court for the Western District of Tennessee from June 6, 2019 to June 8, 2019 and to the United States District Court for the Northern District of Illinois from July 18, 2019 to July 22, 2019. Defendant is to provide Pretrial Services with complete itineraries prior to his departures from the Southern District of Florida and contact his officer upon his return. Counsel for the Defendant is to provide Pretrial Services with a copy of this Order.

DONE AND ORDERED in Washington, DC, this _____ day of May, 2019.

_____
AMY BERMAN JACKSON
United States District Judge

cc:    all counsel of record