# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. Action No. 19-0018 (ABJ) |
| | ) | |
| ROGER J. STONE, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Upon consideration of defendant Roger J. Stone, Jr.'s Unopposed Motion for Permission to Travel [Dkt. # 108], the motion is GRANTED.

It is ORDERED that the defendant may travel to the United States District Court for the Western District of Tennessee from June 6, 2019 to June 8, 2019 and to the United States District Court for the Northern District of Illinois from July 18, 2019 to July 22, 2019.  Defendant shall provide Pretrial Services with a copy of this Order and his specific travel itinerary for each trip prior to his departure from the Southern District of Florida.  Defendant may not travel to any locations aside from those set out above and must contact Pretrial Services within the first business day by telephone upon his return.

It is FURTHER ORDERED that defendant shall identify in any future motions for permission to travel the cities or towns within each judicial district where he seeks to travel.

**SO ORDERED**.

*Amy B Jackson*

AMY BERMAN JACKSON
United States District Judge

DATE:  May 22, 2019