# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. Action No. 19-0018 (ABJ) |
| | ) | |
| ROGER J. STONE, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Defendant's Renewed Motion of Objections to the Notice of Related Case [Dkt. # 75]. The Court's Local Rules define related criminal cases in terms of the state of affairs at the time of their initiation, including when a "prosecution against [a] different defendant[ ] *arises from* a common wiretap, search warrant, or activities which are a part of the same alleged criminal event or transaction." L.Cr.R. 57.12(a)(1)(iii) (emphasis added). The Court has already found that this rule applied at time the indictment was returned and the related case notice was filed. *See* Min. Order (Feb. 15, 2019).

Nothing in the rule provides for the re-assignment of a related case if the conditions underlying the related case designation change; for instance, if a case is deemed related to another case that is pending, the rule does not provide for re-assignment by the Calendar Committee if at some later date, the first case comes to an end.

And, in any event, defendant has not shown that the circumstances that led to the designation of this case as related to *United States v. Netyksho*, 1:18-cr-215 – i.e., defendant's indictment arising from a common search warrant and from activities which are a part of the same alleged criminal event or transaction – have changed notwithstanding any conclusions reached by the Office of Special Counsel.

Finally, the Court notes that the matter is committed to the discretion of the judge assigned to the matter. *See* L.Cr.R. 57.12(c)(1) ("If a judge who is assigned a case under this procedure determines that the cases in question are not related, the judge *may* transfer the new case to the Calendar and Case Management Committee.") (emphasis added).

For all of these reasons, Defendant's Renewed Motion of Objections to the Notice of Related Case [Dkt. # 75] is DENIED.

SO ORDERED.

AMY BERMAN JACKSON
United States District Judge

DATE: May 28, 2019