IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROGER J. STONE, JR.,<br><br>             Defendant. | Criminal No. 19-cr-18-ABJ |

**JOINT MOTION TO CONTINUE HEARING**

The United States of America and defendant Roger Stone respectfully move to continue the hearing currently set for June 21, 2019. One of the prosecutors assigned to this case has a personal scheduling conflict on that date. In addition, one of Stone's lawyers is having surgery this week and will not be able to travel until mid-July. The parties have conferred and are both available on July 16, 17, or 18. The parties respectfully request that the Court continue the motions hearing for one of those dates, or another date thereafter that is convenient to the Court.

Respectfully submitted,

By: /s/ _____
BRUCE S. ROGOW
FL Bar No.: 067999
TARA A. CAMPION
FL Bar No.: 90944
BRUCE S. ROGOW, P.A.
100 N.E. Third Avenue, Ste. 1000
Fort Lauderdale, FL 33301
Telephone: (954) 767-8909
Fax: (954) 764-1530
brogow@rogowlaw.com
tcampion@rogowlaw.com
*Admitted pro hac vice*
GRANT J. SMITH
STRATEGYSMITH, PA

JESSIE K. LIU
U.S. Attorney for the District of Columbia
By:           /s/ _____
Jonathan Kravis
Michael J. Marando
Assistant United States Attorneys

Adam C. Jed
Aaron S.J. Zelinsky
Special Assistant United States Attorney
555 4th Street NW
Washington, D.C. 20530

1

DCC Bar No. FL00036
FL Bar No.: 935212
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
Telephone: (954) 328-9064
gsmith@strategysmith.com

L. PETER FARKAS
HALLORAN FARKS & KITTILA, LLP
DDC Bar No.: 99673
1101 30th Street, NW
Suite 500
Washington, DC 20007
Telephone: (202) 559-1700
Fax: (202) 257-2019
pf@hfk.law

ROBERT C. BUSCHEL
BUSCHEL GIBBONS, P.A.
FL Bar No.: 006436
One Financial Plaza, Suite 1300
100 S.E. Third Avenue
Fort Lauderdale, FL 33394
Telephone: (954) 530-5301
Fax: (954) 320-6932
Buschel@BGlaw-pa.com
*Admitted pro hac vice*