# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Crim. No. 19-CR-00018 (ABJ)** |
| **ROGER J. STONE, JR.,** | |
| **Defendant.** | |

## GOVERNMENT'S NOTICE REGARDING IN CAMERA SUBMISSION

The United States of America, by and through Jessie Liu, United States Attorney for the District of Columbia, hereby gives notice that, on June 7, 2019, the government provided the supplemental submission requested in the Court's June 3 Minute Order to chambers *in camera*.

Respectfully submitted,

JESSIE K. LIU
U.S. Attorney for the District of Columbia

By: ____/s/_____
Jonathan Kravis
Michael J. Marando
Assistant United States Attorneys

Adam C. Jed
Aaron S.J. Zelinsky
Special Assistant United States Attorney
555 4th Street NW
Washington, D.C. 20530