UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ROGER J. STONE, JR.,**<br><br>Defendant. | Criminal No. 19-cr-18-ABJ |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS

The United States of America, by and through Jessie Liu, the United States Attorney for the District of Columbia, hereby submits this Motion for Leave to File a Sur-Reply in Opposition to Defendant Roger Stone's Motion to Suppress.

## ARGUMENT

On January 24, 2019, the grand jury charged defendant Roger J. Stone, Jr. with obstructing a congressional investigation in violation of 18 U.S.C. § 1505 (count 1); making numerous false statements to Congress in violation of 18 U.S.C. § 1001(a)(2) (counts 2-6); and witness tampering in violation of 18 U.S.C. § 1512(b)(1) (count 7).  Doc. 1.

On April 10, 2019, the defendant filed a motion seeking to suppress "all evidence" in his case, alleging that law enforcement misrepresented facts concerning whether individuals associated with the Russian government hacked the Democratic National Committee, Democratic Congressional Campaign Committee, and a Clinton Campaign official.  Doc. 100, at 4.  On May 31, 2019, the government filed its opposition to the defendant's motion.  Doc. 122.  On June 14, 2019, the defendant filed a reply in further support of his motion making a new factual claim that the government did not "collect[] any evidence of the DNC breach directly" or "independently

verify" the findings of Company 1 regarding Russia's involvement in the hack of DNC computer system.  Doc. 133, at 4.  As a matter of prudence, the government respectfully requests leave to file the attached reply addressing the defendant's factual misstatement.

WHEREFORE, for the reasons stated above, the United States respectfully requests that its Motion for Leave to File a Sur-Reply in Opposition to Defendant's Motion to Suppress be granted.

        Respectfully submitted,

        JESSIE K. LIU
        U.S. Attorney for the District of Columbia

By: /s/
        Jonathan Kravis
        Michael J. Marando
        Assistant United States Attorneys

        Adam C. Jed
        Aaron S.J. Zelinsky
        Special Assistant United States Attorneys
        555 4th Street NW
        Washington, D.C. 20530