UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ROGER J. STONE, JR.,**<br><br>          **Defendant.** | **Criminal No. 19-cr-18-ABJ** |

## ORDER

Upon consideration of the Government's Motion for Leave to File a Sur-Reply in Opposition to Defendant's Motion to Suppress, it is this _____ day of June, 2019, hereby

ORDERED, that the Motion is GRANTED; it is further

ORDERED, that the Government may file its Sur-Reply in Opposition to Defendant's Motion to Suppress.

IT IS SO ORDERED.

_____
AMY B. JACKSON
U.S. DISTRICT COURT JUDGE
DISTRICT OF COLUMBIA