# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **ROGER J. STONE, JR.,** <br><br> **Defendant.** | **Criminal No. 19-cr-18-ABJ** |

## ORDER

Upon consideration of the Government's Motion for and Order to Show Cause and For a Hearing, and for good cause having been shown, it is this _____ day of June, 2019, hereby

ORDERED, that the Motion is GRANTED; it is further

ORDERED, that the parties must appear before the Court on the \_\_\_\_ day of June, 2019, at _____ to show cause why the Court should not modify the conditions of release or otherwise modify the media contact order in this case.

IT IS SO ORDERED.

_____
AMY B. JACKSON
U.S. DISTRICT COURT JUDGE
DISTRICT OF COLUMBIA