**1IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Case No.: 1:19-CR-00018-ABJ**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROGER J. STONE, JR.,

      Defendant.

_____/

## <u>MOTION FOR PERMISSION TO TRAVEL</u>

Defendant, Roger J. Stone, Jr., files this Motion for Permission to Travel to the United States District Court for the Eastern District of Michigan, specifically to Washington, Michigan, from July 26, 2019 to July 29, 2019, for business opportunities.

Counsel has communicated with Mr. Stone's Pretrial Services Officer who has stated Pretrial Services has no objection to the filing of this motion and requested their office be kept advised of the Court's ruling. Mr. Stone has provided Pretrial Services with the requested detailed documentation and will contact his Officer upon his return.  The Government has been has also been contacted and has no objection to the relief sought.

 Mr. Stone respectfully requests that this Court grant this motion for permission to travel and allow Mr. Stone to travel to the the Eastern District of Michigan during the dates outlined above.

Respectfully submitted,
By: */s/*_____

1

L. PETER FARKAS
HALLORAN FARKAS + KITTILA, LLP
DDC Bar No.: 99673
1101 30th Street, NW
Suite 500
Washington, DC 20007
Telephone: (202) 559-1700
Fax: (302) 257-2019
pf@hfk.law


ROBERT C. BUSCHEL
BUSCHEL GIBBONS, P.A.
D.D.C. Bar No. FL0039
One Financial Plaza, Suite 1300
100 S.E. Third Avenue
Fort Lauderdale, FL 33394
Telephone: (954) 530-5301
Fax: (954) 320-6932
Buschel@BGlaw-pa.com


CHANDLER P. ROUTMAN
D.D.C. Bar No. 1618092
501 East Las Olas Blvd., Suite 331
Fort Lauderdale, FL 33301
Tele: (954) 235-8259
routmanc@gmail.com

BRUCE S. ROGOW
FL Bar No.: 067999
TARA A. CAMPION
FL Bar: 90944
BRUCE S. ROGOW, P.A.
100 N.E. Third Avenue, Ste. 1000
Fort Lauderdale, FL  33301
Telephone: (954) 767-8909
Fax: (954) 764-1530
brogow@rogowlaw.com
tcampion@rogowlaw.com
*Admitted pro hac vice*


GRANT J. SMITH
STRATEGYSMITH, PA
D.D.C. Bar No.: FL0036
FL Bar No.: 935212
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
Telephone: (954) 328-9064
gsmith@strategysmith.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 8, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by CM/ECF.


By: */s/ Chandler Routman*
CHANDLER ROUTMAN


*United States Attorney's Office for the District of Columbia*

Jessie K. Liu
**United States Attorney**
Jonathan Kravis
Michael J. Marando
**Assistant United States Attorneys**
Adam C. Jed
Aaron S.J. Zalinsky
**Special Assistant United States Attorneys**
555 Fourth Street, NW
Washington, DC 20530
Telephone: (202) 252-6886
Fax: (202) 651-3393


*Pretrial Services (via email)*

CHRISTINE SCHUCK
**PRETRIAL SERVICES OFFICER**
US District Court Unit
Pretrial Services Agency for the District of Columbia
333 Constitution Ave NW  Suite #2507
Washington DC 20001
Desk: (202)442-1017
Main: (202)442-1000
Fax:   (202)442-1001

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Case No.: 1:19-CR-00018-ABJ**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROGER J. STONE, JR.,

      Defendant.

_____/

**<u>ORDER</u>**

Before the Court is  Roger J.  Stone's Motion for Permission to Travel. The Court has reviewed Defendant's Motion and

    IT IS ORDERED AND ADJUGED

that the Defendant may travel to the the United States District Court for the Eastern District of Michigan, specifically to Washington, Michigan, from July 26, 2019 to July 29, 2019, for business opportunities.

    Defendant is to provide Pretrial Services with complete itineraries prior to his departures from the Southern District of Florida and contact his officer upon his return.  Counsel for the Defendant is to provide Pretrial Services with a copy of this Order.

    DONE AND ORDERED in Washington, DC, this _____ day of July, 2019.

_____
AMY BERMAN JACKSON
United States District Judge

cc:    all counsel of record