IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.,

    Defendant.

_____/

**ORDER**

    Before the Court is Roger J. Stone's Motion for Permission to Travel. The Court has reviewed Defendant's Motion and

    IT IS ORDERED AND ADJUGED

that the Defendant may travel to the the United States District Court for the Eastern District of Michigan, specifically to Washington, Michigan, from July 26, 2019 to July 29, 2019, for business opportunities.

    Defendant is to provide Pretrial Services with complete itineraries prior to his departures from the Southern District of Florida and contact his officer upon his return. Counsel for the Defendant is to provide Pretrial Services with a copy of this Order.

    DONE AND ORDERED in Washington, DC, this _____ day of July, 2019.

_____
AMY BERMAN JACKSON
United States District Judge

cc:    all counsel of record