# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT



FILED JUL 0 9 2019
Clerk, U.S. District and Bankruptcy Courts

**No. 19-3012**  **September Term, 2018**

1:19-cr-00018-ABJ-1

Filed On: July 8, 2019 [1796155]

United States of America,

    Appellee

v.

Roger Jason Stone, Jr.,

    Appellee

David Andrew Christenson,

    Appellant

### MANDATE

In accordance with the order of April 19, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Ken R. Meadows
Deputy Clerk

Link to the order filed April 19, 2019

# United States Court of Appeals
### For The District of Columbia Circuit

**No. 19-3012**  **September Term, 2018**

1:19-cr-00018-ABJ-1

**Filed On: April 19, 2019** [1783863]

United States of America,

    Appellee

v.

Roger Jason Stone, Jr.,

    Appellee

David Andrew Christenson,

    Appellant

### ORDER

By order filed February 25, 2019, appellant was directed to either pay the $505 appellate docketing and filing fees to the Clerk of the District Court or file a motion for leave to proceed on appeal in forma pauperis. To date, no submission of payment or IFP motion has been received. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by June 3, 2019.

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

               BY:  /s/
                            Amanda Himes
                            Deputy Clerk