# United States Court of Appeals
## For The District of Columbia Circuit

**No. 19-3012**　　　　　　　　　　**September Term, 2018**

1:19-cr-00018-ABJ-1

**Filed On: April 19, 2019** [1783863]

United States of America,

　　　　Appellee

v.

Roger Jason Stone, Jr.,

　　　　Appellee

David Andrew Christenson,

　　　　Appellant

### ORDER

By order filed February 25, 2019, appellant was directed to either pay the $505 appellate docketing and filing fees to the Clerk of the District Court or file a motion for leave to proceed on appeal in forma pauperis. To date, no submission of payment or IFP motion has been received. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by June 3, 2019.

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　Amanda Himes
　　　　　　　　　　　　　　　Deputy Clerk