# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. Action No. 19-0018 (ABJ) |
| | ) | |
| ROGER J. STONE, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER

At the hearing held in this case on July 16, 2019, and in a minute order issued on the same date, the Court modified the February 15, 2019 media communications order [Dkt. # 36], the minute order dated February 21, 2019,  and the defendant's conditions of release [Dkt. # 21] to include a ban on making any statement on any subject on Instagram, Twitter, or Facebook. Minute Order of Jul. 16, 2019.

To ensure that there can be no misunderstanding, the Court hereby reiterates, as it stated on July 16, that all other conditions of release, and all other provisions of the Court's orders of February 15 and February 21, 2019, remain in force.  This means, that *in addition to* the condition imposed yesterday:

> [T]he defendant is prohibited from making statements to the media or in public settings about the Special Counsel's investigation or this case or any of the participants in the investigation or the case.  The prohibition includes, but is not limited to, statements made about the case through the following means:  radio broadcasts; interviews on television, on the radio, with print reporters, or on internet based media; press releases or press conferences; blogs or letters to the editor; and posts on Facebook, Twitter, Instagram, **or any other form of social media**.
>
> Furthermore**, the defendant may not comment publicly about the case indirectly by having statements made publicly on his behalf by surrogates, family members, spokespersons, representatives, or volunteers.**

Minute Order of Feb. 21, 2019 (emphasis added).  The prohibited "statements . . . about the Special Counsel's investigation or this case or any of the participants in the investigation or the case" include, but are not limited to, statements about public filings or orders issued in the case, and the re-transmission, quotation, or dissemination of statements by others about the investigation or the case.


AMY BERMAN JACKSON
United States District Judge

DATE:  July 17, 2019