IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

  Plaintiff,

v.

ROGER J. STONE, JR.,

  Defendant.
_____/

**ORDER**

  Before the Court is Roger J. Stone's Motion for Permission to Travel. The Court has reviewed Defendant's Motion and

  IT IS ORDERED AND ADJUGED

that the Defendant may travel to the the United States District Court for the Middle District of Florida, specifically to Green Cove Springs, Florida, on August 20, 2019 and to Belleview, Florida, on August 21, 2019, for business opportunities.

  Defendant is to provide Pretrial Services with complete itineraries prior to his departures from the Southern District of Florida and contact his officer upon his return. Counsel for the Defendant is to provide Pretrial Services with a copy of this Order.

  DONE AND ORDERED in Washington, DC, this _____ day of July, 2019.

                    _____
                    AMY BERMAN JACKSON
                    United States District Judge

cc: all counsel of record