UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROGER J. STONE, JR.,<br><br>            Defendant. | Criminal No. 19-cr-18-ABJ |

## ORDER

This matter having come before the Court on the Government's Motion in Limine to Exclude Certain Evidence and Argument Regarding Russian Interference in the 2016 Presidential Election and Coordination with the Trump Campaign, and the Court having reviewed the parties' submissions, and for good cause shown, it is

On this _____ day of _____, 2019, hereby:

ORDERED that the Government's motion is GRANTED and the defendant is hereby precluded from introducing evidence at trial and making arguments to the jury concerning (1) Russian involvement in the hacks of the Democratic National Committee and Democratic Congressional Campaign Committee computer systems and (2) allegations of Russian coordination with individuals associated with the presidential campaign of Donald Trump.

_____
HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE