**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | |
| **ROGER J. STONE, JR.,** | **Criminal No. 19-cr-18-ABJ** |
| **Defendant.** | |

## ORDER

This matter having come before the Court on the Government's Motion in Limine to Exclude Evidence and Argument Regarding the Government's Investigation and Prosecution of This and Related Cases, and the Court having reviewed the parties' submissions, and for good cause shown, it is

On this _____ day of _____, 2019, hereby:

ORDERED that the Government's motion is GRANTED and the defendant shall not be permitted to introduce evidence or make arguments to the jury about allegations of government misconduct when investigating this and related cases, the circumstances of Stone's arrest, or selective prosecution.

_____
HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE