Case 1:19-cr-00018-ABJ   Document 155-2   Filed 07/26/19   Page 1 of 3

# Exhibit B

## DECLARATION OF CUSTODIAN OF RECORDS

I, Robert X Browning, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by National Cable Satellite Corporation, d/b/a C-SPAN ("C-SPAN"), and my title is Executive Director of the C-SPAN Archives. I am a United States citizen and I am over eighteen years of age. I am a custodian of records of C-SPAN, or I am otherwise qualified as a result of my position to make this declaration. I have knowledge of the record keeping system used by C-SPAN; this includes how videos are uploaded and maintained on C-SPAN's website.

C-SPAN maintains the video located at the URL: https://www.c-span.org/video/?414109-1/newsmakers-roger-stone (the "URL"). Pursuant to Federal Rules of Evidence 902(11) and 803(6), I hereby certify that the contents of the URL, including the video posted therein and the date posted for that video (August 18, 2016):

(1) were made at or near the time of the occurrence of the matters set forth in the URL, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity, in that the contents of the URL were created and preserved pursuant to established procedures, and were relied upon by an employee or this business; and

(3) were made as part of the regularly conducted business activity as a regular practice, in that the records were created and preserved as part of routine reflections of the normal operations of this business.

I further state that this certification is intended to satisfy Rules 902(11) and 803(6) of the Federal Rules of Evidence.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5-20-2019.

Robert X Browning
Executive Director,
C-SPAN Archives
400 North Capitol Street
Suite 650
Washington, DC  20001