**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Criminal No. 19-cr-18-ABJ** |
| **ROGER J. STONE, JR.,** | |
| **Defendant.** | |

## ORDER

This matter having come before the Court on the Government's Motion in Limine to

Admit The "Upload" or "Creation" Date for Various Videos, and the Court having reviewed the

parties' submissions, and for good cause shown, it is

On this _____ day of _____, 2019, hereby:

ORDERED that the Government's motion is GRANTED and the documents appended to

the Government's motion as Exhibits A and B will be admitted into evidence at trial.

_____
HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE