UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **ROGER J. STONE, JR.,** <br><br> Defendant. | **Criminal No. 19-cr-18-ABJ** |

## ORDER

This matter having come before the Court on the Government's Motion in Limine to Admit Movie Clip, and the Court having reviewed the parties' submissions, and for good cause shown, it is

On this _____ day of _____, 2019, hereby:

ORDERED that the Government's motion is GRANTED and the movie clip referenced in the government's motion will be admitted into evidence at trial.

_____
HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE