## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Criminal No. 19-cr-18-ABJ** |
| **ROGER J. STONE, JR.,** | |
| **Defendant.** | |

## GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE

The United States of America, by and through Jessie Liu, United States Attorney for the District of Columbia, respectfully requests that this Court extend the deadline for filing one motion *in limine*. Until this week, the government and counsel for defendant Roger J. Stone, Jr., had been negotiating a stipulation to the admissibility of the transcript of Stone's testimony before the House Permanent Select Committee on Intelligence. Those negotiations have concluded without success, and therefore the government intends to file a *motion in limine* to admit the transcript without a stipulation. Because the negotiations on this issue concluded just two days ago, the government respectfully requests that the Court permit the government to file its motion on this issue four weeks beyond the July 26, 2019 deadline for motions *in limine* set forth in the Scheduling Order. Defense counsel has authorized the government to advise the Court that the defense does not oppose this request.

Respectfully submitted,

JESSIE K. LIU
U.S. Attorney for the District of Columbia

By: ___/s/_____
Jonathan Kravis
Michael J. Marando

Assistant United States Attorneys

Adam C. Jed
Aaron S.J. Zelinsky
Special Assistant United States Attorney
555 4th Street NW
Washington, D.C. 20530

July 26, 2019

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Criminal No. 19-cr-18-ABJ** |
| **ROGER J. STONE, JR.,** | |
| **Defendant.** | |

## <u>ORDER</u>

This matter having come before the Court on the Government's Unopposed Motion for Extension of Time to File, and for good cause shown, it is

On this _____ day of _____, 2019, hereby:

ORDERED that the Government's motion is GRANTED and the government may file a motion *in limine* to admit the transcript of the defendant's testimony before the House Permanent Select Committee on Intelligence on or before August 23, 2019.  The defendant's opposition to this motion shall be due on or before September 6, 2019, and the government's reply shall be due on or before September 13, 2019.

_____
HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE