# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Criminal No. 19-cr-18-ABJ |
| **ROGER J. STONE, JR.,** | |
| Defendant. | |

## ORDER

This matter having come before the Court on the Government's Unopposed Motion for Extension of Time to File, and for good cause shown, it is

On this _____ day of _____, 2019, hereby:

ORDERED that the Government's motion is GRANTED and the government may file a motion *in limine* to admit the transcript of the defendant's testimony before the House Permanent Select Committee on Intelligence on or before August 23, 2019. The defendant's opposition to this motion shall be due on or before September 6, 2019, and the government's reply shall be due on or before September 13, 2019.

_____
HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE