IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.,

    Defendant.
_____/

## ORDER

Before the Court is Roger J. Stone's Motion in Limine to Admit Evidence. The Court, having considered the Defendant's motion and otherwise being fully advised, finds that the Defendant is entitled to present evidence that WikiLeaks did not receive the stolen Democratic National Committee ("DNC"), Democratic Congressional Campaign Committee ("DCCC"), and Clinton Campaign data from the Russian state.

It is therefore ORDERED AND ADJUGED that the Motion is GRANTED.

DONE AND ORDERED in Washington, DC, this _____ day of _____, 2019.

 

_____
AMY BERMAN JACKSON
United States District Judge

cc:    all counsel of record