IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.,

    Defendant.

_____/

**MOTION FOR AN ORDER PERMITTING DEFENDANT ROGER J. STONE
TO ISSUE EARLY RETURN SUBPOENA *DUCES TECUM*
TO CROWDSTRIKE HOLDINGS, INC., CROWDSTRIKE SERVICES, INC.,
AND CROWDSTRIKE, INC.,
<u>PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 17(c)</u>**

Defendant, Roger J. Stone, Jr., files this Motion for an Order permitting him to issue subpoenas *duces tecum* for the early return of documents to CrowdStrike Holdings, Inc., CrowdStrike Services, Inc., and CrowdStrike, Inc. The attached subpoenas *duces tecum* seek the unredacted CrowdStrike Reports, and any other reports, that were the result of CrowdStrike's investigation into the hacking, theft and dissemination of DNC and DCCC data.

The Government provided three redacted reports pursuant to Federal Rule of Criminal Procedure 16, however, the defense believes the unredacted copies likely contain evidence that is material to the Defendant's innocence. Since the Government has represented that it does not have the unredacted reports, a Rule 17 subpoena is the appropriate.

Rule 17(c) provides, in relevant part:

> **Producing Documents and Objects.**
>
> **(1) In General.** A subpoena may order the witness to produce any books, papers, documents, data, or other objects the subpoena designates. The court may direct the witness to produce the designated items in court before trial or before they are to be offered in evidence.

The unredacted CrowdStrike Reports are necessary to prove the materiality provision of the perjury counts against the Defendant and counsel cannot proceed without the production in advance of the trial. This Motion is made in good faith.

Roger Stone respectfully requests that the Court grant his Motion and direct the Clerk of Court to issue the attached subpoenas.

                   Respectfully submitted,

                   By: */s/*_____

L. PETER FARKAS
**HALLORAN FARKAS + KITTILA, LLP**
DDC Bar No.: 99673
1101 30th Street, NW
Suite 500
Washington, DC 20007
Telephone: (202) 559-1700
Fax: (302) 257-2019
pf@hfk.law

BRUCE S. ROGOW
FL Bar No.: 067999
TARA A. CAMPION
FL Bar: 90944
**BRUCE S. ROGOW, P.A.**
100 N.E. Third Avenue, Ste. 1000
Fort Lauderdale, FL 33301
Telephone: (954) 767-8909
Fax: (954) 764-1530
brogow@rogowlaw.com
tcampion@rogowlaw.com
*Admitted pro hac vice*

ROBERT C. BUSCHEL
**BUSCHEL GIBBONS, P.A.**
D.D.C. Bar No. FL0039
One Financial Plaza, Suite 1300
100 S.E. Third Avenue
Fort Lauderdale, FL 33394
Telephone: (954) 530-5301
Fax: (954) 320-6932
Buschel@BGlaw-pa.com

GRANT J. SMITH
**STRATEGYSMITH, PA**
D.D.C. Bar No.: FL0036
FL Bar No.: 935212
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
Telephone: (954) 328-9064
gsmith@strategysmith.com

CHANDLER P. ROUTMAN
D.D.C. Bar No. 1618092
501 East Las Olas Blvd., Suite 331
Fort Lauderdale, FL 33301
Tele: (954) 235-8259
routmanc@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2019 I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by CM/ECF.

BUSCHEL GIBBONS, P.A.

_/s/_____
Robert Buschel

*United States Attorney's Office for the District of Columbia*

Jessie K. Liu
**United States Attorney**
Jonathan Kravis
Michael J. Marando
**Assistant United States Attorneys**
Adam C. Jed
Aaron S.J. Zelinsky
**Special Assistant United States Attorneys**
555 Fourth Street, NW
Washington, DC 20530
Telephone: (202) 252-6886
Fax: (202) 651-3393