IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.,

    Defendant.

_____/

## **ORDER**

Before the Court is Roger J. Stone's Motion for an Order permitting him to issue a subpoena *duces tecum* for the early return of documents to the United States House of Representatives, pursuant to Federal Rule of Criminal Procedure 17(c). The Court, having reviewed the Motion and otherwise being fully advised

IT IS ORDERED AND ADJUGED that the Defendant's Motion for issuance of a subpoena duces tecum is hereby GRANTED. The Clerk of Court is Ordered to issue the Subpoena as drafted.

DONE AND ORDERED in Washington, DC, this _____ day of ____, 2019.

 

_____
AMY BERMAN JACKSON
United States District Judge

cc:    all counsel of record