IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.,

    Defendant.
_____/

**MOTION FOR AN ORDER PERMITTING DEFENDANT ROGER J. STONE
TO ISSUE EARLY RETURN SUBPOENA *DUCES TECUM*
TO THE UNITED STATES HOUSE OF REPRESENTATIVES
<u>PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 17(c)</u>**

Defendant, Roger J. Stone, Jr., files this Motion for an Order permitting him to issue a subpoena *duces tecum* for the early return of documents to the United States House of Representatives, pursuant to Federal Rule of Criminal Procedure 17(c). The attached subpoena *duces tecum* seeks the complete original audio recording of Mr. Stone's testimony before the United States House of Representatives Permanent Select Committee on Intelligence ("HPSCI"), given on September 26, 2017.

Rule 17(c) provides, in relevant part:

> **Producing Documents and Objects.**
>
> **(1) In General.** A subpoena may order the witness to produce any books, papers, documents, data, or other objects the subpoena designates. The court may direct the witness to produce the designated items in court before trial or before they are to be offered in evidence.

The Government has confirmed that an original audio recording of Mr. Stone's testimony exists. The Government intends to file a Motion in Limine to admit into evidence at trial the transcript of Mr. Stone's testimony. The best version of evidence is an aural recording of the evidence.

The original recording is a more complete, accurate and reliable source of information to present to the jury. Relevant to the defense in this case is the materiality of Mr. Stone's responses to the questions asked of him. The audio recording is necessary to give the jury a full picture of the rapid sucession of questions, the confusion and changes in topics, the shifting between questions, statements and prompts, the number of inquisitors and the volume of inquiries and answers given over the hours of Mr. Stone's voluntary testimony. The tone, volume, timber and pace of questioning is paramount.

The original recording is relevant since the Indictment is based upon the testimony that Mr. Stone gave before HPSCI, and the defense cannot proceed without the production in advance of the trial. Pursuant to Federal Rule of Evidence 1002, the original audio recording would be admissible and is preferred to a transcript. A subpoena duces tecum is the proper mechanism to obtain such a recording. *See generally*, *United States v. Apodaca*, 251 F.Supp.3d 1, 9-10 (D.D.C. April 21, 2017). This Motion is made in good faith.

Roger Stone respectfully requests that the Court grant his Motion and direct the Clerk of Court to issue the attached subpoena.

Respectfully submitted,
By: */s/*_____

| | |
|---|---|
| L. PETER FARKAS<br>**HALLORAN FARKAS + KITTILA, LLP**<br>DDC Bar No.: 99673<br>1101 30th Street, NW<br>Suite 500<br>Washington, DC 20007<br>Telephone: (202) 559-1700<br>Fax: (302) 257-2019<br>pf@hfk.law | BRUCE S. ROGOW<br>FL Bar No.: 067999<br>TARA A. CAMPION<br>FL Bar: 90944<br>**BRUCE S. ROGOW, P.A.**<br>100 N.E. Third Avenue, Ste. 1000<br>Fort Lauderdale, FL  33301<br>Telephone: (954) 767-8909<br>Fax: (954) 764-1530<br>brogow@rogowlaw.com<br>tcampion@rogowlaw.com<br>*Admitted pro hac vice* |
| ROBERT C. BUSCHEL<br>**BUSCHEL GIBBONS, P.A.**<br>D.D.C. Bar No. FL0039<br>One Financial Plaza, Suite 1300<br>100 S.E. Third Avenue<br>Fort Lauderdale, FL 33394<br>Telephone: (954) 530-5301<br>Fax: (954) 320-6932<br>Buschel@BGlaw-pa.com | GRANT J. SMITH<br>**STRATEGYSMITH, PA**<br>D.D.C. Bar No.: FL0036<br>FL Bar No.: 935212<br>401 East Las Olas Boulevard<br>Suite 130-120<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 328-9064<br>gsmith@strategysmith.com |
| CHANDLER P. ROUTMAN<br>D.D.C. Bar No. 1618092<br>501 East Las Olas Blvd., Suite 331<br>Fort Lauderdale, FL 33301<br>Tele: (954) 235-8259<br>routmanc@gmail.com | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 31, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                          BUSCHEL GIBBONS, P.A.

                                                          _____/s/_____
                                                          Robert Buschel

*United States Attorney's Office for the District of Columbia*

Jessie K. Liu
**United States Attorney**
Jonathan Kravis
Michael J. Marando
**Assistant United States Attorneys**
Adam C. Jed
Aaron S.J. Zelinsky
**Special Assistant United States Attorneys**
555 Fourth Street, NW
Washington, DC 20530
Telephone: (202) 252-6886
Fax: (202) 651-3393