# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| v. | ) ) Crim. Action No. 19-0018 (ABJ) |
| ROGER J. STONE, JR., | ) ) ) |
| Defendant. | ) ) |

## ORDER

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated in the accompanying Memorandum Opinion, it is ORDERED that defendant's Motion to Dismiss [Dkt. # 69], Motion to Enjoin the Prosecution [Dkt. # 71], Motion to Dismiss Due to Defects in the Indictment Pursuant to Fed. R. Crim. P. 12(b)(3)(B) [Dkt. # 72], and Motion for Discovery based on Selective Prosecution [Dkt. # 73] are hereby DENIED.

It is FURTHER ORDERED that defendant's Motion to Compel the Complete Report of the Special Counsel [Dkt. # 70] is hereby GRANTED IN PART and DENIED IN PART. As ordered by the Court, the government provided certain unredacted portions of the Report of the Special Counsel *ex parte* for the Court's *in camera* review. *See* Min. Order (May 9, 2019); Gov't Notice Regarding In Camera Submission [Dkt. # 106]. Upon review of the redacted information in those portions, and upon consideration of the government's notice regarding those materials, *see* Government's Notice Regarding In Camera Submission [Dkt. # 130], it is ordered that the government shall produce in unredacted form to defendant by August 8, 2019 the following

information as it appears **on the following pages and in blue boxes** submitted *ex parte in camera* to the Court on May 13, 2019:

- Executive Summary: the material on page 5 and the last paragraph on page 9;

- Volume One: the material found in the first 3 sentences of the second paragraph on page 36 (i.e., not including the sentence that begins "The investigation . . . ."), on page 44, in the second sentence of the introductory paragraph of section III.D. on page 51, in the heading of section III.D.1. and the full paragraph in section III.D.1.a. on page 51, on pages 52–59 through the end of section III.D.1.d., on page 65, and on pages 196–197; and the material designated with blue boxes on pages B-3 through B-10.

It is further ORDERED that the defense shall not distribute this information, which is covered by the Protective Order [Dkt. # 22] in this case, to anyone outside the defense team or use it for any purpose outside of Mr. Stone's defense in this matter.

*Amy B Jackson*

AMY BERMAN JACKSON
United States District Judge

DATE: August 1, 2019