UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROGER J. STONE, JR.,<br><br>　　　　Defendant. | Criminal No. 19-cr-18-ABJ |

## GOVERNMENT'S NOTICE OF INTENT TO RESPOND TO DEFENDANT'S REQUEST FOR RULE 17(c) SUBPOENA

The United States of America, by and through Jessie Liu, United States Attorney for the District of Columbia, hereby files this Notice of Intent to Respond to defendant Roger J. Stone, Jr.'s motion for a subpoena under Federal Rule of Criminal Procedure 17(c) to the United States House of Representatives, which the defendant filed on July 31, 2019. Doc. No. 161.

The government intends to file a memorandum in response to the defendant's motion within 14 days of its filing (i.e., by August 14, 2019), pursuant to Local Rule of Criminal Procedure 47(b). Therefore, the government respectfully requests that the Court not issue any subpoena to the U.S. House of Representatives prior to that date.

The government does not intend to file any response to the defendant's motion for a subpoena under Federal Rule of Criminal Procedure 17(c) to CrowdStrike, which the defendant also filed on July 31, 2019. Doc. No. 160.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　JESSIE K. LIU
　　　　　　　　　　　　　　　　　　　U.S. Attorney for the District of Columbia

　　　　　　　　　　　　　　　　By: /s/
　　　　　　　　　　　　　　　　　　　Jonathan Kravis
　　　　　　　　　　　　　　　　　　　Michael J. Marando
　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys

        Adam C. Jed
        Aaron S.J. Zelinsky
        Special Assistant United States Attorneys
        555 4th Street NW
        Washington, D.C. 20530

Date: August 5, 2019