UNITED STATES OF AMERICA

VS.

ROGER J. STONE, JR.

Civil/Criminal No. _19-cR-018_

- Government
- Plaintiff
- Defendant
- Joint ✓
- Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | Exhibits used by the Court at the hearing held on July 16, 2019 | | 7/16/2019 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# BuzzFeed News

**REPORTING TO YOU**

POLITICS

# Roger Stone Says Michael Cohen Is Lying, After Stone Was Ordered Not To Comment On The Mueller Investigation

Cohen said in his prepared remarks that Stone told Trump in a call in July 2016 that Stone had talked to Assange and there would be an email dump damaging to Hillary Clinton's campaign.



**Zoe Tillman**
BuzzFeed News Reporter

Reporting From
**Washington, DC**

Last updated on February 27, 2019, at 2:26 p.m. ET
Posted on February 27, 2019, at 11:04 a.m. ET





Roger Stone leaves the federal courthouse in Washington, DC, on Feb. 21.
*Alex Wong / Getty Images*

WASHINGTON — Roger Stone pushed back against
Michael Cohen's claims that Stone told Trump in July
2016 that he had spoken to WikiLeaks founder Julian
Assange about an email dump that would hurt Hillary
Clinton's campaign, saying in a text message to
BuzzFeed News: "Mr. Cohen's statement is not true."

Stone's text, which he made clear was a "statement,"
was just the one sentence, and he did not explain what
exactly about Cohen's testimony he maintained was
false. Stone, who is facing criminal charges for lying
to Congress, is under a gag order not to publicly
comment on his case, special counsel Robert Mueller's
investigation, or any "participants" in his case or the
investigation.

A spokesperson for the special counsel's office
declined to comment on whether they believe Stone's
statement complies with the judge's order.

Cohen is testifying Wednesday before the House
Oversight Committee. Cohen told members in his
opening statement Wednesday that Trump knew in
advance that WikiLeaks planned to release emails in
July 2016 that would harm Clinton's presidential bid.
On July 22, 2016, WikiLeaks released tens of thousands
of emails from the Democratic National Committee —
emails that Mueller's office has charged Russian
nationals with hacking and providing to WikiLeaks.
Over the next few months leading up to the election,
WikiLeaks would also release emails stolen from the
chair of Clinton's campaign, John Podesta.

Cohen told Congress that in July 2016, shortly before
the Democratic National Convention, which began on
July 25, he was in Trump's office when Stone called.
He later testified that he believed he learned about the
upcoming WikiLeaks release of DNC emails on July 18
or 19 — but he said he did not know if Stone and
Trump knew where the emails had come from.

"Mr. Trump put Mr. Stone on the speakerphone,"
Cohen said in his statement. "Mr. Stone told Mr.
Trump that he had just gotten off the phone with
Julian Assange and that Mr. Assange told Mr. Stone
that, within a couple of days, there would be a massive
dump of emails that would damage Hillary Clinton's
campaign."

Cohen said that Trump replied "to the effect of, 'wouldn't that be great.'"

Stone is <u>charged</u> with lying to Congress about his contacts with WikiLeaks. The indictment doesn't allege that Stone personally communicated with Assange or anyone else associated with WikiLeaks, but it accuses him of lying about directing associates to contact the group, and about telling Trump campaign officials about WikiLeaks and "intended future releases."

WikiLeaks and Stone have denied direct communications between Stone and Assange. In a Feb. 15 <u>tweet</u> responding to reports that federal prosecutors had communications between Stone and WikiLeaks, the group published a screenshot of a direct message exchange between Stone and the group in October 2016, with Stone criticizing WikiLeaks for "attacking" him, and WikiLeaks accusing Stone of making "false claims of association."



**CNN**  @CNN · Feb 15, 2019
JUST IN: Special counsel prosecutors say they have communications of Roger Stone with WikiLeaks cnn.it/2Ecet7f



*@wikileaks via Twitter / Via Twitter: @wikileaks*

On Wednesday, the WikiLeaks Twitter account
tweeted that Assange "has never had a telephone call
with Roger Stone." The group said it had teased
releases of "publications on Hillary Clinton" — in June
2016, Assange said in an interview that WikiLeaks was
going to publish more emails that Clinton sent or
received while she was Secretary of State, but those
comments didn't address emails stolen from the DNC.



**WikiLeaks**
@wikileaks

STATEMENT on Michael Cohen testimony to Congress:
WikiLeaks publisher Julian Assange has never had a
telephone call with Roger Stone. WikiLeaks publicly teased its
pending publications on Hillary Clinton and published > 30k of
her emails on 16 March 2016. wikileaks.org/clinton-emails/

9,292   2:09 PM - Feb 27, 2019

7,079 people are talking about this

*@wikileaks via Twitter / Via Twitter: @wikileaks*

According to the indictment that a grand jury
returned in the DNC hacking case brought by
Mueller's office, WikiLeaks confirmed via email to the
Russian defendants in July 18, 2016 that the
organization had the DNC documents and planned to
release them "this week."

Stone's indictment quotes emails that he allegedly
sent in July and August 2016 to one of his associates,
Jerome Corsi, about potentially communicating with
Assange at the Ecuadorian embassy in London, where
Assange has lived since 2012, about getting more
emails after the July 22, 2016, release by WikiLeaks.

"Get to [the head of Organization 1]," Stone wrote to
Corsi on July 25, 2016, according to the indictment.
"Get to [the head of Organization 1] [a]t Ecuadorian
Embassy in London and get the pending
[Organization 1] emails . . . they deal with Foundation,
allegedly."

During Wednesday's hearing, Rep. Debbie Wasserman
Schultz — who resigned as DNC chair in July 2016 after
the WikiLeaks release — asked Cohen if he believed
Trump "explicitly or implicitly" directed Stone to
contact WikiLeaks and say the campaign was
interested in hacked materials. Cohen replied, "I'm
not aware of that."

Cohen testified that Stone was not acting as an agent
of the campaign, characterizing him as a "free agent."

"He frequently reached out to Mr. Trump, and Mr.
Trump was very happy to take his calls," Cohen said.
"It was free service."

*This is a developing story. Check back for updates.*

**TOPICS IN THIS ARTICLE**

( Donald Trump )  ( Russia )


Zoe Tillman is a legal reporter with BuzzFeed News and is based in Washington, DC.

Contact Zoe Tillman at zoe.tillman@buzzfeed.com.

Got a confidential tip? Submit it here.

https://www.cnbc.com/2019/03/03/roger-stone-suggests-robert-mueller-framed-him-despite-gag-order.html



https://www.newsweek.com/roger-stone-instagram-adam-schiff-bullschiff-gag-order-1380741?utm_medium=Social&utm_campaign=NewsweekFacebookSF&utm_source=Facebook&fbclid=IwAR2JCWDQjRbfsgsSgcrwGO4pDzJoP0iPYG3NxRIoyDZ830laY3EtzVyGOYc



Former Trump adviser Roger Stone posted an image depicting House Intelligence Committee Chairman Adam Schiff, a Democrat, with the word "BULLSCHIFF," on March 29.

SCREENSHOT/INSTAGRAM





The judge in Roger Stone's case wants to review blacked-out sections of the Mueller report as she weighs a bid by Stone's lawyers to dismiss the case. | Win McNamee/Getty Images

**LEGAL**

# Judge demands unredacted Mueller report in Roger Stone case



rogerjstonejr • Follow

rogerjstonejr The Judge has ruled but @Politico gets most of the story wrong because they are biased elitist snot-nosed fake news shitheads who's specialty is distortion by omitting key facts to create a false

narrative #rogerstone did nothing wrong #politicalstone #fakenews

steelrain202 Fo..t

crashpitbull11 @rogerjstonejr why am I thinking this won't even go to trial

scott_334 It's against the law to leave out that info isn't it? That might be another way for the Dems to get this info!!

chortling_hyena she doesn't get it - Barr will straighten her out

thehumboldtshelf Roger 3 Dems 0 ≈

tightclubchampion How does this effect



326 likes

Log in to like or comment.



**Politics**

# Roger Stone Swings For The Fences; Court Filing Challenges Russiagate's Original Premise

May 12, 2019

rogerjstonejr · Follow

rogerjstonejr My attorneys challenged the entire " Russians hacked the DNC/CrowdStrike " claim by the Special Counsel in public Court filings" Help us in this vital fight at StoneDefenseFund.com #rogerstonedidnothingwrong #rogerstone @dbongino @tuckercarlson @tuckercarlsontonight @seanhannity @ingrahamangle #maga @realdonaldtrump

mojorojo_78 Get 'em!

obsessive_car_detailing Good luck sir

swalsh2 Those shades are absolutely wild roger

theuke67 Once the origins of this hoax is uncovered and prosecuted you should sue the fuck out of these deep state players! 🇺🇸

zacapa_ron8 Why are you asking for

379 likes

Log in





## US Govt's Entire Russia-DNC Hacking Narrative Based On Redacted Draft Of Crowdstrike Report – True Pundit

truepundit.com



rogerjstonejr • Follow



rogerjstonejr But where is the @NYTimes? @washingtonpost ? @WSJ? @CNN ? #rogerstonedidnothingwrong #maga #trump



masomorph21 Asleep in a coma: Or maybe praying to their overlords in Congress.

4h   3 likes   Reply



thecarolinaman1 We all know that the Washington D.C. establishment launched an entire hit job on then candidate Trump by weaponizing the Department of Justice- FBI- CIA, etc.

   

359 likes

Log in to like or comment.





## ☰  American Thinker

HOME    BLOG    ABOUT    RULES/FAQ

# Stone defense team exposes the 'intelligence community's' betrayal of their responsibilities

By Thomas Lifson

As the Russia Hoax is being unwound, we are learning some deeply disturbing lessons about the level of corruption at the top levels of the agencies charged with protecting us from external threats.  One jaw-dropping example has just been exposed by the legal team defending Roger Stone.

rogerjstonejr · Follow

rogerjstonejr Funny , No @nytimes or @washingtonpost coverage of this development #rogerstonedidnothingwrong
1h

audratoop Sarcasm, right? Because if you didn't know, it's almost like those who started the Russian Collusion bullshit are the ones who write for both.

ryansomething give em hell Roger

221 likes

Log in to like or comment.

