1IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.,

    Defendant.
_____/

## MOTION TO MODIFY PERMISSION TO TRAVEL

Defendant, Roger J. Stone, Jr., files this Motion to modify his travel permit granted by the Court [Dkt. 150]. The Court stated, *inter alia*, the "defendant may travel to Green Cove Springs, Florida on August 20, 2019 and to Belleview, Florida on August, 21, 2019. " *Id*. Stone's Pretrial approved travel itinerary includes him flying into Jacksonville, Florida (M.D. Fla.) on August 20, 2019, and driving straight to Green Cove Springs, Florida. Stone seeks permission via this Motion to stop and attend a luncheon event in Jacksonville, for employment purposes, before driving on to Green Cove Springs later that same day.

Counsel has communicated with Mr. Stone's Pretrial Services Officer who has stated Pretrial Services has no objection to the filing of this motion and requested their office be kept advised of the Court's ruling. Mr. Stone has provided Pretrial Services with the requested detailed documentation and will contact his Officer within the first business day by telepon upon his return. The Government has been has also been contacted and has no objection to the relief sought.

Mr. Stone respectfully requests that this Court grant this motion to modify his permission to travel and allow Mr. Stone to travel to the the Middle District of Florida during the dates outlined above.

Respectfully submitted,

By: */s/*_____

L. PETER FARKAS
HALLORAN FARKAS + KITTILA, LLP
DDC Bar No.: 99673
1101 30th Street, NW
Suite 500
Washington, DC 20007
Telephone: (202) 559-1700
Fax: (302) 257-2019
pf@hfk.law

BRUCE S. ROGOW
FL Bar No.: 067999
TARA A. CAMPION
FL Bar: 90944
BRUCE S. ROGOW, P.A.
100 N.E. Third Avenue, Ste. 1000
Fort Lauderdale, FL  33301
Telephone: (954) 767-8909
Fax: (954) 764-1530
brogow@rogowlaw.com
tcampion@rogowlaw.com
*Admitted pro hac vice*

ROBERT C. BUSCHEL
BUSCHEL GIBBONS, P.A.
D.D.C. Bar No. FL0039
One Financial Plaza, Suite 1300
100 S.E. Third Avenue
Fort Lauderdale, FL 33394
Telephone: (954) 530-5301
Fax: (954) 320-6932
Buschel@BGlaw-pa.com

GRANT J. SMITH
STRATEGYSMITH, PA
D.D.C. Bar No.: FL0036
FL Bar No.: 935212
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
Telephone: (954) 328-9064
gsmith@strategysmith.com

CHANDLER P. ROUTMAN
D.D.C. Bar No. 1618092
501 East Las Olas Blvd., Suite 331
Fort Lauderdale, FL 33301
Tele: (954) 235-8259
routmanc@gmail.com

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on August 9, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by CM/ECF.

                ___/s/ Chandler Routman_____
                Chandler Routman

*United States Attorney's Office for the*
   *District of Columbia*
Jessie K. Liu
**United States Attorney**
Jonathan Kravis
Michael J. Marando
**Assistant United States Attorneys**
Adam C. Jed
Aaron S.J. Zelinsky
**Special Assistant United States Attorneys**
555 Fourth Street, NW
Washington, DC 20530
Telephone: (202) 252-6886
Fax: (202) 651-3393

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.,

    Defendant.
_____/

**ORDER**

Upon consideration of defendant Roger J. Stone, Jr.'s Unopposed Motion to Modify Permission to Travel [Dkt. ___], the motion is GRANTED.

It is ORDERED that the defendant may travel to Green Cove Springs, Florida on August 20, 2019, stoping in Jacksonville, Florida, and to Belleview, Florida on August 21, 2019. Defendant shall provide Pretrial Services with a copy of this Order and his specific travel itinerary for the trip prior to his departure from the Southern District of Florida. Defendant may not travel to any location aside from that set out above and must contact Pretrial Services within the first business day by telephone upon his return.

    **SO ORDERED.**

_____
AMY BERMAN JACKSON
United States District Judge

cc:    all counsel of record