**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Case No.: 1:19-CR-00018-ABJ**

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ROGER J. STONE, JR.,

       Defendant.

_____/

**ORDER**

Upon consideration of defendant Roger J. Stone, Jr.'s Unopposed Motion to Modify Permission to Travel [Dkt. ____], the motion is GRANTED.

It is ORDERED that the defendant may travel to Green Cove Springs, Florida on August 20, 2019, stoping in Jacksonville, Florida, and to Belleview, Florida on August 21, 2019.  Defendant shall provide Pretrial Services with a copy of this Order and his specific travel itinerary for the trip prior to his departure from the Southern District of Florida.  Defendant may not travel to any location aside from that set out above and must contact Pretrial Services within the first business day by telephone upon his return.

       **SO ORDERED.**

_____
AMY BERMAN JACKSON
United States District Judge

cc:    all counsel of record