IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.,

    Defendant.
_____/

**ROGER J. STONE'S RESPONSE TO
GOVERNMENT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE AND
ARGUMENT REGARDING THE GOVERNMENT'S INVESTIGATION AND
PROSECUTION OF THIS AND RELATED CASES (Dkt. #154)**

Roger Stone does not intend at this point, but also does not foreclose the necessity, to put on evidence of the government's "misconduct," including arresting him with unnecessary and excessive force.

However the government's motion is both premature and overbroad. It is not possible to determine the proper scope and relevancy of defense arguments and evidence months before the government puts on its case. For example, if Jerome Corsi testifies, the question of why he, who was offered a plea agreement, refused it, but was never charged, was allowed to escape a false statement prosecution, may become a subject of both evidence and argument.

Other witnesses' testimonies may also present reasons for questioning the government's conduct of the investigation and prosecutorial decisions. The multiple violations of House Rules by Members of the House Committee, and the government's choosing to disregard them in the course of the investigation and prosecution of Stone may become a subject of evidence and argument which would legitimately cast aspersions on the prosecution's decision-making in

deciding to prosecute Stone. For example, should Randy Credico be called to testify, a legitimate line of questions to him could concern the role the behavior of Members of Congress, relative to the House Committee appearances of Michael Caputo and Roger Stone, played in his decision not to appear.

These examples, and numerous other possibilities of the need for evidence and argument, require that the Court defer decisions on relevancy and admissibility until trial, or, at the least, nearer to trial when the Court will have a clearer picture of what may be presented at trial.

## CONCLUSION

It is not Stone's intention to put on evidence of the facts of his arrest. But as to whether there were mistakes or wrong doings by government agencies, members of Congress, investigatory methods, etc., cross examinations may present relevant opportunities to properly raise issues which might be within the proscriptions the government seeks to impose now. The Court should deny the government's Motion in Limine, Dkt. 154, and address its requests if and when a need occurs at trial.

Respectfully submitted,

By: */s/*_____

L. PETER FARKAS  
HALLORAN FARKAS + KITTILA, LLP  
DDC Bar No.: 99673  
1101 30th Street, NW  
Suite 500  
Washington, DC 20007  
Telephone: (202) 559-1700  
Fax: (302) 257-2019  
pf@hfk.law  

BRUCE S. ROGOW  
FL Bar No.: 067999  
TARA A. CAMPION  
FL Bar: 90944  
BRUCE S. ROGOW, P.A.  
100 N.E. Third Avenue, Ste. 1000  
Fort Lauderdale, FL  33301  
Telephone: (954) 767-8909  
Fax: (954) 764-1530  
brogow@rogowlaw.com  
tcampion@rogowlaw.com  
*Admitted pro hac vice*

| | |
|---|---|
| ROBERT C. BUSCHEL | GRANT J. SMITH |
| BUSCHEL GIBBONS, P.A. | STRATEGYSMITH, PA |
| D.D.C. Bar No. FL0039 | D.D.C. Bar No.: FL0036 |
| One Financial Plaza, Suite 1300 | FL Bar No.: 935212 |
| 100 S.E. Third Avenue | 401 East Las Olas Boulevard |
| Fort Lauderdale, FL 33394 | Suite 130-120 |
| Telephone: (954) 530-5301 | Fort Lauderdale, FL 33301 |
| Fax: (954) 320-6932 | Telephone: (954) 328-9064 |
| Buschel@BGlaw-pa.com | gsmith@strategysmith.com |

CHANDLER P. ROUTMAN
D.D.C. Bar No. 1618092
501 East Las Olas Blvd., Suite 331
Fort Lauderdale, FL 33301
Tele: (954) 235-8259
routmanc@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 9, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by CM/ECF.

          ___/s/ Robert Buschel_____
          Robert Buschel

*United States Attorney's Office for the*
 *District of Columbia*


Jessie K. Liu
**United States Attorney**
Jonathan Kravis
Michael J. Marando
**Assistant United States Attorneys**
Adam C. Jed
Aaron S.J. Zelinsky
**Special Assistant United States Attorneys**
555 Fourth Street, NW
Washington, DC 20530
Telephone: (202) 252-6886
Fax: (202) 651-3393