**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Case No.: 1:19-CR-00018-ABJ**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROGER J. STONE, JR.,

        Defendant.
_____/

**ROGER J. STONE'S RESPONSE TO
GOVERNMENT'S MOTION IN LIMINE TO ADMIT THE "UPLOAD" OR
"CREATION" DATE FOR VARIOUS VIDEOS (Dkt. #155)**

Roger Stone does not object to the veracity of the business records attached to the government's motion. However, Stone reserves and preserves all of his objections to all the videos noted in the government's motion, on the basis of, *inter alia*, admissibility, relevance, prejudice, and accuracy of the claimed timeline the government seeks to draw from the business record upload dates.

        Respectfully submitted,

        By: */s/*_____

L. PETER FARKAS
HALLORAN FARKAS + KITTILA, LLP
DDC Bar No.: 99673
1101 30th Street, NW
Suite 500
Washington, DC 20007
Telephone: (202) 559-1700
Fax: (302) 257-2019
pf@hfk.law

BRUCE S. ROGOW
FL Bar No.: 067999
TARA A. CAMPION
FL Bar: 90944
BRUCE S. ROGOW, P.A.
100 N.E. Third Avenue, Ste. 1000
Fort Lauderdale, FL  33301
Telephone: (954) 767-8909
Fax: (954) 764-1530
brogow@rogowlaw.com
tcampion@rogowlaw.com
*Admitted pro hac vice*

| | |
|---|---|
| ROBERT C. BUSCHEL | GRANT J. SMITH |
| BUSCHEL GIBBONS, P.A. | STRATEGYSMITH, PA |
| D.D.C. Bar No. FL0039 | D.D.C. Bar No.: FL0036 |
| One Financial Plaza, Suite 1300 | FL Bar No.: 935212 |
| 100 S.E. Third Avenue | 401 East Las Olas Boulevard |
| Fort Lauderdale, FL 33394 | Suite 130-120 |
| Telephone: (954) 530-5301 | Fort Lauderdale, FL 33301 |
| Fax: (954) 320-6932 | Telephone: (954) 328-9064 |
| Buschel@BGlaw-pa.com | gsmith@strategysmith.com |

CHANDLER P. ROUTMAN
D.D.C. Bar No. 1618092
501 East Las Olas Blvd., Suite 331
Fort Lauderdale, FL 33301
Tele: (954) 235-8259
routmanc@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 9, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by CM/ECF.

          ___/s/ Robert Buschel _____
              Robert Buschel

*United States Attorney's Office for the District of Columbia*

Jessie K. Liu
**United States Attorney**
Jonathan Kravis
Michael J. Marando
**Assistant United States Attorneys**
Adam C. Jed
Aaron S.J. Zelinsky
**Special Assistant United States Attorneys**
555 Fourth Street, NW
Washington, DC 20530
Telephone: (202) 252-6886
Fax: (202) 651-3393