# Exhibit A - Transcript

[(click here for video clip of the scene)](#)

EXT. ARMY POST - DAY

Five cars brimming with Army guards and Agents are waiting to move Pentangeli.  There is one empty car.

INT. GUARDED HOUSE - DAY

The two FBI Agents are helping Pentangeli get dressed.  He's in brightly colored striped shorts and bare-chested.  The Agents help him with the shirt and tie.  One holds out the trousers but Pentangeli ignores it and looks at himself in the mirror.

> FBI MAN #1
> Ready, Frankie.

> PENTANGELI
> Let's go.

The Agents open the door, and precede him, surveying the area.  They check the cars waiting, each with two Agents.  They check the gate and note the military sentries.  Then they stand aside, and let Pentangeli come out.  They get close to his side, and it is obvious they will protect his life with their own.

EXT. ARMY POST - DAY

The Agents put him in the front seat of the empty car, and get in with him, one at each side.  Another Agent drives.  Now, the first cars start out; the Sentries opening the gates, and letting the caravan pass.

An Army supply truck comes very close to them, and the Agents next to Pentangeli become very tense.  Pentangeli grins.  Then the truck passes on, and they relax.

INT. SENATE CAUCUS ROOM - DAY

The room is crowded with TV journalists, cameras, etc.  We pick Pentangeli up, closely guarded, being led to witness chair.

Pentangeli is seated, and made to take his oath.  FBI Agents are all around him.

MED. VIEW

Anyone given entrance to the caucus room is being frisked.  The five Senators take their places.

VIEW ON HAGEN

waiting at his long table, very nervous.  He seems startled by the appearance of Pentangeli.

VIEW ON PENTANGELI

catching Hagen's eye.  It's as though he is pleading for some kind of understanding of the fact that he has become a traitor.

VIEW ON HAGEN

cold; then he turns away.

VIEW ON THE ENTRANCE

The bustle is settling down; then Michael Corleone enters, and with him is someone very peculiar and out of keeping for this setting.  A burly-chested imposing man of middle age.  Very powerful-looking with frightening magnetic eyes.  His dress is odd: boots, rough tie, and shirt.  He could be the tenor out of a Sicilian opera.  He is clearly a country Don, direct from Sicily, and he dominates the room.

VIEW ON PENTANGELI

At first his view is blocked.  Then he sees Michael and is a bit shamefaced, but still defiant.

PENTANGELI'S POV

Michael returns his glances without emotion.  Then the VIEW ALTERS, revealing the Sicilian.

VIEW ON PENTANGELI

He is terror stricken; obviously he recognizes the man.

VIEW ON HAGEN'S TABLE

Michael and the Sicilian sit by Hagen, where they can stare directly at Pentangeli; he is frozen with fear.

VIEW ON THE SENATOR

Notices the tension in the room.  The Chairman commences:

> SENATOR KANE
> We have here a witness who will
> testify further on Michael
> Corleone's rule of the criminal
> empire that controls gambling in
> this country and perhaps in other
> countries.  This witness had no
> buffer between himself and Michael
> Corleone.  He can corroborate our
> charges on enough counts for this

>               committee to consider a charge of
>               perjury against Michael Corleone.
>                         (then he turns to Pentangeli)
>               Your name please, for the record.
>
>                         PENTANGELI
>               Frank Pentangeli.
>
>                         SENATOR KANE
>               Were you a member of the Corleone
>               Family?  Were you under the
>               Caporegime Peter Clemenza, under
>               Vito Corleone, known as the
>               Godfather?

There is a long silence.

VIEW ON PENTANGELI

He seems unable to speak.

VIEW ON THE SICILIAN

gazing at him.

VIEW ON PENTANGELI

>                         PENTANGELI
>               I never knew no Godfather.  I got
>               my own family.

Senator Kane is stunned.  The two FBI men are alert, their eyes searching the room for what has intimidated their witness at the last moment.

>                         SENATOR KANE
>               Mr. Pentangeli, you are
>               contradicting your confessions to
>               our investigators; I ask you again,
>               were you a member of a crime
>               organization headed by Michael
>               Corleone?
>
>                         PENTANGELI
>               No.  I never heard of it.  I never
>               heard of nothing like that.  I was
>               in the olive oil business with his
>               father a long time ago.  That's all.
>
>                         SENATOR KANE
>               We have your confession that you
>               murdered on the orders of Michael
>               Corleone.  Do you deny that
>               confession and do you know what
>               denying that confession will mean
>               to you?

The die is cast and like a good soldier, Pentangeli will go all the way now.  So he is brazen in his defiance of the Senator.

>                    PENTANGELI
>           The FBI guys promised me a deal.
>           So I made up a lot of stuff about
>           Michael Corleone.  Because then,
>           that's what they wanted.  But it
>           was all lies.  Everything.  They
>           said Michael Corleone did this,
>           Michael Corleone did that.  So I
>           said, "Yeah, sure."

He makes a big grin to show how he has made fools of everybody.

VIEW ON THE FBI AGENTS

glancing around the room; their eyes have settled on the Sicilian.  One of them scribbles a note on a piece of paper, and passes it to the Committee lawyer.  Then in turn it goes to Senator Kane.

>                    SENATOR KANE
>           Mr. Hagen, would you kindly identify
>           to this committee that gentleman
>           sitting on your right hand?
>
>                    HAGEN
>                (coolly)
>           Yes, sir.  His name is Vincenzo
>           Pentangeli.
>
>                    SENATOR KANE
>           Is he related to the witness?
>
>                    HAGEN
>           He is, I believe, a brother.

VIEW ON MICHAEL AND VINCENZO PENTANGELI

They wait with no expression.

>                    SENATOR KANE
>                (to Vincenzo Pentangeli)
>           Sir, I would like you to take the
>           stand.

Vincenzo stares at him, uncomprehending.  There may just be a shadow of contempt.  He doesn't answer.

>                    HAGEN
>           Sir, the gentleman does not
>           understand English.  He would not
>           in any case, take the stand.  He
>           came, at his own expense, to aid

> his brother in his trouble.  He is
> not under any jurisdiction of our
> government and his reputation in
> his own country is impeccable.
>
> SENATOR KANE
> (furious)
> The witness is excused; take him out.

The guards and FBI Agents quickly remove Pentangeli, as everybody else in the room is required to sit still.

> HAGEN
> Senator Kane.
>
> SENATOR KANE
> This meeting is adjourned.
>
> HAGEN
> (rising and shouting)
> This committee owes an apology!
>
> SENATOR KANE
> The committee is adjourned until
> further notice.

For the first time, in the midst of the confusion, Hagen smiles.  A bitter, contemptuous smile.

VIEW ON MICHAEL

The modest champion.  He rises and they take their leave.

VIEW ON THE TWO FBI AGENTS

They watch the Corleone party as they exit.