**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

**AUG 1 2 2019**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 19-cr-18-ABJ |
| ROGER J. STONE, JR., | |
| Defendant. | |

## ORDER

This matter having come before the Court pursuant to the motion of the United States for leave to file under seal its motion for *in camera* review of redacted witness statements, it is hereby ORDERED that the government's motion is GRANTED, and the government's motion for *in camera* review of redacted witness statements and the government's motion to seal are sealed until further order of the Court. The Court will reconsider the government's motion to seal at the conclusion of the trial in this case.

Date: 8/12/19

AMY BERMAN JACKSON
United States District Judge