**1IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Case No.: 1:19-CR-00018-ABJ**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROGER J. STONE, JR.,

Defendant.
_________________________________/

**MOTION FOR PERMISSION TO TRAVEL**

Defendant, Roger J. Stone, Jr., files this Motion for Permission to Travel during the following days in September:

1. From September 6 to September 8, 2019, to Stamford, Connecticut, located in the United States District of Connecticut, for a family reunion;

2. From September 12 to September 14, 2019, to Buffalo, New York, located in the United States District for the Western District of New York, for employment opportunities;

3. From September 19 to September 24, 2019, to California for employment opportunities. Specifically he is seeking permission to travel:

a) September 19 to September 20, 2019, to Los Angeles, California, located within the United States District for the Central District of California;

b) September 21, 2019, to Tarzana, California, located within the United States District for the Central District of California;

c) September 22, 2019, to Encinitas, California, located within the United States District for the Southern District of California; and

d) September 23, 2019, to Woodland Hills, California, located within the United States District for the Central District of California.

Counsel has communicated with Mr. Stone's Pretrial Services Officer who has stated Pretrial Services has no objection to the filing of this motion and requested their office be kept advised of the Court's ruling. Mr. Stone has provided Pretrial Services with the requested detailed documentation and will contact his Officer upon his return. The Government has been has also been contacted and has no objection to the relief sought.

Mr. Stone respectfully requests that this Court grant this motion for permission to travel and allow Mr. Stone to travel to the United States Districts during the dates outlined above.

Respectfully submitted,

By: */s/*___________________

BRUCE S. ROGOW
FL Bar No.: 067999
TARA A. CAMPION
FL Bar: 90944
**BRUCE S. ROGOW, P.A.**
100 N.E. Third Avenue, Ste. 1000
Fort Lauderdale, FL 33301
Telephone: (954) 767-8909
Fax: (954) 764-1530
brogow@rogowlaw.com
tcampion@rogowlaw.com
*Admitted pro hac vice*

L. PETER FARKAS
**HALLORAN FARKAS + KITTILA, LLP**
DDC Bar No.: 99673
1101 30th Street, NW
Suite 500
Washington, DC 20007
Telephone: (202) 559-1700
Fax: (302) 257-2019
pf@hfk.law

ROBERT C. BUSCHEL
**BUSCHEL GIBBONS, P.A.**
D.D.C. Bar No. FL0039
One Financial Plaza, Suite 1300
100 S.E. Third Avenue
Fort Lauderdale, FL 33394
Telephone: (954) 530-5301
Fax: (954) 320-6932
Buschel@BGlaw-pa.com

GRANT J. SMITH
**STRATEGYSMITH, PA**
D.D.C. Bar No.: FL0036
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
Telephone: (954) 328-9064
gsmith@strategysmith.com

**CHANDLER P. ROUTMAN**
D.D.C. Bar No. 1618092
501 East Las Olas Blvd., Suite 331
Fort Lauderdale, FL 33301
Tele: (954) 235-8259
routmanc@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on ________, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by CM/ECF.

*United States Attorney's Office for the District of Columbia*

JESSIE K. LIU
**United States Attorney**
JONATHAN KRAVIS
MICHAEL J. MARANDO
**Assistant United States Attorneys**
ADAM C. JED
AARON S.J. ZELINSKY
**Special Assistant United States Attorneys**
555 Fourth Street, NW
Washington, DC 20530
Telephone: (202) 252-6886
Fax: (202) 651-3393

*Pretrial Services (via email)*

CHRISTINE SCHUCK
**PRETRIAL SERVICES OFFICER**
US District Court Unit
Pretrial Services Agency for the District of Columbia
333 Constitution Ave NW Suite #2507
Washington DC 20001
Desk: (202)442-1017
Main: (202)442-1000
Fax: (202)442-1001

By: */s/ Chandler Routman*
CHANDLER ROUTMAN