**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED
AUG 13 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia**

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. 19-cr-18-ABJ |
| ROGER J. STONE, JR., | |
| Defendant. | |

## ORDER

This matter having come before the Court pursuant to the motion of the United States for *in camera* review of redacted witness statements, it is hereby ORDERED that the government's motion is GRANTED. On or before August 26, 2019 the government shall submit to the Court for *in camera* review the records of witness statements discussed in the motion showing the proposed redactions, as well as the grand jury transcript of the witness.

Date: 8/13/19

AMY BERMAN JACKSON
United States District Judge