**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Crim. Action No. 19-0018 (ABJ) |
| ) | |
| ROGER J. STONE, JR., ) | |
| ) | |
| Defendant.  ) | |

**ORDER**

Upon consideration of defendant Roger J. Stone, Jr.'s unopposed Motion to Modify Permission to Travel [Dkt. # 177], the motion is GRANTED.

It is ORDERED that the defendant may travel to:

1. Stamford, Connecticut from September 6 to September 8, 2019;
2. Buffalo, New York from September 12 to September 14, 2019;
3. Los Angeles California from September 19 to September 20, 2019;
4. Tarzana, California on September 21, 2019;
5. Encinitas, California on September 22, 2019;
6. Woodland Hills, California on September 23, 2019.

Defendant shall provide Pretrial Services with a copy of this Order and his specific travel itinerary for each trip prior to his departure from the Southern District of Florida. Defendant may not travel to any location aside from that set out above and must contact Pretrial Services within the first business day by telephone upon his return.

**SO ORDERED**.

AMY BERMAN JACKSON
United States District Judge

DATE: August 15, 2019