UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>ROGER J. STONE, JR.,<br><br>          Defendant. | Criminal No. 19-cr-18-ABJ |

## ORDER

Upon consideration of the Democratic National Committee ("DNC") and DCCC's Motion for Leave to File Opposition to Defendant's Request for Rule 17(c) Subpoena, it is this _____ day of August, 2019, hereby

ORDERED, that the Motion is Granted; it is further

ORDERED that the DNC and DCCC's Opposition to Defendant's Request for Rule 17(C) Subpoena, attached as an exhibit to the DNC and DCCC's Motion, shall be filed on the docket.

<br>

                                                                                                             THE HONORABLE AMY BERMAN JACKSON
                                                                                                             UNITED STATES DISTRICT JUDGE