## JURY QUESTIONNAIRE

You have been selected as a potential juror in the case of *United States of America v. Roger J. Stone*.  As part of the jury selection process in this case, the Court asks that you complete the attached questionnaire today, and will ask that you return next week to complete the jury selection process. The trial is scheduled to begin November 5, 2019, and it is expected to last approximately two (2) weeks, but could run longer. Those selected as members of the jury will live at home and have their evenings and weekends free to themselves. The Court will not sit on November 11, 2019.  Your contact with other people will not be restricted, although beginning now and continuing until you have been excused from further service by the Court, you will not be permitted to talk about the case with anyone, or to read, listen to, or watch any press coverage the case might receive.

In this case, the government has accused the defendant of obstructing an official proceeding, making false statements, and witness tampering. More detailed description of all of the charges will be given at the beginning of the trial.

The defendant in this case is Roger Stone. Mr. Stone has pleaded not guilty to all of the charges and is presumed to be innocent of the charges. The purpose of the jury selection process is to select jurors who have no bias toward either side of the case, can keep an open mind, and can follow the judge's instructions. Our goal is to select a jury that will reach a verdict based solely on the evidence presented in the courtroom and the law as the Court instructs you. The information which you give in your answers to this questionnaire will be used only by the Court and the parties to select a qualified jury. The purpose of this questionnaire is to save time and avoid jurors having to sit around and wait before they answer these or similar questions in person. The purpose of these questions is not to ask unnecessarily about your personal matters. It

is solely to determine whether a prospective juror can decide this criminal case fairly, objectively, and impartially.

To protect your identity, the only page that contains your name is the certification page, which will remain confidential and will be shared only with court personnel and the attorneys. After a jury has been selected, all copies of your response to this questionnaire will be returned to the Clerk of the Court and kept in confidence, under seal, away from public viewing. This questionnaire will NOT be made public. The attorneys are under orders to maintain the confidentiality of any information they learn in the course of reviewing this questionnaire.

Please answer each question below as completely and as accurately as you reasonably can. Please remember there are no right or wrong answers, only complete and incomplete answers. All that matters is that your answers are truthful. Your complete written answers will save a great deal of time for the Court, for the lawyers, and for you, and your full candor will give the Court and both parties the opportunity to select a fair and impartial jury.

Please print your answers and please use ink only. Please fill out the entire questionnaire. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" rather than leaving the form blank. If you cannot answer a question because you do not understand it, write "do not understand" in the space after the question. If you cannot answer a question because you do not know the answer, write "do not know" in the space after the question. If at any point in answering this questionnaire you need more space to complete your answer, please continue your answer on the blank sheets of paper provided at the end of this questionnaire. Be sure to indicate on the blank page the number of the question you are answering.

Please answer the questions by yourself and without the help of anyone else. Please do

not discuss the questions or your answers with anyone, including your family members. It is extremely important that the answers in this questionnaire are yours and yours alone.

In addition, now that you are a prospective juror, you MUST follow the instructions listed below until you have been excused from further service in this case.

DO NOT at any time discuss this case or questionnaire with anyone, including your spouse, significant other, friends, family members, or other members of this jury panel.

DO NOT let anyone, including friends, family members, court personnel, parties to this case, or persons involved in this case, talk to you about your views or any aspect of this case or questionnaire except officially in the courtroom.

DO NOT read anything whatsoever about this case, including on the internet or social media, and please avoid any newspaper or social media accounts that may relate to this case.

DO NOT post anything on the internet or blog about the case.

DO NOT read or listen to any news accounts, whether in a newspaper, on the internet, in social media, on television, or on the radio concerning this case or the defendant, Roger Stone.

DO NOT communicate with anyone about this case or your potential jury service. This includes through the use of any cell phone, computer, or any other form of electronic communication, including through text, email, instant message or any other form of communication. This also includes social media, including but not limited to Twitter, Facebook, YouTube, Skype, LinkedIn, Instagram, or any other social media.

Finally, you are expected to sign your questionnaire, and your answers will be given the same effect as a statement given to the Court and under oath. You are sworn to give true and complete answers to all questions.

Thank you for your cooperation with these instructions and for your careful and honest

responses to the questionnaire. Your forthright and full cooperation is of vital importance to the

Court and the parties.

_____
THE HONORABLE AMY BERMAN JACKSON
United States District Judge

Juror Number: _____

Gender: _____

IN COMPLETING THIS QUESTIONNAIRE, PLEASE USE THE SPACE PROVIDED IN EACH QUESTION. IF YOU NEED MORE SPACE, PLEASE USE THE PAGES PROVIDED AT THE END OF THE QUESTIONNAIRE, INDICATING THE NUMBER OF THE APPLICABLE QUESTION.

TERMS:

In this Questionnaire, certain questions are asked about you, members of your immediate family, and close personal friends.  Immediate family includes parents and grandparents, children and grandchildren, aunts and uncles and cousins you see on a regular basis and consider yourself close to. Close personal friends means friends who are like family and who you talk to on a regular basis and share private matters with.

PRELIMINARY MATTERS

1.      The trial in this case may last approximately two (2) weeks, and could run longer. The typical trial day lasts from 9:00 a.m. to 5:00 p.m., with 15-minute breaks in the morning and afternoon and a lunch break from approximately 12:30 p.m. to 1:45 p.m., Monday through Friday. If there is any reason why you are not available for service during the period beginning November 5, 2019, and ending approximately November 20, 2019, please explain .

_____
_____
_____


2.      Are you able to read, write and understand the English language?

        a. Yes ____      With Difficulty____      No  ____

If yes, do you feel that you are able to complete this questionnaire without another's assistance?

        b. Yes ____      No  ____




**IF __EITHER__ OF YOUR ANSWERS TO QUESTIONS 2(a) and 2(b) IS A "NO," THEN PLEASE COMPLETE THE CERTIFICATION ON THE LAST PAGE AND RETURN THE QUESTIONNAIRE WITHOUT ANSWERING ANY ADDITIONAL QUESTIONS.**

3.      Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person?

Yes _____      No _____


4.      Do you have any physical or medical condition, or are you taking any medication on a regular basis that would make it unusually difficult for you to serve as a juror in this case or to sit for long periods of time without a break?

Yes _____      No _____


5.      Do you have any difficulty hearing that is not corrected with a hearing aid or any difficulty seeing that is not corrected by glasses or contact lenses?

Yes _____      No _____


6.      Do you have any personal, professional, educational or financial obligations that would prevent you from giving your full attention or prevent you from being present in Court for the duration of the trial?

Yes _____      No _____


## BACKGROUND INFORMATION


7.      What is your date of birth? _____


8.      What is your marital status? (Check all that apply.)

        Single and never married_____
        Married _____   (# of years:_____)
        Separated_____ (# of years:_____)
        Divorced_____ (# of years:_____)
        Divorced and remarried_____ (# of years: _____)
        Living with significant other (domestic partner)_____ (# of years:_____)
        Widow or Widower_____(# of years:_____)

[Note: If living with someone, please provide information about your "significant other" or "domestic partner" on every question where information is requested about a "spouse."]

# EMPLOYMENT AND EDUCATION

9.      What is your occupational status? (Check all that apply.)

Work full-time outside the home____

Work part-time outside the home____

Full-time homemaker____

Homemaker with part-time employment____

Volunteer full-time with charitable organization____

Volunteer part-time with charitable organization____

Unemployed – looking for work____

Unemployed – not looking for work____

Full-time student____

Part-time student____

Retired____

Disabled____

Other (please specify)_____

       A.      If you are a student (full or part-time), please describe your area of study:

_____

       B.      If you are currently employed, please state your current occupation, name of your employer, how long you have worked for your current employer, job title, primary responsibilities, and number of people you supervise (if any):

_____

_____

_____

_____

_____

       C.      If you are currently unemployed, retired, disabled or otherwise not employed outside the home, please state your last full time job, name of employer, job duties and how many years it has been since you were so employed:

_____

_____

_____

_____

10.    Describe your spouse's current occupation, employer, primary responsibilities and length of employment:

_____

_____

_____

_____


11.    Check the highest level of education attained by you and your spouse.

|                                      | You       | Spouse    |
|--------------------------------------|-----------|-----------|
| Grade school or less                 | _____ | _____ |
| Some high school                     | _____ | _____ |
| High school graduate                 | _____ | _____ |
| Technical or business school         | _____ | _____ |
| Some college                         | _____ | _____ |
| 2-year college degree                | _____ | _____ |
| 4-year college degree                | _____ | _____ |
| Post-graduate study – no degree      | _____ | _____ |
| Graduate degree                      | _____ | _____ |


12.    If you have any education or training beyond high school, please provide the following:

College or school: _____

Major area(s) of study: _____

Degrees or certificates: _____

13.     Check to indicate whether you or your spouse (significant other, domestic partner) has taken any courses, received any training, or sought or obtained employment, in any of the following fields:

|  | You | Spouse |
|---|---|---|
| Law/Paralegal/Legal Field | _____ | _____ |
| Criminal Justice/Law Enforcement | _____ | _____ |
| Security/Intelligence | _____ | _____ |
| International Relations | _____ | _____ |
| Journalism/Media/Communications | _____ | _____ |

For any item checked, please describe the training or employment:

_____

_____

_____

_____

## ORGANIZATIONAL AFFILIATIONS AND ACTIVITIES

14.     Are you currently or have you ever been a member or regular participant in any civic, social, union, professional, business, fraternal, recreation or other community groups or charitable organizations?

Yes ____     No ____

If yes, please list the names of those groups or organizations, your role and how long a member:

_____

_____

_____

_____

**PRIOR JURY SERVICE**

15.     Have you ever served on a grand jury or jury in a trial?

Yes ____     No ____

If yes, how many times have you served as a juror in a trial? _____

If yes, have you ever served as a foreperson? _____

If yes, how many times? ____


If yes, for each trial jury service, please indicate:

| Year | Federal or State | Civil or Criminal | Charge or Type of Case | Verdict Reached | |
|------|------------------|-------------------|------------------------|-----|-----|
| _____ | _____ | _____ | _____ | Yes | No |
| _____ | _____ | _____ | _____ | Yes | No |
| _____ | _____ | _____ | _____ | Yes | No |
| _____ | _____ | _____ | _____ | Yes | No |
| _____ | _____ | _____ | _____ | | |

If you served as a grand juror, how many times did you serve as a grand juror? _____


16.     If you served as a juror, is there anything about your previous experience as a juror that would affect your ability to serve as a juror in this case?

Yes ____     No ____

If yes, please explain:

_____

_____

_____

_____

## MEDIA EXPOSURE

17.     What are your primary sources for local and national news and information? (Check all that apply)

Newspapers (including online) _____   TV/cable _____   Blogs/websites _____   Social Media _____

Radio _____   News magazines _____   Word of mouth/conversations _____

Other sources (specify) _____   Do not follow local or national news _____

Please identify by names your primary sources of news and information:

_____

_____

_____


18.     Do you ever listen to political commentators on TV or talk radio?

Yes ___     No ___

If yes, please list the commentators you listen to:

_____

_____

_____


19.     Have you written anything for public consumption about the defendant, the House Permanent Select Committee on Intelligence investigation into Russian interference in the 2016 presidential election, or the investigation conducted by Special Counsel Robert Mueller?  For purposes of this question, writing for public consumption includes blog posts, articles, or posts on internet sites that are accessible to the general public.

Yes ___     No ___

If yes, please describe when and where you did so and the subject of your comments:

_____

_____

_____

20.      Have you or any close friend or family member ever run for or held a political office in the federal, state, or local government? Yes ___    No ___

If yes, would anything about that person's running for or holding political office cause  you to form an opinion about the defendant's guilt or innocence? Yes ___      No ___

If yes, please explain:

_____

_____

_____


21.      What are your favorite TV shows?

(1)_____      (2) _____


22.      How closely have you followed media reports relating to investigations into Russia interference in the 2016 election?

Very Closely _____ Somewhat Closely _____ Not too closely _____ Not at all _____


23.      To assure that the decision of jury in this case is not based upon influences outside the courtroom, the Court instructs that you must avoid reading about the case in the newspapers or listening to any radio or television reports concerning this case including news coverage or communications on the internet or social media. You may not discuss or communicate about this case with your family, friends or co-workers or anyone else including on the internet or social media. Also, until you retire to deliberate, you may not communicate about this case with your fellow jurors. Will you be able to follow these instructions?

Yes ___      No ___

If no, please explain:

_____

_____

_____

## KNOWLEDGE OF TRIAL PARTICIPANTS AND THE CASE

The charges in this case arise out events that occurred in 2016-2018, including the testimony of Roger Stone before the House Permanent Select Intelligence Committee (HPSCI) on September 26, 2017. There is nothing wrong with having heard or read something about this case. It is important that you truthfully and fully answer the following questions concerning your knowledge about the case and trial participants.

24.     Please mark if you or anyone close to you has any connections to any of the following individuals.  If so, please explain below:

Defendant Roger Stone          Yes ____     No ____

United States District Judge Amy Berman Jackson          Yes ____     No ____

<u>Assistant United States Attorneys</u>

Adam Jed                          Yes ____     No ____

Jonathan Kravis                   Yes ____     No ____

Michael Marando                   Yes ____     No ____

Aaron Zelinsky                    Yes ____     No ____

<u>Counsel for the Defendant</u>

Robert Buschel                    Yes ____     No ____

Tara Campion                      Yes ____     No ____

Bruce Rogow                       Yes ____     No ____

Chandler Routman                  Yes ____     No ____

Grant Smith                       Yes ____     No ____


If yes, please explain:

_____

_____

_____

25.     A list is attached at the end of this questionnaire containing the names of people who may either be witnesses in the case or who may be discussed during the trial. Please review the list and identify any names that you recognize.  **[THE PARTIES WILL PROVIDE THIS LIST TO THE COURT SEPARATELY]**

_____

_____

_____

_____


26.     Have you, any family member or close personal friend been employed or had any association or connection with Congress or a congressional committee?

Yes ____     No ____


If yes, to any of the above, please explain in detail your (his/her) employment, association or connections:

_____

_____

_____

_____


27.     Have you worked or volunteered for any 2016 presidential campaign?

Yes____     No____

28.     Have you, any family member or close personal friend participated or had any connection with any other government agency, group, organization, committee or subcommittee, public or private group or organization, including any media group or organization that has investigated or made inquiry into the circumstances surrounding Russian interference in the 2016 presidential election?

Yes ____     No ____

If yes, please explain:

_____

_____

_____

_____


29.     What have you read, seen or heard about the defendant, Roger Stone, and the charges in this case, to include any statements made by or attributed to Mr. Stone?

_____

_____

_____

_____

_____


30.     Have you formed or expressed any opinion about Mr. Stone, the charges in this case, or about his guilt or innocence in this case?

Yes ____     No ____

31.     Some of the witnesses in this case may be people who were involved in crimes themselves. They would testify as part of a cooperation agreement with the government, or as part of a guilty plea, or under an order from the Court giving them immunity. Is there anything about that circumstance that will make it difficult for you to evaluate their testimony fairly and impartially in accordance with the Court's instructions?

Yes ____      No ____

If yes, please explain:

_____

_____

_____


### EMPLOYMENT WITH LAW, LAW ENFORCEMENT & THE COURTS

32.     Have you, a family member, or close friend ever worked in any aspect of the legal field as a lawyer, prosecutor, criminal defense attorney, legal secretary, paralegal, court reporter, investigator, law clerk, judge, etc.?

Yes ____      No ____

If yes, please explain:

_____

_____

_____

33.     Check to indicate whether you, a member of your family, or a close friend, have ever applied for employment with, were employed by, or received training by any local, state, or federal law enforcement agency, including the following:

| | | |
|---|---|---|
| Department of Justice     (DOJ) | Yes _____ | No _____ |
| Federal Bureau of Investigation (FBI) | Yes _____ | No _____ |
| U.S. Attorney's Office | Yes _____ | No _____ |
| Bureau of Alcohol, Tobacco, Firearms (ATF) | Yes _____ | No _____ |
| Internal Revenue Service (IRS) | Yes _____ | No _____ |
| Department of Homeland Security (DHS) | Yes _____ | No _____ |
| U.S. Marshall's Service | Yes _____ | No _____ |
| U.S. Immigrations & Customs Enforcement (ICE) | Yes _____ | No _____ |
| U.S. State Department | Yes _____ | No _____ |
| U.S. Bureau of Prisons (BOP) | Yes _____ | No _____ |
| Central Intelligence Agency (CIA) | Yes _____ | No _____ |
| Defense Intelligence Agency (DIA) | Yes _____ | No _____ |
| National Security Agency (NSA) | Yes _____ | No _____ |
| National Geospatial Intelligence Agency (NGA) | Yes _____ | No _____ |
| U.S. Secret Service | Yes _____ | No _____ |
| Transportation Security Administration (TSA) | Yes _____ | No _____ |
| Federal, state or local prison or jail | Yes _____ | No _____ |
| Federal, state or local courthouse | Yes _____ | No _____ |
| Federal, state or local prosecutor's office | Yes _____ | No _____ |

If yes to any of the above, please explain who (in relation to you), the agency, when and for how long, and the position or involvement:

_____

_____


34.     Do you have any opinions or beliefs concerning law enforcement in general, including the Federal Bureau of Investigation (FBI) or the Department of Justice, including the Special Counsel's Office, that would affect your ability to evaluate the evidence fairly and impartially?

Yes ____      No ____

If yes, please explain:

_____

_____

_____

35.     In this case, the United States is represented by the U.S. Attorney's Office for the District of Columbia.  The investigation that led to the charges in this case was conducted by Special Counsel Robert S. Mueller, III.  The U.S. Attorney's Office is, and the Special Counsel's Office was, a part of the U.S. Department of Justice.  Is there anything about your views of the Special Counsel's Office, the U.S. Attorney's Office, or the Justice Department that would prevent or hinder you in any way from rendering a fair  and impartial verdict in this case based solely on the evidence presented and the Court's  instructions on the law?


Yes ___      No ___

If yes, please explain why:

_____

_____

_____


## EXPERIENCE WITH CRIMINAL PROCESS

36.     Have you, any family member or close friend ever been the victim of or witness to a crime, reported or not?

Yes ___      No ___

    A.  If yes, for each incident please provide the following information: type of crime, who (you or relationship to you), when the crime occurred, whether anyone was arrested, and if so, the outcome of the case:

_____

_____

_____

_____


    B.  If yes, do you feel that you, your family member, or close friend was treated fairly by the government agency involved?

_____

_____

_____

37.     Have you or has a family member or close friend ever been subpoenaed to be a witness, or testified as a witness in any court proceeding or criminal case?

Yes ___     No ___

If yes, please explain:

_____

_____

_____

_____


38.     Have you, a family member or close friend ever been arrested, charged, prosecuted or convicted of any crime other than a traffic ticket?

Yes ___     No ___

If yes, please explain who (in relation to you), when, and what happened:

_____

_____

_____

_____

_____

_____

_____


If yes, do you feel that you, your family member, or close friends was treated fairly?

Yes ___     No ___

39.     Have you, a family member or close friend ever been the subject of any other kind of law enforcement investigation or administrative enforcement proceeding?

Yes ___     No ___

    A.  If yes, please describe the subject matter of the investigation, the government agency involved, and the outcome.

_____

_____

_____

    B.  Do you feel that you, your family member, or close friend was treated fairly by the government agency involved?

_____

_____

_____


40.     Apart from jury service, have you ever been involved in any legal proceeding, in any capacity, for example as a plaintiff, defendant, victim, lawyer, witness, or expert?

Yes ___  No ___

    A.  If yes, please state when and explain why you appeared in court:

_____

_____

_____

    B.  If yes, did the legal process in that instance operate fairly in your opinion?

_____

_____


## CRIMINAL JUSTICE SYSTEM & LEGAL PRINCIPLES

41.     The judge will instruct you that the charges in this case include: obstruction of an official proceeding, making false statements, and witness tampering. Is there anything about the charges which would affect your ability to be fair?

Yes ___     No ___

42.     Jurors are the sole judges of the facts. However, the jury must follow the principles of law as instructed by the judge. The jury may not follow some rules of law and ignore others. Even if the jury disagrees or dislikes the rules of law or does not understand the reasons for some of the rules, it is their duty to follow them. Do you have any personal beliefs that would make it difficult to follow the Court's legal instructions, whatever they may be?

Yes ___     No ___


43.     Is there anything about this case, the issues, and/or the people involved in this case or any other reason you could not be completely fair to the defendant, Roger Stone, and the U.S. Government in this case?

Yes ___     No ___

## CONCLUDING QUESTIONS

44.     If, during the course of jury deliberations, a fellow juror should suggest that you disregard the law or the evidence and decide the case on other grounds, would you, as a juror, be able to reject that suggestion and abide by your oath to this court to decide the case solely on the evidence and law as the court has instructed you to do, without regard to sympathy, bias or prejudice?

 Yes ___     No ___


45.     Do you have any personal reason for wanting to serve as a juror in this case, or any personal interest in the outcome of the case?  Yes ___     No ___

If yes, please explain:

_____

_____

_____

46.     Did you or any of your immediate family members donate any money to any of the candidates running for President in the 2016 election? 2020 Presidential election?

Yes ___     No ___

If yes, please list the candidate, date and amount:

_____

_____

_____

***The government objects to this question.  Questions about the political affiliations of prospective jurors are improper.  Connors v. United States, 158 U.S. 408, 414 (1895) (holding that the trial court "correctly rejected the question put to the juror…as to his political affiliations"); United States v. Goland, 959 F.2d 1449, 1454 (9th Cir. 1992) (holding that district court did not abuse its discretion in refusing to ask prospective jurors about political affiliation); United States v. Jewell, 2008 WL 400938, at \*4 (rejecting proposed question for juror questionnaire "asking about jurors' political opinions").***

47.     Is there anything you prefer to discuss privately with the judge (including your responses to particular questions) or is there any matter not covered by this questionnaire that might affect your ability to serve as an impartial juror in this case?

Yes ___     No ___

If yes, please indicate the question number or the issue you would like to discuss with the judge here:

_____

_____

_____

## CERTIFICATION

By signing below, I hereby declare under penalty of perjury that all of the answers to the above questions are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others, or received assistance in completing the questionnaire. I have answered all of the above questions myself.


_____     _____     _____

Signature                                      Print your full name here                    Date


Juror Number _____