IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

v.

ROGER J. STONE, JR.,

      Defendant.
_____/

**REPLY TO GOVERNMENT'S OPPOSITION TO MOTION FOR AN ORDER PERMITTING DEFENDANT ROGER J. STONE TO ISSUE EARLY RETURN SUBPOENA *DUCES TECUM* TO THE UNITED STATES HOUSE OF REPRESENTATIVES PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 17(c) (Dkt. #179).**

Defendant, Roger J. Stone, Jr., files this reply to the Government's response to Stone's Motion for an Order permitting him to issue a subpoena *duces tecum* for the early return of documents to the United States House of Representatives, pursuant to Federal Rule of Criminal Procedure 17(c).

The defense team appreciates that the Executive branch, through the Deparment of Justice, is making its best efforts to obtain the recording (the central piece of evidence) in the possession of the Legislative branch. But trial is approaching. Congress does not move quickly.

To be clear, Roger Stone wants the recording of his testimony presented to the jury, not merely for defense counsel to listen it to verify the government's transcript. The recording is the best version of the evidence. Should Congress object to providing the recording via subpoena, a decision by the Court would expedite the pre-trial proceedings.

The government states Stone cannot meet his burden of showing that the defense can otherwise "procure reasonably in advance of trial by the exercise of due diligence, … or the party cannot properly prepare for trial without it." *See* Motion at 2 (citing *United States v. Nixon*, 418 U.S. 683, 699 (1974)). Stone does meet his burden. Roger Stone's testimony was taken by a court reporter as if it were a deposition or taken in court. There is no reason a recording of a transcribed statement should be withheld. The defense does not wish to just visit Congress and listen to the recording; the defense needs a copy of the recording to prepare for a trial in which the contents of the recording play a major role in the charges.

If there is an objection, Congress needs to lodge it when the subpoena is issued before trial so it does not disrupt the trial. If the government can provide a copy of the recording to the defense prior to the execution of the subpoena, then the requirement of the subpoena would be met. In essence, the government suffers no prejudice if the Court issues the subpoena, and the Court, if objections are advanced by Congress, can address them prior to trial.

## **CONCLUSION**

Roger Stone respectfully requests that the Court grant his Motion and direct the Clerk of Court to issue the subpoena.

                        Respectfully submitted,
                        By: */s/*_____

| | |
|---|---|
| L. PETER FARKAS<br>**HALLORAN FARKAS + KITTILA, LLP**<br>DDC Bar No.: 99673<br>1101 30th Street, NW<br>Suite 500<br>Washington, DC 20007<br>Telephone: (202) 559-1700<br>Fax: (302) 257-2019<br>pf@hfk.law | BRUCE S. ROGOW<br>FL Bar No.: 067999<br>TARA A. CAMPION<br>FL Bar: 90944<br>**BRUCE S. ROGOW, P.A.**<br>100 N.E. Third Avenue, Ste. 1000<br>Fort Lauderdale, FL  33301<br>Telephone: (954) 767-8909<br>Fax: (954) 764-1530<br>brogow@rogowlaw.com<br>tcampion@rogowlaw.com<br>*Admitted pro hac vice* |
| ROBERT C. BUSCHEL<br>**BUSCHEL GIBBONS, P.A.**<br>D.D.C. Bar No. FL0039<br>One Financial Plaza, Suite 1300<br>100 S.E. Third Avenue<br>Fort Lauderdale, FL 33394<br>Telephone: (954) 530-5301<br>Fax: (954) 320-6932<br>Buschel@BGlaw-pa.com | GRANT J. SMITH<br>**STRATEGYSMITH, PA**<br>D.D.C. Bar No.: FL0036<br>FL Bar No.: 935212<br>401 East Las Olas Boulevard<br>Suite 130-120<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 328-9064<br>gsmith@strategysmith.com |
| CHANDLER P. ROUTMAN<br>D.D.C. Bar No. 1618092<br>501 East Las Olas Blvd., Suite 331<br>Fort Lauderdale, FL 33301<br>Tele: (954) 235-8259<br>routmanc@gmail.com | |

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on August 15, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by CM/ECF.

                   BUSCHEL GIBBONS, P.A.

                   ____/s/_____
                   Robert Buschel

*United States Attorney's Office for the District of Columbia*

Jessie K. Liu
**United States Attorney**
Jonathan Kravis
Michael J. Marando
**Assistant United States Attorneys**
Adam C. Jed
Aaron S.J. Zelinsky
**Special Assistant United States Attorneys**
555 Fourth Street, NW
Washington, DC 20530
Telephone: (202) 252-6886
Fax: (202) 651-3393