UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 19-cr-18-ABJ |
| ROGER J. STONE, JR., | |
| Defendant. | |

### GOVERNMENT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE

The United States of America, by and through Jessie Liu, United States Attorney for the District of Columbia, respectfully requests that this Court again extend the deadline for filing one motion *in limine*. The government and counsel for defendant Roger J. Stone, Jr., continue to negotiate a stipulation to the admissibility of the transcript of Stone's testimony before the House Permanent Select Committee on Intelligence. Defense counsel has agreed to stipulate to the transcript if the government can obtain a copy of the audio recording. The government is currently working with the House on various issues related to production of the audio recording. The government hopes to have these issues resolved within four weeks.

The government therefore respectfully requests that the Court permit the government to file its motion on this issue four weeks beyond the August 23, 2019 deadline for motions set forth Court's July 29, 2019, Order. Defense counsel has authorized the government to advise the Court that the defense does not oppose this request.

Respectfully submitted,

JESSIE K. LIU
U.S. Attorney for the District of Columbia

By:   /s/
Jonathan Kravis
Michael J. Marando
Assistant United States Attorneys

Adam C. Jed
Aaron S.J. Zelinsky
Special Assistant United States Attorney
555 4th Street NW
Washington, D.C. 20530

August 21, 2019