UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 19-cr-18-ABJ |
| ROGER J. STONE, JR., | |
| Defendant. | |

## ORDER

This matter having come before the Court on the Government's Second Unopposed Motion for Extension of Time to File, and for good cause shown, it is

On this _____ day of _____, 2019, hereby:

ORDERED that the Government's motion is GRANTED and the government may file a motion *in limine* to admit the transcript of the defendant's testimony before the House Permanent Select Committee on Intelligence on or before September 20, 2019. The defendant's opposition to this motion shall be due on or before October 4, 2019, and the government's reply shall be due on or before October 11, 2019.

_____
HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE