UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROGER STONE,<br><br>Defendant. | Crim. No. 19-CR-00018 (ABJ) |

**GOVERNMENT'S RESPONSE TO MINUTE ORDER
REGARDING JURY SELECTION PROCEDURE**

The United States of America, by and through Jessie K. Liu, United States Attorney for the District of Columbia, hereby submits this response to the Court's Minute Order dated August 13, 2019.

The government does not object to the pre-screening of potential jurors being summoned to complete the questionnaire by the District Court Jury Office based on the potential jurors' availability for a trial that could take at least two weeks to complete.

        Respectfully submitted,

        JESSIE K. LIU
        U.S. Attorney for the District of Columbia

By: /s/
        Jonathan Kravis
        Michael J. Marando
        Assistant United States Attorneys

        Adam C. Jed
        Aaron S.J. Zelinsky
        Special Assistant United States Attorney
        555 4th Street NW
        Washington, D.C. 20530

August 22, 2019