IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.


ROGER J. STONE, JR.,

    Defendant.

_____

**DEFENSE MOTION FOR 7 DAY EXTENSION, UNTIL SEPTEMBER 6, 2019,
TO FILE JOINT PRETRIAL STATEMENT**
**(Government takes no position)**

Counsel for Roger Stone have been working assiduously to review the government's joint pretrial statement proposals regarding the statement of the case, proposed jury instructions, verdict form and other materials. The defense respectfully request an extension until September 6, 2019, (the Joint Statement is due on August 30, 2019) in order to provide sufficient time to set forth our agreements, disagreements, objections to the government's proposals, and then confer with the government to resolve any disagreements, or to provide the Court with the basis for our position on any non-agreed matters.

The Pretrial Conference is set for September 17, 2019. The requested extension need not delay that date.

Counsel for the government has been contacted regarding this request and states "The government is ready to file the Joint Pretrial Statement on August 30. The government takes no position on the defense's request for additional time."

                                  Respectfully submitted,
                                  By: */s/*_____

| | |
|---|---|
| L. PETER FARKAS | BRUCE S. ROGOW |
| HALLORAN FARKAS + KITTILA, LLP | FL Bar No.: 067999 |
| DDC Bar No.: 99673 | TARA A. CAMPION |
| 1101 30th Street, NW | FL Bar: 90944 |
| Suite 500 | BRUCE S. ROGOW, P.A. |
| Washington, DC 20007 | 100 N.E. Third Avenue, Ste. 1000 |
| Telephone: (202) 559-1700 | Fort Lauderdale, FL  33301 |
| Fax: (302) 257-2019 | Telephone: (954) 767-8909 |
| pf@hfk.law | Fax: (954) 764-1530 |
| | brogow@rogowlaw.com |
| | tcampion@rogowlaw.com |
| | *Admitted pro hac vice* |
| | |
| ROBERT C. BUSCHEL | GRANT J. SMITH |
| BUSCHEL GIBBONS, P.A. | STRATEGYSMITH, PA |
| D.D.C. Bar No. FL0039 | D.D.C. Bar No.: FL0036 |
| One Financial Plaza, Suite 1300 | FL Bar No.: 935212 |
| 100 S.E. Third Avenue | 401 East Las Olas Boulevard |
| Fort Lauderdale, FL 33394 | Suite 130-120 |
| Telephone: (954) 530-5301 | Fort Lauderdale, FL 33301 |
| Fax: (954) 320-6932 | Telephone: (954) 328-9064 |
| Buschel@BGlaw-pa.com | gsmith@strategysmith.com |

CHANDLER P. ROUTMAN
D.D.C. Bar No. 1618092
501 East Las Olas Blvd., Suite 331
Fort Lauderdale, FL 33301
Tele: (954) 235-8259
routmanc@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 26, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by CM/ECF.

   /s/<u>Chandler P. Routman</u>
Chandler Routman

*United States Attorney's Office for the District of Columbia*

Jessie K. Liu
**United States Attorney**
Jonathan Kravis
Michael J. Marando
**Assistant United States Attorneys**
Adam C. Jed
Aaron S.J. Zelinsky
**Special Assistant United States Attorneys**
555 Fourth Street, NW
Washington, DC 20530
Telephone: (202) 252-6886
Fax: (202) 651-3393