**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Case No.: 1:19-CR-00018-ABJ**

UNITED STATES OF AMERICA,

          Plaintiff,

v.


ROGER J. STONE, JR.,

          Defendant.

_____

## **ORDER**

Before the Court is Defendant Roger J. Stone's Motion for a 7 Day Extension to File Joint Pretrial Statement, with the new deadline being September 6, 2019. The Court has reviewed Defendant's Motion.

IT IS ORDERED AND ADJUDGED

that the new deadline for filing the Joint Pretrial Statement is September 6, 2019.


DONE AND ORDERED in Washington, DC, this _____ day of August, 2019.


_____
AMY BERMAN JACKSON
United States District Judge

cc:    all counsel of record