# 1IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.,

    Defendant.

_____/

## MOTION TO MODIFY PERMISSION TO TRAVEL

Defendant, Roger J. Stone, Jr., files this Motion to modify his travel permit granted by the Court [Dkt. # 180]. Currently the defendant has permission to travel, *inter alia*, from September 12 to September 14, 2019, to Buffalo, New York, located in the United States District for the Western District of New York, for employment opportunities. Mr. Stone will be landing in Buffalo on September 12, and is requesting permission to travel to and attend a dinner in Rochester, NY, for employment purposes that evening. Rochester is also within the Western District of New York.

Counsel has communicated with Mr. Stone's Pretrial Services Officer who has stated Pretrial Services has no objection to the filing of this motion and requested their office be kept advised of the Court's ruling. Mr. Stone has provided Pretrial Services with the requested detailed documentation and will contact his Officer upon his return. The Government has been has also been contacted and has no objection to the relief sought.

Mr. Stone respectfully requests that the Court grant the motion to modify his permission to travel and allow Mr. Stone to travel to Rochester, NY, on the date outlined above.

Respectfully submitted,

By: */s/*_____

| | |
|---|---|
| L. PETER FARKAS<br>**HALLORAN FARKAS + KITTILA, LLP**<br>DDC Bar No.: 99673<br>1101 30th Street, NW<br>Suite 500<br>Washington, DC 20007<br>Telephone: (202) 559-1700<br>Fax: (302) 257-2019<br>pf@hfk.law | BRUCE S. ROGOW<br>FL Bar No.: 067999<br>TARA A. CAMPION<br>FL Bar: 90944<br>**BRUCE S. ROGOW, P.A.**<br>100 N.E. Third Avenue, Ste. 1000<br>Fort Lauderdale, FL  33301<br>Telephone: (954) 767-8909<br>Fax: (954) 764-1530<br>brogow@rogowlaw.com<br>tcampion@rogowlaw.com<br>*Admitted pro hac vice* |
| ROBERT C. BUSCHEL<br>**BUSCHEL GIBBONS, P.A.**<br>D.D.C. Bar No. FL0039<br>One Financial Plaza, Suite 1300<br>100 S.E. Third Avenue<br>Fort Lauderdale, FL 33394<br>Telephone: (954) 530-5301<br>Fax: (954) 320-6932<br>Buschel@BGlaw-pa.com | GRANT J. SMITH<br>**STRATEGYSMITH, PA**<br>D.D.C. Bar No.: FL0036<br>401 East Las Olas Boulevard<br>Suite 130-120<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 328-9064<br>gsmith@strategysmith.com |
| **CHANDLER P. ROUTMAN**<br>D.D.C. Bar No. 1618092<br>501 East Las Olas Blvd., Suite 331<br>Fort Lauderdale, FL 33301<br>Tele: (954) 235-8259<br>routmanc@gmail.com | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 5, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by CM/ECF.

| *United States Attorney's Office for the District of Columbia* | *Pretrial Services (via email)* |
|---|---|
| JESSIE K. LIU<br>**United States Attorney**<br>JONATHAN KRAVIS<br>MICHAEL J. MARANDO<br>**Assistant United States Attorneys**<br>ADAM C. JED<br>AARON S.J. ZELINSKY<br>**Special Assistant United States Attorneys**<br>555 Fourth Street, NW<br>Washington, DC 20530<br>Telephone: (202) 252-6886<br>Fax: (202) 651-3393 | CHRISTINE SCHUCK<br>**PRETRIAL SERVICES OFFICER**<br>US District Court Unit<br>Pretrial Services Agency for the District of Columbia<br>333 Constitution Ave NW  Suite #2507<br>Washington DC 20001<br>Desk: (202)442-1017<br>Main: (202)442-1000<br>Fax:   (202)442-1001 |

By: */s/ Chandler Routman*
CHANDLER ROUTMAN