# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.,

    Defendant.
_____/

## ORDER

Upon consideration of defendant Roger J. Stone, Jr.'s Unopposed Motion to Modify Permission to Travel [Dkt. # 195], the motion is GRANTED.

It is ORDERED that the defendant may travel to Rochester, New York, on September 12, 2019, as part of his approved travel. Defendant shall provide Pretrial Services with a copy of this Order and his specific travel itinerary for the trip prior to his departure from the Southern District of Florida. Defendant may not travel to any location aside from that set out above and must contact Pretrial Services within the first business day by telephone upon his return.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

Date: September 6, 2019