# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ROGER J. STONE, JR.**,<br><br>**Defendant.** | **Crim. No. 19-cr-18 (ABJ)** |

## VERDICT FORM

**COUNT 1 (Obstruction of Proceeding)**:

As to Count 1 of the indictment, charging defendant Roger J. Stone, Jr., with obstruction of an official proceeding pursuant to 18 U.S.C. §§ 1505 and 2, we, the members of the jury, unanimously find Mr. Stone:

Guilty_____    Not Guilty_____

**COUNT 2 (False Statement)**

As to Count 2 of the indictment, charging defendant Roger J. Stone, Jr., with making a false statement pursuant to 18 U.S.C. §§ 1001(a)(2) and (2) by testifying before HPSCI that he did not have emails with third parties about the head of WikiLeaks, and that he did not have any documents, emails, or text messages that refer to the head of WikiLeaks, we, the members of the jury, unanimously find Mr. Stone:

Guilty_____    Not Guilty_____

**COUNT 3 (False Statement)**

As to Count 3 of the indictment, charging defendant Roger J. Stone, Jr., with making a false statement pursuant to 18 U.S.C. § 1001(a)(2) and (2) by testifying before HPSCI that his August 2016 references to being in contact with the head of WikiLeaks

1

were references to communications with a single "go-between," "mutual friend," and "intermediary," who Stone identified as Randy Credico, we, the members of the jury, unanimously find Mr. Stone:

       Guilty _____   Not Guilty _____

**COUNT 4 (False Statement)**

As to Count 4 of the indictment, charging defendant Roger J. Stone, Jr., with making a false statement pursuant to 18 U.S.C. § 1001(a)(2) and (2) by testifying before HPSCI that he did not ask the person he referred to as his "go-between," "mutual friend," and "intermediary," to communicate anything to the head of WikiLeaks and did not ask the intermediary to do anything on Stone's behalf, we, the members of the jury, unanimously find Mr. Stone:

       Guilty _____   Not Guilty _____

**COUNT 5 (False Statement)**

As to Count 5 of the indictment, charging defendant Roger J. Stone, Jr., with making a false statement pursuant to 18 U.S.C. § 1001(a)(2) and (2) by testifying before HPSCI that he and the person he referred to as his "go-between," "mutual friend," and "intermediary" did not communicate via text message or email about WikiLeaks, we, the members of the jury, unanimously find Mr. Stone:

       Guilty _____   Not Guilty _____

**COUNT 6 (False Statement)**

As to Count 6 of the indictment, charging defendant Roger J. Stone, Jr., with making a false statement pursuant to 18 U.S.C. § 1001(a)(2) and (2) by testifying before HPSCI that he had never discussed his conversations with the person he referred to as

his "go-between," "mutual friend," and "intermediary" with anyone involved in the Trump Campaign, we, the members of the jury, unanimously find Mr. Stone:

      Guilty _____        Not Guilty _____

**COUNT 7 (Witness Tampering)**

As to Count 7 of the indictment, charging defendant Roger J. Stone, Jr., with tampering with a witness pursuant to 18 U.S.C. § 1512(b)(1), we, the members of the jury, unanimously find Mr. Stone:

      Guilty _____        Not Guilty _____

_____                        _____

Foreperson Signature                                                Date

_____

Foreperson Printed Name