**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **ROGER J. STONE, JR.**, <br><br> **Defendant.** | **Crim. No. 19-cr-18 (ABJ)** |

## VERDICT FORM

**COUNT 1 (Obstruction of Proceeding)**:

As to Count 1 of the indictment, we unanimously find the defendant:

We object to the instruction on the basis of redundancy and overbreath.

Guilty _____   Not Guilty _____

**COUNT 2 (False Statement)**

As to Count 2 of the indictment, we unanimously find the defendant:

Guilty _____   Not Guilty _____

**COUNT 3 (False Statement)**

As to Count 3 of the indictment, we unanimously find the defendant:

Guilty _____   Not Guilty _____

**COUNT 4 (False Statement)**

As to Count 4 of the indictment, we unanimously find the defendant:

Guilty _____   Not Guilty _____

**COUNT 5 (False Statement)**

As to Count 5 of the indictment, we unanimously find the defendant:

1

Guilty_____        Not Guilty _____

**COUNT 6 (False Statement)**

As to Count 6 of the indictment, we unanimously find the defendant:

Guilty_____        Not Guilty _____

**COUNT 7 (Witness Tampering)**

As to Count 7 of the indictment, we unanimously find Mr. Stone:

Guilty_____        Not Guilty _____


_____                                    _____
Foreperson Signature                                                                Date


_____
Foreperson Printed Name