IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

v.

ROGER J. STONE, JR.,

    Defendant.

_____

### DEFENDANT ROGER STONE'S NOTICE OF WAIVER

Pursuant to the Court's paperless order of August 30, 2019, wherein it stated: "It is up to each team how many lawyers attend, but at least one from each side should be present when the judge instructs the venire. Defendant may waive his presence." Mr. Stone hereby waives his presence *nun prop tunc* at the September 12, 2019 Jury Questionnaire and Introductory Instructions Proceeding to the Venire.

Signed: _____

Roger J. Stone, Jr.

                                                Respectfully submitted,

                                                By: /s/_____

L. PETER FARKAS                    BRUCE S. ROGOW
                                               FL Bar No.: 067999

HALLORAN FARKAS + KITTILA, LLP  
DDC Bar No.: 99673  
1101 30th Street, NW  
Suite 500  
Washington, DC 20007  
Telephone: (202) 559-1700  
Fax: (302) 257-2019  
pf@hfk.law  

TARA A. CAMPION  
FL Bar: 90944  
BRUCE S. ROGOW, P.A.  
100 N.E. Third Avenue, Ste. 1000  
Fort Lauderdale, FL 33301  
Telephone: (954) 767-8909  
Fax: (954) 764-1530  
brogow@rogowlaw.com  
tcampion@rogowlaw.com  
    *Admitted pro hac vice*  

ROBERT C. BUSCHEL  
BUSCHEL GIBBONS, P.A.  
D.D.C. Bar No. FL0039  
One Financial Plaza, Suite 1300  
100 S.E. Third Avenue  
Fort Lauderdale, FL 33394  
Telephone: (954) 530-5301  
Fax: (954) 320-6932  
Buschel@BGlaw-pa.com  

GRANT J. SMITH  
STRATEGYSMITH, PA  
D.D.C. Bar No.: FL0036  
401 East Las Olas Boulevard  
Suite 130-120  
Fort Lauderdale, FL 33301  
Telephone: (954) 328-9064  
gsmith@strategysmith.com  

CHANDLER P. ROUTMAN  
D.D.C. Bar No. 1618092  
501 East Las Olas Blvd., Suite 331  
Fort Lauderdale, FL 33301  
Tele: (954) 235-8259  
routmanc@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 15, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                ___/s/ Chandler Routman_____
                                                   Chandler P. Routman

*United States Attorney's Office for the*
          *District of Columbia*

Jessie K. Liu
**United States Attorney**
Jonathan Kravis
Michael J. Marando
**Assistant United States Attorneys**
Adam C. Jed
Aaron S.J. Zalinsky
**Special Assistant United States Attorneys**
555 Fourth Street, NW
Washington, DC 20530
Telephone: (202) 252-6886
Fax: (202) 651-3393