UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROGER J. STONE, JR.,<br><br>               Defendant. | Criminal No. 19-cr-18-ABJ |

### GOVERNMENT'S STATUS REPORT REGARDING MOTION IN LIMINE

The United States of America, by and through Jessie Liu, United States Attorney for the District of Columbia, respectfully submits this filing to advise the Court that the government does not intend to file a motion *in limine* concerning the admissibility of the transcript of the defendant's congressional testimony because the parties have reached an agreement on this issue.

On July 26, 2019, the government filed an unopposed motion to extend the deadline to file a motion *in limine* concerning the admissibility of the transcript of defendant Roger Stone's testimony before the House Permanent Select Committee on Intelligence. Doc. 157. In that motion, the government advised the Court that the parties had been unable to negotiate a stipulation to the admissibility of the transcript. On July 29, 2019, the Court issued a minute order granting the government's motion and setting a deadline of August 23, 2019.

On August 21, 2019, the government filed a second unopposed motion to extend the deadline. Doc. 191. In that motion, the government explained that it was working to obtain a copy of the audio recording of the defendant's testimony in order to resolve the parties' dispute over the admissibility of the transcript. On August 22, 2019, the Court issued a minute order granting the government's motion and setting a new deadline of September 20, 2019.

1

On September 13, 2019, the government obtained a copy of the audio recording. The government has provided a copy to defense counsel, and defense counsel has agreed not to oppose the admission of the audio or the transcript. Based on this agreement, the government does not intend to file a motion *in limine* on this issue.

    Respectfully submitted,

    JESSIE K. LIU
    U.S. Attorney for the District of Columbia

By: /s/
    Jonathan Kravis
    Michael J. Marando
    Assistant United States Attorneys

    Adam C. Jed
    Aaron S.J. Zelinsky
    Special Assistant United States Attorney
    555 4th Street NW
    Washington, D.C. 20530

September 20, 2019