United States v. Roger Stone
Government Exhibit List

| EXHIBIT NO. | DESCRIPTION | BATES NO. | OBJECTIONS |
|---|---|---|---|
| 1 | HPSCI transcript | DOJ01-HPSCI-000003 | Authenticity, Best Evidence, Hearsay, Unduly Prejudicial, Completeness |
| 1A | HPSCI hearing audio recording | | |
| 2 | Joint Statement on Committee Inquiry Into Russian Intelligence Activities | Production 9 | |
| 3 | Joint Statement on Progress of Bipartisan HPSCI Inquiry Into Russian Active Measures | Production 9 | |
| 4 | House Rules | HPSCI_DCUSAO_000001 | |
| 5 | HPSCI Rules | HPSCI_DCUSAO_000051 | |
| 6 | HPSCI report (redacted) | DOJ-PROD6-000001 | |
| 7 | Letter from Stone to HPSCI 3/24/17 | HPSCI_DCUSAO_000474 | |
| 8 | Letter from HPSCI to Stone 4/25/17 | HPSCI_DCUSAO_000475 | |
| 9 | Letter from HPSCI to Stone 5/9/17 | HPSCI_DCUSAO_000477 | |
| 10 | Letter from Stone to HPSCI 5/22/17 | HPSCI_DCUSAO_000481 | |
| 11 | Letter from Stone to HPSCI 9/22/17 | HPSCI_DCUSAO_000483 | |
| 12 | Email from Stone to HPSCI 9/26/17 | HPSCI_DCUSAO_000484 | |
| 13 | Letter from Stone to HPSCI 10/13/17 | DOJ01-HPSCI-000189 | |
| 14 | Letter from HPSCI to [redacted] 11/9/17 | DOJ02-MRS-000002 | |
| 15 | Letter from [redacted] to HPSCI 11/20/17 | DOJ02-MRS-000006 | |
| 16 | Letter from HPSCI to [redacted] attaching subpoena 11/27/17 | DOJ02-MRS-000008 | |
| 17 | Letter from [redacted] to HPSCI 12/12/17 | DOJ02-MRS-000012 | |
| 18 | Letter from Stone to HPSCI 6/15/18 | HPSCI_DCUSAO_000561 | |
| 19 | Letter from Stone to HPSCI 12/20/18 | HPSCI_DCUSAO_000564 | |
| 20 | 4/12/16 texts between [redacted] and Stone | DOJ-PROD7-001244 | |

| EXHIBIT NO. | DESCRIPTION | BATES NO. | OBJECTIONS |
|---|---|---|---|
| 21 | 6/13/16 email from Stone to ▒ | DOJ-3001863147 | Authenticity, Inadmissible, Unduly Prejudicial, Completeness |
| 22 | 6/15/16 email from ▒ to Stone | DOJ-3001863153 | Authenticity, Inadmissible, Unduly Prejudicial, Completeness |
| 23 | 7/15/16 email from ▒ to Stone | DOJ-3001215780 | |
| 24 | 7/29/16 Stone email to ▒ | DOJ-3001220057 | |
| 25 | 8/3/16 Stone email to ▒ | DOJ-3001220917 | |
| 26 | 8/10/16 ▒ email to Stone re: Assange | DOJ-3001856339 | |
| 27 | 8/13/16 Stone email to ▒ and ▒ | DOJ-3001856356 | |
| 28 | 8/18/16 Stone email to ▒ and ▒ response | DOJ-3001226856 | |
| 29 | 9/1/16 email from Stone to ▒ | DOJ-3001232310 | |
| 30 | 10/4/2016 ▒ email to Stone | DOJ-3001298485 | |
| 31 | 10/3/16 email b/w Stone and ▒ | DOJ-3001298372 | |
| 32 | 10/4/16 email b/w ▒ and Stone | DOJ-3001298525 | |
| 33 | 10/4/16 ▒ and Stone texts | DOJ-PROD7-001253 | |
| 34 | 10/7/16 text from ▒ to Stone | ▒ 0011431 | |
| 35 | 7/25/16 email from Stone to ▒ | DOJ-3001218869 | |
| 36 | 7/31/16 email Stone to ▒ | DOJ-3001220369 | |
| 37 | 8/2/16 email ▒ to Stone | DOJ-3001220735 | |
| 38 | 8/13/16 ▒ text to Stone | DOJ-PROD7-001258 | |
| 39 | 8/15/16 ▒ email to Stone | DOJ-3001224978 | |
| 40 | 3/24/17 Stone email to ▒ | DOJ-3000247279 | |
| 41 | 11/30/17 Stone email to ▒ | DOJ-3000285398 | |
| 42 | 1/1/18 ▒ text to Stone | Production 10 | Relevance, Unduly Prejudicial |
| 43 | 1/12/2018 ▒ text to Stone | DOJ-PROD7-001305 | Relevance, Unduly Prejudicial |
| 44 | 1/15/2018 ▒ to Stone | Production 10 | Relevance, Unduly Prejudicial |
| 45 | 4/3/18 email from counsel to Stone and ▒ | DOJ-3000358717 | |
| 46 | 8/19-8/21/16 ▒ and Stone texts | DOJ01-RS-000014 | |
| 47 | 8/26/16 ▒ text to Stone | DOJ01-RS-000017 | |

| EXHIBIT NO. | DESCRIPTION | BATES NO. | OBJECTIONS |
|---|---|---|---|
| 48 | 9/18/16 text from Stone to ▬ | DOJ01-RS-000022 | |
| 49 | 9/19/16 and 9/25/16 texts from Stone to ▬ | DOJ01-RS-000023 | |
| 50 | 9/19/16 Stone email to ▬ with attachment | DOJ-3001296241 | |
| 51 | 9/19/16 Stone and ▬ emails | DOJ-3001770176 | |
| 52 | 9/19/16 Stone email to ▬ | DOJ-3001296278 | |
| 53 | 9/19/16 Stone email to ▬ and ▬ response | DOJ-3001770175 | |
| 54 | 9/20/16 Stone email to ▬ and ▬ response | DOJ-3001296471 | |
| 55 | 9/20/16 ▬ email to ▬ bcc Stone | DOJ-3001233806 | |
| 56 | 9/20/16 Stone email to ▬ and ▬ reply | DOJ-3001296490 | |
| 57 | 9/21/16 ▬ email to Stone | DOJ-3001296803 | |
| 58 | 9/29/16 et seq texts between ▬ and Stone | DOJ01-RS-000025 | |
| 59 | 10/2/16 ▬ and Stone emails | DOJ-3001774173 | |
| 60 | 10/17/16 ▬ email to Stone | DOJ-3001301614 | |
| 61 | 1/6/17 ▬ to Stone email | DOJ-30001247945 | |
| 62 | 10/19/17 Stone email to ▬ | DOJ-3000267906 | |
| 63 | 11/17/17 ▬ text to Stone and 11/19/17 Stone text to ▬ | DOJ-PROD6-000381 | |
| 64 | 11/21/17 Stone text to ▬ | DOJ-PROD6-000383 | |
| 65 | 11/24/17 Stone and ▬ text messages | DOJ-PROD6-000384 | |
| 66 | 11/27/17 ▬ email to Stone | DOJ-3000049546 | |
| 67 | 11/27/17 Stone email to ▬ | DOJ-3000284377 | |
| 68 | 11/28/17 ▬ email to Stone | DOJ-PROD8-003586 | |
| 69 | 11/28/17 to 12/29/17 texts between Stone and ▬ | DOJ-PROD6-000389 | |
| 70 | 12/5/17 Stone Facebook IM to ▬ | Production 10 | |
| 71 | 12/15/17 ▬ email to Stone | DOJ-3000053151, DOJ-3000290548 | |
| 72 | 1/3/18 Stone texts to ▬ | DOJ-PROD6-000399 | |
| 73 | 1/6/18 to 1/8/18 Stone and ▬ texts | DOJ-PROD6-000401 | |
| 74 | 1/11/18 ▬ text to Stone | DOJ-PROD6-000405 | |
| 75 | 1/15/18 Stone to ▬ and 1-20-18 ▬ reply | DOJ-PROD6-000407 | |
| 76 | 1/23/18 ▬ text to Stone | DOJ-PROD8-001772 | |
| 77 | 1/23/18 ▬ email to Stone | DOJ3000061376 | |

United States v. Roger Stone
Government Exhibit List

| EXHIBIT NO. | DESCRIPTION | BATES NO. | OBJECTIONS |
|---|---|---|---|
| 78 | 1/25/18 ▓ texts to Stone | DOJ-PROD6-000409 | |
| 79 | 1/25/18 ▓ texts to Stone | DOJ-PROD8-001786 et seq. | |
| 80 | 3/7/18 ▓ email to Stone | DOJ-3000070170 | |
| 81 | 3/9/18 email from ▓ to Stone | DOJ-3000348228 | |
| 82 | 3/10/18 Stone email to ▓ | DOJ-3000348444 | |
| 83 | 3/10/18 email from Stone to ▓ | DOJ-3000348480 | |
| 84 | 3/10/18 email from ▓ to Stone | DOJ-3000348500 | |
| 85 | 3/13/18 ▓ email to Stone | DOJ-3000349707 | |
| 86 | 3/13/18 ▓ email to Stone | DOJ-3000349985 | |
| 87 | 3/14/18 ▓ email to ▓ bcc: Stone | DOJ-3000350174 | |
| 88 | 3/14/18 ▓ email bcc: Stone | DOJ-3000350445 | |
| 89 | 3/14/18 ▓ email to Stone | DOJ-3000350443 | |
| 90 | 3/18/18 email from ▓ bcc: Stone | DOJ-3000351520 | |
| 91 | 3/18/18 email chain between Stone and ▓ with attachment | DOJ-3000351578 | |
| 92 | 3/23/18 Stone email to ▓ | DOJ-3000353784 | |
| 93 | 3/23/18 email between Stone and ▓ | DOJ-3000353773 | |
| 94 | 3/24/18 Stone email to ▓ | DOJ-3000354614 | |
| 95 | 3/24/18 ▓ email to Stone | DOJ-3000354625 | |
| 96 | 3/24/18 Stone email to ▓ | DOJ-3000354620 | |
| 97 | 3/26/18 ▓ email bcc: Stone | DOJ-3000354872 | |
| 98 | 4/4/18 ▓ email to Stone | DOJ-3000359086 | |
| 99 | 4/4/18 Stone email to ▓ | DOJ-3000359108 | |
| 100 | 4/6/18 ▓ email to Stone | DOJ-3000359633 | |
| 101 | 4/6/18 ▓ email to Stone | DOJ-3000359921 | |
| 102 | 4/6/18 ▓ email to Stone | DOJ-3000360170 | |
| 103 | 4/7/18 ▓ email to Stone and Stone reply | DOJ-3000360343 | |
| 104 | 4/7/18 Stone email to ▓ and ▓ response | DOJ-3000360360 | |
| 105 | 4/7/18 Stone email to ▓ and ▓ response | DOJ-3000360377 | |
| 106 | 4/7/18 ▓ email to Stone | DOJ-3000360396 | |

United States v. Roger Stone
Government Exhibit List

| EXHIBIT NO. | DESCRIPTION | BATES NO. | OBJECTIONS |
|---|---|---|---|
| 107 | 4/7/18 Stone email to ▓ and ▓ response | DOJ-3000360523 | |
| 108 | 4/7/18 ▓ email to Stone and Stone reply | DOJ-3000360340 | |
| 109 | 4/8/18 Stone email to ▓ | DOJ-3000360551 | |
| 110 | 4/8/18 ▓ email to Stone | DOJ-3000360793 | |
| 111 | 4/9/18 ▓ email to Stone | DOJ-3000361276 | |
| 112 | 4/9/18 Stone email to ▓ | DOJ-3000361364 | |
| 113 | 4/9/18 Stone email to ▓ | DOJ-3000360805 | |
| 114 | 4/9/18 Stone email to ▓ | DOJ-3000361316 | |
| 115 | 4/11/18 Stone email to ▓ and ▓ reply | DOJ-3000361879 | |
| 116 | 4/28/18 ▓ text to Stone | DOJ-PROD8-001824 | |
| 117 | 5/5/18 ▓ email to Stone | DOJ-3000373806 | |
| 118 | 5/7/18 ▓ email to Stone | DOJ-3000374761 | |
| 119 | 5/11/18 ▓ email to Stone | DOJ-3000376674 | |
| 120 | 5/20/18 ▓ email to Stone | DOJ-3000382434 | |
| 121 | 5/20/18 ▓ email to Stone who are you referring to, Stone reply that | DOJ-3000382401 | |
| 122 | 5/20/18 ▓ email to Stone Stone reply, ▓ response | DOJ-3000382391 | |
| 123 | 5/20/18 ▓ email to Stone | DOJ-3000382459 | |
| 124 | 5/21/18 ▓ email to Stone | DOJ-3000382713 | |
| 125 | 5/21/18 Stone email to ▓ | DOJ-3000382732 | |
| 126 | 5/21/18 ▓ email to Stone | DOJ-3000382740 | |
| 127 | 5/23/18 ▓ email to Stone | DOJ-3000384406 | |
| 128 | 5/24/18 ▓ email to reporter cc: Stone | DOJ-3000384435 | |
| 129 | 5/26/18 Stone email to ▓ and ▓ reply | DOJ-3000385434 | |
| 130 | 5/27/18 ▓ email to Stone and Stone reply | DOJ-3000385818 | |
| 131 | 5/31/18 ▓ email | DOJ-3000387875 | |
| 132 | Stone/▓ additional emails 2018 | Misc | objections reserved |
| 133 | 8/25/16 email to ▓ | DOJ-PROD8-001065 | |
| 134 | 8/23/16 ▓ interview of Stone | Production 10 | |
| 135 | 5/30/17 ▓ to ▓ email | DOJ-3001270090 | |
| 136 | 5/29/18 ▓ text to ▓ | Production 10 | |
| 137 | 6/3/16 email from ▓ to ▓ and Stone | DOJ-3001203877 | |
| 138 | 6/3/16 response from Stone to ▓ | DOJ-3001204063 | |

| EXHIBIT NO. | DESCRIPTION | BATES NO. | OBJECTIONS |
|---|---|---|---|
| 139 | 6/3/16 email from ▓ to ▓ and Stone | DOJ-3001203868 | |
| 140 | 6/3/16 email from ▓ to ▓ | DOJ-3001203873 | |
| 141 | 8/3/2016 Stone text to ▓ | RS ▓ SW. | |
| 142 | 8/8/16 video of Roger Stone's public remarks in Broward County, Florida | | |
| 143 | 8/12/16 video of Roger Stone on InfoWars | | |
| 144 | 8/16/16 video of Roger Stone on InfoWars | | |
| 145 | 8/16/18 video of Roger Stone on Dana Loesch show | | |
| 146 | 8/18/16 video of Roger Stone on CSPAN | | |
| 147 | 8/18/16 recorded conference call | | |
| 148 | Stone toll records 2016-2018 | DOJ01-ATT-0002009 et seq. | Relevance |
| 149 | 6/15/16 Guccifer 2.0 WordPress post | Production 10 | |
| 150 | 6/30/16 Guccifer 2.0 WordPress post | Production 10 | |
| 151 | 7/5/16 Julian Assange televised interview with ITV News | | |
| 152 | 7/22/16 WikiLeaks tweet | Production 10 | |
| 153 | 7/22/16 Guccifer 2.0 tweet | Production 10 | |
| 154 | Video clip from *The Godfather II* | Production 10 | See defense objection ECF No. 171 |
| 155 | 8/6/16 email from ▓ to ▓ and ▓ | ▓_0028485 | |
| 156 | 8/6/16 email from ▓ to ▓ | ▓_0028495 | |
| 157 | 8/20/16 email from ▓ to ▓ and ▓ | ▓_0031274 | |
| 158 | 9/2/16 email from ▓ to ▓ et al | ▓_0031074 | |
| 159 | 10/7/16 email from ▓ to ▓ | ▓_0034280 | |
| 160 | 10/18/16 email from ▓ to ▓ | ▓_0033891 | |

United States v. Roger Stone
Government Exhibit List

| EXHIBIT NO. | DESCRIPTION | BATES NO. | OBJECTIONS |
|---|---|---|---|
| 161 | 6/14/16 Washington Post article | available at https://www.washingtonpost.com/world/national-security/russian-government-hackers-penetrated-dnc-stole-opposition-research-on-trump/2016/06/14/cf006cb4-316e-11e6-8ff7-7b6c1998b7a0_story.html | |
| 162 | ▌ cooperation agreement | DOJ-PROD7-001189 | |
| 163 | 10-4-16 email from ▌ to ▌ and ▌ response | ▌_00034444 | |
| 164 | Toll records for 212 phone number | Production 10 | |
| 165 | Chart showing number written communications between Stone and ▌ by month in 2016 and 2017 | | Relevance, Best Evidence, Unduly Prejudicial, Completeness |
| 166 | Chart showing number of written communications between Stone and ▌ September 2017 | | Relevance, Best Evidence, Unduly Prejudicial, Completeness |
| 167 | Chart showing number of written communications between Stone and Trump campaign officials in 2016 | | Relevance, Best Evidence, Unduly Prejudicial, Completeness |
| 168 | ▌ | Production 9 | |
| 169 | ▌ | Production 9 | |
| 170 | 5/24/18 ▌ email to Stone | DOJ-3000384432 | |
| 171 | Voice mail message | Production 10 | |
| 172 | 4/17/16 email from Stone to ▌ | DOJ-3001862906 | |
| 173 | 5/4/16 email from Stone to group | DOJ-3001862993 | |
| 174 | 5/12/16 email from Stone to group | DOJ-3001198395 | |
| 175 | 6/14/16 email from Stone to ▌ | DOJ-3001863148 | |
| 176 | 8/29/16 email from Stone to ▌ and ▌ reply | DOJ - 3001231046 | |
| 177 | 8/29/16 email from Stone to ▌ | DOJ-3001230960 to DOJ-3001230962 | |
| 178 | 9/21/16 email from Stone to ▌ | DOJ-3001296770 to DOJ-3001296774 | |

United States v. Roger Stone
Government Exhibit List

| EXHIBIT NO. | DESCRIPTION | BATES NO. | OBJECTIONS |
|---|---|---|---|
| 179 | 9/28/16 email from Stone to | DOJ-3000217876 to DOJ-3000217889 | |
| 180 | 9/29/16 email from Stone ot | DOJ-3001297624 | |
| 181 | 10/1/16 text from to Stone | 0011421 | |
| 182 | 10/1/16 text from to Stone | 0011422 | |
| 183 | 10/1/16 text from Stone to | 0011383 | |
| 184 | 10/7/16 email from Stone to | DOJ-3001299017 | |
| 185 | 10/21/16 email from Stone, BCC , , and | DOJ-3001302540 to DOJ-3001302544 | |
| 186 | 10/22/16 email from to Stone and | DOJ-3001302588 | |
| 187 | 10/27/16 email from Stone to , bcc | DOJ-3001303454 | |