# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

v.

ROGER J. STONE, JR.,

      Defendant.

_____

### DEFENDANT ROGER STONE'S RESPONSE TO THE COURT'S ORDER OF <u>SEPTEMEBER 20, 2019</u>

      Pursuant to the Court's Minute Order of September 20, 2019 requiring the parties to inform the Court of any objections as to the unsealing of exhibits and the Court's Memorandum Opinion, Defendant Roger Stone does not object to unsealing any of the material mentioned in the Court's Order of September 20, 2019.

                                   Respectfully submitted,

                                   By: */s/*_____

| | |
|---|---|
| | BRUCE S. ROGOW |
| L. PETER FARKAS | FL Bar No.: 067999 |
| HALLORAN FARKAS & KITTILA, LLP | TARA A. CAMPION |
| DDC Bar No.: 99673 | FL Bar: 90944 |
| 1101 30th Street, NW | BRUCE S. ROGOW, P.A. |
| Suite 500 | 100 N.E. Third Avenue, Ste. 1000 |
| Washington, DC 20007 | Fort Lauderdale, FL 33301 |
| Telephone: (202) 559-1700 | Telephone: (954) 767-8909 |
| Fax: (202) 257-2019 | Fax: (954) 764-1530 |

pf@hfk.law

brogow@rogowlaw.com
tcampion@rogowlaw.com
*Admitted pro hac vice*

ROBERT C. BUSCHEL
BUSCHEL GIBBONS, P.A.
D.D.C. Bar No. FL0039
One Financial Plaza, Suite 1300
100 S.E. Third Avenue
Fort Lauderdale, FL 33394
Telephone: (954) 530-5301
Fax: (954) 320-6932
Buschel@BGlaw-pa.com

GRANT J. SMITH
STRATEGYSMITH, PA
D.D.C. Bar No.: FL0036
FL Bar No.: 935212
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
Telephone: (954) 328-9064
gsmith@strategysmith.com

CHANDLER P. ROUTMAN
D.D.C. Bar No. 1618092
1501 East Las Olas Blvd., Suite 331
Fort Lauderdale, FL 33301
Tele: 954-235-8259
routmanc@gmail.com

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on September 23, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by CM/ECF.

              ___/s/ Chandler Routman_____
                Chandler P. Routman

*United States Attorney's Office for the District of Columbia*

Jessie K. Liu
**United States Attorney**
Jonathan Kravis
Michael J. Marando
**Assistant United States Attorneys**
Adam C. Jed
Aaron S.J. Zalinsky
**Special Assistant United States Attorneys**
555 Fourth Street, NW
Washington, DC 20530
Telephone: (202) 252-6886
Fax: (202) 651-3393