# Defendant's Trial Exhibit List
*United States v. Roger Stone*, Case No.: 19-CR-18(ABJ)

| Ex. No. | Ex. Date | Description | Bates No. | Objections | Sponsoring Witness | Admitted Date |
|---|---|---|---|---|---|---|
| | | **CORSI** | | | | |
| 1. | 5/18/16 | Corsi email to Stone | | | | |
| 2. | 5/24/16 | Corsi email to Malloch | | | | |
| 3. | 7/25/16 | Ortel email to Judge Napolitano | | | | |
| 4. | 7/25/16 | Ortel email to James Rosen | | | | |
| 5. | 7/25/16 | Ortel email to Stone | | | | |
| 6. | 7/25/16 | Stone email to Corsi | | | | |
| 7. | 7/31/16 | New York Post article | | Relevance | | |
| 8. | 8/2/16 | Corsi email to Stone | | | | |
| 9. | 8/15/16 | Stone Tweets | | Relevance | | |
| 10. | 8/21/16 | Stone Tweets | | Relevance | | |
| 11. | 8/31/16 | Corsi email to Stone | | Relevance | | |
| 12. | 8/31/16 | Stone email to A. Short | | Relevance | | |
| 13. | 9/5/16 | Corsi email to Stone | | Relevance | | |
| 14. | 9/6/16 | Corsi email to Stone | | Relevance | | |
| 15. | 9/20/16 | Corsi text to Stone | | Relevance | | |
| 16. | 9/20/16 | Corsi email to Stone | | Relevance | | |
| 17. | 9/20/16 | Stone email to A. Short | | Relevance | | |
| 18. | 9/20/16 | Stone email to Corsi | | Relevance | | |
| 19. | 9/21/16 | Corsi email to Stone | | Relevance | | |
| 20. | 9/21/16 | Stone email to A. Short | | Relevance | | |

# Defendant's Trial Exhibit List
*United States v. Roger Stone*, Case No.: 19-CR-18(ABJ)

| Ex. No. | Ex. Date | Description | Bates No. | Objections | Sponsoring Witness | Admitted Date |
|---|---|---|---|---|---|---|
| 21. | 9/21/16 | Credico text to Stone | | Relevance | | |
| 22. | 9/22/16 | Corsi text to Stone | | Relevance | | |
| 23. | 9/28/16 | Corsi text to Stone | | Relevance | | |
| 24. | 10/4/16 | Corsi text to Stone | | | | |
| 25. | 10/7/16 | Ortel email to S. Westwood | | | | |
| 26. | 10/7/16 | Stone email to Corsi | | | | |
| 27. | 10/13/16 | Corsi text to Stone | | | | |
| 28. | 10/13/16 | Corsi email to WND | | Relevance | | |
| 29. | 10/13/16 | Corsi email to Stone | | Relevance | | |
| 30. | 10/18/16 | Corsi email to Stone | | Relevance | | |
| 31. | 3/10/17 | Stone text to Corsi | | Hearsay | | |
| 32. | 3/22/17 | Corsi email to Stone | | Relevance, Hearsay | | |
| 33. | 3/22/17 | Corsi email to Stone | | Relevance, Hearsay | | |
| 34. | 3/22/17 | Corsi text to Stone | | Relevance, Hearsay | | |
| 35. | 3/28/17 | Corsi text to Stone<br>Corsi text to Stone<br>3/29/17 Corsi text to Stone | | Relevance, Hearsay | | |
| 36. | 3/28/17 | Corsi email to Stone | | Relevance, | | |

# Defendant's Trial Exhibit List
*United States v. Roger Stone*, Case No.: 19-CR-18(ABJ)

| Ex. No. | Ex. Date | Description | Bates No. | Objections | Sponsoring Witness | Admitted Date |
|---|---|---|---|---|---|---|
| | | | | Hearsay | | |
| 37. | 5/8/17 | Stone email to Corsi | | Hearsay | | |
| 38. | 9/25/17 | Corsi email to Stone | | Relevance, Hearsay | | |
| 39. | 9/25/17 | Corsi email to Stone | | Relevance, Hearsay | | |
| 40. | 10/17/17 | Corsi email to Stone | | | | |
| 41. | Withdrawn | | | | | |
| 42. | 11/15/17 | Stone email to Corsi | | Relevance, Hearsay | | |
| 43. | 11/30/17 | Corsi email to Stone | | | | |
| 44. | 3/13/18 | Stone email to Corsi | | Hearsay | | |
| **CREDICO** | | | | | | |
| 45. | 9/4/10 | Stone email to Credico | DOJ-3000706304 | | | |
| 46. | 10/9/10 | Credico email chain with Stone | | | | |
| 47. | 10/12/10 | Credico email chain with Stone | DOJ-3000776731 | | | |
| 48. | 4/6/12 | Credico email to Stone | DOJ-3001012036 | | | |
| 49. | 4/23/12 | Credico email to Stone | | | | |
| 50. | 3/19/16 | Credico text to Stone<br>Credico response | | | | |
| 51. | 4/27/16 | Credico text to Stone and Stone response | | | | |
| 52. | 5/25/16 | Credico email to Stone | DOJ-3001201692 | | | |

## Defendant's Trial Exhibit List
*United States v. Roger Stone*, Case No.: 19-CR-18(ABJ)

| Ex. No. | Ex. Date | Description | Bates No. | Objections | Sponsoring Witness | Admitted Date |
|---|---|---|---|---|---|---|
| 53. | 6/18/16 | Stone text to Credico<br><br>6/19/16 Credico response | | | | |
| 54. | 6/24/16 | Credico email to Stone | DOJ-3001209747 | | | |
| 55. | 6/24/16 | Credico email to Stone | DOJ-3001209873 | | | |
| 56. | 6/28/16 | Credico email chain with Stone | DOJ-3001219672 | | | |
| 57. | 8/10/16 | Credico email to Stone | DOJ-3001223335 | | | |
| 58. | 8/19/16 | Credico text to Stone<br><br>8/27/16 Credico text to Stone | | | | |
| 59. | 8/26/16 | Stone email chain with Credico | DOJ-3001294124 | | | |
| 60. | 9/18/16 | Stone email chain with Credico | DOJ-3001770176 et seq 178 | | | |
| 61. | 9/19/16 | Stone text to Credico<br>10/3/16 Credico text to Stone | | | | |
| 62. | 9/19/16 | Stone email chain with Credico | DOJ-3001770175 | | | |
| 63. | 9/21/16 | Stone email to Credico | DOJ-3001296803 | | | |
| 64. | 9/21/16 | Credico email to Stone | | | | |
| 65. | 9/28/16 | Credico email to himself (bcc Stone) | | Relevance, Hearsay | | |

## Defendant's Trial Exhibit List
*United States v. Roger Stone*, Case No.: 19-CR-18(ABJ)

| Ex. No. | Ex. Date | Description | Bates No. | Objections | Sponsoring Witness | Admitted Date |
|---|---|---|---|---|---|---|
| 66. | 10/2/16 | Stone email to Credico | | | | |
| 67. | 10/15/16 | Credico text to Stone<br>Stone text to Credico | | | | |
| 68. | 11/12/16 | Credico text to Stone<br>11/14/16 Stone text to Credico | | | | |
| 69. | 11/30/16 | Credico email to Stone | DOJ-3001244686 | | | |
| 70. | 11/30/16 | Stone email chain with Credico | DOJ-3001317431 | | | |
| 71. | 12/14/16 | Credico email to Stone | DOJ-3001319794 | Relevance, Hearsay | | |
| 72. | 1/16/17 | Stone email chain with Credico | DOJ-3001330313 | | | |
| 73. | 1/18/17 | Credico email to Stone | DOJ-3001249465 | | | |
| 74. | 1/23/17 | Credico email to Stone | DOJ-3001250133 | | | |
| 75. | 1/24/17 | Credico email to Stone | DOJ-3001250376 | | | |
| 76. | 2/14/17 | Credico email chain with Stone | DOJ-3001345112 | Relevance | | |
| 77. | 2/9/17 | Credico email chain with Stone | DOJ-30001343882 | Relevance | | |
| 78. | 3/9/17 | Credico email chain with Stone | DOJ-3001351872 | Relevance | | |
| 79. | 6/3/17 | Stone email chain with Credico | DOJ-3001378127 | Relevance | | |
| 80. | 11/14/17 | 8:17 am Credico text to Stone ---to--- 11/18/17  Credico text to Stone | | | | |

## Defendant's Trial Exhibit List
*United States v. Roger Stone*, Case No.: 19-CR-18(ABJ)

| Ex. No. | Ex. Date | Description | Bates No. | Objections | Sponsoring Witness | Admitted Date |
|---|---|---|---|---|---|---|
| 81. | Withdrawn | | | | | |
| 82. | 11/27/17 | Credico email chain with Stone | DOJ-3000284308 | | | |
| 83. | 12/6/17 | Credico email to Stone | DOJ-3000051313 | | | |
| 84. | 12/7/17 | Credico email to Stone | DOJ-3000387945 | | | |
| 85. | 1/24/18 | Credico text to Stone | | | | |
| 86. | 3/10/18 | Credico email chain w/Stone ---to--- 3/12/18 | DOJ-3000349502 et seq 503 | | | |
| 87. | 3/10/18 | Credico email chain w/Stone ---to--- 3/12/18 | DOJ-3000349512 et seq 513 | | | |
| 88. | 3/10/18 | Credico email chain w/Stone ---to--- 3/12/18 | DOJ-3000349532 et seq 533 | | | |
| 89. | 3/10/18 | Credico email chain with Stone | | | | |
| 90. | 3/13/18 | Credico email to Stone | DOJ-3000349707 | | | |
| 91. | 3/13/18 | Credico email to Stone | DOJ-3000349985 | | | |
| 92. | 3/14/18 | Credico email to Stone | DOJ-3000350164 | | | |
| 93. | 3/14/18 | Credico email to Stone | DOJ-3000350174 | | | |
| 94. | 3/14/18 | Credico email to Stone | DOJ-3000350443 | | | |
| 95. | 3/14/18 | Credico email to Stone | DOJ-3000071976 | | | |

## Defendant's Trial Exhibit List
*United States v. Roger Stone*, Case No.: 19-CR-18(ABJ)

| Ex. No. | Ex. Date | Description | Bates No. | Objections | Sponsoring Witness | Admitted Date |
|---|---|---|---|---|---|---|
| 96. | 3/15/18 | Credico email to Stone | DOJ-3000350641 | | | |
| 97. | 3/15/18 | Credico email to Stone | DOJ-3000350711 | | | |
| 98. | 3/18/18 | Credico email chain with Stone | DOJ-3001826787 et seq 789 | | | |
| 99. | 5/17/18 | Credico email chain with Stone | DOJ-3000351567 | | | |
| 100. | 3/21/18 | Stone email to Credico | DOJ-3000353015 | | | |
| 101. | 3/22/18 | Credico email to Stone | DOJ-3000353725 | | | |
| 102. | 3/23/18 | Credico email to Stone | DOJ- 3000353784 | | | |
| 103. | 3/23/18 | Credico email to Stone | DOJ- 3000353791 | | | |
| 104. | 3/23/18 | Credico email to Stone" | DOJ-3000354072 | | | |
| 105. | 3/23/18 | Credico email to Stone | DOJ-3000354277 | | | |
| 106. | 3/24/18 | Credico email chain with Stone | DOJ-3000354625 | | | |
| 107. | 3/25/18 | Stone email to Credico | DOJ-3000354749 | | | |
| 108. | 3/30/18 | Credico email to Stone | DOJ-3000356880 | | | |
| 109. | 4/4/18 | Credico email chain with Stone | DOJ-3000359108 | | | |
| 110. | 4/4/18 | Credico email to Stone | DOJ-3000359128 | | | |

## Defendant's Trial Exhibit List
*United States v. Roger Stone*, Case No.: 19-CR-18(ABJ)

| Ex. No. | Ex. Date | Description | Bates No. | Objections | Sponsoring Witness | Admitted Date |
|---|---|---|---|---|---|---|
| 111. | 4/6/18 | Credico email to Stone | DOJ-3000359631 | | | |
| 112. | 4/6/18 | Credico email to Stone | DOJ-3000359670 | | | |
| 113. | 4/6/18 | Credico email to Stone | DOJ-3000359921 | | | |
| 114. | 4/7/18 | Credico email chain with Stone | DOJ-3000360698 et seq 704 | | | |
| 115. | 4/7/18 | Credico email chain with Stone | DOJ-3000360510 | | | |
| 116. | 4/7/18 | Credico email chain with Stone | DOJ-3000360360 | | | |
| 117. | 4/7/18 | Credico email to Stone | DOJ-3000360396 | | | |
| 118. | 4/8/18 | Credico email chain with Stone | DOJ-3000361132 et seq 133 | | | |
| 119. | 4/9/18 | Credico email Stone | DOJ-3000361366 | | | |
| 120. | 4/10/18 | Credico email to Stone | DOJ-3001809131 | | | |
| 121. | 5/2/18 | Credico email chain with Stone | DOJ-3000371900 | | | |
| 122. | 5/5/18 | Credico email to Stone | DOJ-3000373316 | | | |
| 123. | 5/5/18 | Credico email to Stone | DOJ-3000373352 | | | |
| 124. | 5/5/18 | Credico email to Stone | DOJ-3000373357 | | | |

## Defendant's Trial Exhibit List
*United States v. Roger Stone*, Case No.: 19-CR-18(ABJ)

| Ex. No. | Ex. Date | Description | Bates No. | Objections | Sponsoring Witness | Admitted Date |
|---|---|---|---|---|---|---|
| 125. | 5/5/18 | Credico email chain with Stone | DOJ-3000373460 et seq 461 | | | |
| 126. | 5/5/18 | Credico email to Stone | DOJ-3000373867 | | | |
| 127. | 5/5/18 | Credico email chain with Stone | DOJ-3000373776 | | | |
| 128. | 5/5/18 | Credico email to Stone | DOJ-3000373811 | | | |
| 129. | 5/6/18 | Credico email to Stone | DOJ-3000373873 | | | |
| 130. | 5/7/18 | Credico email to Stone | DOJ-3000374865 | | | |
| 131. | 5/8/18 | Credico email to Stone | DOJ-3000375302 | | | |
| 132. | 5/8/18 | Credico email to Stone | DOJ-3000375336 | | | |
| 133. | 5/16/18 | Credico email chain with Stone | DOJ-3000381357 | | | |
| 134. | 5/17/18 | Credico email chain with Stone | DOJ-3000381548 | | | |
| 135. | 5/18/18 | Stone email to Credico | DOJ-3001820363 | | | |
| 136. | 5/20/18 | Credico email chain with Stone | DOJ-3000382376 | | | |
| 137. | 5/20/18 | Credico email chain to Stone | DOJ-3000382459 et seq 460 | | | |
| 138. | 5/21/18 | Credico email chain with Stone | DOJ-3000382776 | | | |
| 139. | 5/21/18 | Credico email chain with Stone | DOJ-3000384406 | | | |
| 140. | 5/24/18 | Credico email to Stone | DOJ-3000384718 | | | |
| 141. | 5/26/18 | Credico email chain with Stone | DOJ-3000385434 | | | |

## Defendant's Trial Exhibit List
*United States v. Roger Stone*, Case No.: 19-CR-18(ABJ)

| Ex. No. | Ex. Date | Description | Bates No. | Objections | Sponsoring Witness | Admitted Date |
|---|---|---|---|---|---|---|
| 142. | 5/26/18 | Credico email to Stone | DOJ-3000385525 | | | |
| 143. | 5/27/18 | Credico email chain with Stone | DOJ-3000385819 | | | |
| 144. | 5/28/18 | Credico email to Stone | DOJ-3000386328 | | | |
| 145. | 5/28/18 | Credico email chain with Stone | DOJ-3000386343 | | | |
| 146. | 5/28/18 | Credico email chain with Stone | DOJ-3000386369 | | | |
| 147. | 5/28/18 | Credico email chain with Stone | DOJ-3000386370 | | | |
| 148. | 5/28/18 | Credico email chain with Stone | DOJ-3000386371 | | | |
| 149. | 5/28/18 | Credico email chain with Stone | DOJ-3000386372 | | | |
| 150. | 5/28/18 | Credico email to Stone | DOJ-3000386399 | | | |
| 151. | 5/28/18 | Credico email chain with Stone | DOJ-3000386568 | | | |
| 152. | 5/29/18 | Credico email to Stone | DOJ-3000386693 | | | |
| 153. | 5/31/18 | Credico email chain with Stone | DOJ-3000387911 | | | |
| 154. | 6/1/18 | Credico email to Stone | DOJ-3000388428 | | | |
| 155. | 6/16/18 | Credico email to L. Anderson | DOJ-3001826598 | | | |
| 156. | 8/11/19 | @CredicoRandy tweet | | Relevance | | |