UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROGER J. STONE, JR.,<br><br>　　　　　Defendant. | Criminal No. 19-cr-18-ABJ |

**NOTICE OF NO OBJECTION TO UNSEALING MEMORANDUM OPINION**

　　The United States of America, by and through Jessie Liu, United States Attorney for the District of Columbia, hereby notifies the Court that it has no objection to unsealing, in its entirety, the Memorandum Opinion described in the Court's Minute Order dated September 19, 2019.

　　　　　　　　　　　　　　　　　　　　JESSIE K. LIU
　　　　　　　　　　　　　　　　　　　　U.S. Attorney for the District of Columbia

　　　　　　　　　　　　　　　　By: /s/
　　　　　　　　　　　　　　　　　　　Jonathan Kravis
　　　　　　　　　　　　　　　　　　　Michael J. Marando
　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys
　　　　　　　　　　　　　　　　　　　Adam C. Jed
　　　　　　　　　　　　　　　　　　　Aaron S.J. Zelinsky
　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorneys
　　　　　　　　　　　　　　　　　　　555 4th Street NW
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530

Date: September 23, 2019