# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 19-cr-18-ABJ |
| ROGER J. STONE, JR., | |
| Defendant. | |

## DEMOCRATIC NATIONAL COMMITTEE AND DCCC'S NOTICE REGARDING FILING OF SUPPLEMENTAL EXHIBITS

The Democratic National Committee ("DNC") and DCCC, a/k/a Democratic Congressional Campaign Committee, hereby submit redacted supplemental Exhibits 1 and 2 to their Opposition to Defendant's Request for Rule 17(c) Subpoena, ECF 183, in response to the Court's request during the September 25, 2019 Pretrial Conference. The supplemental exhibits consist of Statements of Work that memorialize counsel for the DNC and DCCC's engagement of CrowdStrike for the purpose of providing legal advice following the cyberattack and theft of DNC and DCCC data.

Dated: September 26, 2019

Respectfully submitted,

/s/ *Uzoma Nkwonta*
Marc E. Elias
Uzoma N. Nkwonta
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
(202) 654-6200
(202) 654-6211 (fax)
MElias@perkinscoie.com
UNkwonta@perkinscoie.com

*Counsel for the Democratic National Committee and DCCC*

2

**<u>CERTIFICATE OF SERVICE</u>**

     I HEREBY CERTIFY that on September 26, 2019, I filed the foregoing with the Clerk of the Court, and, once docketed, electronic notice of this filing will be sent to all counsel of record.

                                              /s/ *Uzoma Nkwonta*
                                              Uzoma N. Nkwonta

# EXHIBIT 1



# STATEMENT OF WORK

This **Statement of Work 1** ("SOW") is entered into by CrowdStrike Services, Inc. ("CrowdStrike") and **Perkins Coie LLP**, a limited liability partnership ("Firm"), with its principal place of business at 700 Thirteenth Street, NW, Washington, DC, 20005, and the **Democratic National Committee** ("Firm Client") (collectively, the "Parties") as of May 2, 2016 (the "SOW Effective Date") and forms a part of and is subject to the Master Services Agreement dated May 2, 2016 (the "Agreement") by and between: (i) CrowdStrike Services, Inc. and (ii) the Firm.

Capitalized terms used in this SOW but not defined herein shall have the meaning set forth in the Agreement. Nothing in this SOW shall be construed as an amendment of the Agreement but is merely a supplement thereto. In the event of any inconsistency between this SOW and Agreement, the latter shall prevail.

The Parties believe that, because CrowdStrike will be providing Services for the purpose of assisting Firm in providing legal advice or related legal services to Firm Clients, CrowdStrike shall cooperate with Firm in protecting the Parties' communications and work product from disclosure under the attorney-client privilege, work product doctrine or other applicable privileges or protections.



## 2. SERVICES

**2.1. Definition of Services.** CrowdStrike will work at Firm's direction and will assist Firm with providing legal advice to Firm Client by performing professional services related to cybersecurity (the "Services").





## STATEMENT OF WORK





STATEMENT OF WORK





## STATEMENT OF WORK



| | | | | |
|---|---|---|---|---|
| **CROWDSTRIKE** | | | **FIRM CLIENT (DNC)** | |
| By: | ▮ | | By: | ▮ |
| Name: | ▮ | | Name: | ▮ |
| Title: | VP, Corporate Controller | | Title: | Chief Operating Officer |
| Date: | 5/3/2016 | | Date: | 5/3/16 |

| | |
|---|---|
| **PERKINS COIE LLP** | |
| By: | ▮ |
| Name: | ▮ |
| Title: | Partner |
| Date: | May 2, 2016 |

# EXHIBIT 2




# STATEMENT OF WORK

This **Statement of Work 2** ("SOW") is entered into by CrowdStrike Services, Inc. ("CrowdStrike") and **Perkins Coie LLP,** a limited liability partnership ("Firm"), with its principal place of business at 700 Thirteenth Street, NW, Washington, DC, 20005, and the **Democratic Congressional Campaign Committee** ("Firm Client") (collectively, the "Parties") as of May 2, 2016 (the "SOW Effective Date") and forms a part of and is subject to the Master Services Agreement dated May 2, 2016 (the "Agreement") by and between: (i) CrowdStrike Services, Inc. and (ii) the Firm.

Capitalized terms used in this SOW but not defined herein shall have the meaning set forth in the Agreement. Nothing in this SOW shall be construed as an amendment of the Agreement but is merely a supplement thereto. In the event of any inconsistency between this SOW and Agreement, the latter shall prevail.

The Parties believe that, because CrowdStrike will be providing Services for the purpose of assisting Firm in providing legal advice or related legal services to Firm Clients, CrowdStrike shall cooperate with Firm in protecting the Parties' communications and work product from disclosure under the attorney-client privilege, work product doctrine or other applicable privileges or protections.



## 2. SERVICES

**2.1. Definition of Services.** CrowdStrike will work at Firm's direction and will assist Firm with providing legal advice to Firm Client by performing professional services related to cybersecurity (the "Services").





## STATEMENT OF WORK





**STATEMENT OF WORK**



**STATEMENT OF WORK**



Perkins Coie – CrowdStrike Services SOW 2 - DCCC **CONFIDENTIAL**   Page 4 of 5

## STATEMENT OF WORK



**CROWDSTRIKE S**
By: [DocuSigned by: ■■■■ FBCDF4C51FCF401...]
Name: ■■■
Title: VP, Corporate Controller
Date: 6/20/2016

**FIRM CLIENT (DCCC)**
By: ■■■
Name: ■■■
Title: Chief of Staff and COO
Date: June 16, 2016

DS
LT

**PERKINS COIE LLP**
By: ■■■
Name: ■■■
Title: Partner
Date: June 16, 2016