# EXHIBIT 1

# STATEMENT OF WORK

This **Statement of Work 1** ("SOW") is entered into by CrowdStrike Services, Inc. ("CrowdStrike") and **Perkins Coie LLP**, a limited liability partnership ("Firm"), with its principal place of business at 700 Thirteenth Street, NW, Washington, DC, 20005, and the **Democratic National Committee** ("Firm Client") (collectively, the "Parties") as of May 2, 2016 (the "SOW Effective Date") and forms a part of and is subject to the Master Services Agreement dated May 2, 2016 (the "Agreement") by and between: (i) CrowdStrike Services, Inc. and (ii) the Firm.

Capitalized terms used in this SOW but not defined herein shall have the meaning set forth in the Agreement. Nothing in this SOW shall be construed as an amendment of the Agreement but is merely a supplement thereto. In the event of any inconsistency between this SOW and Agreement, the latter shall prevail.

The Parties believe that, because CrowdStrike will be providing Services for the purpose of assisting Firm in providing legal advice or related legal services to Firm Clients, CrowdStrike shall cooperate with Firm in protecting the Parties' communications and work product from disclosure under the attorney-client privilege, work product doctrine or other applicable privileges or protections.

## 2. SERVICES

**2.1. Definition of Services.** CrowdStrike will work at Firm's direction and will assist Firm with providing legal advice to Firm Client by performing professional services related to cybersecurity (the "Services").





**STATEMENT OF WORK**



DocuSign Envelope ID: 96FB0C34-4706-48C3-BDA3-62542553C148 Case 1:19-cr-00018-ABJ Document 223-1 Filed 09/26/19 Page 4 of 5

CROWDSTRIKE

STATEMENT OF WORK

Perkins Coie – DNC – CrowdStrike Services SOW 1 **CONFIDENTIAL** Page 3 of 4





STATEMENT OF WORK

| **CROWDSTRIKE** | DocuSigned by: [redacted] FBCDF4C51FCF401... | **FIRM CLIENT (DNC)** | |
|---|---|---|---|
| By: | | By: | [redacted] |
| Name: | [redacted] | Name: | [redacted] |
| Title: | VP, Corporate Controller | Title: | **Chief Operating Officer** |
| Date: | 5/3/2016 | Date: | 5/3/16 |

| **PERKINS COIE LLP** | |
|---|---|
| By: | [redacted] |
| Name: | [redacted] |
| Title: | **Partner** |
| Date: | **May 2, 2016** |