1IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.,

    Defendant.
_____/

## MOTION FOR PERMISSION TO TRAVEL

Defendant, Roger J. Stone, Jr., files this Motion for Permission to Travel during the following days in October:

1. October 15, 2019 to Palatka, Florida, located in the United States District for the Middle District of Florida, for employment opportunities;

2. October 16, 2019 to Orange Park, Florida and Fleming Island, Florida, located in the United States District for the Middle District of Florida, for employment opportunities;

3. October 17, 2019 to Alachua, Florida, located in the United States District for the Northern District of Florida, for employment opportunities.

Counsel has communicated with Mr. Stone's Pretrial Services Officer who has stated Pretrial Services has no objection to the filing of this motion and requested their office be kept advised of the Court's ruling. Mr. Stone has provided Pretrial Services with the requested detailed documentation and will contact his Officer upon his return. The Government has been has also been contacted and has no objection to the relief sought.

Mr. Stone respectfully requests that this Court grant this motion for permission to travel and allow Mr. Stone to travel to the United States Districts during the dates outlined above.

Respectfully submitted,

By: /s/_____

BRUCE S. ROGOW
FL Bar No.: 067999
TARA A. CAMPION
FL Bar: 90944
**BRUCE S. ROGOW, P.A.**
100 N.E. Third Avenue, Ste. 1000
Fort Lauderdale, FL  33301
Telephone: (954) 767-8909
Fax: (954) 764-1530
brogow@rogowlaw.com
tcampion@rogowlaw.com
*Admitted pro hac vice*

L. PETER FARKAS
**HALLORAN FARKAS + KITTILA, LLP**
DDC Bar No.: 99673
1101 30th Street, NW
Suite 500
Washington, DC 20007
Telephone: (202) 559-1700
Fax: (302) 257-2019
pf@hfk.law

ROBERT C. BUSCHEL
**BUSCHEL GIBBONS, P.A.**
D.D.C. Bar No. FL0039
One Financial Plaza, Suite 1300
100 S.E. Third Avenue
Fort Lauderdale, FL 33394
Telephone: (954) 530-5301
Fax: (954) 320-6932
Buschel@BGlaw-pa.com

GRANT J. SMITH
**STRATEGYSMITH, PA**
D.D.C. Bar No.: FL0036
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
Telephone: (954) 328-9064
gsmith@strategysmith.com

**CHANDLER P. ROUTMAN**
D.D.C. Bar No. 1618092
501 East Las Olas Blvd., Suite 331
Fort Lauderdale, FL 33301
Tele: (954) 235-8259
routmanc@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 2, 2019 I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by CM/ECF.

| *United States Attorney's Office for the District of Columbia* | *Pretrial Services (via email)* |
|---|---|
| JESSIE K. LIU<br>**United States Attorney**<br>JONATHAN KRAVIS<br>MICHAEL J. MARANDO<br>**Assistant United States Attorneys**<br>ADAM C. JED<br>AARON S.J. ZELINSKY<br>**Special Assistant United States Attorneys**<br>555 Fourth Street, NW<br>Washington, DC 20530<br>Telephone: (202) 252-6886<br>Fax: (202) 651-3393 | CHRISTINE SCHUCK<br>**PRETRIAL SERVICES OFFICER**<br>US District Court Unit<br>Pretrial Services Agency for the District of Columbia<br>333 Constitution Ave NW  Suite #2507<br>Washington DC 20001<br>Desk: (202)442-1017<br>Main: (202)442-1000<br>Fax:   (202)442-1001 |

By: */s/ Chandler Routman*
CHANDLER ROUTMAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.,

    Defendant.

_____/

## ORDER

Upon consideration of defendant Roger J. Stone, Jr.'s Unopposed Motion to Travel [Dkt. # ___], the motion is GRANTED.

It is ORDERED that the defendant may travel to:

1. Palatka, Florida on October 15, 2019
2. Orange Park, Florida on October 16, 2019
3. Fleming Island, Florida on October 16, 2019
4. Alachua, Florida on October 17, 2019

Defendant shall provide Pretrial Services with a copy of this Order and his specific travel itinerary for the trip prior to his departure from the Southern District of Florida. Defendant may not travel to any location aside from that set out above and must contact Pretrial Services within the first business day by telephone upon his return.

**SO ORDERED.**

_____
AMY BERMAN JACKSON
United States District Judge

cc:    all counsel of record