IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.                                                                            Case 1:19-cr-00018-ABJ

ROGER J. STONE, JR.

       Defendant.
_____/

## NOTICE TO COURT ORDER
(September 27, 2019)

Bruce S. Rogow, of Bruce S. Rogow, P.A., files this Notice in response to the Court's Order of September 27, 2019, and advises that he will appear as lead counsel of record on behalf of Defendant, Roger Stone. Counsel has read the Local Criminal Rules and advises the Court that he complies with Local Criminal Rule 83.2(b)(1).

                                          Respectfully submitted,

                                          */s/ Bruce S. Rogow*
                                          BRUCE S. ROGOW
                                          FL Bar No.: 067999
                                          TARA A. CAMPION
                                          FL Bar: 90944
                                          BRUCE S. ROGOW, P.A.
                                          100 N.E. Third Avenue, Ste. 1000
                                          Fort Lauderdale, FL  33301
                                          Telephone: (954) 767-8909
                                          Fax: (954) 764-1530
                                          brogow@rogowlaw.com
                                          tcampion@rogowlaw.com
                                          *Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

*United States Attorney's Office for the District of Columbia*

Jessie K. Liu
**United States Attorney**
Jonathan Kravis
Michael J. Marando
**Assistant United States Attorneys**
Adam C. Jed
Aaron S.J. Zalinsky
**Special Assistant United States Attorneys**
555 Fourth Street, NW
Washington, DC 20530
Telephone: (202) 252-6886
Fax: (202) 651-3393

By: */s/ Chandler P. Routman*
CHANDLER P. ROUTMAN