UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Crim. Action No. 19-0018 (ABJ) |
| ROGER J. STONE, JR., | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

On September 25, 2019, for the reasons stated on the record in the courtroom at the Pretrial Conference, the following government exhibits ("GX") were ruled on as follows:  GX 21, 22, 24, 42, 43, 44, 165, 166, and 167 are admitted.  GX 148 will be admitted with redactions.

On November 4, 2019, for the reasons stated on the record in the courtroom at the continued Pretrial Conference, the following defense exhibits ("DX") were ruled on as follows:  DX 65, 71, 170, and 176 are excluded. If the author of DX 176 testifies, and if he makes statements of fact that are inconsistent with statements in his book, then the defense may request permission to cross examine him with those statements.  DX 76 and 77 will be admitted with redactions, and DX 79 is admitted.

The Court heard argument on DX 177 and 178 and took the rulings on those exhibits under advisement.  With respect to DX 177, portions of the HPSCI Majority Report, pages 1–139 will be admitted; pages 156–165 (Appendix G), which relate to proceedings before a separate Congressional Committee – the Senate Committee on the Judiciary, and to a witness who will not appear in this case, will be excluded as irrelevant and hearsay.  The defense has withdrawn its request to introduce pages 185–243 (Appendix H), so that evidence will also be excluded.

With respect to DX 178, portions of the HPSCI Minority Report, the first and last paragraphs under the heading "Candidate Trump's Public Statements" will be admitted, but the middle three paragraphs will be excluded.  The first paragraph under the heading, "Donald Trump Jr. and Wikileaks" will be admitted, but the remainder of the information under that heading on pages 33 and 34 will be excluded.  The material on pages 34–39 that appears under the heading "Roger Stone, Wikileaks, and Guccifer 2.0" will be admitted, and the material on pages 40–41 under the heading "Majority Report" will be admitted.  The material beginning on page 41 under the heading "July 2016 – Carter Page Travel to Moscow" through page 53, will be excluded, with the exception of the phrase on page 53 that states, "As outlined in the March 13, 2018 status update, among an array of other steps, the Minority believes it is necessary to:"  and the first clause of the third bulleted paragraph following the colon that  says, "Issue Committee subpoenas to the

2

following individuals." The rest of page 53 will be excluded, and all of page 54, with the exception of the final paragraph related to Roger Stone, will be excluded.  The paragraph related to Roger Stone on page 54 and the paragraph page 55 will be admitted.

    SO ORDERED.

AMY BERMAN JACKSON<br>United States District Judge

DATE:  November 4, 2019