IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case 1:19-cr-00018-ABJ

UNITED STATES OF AMERICA,

v.

ROGER J. STONE, JR.,

    Defendant.

_____/

### **DEFENDANT ROGER J. STONE'S PROPOSED SPECIAL JURY INSTRUCTION**

Defendant Roger J. Stone, Jr. files this proposed special jury instruction.

When considering the word intermediary, you must apply the following definition:

"Generally, an intermediary acts as a middleman, a broker, one who is employed to negotiate a matter between two parties, and who for that purpose may be [an] agent of both."

Black's Law Dictionary 731 (5th ed.1979).

*First Ins. Funding Corp. v. Fed. Ins. Co.*, 284 F.3d 799, 805 (7th Cir. 2002).

                      Respectfully submitted,

                      By: */s/*_____

| | |
|---|---|
| ROBERT C. BUSCHEL | BRUCE S. ROGOW |
| BUSCHEL GIBBONS, P.A. | FL Bar No.: 067999 |
| D.D.C. Bar No. FL0039 | TARA A. CAMPION |
| One Financial Plaza, Suite 1300 | FL Bar: 90944 |
| 100 S.E. Third Avenue | BRUCE S. ROGOW, P.A. |
| Fort Lauderdale, FL 33394 | 100 N.E. Third Avenue, Ste. 1000 |
| Telephone: (954) 530-5301 | Fort Lauderdale, FL 33301 |
| Fax: (954) 320-6932 | Telephone: (954) 767-8909 |
| Buschel@BGlaw-pa.com | brogow@rogowlaw.com |
| | tcampion@rogowlaw.com |

*Admitted pro hac vice*

| | |
|---|---|
| CHANDLER P. ROUTMAN | GRANT J. SMITH |
| D.D.C. Bar No. 1618092 | STRATEGYSMITH, PA |
| 501 East Las Olas Blvd., Suite 331 | D.D.C. Bar No.: FL0036 |
| Fort Lauderdale, FL 33301 | 401 East Las Olas Boulevard |
| Tele: (954) 235-8259 | Suite 130-120 |
| routmanc@gmail.com | Fort Lauderdale, FL 33301 |
| | Telephone: (954) 328-9064 |
| | gsmith@strategysmith.com |

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

*United States Attorney's Office for the District of Columbia*

Jessie K. Liu
**United States Attorney**
Jonathan Kravis
Michael J. Marando
**Assistant United States Attorneys**
Adam C. Jed
Aaron S.J. Zalinsky
**Special Assistant United States Attorneys**
555 Fourth Street, NW
Washington, DC 20530
Telephone: (202) 252-6886
Fax: (202) 651-3393

By: */s/ Robert Buschel*
ROBERT BUSCHEL