CO 109A - Rev 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ROGER STONE, JR.

Civil/Criminal No.: 19-CR-00018 (ABJ)

**FILED**

NOV 14 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**NOTE FROM JURY**

Is the October 13 Letter (Exhibit 13) considered to be "Testimony"?

The answer to the question is no.

Judge [signature]

2:50 pm

Date: 11/14/19
Time: 2:07 pm

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. )  Civil/Criminal No.: 19-CR-00018 (ABJ)
)
ROGER STONE, JR. )
)

**FILED**

**NOV 14 2019**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**NOTE FROM JURY**

For Charge Three, is the question of false testimony about their being a "single" point of contact, or that Roger Stone identified the go between as Randy Credico?

Date: 11/14/19

Time: 3:23 pm