CO 109A - Rev 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ROGER STONE, JR.

Civil/Criminal No.: 19-CR-00018 (ABJ)

**FILED**

NOV 1 5 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**NOTE FROM JURY**

WE HAVE REACHED A VERDICT.

Date: 11/15/19

Time: 11:11 am