UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. Action No. 19-0018 (ABJ) |
| ) | |
| ROGER J. STONE, JR., ) | |
| ) | |
| Defendant. ) | |

**FILED**
NOV 15 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**VERDICT FORM**

**COUNT 1 (Obstruction of Proceeding):**

As to Count 1 of the indictment, obstruction of an official proceeding in violation of 18 U.S.C. §§ 1505 and 2, we, the members of the jury, unanimously find Mr. Stone:

Guilty __✓__    Not Guilty _____

**COUNT 2 (False Statement)**

As to Count 2 of the indictment, making a false statement in violation of 18 U.S.C. §§ 1001(a)(2) and (2) (that is, that Stone testified falsely that he did not have emails with third parties about Julian Assange, and that he did not have any documents, emails, or text messages that referred to Julian Assange), we, the members of the jury, unanimously find Mr. Stone:

Guilty __✓__    Not Guilty _____

**COUNT 3 (False Statement)**

As to Count 3 of the indictment, making a false statement in violation of 18 U.S.C. § 1001(a)(2) and (2) (that is, that Stone testified falsely that his August 2016 references to being in contact with Julian Assange were references to communications with a single "go-between," "mutual friend," and "intermediary," who Stone identified as Randy Credico), we, the members of the jury, unanimously find Mr. Stone:

Guilty __✓__    Not Guilty _____

**COUNT 4 (False Statement)**

As to Count 4 of the indictment, making a false statement in violation of 18 U.S.C. § 1001(a)(2) and (2) (that is, that Stone testified falsely that he did not ask the person he referred to as his "go-between," "mutual friend," and "intermediary," to communicate anything to Julian Assange and did not ask the intermediary to do anything on Stone's behalf."), we, the members of the jury, unanimously find Mr. Stone:

Guilty ✓     Not Guilty _____

**COUNT 5 (False Statement)**

As to Count 5 of the indictment, making a false statement in violation of 18 U.S.C. § 1001(a)(2) and (2) (that is, that Stone testified falsely that he and the person he referred to as his "go-between," "mutual friend," and "intermediary" did not communicate via text message or email about WikiLeaks), we, the members of the jury, unanimously find Mr. Stone:

Guilty ✓     Not Guilty _____

**COUNT 6 (False Statement)**

As to Count 6 of the indictment, making a false statement in violation of 18 U.S.C. § 1001(a)(2) and (2) (that is, that Stone testified falsely that he had never discussed his conversations with the person he referred to as his "go-between," "mutual friend," and "intermediary" with anyone involved in the Trump Campaign.), we, the members of the jury, unanimously find Mr. Stone:

Guilty ✓     Not Guilty _____

**COUNT 7 (Witness Tampering)**

As to Count 7 of the indictment, tampering with a witness in violation of 18 U.S.C. § 1512(b)(1), we, the members of the jury, unanimously find Mr. Stone:

Guilty ✓     Not Guilty _____

11/15/19
Date

2