In the United States District Court
For the District of Columbia

| | | |
|---|---|---|
| **United States of America,**<br>**Plaintiff,** | ) | |
| **v.** | ) | **Criminal Action No. 1:19-CR-00018** |
| **Roger Jason Stone, Jr.,**<br>**Defendant.** | ) | Sentencing Letter<br>Leave to file GRANTED<br>ABJ 11/18/19<br>Amy B. Jackson Date<br>United States District Judge |

**DECLARATION OF BRIAN DAVID HILL IN SUPPORT OF ROGER JASON STONE, CONCERNING CHARACTER WITNESS OF ROGER STONE, IN SUPPORT OF SENTENCING OR ANY OTHER PURPOSE**

I, Brian David Hill, declare pursuant to Title 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

I am Brian David Hill. Back in 2017, I had mailed to Roger J. Stone the case files concerning my federal case: United States of America v. Brian David Hill, case no. 1:13-cr-435-1, Middle District of North Carolina, along with a photograph of myself, Alex Jones, and Stewart Rhodes. See photographs below:





SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Stone Cold Truth
Roger Stone
[redacted] Bayview Drive
Fort Lauderdale, FL 33305

9590 9402 2456 6249 4901 73

2. Article Number (Transfer from service label)

7016 0340 0000 3842 8413

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

FORT LAUDERDALE, FL 33305
OFFICIAL USE

7016 0340 0000 3842 8413

| | |
|---|---|
| Certified Mail Fee | $3.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $3.75 |
| Total Postage and Fees | $9.85 |

1078
01
Postmark Here
MAR 22 2017
03/22/2017

Sent To Roger Stone, Stone Cold Truth
Street and Apt. No., or PO Box No. [redacted] Bayview Drive
City, State, ZIP+4® Fort Lauderdale, FL 33305

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Photograph mailed to Roger Stone in asking him to look into my case. See below:



Brian D. Hill (Left) of formerly USWGO Alternative News (once was uswgo.com when used to be an operational website), Alex Jones of Infowars.com (Center), and Stewart Rhodes of OathKeepers.org (Right).

I was also able to call Roger Stone back in 2017 one or more times from what I can remember and spoke with him about what I had mailed him. He seemed pretty nice and was dealing with stuff at the time over what I believed was the Russian Collusion delusion mess that was being talked about on television. I was asking him and others for help by looking into my federal case files and then consider asking United States President Donald John Trump to issue for me a "Pardon of Innocence", aka a pardon declaring me actually innocent of my wrongful federal criminal conviction in the United States District Court in Greensboro, North Carolina.

Roger Stone could have turned me away like the others including the Innocence Project because my case is complex and not a DNA case. My criminal charge in 2013 carries an extreme stigmatization so lawyers usually do not want to help me at all unless I pay them piles of money I do not have. I know I have been set up with a crime, and I feel that Roger Stone may have been set up or doesn't deserve his charges, because of the things I have experienced in the Federal Court system for my case. I have experienced a lot of dirty and underhanded things in my federal case: frauds upon the court, perjury, subornation of perjury, false facts and questionable evidence, and despite all of that I was forced against my wishes to falsely plead guilty to my charge or I would have faced 20 years in Federal Prison

because my own Defense Attorney Eric David Placke wouldn't do anything to fight for me. So I understand how frustrated Roger J. Stone feels. I been there, I know what it feels like to go through the federal criminal justice system. It is different than what people were taught in public schools.

So Roger Stone told me over the phone from what I can remember, that he would take a look at my case files and I believe he may have considered wanting to help me, after the whole "Russia hoax" or "Russian collusion delusion" (*I believe he said one or the other of those words or something to that effect, I am being truthful as best as I can remember*). From me talking with him over the phone, I pretty much could tell that he'd thought in 2017 it would end and then he would review over what I had mailed him and I could have shown him evidence of my actual innocence that was ignored by Assistant Federal Public Defender Eric David Placke in Greensboro, North Carolina, who misled me into falsely pleading guilty, or I would face 20 years in Federal Prison. My family researched the years that he may be facing and it may be up to possibly 50 years if the calculations are correct. I do not think he deserves 50 years. He was nice enough to hear me out and accept my certified mailing and signed the return receipt for my mailing. He didn't have to do any of that. He could have cussed me out and would have had the right to do so since my reputation has been destroyed/assassinated by my federal criminal case, but Roger didn't turn the information away as far as I was aware of. He could never help me because he was charged instead and he is having a difficult time helping himself from what I heard about Roger Stone and his case. So how could he help me if he is having a hard time over the stigmatization going on in his case and being able to feed his family and support himself despite the massive legal expenditures?

Instead I saw on television earlier this year that he was arrested and I didn't think he deserved any of that. A man who had wanted to consider looking into my criminal case, despite the stigmatization I had to deal with and nobody seems to care about helping me prove my innocence when they hear the words possession of a certain kind of material and people turn their ears off and their eyes off, and don't care about me trying to prove my innocence since my federal charge back in 2013. Only people that really do care and want to help me prove my innocence is a few of my friends and my family. That is all I have left.

If he is to be sentenced, I want this affidavit to be one of the character witness testimony in writing, in favor of Roger Stone. He didn't have to consider helping

me at all, he could have refused to sign the return receipt and cuss me out or make fun of me like some do when they hear of my criminal charge and don't want to see or hear any evidence of my actual innocence in my case. Roger Stone didn't do that. I think he isn't a bad person. I may not personally had known him for a long time, but I know that if he wasn't dealing with his own federal criminal charge, that he would have helped me and tried to persuade Alex Jones of Infowars.com to reconsider not touching my case with a ten foot pole, and Roger Stone could have pushed for a pardon of innocence for me. If that had happened, I would have been saved from my nightmare in the Federal Court system.

I have Autism Spectrum Disorder, being wrongfully convicted is really hard on me, sometimes difficult for me to deal with and almost breaks me down. Roger Stone clearly was going to look into my case, and if he had saw the evidence I had presented in my 2255 case, I believe Roger would have given my evidence to President Trump personally if he could of or ask President Trump to pardon me for my innocence. Roger Stone is against the New World Order, and I believe he had good reasons for wanting to help Donald John Trump get elected.

I believe Roger Stone is of good moral character for the times I had text messaged him on his cell phone (2017 and 2018). I had spoken with him one or multiple times over the phone but that was back in 2017 and not as easy to remember.

This federal affidavit is all I plan to file in this court. This is my one-time filing unless the Clerk or the Court requires me to file anything further. I feel the need to at least file this to truthfully tell the Court what I personally feel about Roger Stone based on me text messaging him in the past (2017 and 2018) and calling him back in 2017.

No lawyer made me file this. This was filed by me under my own volition, and I wanted to help out Roger Stone. I don't know if the Clerk will file this particular Declaration or not, but I hope that it will aid in the case of Roger Stone as best as it can be for the interest in justice.

Also I had filed some case law in my federal case that I would believe help Roger Stone's lawyers in his case. I will cite them here to the best of my knowledge from what my family had researched and what I got from the FCI-1 Butner law library:

Courts § 225.1; Equity § 47 - power to vacate fraudulent judgment

A federal court has the inherent power to vacate its own judgment upon proof that a fraud has been perpetrated upon the court; this historic power of equity to set

aside fraudulently begotten judgments is necessary to the integrity of the courts; moreover, a federal court has the power to conduct an independent investigation in order to determine whether the court has been the victim of fraud.
Chambers v. Nasco, Inc., 501 U.S. 32 (1991).

Void order which is one entered by court which lacks jurisdiction over parties or subject matter, or lacks inherent power to enter judgment, or order procured by fraud, can be attacked at any time, in any court, either directly or collaterally, provided that party is properly before court, *People ex rel. Brzica v. Village of Lake Barrington,* 644 N.E.2d 66 (Ill. App. 2 Dist. 1994).

A void judgment which includes judgment entered by a court which lacks jurisdiction over the parties or the subject matter, or lacks inherent power to enter the particular judgment, or an order procured by fraud, can be attacked at any time, in any court, either directly or collaterally, provided that the party is properly before the court. See Long v. Shorebank Development Corp., 182 F.3d 548 (C.A. 7 Ill. 1999).

A **void** judgment is one that has been procured by extrinsic or collateral fraud or entered by a court that did not have jurisdiction over the subject matter or the parties." Rook v. Rook, 233 Va. 92, 95, 353 S.E.2d 756, 758 (1987)

A void judgment or order is one that is entered by a court lacking jurisdiction over the parties or the subject matter, or lacking the inherent power to enter the particular order or judgment, or where the order was procured by fraud, *In re Adoption of E.L.,* 733 N.E.2d 846, (Ill. App. 1 Dist. 2000). Void judgments are those rendered by court which lacked jurisdiction, either of subject matter or parties, *Cockerham v. Zikratch,* 619 P.2d 739 (Ariz. 1980).

Void judgments generally fall into two classifications, that is, judgments where there is want of jurisdiction of person or subject matter, and judgments procured through fraud, and such judgments may be attacked directly or collaterally, *Irving v. Rodriquez,* 169 N.E.2d 145, (Ill. app. 2 Dist. 1960). Invalidity need to appear on face of judgment alone that judgment or order may be said to be intrinsically void or void on its face, if lack of jurisdiction appears from the record, *Crockett Oil Co. v. Effie,* 374 S.W.2d 154 ( Mo. App. 1964).

In *Stoesel v. American Home,* 362 Sel. 350, and 199 N.E. 798 (1935), the court ruled and determined that, "Under Illinois Law and Federal Law, when any officer of the Court has committed "fraud on the Court", the order and judgment of that court are void and of no legal force and effect." In *Sparks v. Duval County Ranch,* 604 F.2d 976 (1979), the court ruled and determined that, "No immunity

exists for co-conspirators of judge. There is no derivative immunity for extra-judicial actions of fraud, deceit and collusion." In E*dwards v. Wiley,* 374 P.2d 284, the court ruled and determined that, "Judicial officers are not liable for erroneous exercise of judicial powers vested in them, but they are not immune from liability when they act wholly in excess of jurisdiction." See also, *Vickery v. Dunnivan,* 279 P.2d 853, (1955). In *Beall v. Reidy,* 457 P.2d 376, the court ruled and determined, "Except by consent of all parties a judge is disqualified to sit in trial of a case if he comes within any of the grounds of disqualification named in the Constitution. In *Taylor v. O'Grady,* 888 F.2d 1189, 7th Cir. (1989), the circuit ruled, "Further, the judge has a legal duty to disqualify, even if there is no motion asking for his disqualification." Also, when a lower court has no jurisdiction to enter judgment, the question of jurisdiction may be raised for the first time on appeal. See *DeBaca v. Wilcox,* 68 P. 922. The right to a tribunal free from bias and prejudice is based on the Due Process Clause. Should a judge issue any order after he has been disqualified by law, and if the party has been denied of any of his/her property, then the judge has engaged in the crime of interference with interstate commerce; the judge has acted in his/her personal capacity and not in the judge's judicial capacity. See *U.S. v. Scinto,* 521 F.2d 842 at page 845, 7th circuit, 1996. Party can attack subject matter jurisdiction at anytime in the proceeding, even raising jurisdiction for the first time on appeal, *State v. Begay,* 734 P.2d 278. "A prejudiced, biased judge who tries a case deprives a party adversely affected of due process." See *Nelson v. Cox,* 66 N.M. 397.

"Where a court failed to observe safeguards, it amounts to **denial of due process of** law, court is deprived of juris." Merritt v. Hunter, C.A. Kansas 170 F2d 739.

I hope these cases will help aid Roger Jason Stone and his lawyers for seeking justice in our courts.

Again, this is all I wish to file and don't wish to file anything other than what I had personal knowledge of by ear when speaking to Roger Stone over the phone in 2017, over him signing my return receipt, and over me text messaging him sometime in the past (2017 and 2018).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 8, 2019.

Respectfully submitted,

Brian D. Hill
Signed

Signed
Brian D. Hill (Pro Se)




Former U.S.W.G.O. Alternative News reporter
I stand with QANON/Donald-Trump – Drain the Swamp
I ask Qanon and Donald John Trump for Assistance for Roger Stone (S.O.S.)
Friend's justice site: JusticeForUSWGO.wordpress.com

Respectfully filed with the Court, this the 8th day of November, 2019.

Respectfully submitted,

Brian D. Hill
Signed

Signed
Brian D. Hill (Pro Se)




Former U.S.W.G.O. Alternative News reporter
I stand with QANON/Donald-Trump – Drain the Swamp
I ask Qanon and Donald John Trump for Assistance for Roger Stone (S.O.S.)
Friend's justice site: JusticeForUSWGO.wordpress.com

Declaration Filer Brian David Hill also requests with the Court that a copy of this pleading be served upon the Government and all counsel of record as stated in 28 U.S.C. § 1915(d), that "The officers of the court shall issue and serve all process,

and preform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases". Brian David Hill requests that copies be served with the the Government and all counsel of record via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!

CERTIFICATE OF SERVICE

Declaration Filer Brian David Hill certifies that on November 8, 2019, service was made by mailing the original of the foregoing:

**"DECLARATIONJ OF BRIAN DAVID HILL IN SUPPORT OF ROGER JASON STONE, CONCERNING CHARACTER WITNESS OF ROGER STONE, IN SUPPORT OF SENTENCING OR ANY OTHER PURPOSE"**

by deposit in the United States Post Office, in an envelope (certified mail, tracking no. 7019-1640-0002-1404-3677), Postage prepaid, on November 8, 2019 addressed to the Clerk of the Court in the U.S. District Court, for the District of Columbia, 333 Constitution Avenue N.W., Washington D.C. 20001, Room 1225.

Then pursuant to 28 U.S.C. §1915(d), Declaration Filer Brian David Hill requests that the Clerk of the Court move to electronically file the foregoing using the CMIECF system which will send notification of such filing through CM/ECF to the following parties to be served in this action:

| | |
|---|---|
| Chandler Paige Routman<br>LAW OFFICE OF CHANDLER P. ROUTMAN<br>501 East Las Olas Blvd.<br>Suite #331<br>Ft. Lauderdale, FL 33316<br>(954) 235–8259<br>Email: routmanc@gmail.com | L. Peter Farkas<br>HALLORAN FARKAS & KITTILA LLP<br>1101 30th Street, NW, Suite 500<br>Washington, DC 20007<br>(202) 559–1700 ext 102<br>Fax: (202) 257–2019<br>Email: pf@hfk.law |
| Bruce S. Rogow<br>LAW OFFICE OF BRUCE S. ROGOW, P.A.<br>100 NE 3rd Avenue, Suite 1000<br>Fort Lauderdale, FL 33301<br>(954) 767–8909<br>Fax: (954) 764–1530 | Grant J. Smith<br>STRATEGYSMITH, P.A.<br>401 East Las Olas Boulevard<br>Suite 130–120<br>Fort Lauderdale, FL 33301<br>(954) 328–9064<br>Email: gsmith@strategysmith.com |

| | |
|---|---|
| Email: brogow@rogowlaw.com | |
| Robert C. Buschel<br>BUSCHEL & GIBBONS, P.A.<br>One Financial Plaza<br>100 S.E. Third Avenue<br>Suite 1300<br>Ft. Lauderdale, FL 33394<br>(954) 530–5301<br>Email: buschel@bglaw–pa.com | Tara A. Campion<br>LAW OFFICE OF BRUCE S. ROGOW, P.A.<br>100 NE 3rd Avenue<br>Suite 1000<br>Fort Lauderdale, FL 33301<br>(954) 767–8909<br>Fax: (954) 764–1530<br>Email: tcampion@rogowlaw.com |
| Marc Erik Elias<br>PERKINS COIE LLP<br>700 13th Street, NW<br>Suite 600<br>Washington, DC 20005<br>(202) 654–6200<br>Fax: (202) 654–6211<br>Email: melias@perkinscoie.com | Uzoma Nkwonta<br>PERKINS COIE LLP<br>700 13th Street, NW<br>Suite 600<br>Washington, DC 20005<br>(202) 654–3347<br>Fax: (202) 654–6211<br>Email: unkwonta@perkinscoie.com |
| Aaron Simcha Jon Zelinsky<br>U.S. DEPARTMENT OF JUSTICE<br>555 Fourth Street, NW<br>Washington, DC 20530<br>(410) 209–4928<br>Email: Aaron.Zelinsky@usdoj.gov | Adam C. Jed<br>U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA<br>555 Fourth Street, NW<br>Washington, DC 20530<br>(202) 252–1793<br>Email: adam.jed@usdoj.gov |
| Jonathan Ian Kravis<br>U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA<br>555 Fourth Street, NW<br>Washington, DC 20530<br>(202) 252–6886<br>Email: jonathan.kravis3@usdoj.gov | Michael John Marando<br>U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA<br>555 Fourth Street, NW<br>Washington, DC 20530<br>(202) 252–7068<br>Email: michael.marando@usdoj.gov |
| Andrew Daniel Goldstein<br>U.S. DEPARTMENT OF JUSTICE<br>Special Counsel's Office<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>(202) 616–0800<br>Email: adg@usdoj.gov | Jeannie Sclafani Rhee<br>U.S. DEPARTMENT OF JUSTICE<br>Special Counsel's Office<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>(202) 616–0800<br>Email: jsr@usdoj.gov |
| Lawrence Rush Atkinson | |

| U.S. DEPARTMENT OF JUSTICE<br>Criminal Division<br>1400 New York Avenue<br>Room 3402<br>Washington, DC 20005<br>(202) 305−7413<br>Fax: (202) 651−3393<br>Email: lawrence.atkinson2@usdoj.gov | |
|---|---|

This is pursuant to Declaration Filer Brian David Hill's "In forma Pauperis" ("IFP") status, 28 U.S.C. §1915(d) that "The officers of the court shall issue and serve all process, and perform all duties in such cases ... "the Clerk shall serve process via CM/ECF to serve process with all parties.

| Date of signing:<br><br>November 8, 2019 | Respectfully submitted,<br>Brian D. Hill<br>Signed<br>Signed<br>Brian D. Hill (Pro Se)<br><br>Former U.S.W.G.O. Alternative News reporter<br>I stand with QANON/Donald-Trump – Drain the Swamp<br>I ask Qanon and Donald John Trump for Assistance for Roger Stone (S.O.S.)<br>Friend's justice site:<br>JusticeForUSWGO.wordpress.com |
|---|---|

I ask Qanon for help in protecting me from corruption and criminal behavior of Government. So help me God.