1IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.,

    Defendant.

_____/

## MOTION FOR PERMISSION TO TRAVEL

Defendant, Roger J. Stone, Jr., files this Motion to request permission to travel with his family for the Thanksgiving holiday to Orange Park, Florida, located within the Middle District of Florida, from November 27, 2019 until December 1, 2019.

Orange Park is a town located in the Middle District of Florida. It is outside the permitted travel in the Southern District of Florida. Counsel has communicated with Mr. Stone's Pretrial Services Officer who has stated Pretrial Services has no objection to the filing of this motion and requested their office be kept advised of the Court's ruling. Mr. Stone will provide Pretrial Services with a detailed itinerary and supporting documentation. Mr. Stone will contact his Officer upon his return.

The Government has been has also been contacted and has no objection to the relief sought.

Respectfully submitted,

By: /s/_____

| | |
|---|---|
| L. PETER FARKAS<br>**HALLORAN FARKAS + KITTILA, LLP**<br>DDC Bar No.: 99673<br>1101 30th Street, NW<br>Suite 500<br>Washington, DC 20007<br>Telephone: (202) 559-1700<br>Fax: (302) 257-2019<br>pf@hfk.law | BRUCE S. ROGOW<br>FL Bar No.: 067999<br>TARA A. CAMPION<br>FL Bar: 90944<br>**BRUCE S. ROGOW, P.A.**<br>100 N.E. Third Avenue, Ste. 1000<br>Fort Lauderdale, FL  33301<br>Telephone: (954) 767-8909<br>Fax: (954) 764-1530<br>brogow@rogowlaw.com<br>tcampion@rogowlaw.com<br>*Admitted pro hac vice* |
| ROBERT C. BUSCHEL<br>**BUSCHEL GIBBONS, P.A.**<br>D.D.C. Bar No. FL0039<br>One Financial Plaza, Suite 1300<br>100 S.E. Third Avenue<br>Fort Lauderdale, FL 33394<br>Telephone: (954) 530-5301<br>Fax: (954) 320-6932<br>Buschel@BGlaw-pa.com | GRANT J. SMITH<br>**STRATEGYSMITH, PA**<br>D.D.C. Bar No.: FL0036<br>401 East Las Olas Boulevard<br>Suite 130-120<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 328-9064<br>gsmith@strategysmith.com |

**CHANDLER P. ROUTMAN**
D.D.C. Bar No. 1618092
501 East Las Olas Blvd., Suite 331
Fort Lauderdale, FL 33301
Tele: (954) 235-8259
routmanc@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 20, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by CM/ECF.

*United States Attorney's Office for the District of Columbia*

JESSIE K. LIU
**United States Attorney**
JONATHAN KRAVIS
MICHAEL J. MARANDO
**Assistant United States Attorneys**
ADAM C. JED
AARON S.J. ZELINSKY
**Special Assistant United States Attorneys**
555 Fourth Street, NW
Washington, DC 20530
Telephone: (202) 252-6886
Fax: (202) 651-3393

*Pretrial Services (via email)*

CHRISTINE SCHUCK
**PRETRIAL SERVICES OFFICER**
US District Court Unit
Pretrial Services Agency for the District of Columbia
333 Constitution Ave NW  Suite #2507
Washington DC 20001
Desk: (202)442-1017
Main: (202)442-1000
Fax:   (202)442-1001

By: */s/ Robert Buschel*
ROBERT BUSCHEL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROGER J. STONE, JR.,

      Defendant.

_____/

## ORDER

Upon consideration of defendant Roger J. Stone, Jr.'s Unopposed Motion for Permission to Travel [Dkt. # ___], the motion is GRANTED.

It is ORDERED that the defendant may travel to Orange Park, Floirda, from November 27, 2019 until December 1, 2019.  Defendant shall provide Pretrial Services with a copy of this Order and his specific travel itinerary for the trip prior to his departure from the Southern District of Florida.  Defendant may not travel to any location aside from that set out above and must contact Pretrial Services within the first business day by telephone upon his return.

      **SO ORDERED.**

                                                                         AMY BERMAN JACKSON
                                                                       United States District Judge

cc:    all counsel of record