December 13, 2019

Mr. Michael R. Caputo

The Honorable Amy Berman Jackson
United States District Court for
  the District of Columbia
E. Barrett Prettyman US Courthouse
333 Constitution Avenue, NW
Washington, D.C. 20001

> Leave to file GRANTED
> *Amy B. Jackson*   Date 12/16/19
> Amy B. Jackson
> United States District Judge
>
> FILE AS LETTER TO THE COURT
> 19-CR-018 (ABJ)

Dear Judge Jackson:

I am writing to respectfully request that you lift the court order which forbids Roger J. Stone, Jr. from communicating with me. With his trial complete and the verdict in, I am hoping you see clear to allow Mr. Stone and I to reconnect.

On January 29, 2019, as I awaited Mr. Stone outside his Ft. Lauderdale, Florida arraignment, his attorney Grant Smith called to notify me that Roger was no longer permitted to communicate with me. Mr. Smith did not explain this to me, but pledged to explain it to my attorney. Mr. Stone and I have not communicated since that day, almost one year ago.

Mr. Stone and I have been close friends since 1986. We work together, we dine together, our families share holidays together. I still do not fully understand why this order was entered - I was never a witness in his case and I had never testified before the grand jury - but I respected your order. Even as I attended his recent trial, we did not communicate. Mr. Stone has been especially obedient in this matter and I do not wish to disrupt his commitment to staying within the letter and spirit of your order.

But it's Christmas, Judge, and our family wants to spend time with his. I also want his wife and children to know they can count on us to assist them through this very difficult time, and that we'll always be there to help them. I want them to know this now.

Mr. Stone's trial is over, the verdict is in and he awaits your sentencing on February 6, 2020. As this day approaches, and with the holiday season imminent, I am writing to ask to see Roger and his family again soon. During this season of giving, I hope you see fit to give our families this gift.

Thank you for your time and attention to this matter.

Sincerely,

Michael R. Caputo