IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case 1:19-cr-00018-ABJ

UNITED STATES OF AMERICA,

v.

ROGER J. STONE, JR.,

    Defendant.

_____/

## DEFENDANT ROGER J. STONE'S MOTION FOR CONTINUANCE OF SENTENCING HEARING

Roger Stone requests this Court grant the motion for continuance of the sentencing hearing set on February 6, 2020.

Mr. Stone's counsel has been working with Mr. Stone to assemble the information that the Department of Probation requires in order to prepare a Presentence Investigation Report ("PSR"). Despite the continual and diligent work of Mr. Stone, the process; however, is not yet complete, particularly financial records and information necessary to prepare Mr. Stone's financial disclosure statement, which are extensive and not all immediately available. As a result, the assigned Probation Officer informed counsel that Probation will not be able to disclose the initial draft of the PSR on January 9, 2020, in accordance with the schedule set by the Court. Probation has, therefore, advised counsel to seek a continuance of Mr. Stone's sentencing, which is currently set for February 6, 2020.

In order to ensure that counsel and the subject matter professionals have sufficient time within which to provide Probation a complete and accurate financial disclosure statement and that Probation thereafter has adequate time to prepare the PSR, we respectfully request that the

Court continue sentencing until a date after March 9, 2020. The requested continuance is based on consultation with Probation and takes into account the anticipated time that Mr. Stone, counsel, and the subject matter professionals will require to review and complete Mr. Stone's financial disclosure, the time necessary for Probation to thereafter complete the PSR, as well as the upcoming holiday period, and other commitments of the subject matter professionals and counsel.

Pursuant to Local Criminal Rule 57.2(b), counsel has consulted with the government on the rescheduling of the sentencing hearing. The government objects to this request.

## CONCLUSION

The Court should grant the motion for a continuance until a date after March 9, 2020.

Respectfully submitted,
By: /s/_____

ROBERT C. BUSCHEL
BUSCHEL GIBBONS, P.A.
D.D.C. Bar No. FL0039
One Financial Plaza, Suite 1300
100 S.E. Third Avenue
Fort Lauderdale, FL 33394
Telephone: (954) 530-5301
Fax: (954) 320-6932
Buschel@BGlaw-pa.com

BRUCE S. ROGOW
FL Bar No.: 067999
TARA A. CAMPION
FL Bar: 90944
BRUCE S. ROGOW, P.A.
100 N.E. Third Avenue, Ste. 1000
Fort Lauderdale, FL 33301
Telephone: (954) 767-8909
brogow@rogowlaw.com
tcampion@rogowlaw.com
*Admitted pro hac vice*

CHANDLER P. ROUTMAN
D.D.C. Bar No. 1618092
501 East Las Olas Blvd., Suite 331
Fort Lauderdale, FL 33301
Tele: (954) 235-8259
routmanc@gmail.com

GRANT J. SMITH
STRATEGYSMITH, PA
D.D.C. Bar No.: FL0036
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
Telephone: (954) 328-9064
gsmith@strategysmith.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2019 I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

*United States Attorney's Office for the District of Columbia*

Jessie K. Liu
**United States Attorney**
Jonathan Kravis
Michael J. Marando
**Assistant United States Attorneys**
Adam C. Jed
Aaron S.J. Zalinsky
**Special Assistant United States Attorneys**
555 Fourth Street, NW
Washington, DC 20530
Telephone: (202) 252-6886
Fax: (202) 651-3393

                                             By: */s/ Robert Buschel*
                                               ROBERT C. BUSCHEL