IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

v.

ROGER J. STONE, JR.,

      Defendant.
_____/

## **ORDER**

Before the Court is Roger J. Stone's Motion for Continuance of Sentencing Hearing. The Court, having considered the Defendant's motion and otherwise being fully advised, finds that the Defendant requires additional time to provide the necessary documents to the Department of Probation, and the Department to process and review them for the Presentence Investigation Report.

It is therefore ORDERED AND ADJUGED that the Motion is GRANTED. The sentencing hearing is reset for _____, 2020.

DONE AND ORDERED in Washington, DC, this _____ day of _____, 2020.

_____
AMY BERMAN JACKSON
United States District Judge

cc:    all counsel of record
        Department of Probation