**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Case No.: 1:19-CR-00018-ABJ**

UNITED STATES OF AMERICA,

v.

ROGER J. STONE, JR.,

    Defendant.

_____

## **NOTICE OF WITHDRAWAL**

Pursuant to Local Rule of Criminal Procedure 44.5(d), please notice the withdrawal of Chandler Routman as counsel for the Defendant in the above-captioned matter.

    Respectfully submitted,
    By: */s/*_____

    CHANDLER P. ROUTMAN
    D.D.C. Bar No. 1618092
    501 East Las Olas Blvd., Suite 331
    Fort Lauderdale, FL 33301
    Tele: (954) 235-8259
    routmanc@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 15, 2020, I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Chandler Routman*
CHANDLER ROUTMAN

*United States Attorney's Office for the
District of Columbia*

Jessie K. Liu
**United States Attorney**
Jonathan Kravis
Michael J. Marando
**Assistant United States Attorneys**
Adam C. Jed
Aaron S.J. Zelinsky
**Special Assistant United States Attorneys**
555 Fourth Street, NW
Washington, DC 20530
Telephone: (202) 252-6886
Fax: (202) 651-3393