**Gerard Houser**

Leave to file GRANTED

*[signature]* Amy B. Jackson  Date
United States District Judge
1/31/2020

19-CR-018 (ABJ)

January 28, 2020

The Honorable Amy Berman Jackson
United States District Court for
The District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Re: Roger Stone Sentence

Dear Judge Jackson:

I am a resident of the Town of Guilderland, New York and have witnessed the many violations of law conducted by Roger Stone. When he represented a candidate for the NY governorship a number of years ago, he had printed a propaganda poster libeling Warren Redlich who was running for the governorship under the Libertarian line. That poster claimed that Redlich is a child molester and if seen on the street to call the police immediately. Redlich for the safety of his family moved to Florida as he was afraid for his wife and children. I am no fan of Redlich but am more concerned with the criminal activity that ruins the lives of others.

Please throw the book at him. He deserves the maximum sentence and should be kept out of the community of decent people.

Thank you

Sincerely,

*[signature]* Gerard Houser