**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case 1:19-cr-00018-ABJ**

UNITED STATES OF AMERICA,

v.

ROGER J. STONE, JR.,

   Defendant.

_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME
UNTIL MONDAY, FEBRUARY 10, 2020, FOR BOTH PARTIES TO FILE THEIR
SENTENCING MEMORANDA**

Counsel for the Defendant request a three day extension, until Monday, February 10, 2020, for both parties to file their sentencing memoranda. Each party's memorandum is currently due Friday, February 7, 2020.

The extension is requested due to time conflicts concerning obligations in other matters and in order to provide sufficient time for counsel to fully set forth our arguments and objections to the Presentence Investigation Report. Counsel for the government has been contacted and has no objection to the additional three days for both parties to submit their memoranda. This request is made in good faith and the brief extension will not delay any pending dates.

Respectfully submitted,
By: */s/*_____

| | |
|---|---|
| ROBERT C. BUSCHEL | BRUCE S. ROGOW |
| BUSCHEL GIBBONS, P.A. | FL Bar No.: 067999 |
| D.D.C. Bar No. FL0039 | TARA A. CAMPION |
| One Financial Plaza, Suite 1300 | FL Bar: 90944 |
| 100 S.E. Third Avenue | BRUCE S. ROGOW, P.A. |
| Fort Lauderdale, FL 33394 | 100 N.E. Third Avenue, Ste. 1000 |
| Telephone: (954) 530-5301 | Fort Lauderdale, FL  33301 |
| Fax: (954) 320-6932 | Telephone: (954) 767-8909 |
| Buschel@BGlaw-pa.com | brogow@rogowlaw.com |
| | tcampion@rogowlaw.com |
| | *Admitted pro hac vice* |

GRANT J. SMITH
STRATEGYSMITH, PA
D.D.C. Bar No.: FL0036
401 East Las Olas Boulevard
Suite 130-120
Fort Lauderdale, FL 33301
Telephone: (954) 328-9064
gsmith@strategysmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2020, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*United States Attorney's Office for the
    District of Columbia*

Jessie K. Liu
**United States Attorney**
Jonathan Kravis
Michael J. Marando
**Assistant United States Attorneys**
Adam C. Jed
Aaron S.J. Zalinsky
**Special Assistant United States Attorneys**
555 Fourth Street, NW
Washington, DC 20530
Telephone: (202) 252-6886
Fax: (202) 651-3393

By: */s/ Robert Buschel*
ROBERT C. BUSCHEL

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case 1:19-cr-00018-ABJ**

UNITED STATES OF AMERICA,

    v.

ROGER J. STONE, JR.,

    Defendant.

_____/

## ORDER

Upon consideration of counsel's Unopposed Motion For Extension of Time Until Monday, February 10, 2020, For Both Parties To File Their Sentencing Memoranda [Dkt. # __], the motion is GRANTED.

It is ORDERED that counsel for both parties may have until Monday, February 10, 2020, for filing their sentencing memoranda.

    **SO ORDERED.**

_____
AMY BERMAN JACKSON
United States District Judge

cc:    all counsel of record