IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case 1:19-cr-00018-ABJ

UNITED STATES OF AMERICA,

    v.

ROGER J. STONE, JR.,

    Defendant.

_____/

**ORDER**

Upon consideration of counsel's Unopposed Motion For Extension of Time Until Monday, February 10, 2020, For Both Parties To File Their Sentencing Memoranda [Dkt. # __], the motion is GRANTED.

It is ORDERED that counsel for both parties may have until Monday, February 10, 2020, for filing their sentencing memoranda.

    **SO ORDERED.**

_____
AMY BERMAN JACKSON
United States District Judge

cc:    all counsel of record