UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROGER J. STONE, JR.,<br><br>Defendant. | Criminal No. 19-cr-18-ABJ |

NOTICE OF WITHDRAWAL

Pursuant to Local Rule of Criminal Procedure 44.5(e), please notice the withdrawal of Aaron S.J. Zelinsky as counsel for the Government in the above-captioned matter.

Respectfully submitted,

Aaron S.J. Zelinsky
Special Assistant United States Attorney[*]
District of Columbia
555 4th Street NW
Washington, D.C. 20530

February 11, 2020

---

[*] The Court is advised that the undersigned attorney has resigned effective immediately after this filing as a Special Assistant United States Attorney for the District of Columbia.