UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROGER J. STONE, JR.,<br><br>Defendant. | Criminal No. 19-cr-18-ABJ |

### NOTICE OF WITHDRAWAL

Undersigned counsel hereby advises the Court that he has resigned as an Assistant United States Attorney and therefore no longer represents the government in this matter.

Respectfully submitted,

_____
Jonathan Kravis

February 11, 2020