**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Criminal No. 19-cr-18-ABJ** |
| **ROGER J. STONE, JR.,** | |
| **Defendant.** | |

## NOTICE OF APPEARANCE

The undersigned Assistant United States Attorney hereby notices an appearance in the above captioned case.

             Respectfully submitted,

             TIMOTHY J. SHEA
             United States Attorney


             /s/ John Crabb Jr.
             Assistant United States Attorney
             Acting Chief, Criminal Division
             N.Y. Bar No. 2367670
             United States Attorney's Office
             555 4th Street, N.W.
             Washington, D.C. 20530
             (202) 252-1794
             john.d.crabb@usdoj.gov