UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROGER J. STONE, JR.,<br><br>Defendant. | Crim. No. 19-CR-00018 (ABJ) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule of Criminal Procedure 44.5(e), please notice the withdrawal of Michael J. Marando as counsel for the government in the above-captioned matter.

Respectfully submitted,

_____
Michael J. Marando
Assistant United States Attorney
555 4th Street NW
Washington, DC 20530

February 11, 2020

1