# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      v.                                                  Case 1:19-cr-00018-ABJ

ROGER J. STONE, JR.

        Defendant.

_____/

## MOTION FOR *PRO HAC VICE* ADMISSION OF SETH GINSBERG

Under this Court's Local Criminal Rule 44.1(d), I, Robert Buschel, counsel for defendant Roger Stone, respectfully move that the Court permit Seth Ginsberg to appear *pro hac vice* as counsel for defendant Roger Stone. Mr. Ginsberg's declaration and a proposed order are attached to this motion.

Dated:   February 13, 2020                      Respectfully submitted,

                                                            /s/ Robert C. Buschel
                                                             Robert C. Buschel (DDC Bar No. FL0039)
                                                              BUSCHEL GIBBONS, P.A.
                                                              One Financial Plaza, Suite 1300
                                                              Fort Lauderdale, FL 33394
                                                              Telelphone: (954) 530-5301
                                                              Fax: (954) 320-6932
                                                              Buschel@BGlaw-pa.com

                                                             *Counsel for Roger Stone*

**CERTIFICATE OF SERVICE**

I certify that on February 13, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties.

Dated:   February 13, 2020                         /s/ Robert Buschel

*Counsel for Roger Stone*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

       Plaintiff,                          Case 1:19-cr-00018-ABJ

v.

ROGER J. STONE, JR.

       Defendant.

---

### DECLARATION OF SETH GINSBERG IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Seth Ginsberg, hereby declare:

1. My name is Seth Ginsberg.

2. My office address and telephone number are as follows:

   299 Broadway, Suite 1405
   New York, New York 10007
   212-227-6655
   srginsberg@mac.com

3. I have been admitted to the following courts and bars:

   New York State Courts (1994) (NY Bar No. 2628444)

   U.S. District Court for the Southern District of New York

   U.S. District Court for the Eastern District of New York

   United States Court of Appeals for the Second Circuit

4. I certify that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court in the past two years.

6. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       February 12, 2020

_/s/ Seth Ginsberg_
Seth Ginsberg

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
ORDER**

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                                   Case 1:19-cr-00018-ABJ

ROGER J. STONE, JR.

    Defendant.

_____/

It is ordered that Seth Ginsberg be granted leave to appear *pro hac vice* on behalf of Defendant Roger Stone.

Dated: _____

                                                          The Hon. Amy Berman Jackson
                                                          United States District Court Judge