IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROGER J. STONE, JR.

      Defendant.

Case 1:19-cr-00018-ABJ

---

**DECLARATION OF SETH GINSBERG IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Seth Ginsberg, hereby declare:

1. My name is Seth Ginsberg.

2. My office address and telephone number are as follows:

   299 Broadway, Suite 1405
   New York, New York 10007
   212-227-6655
   srginsberg@mac.com

3. I have been admitted to the following courts and bars:

   New York State Courts (1994) (NY Bar No. 2628444)

   U.S. District Court for the Southern District of New York

   U.S. District Court for the Eastern District of New York

   United States Court of Appeals for the Second Circuit

4. I certify that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court in the past two years.

6. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      February 12, 2020

Seth Ginsberg