# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# ORDER

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case 1:19-cr-00018-ABJ

ROGER J. STONE, JR.

    Defendant.

_____/

It is ordered that Seth Ginsberg be granted leave to appear *pro hac vice* on behalf of Defendant Roger Stone.

Dated: _____

                                                        The Hon. Amy Berman Jackson
                                                        United States District Court Judge