```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
 2

 3   United States of America,     ) Criminal Action
                                   ) No. 19-CR-018
 4                  Plaintiff,     )
                                   ) JURY TRIAL
 5   vs.                           ) DAY 3
                                   )
 6   Roger Jason Stone, Jr.,       ) Washington, DC
                                   ) Date:  November 7, 2019
 7                  Defendant      ) Time:  9:30 a.m.
     _____

 8
                     TRANSCRIPT OF JURY TRIAL
 9                        HELD BEFORE
            THE HONORABLE JUDGE AMY BERMAN JACKSON
10               UNITED STATES DISTRICT JUDGE

11   _____

12                   A P P E A R A N C E S

13

14   For the Plaintiff:      Jonathan Ian Kravis
                             Michael John Marando
                             Adam Jed
15                           Aaron Simcha Jon Zelinsky
                             U.S. ATTORNEY'S OFFICE FOR THE
16                              DISTRICT OF COLUMBIA
                             555 Fourth Street, NW
17                           Washington, DC 20530
                             (202) 252-7068
18                           Email:  Jonathan.kravis3@usdoj.gov
                             Email:  Asjz@usdoj.gov
19                           Email:  Michael.marando@usdoj.gov

20

21   For the Defendant:      Bruce S. Rogow
                             LAW OFFICE OF BRUCE S. ROGOW, P.A.
                             100 NE 3rd Avenue
22                           Suite 1000
                             Fort Lauderdale, FL 33301
23                           (954) 767-8909
                             Email:  Brogow@rogowlaw.com
24

25
```

```
 1    For the Defendant:          Robert C. Buschel
                                  Tara A. Campion
 2                                BUSCHEL & GIBBONS, P.A.
                                  One Financial Plaza
 3                                100 S.E. Third Avenue
                                  Suite 1300
 4                                Ft. Lauderdale, FL 33394
                                  (954) 530-5301
 5                                Email:  Buschel@bglaw-pa.com
                                  Grant J. Smith
 6                                STRATEGYSMITH, P.A.
                                  401 East Las Olas Boulevard
 7                                Suite 130-120
                                  Fort Lauderdale, FL 33301
 8                                (954) 328-9064
                                  Email:  Gsmith@strategysmith.com
 9                                Chandler Paige Routman
                                  LAW OFFICE OF CHANDLER P. ROUTMAN
10                                501 East Las Olas Blvd.
                                  Suite #331
11                                Ft. Lauderdale, FL 33316
                                  (954) 235-8259
12                                Email:  Routmanc@gmail.com

13    _____

14    Court Reporter:            Janice E. Dickman, RMR, CRR, CRC
                                  Official Court Reporter
15                                United States Courthouse, Room 6523
                                  333 Constitution Avenue, NW
16                                Washington, DC  20001
                                  202-354-3267
17                                Email:  JaniceDickmanDCD@gmail.com

18                                  *   *   *

19

20                                   INDEX

21    Witness:

22        Agent Taylor
              Direct Examination (cont.) By Mr. Kravis........403
23                                  *   *   *

24

25
```

 1          THE COURTROOM DEPUTY:  Good morning, Your Honor.  We

 2     have Criminal Case Number 19-18, the United States of America

 3     v. Roger Stone.  Mr. Stone is present and in the courtroom,

 4     Your Honor.

 5          Counsel, please approach the lectern, identify

 6     yourself for the record.

 7          MR. KRAVIS:  Good morning, Your Honor.  Jonathan

 8     Kravis for the United States.  With me at counsel table are

 9     Michael Marando, Adam Zelinsky, Adam Jed, and Amanda Rohde, all

10     from the U.S. Attorney's Office, and Special Agent

11     Christopher Keefe from the FBI.

12          THE COURT:  Good morning.

13          MR. BUSCHEL:  Good morning, Judge.  Robert Buschel,

14     Tara Campion, Grant Smith, Bruce Rogow, and Chandler Routman on

15     behalf of Roger Stone.  Good morning.

16          THE COURT:  Good morning.  Are we prepared to just

17     keep going with the witness?

18          MR. KRAVIS:  Yes, Your Honor.

19          THE COURT:  All right.  Why don't we bring her back

20     in and have her ready to go, then we'll bring the jury in.

21          (Jurors enter the courtroom.)

22          THE COURT:  All right.  The jurors can be seated.

23     Just want to ensure that all of you were able to follow my

24     instructions, and that no one has read anything or discussed

25     anything about the case over the evening break.  And that your

```
 1    breakfast did, in fact, arrive this morning.

 2            All right.  Great.  You're all here.  You're all

 3    nodding your heads.

 4            I would like to remind the witness that you're still

 5    under oath.

 6            Mr. Kravis, you can proceed.

 7            MR. KRAVIS:  Thank you, Your Honor.

 8            THE COURTROOM DEPUTY:  Can you see that, Juror Number

 9    14?  Is it better?

10            THE JUROR:  (Shrugs shoulders.)

11            THE COURTROOM DEPUTY:  Number 7?

12            THE JUROR:  (Thumbs up.)

13            MR. KRAVIS:  Thank you, Mr. Haley.

14                    DIRECT EXAMINATION (Continued)

15    BY MR. KRAVIS:

16    Q.  Good morning, ma'am.

17    A.  Good morning.

18    Q.  When we left off your testimony yesterday, I think we were

19    talking about some emails and text messages that were sent in

20    August, September, October of 2016.

21            Do you remember those questions?

22    A.  Yes.

23    Q.  I would like to move forward in time now and ask you some

24    questions about January of 2017.  So a few months later.

25    A.  Okay.
```

1    Q.  Did there come a time in January of 2017, when a committee

2    of the United States House of Representatives announced an

3    investigation into allegations of Russian election

4    interference?

5    A.  Yes.

6    Q.  What's the name of the committee?

7    A.  That's the House Permanent Select Committee on

8    Intelligence, which is called HPSCI.

9            MR. KRAVIS:  I would like to publish now, please, for

10   the jury and the witness, Government's Exhibit 3, which appears

11   at Tab 32 of the binder.

12   BY MR. KRAVIS:

13   Q.  What is Government's Exhibit 3?

14   A.  This is a press release from HPSCI dated

15   January 25th, 2017, titled Joint Statement on Progress of

16   Bipartisan HPSCI Inquiry into Russian Active Measures.

17   Q.  Does this release appear on the timeline that's up on the

18   easel, Government's Exhibit 200?

19   A.  Yes.  It's right here (indicating).

20   Q.  Can you read the exhibit for us, please?

21   A.  Sure.  "Today, House Permanent Select Committee on

22   Intelligence Chairman Devin Nunes and ranking member

23   Adam Schiff released the following statement:

24            "'For many years, one of the House Intelligence

25   Committee's highest priorities has been to oversee the

1    intelligence community's activities to counter Russian

2    aggression, including the cyber attacks directed against the

3    United States in the last year.  As part of this oversight

4    responsibility, the committee has been undertaking a bipartisan

5    inquiry of these activities and the underlying intelligence

6    used to draft the intelligence community assessment, Russian

7    activities and intentions in recent U.S. elections.

8           "While the committee has already begun to receive

9    important documents, we trust that the incoming leadership of

10   the intelligence committee will willfully and promptly support

11   our request for information related to the inquiry.  It will

12   not be adequate to review these documents, expected to be in

13   the thousands of pages, at the agencies.  They should be

14   delivered to the House Intelligence Committee to provide

15   members adequate time to examine their content.

16          "The scope of the committee's inquiry has included

17   and will continue to include, Russian cyber activity and other

18   active measures directed against the U.S. and its allies,

19   counterintelligence concerns related to Russia and the 2016

20   U.S. elections, including any intelligence regarding links

21   between Russia and individuals associated with political

22   campaigns, the United States Government response to these

23   Russian active measures, and any impact they may have on

24   intelligence relationships and traditional alliances, and

25   possible leaks of classified information related to the

1    intelligence community's assessments of these matters.

2              "This issue is not about party, but about country.

3    The committee will continue to follow the facts wherever they

4    may lead.'"

5    Q.  Now, do the rules of the United States House of

6    Representatives for the Congress that was in session at this

7    time, do those rules say anything about the function of this

8    House Committee, the House Intelligence Committee?

9    A.  They do.

10             MR. KRAVIS:  I would like to publish, please, for the

11   jury and for the witness, Government's Exhibit 4, which appears

12   at Tab 33 of the binder.

13   BY MR. KRAVIS:

14   Q.  Ms. Taylor, what is Government's Exhibit 4?

15   A.  This is the Rules of the House of Representatives for the

16   115th Congress.

17   Q.  And that is the Congress that was in session during the

18   time of the release we just saw?

19   A.  Yes.

20   Q.  I want to direct your attention now to page 18 of the

21   exhibit, which is actually page 14 of the rules.

22   A.  Okay.

23   Q.  Do you see the section that begins, towards the bottom of

24   the middle column, "Permanent Select Committee on

25   Intelligence"?

1    A.  Yes.

2    Q.  Am I right that this portion of the House rules deals with

3    the responsibilities and functions of the House Intelligence

4    Committee?

5    A.  Yes.

6    Q.  I want to direct your attention now to clause (b)(1) --

7    (b)(1), which is in the third column, about two-thirds of the

8    way down.

9          Do you see it there?

10   A.  Little (b)(1), yes.

11   Q.  Yes.  Can you read for us, please, little (b) one down

12   through (b)?  So (b)(1)(A) and (b)(1)(B.)

13   A.  Sure.  "(b)(1):  There shall be referred to the select

14   committee proposed legislation, messages, petitions, memorials,

15   and other matters relating to the following;

16          "(A):  The Central Intelligence Agency, the director

17   of National Intelligence, and the National Intelligence

18   Program, as defined in section (3)(6) of the National Security

19   of a Act of 1947;

20          "(B):  Intelligence and intelligence-related

21   activities of all other departments and agencies of the

22   government, including the tactical intelligence and

23   intelligence-related activities of the Department of Defense."

24   Q.  Now, is there anything in this part of the rules that talks

25   about the House Intelligence Committee's authority to issue

1    reports?

2    A.  Yes.

3    Q.  So, I'm going to ask you to turn to the next page of the

4    exhibit, which is page 19 of the exhibit and 15 of the rules.

5    And I'm going to direct your attention to paragraph little

6    (c)(1), which is in the first column, about two-thirds of the

7    way down.

8            Do you see that?

9    A.  Yes.

10   Q.  Can you read for us, please, subparagraph (c)(1) of this

11   part of the rules?

12   A.  Sure.  "(c)(1):  For purposes of accountability to the

13   House, the select committee shall make regular and periodic

14   reports to the House on the nature and extent of the

15   intelligence and intelligence-related activities of the various

16   departments and agencies of the United States.

17           "The select committee shall promptly call to the

18   attention of the House, or to any other appropriate committee,

19   a matter requiring the attention of the House or other

20   committee.  In making such report, the select committee shall

21   proceed in a manner consistent with paragraph (g) to protect

22   national security."

23   Q.  Now, Ms. Taylor, am I right that both of the portions of

24   the rule that you just read, both the part that talks about the

25   committee's responsibilities and the part that talks about

1    committee issuing reports, that both of those parts of the rule

2    use the phrase "intelligence and intelligence-related

3    activities"?

4              Did you see that there?

5    A.  Yes, that's correct.

6    Q.  Is there a part of the rule that defines that term?

7    A.  Yes.

8    Q.  So I'm going to direct your attention now to the next page

9    of the exhibit, page 20 of the exhibit, page 16 of the rules,

10   to the paragraph little (j)(1), that begins about

11   three-quarters of the way down the middle column.

12             Do you see that?

13   A.  Yes.

14   Q.  Am I right that this is the portion of the rules that

15   defines that term "intelligence and intelligence-related

16   activities"?

17   A.  That is correct.

18   Q.  Can you read for us, please, (j)(1), (A), (B), (C), and

19   (D)?

20   A.  Yes.  (j)(1):  In this clause, the term 'intelligence and

21   intelligence-related activities' includes:

22             "(A):  The collection, analysis, production,

23   dissemination, or use of information that relates to a foreign

24   country or a government, political group, party, military

25   force, movement, or other association in a foreign country, and

1    that relates to the defense, foreign policy, national security,

2    or related policies of the United States, and other activity in

3    support of the collection, analysis, production, dissemination,

4    or use of such information;

5             "(B):  Activities taken to counter similar activities

6    directed against the United States;

7             "(C):  Covert or clandestine activities affecting the

8    relations of the United States with a foreign government,

9    political group, party, military force, movement, or other

10   association;"

11            And "(D):  The collection, analysis, production,

12   dissemination, or use of information about activities of

13   persons within the United States, its territories and

14   possessions, or nationals of the United States abroad whose

15   political and related activities pose or may be considered by a

16   department, agency, bureau, office, division, instrumentality,

17   or employee of the United States, to pose, a threat to the

18   internal security of the United States."

19   Q.  Now, I know I just asked you to read a mouthful there.

20            Am I right that the portions of the exhibit that we

21   just covered are the parts of the House rules that talk about

22   the authority of the House Permanent Select Committee on

23   Intelligence?

24   A.  Yes.

25   Q.  And does that committee -- or, did that committee, in this

1   Congress, also have its own rules about its investigations?

2   A.  It did.

3        MR. KRAVIS:  I would like to publish now for the jury

4   and the witness, please, Government's Exhibit 5, which appears

5   at Tab 34 of the binder.

6   BY MR. KRAVIS:

7   Q.  What is Government's Exhibit 5?

8   A.  The Rules of Procedure for the Permanent Select Committee

9   of Intelligence for the 115th Congress.

10  Q.  I would like to direct your attention now to page 8 of the

11  exhibit, which is also page 8 of the rules, to the Number 9 --

12  Rule Number 9, in the middle of the page.

13       Can you read that for us, please?

14  A.  Yes.  "Number 9:  Investigations.

15       "(a) Commencing investigations:  The committee shall

16  conduct investigations only if approved by the chair in

17  consultation with the ranking minority member;

18       "(b) Conducting investigations:  An authorized

19  investigation may be conducted by members of the committee or

20  committee staff designated by the chair, in consultation with

21  the ranking minority member, to undertake any such

22  investigation."

23  Q.  Do you see there in (9)(a), where it says, "The committee

24  shall conduct investigations only if approved by the chair, in

25  consultation with the ranking minority member"?

1    A.  Yes.

2    Q.  I want to direct your attention now back to Government's

3    Exhibit 3, at Tab 32, the House Intelligence Committee release

4    on the Russian active matters investigation.

5            Was this release issued by the chair and the ranking

6    member of the House Intelligence Committee?

7    A.  Yes.

8    Q.  Around this same time, was there a committee of the

9    United States Senate that also announced an investigation into

10   similar topics?

11   A.  Yes.

12           MR. KRAVIS:  I want to publish, please, for the jury

13   and the witness, Government's Exhibit 2, which appears at Tab

14   35 of the binder.

15   BY MR. KRAVIS:

16   Q.  Ma'am, what is Government's Exhibit 2?

17   A.  This is a press release issued by the Senate Select

18   Committee on Intelligence, dated January 13, 2017.

19   Q.  And without reading the whole document, what is the

20   investigation, or what is the matter that is being discussed in

21   this joint statement?

22   A.  They are -- they have an inquiry into Russian intelligence

23   activity and election interference.

24   Q.  And some time later, did the Federal Bureau of

25   Investigation also publicly announce an investigation into this

1    same topic?

2    A.  They did.

3    Q.  Now, in the same month as that House Intelligence Committee

4    announcement we just saw, did Mr. Credico send an email to

5    Mr. Stone about WikiLeaks?

6    A.  Yes, he did.

7          MR. KRAVIS:  I would like to publish, for the jury

8    and for the witness, Government's Exhibit 61, which appears at

9    Tab 36 of the binder.

10          Ma'am, what is Government's Exhibit 61?

11   A.  This is an email from Mr. Credico to Mr. Stone dated

12   January 6th, 2017.

13   Q.  Does this email appear on the timeline on the easel,

14   Government's Exhibit 200?

15   A.  It does.  It's right here (indicating), the first bullet.

16   Q.  And what does Mr. Credico -- what is the subject of this

17   email?

18   A.  "Back-channel BS."

19   Q.  What does Mr. Credico write to Mr. Stone on

20   January 6th, 2017?

21   A.  "Well, I have put together timeliness, and you -- I said

22   you have a back channel way back, a month before I had Assange

23   on my show.  I have never had a conversation with

24   Julian Assange other than my radio show.  I have pieced it all

25   together.  So you may as well as tell the truth, that you had

1    no back channel, or there's the guy you were talking about

2    early August."

3    Q.  Do you see that last clause, "There's the guy you were

4    talking about early August"?

5    A.  Yes.

6    Q.  Directing your attention all the way back to Government's

7    Exhibit 37, Tab 11 of the binder, what was the date of the

8    email that Mr. Corsi sent to Mr. Stone that begins, "Word is

9    friend in embassy plans two more dumps"?

10   A.  August 2nd, 2016.

11   Q.  After the House Intelligence Committee investigation was

12   announced, did Mr. Stone offer to testify before the committee?

13   A.  He did.

14          MR. KRAVIS:  I would like to publish, please, for the

15   jury and the witness, Government's Exhibit 7, which appears at

16   Tab 37 of the binder.

17   BY MR. KRAVIS:

18   Q.  Ma'am, what is Government's Exhibit 7?

19   A.  This is a letter dated March 24th, 2017, from Mr. Stone's

20   counsel to HPSCI.

21   Q.  And does this letter appear on the timeline, Government's

22   Exhibit 200?

23   A.  Yes.  It is right here (indicating).

24   Q.  Can you read for us, please, the first two paragraphs of

25   this letter?

1    A.  "Please be advised that I, along with co-counsel listed

2    below, represent Mr. Roger Stone in the above-referenced

3    matter.  Mr. Stone deeply resents that several members of your

4    Permanent Select Committee have intimated that he has committed

5    treason in his political, press, and social media activities."

6           "As Mr. Stone has repeatedly stated publicly since

7    these matters have come to light, he is eager to voluntarily

8    appear in open session in front of the Permanent Select

9    Committee on Intelligence without the necessity of a subpoena.

10   Mr. Stone is anxious to redress the false and misleading way he

11   has been portrayed by some on the Permanent Select Committee."

12   Q.  Did Mr. Stone forward this email to anyone?

13   A.  Yes.

14           MR. KRAVIS:  I would like to publish, please, for --

15           THE COURT:  You mean that letter?

16           MR. KRAVIS:  I'm -- I'm sorry?

17           THE COURT:  The letter that we just saw, you said,

18   did he forward this email, but you just had a letter on the

19   screen.  I just --

20           MR. KRAVIS:  Right.  Right.  The letter.  Sorry.  Let

21   me do it again.

22   BY MR. KRAVIS:

23   Q.  Did Mr. Stone email to anyone the letter that you just

24   read, Government's Exhibit 7?

25   A.  Yes, he did.

1     Q.   Okay.

2              MR. KRAVIS:  I would like to publish, please, for the

3     jury and the witness, Government's Exhibit 40, which appears at

4     Tab 38 of the binder.

5     BY MR. KRAVIS:

6     Q.   What is Government's Exhibit 40?

7     A.   This is an email from Mr. Stone to Mr. Corsi and

8     Gloria Borger dated March 24th, 2017, and it includes an

9     attachment.

10    Q.   What is the attachment?

11    A.   It's called, "Roger Stone response Permanent Select

12    Committee."  And the attachment is the March 24th, 2017 letter

13    we just read.

14    Q.   And the first person that this email is sent to,

15    Jerome Corsi, am I right that that is the person who wrote the

16    email that I was asking you about a moment ago, the

17    August 2nd, 2016 email?

18    A.   Correct.

19    Q.   Is this email on the timeline?

20    A.   Yes.  It is this red box right here (indicating).

21    Q.   Now, after Mr. Stone sent this letter to the committee, did

22    the committee send Mr. Stone a letter back?

23    A.   Yes.

24             MR. KRAVIS:  I would like to publish, please, for the

25    jury and the witness, Government's Exhibit 9, which appears at

1    Tab 39 of the binder, and direct your attention to the second

2    page of the exhibit, please.

3    BY MR. KRAVIS:

4    Q.  What is the document that appears starting on the second

5    page of Government's Exhibit 9?

6    A.  This is a letter dated May 9th, 2017, from HPSCI to

7    Mr. Stone's counsel.

8    Q.  And does this letter appear on the timeline?

9    A.  Yes.  Right here (indicating).

10   Q.  Can you read for us, please, the first two paragraphs of

11   this letter up through the indented paragraph?

12   A.  Yes.  "Dear Mr. Buschel, As part of its bipartisan

13   investigation into Russian active measures directed at the 2016

14   U.S. election, the House Permanent Select Committee on

15   Intelligence requests that your client, Roger Stone, produce

16   certain documents and other materials to the committee, and

17   participate in a voluntary, transcribed interview at the

18   committee's offices.

19        "First, we respectfully ask that your client produce

20   to the committee, by no later than the close of business on May

21   22nd, the following:

22        "Any documents, records, electronically stored

23   information, including email, communication, recordings, data

24   and tangible things, including but not limited to, graphs,

25   charts, photographs, images, and other documents, regardless of

1    form, other than those widely available, newspaper articles,

2    that reasonably could lead to the discovery of any facts within

3    the investigation's publicly announced parameters."

4    Q.  And in addition to the request for documents you just read,

5    does the letter also request an interview?

6    A.  Yes.

7    Q.  So, I want to direct your attention now to the third page

8    of the exhibit, the second page of the letter, and I want to

9    direct your attention to the paragraph that begins "Committee

10    staff will work with you."

11          Can you read that paragraph for us, please?

12    A.  "Committee staff will work with you to arrange your

13    client's interview at a time and date subsequent to your

14    production of documents to the committee.  The interview may

15    cover any topic within the publicly announced parameters of the

16    committee's investigation, including Russian cyber activities

17    directed against the 2016 U.S. election, potential links

18    between Russia and individuals associated with political

19    campaigns, the U.S. government's response to these Russian

20    active measures, and related links of classified information."

21    Q.  Now, I think the paragraphs you just read referred a couple

22    of times to the parameters of the committee's investigation.

23          Did you see that there?

24    A.  Yes.

25    Q.  Was there anything attached to the letter that was sent to

1    Mr. Stone, this exhibit, Exhibit 9, that described those

2    parameters?

3    A.  Yes.

4    Q.  I'm going to direct your attention now to the fourth page

5    of the exhibit.

6            Am I right that these are the parameters for the

7    investigation attached to the letter?

8    A.  Yes.

9    Q.  Can you read for us, please, the four bulleted questions

10   that appear in the parameters?

11   A.  "What Russian cyber activity and other active measures were

12   directed against United States and its allies.

13           "Did the Russian active measures include links

14   between Russia and individuals associated with political

15   campaigns or any other U.S. persons;

16           "What was the U.S. government's response to these

17   Russian active measures, and what do we need to do to protect

18   ourselves and our allies in the future;

19           And what possible leaks of classified information

20   took place related to the Intelligence Community assessment of

21   these measures? "

22   Q.  Did Mr. Stone respond to this letter?

23   A.  He did.

24           MR. KRAVIS:  I would like to publish now, please, for

25   the jury and the witness, Government's Exhibit 10, which

1    appears at Tab 40 of the binder.  And I would like to direct

2    your attention, please, to the second page of the exhibit.

3    BY MR. KRAVIS:

4    Q.  What is the document that begins on the second page of the

5    exhibit?

6    A.  It's a letter dated May 22nd, 2017, from Mr. Stone's

7    counsel to HPSCI.

8    Q.  Can you read for us, please, the first three paragraphs of

9    this letter?

10   A.  "Dear Mr. Conaway, Please be advised that I, along with

11   co-counsel, represent Mr. Roger Stone in the above-referenced

12   matter.  In the committee's May 9, 2017 letter, it requested:

13   Any documents, records, electronically stored information,

14   including email, communication, recordings, data, and tangible

15   things, including but not limited to, graphs, charts,

16   photographs, images, and other documents, regardless of form,

17   other than those widely available, such as newspaper articles,

18   that reasonably could lead to the discovery of any facts within

19   the investigation's publicly announced parameters."

20   Q.  And if you could keep going and just give us one more

21   paragraph.

22   A.  "Mr. Stone has no documents, records, or electronically

23   stored information, regardless of form, other than those widely

24   available that reasonably could lead to the discovery of any

25   facts within the investigation's publicly announced

```
 1      parameters."

 2      Q.  Did Mr. Stone attach to this letter any of the emails or

 3      text messages from 2016 that we were looking at yesterday

 4      afternoon?

 5      A.  No.

 6      Q.  Does this letter appear on the timeline?

 7      A.  Yes.  Right here (indicating).

 8      Q.  Now, did there come a time in September of 2017 when

 9      Mr. Stone testified before the House Permanent Select Committee

10      on Intelligence?

11      A.  Yes, he did.

12              MR. KRAVIS:  And I'd like if we could switch over

13      from the TrialDirector to the PowerPoint now.

14      BY MR. KRAVIS:

15      Q.  Ms. Taylor, I'm going to ask you some questions about

16      Government's Exhibit 1, which has been marked and admitted as

17      the transcript of Mr. Stone's testimony, and Government's

18      Exhibit 1A, which is an audio recording of the testimony.

19              What was the date -- the testimony appears at Tab 41

20      of the binder.

21              What was the date on which Mr. Stone testified before

22      the House Intelligence Committee?

23      A.  September 26, 2017.

24      Q.  And is that date reflected on the timeline?

25      A.  Yes.  It's right here (indicating).
```

```
1    Q.  At the outset of Mr. Stone's testimony, was he placed under

2    oath?

3    A.  Yes, he was.

4              MR. KRAVIS:  And could we have the first clip of the

5    testimony, please.

6              (Audio played.)

7    BY MR. KRAVIS:

8    Q.  Now, at the outset of his testimony, did Mr. Stone give an

9    opening statement?

10   A.  He did.

11   Q.  And in that opening statement, did Mr. Stone reference

12   allegations concerning WikiLeaks?

13   A.  Yes, he did.

14             MR. KRAVIS:  And can we please have the next clip

15   from page 8 of the transcript.

16             (Audio played.)

17   BY MR. KRAVIS:

18   Q.  By the way, who is John Podesta?

19   A.  John Podesta was Hilary Clinton's campaign chairman.

20   Q.  And I think I heard you testify yesterday that it was

21   Mr. Podesta's emails that WikiLeaks began releasing on

22   October 7, 2016.

23             Do I remember that right?

24   A.  That's correct.

25   Q.  Now, during Mr. Stone's testimony, was he asked about some
```

1    of the August 2016 statements he made about being in

2    communication with Mr. Assange that we reviewed yesterday

3    afternoon?

4    A.  Yes.

5          MR. KRAVIS:  Can I have the next clip, please,

6    starting on page 39 of the transcript?

7          (Audio played.)

8    BY MR. KRAVIS:

9    Q.  Now, during the hearing, did some members of the committee

10   explain to Mr. Stone why they thought the identity of this

11   person he's being asked about was important to their

12   investigation?

13   A.  Yes.

14         MR. KRAVIS:  Can we have the next clip, please, which

15   begins on page 57 of the transcript?

16         (Audio played.)

17         MR. KRAVIS:  And can we have the next clip, please,

18   starting at page 80 of the transcript?

19         (Audio played.)

20   BY MR. KRAVIS:

21   Q.  Now, Ms. Taylor, I think we saw --

22         MR. KRAVIS:  And if we go back to the TrialDirector

23   for a moment, please.

24   BY MR. KRAVIS:

25   Q.  I think we saw in the transcript excerpts a moment ago,

1    Mr. Stone declined to identify his intermediary, or go-between,

2    in his testimony before the committee.

3              Did you see that there?

4    A.  Yes.

5    Q.  Did there come a time after Mr. Stone's testimony when he

6    sent the committee a letter on this subject?

7    A.  Yes.

8              MR. KRAVIS:  I would like to publish now, please, for

9    the jury and the witness, Government's Exhibit 13, which

10   appears at Tab 42 of the binder.

11   BY MR. KRAVIS:

12   Q.  Ms. Taylor, what is Government's Exhibit 13?

13   A.  This is a letter dated October 13th, 2017, from Mr. Stone's

14   counsel to HPSCI.

15   Q.  Can you read for us, please, the first four paragraphs of

16   the letter?  The four paragraphs that appear on the first page

17   of the exhibit?

18   A.  Sure.  "Dear Congressman Conaway, As you know, I, along

19   with co-counsel, Grant Smith, represent Roger Stone in the

20   above-referenced matter.  At the urging of Congressman Gowdy in

21   the interview on September 26th, 2017, and in response to the

22   committee's October 2, 2017 follow-up email request, Mr. Stone

23   voluntary provides the below information and attached

24   documents."

25   Q.  And I'm going to just interrupt you for a second.

1          Do you see a reference there to an October 2nd, 2017,

2     email?

3     A.  Yes.

4     Q.  We're going to come back to that in a minute.  But, for

5     now, can you please keep rereading the letter?

6     A.  "As Mr. Stone repeatedly stated in his candid interview

7     with the committee, he in no way conspired, colluded, or

8     coordinated with any agent of the Russian state, and has no

9     knowledge of anyone who did.  Any information Mr. Stone

10    disseminated via social media regarding the timing of the

11    release of the DNC data or others was from publicly available

12    sources, and was confirmed by a source who had access to

13    WikiLeaks.  As you know, Mr. Stone has declined to reveal the

14    identity of that source based on assurances that their

15    communication was off the record.

16          "In both the interview and in the follow-up email

17    from House majority counsel, the committee requested Mr. Stone

18    disclose the name of his intermediary who offered information

19    about WikiLeaks.  Since his committee interview and the receipt

20    of your written communication from the committee, Mr. Stone has

21    contemplated the disclosure and is now prepared to identify his

22    source.

23          "The gentleman who confirmed for Mr. Stone the

24    accuracy of Julian Assange's interview of June 12th, 2016, with

25    the British ITV network, where Assange said, 'Emails related to

1   Hilary Clinton, which are pending publication,' is

2   Randy Credico, a longtime New York-based activist, who was the

3   host of a WBAI radio show.

4         "As recently confirmed by Assange to reporter

5   Amy Goodman, he, Stone, didn't say anything that I hadn't been

6   saying in public at the time."

7   Q.  Ms. Taylor, do the words "Jerome Corsi" appear in this

8   letter?

9   A.  No.

10  Q.  Now, Ms. Taylor, I think we heard a moment ago, Mr. Stone

11  testified before the committee that he would ask his

12  intermediary to waive a privilege or allow him to be

13  identified?

14  A.  Correct.

15  Q.  In the course of your work on this investigation, have you

16  reviewed text messages and emails between Roger Stone and

17  Randy Credico?

18  A.  Yes.

19  Q.  In the course of that review, did you come across any text

20  message or email where Mr. Stone asks Mr. Credico if he's

21  willing to waive a privilege and be named to the committee?

22  A.  No, I did not.

23  Q.  I want to go back to the testimony now.

24        During Mr. Stone's testimony, was he asked about

25  whether he had any written communications with this

```
 1    intermediary?

 2    A.  Yes.

 3              MR. KRAVIS:  Could we have the next clip, please,

 4    from the transcript, starting on page 44?

 5              (Audio played.)

 6    BY MR. KRAVIS:

 7    Q.  Was Mr. Stone asked this question about written

 8    communications with the intermediary once or more than once?

 9    A.  More than once.

10              MR. KRAVIS:  Can we have the next clip, please,

11    starting at page 109 of the transcript?

12              (Audio played.)

13    BY MR. KRAVIS:

14    Q.  In addition to questions about written communications with

15    his intermediary, was Mr. Stone also asked about whether he had

16    any written communications about Assange or WikiLeaks more

17    generally?

18    A.  Yes.

19              MR. KRAVIS:  Could we have the next clip, please,

20    which begins on page 84 of the transcript.

21              (Audio played.)

22              MR. KRAVIS:  Can we have the next clip, please,

23    beginning on page 108 of the transcript?

24              (Audio played.)

25              MR. KRAVIS:  And can we have the next clip, please,
```

1    starting at page 110 of the transcript?

2                    (Audio played.)

3    BY MR. KRAVIS:

4    Q.  Now, Ms. Taylor, the emails that we were looking at

5    yesterday, the emails between Mr. Stone and Mr. Credico,

6    between Mr. Stone and Mr. Corsi, am I correct that those emails

7    were obtained through search warrants executed on Mr. Stone's

8    email accounts?

9    A.  Yes.

10   Q.  When were those search warrants executed on Mr. Stone's

11   email accounts?

12   A.  We executed multiple search warrants on multiple of

13   Mr. Stone's accounts.  The most recent search warrants were

14   August 3rd of 2018.

15   Q.  August 3rd of 2018 was when the last set of search warrants

16   on the email accounts was done?

17   A.  Yes.

18   Q.  Was that before or was that after Mr. Stone's testimony

19   before the committee?

20   A.  After.

21   Q.  And in that search warrant return, executed in August of

22   2018, after Mr. Stone's testimony, were those emails that we

23   saw yesterday between Mr. Stone and Mr. Credico and Mr. Stone

24   and Mr. Corsi, were those emails in the accounts?

25   A.  They were.

1   Q.  In the course of your investigation, have you reviewed the

2   number of communications -- written communications that

3   Mr. Stone had with Mr. Credico?

4   A.  Yes.

5   Q.  And have you prepared a chart summarizing the records that

6   show the number of those communications?

7   A.  Yes.

8         MR. KRAVIS:  I would like to publish now, please, for

9   the jury and the witness, Government's Exhibit 165, which

10  appears at Tab 43 of the binder.

11  BY MR. KRAVIS:

12  Q.  What is Government's Exhibit 165?

13  A.  This shows the number of written communications between

14  Mr. Stone and Mr. Credico from June of 2016 through September

15  of 2017, and it counts a variety of different communication

16  methods.

17  Q.  And what are the different communication methods that are

18  reflected in the chart?

19  A.  Text message, Twitter direct message, Facebook direct

20  message, Signal chats, and emails.

21  Q.  And what was the month in which Mr. Stone testified before

22  the committee?

23  A.  September 2017.

24  Q.  And did you prepare another chart that summarized, in

25  particular, the number of written communications between

1    Mr. Stone and Mr. Credico in the month of his testimony?

2    A.  I did.

3              MR. KRAVIS:  I would like to publish now for the jury

4    and the witness, Government's Exhibit 166, which appears at Tab

5    44 of the binder.

6    BY MR. KRAVIS:

7    Q.  What is Government's Exhibit 166?

8    A.  This is a chart that shows the number of written

9    communications between Mr. Stone and Mr. Credico in the month

10   of September 2017, by day.

11   Q.  And, so, for example, on September 8th of 2017, how many

12   written communications did Mr. Stone have with Mr. Credico?

13   A.  Twenty-one.

14   Q.  Now, what was the date on which Mr. Stone testified before

15   the committee?

16   A.  September 26, 2017.

17   Q.  And on the day that Mr. Stone testified that his

18   intermediary was not an email guy, how many written

19   communications did Roger Stone have with Randy Credico?

20   A.  Seventy-two -- actually, my chart looks different than your

21   chart.

22   Q.  Is that because there's a --

23             MR. KRAVIS:  Well, may I approach the witness?

24             THE COURT:  Yes.

25             THE WITNESS:  I have it.  Okay.

1    BY MR. KRAVIS:

2    Q.  Just turning your attention now to the version that's on

3    the screen.

4    A.  Yep.

5    Q.  Looking at the version of Government's Exhibit 166 that

6    appears on the screen, on the day that Mr. Stone testified

7    before the committee that his intermediary was not an email

8    guy, how many written communications did Roger Stone share with

9    Randy Credico?

10   A.  Seventy-two.

11   Q.  Now, in the course of the investigation, did law

12   enforcement obtain the content of some of Mr. Stone's text

13   messages?

14   A.  Some of them, yes.

15   Q.  And when we say "content," what exactly do you mean by

16   "content"?

17   A.  It means that we know what they were saying to one another

18   in the messages.

19   Q.  Were there some time periods where law enforcement did not

20   obtain the actual content of Mr. Stone's text messages?

21   A.  Yes.

22   Q.  And what is that time period, the time period where law

23   enforcement was not able to obtain the content of Mr. Stone's

24   text messages?

25   A.  Mid-November 2016 to mid-November 2017.

1    Q.  And so that period when law enforcement was not able to

2    obtain the content of Mr. Stone's text messages, does that

3    include the time period around Mr. Stone's testimony?

4    A.  Yes, it does.

5    Q.  So, if law enforcement was not able to obtain the content

6    of those messages, how do we -- how does law enforcement know

7    the number?  How were you able to prepare the charts?

8    A.  We got phone --

9               MR. ROGOW:  Objection, Your Honor.

10              THE COURT:  Well, I think I want to know what process

11   did you use to come up with the number on the chart for the

12   ones that you weren't able to actually read?  How do you know

13   how many there are?  How did you derive that number?  Let's put

14   it that way.

15              THE WITNESS:  Mr. Stone's phone records show not

16   only his phone calls, but his SMS and MMS messages.  And since

17   he was communicating with Mr. Credico with SMS messages, we

18   were able to see the fact of those messages and then count

19   them.

20   BY MR. KRAVIS:

21   Q.  And so the records that you were just referring to, they

22   show the number of communications but not the content?

23   A.  Correct.

24   Q.  Now, after the hearing, did the committee send Mr. Stone an

25   email requesting some additional documents?

1    A.  Yes, they did.

2           MR. KRAVIS:  I would like to publish now, for the

3    jury and the witness, Government's Exhibit 195, which appears

4    at Tab 45 of the binder.

5    BY MR. KRAVIS:

6    Q.  What is Government's Exhibit 195?

7    A.  This is an email dated October 2nd, 2017, from a staff

8    member on HPSCI to Mr. Stone's counsel.

9    Q.  And how much time passed between Mr. Stone's testimony and

10   the -- and this email?

11   A.  Less than a week.

12   Q.  And can you read for us, please, the first two paragraphs

13   of this email?

14   A.  "Grant and Rob, as a follow-up to your client's interview

15   with the committee on Tuesday, September 26th, 2017, we would

16   like to relay the committee's request of Mr. Stone that he

17   disclose the name of the intermediary with Mr. Julian Assange

18   and WikiLeaks, which Mr. Stone refused to do during his

19   interview.

20          "In addition, we request that Mr. Stone deliver to

21   the committee documents or other material that responds to the

22   following request that arose during the interview:  "Any

23   communication, including but not limited to, direct messages on

24   Twitter with Julian Assange and other individuals associated

25   with WikiLeaks, Guccifer 2.0, or other entities involved in the

1   disclosure of information and material related to the

2   Democratic National Committee, the Democratic Congressional

3   Campaign Committee, and individuals associated with the

4   political campaigns involved in the 2016 U.S. elections,

5   including John Podesta."

6   Q.  So after Mr. Stone testified before the committee that he

7   had no written communications with the intermediary, did the

8   committee's follow-up request for documents ask for written

9   communications with the intermediary?

10  A.  No.

11  Q.  By contrast, did Mr. Stone testify before the committee

12  that he did have some written communications with

13  Julian Assange?

14  A.  Yes.

15          MR. KRAVIS:  And if we could go back to the

16  presentation, please, and play the next clip of the transcript,

17  which starts on page 41.

18          (Audio played.)

19  BY MR. KRAVIS:

20  Q.  And did Mr. Stone testify that he may or may not have had

21  written communications with other WikiLeaks employees?

22  A.  Yes.

23          MR. KRAVIS:  Can we have the next transcript -- next

24  clip from the transcript, please, beginning at page 42?

25          (Audio played.)

1    BY MR. KRAVIS:

2    Q.  So, directing your attention back to the October 2nd email.

3            For the categories of communications where Mr. Stone

4    said he did have them or he wasn't certain, did the committee

5    ask for those communications in its follow-up email?

6    A.  They did.

7    Q.  Turning your attention to another topic.

8            Was Mr. Stone asked during the hearing about requests

9    for information from WikiLeaks?

10   A.  Yes.

11           MR. KRAVIS:  I would like to play the next clip,

12   please, from page 43, starting on page 43 of the transcript.

13           (Audio played.)

14   BY MR. KRAVIS:

15   Q.  Now, Ms. Taylor, I think yesterday we looked at an email

16   exchange between Mr. Stone and Mr. Credico from September of

17   2016, Government's Exhibit 50, which appears at Tab 18 of the

18   binder.

19           Can I ask you to just look back at Tab 18, please?

20   A.  Yes.

21           MR. KRAVIS:  Can we publish it for the jury and the

22   witness?

23   BY MR. KRAVIS:

24   Q.  You remember testifying about this yesterday, the one where

25   the last sentence reads, "Please ask Assange for any state or

1    HRC email"?

2    A.  Yes.

3    Q.  What was the date of this email exchange?

4    A.  September 18th, 2016.

5    Q.  Was this email exchange before or after Mr. Stone's

6    testimony before the committee?

7    A.  Before his testimony.

8    Q.  And was this email in the search warrant -- in the account

9    when the search warrant was executed in 2018?

10   A.  Yes.

11   Q.  Turning to another topic.

12            Was Mr. Stone asked during his testimony about his

13   communications with anyone involved in the Trump campaign

14   regarding WikiLeaks?

15   A.  Yes.

16            MR. KRAVIS:  Can we have the next clip from the

17   transcript, please, starting on page 102?

18            (Audio played.)

19   BY MR. KRAVIS:

20   Q.  Now, I want to turn your attention back to one of the

21   emails we looked at yesterday, Government's Exhibit 32, which

22   appears at Tab 28 of the binder.

23            Do you have that one in front of you?

24   A.  I do.

25   Q.  This is the email exchange between Mr. Stone and Mr. Bannon

1    that we looked at yesterday?

2    A.  Um-hum.

3    Q.  What was the date of this email exchange?

4    A.  October 4th, 2016.

5    Q.  Was this email exchange before or after Mr. Stone's

6    testimony before the committee?

7    A.  It was before his testimony.

8    Q.  Was this email exchange in Mr. Stone's email account when

9    the search warrant was executed in 2018?

10   A.  Yes, it was.

11   Q.  And turning your attention to a different email exchange we

12   looked at yesterday, Government's Exhibit 31, from Tab 27 of

13   the binder.

14           This was the email exchange between Mr. Prince and

15   Mr. Stone?

16   A.  Yes.

17   Q.  We looked at this yesterday, I think.

18           What is the date of this email exchange?

19   A.  October 3rd, 2016.

20   Q.  Was this email exchange before or after Mr. Stone's

21   testimony before the committee?

22   A.  Before his testimony.

23   Q.  And was this email exchange in Mr. Stone's email account

24   when the search warrant was executed in 2018?

25   A.  Yes, it was.

1    Q.  Ms. Taylor, in the course of your work in the

2    investigation, did you prepare a chart summarizing Mr. Stone's

3    contacts with people associated with the Trump campaign in

4    2016?

5    A.  Yes.

6              MR. KRAVIS:  I would like to publish now, please, for

7    the jury and the witness, Government's Exhibit 167, which

8    appears at Tab 46 of the binder.

9    BY MR. KRAVIS:

10   Q.  What is Government's Exhibit 167?

11   A.  This chart shows the number of telephonic communications

12   between Mr. Stone and various Trump campaign associates:

13   Rick Gates, Steve Bannon, Paul Manafort, Erik Prince, and

14   Donald Trump.

15   Q.  And what is the time period that this exhibit covers?

16   A.  January of 2016 through November of 2016.

17   Q.  So, just to -- so we can sort of see how the chart works,

18   for the -- just taking the time period of August of 2016, what

19   does this chart show about contacts with those individuals in

20   August of 2016?

21   A.  It shows 25 calls with Mr. Manafort, 20 calls with

22   Mr. Gates, looks like two calls with Mr. Bannon, and -- I'm

23   sorry.  My chart is -- and two with Mr. Trump.

24   Q.  Now --

25              THE COURT:  Just to clarify, all this is the number

1     of the calls?

2                THE WITNESS:  Yes, the number.

3                THE COURT:  There's no subject matter?

4                THE WITNESS:  We don't know the content, Your Honor.

5                THE COURT:  All right.

6     BY MR. KRAVIS:

7     Q.  Now, Ms. Taylor, I think we saw a moment ago that

8     Mr. Stone's lawyer sent the committee a letter on

9     October 13th, 2017.

10               Do I have that right?

11    A.  Yes, that's correct.

12    Q.  All right.  I want to direct your attention back to that

13    exhibit, which is Government's Exhibit 13, it appears at Tab 42

14    of the -- at Tab 42 of the binder.

15               Are there some documents that Mr. Stone submitted to

16    the committee by way of attachment to this letter?

17    A.  Yes.

18    Q.  What are those documents that Mr. Stone submitted to the

19    committee through this letter in October of 2017?

20    A.  He attaches DMs, or direct messages, with Guccifer 2.0 and

21    the @WikiLeaks account and the @Julian Assange account.

22    Q.  Did Mr. Stone attach to this letter any of the emails or

23    text messages with Mr. Credico or Mr. Corsi from 2016 that we

24    were looking at yesterday?

25    A.  No, he did not.

1    Q.  Did Mr. Stone forward an email related to this letter to

2    anyone in October of 2017?

3    A.  Yes, he did.

4    Q.  I'm going to direct your attention now --

5          MR. KRAVIS:  And can I publish, please, for the jury

6    and the witness, Government's Exhibit 62, which appears at Tab

7    47 of the binder.

8    BY MR. KRAVIS:

9    Q.  First, the letter that we saw a moment ago, Government's

10   Exhibit 13, does that letter appear on the timeline on the

11   easel, Government's Exhibit 200?

12   A.  The October 13th?

13   Q.  Yes.

14   A.  It's right here (indicating).

15   Q.  Now, turning your attention to Government's Exhibit 62, at

16   Tab 47 of the binder.

17          What is this?

18   A.  This is an email from Mr. Stone to Mr. Credico dated

19   October 19th, 2017.

20   Q.  And is this email from Mr. Stone to Mr. Credico, is this

21   email sent before or after the letter we just saw to the

22   committee?

23   A.  After.

24   Q.  And is this email from Mr. Stone to Mr. Credico forwarding

25   another email?

1    A.  Yes.

2    Q.  And turning your attention down to that email.

3            What is the first sentence of the email that

4    Mr. Stone forwards to Mr. Credico on October 19th, 2017?

5    A.  It says, "From our letter to the House."

6    Q.  Now, the text that follows in this email, is that text the

7    same as the October 13th, 2017 letter, or is the text

8    different?

9    A.  It's different.

10   Q.  I want to ask you about some of those differences.

11           MR. KRAVIS:  And to do that, I would like to put the

12   two exhibits side by side on the screen, if we could.

13   BY MR. KRAVIS:

14   Q.  First, I want to direct your attention to the second

15   paragraph of the forwarded email, the paragraph that begins,

16   "The gentleman who confirmed for Mr. Stone."

17           Do you see that paragraph?

18   A.  Yes.

19   Q.  Okay.  Do you see the sentence in the middle of the

20   paragraph, that begins, "Mr. Credico is an accomplished

21   entertainer"?

22   A.  Yes.

23   Q.  Can you read from that sentence for us through the rest of

24   the paragraph, please?  This is in the email now.

25   A.  Yes.  "Mr. Credico is an accomplished entertainer and

1      impressionist who proved to be very popular and influential at

2      WBAI.  Mr. Stone has known Mr. Credico since 2002 and holds him

3      in high regard.

4              "Mr. Stone said Mr. Credico was the person who opened

5      his eyes as to the failures of the so-called "war on drugs"

6      waged by the federal government.  It was through Mr. Credico

7      that Mr. Stone attended the Countdown to Justice Rally to

8      protest New York's racist Rockefeller Drug Laws in 2003.

9              "Mr. Stone has supported the Mothers of the Missing

10     effort organized by Mr. Credico, protest the long sentences of

11     those convicted under New York's archaic drug laws."

12     Q.  Now, that first sentence you just read in the email that

13     Mr. Stone forwarded to Mr. Credico, that reads, "Mr. Credico is

14     an accomplished entertainer and impressionist who proved to be

15     very popular and influential at WBAI," does that language

16     appear in the actual language that Mr. Stone sent to the

17     committee?

18     A.  It does not.

19     Q.  How about the next sentence?  "Mr. Stone has known

20     Mr. Credico since 2002, and holds him in high regard"?  Does

21     that sentence appear in the actual letter that Mr. Stone sent

22     to the committee?

23     A.  It does not.

24     Q.  Further down, directing your attention in the email, to the

25     paragraph in bold at the bottom of the first page.  Can you

1    read for us, please, the first sentence of that bold text?

2    A.   "Mr. Stone noticed Credico had traveled to London on at

3    least two occasions, and conducted two landmark interviews with

4    Julian Assange on WBAI."

5    Q.   The phrase "landmark interviews" in the message that

6    Mr. Stone forwarded to Mr. Credico, does that phrase "landmark

7    interviews" actually appear in the letter that was sent to the

8    committee?

9    A.   It does not.

10   Q.   Moving further down, do you see the paragraph -- or, the

11   sentences in italics that begins, "Mr. Credico never said he

12   knew"?

13   A.   Yes.

14   Q.   And this is, again, from the email.

15             Can you read this for us.  Please?

16   A.   "Mr. Credico never said he knew or had any information as

17   to source or content of the material.  Mr. Credico never said

18   he confirmed this information with Mr. Assange himself.

19   Mr. Stone knew Credico had his own sources within WikiLeaks and

20   is credible.  Mr. Stone concedes that describing Credico as a

21   go-between, or intermediary, is a bit of salesmanship for his

22   InfoWars audience.  But, the confirmation by Credico turned out

23   to be 100 percent accurate."

24   Q.   That language that you just read from the email that

25   Mr. Stone forwarded to Mr. Credico, does that language appear

1    in the letter that was actually sent to the committee?

2    A.  No, it does not.

3    Q.  The phrase "a bit of salesmanship for his InfoWars

4    audience" that Mr. Stone wrote in the email -- or, Mr. Stone

5    put in the email to Mr. Credico, does that phrase appear in the

6    actual letter that was sent to the committee?

7    A.  It does not.

8    Q.  Now, what, if anything, did the committee do after it

9    received that October 13th letter from Mr. Stone?

10   A.  They reached out to Randy Credico.

11         MR. KRAVIS:  I want to publish now, please, for the

12   jury and for the witness, Government's Exhibit 14, which

13   appears at Tab 48 of the binder, and direct your attention to

14   the second page of the exhibit.

15   BY MR. KRAVIS:

16   Q.  What is the document that appears starting on the second

17   page of Government's Exhibit 14?

18   A.  This is a letter dated November 9th, 2017, from HPSCI to

19   Mr. Credico.

20   Q.  And can you read for us, please, the first paragraph of

21   this letter?

22   A.  "Dear Mr. Credico, As part of its bipartisan investigation

23   into Russian active measures directed at the 2016 U.S.

24   election, the House Permanent Select Committee on Intelligence

25   requests that you participate in a voluntary, transcribed

1    interview it at the committee's office."

2    Q.  Does this letter appear on the timeline on the easel,

3    Government's Exhibit 200?

4    A.  Yes.  It's right here (indicating).

5    Q.  How much time passed between Mr. Stone's letter to the

6    committee identifying Mr. Credico and Government's Exhibit 14,

7    the committee letter to Mr. Credico requesting an interview?

8    A.  It was less than a month.

9    Q.  I'm going to turn your attention now to some text messages

10   between Mr. Stone and Mr. Credico after this letter.

11          MR. KRAVIS:  I would like to publish, please, for the

12   jury and the witness, Government's Exhibit 63, which appears at

13   Tab 49 of the binder.

14   BY MR. KRAVIS:

15   Q.  What is Government's Exhibit 63?

16   A.  It is a page showing text messages between Mr. Credico and

17   Mr. Stone.

18   Q.  Do you see the messages at the top there, from

19   November 17, 2017?

20   A.  Yes.

21   Q.  Now, just so we're oriented here, how much time passed

22   between the letter from the committee to Mr. Credico,

23   November 9th, 2017, and these text messages?

24   A.  A little over a week.

25   Q.  Can you read for us those messages, please?

1   A.  Mr. Credico writes, "I flew back from London.  I saw

2   *Godfather I,* Frankie Five Angels."

3   Q.  Do you recognize the reference Frankie Five Angels?

4   A.  Yes.

5   Q.  What is it?

6   A.  It's a reference to a character in *Godfather II* called

7   Frank Pentangeli.

8   Q.  Okay.  I'm going to ask you more about that character in a

9   minute.  But, first, I would like to move further down the

10  page.

11          Do you see the messages further down the page from

12  two days later, November 19, 2017?

13  A.  Yes.

14  Q.  Can you read that exchange for us, please?

15  A.  Mr. Credico writes, "My lawyer wants to see me today."

16          Mr. Stone responded, "Stonewall it.  Plead the Fifth.

17  Anything to save the plan.  Richard Nixon."

18          Mr. Credico responded, "Ha ha."

19  Q.  Now, does this text message exchange appear on the

20  timeline?

21  A.  It does.

22  Q.  Where is it?

23  A.  (Indicating.)

24  Q.  And are you familiar with the term "plead the Fifth"?

25  A.  Yes.

1    Q.  What does that term refer to?

2    A.  It refers to pleading the Fifth Amendment.  It protects you

3    against self-incrimination.  Or, effectively, you don't have to

4    testify against yourself.

5    Q.  And the quote that Mr. Stone sends to Mr. Credico,

6    "Stonewall it.  Plead the Fifth.  Anything to save the plan,"

7    do you recognize that quote?

8    A.  I do.

9    Q.  Where is that from?

10   A.  It's a paraphrase of something President Nixon said to

11   John Dean and John Mitchell during the Watergate investigation.

12   Q.  Now, how much time passed between Mr. Stone's letter to the

13   committee identifying Credico and Mr. Stone's text message to

14   Mr. Credico stating, "Stonewall it.  Plead the Fifth.  Anything

15   to save the plan"?

16   A.  Just a little over a month.

17   Q.  And after Mr. Credico received this text message, did he

18   respond to the House Intelligence Committee?

19   A.  Yes, he did.

20        MR. KRAVIS:  I would like to publish now, for the

21   jury and the witness, please, Government's Exhibit 15, which

22   appears at Tab 50 of the binder, and direct your attention to

23   the second page of the exhibit.

24   BY MR. KRAVIS:

25   Q.  What is the document that appears in the second page of

1    Government's Exhibit 15?

2    A.  This is a letter dated November 20th, 2017, from

3    Mr. Credico's counsel to HPSCI.

4    Q.  Can you read for us, please, the first two paragraphs of

5    the letter?

6    A.  "Please be advised that the undersigned is legal counsel

7    for Mr. Credico, who has received a letter from Representatives

8    Conaway and Schiff, requesting his participation in a

9    voluntary, transcribed interview at the committee's offices.

10            "Please be advised that Mr. Credico declines the

11   invitation and requests that you pass this information on to

12   the authors of the letter to him."

13   Q.  Does this letter from Mr. Credico to the committee appear

14   on the timeline?

15   A.  It does.

16   Q.  Where is it?

17   A.  Right there (indicating).

18   Q.  How much time passed between when Mr. Stone texted

19   Mr. Credico, "Stonewall it.  Plead the Fifth.  Anything to save

20   the plan," and when Mr. Credico's lawyer sent the committee

21   this letter declining the invitation for an interview?

22   A.  It was the next day.

23   Q.  And did Mr. Stone and Mr. Credico communicate by text

24   message on this subject, again, a few days later?

25   A.  They did.

1      MR. KRAVIS:  I want to publish for the jury and the

2  witness Government's Exhibit 64, which appears at Tab 51 of the

3  binder.

4  BY MR. KRAVIS:

5  Q.  Ms. Taylor, what is Government's Exhibit 64?

6  A.  This is a document that shows text messages between

7  Mr. Credico and Mr. Stone.

8  Q.  And do you see the text message exchange that starts at the

9  top, on November 21st, 2017, beginning at 3:41 p.m.?

10  A.  I do.

11  Q.  Can you read that for us, please?

12  A.  Sure.  You want me to read the whole exchange?

13  Q.  Yes, please.

14  A.  Okay.  Mr. Credico writes, "Got a subpoena."

15      Mr. Stone responded, "When was your deadline?"

16      Mr. Credico wrote, "I was told that the House

17  Committee lawyer told my lawyer that I will be getting a

18  subpoena."

19      Mr. Stone wrote, "That was the point at which your

20  lawyer should have told them you would assert your Fifth

21  Amendment rights if compelled to appear."

22      Mr. Credico responded, "They have yet to receive the

23  subpoena, my lawyers.  And I can't afford the lawyer, so I'm

24  going to probably have to do with this pro se."

25      Mr. Stone responded, "Witch hunt."

1          Mr. Credico wrote, "I think this actually has nothing

2     to do with so-called 'back-channel nonsense.'  They are trying

3     to find out something that they think I'm hiding.  Ridiculous."

4     Q.  And directing your attention a little further down the

5     page, to the text message exchange on November 21st, 2017,

6     starting at 10:36 p.m.

7          Could you read that exchange for us, please?

8     A.  Mr. Credico wrote, "House committee lawyer said I'm getting

9     a subpoena.  Is that a bluff?  They won't send me a subpoena

10    because republicans won't agree, right?"

11         Mr. Stone wrote, "I am trying to find out."

12         Mr. Credico wrote, "How does it work?  If Adam Schiff

13    says, 'We want him, or we're going to make a big stink of it,'

14    they're going to say yes."

15         Mr. Stone wrote, "A majority of the committee would

16    have to vote to subpoena you.  Given the limited area they want

17    to ask you about, it's not clear they will do this.  If they

18    know you will take the Fifth if subpoenaed, it makes it less

19    likely."

20    Q.  Now, this text message exchange, does this appear on the

21    timeline?

22    A.  Yes, it does.

23    Q.  Where is it?

24    A.  Right here (indicating).

25    Q.  And how much time passed between Mr. Credico's letter to

1    the committee declining the request for the interview and this

2    text message exchange you just read?

3    A.  It was the next day.

4    Q.  By the way, is Mr. Credico saying "ha-ha" now?

5    A.  No.

6    Q.  Did the House Intelligence Committee, in fact, subpoena

7    Mr. Credico?

8    A.  They did.

9              MR. KRAVIS:  I would like to publish now, please, for

10    the jury and the witness, Government's Exhibit 16, which

11    appears at Tab 52 of the binder.  And I would like to direct

12    your attention to the third page of the exhibit.

13    BY MR. KRAVIS:

14    Q.  What is the document that appears on the third page of

15    Government's Exhibit 16?

16    A.  It is a subpoena from the House of Representatives to

17    Randy Credico dated 27 November, 2017.

18    Q.  And does this subpoena appear on the timeline?

19    A.  Yes.

20    Q.  Where is it?

21    A.  Right there (indicating).

22    Q.  After Mr. Credico received the subpoena, did he inform

23    Mr. Stone that he had been subpoenaed?

24    A.  Yes.

25    Q.  I'm going to direct your attention now to Government's --

```
 1              MR. KRAVIS:  And publish, please, for the jury and
 2    the witness, Government's Exhibit 68, which appears at Tab 53
 3    of the binder.
 4    BY MR. KRAVIS:
 5    Q.  What is Government's Exhibit 68?
 6    A.  This is an email from Mr. Credico with himself in the "To"
 7    line, and a list of people in the "Bcc" line.  Again, those are
 8    people who don't -- don't see that each other have received the
 9    email.  And in that list is Mr. Stone.
10    Q.  So Mr. Stone was one of the people who received this email
11    blind carbon copied?
12    A.  Yes.
13    Q.  Does this email have an attachment?
14    A.  Yes.
15    Q.  Turning your attention to the second page of the exhibit.
16              Is that the attachment?
17    A.  Yes.
18    Q.  What is it?
19    A.  It's a photograph of Mr. Credico's subpoena.
20    Q.  And on the day that Mr. Credico sent this email, did he and
21    Mr. Stone exchange some text messages on this subject?
22    A.  They did.
23    Q.  I want to direct your attention to Government's Exhibit 69,
24    which appears at Tab 54 of the binder.
25              What is Government's Exhibit 69?
```

1    A.  This is a document showing text messages between Mr. Stone

2    and Mr. Credico.

3    Q.  And the text message exchange that starts on

4    November 28th, 2017, at 4:30 a.m., do you see that there?

5    A.  Yes, I do.

6    Q.  Am I right that this exchange takes place on the same day

7    as the email we just saw forwarding the subpoena?

8    A.  Yes.

9    Q.  Can you read this exchange for us, please?

10   A.  Mr. Credico writes, "I told your friend, Frank Morano, I

11   would do his show, but you have to get this idiot Morgan not to

12   talk about this."

13   Q.  And, by the way, do you know who Morgan is?

14   A.  That's a reference to Morgan Pehme.

15   Q.  Who was that?

16   A.  He directed a documentary about Mr. Stone.

17   Q.  Can you keep reading, please?

18   A.  Mr. Stone responded, "Impossible.  You are talking about

19   it.  You will be accused of being the back channel, what do you

20   like it or not.  I will visit you in prison."

21        Mr. Credico responded, "I won't spend a day in

22   prison.  I'm forensically clean."

23        Mr. Stone wrote, "Which means nothing."

24        Mr. Credico wrote, "Whatever.  I'll sleep real well

25   tonight."

1    Mr. Stone wrote, "You get the good with bad.  I wish

2    you the best.  But, the media hates Assange, and they will fuck

3    you."

4    Mr. Credico wrote, "I got to go to sleep.  I have a

5    million news shows there tomorrow.  I guess it's my time in the

6    barrel this week, but I have a lot of new shows to do."

7    Q.  And moving ahead just a little bit there, do you see the

8    text message exchange a little further down that starts at

9    4:50 a.m. on that same day?

10   A.  Yes.

11   Q.  Can you read this exchange for us, please?

12   A.  Mr. Credico writes, "You put me into this situation, and so

13   now I have a lot of publicity.  I did anyway.  I got to go to

14   sleepy.  I have to get a press agent in the morning, and

15   there's too much."

16   Mr. Stone wrote, "I'll be watching.  Good luck.  You

17   sure were right about Assange having the goods on Hillary."

18   Mr. Credico responded with a link to an article from

19   ny1.com, which says, "Randy Credico discusses meetings with

20   Julian Assange House Intelligence Committee."

21   Mr. Stone responded, "Just don't mention my name."

22   Mr. Credico wrote, "Did you watch?"  And sent a link

23   to an interview that Mr. Credico had done.

24   And Mr. Stone responds, "You did well.  Louis

25   misspeaks when he says I said you were my source.  You could at

1    least say, I don't agree with Roger Stone on much, but we have

2    worked together on drug law reform."

3          Mr. Credico wrote, "I did what I could in ten

4    minutes.  Let's just hope that *The New Yorker* piece doesn't

5    come out."

6          Mr. Stone wrote, "There would be no chance of it if

7    you had spilled your guts to them."

8    Q.  And then moving to the next page.

9    A.  Mr. Stone wrote, "This whole thing will be worthless unless

10   you find a place to do your Frank Cannon 10 July imitation:

11   'Sure.  Sure.  Roger Stone this, Roger Stone that.'"

12   Q.  Okay.  I want to pause here for a second.

13         The line "Sure.  Sure.  Roger Stone this, Roger Stone

14   that," do you recognize that line?

15   A.  I do.

16   Q.  Where is that from?

17   A.  It's a reference to a line in *The Godfather II*.

18   Q.  What is the name -- and *The Godfather Part II* is a movie?

19   A.  Yes.

20   Q.  What is the name of the character who delivers that line in

21   the movie?

22   A.  Frank Pentangeli.

23   Q.  Now, do you see in this message where it says, "Frank

24   Cannon 10 July"?

25   A.  Yes.

```
 1    Q.  Is there a character in the Godfather called Frank Cannon

 2    10 July?

 3    A.  No.

 4    Q.  So does that appear to be kind of a transcription error in

 5    the message?

 6    A.  Yes.

 7    Q.  And, in fact, does Mr. Stone send Mr. Credico a message

 8    about 17 seconds later?

 9    A.  Yes.

10    Q.  And what was the message Mr. Stone sends 17 seconds later?

11    A.  "Frank Pantsgele [sic]."

12    Q.  Okay.  So, I just want to put this email in context.

13            First of all, is it on the timeline that's up on the

14    easel right now?

15    A.  It is.  It's the last box.

16    Q.  Now, how long has it been since Mr. Stone testified before

17    the committee?

18    A.  Two months.

19    Q.  And how long has it been since Mr. Stone sent the letter to

20    the committee identifying Mr. Credico?

21    A.  Six weeks.

22    Q.  And how long has it been since Mr. Credico emailed a copy

23    of the subpoena to Mr. Stone?

24    A.  This was the same day.

25    Q.  So, on the same day, Mr. Stone sends an email to
```

1    Mr. Credico referencing Frank Pentangeli.  Do I have that

2    right?

3    A.  A text message, yes.

4    Q.  Sorry.  Text message.

5         Now, is there a scene in the movie, *The Godfather*

6    *Part II*, where Mr. Pentangeli is called to testify before a

7    congressional committee?

8    A.  Yes.

9    Q.  What happens in that scene?

10   A.  Mr. Pentangeli shows up in the Senate hearing room with the

11   FBI.  And he goes to the witness table and he makes a joke.

12   And he looks over to the door of the hearing room and he sees

13   Michael Corleone coming in with Mr. Pentangeli's brother and

14   his demeanor changes somewhat.

15        When he's being questioned, Mr. Pentangeli is asked

16   about his affiliation with the Corleone crime family, and he

17   says he doesn't know anything about it.  He's pressed, and he

18   says, Oh, I was in the olive oil business with his father, but

19   it was a long time ago.

20        The senators explained to him that he is

21   contradicting the sworn statement that he's already provided.

22   And he says, Oh, the FBI guys, they promised me a deal.  So,

23   they said, Michael Corleone did this and Michael Corleone did

24   that.  And I said, Yeah.  Sure.  But, it was all lies.

25   Q.  And am I correct that you know all this because you've

1      actually seen the movie?

2      A.  I have.

3      Q.  And you've actually seen this scene in the movie?

4      A.  I have.

5      Q.  Seen it recently?

6      A.  Yes.

7      Q.  Now, after this text message exchange we just saw, did

8      Mr. Stone tell anyone about Mr. Credico pleading the Fifth?

9      A.  He did.

10            MR. KRAVIS:  I want to publish, please, for the jury

11     and the witness, Government's Exhibit 41, which appears at Tab

12     55 of the binder.

13     BY MR. KRAVIS:

14     Q.  What is Government's Exhibit 41?

15     A.  This is an email exchange between Mr. Stone and Mr. Corsi

16     dated November 30th, 2017.

17     Q.  And I think we saw a little bit yesterday, but just remind

18     us, who is Mr. Corsi?

19     A.  He is an associate of Mr. Stone's who had sent him emails

20     in August of 2016.

21     Q.  That August 2nd email we saw yesterday?

22     A.  Yes.

23     Q.  I want to direct your attention to the middle of the page,

24     the message that Mr. Stone writes on November 30th, 2017, at

25     2:15 a.m.  Do you see that?

1    A.  Yes.

2    Q.  And am I right, Mr. Stone writes, "Please write on this,"

3    and then sends a link?

4    A.  Yes.

5    Q.  What is that a link to?

6    A.  It's a link to an article on *CNN* that says, "Randy Credico

7    was named as Roger Stone's intermediary to WikiLeaks."

8    Q.  And moving up in the exchange, how does Mr. Corsi respond,

9    if at all?

10   A.  He responds, "Roger, Are you sure you want to make

11   something out of this now?  Why not wait to see what Credico

12   does?  You may be defending yourself too much, raising new

13   questions that will fuel new inquiries.  This may be a time to

14   say less, not more.  I'm available all day today, Thursday,

15   writing.  Call anytime.  Jerry."

16   Q.  And Mr. Stone's response?

17   A.  Mr. Stone responds, "Credico will take the Fifth.  But,

18   let's hold a day."

19   Q.  And how much time passed between the text message we were

20   just discussing, "This whole thing will be worthless unless you

21   find a place to do your Frank Cannon 10 July imitation," from

22   Mr. Stone to Mr. Credico, and this email, "Credico will take

23   the Fifth," from Mr. Stone to Mr. Corsi?

24   A.  Two days.

25             THE COURT:  Mr. Kravis, is this a good time to take

```
 1    our mid-morning break?

 2              MR. KRAVIS:  Yes.  Thank you, Your Honor.

 3              THE COURT:  All right.  I think we should do that.  I

 4    promised you these breaks.  And I remind you, if I don't

 5    announce one and you're ready for one before I do, please raise

 6    your hand or signal me in some way.

 7              We're going to take a break right now.  We'll resume

 8    at 11:15.

 9              Please do not discuss the case among yourselves or

10    with anyone else or do any research about the case during the

11    break.

12              I don't know where Mr. Haley just went, but he's

13    going to let you out.

14              (Jurors leave the courtroom.)

15              THE COURT:  All right.  Can I just have counsel at

16    the bench, briefly?  And then you'll all be excused.

17              And the witness can step down.

18              (Bench discussion:)

19              THE COURT:  The emails say what they say.  So,

20    there's been a fair amount of repetition reading.  But, she's,

21    essentially, just reading the emails.  But, I think the

22    question, That one doesn't say, Ha-ha, does it? is

23    argumentative and fairly objectionable.

24              And I think you should try -- you can put the

25    testimony in through this witness, but probably not your
```

 1    closing argument in through this witness.

 2              MR. KRAVIS:  I understand.

 3              THE COURT:  All right.  Thank you.

 4              MR. KRAVIS:  Thank you.

 5              (Recess.)

 6              THE COURTROOM DEPUTY:  Your Honor, recalling Criminal

 7    Case Number 19-18, *United States of America v. Roger Stone*.

 8              THE COURT:  All right.  May we bring the jury back

 9    in?

10              (No response.)

11              THE COURT:  All right.  Let's bring the jury back in.

12              (Jurors enter the courtroom.)

13              THE COURT:  All right.  You all can be seated.

14              All right.  Mr. Kravis, you can proceed.

15              MR. KRAVIS:  Thank you, Your Honor.

16    BY MR. KRAVIS:

17    Q.  Ms. Taylor, when we broke, I think I was asking you some

18    questions about Government's Exhibit 41, at Tab 55 of the

19    binder.

20    A.  Yes.

21    Q.  This November 30th email exchange, does this appear on the

22    timeline on the easel?

23    A.  Yes.  It's the first box right there, the red one

24    (indicating).

25    Q.  Now, a day or so after this email exchange, did Mr. Stone

1    and Mr. Credico exchange some more text messages?

2    A.  Yes.

3            MR. KRAVIS:  I would like to publish, please, for the

4    witness and the jury, Government's Exhibit 69, which is back at

5    Tab 54 of the binder.

6    BY MR. KRAVIS:

7    Q.  And, Ms. Taylor, I would like to direct your attention to

8    the second page of the exhibit, the exchange that begins about

9    four-fifths of the way down, December 1st, 2017, 3:01 a.m., "I

10   don't know why."  Do you see that?

11   A.  Yes.

12   Q.  Can you start there and read the exchange for us, please?

13   A.  Yes.  Mr. Credico writes, "I don't know why you had to lie

14   and say you had a back channel.  Now I had to give all of my

15   forensic evidence to the FBI today.  What a headache.  You

16   could have just told him the truth, that you didn't have a back

17   channel.  They now know that I was not in London until

18   September of this year.

19           "You had no back channel, and you could have just

20   told the truth.  Forensic experts agree you had no back

21   channel.  Why couldn't you have just told the truth?  You want

22   me to cover you for perjury now."

23           Mr. Stone --

24   Q.  And turning -- yes, please.  Turning to the top of the next

25   page, could you continue reading the exchange for us, please?

1    A.   Mr. Stone responds, "What the fuck is your problem?

2    Neither of us has done anything wrong or illegal.  You got the

3    best press of your life, and you can get away with asserting

4    for Fifth Amendment rights if you don't want to talk about.

5    And if you turned over anything to the FBI, you're a fool."

6         Mr. Credico wrote, "You open yourself up to six

7    counts of perjury.  But, I'm sure that wasn't sworn testimony,

8    so you're probably clear.  Counsel for the committee knows you

9    never had a back channel.  And if you had just told the truth,

10   wouldn't have put me in this bad spot.

11        "It was all bravado, I appreciate that, but you never

12   had a back channel.  Is the June 12th accusations that I told

13   you that they know are false?  You should go back in a minute

14   your testimony and tell them the truth -- and amend your

15   testimony and tell them the truth.  I'm sure you still have

16   time.  Counsel for the committee knows I was never a back

17   channel."

18        Mr. Stone responded, "I am getting you the best press

19   of your life.  Everything you have told me is true.  Everything

20   I have said is true."

21        Mr. Credico wrote, "But they know I was never a back

22   channel, especially on the June 12th B.  I was out of the

23   country throughout June."

24        Mr. Stone responded, "You need to stop lying."

25        Mr. Credico wrote, "And the Ecuadorian embassy

provided records that I did not visit Assange until September
6th of this year.  I wasn't there October 16, except to drop
off a letter outside the gate."

Mr. Stone wrote, "Source, intermediary, back channel.
By definition, I get to call it anything I want.  You speak to
me, you speak to Assange."

Mr. Credico wrote, "You need to amend your testimony
before I testify on the 15th."

Mr. Stone wrote, "If you testify, you're a fool.
Because of Trump, I could never get away with asserting my
Fifth Amendment rights, but you can.  I guarantee you, you are
the one who gets indicted for perjury if you're stupid enough
to testify."

Mr. Credico wrote, "Whatever you want to say.  I have
solid forensic evidence."

Mr. Stone wrote, "Get yourself a real lawyer instead
of some liberal wimp who doesn't know how to tell his guys to
fuck off.  Good night."

Mr. Credico wrote, "Just tell them the truth and
swallow your ego.  You never had a back channel, particularly
on June 12th."

Mr. Stone responded, "You got nothing."

Mr. Credico wrote, "Okay.  Good night, Roger.  I have
to meet with the ex in the morning, and not Maggie Haberman."

Mr. Stone wrote, "Have fun.  You will look like a

1    disloyal fuck, given the way I praised you all over the media

2    today.  Stop drinking and go to sleep."

3           Mr. Credico wrote, "At any rate, if you have

4    principles like Dalton Trumbo, you'll be willing to go to jail

5    if not.  And you're a maggot.  You'll" -- sorry.

6           "At any rate, if you have principles like

7    Dalton Trumbo, you'll be willing to go to jail.  If not, and

8    you're a maggot, you'll be willing to go to hell, like

9    Roy Cohn.  Hey, don't worry about it, Trump will give you a

10   part -- pardon."

11   Q.  And moving to the next page, can you continue reading for

12   us, please?

13   A.  Mr. Credico continued, "Back channel, my f****** ass."

14          Mr. Stone responded, "The lawyer you chose brought

15   this down on your head because he has a big mouth."

16          Mr. Credico wrote, "I'm going to bed."

17   Q.  And skipping ahead a little further there, can you continue

18   reading for us, please?

19   A.  Mr. Credico wrote, "And you probably got Haberman at *The*

20   *New York Times* fired for lying about trying to reach me.  The

21   editors know that she did not try to reach me."

22          Mr. Stone wrote, "Wrong.  Fuck your weak-ass *New York*

23   *Times* pal Al Baker.  You got shit.  You are broke and out of

24   work and your lawyers are morons.  Start practicing your

25   Pentangeli."

1    Q.  Now, just pausing there for a second.

2          The text message from Mr. Stone, "Start practicing

3    your Pentangeli," what is the date and time of that message?

4    A.  December 1st, 2017, 4 --

5    Q.  Is that message on the -- I'm sorry.  I interrupted you.

6          Can you finish?

7    A.  I was -- 4:47 a.m.

8    Q.  Does that text message appear on the timeline, Government's

9    Exhibit 200?

10   A.  Yes.  It's the first box right here, on the bottom

11   (indicating).

12   Q.  What are the next three -- well, four messages that

13   Mr. Stone sends to Mr. Credico after "Start practicing your

14   Pentangeli"?

15   A.  They are -- the first three are articles about Mr. Credico

16   getting a subpoena.  And the last one is an InfoWars page that

17   includes a statement by Mr. Stone about Mr. Credico.

18   Q.  And how much time passed between when Mr. Stone wrote the

19   text message "Start practicing your Pentangeli," and when

20   Mr. Stone sent the first of those links to the news articles?

21   A.  Forty-five minutes.  Less than an hour.

22   Q.  Did Mr. Stone send another message to Mr. Credico a few

23   days later?

24   A.  Yes.

25          MR. KRAVIS:  I would like to publish now, please, for

1    the jury and for the witness, Government's Exhibit 70, which

2    appears at Tab 56 of the binder.

3    BY MR. KRAVIS:

4    Q.  Ms. Taylor, what is Government's Exhibit 70?

5    A.  This is a Facebook message from Mr. Stone to Mr. Credico on

6    December 5th.

7    Q.  Of 2017?

8    A.  Of 2017.  Sorry.

9    Q.  What does Mr. Stone write to Mr. Credico on

10   December 5th, 2017?

11   A.  "Fifth Amendment."

12   Q.  And is this message on the timeline in front of you?

13   A.  Yes.  It's the second box on the bottom, right here

14   (indicating).

15   Q.  I would like to direct your attention to another text

16   message exchange from a few days later.  Back to Government's

17   Exhibit 69, Tab 54.  I'm going to direct your attention to the

18   7th page of the exhibit, the exchange that begins on

19   December 7th, 2017, at 11:16 p.m.

20          Can you read that for us, please?

21   A.  Yes.  Mr. Credico writes, "I'm afraid to look at the Morgan

22   stuff.  I have enough anxiety and tension."

23          Mr. Stone responded, "I don't see why.  They have no

24   right to question you about your conversations with

25   journalists.  You did three interviews with Assange.  You can

1    plead the Fifth and denounce the witch hunt.  It's a star turn

2    and you have no legal liability because nothing either of us

3    did was illegal or improper.

4              "You can piss all over Trump.  You need to parlay the

5    publicity of standing up to the deep state into a paying gig.

6    I would have plead the fifth if I thought I could get away with

7    it.  I want to talk about Morgan."

8    Q.  Moving further down, do you see the text message exchange

9    from the next day, December 8th, 2017, at 2:13 a.m.?

10   A.  Yes.

11   Q.  What is the link that Mr. Credico sends that starts "This

12   exchange?"

13   A.  Mr. Credico sends a link to an MSNBC article that says --

14   oh, I'm sorry.

15             It's a link.  Mr. Credico sends a link that says that

16   Credico is Mr. Stone's intermediary to WikiLeaks.

17   Q.  And how does Mr. Stone respond?

18   A.  He responds, "So what?  All legal.  Take the fifth.  Fuck

19   'em."

20   Q.  Can you read from there, please?

21   A.  Mr. Credico writes, "No idea what I did with Morgan.  It's

22   all on video.  No need to take Fifth on Spitzer stuff."

23             Mr. Stone responded, "Quit busting my balls, please.

24   I am confident you will do the right thing.  I have an idea

25   regarding Morgan."

1    Q.  And that exchange we just saw, does that appear on the

2    timeline in front of you?

3    A.  It does.  It's the second box on the top, right here

4    (indicating).

5    Q.  Now, how did Mr. Credico ultimately respond to the House

6    Intelligence Committee subpoena?

7    A.  He took the Fifth.

8              MR. KRAVIS:  I want to publish, please, for the jury

9    and the witness, Government's Exhibit 17, which appears at Tab

10   57 of the binder.

11   BY MR. KRAVIS:

12   Q.  I would like to direct your attention to the second page of

13   the exhibit.

14             What is the document that begins on the second page

15   of this exhibit?

16   A.  This is a letter dated December 12th, 2017, from

17   Mr. Credico's counsel to HPSCI.

18   Q.  Can you please read the first paragraph of this letter for

19   us?

20   A.  "Please be advised that in response to questioning at the

21   scheduled deposition, Mr. Credico will assert the protections

22   of the Fifth Amendment to the Constitution, and decline to

23   answer any questions beyond a personal pedigree."

24   Q.  Did Mr. Credico tell Mr. Stone what it was that he had

25   decided to do?

1    A.  He did.

2    Q.  I'd like to direct your attention --

3          MR. KRAVIS:  Publish for the jury and the witness,

4    please, Government's Exhibit 71, which appears at Tab 58 of the

5    binder.

6    BY MR. KRAVIS:

7    Q.  What was Government's Exhibit 71?

8    A.  This is an email from Mr. Credico to Mr. Stone, dated --

9    well, it's from Mr. Credico to Mr. Credico, where Mr. Stone is

10   blind copied.  And the subject is, "Wait for it.  Stand-up

11   comic takes the Fifth in Russiagate probe."

12   Q.  And the link that Mr. Credico sends to himself, blind

13   copying Mr. Stone, on December 15th, what is that a link to?

14   A.  It's a link to an article in *The Villager*, which is -- the

15   title of which is, "Wait for it.  Stand-up comic takes the

16   Fifth in Russiagate probe."

17   Q.  I would like to turn your attention now to a text message

18   exchange from about a week or so later.  I would like to go

19   back to Government's Exhibit 69, which appears on Tab 54 of the

20   binder.  This time, I would like to direct your attention to

21   page 8 of the exhibit, please.  And I would like to turn your

22   attention to the bottom of page 8, a text message exchange that

23   begins on December 24th, 2017, at 1:58 a.m.

24          Do you see that there?

25   A.  Yes.

1   Q.  Can you start reading that for us, please?

2   A.  Yes.  Mr. Credico writes, "I met Assange for first time

3   this year, September 7.  Docs prove that.  You should be honest

4   with FBI.  There was no back channel.  Be honest."

5   Q.  And turning to the next page, how does Mr. Stone respond to

6   Mr. Credico's text, "You should be honest with FBI"?

7   A.  "I'm not talking to the FBI, and if you're smart, you won't

8   either."

9   Q.  And does that text message appear on the timeline?

10  A.  It does.  It's right here at the top (indicating).

11  Q.  I would like to move ahead now a few weeks, and turn your

12  attention to Government's Exhibit 73.

13          MR. KRAVIS:  I would like to publish that for the

14  jury and the witness, please.

15  BY MR. KRAVIS:

16  Q.  This exhibit appears at Tab 60 of the binder.  Turn your

17  attention to the third page of the exhibit.

18          Do you see the exchange that begins on

19  January 8th, 2018, at 6:11 p.m.?

20  A.  Yes.

21  Q.  Can you read that for us, please?

22  A.  Mr. Credico wrote, "Embassy logs for access by Isakoff Cruz

23  I didn't mean to signs [sic] until September 6th, 2017."

24          Mr. Stone responded, "Meaningless."

25          Mr. Credico wrote, "It just proves that I did not.

1    Plus, 17 other pieces of information prove that I did not have

2    any conversation with Assange until September of last year.

3    Introduced to him August 25th -- I have the email -- 2016.

4    Certainly clears me.  *New Yorker* has a forensic evidence that

5    my first conversation with them was September 6, 2017.  I don't

6    want anyone to think that there was some kind of collusion."

7    Q.  And how does Mr. Stone respond to Mr. Credico's message "I

8    don't want anyone to think that there was some kind of

9    collusion"?

10   A.  "No one cares.  Why don't you focus on getting a new radio

11   show?"

12   Q.  And does this message -- does this exchange appear on the

13   timeline?

14   A.  Yes.  It's the last box on the bottom.

15   Q.  I would like to turn your attention now to another

16   exchange -- or, another set of text messages from a short time

17   later, Government's Exhibit 78, which appears at Tab 61 of the

18   binder.

19           If we could publish that, please, for the jury and

20   the witness.

21   BY MR. KRAVIS:

22   Q.  What is Government's Exhibit 78?

23   A.  Text messages between Mr. Credico and Mr. Stone.

24   Q.  Can you read for us, please, the exchange that begins on

25   January 25th, 2018, at 4:10 a.m., and carries over to the next

 1    page?

 2    A.  Mr. Credico wrote, "I got Mueller subpoena.  Did you?"

 3         Mr. Stone responded, "Waste of your time.  Tell him

 4    to go fuck himself."

 5         Mr. Credico wrote, "Who?"

 6         Mr. Stone wrote, "Mueller."

 7    Q.  Is that a text message exchange on the timeline?

 8    A.  Yes.  It's the last box on the top.

 9    Q.  Turning your attention to the next page of this same

10    exhibit, page 3 of the exhibit.

11         Do you see the text messages that begin on

12    January 25th, 2018, at 4:34 a.m.?

13    A.  Yes.

14    Q.  Can you read those for us, please?

15    A.  These are all from Mr. Credico.  And he writes, "You lied

16    to the House Intel Committee.  But you'll get off because

17    you're friends with Trump, so don't worry.  I have all the

18    forensic evidence.  I was not a bad [sic] channel, and I have

19    all those emails from September of 2016 to prove it.

20         "I can't figure out why you weren't honest with the

21    House Intel Committee by telling them that you had no back

22    channel.  Was pride that important?  Why didn't you tell them

23    the truth, instead of pretending that you had a back channel?

24    Now you put yourself in the crosshairs of criminal charges.

25    You could have just been honest and said you was exaggerating,

1    which was the truth."

2    Q.  Now, Ms. Taylor, in total, between the date of Mr. Stone's

3    October letter to the committee and the end of January 2018,

4    how many times did Mr. Stone tell Mr. Credico to plead the

5    Fifth Amendment?

6    A.  I just went over seven times.

7    Q.  And how many times did Mr. Stone reference Frank Pentangeli

8    in that time period?

9    A.  Twice.

10   Q.  And how many times in that time period did Mr. Stone tell

11   Mr. Credico not to speak to federal law enforcement?

12   A.  Three.

13   Q.  Now, Ms. Taylor, around this time, did the House Permanent

14   Select Committee on Intelligence issue a report on the results

15   of its investigation?

16   A.  They did.

17            MR. KRAVIS:  I would like to direct your attention,

18   publish for the jury and the witness, Government's Exhibit 6A,

19   which appears at Tab 62 of the binder.

20   BY MR. KRAVIS:

21   Q.  Ms. Taylor, what is Government's Exhibit 6A?

22   A.  This is HPSCI's report on Russian active measures, dated

23   March 22nd, 2018.

24   Q.  I would like to ask you some questions now about a few of

25   the things in the report.  First, can you turn to page 2 of the

1    exhibit, please.

2              What is the subject -- or, what is the part of the

3    report that's reflected on page 2 of the exhibit?

4    A.  This page says, "Referenced persons."

5    Q.  And can you read -- is Mr. Stone identified as a reference

6    person?

7    A.  Yes.

8    Q.  And can you read that for us, please?

9    A.  He's described as, "Former advisor of Donald Trump's 2016

10   presidential campaign."

11   Q.  By the way, Ms. Taylor, you've reviewed the House Committee

12   report?

13   A.  Yes.

14   Q.  Is Jerome Corsi identified as a referenced person?

15   A.  No.

16   Q.  Does the report anywhere describe the scope of the

17   committee's investigation?

18   A.  Yes.

19   Q.  Can you turn to page 3 of the exhibit, please.

20              Do you see the part that begins under the preface

21   "Now, more than a year after the election"?

22   A.  Yes.

23   Q.  Okay.  Can you --

24   A.  I'm sorry.

25   Q.  That's okay.

1          Can you read this page and then the top of the next

2     page for us, please?

3     A.   Sure.  "Now, more than a year after the elections, the

4     American people rightfully want to know what the Russians did;

5     how they did it; with whose support, if anyone's; and what can

6     be done to counter any election tampering by foreign

7     adversaries in the future.

8          "With this charge, the House Permanent Select

9     Committee on Intelligence, the committee, initiated an

10    investigation in January 2017 with the mandate to examine:

11         1, what Russian cyber activity and other active

12    measures, covert influence activities run by the Russian

13    intelligence services, were directed against the United States

14    and its Allies;

15         "2, whether the Russian active measures include links

16    between Russia and individuals associated with the presidential

17    campaigns;

18         "3, what was the U.S. government response to these

19    Russian active measures, and what do we need to do to protect

20    ourselves and our Allies in the future;"

21         And, "4, what possible links of classified -- leaks

22    of classified information took place related to the

23    Intelligence Community's assessment of these matters?

24         "Our goal was to provide, to the greatest extent

25    practicable, at full accounting of what happened, how it

1    happened, and recommendations for protecting our democratic

2    processes and institutions in the future.

3            "From the investigation's inception, we were

4    determined to follow the facts, wherever they might lead,

5    within the agreed-upon scope, and refer any criminality, if

6    found, to the appropriate authorities.

7            "During the investigation, we identified numerous

8    shortcomings, including counterintelligence concerns,

9    classified leaks, puzzling legal processes, and inappropriate

10   or questionable behavior.  All of these are enumerated in this

11   report through findings, recommendations, and conclusions.

12           "We reviewed every piece of relevant information

13   provided to us, and interviewed every witness we assessed would

14   substantively contribute to the agreed-upon bipartisan scope of

15   the investigation.

16           "We acknowledge that investigations by other

17   committees, the Special Counsel, the media, or interest groups

18   will continue, and may find facts that were not readily

19   accessible to the committee or outside the scope of our

20   investigation.  We will ensure any new discoveries are

21   considered in the due course of the committee's continuing

22   oversight responsibilities."

23   Q.  And then turning to the next page, page 4 of the exhibit,

24   could you read the paragraph there that concludes this preface

25   section?

1   A.   "Nevertheless, the committee remains concerned that Russia

2   will continue to undermine Western democracies by stoking

3   social strife, political unrest, and division.  As a country,

4   it is time for us to reflect, understand what happened, fix the

5   discovered problems, and unify around the common purpose of

6   countering any future influence campaigns by Russia or any

7   other nation."

8   Q.   Now, Ms. Taylor, in the portion of the preface, the report

9   that you read a moment ago, do you remember reading four

10  questions or topics that were identified there?

11  A.   Yes.

12  Q.   Is there a portion of the report that describes in a little

13  more detail what the committee was looking at with respect to

14  this second question, the -- about the Russian active measures?

15  A.   Yes.

16  Q.   I want to direct your attention now to page 5 of the

17  exhibit.

18          Can you read for us, please, the heading at the top

19  of this page, and then the key question written underneath it?

20  A.   "Chapter 4.  Campaign links to Russia."

21          "Key Question Number 2:  Did the Russian active

22  measures include links between Russia and individuals

23  associated with political campaigns or any other U.S. persons?"

24  Q.   Now, I would like to direct your attention to the section

25  under the heading "Trump campaign," in the second column there.

1    Do you see that?

2    A.  Yes.

3    Q.  Can you read for us there, please, starting under that

4    heading, to the bottom of the page?

5    A.  "Trump Campaign.  The committee cast a wide net, generally

6    asking each witness -- generally asking each witnesses whether

7    they had evidence of any collusion, coordination, or conspiracy

8    between Russia and candidate Trump or any of his associates.

9         "The committee also investigated potential Trump

10   campaign links with Russia, focussing on credible allegations

11   within the scope of the agreed-upon parameters.  Matters

12   investigated by the committee include allegations pertaining

13   to:  Involvement in or knowledge about the publication of

14   stolen emails" --

15   Q.  I'm going to stop you there for now, and direct your

16   attention to where this subject picks up on the next page, page

17   6 of the exhibit.

18        Do you see the heading "WikiLeaks Releases Clinton

19   Emails"?

20   A.  Yes.

21   Q.  Can you please read from the bottom of that page and on to

22   the top of the next page?

23   A.  "Similarly, candidate Trump stated at a rally on

24   October 10th, 2016, three days after the release of Podesta's

25   emails began and the IC publicly tied WikiLeaks' dissemination

1    to Russia's senior-most officials, that, 'I love WikiLeaks.'"

2    Q.  And just to stop you there for a second.

3            Do you see the acronym "IC" in there?

4    A.  Yes.

5    Q.  What does "IC" stand for in this context?

6    A.  Intelligence Community.

7    Q.  Can you keep reading from there, please?

8    A.  "Trump had earlier encouraged the Russians to find the

9    30,000 emails that are missing from Hilary Clinton's private

10   server.  These emails, which were the frequent subject of

11   campaign talking points, should not be conflated with the DNC

12   emails.  The committee did not receive evidence that the emails

13   from Clinton's private server were stolen by the Russians or

14   anyone else.

15           "Particularly, in light of candidate Trump's

16   expressed enthusiasm for WikiLeaks, the committee examined the

17   relationship between his associates and the stolen emails."

18   Q.  Now, Ms. Taylor, was there another part of this report that

19   summarized the information provided to the committee by

20   Mr. Stone?

21   A.  Yes.

22   Q.  I'm going to direct your attention to page 8 of the

23   exhibit.

24           Can you read for us, please, what appears on pages 8

25   and 9?

1    A.   Yes.   "Roger Stone.   Roger Stone has had a series of

2    business relationships with Donald Trump dating back to at

3    least 1981, and served as a paid campaign advisor for several

4    months in 2015.   During testimony to the committee, Stone

5    addressed three public statements suggesting he might have

6    important information about, and potentially advance knowledge

7    of, disclosures during the 2016 campaign.

8              "Number 1, an August 2016 Twitter message regarding

9    Clinton campaign chairman John Podesta;

10             "Number 2, an August 2016 public speech about

11   purported contacts with Julian Assange;

12             "And, Number 3, the March 2017 acknowledgment of

13   preelection direct communications with Guccifer 2.0."

14   Q.   Now I'm going to stop you there.   And sort of skip the next

15   paragraph and move to the following -- the paragraph following

16   the one in the second column, that begins, "Stone also

17   addressed."

18   A.   Um-hum.   "Stone also" --

19   Q.   Hold on.   Just give us -- sorry.

20             Okay.   Go ahead.

21   A.   Okay.   Sorry.

22   Q.   Nope.   You're good.

23   A.   "Stone also addressed his August 2016 public statement

24   that, 'I've actually communicated with Julian Assange.   I

25   believe the next tranche of his documents pertain to the

1    Clinton foundation, but there's no telling what the October

2    surprise may be.'

3             "In his testimony to the committee, Stone sought to

4    clarify that by saying, 'The communication I refer to is

5    through a journalist, who I asked to confirm what Assange has

6    Tweeted, himself, on July 21st, that he has the Clinton emails,

7    and that he will publish them.'

8             "He subsequently identified the intermediary, but

9    denied any access to nonpublic information.  Stone further

10   disputed, under oath, that he had advance knowledge of the

11   source or actual content of the WikiLeaks disclosures."

12   Q.  And I'll stop you there and direct your attention to the

13   next page of the exhibit, the paragraph that begins, "Despite

14   these multiple contacts."

15            Can you read that for us, please?

16   A.  "Despite these multiple contacts, the committee did not

17   find any evidence contradicting Stone's claim that any

18   information disseminated via social media regarding the timing

19   of the release of the DNC data or others was from publicly

20   available sources.  And, he in no way conspired, colluded, or

21   coordinated with any agent of the Russian state."

22   Q.  Does the House Committee report anywhere mention the August

23   2nd, 2016, email from Jerome Corsi to Roger Stone that we

24   looked at yesterday?

25   A.  No, it does not.

1  Q.  Does the report reference the effect on the investigation

2  of witnesses invoking the Fifth Amendment?

3  A.  Yes.

4  Q.  Direct your attention to page 11 of the exhibit, please.

5      And the -- in the right-hand column, can you read for

6  us the last sentence of that first paragraph, the one that

7  begins, "Six of the witnesses"?

8  A.  "Six of the witnesses the committee requested to interview

9  invoked their Fifth Amendment protections from

10 self-incrimination, which resulted in the committee not being

11 able to obtain pertinent information from those particular

12 individuals."

13 Q.  And finally, Ms. Taylor, is there an appendix to the report

14 that describes the parameters, or scope, of the investigation?

15 A.  Yes.

16 Q.  Just directing your attention to page 13 of the exhibit.

17     Is that the appendix that describes the scope of the

18 investigation?

19 A.  Yes.

20 Q.  Okay.  Now, Ms. Taylor, I want to move forward and ask you,

21 finally, some questions about the spring of 2018.

22     Have you, in the course of your work, examined emails

23 between Mr. Credico and Mr. Stone from the spring of 2018?

24 A.  Yes.

25 Q.  And, Ms. Taylor, would it be fair to say that there are

1    some emails in there in which Mr. Credico calls Mr. Stone some

2    not very nice things?

3    A.  That is fair to say.

4    Q.  I want to show you an example.  Turn your attention --

5            MR. KRAVIS:  I would like to publish, please, for the

6    members of the jury and the witness, Government's Exhibit 132,

7    which appears at Tab 63 of the binder.

8    BY MR. KRAVIS:

9    Q.  Ms. Taylor, what is Government's Exhibit 132?

10   A.  This is an email from Mr. Credico to a list of people where

11   Mr. Stone is blind copied.  And it's dated May 24th, 2018.  And

12   the subject is, "Stone perjury."

13   Q.  And does Mr. Credico say something not very nice about

14   Mr. Stone in the email?

15   A.  He does.

16   Q.  What does he say?

17   A.  He writes, "Tomorrow, 6:00 p.m., MSNBC, racist, drug addict

18   Roger Stone time in barrel on Melber.  Explosive."

19   Q.  Fair to say there are some other emails from this time that

20   are similar?

21   A.  Yes.

22   Q.  Are there also some emails from this time where Mr. Credico

23   told -- Mr. Credico wrote that he believed Mr. Stone did not

24   lie to the committee?

25   A.  Yes.

1     Q.  I want to direct your attention --

2               MR. KRAVIS:  Publish for the jury and the witness,

3     please, Government's Exhibit 88, which appears at Tab 64 of the

4     binder.

5     BY MR. KRAVIS:

6     Q.  What is Government's Exhibit 88?

7     A.  An email from Mr. Credico to himself, in which Mr. Stone is

8     blind copied, dated March 14th, 2018.  The subject is, "Stone

9     did not perjure himself."

10    Q.  What does Mr. Credico write to himself, blind coping

11    Mr. Stone?

12    A.  "Next week I will be on Erin Burnett show, and I will tell

13    the full, unvarnished truth about Rajasthan, me, and

14    Julian Assange."

15    Q.  Does "Rajasthan" there appear to be a transcription error?

16    A.  Yes.

17    Q.  Perhaps for Roger Stone?

18    A.  Yes.

19    Q.  I would like to move on and ask you about some other emails

20    from this time period.

21              MR. KRAVIS:  I would like to publish, please, for the

22    jury and the witness, Government's Exhibit 81, which appears at

23    Tab 65 of the binder.

24    BY MR. KRAVIS:

25    Q.  Ms. Taylor, what is Government's Exhibit 81?

1    A.  An email exchange between Mr. Stone and Mr. Credico dated

2    March 9th, 2018.

3    Q.  And starting at the bottom of the email exchange, what does

4    Mr. Credico write to Mr. Stone at 9:07 p.m.?

5    A.  Mr. Credico wrote, "You are hitting below the belt."

6            And then attached a link to an article on

7    stonecoldtruth.com.

8    Q.  And what is stonecoldtruth.com?

9    A.  It is a website run by Mr. Stone.

10    Q.  How does Mr. Stone -- I'm going to ask you about that link

11    in a minute.

12            But, first, how does Mr. Stone respond to the email?

13    A.  "The hell I am.  You should just tell the truth.  Isikoff

14    thinks Assange is a Russian agent.  Why would you help him?  I

15    will sue the fuck out of him if one word of his incorrect."

16    Q.  And directing your attention to the second page of the

17    exhibit.

18            Is this the article that Mr. Credico linked to in

19    that underlying email?

20    A.  Yes, it is.

21    Q.  I just want to ask you questions about a couple of things

22    in this article.  I would like to direct your attention, first,

23    to page 4 of the article, which is page 5 of the exhibit.

24            Directing your attention to the bottom of the page,

25    do you see the paragraph that begins, "It was Randy Credico"?

1    A.  Yes.

2    Q.  Can you read for us, please, that paragraph, starting at

3    the bottom of 5 and moving to the top of 6?

4    A.  "It was Randy Credico who first brought to my attention, in

5    mid-July 2016, the public claim of WikiLeaks' publisher,

6    Julian Assange, that he had significant material on the

7    democrats and Hilary Clinton, and would publish those

8    documents.  Up until this time, I had not been paying much

9    attention to WikiLeaks and was not following the WikiLeaks or

10   Assange feeds on Twitter."

11   Q.  In your -- and just so we're clear, the linked document

12   here, is this an article that was written by the defendant?

13   A.  Yes.  It says on the first page that it is posted by

14   Roger Stone.

15   Q.  Now, in your review of the emails and text messages

16   gathered in the investigation between Mr. Credico and

17   Mr. Stone, did you find any text or email between Mr. Credico

18   and Mr. Stone discussing Assange in July of 2016?

19   A.  I did not.

20   Q.  Turning your attention to page 6 of the exhibit, which is

21   page 5 of the article.

22           Do you see the last paragraph on the page that

23   begins, "It is important to note that"?

24   A.  Yes.

25   Q.  Can you read that paragraph for us, going from the bottom

1    of page 6 to the top of 7?

2    A.  "It is important to note that Credico never said from whom

3    he gained this confirmation or the source or the content of

4    whatever was coming.  He told me it would be released October

5    1st.  I consider him a confirming source and little else,

6    despite my hype of calling him a back channel."

7    Q.  And turning your attention to page 9 of the article, which

8    is page 10 of the exhibit.

9    A.  Um-hum.

10   Q.  Do you see the -- I'm sorry.  I apologize.  Yeah, I have it

11   right.

12        Where it says -- the paragraph that begins, "When the

13   House Committee on Intelligence," can you read that paragraph

14   and the next paragraph for us, please?

15   A.  Yes.  "When the House Select Committee on Intelligence

16   sought to question Credico regarding what he considered to be

17   perfectly legal activity, well within his scope of operating as

18   a journalist, the veteran comic asserted his Fifth Amendment

19   rights.  I, on the other hand, testified for four and a half

20   hours, under oath, explaining my comments.

21        "Sadly, Credico, having dodged under-oath testimony

22   in front of the Congress, is now having amnesia regarding what

23   really transpired.  Perhaps the out-of-work comedian is

24   embarrassed that he was talking out of school prior to his

25   landing Assange as a big-get on his radio show."

1  Q.  I want to direct your attention now to another email

2  exchange from the next day.

3         MR. KRAVIS:  Can we publish for the jury and the

4  witness, please, Government's Exhibit 82, which appears at Tab

5  66 of the binder.

6  BY MR. KRAVIS:

7  Q.  Ms. Taylor, what is Government's Exhibit 82?

8  A.  This is an email from Mr. Stone to Mr. Credico.  It's dated

9  March 10th, 2018.  It's a forwarded email.

10  Q.  Now, I want to turn your attention to the forwarded email.

11  First, the one that begins on the bottom of the page, the

12  September 18th, 2016, 10:38 p.m. email from Roger Stone.  Do

13  you see that?

14  A.  Yes.

15  Q.  Do you recognize that email -- this forwarded email?

16  A.  Yes.

17  Q.  What is this?

18  A.  This is the email where Mr. Stone asked Mr. Credico to ask

19  Assange for particular emails about Libya and Dr. Paul.

20  Q.  This is one of the emails we reviewed yesterday, right?

21  A.  Yes.

22  Q.  And directing your attention to page 3 of the exhibit, the

23  bold sentence.  Can you read that for us, please?

24  A.  "Please ask Assange for any state or HRC email from August

25  10 to August 30, particularly on August 20, 2011, that mention

1    Dr. R.K. Paul or confirm this narrative."

2    Q.  And this was a request we saw in one of the emails we

3    looked at yesterday, right?

4    A.  Yes.

5    Q.  Okay.  So, turning your attention back to the first page of

6    the exhibit.

7          What does Mr. Stone do -- what, if anything, does

8    Mr. Stone do with this email exchange from September 2016 in

9    this exhibit, Government's Exhibit 82?

10   A.  Mr. Stone responds to one of the emails from 2016 and

11   writes --

12         MR. KRAVIS:  No.  No.  No.  I'm sorry can we go to

13   the top, please, the header, and then the first -- that's it.

14   Yes.  Thank you.

15   A.  So, Mr. Stone is responding to the old email, and writes to

16   Mr. Credico, "If you go on with Chris Hayes, be sure to mention

17   this."

18   Q.  And what is the date on which Mr. Stone is forwarding this

19   email exchange back to Mr. Credico?

20   A.  March 10th, 2018.

21         MR. KRAVIS:  I want to publish now, for the jury and

22   the witness, please, Government's Exhibit 91, which appears at

23   Tab 67 of the binder.

24   BY MR. KRAVIS:

25   Q.  Ms. Taylor, what is Government's Exhibit 91?

1    A.   This is an email exchange between Mr. Credico and Mr. Stone

2    dated March 18th, 2018.

3    Q.   I want to direct your attention, starting at the beginning

4    of the exchange on the third page of the exhibit, what does

5    Mr. Credico write to Mr. Stone on March 18, 2018, at 7:13 a.m.?

6    A.   Mr. Credico wrote to Mr. Stone, "I'm still in their

7    crosshairs."

8         And he attaches a link to the HPSCI's Minority Views,

9    which is an investigative status update.

10   Q.   Turning to page 4 of the exhibit.

11        Is this the start of the document that Mr. Credico

12   linked to in that last email we just saw?

13   A.   Yes, it is.

14   Q.   What is the title of the document?

15   A.   "House Permanent Select Committee on Intelligence Minority

16   Provides Investigative Status Update."

17   Q.   What is the date?

18   A.   The date of this is March 17th, 2018.

19   Q.   Is Mr. Credico, himself, referenced anywhere in this

20   document?

21   A.   He is.

22   Q.   I'm going to direct your attention to page 19 of the

23   exhibit, which is page 16 of the underlying document.

24        Do you see a paragraph there that begins, "Randolph,

25   Randy, Credico"?

1    A.  Yes.

2    Q.  Can you read that for us, please?

3    A.  "Randolph, Randy, Credico."

4           "Mr. Credico, who Roger Stone identified publicly as

5    his intermediary with Julian Assange and WikiLeaks, informed

6    the committee on November 20th, 2017, via his attorney, that he

7    declined to participate in a voluntary, transcribed interview.

8           "On December 12th, 2017, pursuant to a late November

9    2017 committee subpoena, Mr. Credico's attorney informed the

10   committee that Mr. Credico would assert his Fifth Amendment

11   rights and decline to answer any questions.

12          "The committee should explore with Special Counsel

13   whether he has any prosecutorial equities that would preclude

14   providing immunity and requiring Mr. Credico to answer our

15   questions."

16   Q.  So, turning your attention back to the email exchange that

17   starts on the third page of the exhibit.

18          Is this the document that Mr. Credico sends the link

19   to when he writes, "I'm still in their crosshairs"?

20   A.  Yes.

21   Q.  And turning your attention to page 2.

22          Can you read the -- Mr. Stone's response on

23   March 18, 2018, at 9:47 a.m.?

24   A.  Mr. Stone responded, "Sorry I went missing.  Had to go to

25   Florida for my grandson's birthday.  I am back in New York.

1            "The minority has no authority.  Only the full

2     committee can send a full referral.  The full committee has

3     issued their final report, and they are done.  The Senate

4     Intelligence Committee has now asked for documents.  They did

5     not name you in their document request.

6            "I am back in NYC.  I have to speak to a Lincoln Day

7     dinner in Queens tonight.  Let's shoot for lunch on Monday.  I

8     think you scared the shit out of Morgan."

9     Q.  And moving up, how does Mr. Credico responds?

10    A.  Mr. Credico writes, "I'm doing Erin Burnett and Ari Melber

11    this week, Tuesday and Wednesday.  Tomorrow I got dentist and

12    doctor appointments.  Why do you think I scared Morgan?"

13    Q.  By the way, I think you may have mentioned this before, but

14    who is Morgan?

15    A.  Morgan Pehme.

16    Q.  Do you see the reference there to Erin Burnett and

17    Ari Melber?

18    A.  Yes.

19    Q.  Who are they?

20    A.  They are journalists.

21    Q.  And moving up to Mr. Stone's response to that email.  Can

22    you read the response for us, please?

23    A.  Mr. Stone responded, "Because you know the truth.  He was

24    the one who wanted me to try to meet with JA, which I never

25    did.  JA said and told CNN, in June, he had the goods on

1  Hillary.  We certainly talked about it, and you said it was

2  true.  I admitted that back channel was a over-dramatization.

3  I am a showman.  There really is no discrepancy between our

4  accounts.

5          "Thanks to that asshole Nunberg, Mueller will be up

6  my ass, and I will have to correct a lot of misimpressions

7  created by the media.  My legal bills have hit a half million.

8  You have to get a radio show out of this.  We have other things

9  to talk about.  R."

10  Q.  The response?

11  A.  "Did you see the video of Assange mid-June?  By the way,

12  Morgan is a fucking liar."

13  Q.  And just moving further up, last one from this exchange,

14  Mr. Stone's email at 10:30 a.m.

15  A.  Mr. Stone wrote, "Yes.  That's why you scared him.  Sure, I

16  know Roger Stone.  He was in the olive oil business with my

17  father, but that was a long, long time ago.  So I told them

18  Roger Stone this, Roger Stone that.  You should do Pentangeli

19  on Erin Burnett."

20  Q.  The line that begins the quote, "Sure, I know Roger Stone.

21  He was in the olive oil business with my father, but that was a

22  long time ago," do you recognize that line?

23  A.  Yes.

24  Q.  Where is that from?

25  A.  That is from the scene in the moving *The Godfather II* that

1    I discussed earlier, where Mr. Pentangeli declines to

2    participate in the interview.

3    Q.  I want to turn your attention now to another email,

4    Government's Exhibit 45.

5           MR. KRAVIS:  If I could publish that, please, for the

6    jury and the witness.  This appears at Tab 68 of the binder.

7    BY MR. KRAVIS:

8    Q.  Ms. Taylor, what is Government's Exhibit 45?

9    A.  This is an email from Mr. Stone's counsel to Mr. Stone and

10   copying Mr. Corsi.

11   Q.  And what is the date of this email?

12   A.  April 3rd, 2018.

13   Q.  So, just to orient us here, how long has it been since

14   Mr. Stone testified before the committee?

15   A.  Seven months, six-and-a-half.

16   Q.  And can you read the email for us, please?

17   A.  "Gents, at Roger's request, I attach the only two emails on

18   the subject between the two of you.  Grant."

19   Q.  And are there attachments to the email?

20   A.  Yes.

21   Q.  Turning your attention to page 2 of the exhibit.

22           What is the first attachment?

23   A.  The first attachment is the email from Mr. Stone to

24   Mr. Corsi dated July 25th, 2016, where Mr. Stone writes, "Get

25   to Assange."

1    Q.  This is one of the emails that we looked at yesterday?

2    A.  Yes.

3    Q.  And turning your attention to the third page of the

4    exhibit.

5            What is the second attachment?

6    A.  This is the email from Mr. Stone to Mr. Corsi dated

7    July 31st, 2016, where Mr. Stone writes, "Malloch should see

8    Assange."

9    Q.  Is this another one of the emails that we went over

10   yesterday afternoon?

11   A.  It is.

12   Q.  Now, I would like to direct your attention to another email

13   from later on the same day of that underlying email.  Directing

14   your -- or, excuse me -- the next day, day after

15   April 3rd, 2018.

16           I want to direct your attention to Government's

17   Exhibit 99, which appears at Tab 69 of the binder.

18           MR. KRAVIS:  If I could publish that, please, for the

19   witness and the jury.

20   BY MR. KRAVIS:

21   Q.  What is Government's Exhibit 99?

22   A.  This is an email between Mr. Credico and Mr. Stone dated

23   April 4th, 2018.

24   Q.  So, how much time passed between the email we just saw

25   where Mr. Stone and Mr. Corsi are forwarded those emails from

1    2016, and this email exchange in Government's Exhibit 99?

2    A.  It's the next day.

3    Q.  And starting at the bottom, what does Mr. Credico write at

4    5:38 p.m.?

5    A.  Mr. Credico writes, "Just tell the truth, Assange had no

6    contact.  You had no intermediary.  You made it up for self-

7    promotion.  Take it like a man.  Great hoax."

8    Q.  And how does Mr. Stone respond?

9    A.  "Everything I know about the WikiLeaks disclosures I heard

10   from you and can prove it.  You lose."

11   Q.  I want to direct your attention now to Government's Exhibit

12   100, which appears at Tab 70 of the binder.

13            What is Government's Exhibit 100?

14   A.  This is an email exchange between Mr. Credico and Mr. Stone

15   dated April 6th, 2018.

16   Q.  So it's just a few days after the one we just saw?

17   A.  Two days later, yes.

18   Q.  And from the bottom, can you read this exchange for us,

19   please?

20   A.  Mr. Credico wrote to Mr. Stone, "Your 205 emails in [sic]

21   98 text messages prove you had Novak [sic] channel.  So just be

22   honest and say you did it for the attention.  All of those

23   threats do not work in your favor.  Trust me.  Check out those

24   emails and text messages."

25            And Mr. Stone responded, "Everyone knows you're

1    wearing a wire for the FBI.  Nice try."

2    Q.  Turning your attention to Government's Exhibit 103 from Tab

3    71 of the binder.

4             What is Government's Exhibit 103?

5    A.  This is an email exchange between Mr. Credico and Mr. Stone

6    dated April 7th, 2018.

7    Q.  So this is, like, one day after the one we just saw?

8    A.  Yes.

9    Q.  And starting at the bottom of the page, can you read what

10   Mr. Credico writes, and up from there?

11   A.  Mr. Credico wrote, "You had nothing to do on any level with

12   Assange as much as you threw Hail Marys to Guccifer and

13   WikiLeaks, and you know it.  You did it all for attention.  And

14   my 200 emails and screenshots of my text messages with you will

15   prove it.  So you are not involved on any level, except for

16   lying to the House Intel Committee.  You should have just told

17   the truth and said that you're making it up, instead of looking

18   for attention."

19   Q.  And how does Mr. Stone respond to Mr. Credico's email, "You

20   should have just told the truth and said that you're making it

21   up, instead of looking for attention"?

22   A.  He wrote, "Why does your breath smell of Ari Melber's

23   cock?"

24   Q.  I want to turn your attention now to Government's Exhibit

25   112, which appears at Tab 72 of the binder.

1          And I write -- what is Government's Exhibit 112?

2     A.  This is an email exchange between Mr. Credico and Mr. Stone

3     dated April 9th, 2018.

4     Q.  And how much time passed between the last email exchange we

5     just saw and this one?

6     A.  This was two days later.

7     Q.  And starting at the bottom of -- starting at the bottom of

8     the first page, can you read what Mr. Credico writes at

9     7:02 p.m., and read up from there?

10    A.  Mr. Credico wrote, "I know of your drug addiction.  You can

11    threaten me until hell freezes over.  You lied.  You ratted on

12    someone that was not your made-up back channel.  You invented

13    yourself into the story.  You played no role in 2016.  All will

14    come out."

15    Q.  Can you read up from there, please?

16    A.  Mr. Stone responded, "When I wipe my ass, what's on the

17    toilet paper is worth more than you are.  You are an alcoholic,

18    drug-addicted, out-of-work piece of shit.  This Google video

19    destroys you."

20    Q.  Up from there?

21    A.  Mr. Credico responded, "Your threats are a violation of

22    state and federal law."

23    Q.  And the last one.  Can you read what Mr. Stone writes at

24    9:21 p.m.?

25    A.  Mr. Stone wrote, "I know you are a dumb shit, but read the

1    Constitution.  I have a constitutional right to call you a

2    lightweight, pantywaist, cocksucker, drunk asshole piece of

3    shit, and I just did.  You are a rat, a stoolie.  You backstab

4    your friends, run your mouth.  My lawyers are dying rip [sic]

5    you to shreds.

6         "I'm going to take that dog away from you.  Not a

7    fucking thing you can do about it either, because you are a

8    weak, broke, piece of shit.  I will prove to the world you are

9    a liar."

10   Q.  I'd like to direct your attention now to Government's

11   Exhibit 114.

12        MR. KRAVIS:  Publish that, please, for the jury and

13   the witness.  It appears at Tab 73 of the binder.

14   BY MR. KRAVIS:

15   Q.  What is Government's Exhibit 114?

16   A.  This is an email exchange dated April 9th, 2018.  It's some

17   of the same content of the previous email with a different

18   response.

19   Q.  And so am I right that the April 9th, 7:02 p.m.

20   Randy Credico email is the one we were just looking at a moment

21   ago?

22   A.  Yes.

23   Q.  And how does Mr. Stone respond in this exhibit?

24   A.  He writes, "I am so ready.  Let's get it on.  Prepare to

25   die, cocksucker."

1    Q.  Directing your attention now to Government's Exhibit 118.

2            MR. KRAVIS:  Publish that, please, for the jury and

3    the witness.  Tab 74 of the binder.

4    BY MR. KRAVIS:

5    Q.  What is Government's Exhibit 118?

6    A.  This is an email from Mr. Credico to Mr. Stone dated

7    May 7th, 2018.

8    Q.  Can you read this email for us, please?

9    A.  The subject of the email is, "Hilarious."

10           And Mr. Credico writes, "You've parlayed this

11   illusion that you had something to do with WikiLeaks in 2016.

12   Don't worry about getting in trouble, because I can prove you

13   had no links to WikiLeaks or to Assange or any conversations

14   with him.  So, you're in the clear, man.  You had no

15   conversations.  You had no links.  You had no back channel.

16           "So, anybody ask me, I'll vouch for you.  You were

17   nowhere near it, but you got a lot of publicity out of it.  I'm

18   your confirming source that you had no confirming source or

19   anything to do with WikiLeaks, because they didn't want to have

20   anything to do with you."

21   Q.  Turning your attention now to Government's Exhibit 119.

22           MR. KRAVIS:  If I could publish that, please, for the

23   jury and the witness.  This is at Tab 75 of the binder.

24   BY MR. KRAVIS:

25   Q.  What is Government's Exhibit 119?

1    A.  An email exchange between Mr. Credico and Mr. Stone dated

2    May 11th, 2018.

3    Q.  How much time has it been since the last one?

4    A.  Four days.

5    Q.  Reading from the bottom, can you read this exchange for us,

6    please?

7            What is the subject of the email?

8    A.  The subject of the email is, "You screwed up."

9    Q.  And what does Mr. Credico write.

10   A.  Mr. Credico writes, "After your vile diatribe against me, I

11   went back with a writer and forensic experts, and there's never

12   been any conversation by phone or by email or by text that I

13   ever confirmed those June 12th Tweets by WikiLeaks or a [sic]

14   Assange.  That's perjury."

15           And Mr. Stone responded, "Nice try."

16           And Mr. Credico wrote, "It will be your time in the

17   barrel soon, champ.  We shall see."

18   Q.  Directing your attention to Government's Exhibit 121.

19           MR. KRAVIS:  If I could publish that, please, for the

20   jury and the witness.  It's at Tab 76 of the binder.

21   BY MR. KRAVIS:

22   Q.  What's Government's Exhibit 121?

23   A.  This is an email exchange between Mr. Credico and Mr. Stone

24   dated May 20th, 2018.

25   Q.  How much time since the last email exchange we saw?

1    A.   Nine days.

2    Q.   Starting at the bottom, can you -- what is the subject of

3    this exchange?

4    A.   "Meet the Press statement."

5    Q.   Starting at the bottom, can you read up for us, please?

6    A.   Mr. Credico writes, "People are calling me up, asking me

7    who are you referring to in this statement:  'I did have a

8    source who told me that Assange really had what he said he had,

9    and it would be delivered in October.'"

10            Mr. Stone responded, "That would be you.  Tired of

11   this."

12            And Mr. Credico responded, "Well, now I can see why

13   Adam Schiff says that your public statements and your testimony

14   contradict each other.

15   Q.   Last email.  If I could direct your attention to

16   Government's Exhibit 125, from page -- or Tab 77 of the binder.

17            What is Government's Exhibit 125?

18   A.   This is an email exchange between Mr. Credico and Mr. Stone

19   dated May 21st, 2018.

20   Q.   So how much time has it been since the last email exchange?

21   A.   It's the next day.

22   Q.   And starting -- what is the subject of this email?

23   A.   The subject is, "You are nuts."

24   Q.   Starting at the bottom, what does Mr. Credico write?

25   A.   Mr. Credico writes, "You should have just been honest with

1     the House Intel Committee.  You've opened yourself up to

2     perjury charges like an idiot.  You have five different

3     versions.  Maybe you need to get into rehab and get that memory

4     straight."

5              And Mr. Stone responded, "You are so full of shit.

6     You got nothing.  Keep running your mouth and I'll file a bar

7     complaint against your friend Margaret."

8     Q.  And I think you testified about this yesterday, but, who

9     is, "your friend Margaret"?

10    A.  Margaret Kunstler, who is a friend of Mr. Credico's.

11    Q.  So in total, in the exhibits we just saw, between March of

12    2018 and May of 2018, how many times in those exhibits did

13    Mr. Credico email Mr. Stone saying that Mr. Stone's

14    identification of Mr. Credico as his back channel to WikiLeaks

15    was incorrect?

16    A.  Between March of '18 and this one?

17    Q.  Yes.

18    A.  Eight times.

19    Q.  During this time period did Mr. Stone continue to

20    communicate with the House Intelligence Committee about his

21    testimony --

22    A.  Yes.

23    Q.  -- or, after his testimony.  Excuse me.

24    A.  Yes, he did.

25    Q.  I'm going to direct your attention now to Government's

1    Exhibit 18, which appears at Tab 78 of the binder.  Like to

2    direct your attention to the second page.

3              What is the document that begins on the second page

4    of this exhibit?

5    A.  This is a letter dated June 15th, 2018, from Mr. Stone's

6    counsel to the chairman of HPSCI.

7    Q.  Now, this letter that we're looking at here, Government's

8    Exhibit 18, was this letter sent before or was it sent after

9    all of the emails we just saw between Mr. Credico and

10   Mr. Stone?

11   A.  After.

12   Q.  I want to direct your attention to the second paragraph on

13   the first page of the letter.

14             Can you read for us, please, the first sentence of

15   that paragraph?

16   A.  "Contrary to the partisan claims of some minority members

17   of the HPSCI, Mr. Stone's testimony before the HPSCI on

18   September 26th, 2017 was entirely truthful."

19   Q.  Does this letter anywhere mention Jerome Corsi?

20   A.  No.

21   Q.  I would like to direct your attention to Government's

22   Exhibit 19, which appears at Tab 79 of the binder.

23             What is Government's Exhibit 19?

24   A.  This is a letter dated December 20th, 2018, from

25   Mr. Stone's counsel to the chairman of HPSCI.

1    Q.  And this letter to the committee, was this letter sent

2    before or was it sent after those emails we just saw between

3    Mr. Credico and Mr. Stone?

4    A.  After.

5    Q.  I'm going to direct your attention to the second page and

6    the third full paragraph that begins, "Notwithstanding the

7    ceaseless torrent."

8    A.  Um-hum.

9    Q.  Can you read the first sentence of this paragraph, please?

10   A.  "Notwithstanding the ceaseless torrent of partisan claims

11   to the contrary, to which Mr. Stone has been subjected by

12   certain minority members of the committee, Mr. Stone's

13   testimony provided during the interview was forthcoming,

14   truthful, and wholly consistent with his many detailed public

15   statements on the matters being investigated."

16   Q.  Does this letter mention Jerome Corsi?

17   A.  It does not.

18           MR. KRAVIS:  Thank you, Ms. Taylor.

19           I have no further questions.

20           THE COURT:  All right.  Can counsel just approach the

21   bench to talk about scheduling?

22           (Bench discussion:)

23           THE COURT:  All right.  Can you give me some

24   understanding of what your anticipated cross-examination of

25   this witness is going to be?  How long it's going to be?

```
1              MR. ROGOW:  The first thing I wanted to do is play

2     the whole tape.

3              THE COURT:  In their --

4              MR. KRAVIS:  For the record, the government objects.

5     If he has questions that he wants to ask this witness about the

6     transcript, of course, that's fine.  But, if they want to play

7     the whole audio -- we're not objecting to its admissibility,

8     but we don't think --

9              THE COURT:  It's your case-in-chief.  I don't see how

10    that's --

11             MR. ROGOW:  She's quoted from the tape over and over.

12    Questions were asked.  Under of the rule of completeness, I

13    think we're entitled to have the whole tape played.  It's going

14    to happen sooner or later.

15             THE COURT:  Well, I think you get to do -- I don't

16    see how that's cross-examination of this witness.  That's

17    putting in the evidence that you want to put in in your

18    case-in-chief.  I don't think -- I mean, you said you should be

19    able to have the entire thing in evidence, in completeness, and

20    I said yes.

21             The question is, how does it get moved in completely?

22    How does it fall fairly within the scope of her direct

23    testimony that you get to ask about aspects of the testimony

24    that were not elicited?  I mean, I understand the transcript is

25    in evidence.
```

1          MR. ROGOW:  Right.  But the audio, over and over

2     again, they jump from page to page to page of the audio with

3     her.  I have a question.  She said -- I think she said that she

4     listened to the whole tape.  I don't know if she said that or

5     didn't.  But, I would ask her that question, Did you listen to

6     the whole tape of the audio?

7          If she's going to say yes, then we're going -- I

8     would like to play the whole tape.  If she says no, I'm going

9     to ask her, Why not?  And then I'm going to play the whole

10    tape, because I think that's the only way the jury, having

11    heard all these bits and pieces, to be fairly apprised of the

12    whole tape -- the whole audio of the committee.

13         THE COURT:  I understand that you want the jury to

14    hear the whole tape.

15         MR. ROGOW:  I understand.  I understand.

16         THE COURT:  I'm asking you why it is specifically

17    appropriate for you to put in evidence that you want to put in

18    in your defense of Mr. Stone, in its entirety, in the

19    cross-examination of this witness?

20         MR. ROGOW:  Because she has put in, through the

21    government's questioning, so much of the portion of it that the

22    only way to properly have the jury understand the context of

23    the portions that she has -- that she testified about, would be

24    to have the whole tape played.

25         THE COURT:  Do you have any authority for the

1      proposition that at this point you get to play the entire thing

2      as part of your cross-examination of her?  I don't have any

3      problem with your saying, You testified to excerpts.

4             I don't have any problem with your directing her to

5      excerpts that relate to the excerpts about what she testified.

6      And I don't have any problem with your saying, Isn't it true

7      that the whole thing was three hours and this many pages, as

8      opposed to that many pages?  But why you get to -- I mean, you

9      can re-call her and play the whole thing in your case --

10            MR. ROGOW:  I understand.  I understand.

11            THE COURT:  -- if you want to.  And, you know, I

12     think anybody who takes a significant amount of the jurors'

13     time does so at their own peril.  I mean, I think if the

14     government played the whole tape, the jury might think the

15     government was wasting their time.

16            If you played the whole tape, the jury might think

17     you're wasting their time, they may not.  They may find it

18     fascinating and riveting and entirely relevant.  But it's a

19     risk that you take.  But, I don't see how you get to turn the

20     cross of this witness into your case-in-chief.

21            MR. ROGOW:  My only argument is, having opened the

22     door by going through so many of these parts of the tape

23     that --

24            THE COURT:  First your argument was they went through

25     so few.  Now you're saying they went through so many.

```
1            MR. ROGOW:  Well, it must be eight, ten.  I mean,
2     they cherry-picked what they wanted.  So now, my question would
3     be, Have you heard the whole tape?
4            THE COURT:  You can ask her if she heard the whole
5     tape, and if this was just a portion.  So my question is, are
6     there specific excerpts that you feel relate specifically to
7     the parts she did testify that -- it's just other topics, that
8     he talked about lots and lots of other things.
9            MR. ROGOW:  I mean, sooner or later the tape is going
10    to come in.
11           THE COURT:  I understand that.  But, this is a
12    trial --
13           MR. ROGOW:  I understand.  I understand.
14           THE COURT:  -- and they get to put on their evidence
15    and you get to put on your evidence.  And nobody is going to
16    stop you when you want to put on your evidence.  I just don't
17    think that the cross-examination of their witness is the time.
18           MR. ROGOW:  I understand.  I understand.  That's just
19    my preference of how to put it in.  It's in the context of what
20    they've already gone through with it.  And, so, I think the
21    timing is appropriate, having taken her through so much of
22    the -- so many of the excerpts that they selected.
23           THE COURT:  All right.  Well, putting aside those
24    three hours, how long is the rest of your cross-examination?
25           MR. ROGOW:  A couple of hours, at least.
```

1    THE COURT:  Okay.  And give me -- are you planning to

2    go through other emails with her, or just going with these

3    emails?

4    MR. ROGOW:  I plan to go through these -- plan to go

5    through their book, pretty much page by page.  But, it won't be

6    as long as it took the government.

7    THE COURT:  Because -- that's fine.  Again, she can

8    only say what the words on the page say.  She can't say what

9    your client or what Mr. Credico meant.  She can just say that,

10   if you're going to ask her, basically, You didn't write this,

11   you don't know what it meant, sort of thing?

12   MR. ROGOW:  Well, of course.  But, there are other

13   things that she has and the government has put out that I want

14   to emphasize by having her read some of those portions.

15   THE COURT:  All right.  You are allowed to read any

16   of that.  I think we should do all of this after lunch, then,

17   unless you have a big desire to start this and then break half

18   an hour in.  I think it makes sense to do it as a whole.

19   At this time, I believe that your request to play the

20   entire transcript of the testimony exceeds what I think is fair

21   cross-examination bounded by the scope of the direct.  I think

22   you can ask some questions that demonstrate that these were

23   excerpts.  If there's an excerpt from the same topic of some

24   other excerpt that clarifies or contradicts, that's fine.  But,

25   if you want to play the entire tape, it seems to me, that's

1    Mr. Stone's prerogative in his case.

2              MR. ROGOW:  And may I do it without having to recall

3    her?  Because when our case begins, I'll just want to put on

4    the tape then.  I mean, I can recall her, if that's the way the

5    government wants to do it.

6              MR. KRAVIS:  We don't have any objection to that.  I

7    believe both the transcripts and the audio have now been

8    authenticated, admitted through a witness.

9              MR. ROGOW:  Let the Court put that --

10             THE COURT:  If you want to say, Your Honor, at this

11   time in our case we would like to play the entire transcript of

12   the Government's Exhibit whatever, then you don't have to

13   recall her.

14             MR. ROGOW:  Okay.

15             THE COURT:  All right.  Anything further?

16             MR. ROGOW:  Nothing.

17             THE COURT:  All right.  Thank you.

18             MR. KRAVIS:  Thank you, Your Honor.

19             (Open court:)

20             THE COURT:  All right, we have decided that the break

21   between direct examination and cross-examination is an

22   appropriate time to also have lunch.  So, we are going to

23   recess these proceedings for approximately an hour so that

24   everyone can have lunch.  And the goal would be to resume at

25   1:30.

1          So, once again, you are instructed that you have

2     heard some evidence, but you have not heard all the evidence.

3     The case has not yet been referred to you for decision.

4          So, enjoy your lunch.  Discuss anything you like,

5     except this case.

6          (Jurors leave the courtroom.)

7          THE COURT:  All right.  Is there anything further

8     that we need to take up at this time?

9          MR. KRAVIS:  Not from the government.

10     Thank you, Your Honor.

11          THE COURT:  All right.  Then everyone is excused

12     until 1:30.

13          I just want to speak to the CSO, briefly.  And you

14     can wait until after the courtroom is cleared.  I just wanted

15     to speak to you about another, unrelated matter.

16          Thank you.

17          (Recess.)

18                          *   *   *

19

20

21

22

23

24

25

1

2                    CERTIFICATE OF OFFICIAL COURT REPORTER

3

4        I, JANICE DICKMAN, do hereby certify that the above and

5     foregoing constitutes a true and accurate transcript of my

6     stenographic notes and is a full, true and complete transcript

7     of the proceedings to the best of my ability.

8                         Dated this  ^day of  ^2019

9

10

11                    _____

12                         Janice E. Dickman, CRR, CMR, CCR
                          Official Court Reporter
13                        Room 6523
                          333 Constitution Avenue, N.W.
14                        Washington, D.C.  20001

15

16

17

18

19

20

21

22

23

24

25

515

**#**

**#331** [1] - 401:10

**'**

**'18** [1] - 504:16
**'back** [1] - 450:2
**'back-channel** [1] - 450:2
**'em** [1] - 468:19
**'Emails** [1] - 425:25
**'for** [1] - 404:24
**'I've** [1] - 481:24
**'intelligence** [1] - 409:20
**'sure** [1] - 455:11
**'The** [1] - 482:4
**'We** [1] - 450:13

**1**

**1** [3] - 421:16, 476:11, 481:8
**10** [7] - 419:25, 455:10, 455:24, 456:2, 459:21, 488:8, 489:25
**100** [5] - 400:21, 401:3, 443:23, 497:12, 497:13
**1000** [1] - 400:22
**102** [1] - 436:17
**103** [2] - 498:2, 498:4
**108** [1] - 427:23
**109** [1] - 427:11
**10:30** [1] - 494:14
**10:36** [1] - 450:6
**10:38** [1] - 489:12
**10th** [3] - 479:24, 489:9, 490:20
**11** [2] - 414:7, 483:4
**110** [1] - 428:1
**112** [2] - 498:25, 499:1
**114** [2] - 500:11, 500:15
**115th** [2] - 406:16, 411:9
**118** [2] - 501:1, 501:5
**119** [2] - 501:21, 501:25
**11:15** [1] - 460:8
**11:16** [1] - 467:19
**11th** [1] - 502:2
**121** [2] - 502:18, 502:22
**125** [2] - 503:16, 503:17
**12th** [7] - 425:24, 463:12, 463:22, 464:21, 469:16, 492:8, 502:13
**13** [6] - 412:18, 424:9, 424:12, 439:13, 440:10, 483:16
**130-120** [1] - 401:7
**1300** [1] - 401:3
**132** [2] - 484:6, 484:9
**13th** [5] - 424:13, 439:9, 440:12, 441:7, 444:9
**14** [5] - 403:9, 406:21, 444:12, 444:17, 445:6
**14th** [1] - 485:8

**15** [3] - 408:4, 447:21, 448:1
**15th** [3] - 464:8, 470:13, 505:5
**16** [5] - 409:9, 451:10, 451:15, 464:2, 491:23
**165** [2] - 429:9, 429:12
**166** [3] - 430:4, 430:7, 431:5
**167** [2] - 438:7, 438:10
**17** [5] - 445:19, 456:8, 456:10, 469:9, 472:1
**17th** [1] - 491:18
**18** [7] - 406:20, 435:17, 435:19, 491:5, 492:23, 505:1, 505:8
**18th** [3] - 436:4, 489:12, 491:2
**19** [5] - 408:4, 446:12, 491:22, 505:22, 505:23
**19-18** [2] - 402:2, 461:7
**19-CR-018** [1] - 400:3
**1947** [1] - 407:19
**195** [2] - 433:3, 433:6
**1981** [1] - 481:3
**19th** [2] - 440:19, 441:4
**1:30** [2] - 512:25, 513:12
**1:58** [1] - 470:23
**1A** [1] - 421:18
**1st** [3] - 462:9, 466:4, 488:5

**2**

**2** [10] - 412:13, 412:16, 424:22, 474:25, 475:3, 476:15, 478:21, 481:10, 492:21, 495:21
**2.0** [3] - 433:25, 439:20, 481:13
**20** [3] - 409:9, 438:21, 489:25
**200** [7] - 404:18, 413:14, 414:22, 440:11, 445:3, 466:9, 498:14
**20001** [2] - 401:16, 514:14
**2002** [2] - 442:2, 442:20
**2003** [1] - 442:8
**2011** [1] - 489:25
**2015** [1] - 481:4
**2016** [44] - 403:20, 405:19, 414:10, 416:17, 417:13, 418:17, 421:3, 422:22, 423:1, 425:24, 429:14, 431:25, 434:4, 435:17, 436:4, 437:4, 437:19, 438:4, 438:16, 438:18, 438:20, 439:23, 444:23, 458:20, 472:3, 473:19, 475:9, 479:24, 481:7, 481:8, 481:10, 481:23, 482:23, 487:5, 487:18, 489:12, 490:8, 490:10, 495:24, 496:7, 497:1, 499:13, 501:11
**2017** [60] - 403:24, 404:1, 404:15, 412:18, 413:12, 413:20, 414:19, 416:8, 416:12, 417:6, 420:6, 420:12, 421:8, 421:23, 424:13, 424:21, 424:22, 425:1, 429:15, 429:23, 430:10, 430:11, 430:16, 431:25, 433:7, 433:15,

439:9, 439:19, 440:2, 440:19, 441:4, 441:7, 444:18, 445:19, 445:23, 446:12, 448:2, 449:9, 450:5, 451:17, 453:4, 458:16, 458:24, 462:9, 466:4, 467:7, 467:8, 467:10, 467:19, 468:9, 469:16, 470:23, 471:23, 472:5, 476:10, 481:12, 492:6, 492:8, 492:9, 505:18
**2018** [37] - 428:14, 428:15, 428:22, 436:9, 437:9, 437:24, 471:19, 472:25, 473:12, 474:3, 474:23, 483:21, 483:23, 484:11, 485:8, 486:2, 489:9, 490:20, 491:2, 491:5, 491:18, 492:23, 495:12, 496:15, 496:23, 497:15, 498:6, 499:3, 500:16, 501:7, 502:2, 502:24, 503:19, 504:12, 505:5, 505:24
**2019** [2] - 400:6, 514:8
**202** [1] - 400:17
**202-354-3267** [1] - 401:16
**205** [1] - 497:20
**20530** [1] - 400:17
**20th** [4] - 448:2, 492:6, 502:24, 505:24
**21st** [4] - 449:9, 450:5, 482:6, 503:19
**22nd** [3] - 417:21, 420:6, 474:23
**235-8259** [1] - 401:11
**24th** [5] - 414:19, 416:8, 416:12, 470:23, 484:11
**25** [1] - 438:21
**252-7068** [1] - 400:17
**25th** [5] - 404:15, 472:3, 472:25, 473:12, 495:24
**26** [2] - 421:23, 430:16
**26th** [3] - 424:21, 433:15, 505:18
**27** [2] - 437:12, 451:17
**28** [1] - 436:22
**28th** [1] - 453:4
**2:13** [1] - 468:9
**2:15** [1] - 458:25
**2nd** [7] - 414:10, 416:17, 425:1, 433:7, 435:2, 458:21, 482:23

**3**

**3** [9] - 400:5, 404:10, 404:13, 412:3, 473:10, 475:19, 476:18, 481:12, 489:22
**3)(6** [1] - 407:18
**30** [1] - 489:25
**30,000** [1] - 480:9
**30th** [3] - 458:16, 458:24, 461:21
**31** [1] - 437:12
**31st** [1] - 496:7
**32** [3] - 404:11, 412:3, 436:21

**328-9064** [1] - 401:8
**33** [1] - 406:12
**333** [2] - 401:15, 514:13
**33301** [1] - 400:22, 401:7
**33316** [1] - 401:11
**33394** [1] - 401:4
**34** [1] - 411:5
**35** [1] - 412:14
**36** [1] - 413:9
**37** [2] - 414:7, 414:16
**38** [1] - 416:4
**39** [2] - 417:1, 423:6
**3:01** [1] - 462:9
**3:41** [1] - 449:9
**3rd** [6] - 400:21, 428:14, 428:15, 437:19, 495:12, 496:15

## 4

**4** [8] - 406:11, 406:14, 466:4, 476:21, 477:23, 478:20, 486:23, 491:10
**40** [3] - 416:3, 416:6, 420:1
**401** [1] - 401:6
**41** [5] - 421:19, 434:17, 458:11, 458:14, 461:18
**42** [4] - 424:10, 434:24, 439:13, 439:14
**43** [3] - 429:10, 435:12
**44** [2] - 427:4, 430:5
**45** [3] - 433:4, 495:4, 495:8
**46** [1] - 438:8
**47** [2] - 440:7, 440:16
**48** [1] - 444:13
**49** [1] - 445:13
**4:10** [1] - 472:25
**4:30** [1] - 453:4
**4:34** [1] - 473:12
**4:47** [1] - 466:7
**4:50** [1] - 454:9
**4th** [2] - 437:4, 496:23

## 5

**5** [6] - 411:4, 411:7, 478:16, 486:23, 487:3, 487:21
**50** [2] - 435:17, 447:22
**501** [1] - 401:10
**51** [1] - 449:2
**52** [1] - 451:11
**53** [1] - 452:2
**530-5301** [1] - 401:4
**54** [4] - 452:24, 462:5, 467:17, 470:19
**55** [2] - 458:12, 461:18
**555** [1] - 400:16
**56** [1] - 467:2
**57** [2] - 423:15, 469:10
**58** [1] - 470:4

**5:38** [1] - 497:4
**5th** [2] - 467:6, 467:10

## 6

**6** [5] - 472:5, 479:17, 487:3, 487:20, 488:1
**60** [1] - 471:16
**61** [3] - 413:8, 413:10, 472:17
**62** [3] - 440:6, 440:15, 474:19
**63** [3] - 445:12, 445:15, 484:7
**64** [3] - 449:2, 449:5, 485:3
**65** [1] - 485:23
**6523** [2] - 401:15, 514:13
**66** [1] - 489:5
**67** [1] - 490:23
**68** [3] - 452:2, 452:5, 495:6
**69** [6] - 452:23, 452:25, 462:4, 467:17, 470:19, 496:17
**6:00** [1] - 484:17
**6:11** [1] - 471:19
**6A** [2] - 474:18, 474:21
**6th** [5] - 413:12, 413:20, 464:2, 471:23, 497:15

## 7

**7** [8] - 400:6, 403:11, 414:15, 414:18, 415:24, 422:22, 471:3, 488:1
**70** [3] - 467:1, 467:4, 497:12
**71** [3] - 470:4, 470:7, 498:3
**72** [1] - 498:25
**73** [2] - 471:12, 500:13
**74** [1] - 501:3
**75** [1] - 501:23
**76** [1] - 502:20
**767-8909** [1] - 400:23
**77** [1] - 503:16
**78** [3] - 472:17, 472:22, 505:1
**79** [1] - 505:22
**7:02** [2] - 499:9, 500:19
**7:13** [1] - 491:5
**7th** [4] - 467:18, 467:19, 498:6, 501:7

## 8

**8** [7] - 411:10, 411:11, 422:15, 470:21, 470:22, 480:22, 480:24
**80** [1] - 423:18
**81** [2] - 485:22, 485:25
**82** [3] - 489:4, 489:7, 490:9
**84** [1] - 427:20
**88** [2] - 485:3, 485:6
**8th** [3] - 430:11, 468:9, 471:19

## 9

**9** [9] - 411:11, 411:12, 411:14,

**416:25, 417:5, 419:1, 420:12, 480:25, 488:7
**9)(a** [1] - 411:23
**91** [2] - 490:22, 490:25
**954** [4] - 400:23, 401:4, 401:8, 401:11
**98** [1] - 497:21
**99** [3] - 496:17, 496:21, 497:1
**9:07** [1] - 486:4
**9:21** [1] - 499:24
**9:30** [1] - 400:7
**9:47** [1] - 492:23
**9th** [7] - 417:6, 444:18, 445:23, 486:2, 499:3, 500:16, 500:19

## A

**a.m** [13] - 400:7, 453:4, 454:9, 458:25, 462:9, 466:7, 468:9, 470:23, 472:25, 473:12, 491:5, 492:23, 494:14
**Aaron** [1] - 400:15
**ability** [1] - 514:7
**able** [9] - 402:23, 431:23, 432:1, 432:5, 432:7, 432:12, 432:18, 483:11, 507:19
**above-referenced** [3] - 415:2, 420:11, 424:20
**abroad** [1] - 410:14
**access** [3] - 425:12, 471:22, 482:9
**accessible** [1] - 477:19
**accomplished** [1] - 441:20, 441:25, 442:14
**account** [5] - 436:8, 437:8, 437:23, 439:21
**accountability** [1] - 408:12
**accounting** [1] - 476:25
**accounts** [6] - 428:8, 428:11, 428:13, 428:16, 428:24, 494:4
**accuracy** [1] - 425:24
**accurate** [2] - 443:23, 514:5
**accusations** [1] - 463:12
**accused** [1] - 453:19
**acknowledge** [1] - 477:16
**acknowledgment** [1] - 481:12
**acronym** [1] - 480:3
**Act** [1] - 407:19
**Action** [1] - 400:3
**active** [15] - 405:18, 405:23, 412:4, 417:13, 418:20, 419:11, 419:13, 419:17, 444:23, 474:22, 476:11, 476:15, 476:19, 478:14, 478:21
**Active** [1] - 404:16
**activist** [1] - 426:2
**activities** [16] - 405:1, 405:5, 405:7, 407:21, 407:23, 408:15, 409:3, 409:16, 410:5, 410:7, 410:12, 410:15, 415:5, 418:16,

476:12
**activities'** [1] - 409:21
**activity** [6] - 405:17, 410:2, 412:23, 419:11, 476:11, 488:17
**actual** [5] - 431:20, 442:16, 442:21, 444:6, 482:11
**Adam** [6] - 400:14, 402:9, 404:23, 450:12, 503:13
**addict** [1] - 484:17
**addicted** [1] - 499:18
**addiction** [1] - 499:10
**addition** [3] - 418:4, 427:14, 433:20
**additional** [1] - 432:25
**addressed** [3] - 481:5, 481:17, 481:23
**adequate** [2] - 405:12, 405:15
**admissibility** [1] - 507:7
**admitted** [3] - 421:16, 494:2, 512:8
**advance** [2] - 481:6, 482:10
**adversaries** [1] - 476:7
**advised** [5] - 415:1, 420:10, 448:6, 448:10, 469:20
**advisor** [2] - 475:9, 481:3
**affecting** [1] - 410:7
**affiliation** [1] - 457:16
**afford** [1] - 449:23
**afraid** [1] - 467:21
**afternoon** [3] - 421:4, 423:3, 496:10
**agencies** [3] - 405:13, 407:21, 408:16
**Agency** [1] - 407:16
**agency** [1] - 410:16
**agent** [4] - 425:8, 454:14, 482:21, 486:14
**Agent** [2] - 401:22, 402:10
**aggression** [1] - 405:2
**ago** [10] - 416:16, 423:25, 426:10, 439:7, 440:9, 457:19, 478:9, 494:17, 494:22, 500:21
**agree** [3] - 450:10, 455:1, 462:20
**agreed** [3] - 477:5, 477:14, 479:11
**agreed-upon** [3] - 477:5, 477:14, 479:11
**ahead** [4] - 454:7, 465:17, 471:11, 481:20
**AI** [1] - 465:23
**alcoholic** [1] - 499:17
**allegations** [4] - 404:3, 422:12, 479:10, 479:12
**alliances** [1] - 405:24
**Allies** [2] - 476:14, 476:20
**allies** [3] - 405:18, 419:12, 419:18
**allow** [1] - 426:12

**allowed** [1] - 511:15
**Amanda** [1] - 402:9
**amend** [2] - 463:14, 464:7
**Amendment** [11] - 447:2, 449:21, 463:4, 464:11, 467:11, 469:22, 474:5, 483:2, 483:9, 488:18, 492:10
**America** [3] - 400:3, 402:2, 461:7
**American** [1] - 476:4
**amnesia** [1] - 488:22
**amount** [2] - 460:20, 509:12
**Amy** [1] - 426:5
**AMY** [1] - 400:9
**analysis** [3] - 409:22, 410:3, 410:11
**Angels** [2] - 446:2, 446:3
**announce** [2] - 412:25, 460:5
**announced** [7] - 404:2, 412:9, 414:12, 418:3, 418:15, 420:19, 420:25
**announcement** [1] - 413:4
**answer** [3] - 469:23, 492:11, 492:14
**anticipated** [1] - 506:24
**anxiety** [1] - 467:22
**anxious** [1] - 415:10
**anytime** [1] - 459:15
**anyway** [1] - 454:13
**apologize** [1] - 488:10
**appear** [28] - 404:17, 413:13, 414:21, 415:8, 417:8, 419:10, 421:6, 424:16, 426:7, 440:10, 442:16, 442:21, 443:7, 443:25, 444:5, 445:2, 446:19, 448:13, 449:21, 450:20, 451:18, 456:4, 461:21, 466:8, 469:1, 471:9, 472:12, 485:15
**appendix** [2] - 483:13, 483:17
**appointments** [1] - 493:12
**appreciate** [1] - 463:11
**apprised** [1] - 508:11
**approach** [3] - 402:5, 430:23, 506:20
**appropriate** [5] - 408:18, 477:6, 508:17, 510:21, 512:22
**approved** [2] - 411:16, 411:24
**April** [8] - 495:12, 496:15, 496:23, 497:15, 498:6, 499:3, 500:16, 500:19
**archaic** [1] - 442:11
**area** [1] - 450:16
**argument** [3] - 461:1, 509:21, 509:24
**argumentative** [1] - 460:23
**Ari** [3] - 493:10, 493:17, 498:22
**arose** [1] - 433:22
**arrange** [1] - 418:12
**arrive** [1] - 403:1
**article** [11] - 454:18, 459:6,

468:13, 470:14, 486:6, 486:18, 486:22, 486:23, 487:12, 487:21, 488:7
**articles** [4] - 418:1, 420:17, 466:15, 466:20
**aside** [1] - 510:23
**asjz@usdoj.gov** [1] - 400:18
**aspects** [1] - 507:23
**ass** [4] - 465:13, 465:22, 494:6, 499:16
**Assange** [41] - 413:22, 413:24, 423:2, 425:25, 426:4, 427:16, 433:17, 433:24, 434:13, 435:25, 439:21, 443:4, 443:18, 454:2, 454:17, 454:20, 464:1, 464:6, 467:25, 471:2, 472:2, 481:11, 481:24, 482:5, 485:14, 486:14, 487:6, 487:10, 487:18, 488:25, 489:19, 489:24, 492:5, 494:11, 495:25, 496:8, 497:5, 498:12, 501:13, 502:14, 503:8
**Assange's** [1] - 425:24
**assert** [2] - 449:20, 469:21, 492:10
**asserted** [1] - 488:18
**asserting** [2] - 463:3, 464:10
**assessed** [1] - 477:13
**assessment** [3] - 405:6, 419:20, 476:23
**assessments** [1] - 406:1
**asshole** [2] - 494:5, 500:2
**associate** [1] - 458:19
**associated** [8] - 405:21, 418:18, 419:14, 433:24, 434:3, 438:3, 476:16, 478:23
**associates** [3] - 438:12, 479:8, 480:17
**association** [2] - 409:25, 410:10
**assurances** [1] - 425:14
**attach** [3] - 421:2, 439:22, 495:17
**attached** [4] - 418:25, 419:7, 424:23, 486:6
**attaches** [2] - 439:20, 491:8
**attachment** [9] - 416:9, 416:10, 416:12, 439:16, 452:13, 452:16, 495:22, 495:23, 496:5
**attachments** [1] - 495:19
**attacks** [1] - 405:2
**attended** [1] - 442:7
**attention** [93] - 406:20, 407:6, 408:5, 408:18, 408:19, 409:8, 411:10, 412:2, 414:6, 417:1, 418:7, 418:9, 419:4, 420:2, 431:2, 435:2, 435:7, 436:20, 437:11, 439:12, 440:4, 440:15, 441:2, 441:14, 442:24, 444:13, 445:9, 447:22, 450:4, 451:12, 451:25, 452:15, 452:23, 458:23,

462:7, 467:15, 467:17, 469:12, 470:2, 470:17, 470:20, 470:22, 471:12, 471:17, 472:15, 473:9, 474:17, 478:16, 478:24, 479:16, 480:22, 482:12, 483:4, 483:16, 484:4, 485:1, 486:16, 486:22, 486:24, 487:4, 487:9, 487:20, 488:7, 489:1, 489:10, 489:22, 490:5, 491:3, 491:22, 492:16, 492:21, 495:3, 495:21, 496:3, 496:12, 496:16, 497:11, 497:22, 498:2, 498:13, 498:18, 498:21, 498:24, 500:10, 501:1, 501:21, 502:18, 503:15, 504:25, 505:2, 505:12, 505:21, 506:5

**attorney** [2] - 492:6, 492:9
**ATTORNEYS** [1] - 400:15
**Attorney's** [1] - 402:10
**audience** [2] - 443:22, 444:4
**audio** [21] - 421:18, 422:6, 422:16, 423:7, 423:16, 423:19, 427:5, 427:12, 427:21, 427:24, 428:2, 434:18, 434:25, 435:13, 436:18, 507:7, 508:1, 508:2, 508:6, 508:12, 512:7
**August** [21] - 403:20, 414:2, 414:4, 414:10, 416:17, 423:1, 428:14, 428:15, 428:21, 438:18, 438:20, 458:20, 458:21, 472:3, 481:8, 481:10, 481:23, 482:22, 489:24, 489:25
**authenticated** [1] - 512:8
**authorities** [1] - 477:6
**authority** [4] - 407:25, 410:22, 493:1, 508:25
**authorized** [1] - 411:18
**authors** [1] - 448:12
**available** [6] - 418:1, 420:17, 420:24, 425:11, 459:14, 482:20
**Avenue** [4] - 400:21, 401:3, 401:15, 514:13

## B

**b)(1** [4] - 407:6, 407:7, 407:10, 407:13
**b)(1)(A** [1] - 407:12
**b)(1)(B** [1] - 407:12
**back-channel** [1] - 413:18
**backstab** [1] - 500:3
**bad** [3] - 454:1, 463:10, 473:18
**Baker** [1] - 465:23
**balls** [1] - 468:23
**Bannon** [3] - 436:25, 438:13, 438:22
**bar** [1] - 504:6
**barrel** [3] - 454:6, 484:18, 502:17
**based** [2] - 425:14, 426:2
**Bcc** [1] - 452:7

**bed** [1] - 465:16
**BEFORE** [1] - 400:9
**began** [2] - 422:21, 479:25
**begin** [1] - 473:11
**beginning** [4] - 427:23, 434:24, 449:9, 491:3
**begins** [29] - 406:23, 409:10, 414:8, 418:9, 420:4, 423:15, 427:20, 441:15, 441:20, 443:11, 462:8, 467:18, 469:14, 470:23, 471:18, 472:24, 475:20, 481:16, 482:13, 483:7, 486:25, 487:23, 488:12, 489:11, 491:24, 494:20, 505:3, 506:6, 512:3
**begun** [1] - 405:8
**behalf** [1] - 402:15
**behavior** [1] - 477:10
**below** [3] - 415:2, 424:23, 486:5
**belt** [1] - 486:5
**bench** [4] - 460:16, 460:18, 506:21, 506:22
**BERMAN** [1] - 400:9
**best** [4] - 454:2, 463:3, 463:18, 514:7
**better** [1] - 403:9
**between** [56] - 405:21, 418:18, 419:14, 424:1, 426:16, 428:5, 428:6, 428:23, 429:13, 429:25, 430:9, 433:9, 435:16, 436:25, 437:14, 438:12, 443:21, 445:5, 445:10, 445:16, 445:22, 447:12, 448:18, 449:6, 450:25, 453:1, 458:15, 459:19, 466:18, 472:23, 474:2, 476:16, 478:22, 479:8, 480:17, 483:23, 486:1, 487:16, 487:17, 491:1, 494:3, 495:18, 496:22, 496:24, 497:14, 498:5, 499:2, 499:4, 502:1, 502:23, 503:18, 504:11, 504:16, 505:9, 506:2, 512:21
**beyond** [1] - 469:23
**big** [4] - 450:13, 465:15, 488:25, 511:17
**big-get** [1] - 488:25
**bills** [1] - 494:7
**binder** [56] - 404:11, 406:12, 411:5, 412:14, 413:9, 414:7, 414:16, 416:4, 417:1, 420:1, 421:20, 424:10, 429:10, 430:5, 433:4, 435:18, 436:22, 437:13, 438:8, 439:14, 440:7, 440:16, 444:13, 445:13, 447:22, 449:3, 451:11, 452:3, 452:24, 458:12, 461:19, 462:5, 467:2, 469:10, 470:5, 470:20, 471:16, 472:18, 474:19, 484:7, 485:4, 485:23, 489:5, 490:23, 495:6, 496:17, 497:12, 498:3, 498:25, 500:13, 501:3, 501:23, 502:20, 503:16, 505:1, 505:22

**Bipartisan** [1] - 404:16
**bipartisan** [4] - 405:4, 417:12, 444:22, 477:14
**birthday** [1] - 492:25
**bit** [4] - 443:21, 444:3, 454:7, 458:17
**bits** [1] - 508:11
**blind** [6] - 452:11, 470:10, 470:12, 484:11, 485:8, 485:10
**bluff** [1] - 450:9
**Blvd** [1] - 401:10
**bold** [3] - 442:25, 443:1, 489:23
**book** [1] - 511:5
**Borger** [1] - 416:8
**bottom** [22] - 406:23, 442:25, 466:10, 467:13, 470:22, 472:14, 479:4, 479:21, 486:3, 486:24, 487:3, 487:25, 489:11, 497:3, 497:18, 498:9, 499:7, 502:5, 503:2, 503:5, 503:24
**Boulevard** [1] - 401:6
**bounded** [1] - 511:21
**box** [8] - 416:20, 456:15, 461:23, 466:10, 467:13, 469:3, 472:14, 473:8
**bravado** [1] - 463:11
**break** [6] - 402:25, 460:1, 460:7, 460:11, 511:17, 512:20
**breakfast** [1] - 403:1
**breaks** [1] - 460:4
**breath** [1] - 498:22
**briefly** [2] - 460:16, 513:13
**bring** [4] - 402:19, 402:20, 461:8, 461:11
**British** [1] - 425:25
**brogow@rogowlaw.com** [1] - 400:23
**broke** [3] - 461:17, 465:23, 500:8
**brother** [1] - 457:13
**brought** [2] - 465:14, 487:4
**Bruce** [2] - 400:20, 402:14
**BRUCE** [1] - 400:21
**BS** [1] - 413:18
**bullet** [1] - 413:15
**bulleted** [1] - 419:9
**Bureau** [1] - 412:24
**bureau** [1] - 410:16
**Burnett** [4] - 485:12, 493:10, 493:16, 494:19
**Buschel** [3] - 401:1, 402:13, 417:12
**BUSCHEL** [2] - 401:2, 402:13
**buschel@bglaw** [1] - 401:5
**buschel@bglaw-pa.com** [1] - 401:5
**business** [5] - 417:20, 457:18, 481:2, 494:16, 494:21
**busting** [1] - 468:23

**BY** [60] - 403:15, 404:12, 406:13, 411:6, 412:15, 414:17, 415:22, 416:5, 417:3, 420:3, 421:14, 422:7, 422:17, 423:8, 423:20, 423:24, 424:11, 427:6, 427:13, 428:3, 429:11, 430:6, 431:1, 432:20, 433:5, 434:19, 435:1, 435:14, 435:23, 436:19, 438:9, 439:6, 440:8, 441:13, 444:15, 445:14, 447:24, 449:4, 451:13, 452:4, 458:13, 461:16, 462:6, 467:3, 469:11, 470:6, 471:15, 472:21, 474:20, 484:8, 485:5, 485:24, 489:6, 490:24, 495:7, 496:20, 500:14, 501:4, 501:24, 502:21

**C**

**c)(1** [3] - 408:6, 408:10, 408:12
**Campaign** [2] - 434:3, 479:5
**campaign** [12] - 422:19, 436:13, 438:3, 438:12, 475:10, 478:20, 478:25, 479:10, 480:11, 481:3, 481:7, 481:9
**campaigns** [7] - 405:22, 418:19, 419:15, 434:4, 476:17, 478:6, 478:23
**Campion** [2] - 401:1, 402:14
**candid** [1] - 425:6
**candidate** [3] - 479:8, 479:23, 480:15
**Cannon** [4] - 455:10, 455:24, 456:1, 459:21
**carbon** [1] - 452:11
**cares** [1] - 472:10
**carries** [1] - 472:25
**Case** [2] - 402:2, 461:7
**case** [12] - 402:25, 460:9, 460:10, 507:9, 507:18, 509:9, 509:20, 512:1, 512:3, 512:11, 513:3, 513:5
**case-in-chief** [3] - 507:9, 507:18, 509:20
**cast** [1] - 479:5
**categories** [1] - 435:3
**CCR** [1] - 514:12
**ceaseless** [2] - 506:7, 506:10
**Central** [1] - 407:16
**certain** [3] - 417:16, 435:4, 506:12
**certainly** [2] - 472:4, 494:1
**CERTIFICATE** [1] - 514:2
**certify** [1] - 514:4
**chair** [4] - 411:16, 411:20, 411:24, 412:5
**Chairman** [1] - 404:22
**chairman** [4] - 422:19, 481:9, 505:6, 505:25
**champ** [1] - 502:17

**chance** [1] - 455:6
**Chandler** [2] - 401:9, 402:14
**CHANDLER** [1] - 401:9
**changes** [1] - 457:14
**channel** [26] - 413:18, 413:22, 414:1, 450:2, 453:19, 462:14, 462:17, 462:19, 462:21, 463:9, 463:12, 463:17, 463:22, 464:4, 464:20, 465:13, 471:4, 473:18, 473:22, 473:23, 488:6, 494:2, 497:21, 499:12, 501:15, 504:14
**chapter** [1] - 478:20
**character** [4] - 446:6, 446:8, 455:20, 456:1
**charge** [1] - 476:8
**charges** [2] - 473:24, 504:2
**chart** [12] - 429:5, 429:18, 429:24, 430:8, 430:20, 430:21, 432:11, 438:2, 438:11, 438:17, 438:19, 438:23
**charts** [3] - 417:25, 420:15, 432:7
**chats** [1] - 429:20
**check** [1] - 497:23
**cherry** [1] - 510:2
**cherry-picked** [1] - 510:2
**chief** [3] - 507:9, 507:18, 509:20
**chose** [1] - 465:14
**Chris** [1] - 490:16
**Christopher** [1] - 402:11
**claim** [2] - 482:17, 487:5
**claims** [2] - 505:16, 506:10
**clandestine** [1] - 410:7
**clarifies** [1] - 511:24
**clarify** [2] - 438:25, 482:4
**classified** [5] - 405:25, 418:20, 419:19, 476:21, 476:22, 477:9
**clause** [3] - 407:6, 409:20, 414:3
**clean** [1] - 453:22
**clear** [4] - 450:17, 463:8, 487:11, 501:14
**cleared** [1] - 513:14
**clears** [1] - 472:4
**client** [3] - 417:15, 417:19, 511:9
**client's** [2] - 418:13, 433:14
**Clinton** [6] - 426:1, 479:18, 481:9, 482:1, 482:6, 487:7
**Clinton's** [3] - 422:19, 480:9, 480:13
**clip** [14] - 422:4, 422:14, 423:5, 423:14, 423:17, 427:3, 427:10, 427:19, 427:22, 427:25, 434:16, 434:24, 435:11, 436:16
**close** [1] - 417:20
**closing** [1] - 461:1
**CMR** [1] - 514:12
**CNN** [2] - 459:6, 493:25
**co** [3] - 415:1, 420:11, 424:19

**co-counsel** [3] - 415:1, 420:11, 424:19
**cock** [1] - 498:23
**cocksucker** [2] - 500:2, 500:25
**Cohn** [1] - 465:9
**collection** [3] - 409:22, 410:3, 410:11
**colluded** [2] - 425:7, 482:20
**collusion** [3] - 472:6, 472:9, 479:7
**COLUMBIA** [2] - 400:1, 400:16
**column** [7] - 406:24, 407:7, 408:6, 409:11, 478:25, 481:16, 483:5
**comedian** [1] - 488:23
**comic** [3] - 470:11, 470:15, 488:18
**coming** [2] - 457:13, 488:4
**Commencing** [1] - 411:15
**comments** [1] - 488:20
**committed** [1] - 415:4
**committee** [100] - 404:1, 404:6, 405:4, 405:8, 405:10, 406:3, 407:14, 408:13, 408:17, 408:18, 408:20, 409:1, 410:25, 411:15, 411:19, 411:20, 411:23, 412:8, 414:12, 416:21, 416:22, 417:16, 417:20, 418:12, 418:14, 423:9, 424:2, 424:6, 425:7, 425:17, 425:19, 425:20, 426:11, 426:21, 428:19, 429:22, 430:15, 431:7, 432:24, 433:15, 433:21, 434:6, 434:11, 435:4, 436:6, 437:6, 437:21, 439:8, 439:16, 439:19, 440:22, 442:17, 442:22, 443:8, 444:1, 444:6, 444:8, 445:6, 445:7, 445:22, 447:13, 448:13, 448:20, 450:8, 450:15, 451:1, 456:17, 456:20, 457:7, 463:8, 463:16, 474:3, 476:9, 477:19, 478:1, 478:13, 479:5, 479:9, 479:12, 480:12, 480:16, 480:19, 481:4, 482:3, 482:16, 483:8, 483:10, 484:24, 492:6, 492:9, 492:10, 492:12, 493:2, 495:14, 506:1, 506:12, 508:12
**Committee** [43] - 404:7, 404:21, 405:14, 406:8, 406:24, 407:4, 410:22, 411:8, 412:3, 412:6, 412:18, 413:3, 414:11, 415:4, 415:9, 415:11, 416:12, 417:14, 418:9, 421:9, 421:22, 434:2, 434:3, 444:24, 447:18, 449:17, 451:6, 454:20, 469:6, 473:16, 473:21, 474:14, 475:11, 476:9, 482:22, 488:13, 488:15, 491:15, 493:4, 498:16, 504:1, 504:20
**committee's** [13] - 405:16, 408:25, 417:18, 418:16, 418:22, 420:12, 424:22, 433:16, 434:8,

445:1, 448:9, 475:17, 477:21
**Committee's** [2] - 404:25, 407:25
**committees** [1] - 477:17
**common** [1] - 478:5
**communicate** [2] - 448:23, 504:20
**communicated** [1] - 481:24
**communicating** [1] - 432:17
**communication** [9] - 417:23, 420:14, 423:2, 425:15, 425:20, 429:15, 429:17, 433:23, 482:4
**communications** [23] - 426:25, 427:8, 427:14, 427:16, 429:2, 429:6, 429:13, 429:25, 430:9, 430:12, 430:19, 431:8, 432:22, 434:7, 434:9, 434:12, 434:21, 435:3, 435:5, 436:13, 438:11, 481:13
**Community** [2] - 419:20, 480:6
**community** [1] - 405:6
**Community's** [2] - 476:23
**community's** [2] - 405:1, 406:1
**compelled** [1] - 449:21
**complaint** [1] - 504:7
**complete** [1] - 514:6
**completely** [1] - 507:21
**completeness** [2] - 507:12, 507:19
**conaway** [1] - 420:10
**Conaway** [2] - 424:18, 448:8
**concedes** [1] - 443:20
**concerned** [1] - 478:1
**concerning** [1] - 422:12
**concerns** [2] - 405:19, 477:8
**concludes** [1] - 477:24
**conclusions** [1] - 477:11
**conduct** [2] - 411:16, 411:24
**conducted** [2] - 411:19, 443:3
**Conducting** [1] - 411:18
**confident** [1] - 468:24
**confirm** [2] - 482:5, 490:1
**confirmation** [2] - 443:22, 488:3
**confirmed** [6] - 425:12, 425:23, 426:4, 441:16, 443:18, 502:13
**confirming** [3] - 488:5, 501:18
**conflated** [1] - 480:11
**Congress** [6] - 406:6, 406:16, 406:17, 411:1, 411:9, 488:22
**Congressional** [1] - 434:2
**congressional** [1] - 457:7
**Congressman** [2] - 424:18, 424:20
**consider** [1] - 488:5
**considered** [3] - 410:15, 477:21, 488:16
**consistent** [2] - 408:21, 506:14
**conspiracy** [1] - 479:7

**conspired** [2] - 425:7, 482:20
**constitutes** [1] - 514:5
**Constitution** [4] - 401:15, 469:22, 500:1, 514:13
**constitutional** [1] - 500:1
**consultation** [3] - 411:17, 411:20, 411:25
**cont** [1] - 401:22
**contact** [1] - 497:6
**contacts** [5] - 438:3, 438:19, 481:11, 482:14, 482:16
**contemplated** [1] - 425:21
**content** [14] - 405:15, 431:12, 431:15, 431:16, 431:20, 431:23, 432:2, 432:5, 432:22, 439:4, 443:17, 482:11, 488:3, 500:17
**context** [4] - 456:12, 480:5, 508:22, 510:19
**continue** [8] - 405:17, 406:3, 462:25, 465:11, 465:17, 477:18, 478:2, 504:19
**Continued** [1] - 403:14
**continued** [1] - 465:13
**continuing** [1] - 477:21
**contradict** [1] - 503:14
**contradicting** [2] - 457:21, 482:17
**contradicts** [1] - 511:24
**contrary** [2] - 505:16, 506:11
**contrast** [1] - 434:11
**contribute** [1] - 477:14
**conversation** [4] - 413:23, 472:2, 472:5, 502:12
**conversations** [3] - 467:24, 501:13, 501:15
**convicted** [1] - 442:11
**coordinated** [2] - 425:8, 482:21
**coordination** [1] - 479:7
**copied** [4] - 452:11, 470:10, 484:11, 485:8
**coping** [1] - 485:10
**copy** [1] - 456:22
**copying** [2] - 470:13, 495:10
**Corleone** [4] - 457:13, 457:16, 457:23
**correct** [10] - 409:5, 409:17, 416:18, 422:24, 426:14, 428:6, 432:23, 439:11, 457:25, 494:6
**corsi** [2] - 414:8, 495:24
**Corsi** [17] - 416:7, 416:15, 426:7, 428:6, 428:24, 439:23, 458:15, 458:18, 459:8, 459:23, 475:14, 482:23, 495:10, 496:6, 496:25, 505:19, 506:16
**counsel** [21] - 402:5, 402:8, 414:20, 415:1, 417:7, 420:7, 420:11, 424:14, 424:19, 425:17, 433:8, 448:3, 448:6, 460:15, 463:8, 463:16, 469:17, 495:9, 505:6, 505:25, 506:20

**Counsel** [2] - 477:17, 492:12
**count** [1] - 432:18
**Countdown** [1] - 442:7
**counter** [3] - 405:1, 410:5, 476:6
**countering** [1] - 478:6
**counterintelligence** [2] - 405:19, 477:8
**country** [5] - 406:2, 409:24, 409:25, 463:23, 478:3
**counts** [2] - 429:15, 463:7
**couple** [3] - 418:21, 486:21, 510:25
**course** [9] - 426:15, 426:19, 429:1, 431:11, 438:1, 477:21, 483:22, 507:6, 511:12
**Court** [4] - 401:14, 401:14, 512:9, 514:12
**COURT** [44] - 400:1, 402:12, 402:16, 402:19, 402:22, 415:15, 415:17, 430:24, 432:10, 438:25, 439:3, 439:5, 459:25, 460:3, 460:15, 460:19, 461:3, 461:8, 461:11, 461:13, 506:20, 506:23, 507:3, 507:9, 507:15, 508:13, 508:16, 508:25, 509:11, 509:24, 510:4, 510:11, 510:14, 510:23, 511:1, 511:7, 511:15, 512:10, 512:15, 512:17, 512:20, 513:7, 513:11, 514:2
**court** [1] - 512:19
**Courthouse** [1] - 401:15
**COURTROOM** [4] - 402:1, 403:8, 403:11, 461:6
**courtroom** [6] - 402:3, 402:21, 460:14, 461:12, 513:6, 513:14
**cover** [2] - 418:15, 462:22
**covered** [1] - 410:21
**covers** [1] - 438:15
**covert** [2] - 410:7, 476:12
**CRC** [1] - 401:14
**created** [1] - 494:7
**credible** [2] - 443:20, 479:10
**Credico** [188] - 413:4, 413:11, 413:19, 426:2, 426:17, 426:20, 428:5, 429:3, 429:14, 430:1, 430:9, 430:12, 430:19, 431:9, 432:17, 435:16, 439:23, 440:18, 440:20, 440:24, 441:4, 441:20, 441:25, 442:2, 442:4, 442:6, 442:10, 442:13, 442:20, 443:2, 443:6, 443:11, 443:16, 443:17, 443:19, 443:20, 443:22, 443:25, 444:5, 444:10, 444:19, 444:22, 445:6, 445:7, 445:10, 445:16, 445:22, 446:1, 446:15, 446:18, 447:5, 447:13, 447:14, 447:17, 448:7, 448:10, 448:13, 448:19, 448:23, 449:7, 449:14, 449:16, 449:22, 450:1, 450:8, 450:12,

451:4, 451:7, 451:17, 451:22,
452:6, 452:20, 453:2, 453:10,
453:21, 453:24, 454:4, 454:12,
454:18, 454:19, 454:22, 454:23,
456:7, 456:20, 456:22, 457:1,
458:8, 459:6, 459:11, 459:17,
459:22, 462:1, 462:13, 463:6,
463:21, 463:25, 464:7, 464:14,
464:19, 464:23, 465:3, 465:16,
465:19, 466:13, 466:15, 466:17,
466:22, 467:5, 467:9, 467:21,
468:11, 468:15, 468:16, 468:21,
469:5, 469:21, 469:24, 470:8,
470:9, 470:12, 471:2, 471:22,
471:25, 472:23, 473:2, 473:5,
473:15, 474:4, 474:11, 483:23,
484:10, 484:13, 485:7, 486:1,
486:4, 486:5, 486:18, 486:25,
487:4, 487:16, 487:17, 488:2,
488:16, 488:21, 489:8, 489:18,
490:16, 490:19, 491:1, 491:5,
491:11, 491:19, 491:25, 492:3,
492:4, 492:10, 492:14, 493:9,
493:10, 496:22, 497:3, 497:5,
497:14, 497:20, 498:5, 498:10,
498:11, 499:2, 499:8, 499:10,
499:21, 500:20, 501:6, 501:10,
502:1, 502:16, 502:23, 503:12,
503:18, 503:24, 503:25, 504:13,
504:14, 505:9, 506:3, 511:9
  **credico** [15] - 413:16, 428:23,
455:3, 459:22, 465:13, 468:13,
484:1, 484:22, 484:23, 485:10,
491:6, 492:18, 502:9, 502:10,
503:6
  **Credico's** [10] - 448:3, 448:20,
450:25, 452:19, 469:17, 471:6,
472:7, 492:9, 498:19, 504:10
  **crime** [1] - 457:16
  **Criminal** [3] - 400:3, 402:2,
461:6
  **criminal** [1] - 473:24
  **criminality** [1] - 477:5
  **cross** [9] - 506:24, 507:16,
508:19, 509:2, 509:20, 510:17,
510:24, 511:21, 512:21
  **cross-examination** [8] -
506:24, 507:16, 508:19, 509:2,
510:17, 510:24, 511:21, 512:21
  **crosshairs** [3] - 473:24, 491:7,
492:19
  **CRR** [2] - 401:14, 514:12
  **Cruz** [1] - 471:22
  **CSO** [1] - 513:13
  **cyber** [5] - 405:2, 405:17,
418:16, 419:11, 476:11

# D

  **D.C** [1] - 514:14

  **Dalton** [2] - 465:4, 465:7
  **data** [4] - 417:23, 420:14,
425:11, 482:19
  **Date** [1] - 400:6
  **date** [15] - 414:7, 418:13,
421:19, 421:21, 421:24, 430:14,
436:3, 437:3, 437:18, 466:3,
474:2, 490:18, 491:17, 491:18,
495:11
  **dated** [35] - 404:14, 412:18,
413:11, 414:19, 416:8, 417:6,
420:6, 424:13, 433:7, 440:18,
444:18, 448:2, 451:17, 458:16,
469:16, 470:8, 474:22, 484:11,
485:8, 486:1, 489:8, 491:2,
495:24, 496:6, 496:22, 497:15,
498:6, 499:3, 500:16, 501:6,
502:1, 502:24, 503:19, 505:5,
505:24
  **Dated** [1] - 514:8
  **dating** [1] - 481:2
  **DAY** [1] - 400:5
  **days** [11] - 446:12, 448:24,
459:24, 466:23, 467:16, 479:24,
497:16, 497:17, 499:6, 502:4,
503:1
  **DC** [3] - 400:6, 400:17, 401:16
  **deadline** [1] - 449:15
  **deal** [1] - 457:22
  **deals** [1] - 407:2
  **Dean** [1] - 447:11
  **dear** [4] - 417:12, 420:10,
424:18, 444:22
  **December** [11] - 462:9, 466:4,
467:6, 467:10, 467:19, 468:9,
469:16, 470:13, 470:23, 492:8,
505:24
  **decided** [2] - 469:25, 512:20
  **decision** [1] - 513:3
  **decline** [2] - 469:22, 492:11
  **declined** [3] - 424:1, 425:13,
492:7
  **declines** [2] - 448:10, 495:1
  **declining** [2] - 448:21, 451:1
  **deep** [1] - 468:5
  **deeply** [1] - 415:3
  **defendant** [1] - 487:12
  **Defendant** [3] - 400:7, 400:20,
401:1
  **defending** [1] - 459:12
  **defense** [2] - 410:1, 508:18
  **Defense** [1] - 407:23
  **defined** [1] - 407:18
  **defines** [2] - 409:6, 409:15
  **definition** [1] - 464:5
  **deliver** [1] - 433:20
  **delivered** [2] - 405:14, 503:9
  **delivers** [1] - 455:20
  **demeanor** [1] - 457:14
  **democracies** [1] - 478:2

  **Democratic** [2] - 434:2
  **democratic** [1] - 477:1
  **democrats** [1] - 487:7
  **demonstrate** [1] - 511:22
  **denied** [1] - 482:9
  **denounce** [1] - 468:1
  **dentist** [1] - 493:11
  **Department** [1] - 407:23
  **department** [1] - 410:16
  **departments** [2] - 407:21,
408:16
  **deposition** [1] - 469:21
  **DEPUTY** [4] - 402:1, 403:8,
403:11, 461:6
  **derive** [1] - 432:13
  **describe** [1] - 475:16
  **described** [2] - 419:1, 475:9
  **describes** [3] - 478:12, 483:14,
483:17
  **describing** [1] - 443:20
  **designated** [1] - 411:20
  **desire** [1] - 511:17
  **Despite** [1] - 482:13
  **despite** [2] - 482:16, 488:6
  **destroys** [1] - 499:19
  **detail** [1] - 478:13
  **detailed** [1] - 506:14
  **determined** [1] - 477:4
  **Devin** [1] - 404:22
  **diatribe** [1] - 502:10
  **Dickman** [2] - 401:14, 514:12
  **DICKMAN** [1] - 514:4
  **die** [1] - 500:25
  **differences** [1] - 441:10
  **different** [8] - 429:15, 429:17,
430:20, 437:11, 441:8, 441:9,
500:17, 504:2
  **dinner** [1] - 493:7
  **direct** [56] - 406:20, 407:6,
408:5, 409:8, 411:10, 412:2,
417:1, 418:7, 418:9, 419:4,
420:1, 429:19, 433:23, 439:12,
439:20, 440:4, 441:14, 444:13,
447:22, 451:11, 451:25, 452:23,
458:23, 462:7, 467:15, 467:17,
469:12, 470:2, 470:20, 474:17,
478:16, 478:24, 479:15, 480:22,
481:13, 482:12, 483:4, 485:1,
486:22, 489:1, 491:3, 491:22,
496:12, 496:16, 497:11, 500:10,
503:15, 504:25, 505:2, 505:12,
505:21, 506:5, 507:22, 511:21,
512:21
  **Direct** [1] - 401:22
  **DIRECT** [1] - 403:14
  **directed** [9] - 405:2, 405:18,
410:6, 417:13, 418:17, 419:12,
444:23, 453:16, 476:13
  **directing** [12] - 414:6, 435:2,
442:24, 450:4, 483:16, 486:16,

486:24, 489:22, 496:13, 501:1, 502:18, 509:4

**director** [1] - 407:16

**disclose** [2] - 425:18, 433:17

**disclosure** [2] - 425:21, 434:1

**disclosures** [3] - 481:7, 482:11, 497:9

**discovered** [1] - 478:5

**discoveries** [1] - 477:20

**discovery** [3] - 418:2, 420:18, 420:24

**discrepancy** [1] - 494:3

**discuss** [2] - 460:9, 513:4

**discussed** [3] - 402:24, 412:20, 495:1

**discusses** [1] - 454:19

**discussing** [2] - 459:20, 487:18

**discussion** [2] - 460:18, 506:22

**disloyal** [1] - 465:1

**disputed** [1] - 482:10

**disseminated** [2] - 425:10, 482:18

**dissemination** [4] - 409:23, 410:3, 410:12, 479:25

**DISTRICT** [4] - 400:1, 400:1, 400:10, 400:16

**division** [2] - 410:16, 478:3

**DMs** [1] - 439:20

**DNC** [3] - 425:11, 480:11, 482:19

**docs** [1] - 471:3

**doctor** [1] - 493:12

**document** [17] - 412:19, 417:4, 420:4, 444:16, 447:25, 449:6, 451:14, 453:1, 469:14, 487:11, 491:11, 491:14, 491:20, 491:23, 492:18, 493:5, 505:3

**documentary** [1] - 453:16

**documents** [19] - 405:9, 405:12, 417:16, 417:22, 417:25, 418:4, 418:14, 420:13, 420:16, 420:22, 424:24, 432:25, 433:21, 434:8, 439:15, 439:18, 481:25, 487:8, 493:4

**dodged** [1] - 488:21

**dog** [1] - 500:6

**Donald** [3] - 438:14, 475:9, 481:2

**done** [5] - 428:16, 454:23, 463:2, 476:6, 493:3

**door** [2] - 457:12, 509:22

**down** [15] - 407:8, 407:11, 408:7, 409:11, 441:2, 442:24, 443:10, 446:9, 446:11, 450:4, 454:8, 460:17, 462:9, 465:15, 468:8

**Dr** [2] - 489:19, 490:1

**draft** [1] - 405:6

**dramatization** [1] - 494:2

**drinking** [1] - 465:2

**drop** [1] - 464:2

**Drug** [1] - 442:8

**drug** [5] - 442:11, 455:2, 484:17, 499:10, 499:18

**drug-addicted** [1] - 499:18

**drugs** [1] - 442:5

**drunk** [1] - 500:2

**due** [1] - 477:21

**dumb** [1] - 499:25

**dumps** [1] - 414:9

**during** [15] - 406:17, 422:25, 423:9, 426:24, 433:18, 433:22, 435:8, 436:12, 447:11, 460:10, 477:7, 481:4, 481:7, 504:19, 506:13

**dying** [1] - 500:4

## E

**eager** [1] - 415:7

**early** [2] - 414:2, 414:4

**easel** [6] - 404:18, 413:13, 440:11, 445:2, 456:14, 461:22

**East** [2] - 401:6, 401:10

**Ecuadorian** [1] - 463:25

**editors** [1] - 465:21

**effect** [1] - 483:1

**effectively** [1] - 447:3

**effort** [1] - 442:10

**ego** [1] - 464:20

**eight** [2] - 504:18, 510:1

**either** [3] - 468:2, 471:8, 500:7

**election** [7] - 404:3, 412:23, 417:14, 418:17, 444:24, 475:21, 476:6

**elections** [4] - 405:7, 405:20, 434:4, 476:3

**electronically** [2] - 417:22, 420:13, 420:22

**elicited** [1] - 507:24

**Email** [8] - 400:18, 400:18, 400:19, 400:23, 401:5, 401:8, 401:12, 401:17

**email** [138] - 413:4, 413:11, 413:13, 413:17, 414:8, 415:12, 415:18, 415:23, 416:7, 416:14, 416:16, 416:17, 416:19, 417:23, 420:14, 424:22, 425:2, 425:16, 426:20, 428:8, 428:11, 428:16, 430:18, 431:7, 432:25, 433:7, 433:10, 433:13, 435:2, 435:5, 435:15, 436:1, 436:3, 436:5, 436:8, 436:25, 437:3, 437:5, 437:8, 437:11, 437:14, 437:18, 437:20, 437:23, 440:1, 440:18, 440:20, 440:21, 440:24, 440:25, 441:2, 441:3, 441:6, 441:15, 441:24, 442:12, 442:24, 443:14, 443:24, 444:4, 444:5, 452:6, 452:9, 452:10, 452:13, 452:20,

453:7, 456:12, 456:25, 458:15, 458:21, 459:22, 461:21, 461:25, 470:8, 472:3, 482:23, 484:10, 484:14, 485:7, 486:1, 486:3, 486:12, 486:19, 487:17, 489:1, 489:8, 489:9, 489:10, 489:12, 489:15, 489:18, 489:24, 490:8, 490:15, 490:19, 491:1, 491:12, 492:16, 493:21, 494:14, 495:3, 495:9, 495:11, 495:16, 495:19, 495:23, 496:6, 496:12, 496:13, 496:22, 496:24, 497:1, 497:14, 498:5, 498:19, 499:2, 499:4, 500:16, 500:17, 500:20, 501:6, 501:8, 501:9, 502:1, 502:7, 502:8, 502:12, 502:23, 502:25, 503:15, 503:18, 503:20, 503:22, 504:13

**emailed** [1] - 456:22

**Emails** [1] - 479:19

**emails** [45] - 403:19, 421:2, 422:21, 426:16, 428:4, 428:5, 428:6, 428:22, 428:24, 429:20, 436:21, 439:22, 458:19, 460:19, 460:21, 473:19, 479:14, 479:25, 480:9, 480:10, 480:12, 480:17, 482:6, 483:22, 484:1, 484:19, 484:22, 485:19, 487:15, 489:19, 489:20, 490:2, 490:10, 495:17, 496:1, 496:9, 496:25, 497:20, 497:24, 498:14, 505:9, 506:2, 511:2, 511:3

**embarrassed** [1] - 488:24

**Embassy** [1] - 471:22

**embassy** [2] - 414:9, 463:25

**emphasize** [1] - 511:14

**employee** [1] - 410:17

**employees** [1] - 434:21

**encouraged** [1] - 480:8

**end** [1] - 474:3

**enforcement** [7] - 431:12, 431:19, 431:23, 432:1, 432:5, 432:6, 474:11

**enjoy** [1] - 513:4

**ensure** [2] - 402:23, 477:20

**enter** [2] - 402:21, 461:12

**entertainer** [3] - 441:21, 441:25, 442:14

**enthusiasm** [1] - 480:16

**entire** [5] - 507:19, 509:1, 511:20, 511:25, 512:11

**entirely** [2] - 505:18, 509:18

**entirety** [1] - 508:18

**entities** [1] - 433:25

**entitled** [1] - 507:13

**enumerated** [1] - 477:10

**equities** [1] - 492:13

**Erik** [1] - 438:13

**Erin** [4] - 485:12, 493:10, 493:16, 494:19

523

**error** [2] - 456:4, 485:15
**especially** [1] - 463:22
**essentially** [1] - 460:21
**evening** [1] - 402:25
**evidence** [16] - 462:15, 464:15, 472:4, 473:18, 479:7, 480:12, 482:17, 507:17, 507:19, 507:25, 508:17, 510:14, 510:15, 510:16, 513:2
**ex** [1] - 464:24
**exactly** [1] - 431:15
**exaggerating** [1] - 473:25
**examination** [9] - 506:24, 507:16, 508:19, 509:2, 510:17, 510:24, 511:21, 512:21
**Examination** [1] - 401:22
**EXAMINATION** [1] - 403:14
**examine** [2] - 405:15, 476:10
**examined** [2] - 480:16, 483:22
**example** [2] - 430:11, 484:4
**exceeds** [1] - 511:20
**except** [3] - 464:2, 498:15, 513:5
**excerpt** [2] - 511:23, 511:24
**excerpts** [7] - 423:25, 509:3, 509:5, 510:6, 510:22, 511:23
**exchange** [70] - 435:16, 436:3, 436:5, 436:25, 437:3, 437:5, 437:8, 437:11, 437:14, 437:18, 437:20, 437:23, 446:14, 446:19, 449:8, 449:12, 450:5, 450:7, 450:20, 451:2, 452:21, 453:3, 453:6, 453:9, 454:8, 454:11, 458:7, 458:15, 459:8, 461:21, 461:25, 462:1, 462:8, 462:12, 462:25, 467:16, 467:18, 468:8, 468:12, 469:1, 470:18, 470:22, 471:18, 472:12, 472:16, 472:24, 473:7, 486:1, 486:3, 489:2, 490:8, 490:19, 491:1, 491:4, 492:16, 494:13, 497:1, 497:14, 497:18, 498:5, 499:2, 499:4, 500:16, 502:1, 502:5, 502:23, 502:25, 503:3, 503:18, 503:20
**excuse** [2] - 496:14, 504:23
**excused** [2] - 460:16, 513:11
**executed** [7] - 428:7, 428:10, 428:12, 428:21, 436:9, 437:9, 437:24
**Exhibit** [115] - 404:10, 404:13, 404:18, 406:11, 406:14, 411:4, 411:7, 412:3, 412:13, 412:16, 413:8, 413:10, 413:14, 414:7, 414:15, 414:18, 414:22, 415:24, 416:3, 416:6, 416:25, 417:5, 419:1, 419:25, 421:16, 421:18, 424:9, 424:12, 429:9, 429:12, 430:4, 430:7, 431:5, 433:3, 433:6, 435:17, 436:21, 437:12, 438:7, 438:10, 439:13, 440:6,

440:10, 440:11, 440:15, 444:12, 444:17, 445:3, 445:6, 445:12, 445:15, 447:21, 448:1, 449:2, 449:5, 451:10, 451:15, 452:2, 452:5, 452:23, 452:25, 458:11, 458:14, 461:18, 462:4, 466:9, 467:1, 467:4, 467:17, 469:9, 470:4, 470:7, 470:19, 471:12, 472:17, 472:22, 474:18, 474:21, 484:6, 484:9, 485:3, 485:6, 485:22, 485:25, 489:4, 489:7, 490:9, 490:22, 490:25, 495:4, 495:8, 496:17, 496:21, 497:1, 497:11, 497:13, 498:2, 498:4, 498:24, 499:1, 500:11, 500:15, 501:1, 501:5, 501:21, 501:25, 502:18, 502:22, 503:16, 503:17, 505:1, 505:8, 505:22, 505:23, 512:12
**exhibit** [55] - 404:20, 406:21, 408:4, 409:9, 410:20, 411:11, 417:2, 418:8, 419:1, 419:5, 420:2, 420:5, 424:17, 438:15, 439:13, 444:14, 447:23, 451:12, 452:15, 462:8, 467:18, 469:13, 469:15, 470:21, 471:16, 471:17, 473:10, 475:1, 475:3, 475:19, 477:23, 478:17, 479:17, 480:23, 482:13, 483:4, 483:16, 486:17, 486:23, 487:20, 488:8, 489:22, 490:6, 490:9, 491:4, 491:10, 491:23, 492:17, 495:21, 496:4, 500:23, 505:4
**exhibits** [3] - 441:12, 504:11, 504:12
**expected** [1] - 405:12
**experts** [2] - 462:20, 502:11
**explain** [1] - 423:10
**explained** [1] - 457:20
**explaining** [1] - 488:20
**explore** [1] - 492:12
**explosive** [1] - 484:18
**expressed** [1] - 480:16
**extent** [2] - 408:14, 476:24
**eyes** [1] - 442:5

# F

**Facebook** [2] - 429:19, 467:5
**fact** [4] - 403:1, 432:18, 451:6, 456:7
**facts** [6] - 406:3, 418:2, 420:18, 420:25, 477:4, 477:18
**failures** [1] - 442:5
**fair** [5] - 460:20, 483:25, 484:3, 484:19, 511:20
**fairly** [3] - 460:23, 507:22, 508:11
**fall** [1] - 507:22
**false** [2] - 415:10, 463:13

**familiar** [1] - 446:24
**family** [1] - 457:16
**fascinating** [1] - 509:18
**father** [3] - 457:18, 494:17, 494:21
**favor** [1] - 497:23
**FBI** [9] - 402:11, 457:11, 457:22, 462:15, 463:5, 471:4, 471:6, 471:7, 498:1
**Federal** [1] - 412:24
**federal** [3] - 442:6, 474:11, 499:22
**feeds** [1] - 487:10
**few** [8] - 403:24, 448:24, 466:22, 467:16, 471:11, 474:24, 497:16, 509:25
**fifth** [2] - 468:6, 468:18
**Fifth** [25] - 446:16, 446:24, 447:2, 447:6, 447:14, 448:19, 449:20, 450:18, 458:8, 459:17, 459:23, 463:4, 464:11, 467:11, 468:1, 468:22, 469:7, 469:22, 470:11, 470:16, 474:5, 483:2, 483:9, 488:18, 492:10
**fifths** [1] - 462:9
**figure** [1] - 473:20
**file** [1] - 504:6
**final** [1] - 493:3
**finally** [2] - 483:13, 483:21
**Financial** [1] - 401:2
**findings** [1] - 477:11
**fine** [3] - 507:6, 511:7, 511:24
**finish** [1] - 466:6
**fired** [1] - 465:20
**first** [45] - 408:6, 413:15, 414:24, 416:14, 417:10, 417:19, 420:8, 422:4, 424:15, 424:16, 433:12, 440:9, 441:3, 441:14, 442:12, 442:25, 443:1, 444:20, 446:9, 448:4, 456:13, 461:23, 466:10, 466:15, 466:20, 469:18, 471:2, 472:5, 474:25, 483:6, 486:12, 486:22, 487:4, 487:13, 489:11, 490:5, 490:13, 495:22, 495:23, 499:8, 505:13, 505:14, 506:9, 507:1, 509:24
**five** [2] - 466:21, 504:2
**Five** [2] - 446:2, 446:3
**fix** [1] - 478:4
**FL** [4] - 400:22, 401:4, 401:7, 401:11
**flew** [1] - 446:1
**Florida** [1] - 492:25
**focus** [1] - 472:10
**focussing** [1] - 479:10
**follow** [8] - 402:23, 406:3, 424:22, 425:16, 433:14, 434:8, 435:5, 477:4
**follow-up** [5] - 424:22, 425:16, 433:14, 434:8, 435:5

**following** [7] - 404:23, 407:15, 417:21, 433:22, 481:15, 487:9
**follows** [1] - 441:6
**fool** [2] - 463:5, 464:9
**FOR** [2] - 400:1, 400:15
**force** [2] - 409:25, 410:9
**foregoing** [1] - 514:5
**foreign** [5] - 409:23, 409:25, 410:1, 410:8, 476:6
**forensic** [6] - 462:15, 462:20, 464:15, 472:4, 473:18, 502:11
**forensically** [1] - 453:22
**form** [3] - 418:1, 420:16, 420:23
**Former** [1] - 475:9
**Fort** [2] - 400:22, 401:7
**forthcoming** [1] - 506:13
**forty** [1] - 466:21
**forty-five** [1] - 466:21
**forward** [5] - 403:23, 415:12, 415:18, 440:1, 483:20
**forwarded** [8] - 441:15, 442:13, 443:6, 443:25, 489:9, 489:10, 489:15, 496:25
**forwarding** [3] - 440:24, 453:7, 490:18
**forwards** [1] - 441:4
**foundation** [1] - 482:1
**four** [8] - 419:9, 424:15, 424:16, 462:9, 466:12, 478:9, 488:19, 502:4
**four-fifths** [1] - 462:9
**Fourth** [1] - 400:16
**fourth** [1] - 419:4
**Frank** [10] - 446:7, 453:10, 455:10, 455:22, 455:23, 456:1, 456:11, 457:1, 459:21, 474:7
**Frankie** [2] - 446:2, 446:3
**freezes** [1] - 499:11
**frequent** [1] - 480:10
**friend** [5] - 414:9, 453:10, 504:7, 504:9, 504:10
**friends** [2] - 473:17, 500:4
**front** [5] - 415:8, 436:23, 467:12, 469:2, 488:22
**Ft** [2] - 401:4, 401:11
**Fuck** [1] - 465:22
**fuck** [7] - 454:2, 463:1, 464:18, 465:1, 468:18, 473:4, 486:15
**fucking** [2] - 494:12, 500:7
**fuel** [1] - 459:13
**full** [8] - 476:25, 485:13, 493:1, 493:2, 504:5, 506:6, 514:6
**fun** [1] - 464:25
**function** [1] - 406:7
**functions** [1] - 407:3
**future** [5] - 419:18, 476:7, 476:20, 477:2, 478:6

**G**

**gained** [1] - 488:3
**gate** [1] - 464:3
**gates** [1] - 438:22
**Gates** [1] - 438:13
**gathered** [1] - 487:16
**generally** [3] - 427:17, 479:5, 479:6
**gentleman** [2] - 425:23, 441:16
**gents** [1] - 495:17
**GIBBONS** [1] - 401:2
**gig** [1] - 468:5
**given** [2] - 450:16, 465:1
**Gloria** [1] - 416:8
**go-between** [2] - 424:1, 443:21
**goal** [2] - 476:24, 512:24
**Godfather** [7] - 446:2, 446:6, 455:17, 455:18, 456:1, 457:5, 494:25
**Goodman** [1] - 426:5
**goods** [2] - 454:17, 493:25
**Google** [1] - 499:18
**government** [12] - 407:22, 409:24, 410:8, 442:6, 476:18, 507:4, 509:14, 509:15, 511:6, 511:13, 512:5, 513:9
**Government** [1] - 405:22
**government's** [3] - 418:19, 419:16, 508:21
**Government's** [115] - 404:10, 404:13, 404:18, 406:11, 406:14, 411:4, 411:7, 412:2, 412:13, 412:16, 413:8, 413:10, 413:14, 414:6, 414:15, 414:18, 414:21, 415:24, 416:3, 416:6, 416:25, 417:5, 419:25, 421:16, 421:17, 424:9, 424:12, 429:9, 429:12, 430:4, 430:7, 431:5, 433:3, 433:6, 435:17, 436:21, 437:12, 438:7, 438:10, 439:13, 440:6, 440:9, 440:11, 440:15, 444:12, 444:17, 445:3, 445:6, 445:12, 445:15, 447:21, 448:1, 449:2, 449:5, 451:10, 451:15, 451:25, 452:2, 452:5, 452:23, 452:25, 458:11, 458:14, 461:18, 462:4, 466:8, 467:1, 467:4, 467:16, 469:9, 470:4, 470:7, 470:19, 471:12, 472:17, 472:22, 474:18, 474:21, 484:6, 484:9, 485:3, 485:6, 485:22, 485:25, 489:4, 489:7, 490:9, 490:22, 490:25, 495:4, 495:8, 496:16, 496:21, 497:1, 497:11, 497:13, 498:2, 498:4, 498:24, 499:1, 500:10, 500:15, 501:1, 501:5, 501:21, 501:25, 502:18, 502:22, 503:16, 503:17, 504:25, 505:7, 505:21, 505:23, 512:12

**Gowdy** [1] - 424:20
**grandson's** [1] - 492:25
**grant** [2] - 433:14, 495:18
**Grant** [3] - 401:5, 402:14, 424:19
**graphs** [2] - 417:24, 420:15
**great** [2] - 403:2, 497:7
**greatest** [1] - 476:24
**group** [2] - 409:24, 410:9
**groups** [1] - 477:17
**gsmith@strategysmith.com** [1] - 401:8
**guarantee** [1] - 464:11
**Guccifer** [4] - 433:25, 439:20, 481:13, 498:12
**guess** [1] - 454:5
**guts** [1] - 455:7
**guy** [4] - 414:1, 414:3, 430:18, 431:8
**guys** [2] - 457:22, 464:17

**H**

**ha-ha** [1] - 451:4
**Ha-ha** [1] - 460:22
**Haberman** [2] - 464:24, 465:19
**Hail** [1] - 498:12
**Haley** [2] - 403:13, 460:12
**half** [4] - 488:19, 494:7, 495:15, 511:17
**hand** [3] - 460:6, 483:5, 488:19
**hates** [1] - 454:2
**Hayes** [1] - 490:16
**head** [1] - 465:15
**headache** [1] - 462:15
**header** [1] - 490:13
**heading** [4] - 478:18, 478:25, 479:4, 479:18
**heads** [1] - 403:3
**hear** [1] - 508:14
**heard** [8] - 422:20, 426:10, 497:9, 508:11, 510:3, 510:4, 513:2
**hearing** [5] - 423:9, 432:24, 435:8, 457:10, 457:12
**HELD** [1] - 400:9
**hell** [3] - 465:8, 486:13, 499:11
**help** [1] - 486:14
**hereby** [1] - 514:4
**hiding** [1] - 450:3
**high** [2] - 442:3, 442:20
**highest** [1] - 404:25
**Hilarious** [1] - 501:9
**Hilary** [4] - 422:19, 426:1, 480:9, 487:7
**Hillary** [2] - 454:17, 494:1
**himself** [9] - 443:18, 452:6, 470:12, 473:4, 482:6, 485:7, 485:9, 485:10, 491:19

**hit** [1] - 494:7
**hitting** [1] - 486:5
**hoax** [1] - 497:7
**hold** [2] - 459:18, 481:19
**holds** [2] - 442:2, 442:20
**honest** [7] - 471:3, 471:4, 471:6, 473:20, 473:25, 497:22, 503:25
**Honor** [13] - 402:1, 402:4, 402:7, 402:18, 403:7, 432:9, 439:4, 460:2, 461:6, 461:15, 512:10, 512:18, 513:10
**HONORABLE** [1] - 400:9
**hope** [1] - 455:4
**host** [1] - 426:3
**hour** [3] - 466:21, 511:18, 512:23
**hours** [4] - 488:20, 509:7, 510:24, 510:25
**House** [47] - 404:2, 404:7, 404:21, 404:24, 405:14, 406:5, 406:8, 406:15, 407:2, 407:3, 407:25, 408:13, 408:14, 408:18, 408:19, 410:21, 410:22, 412:3, 412:6, 413:3, 414:11, 417:14, 421:9, 421:22, 425:17, 441:5, 444:24, 447:18, 449:16, 450:8, 451:6, 451:16, 454:20, 469:5, 473:16, 473:21, 474:13, 475:11, 476:8, 482:22, 488:13, 488:15, 491:15, 498:16, 504:1, 504:20
**HPSCI** [15] - 404:8, 404:14, 404:16, 414:20, 417:6, 420:7, 424:14, 433:8, 444:18, 448:3, 469:17, 505:6, 505:17, 505:25
**HPSCI's** [2] - 474:22, 491:8
**HRC** [2] - 436:1, 489:24
**hum** [4] - 437:2, 481:18, 488:9, 506:8
**hunt** [2] - 449:25, 468:1
**hype** [1] - 488:6

## I

**Ian** [1] - 400:13
**IC** [3] - 479:25, 480:3, 480:5
**idea** [2] - 468:21, 468:24
**identification** [1] - 504:14
**identified** [7] - 426:13, 475:5, 475:14, 477:7, 478:10, 482:8, 492:4
**identify** [3] - 402:5, 424:1, 425:21
**identifying** [3] - 445:6, 447:13, 456:20
**identity** [2] - 423:10, 425:14
**idiot** [2] - 453:11, 504:2
**II** [5] - 446:6, 455:17, 455:18, 457:6, 494:25
**illegal** [2] - 463:2, 468:3

**illusion** [1] - 501:11
**images** [2] - 417:25, 420:16
**imitation** [2] - 455:10, 459:21
**immunity** [1] - 492:14
**impact** [1] - 405:23
**important** [6] - 405:9, 423:11, 473:22, 481:6, 487:23, 488:2
**Impossible** [1] - 453:18
**impressionist** [2] - 442:1, 442:14
**improper** [1] - 468:3
**IN** [1] - 400:1
**inappropriate** [1] - 477:9
**inception** [1] - 477:3
**include** [6] - 405:17, 419:13, 432:3, 476:15, 478:22, 479:12
**included** [1] - 405:16
**includes** [3] - 409:21, 416:8, 466:17
**including** [11] - 405:2, 405:20, 407:22, 417:23, 417:24, 418:16, 420:14, 420:15, 433:23, 434:5, 477:8
**incoming** [1] - 405:9
**incorrect** [2] - 486:15, 504:15
**incrimination** [2] - 447:3, 483:10
**indented** [1] - 417:11
**INDEX** [1] - 401:20
**indicating** [2] - 413:15, 446:23
**indicating)** [16] - 404:19, 414:23, 416:20, 417:9, 421:7, 421:25, 440:14, 445:4, 448:17, 450:24, 451:21, 461:24, 466:11, 467:14, 469:4, 471:10
**indicted** [1] - 464:12
**individuals** [9] - 405:21, 418:18, 419:14, 433:24, 434:3, 438:19, 476:16, 478:22, 483:12
**influence** [2] - 476:12, 478:6
**influential** [2] - 442:1, 442:15
**inform** [1] - 451:22
**information** [26] - 405:11, 405:25, 409:23, 410:4, 410:12, 417:23, 418:20, 419:19, 420:13, 420:23, 424:23, 425:9, 425:18, 434:1, 435:9, 443:16, 443:18, 448:11, 472:1, 476:22, 477:12, 480:19, 481:6, 482:9, 482:18, 483:11
**informed** [2] - 492:5, 492:9
**InfoWars** [3] - 443:22, 444:3, 466:16
**initiated** [1] - 476:9
**inquiries** [1] - 459:13
**Inquiry** [1] - 404:16
**inquiry** [4] - 405:5, 405:11, 405:16, 412:22
**instead** [4] - 464:16, 473:23, 498:17, 498:21

**institutions** [1] - 477:2
**instructed** [1] - 513:1
**instructions** [1] - 402:24
**instrumentality** [1] - 410:16
**Intel** [4] - 473:16, 473:21, 498:16, 504:1
**intelligence** [20] - 405:1, 405:5, 405:6, 405:10, 405:20, 405:24, 406:1, 407:20, 407:22, 407:23, 408:15, 409:2, 409:15, 409:21, 412:22, 476:13
**Intelligence** [37] - 404:8, 404:22, 404:24, 405:14, 406:8, 406:25, 407:3, 407:16, 407:17, 407:25, 410:23, 411:9, 412:3, 412:6, 412:18, 413:3, 414:11, 415:9, 417:15, 419:20, 421:10, 421:22, 444:24, 447:18, 451:6, 454:20, 469:6, 474:14, 476:9, 476:23, 480:6, 488:13, 488:15, 491:15, 493:4, 504:20
**intelligence-related** [6] - 407:20, 407:23, 408:15, 409:2, 409:15, 409:21
**intentions** [1] - 405:7
**interest** [1] - 477:17
**interference** [2] - 404:4, 412:23
**intermediary** [18] - 424:1, 425:18, 426:12, 427:1, 427:8, 427:15, 430:18, 431:7, 433:17, 434:7, 434:9, 443:21, 459:7, 464:4, 468:16, 482:8, 492:5, 497:6
**internal** [1] - 410:18
**interrupt** [1] - 424:25
**interrupted** [1] - 466:5
**interview** [22] - 417:17, 418:5, 418:13, 418:14, 424:21, 425:6, 425:16, 425:19, 425:24, 433:14, 433:19, 433:22, 445:1, 445:7, 448:9, 448:21, 451:1, 454:23, 483:8, 492:7, 495:2, 506:13
**interviewed** [1] - 477:13
**interviews** [4] - 443:3, 443:5, 443:7, 467:25
**intimated** [1] - 415:4
**introduced** [1] - 472:3
**invented** [1] - 499:12
**investigated** [3] - 479:9, 479:12, 506:15
**investigation** [29] - 404:3, 411:19, 411:22, 412:4, 412:9, 412:20, 412:25, 414:11, 417:13, 418:16, 418:22, 419:7, 423:12, 426:15, 429:1, 431:11, 438:2, 444:22, 447:11, 474:15, 475:17, 476:10, 477:7, 477:15, 477:20, 483:1, 483:14, 483:18, 487:16
**Investigation** [1] - 412:25
**investigation's** [4] - 418:3,

420:19, 420:25, 477:3
**investigations** [7] - 411:1,
411:14, 411:15, 411:16, 411:18,
411:24, 477:16
**investigative** [1] - 491:9
**Investigative** [1] - 491:16
**invitation** [2] - 448:11, 448:21
**invoked** [1] - 483:9
**invoking** [1] - 483:2
**involved** [4] - 433:25, 434:4,
436:13, 498:15
**involvement** [1] - 479:13
**Isakoff** [1] - 471:22
**Isikoff** [1] - 486:13
**issue** [3] - 406:2, 407:25,
474:14
**issued** [3] - 412:5, 412:17,
493:3
**issuing** [1] - 409:1
**italics** [1] - 443:11
**ITV** [1] - 425:25

### J

**j)(1** [3] - 409:10, 409:18, 409:20
**JA** [2] - 493:24, 493:25
**JACKSON** [1] - 400:9
**jail** [2] - 465:4, 465:7
**JANICE** [1] - 514:4
**Janice** [2] - 401:14, 514:12
**JaniceDickmanDCD@gmail.
com** [1] - 401:17
**January** [12] - 403:24, 404:1,
404:15, 412:18, 413:12, 413:20,
438:16, 471:19, 472:25, 473:12,
474:3, 476:10
**Jason** [1] - 400:6
**Jed** [2] - 400:14, 402:9
**Jerome** [6] - 416:15, 426:7,
475:14, 482:23, 505:19, 506:16
**Jerry** [1] - 459:15
**John** [7] - 400:14, 422:18,
422:19, 434:5, 447:11, 481:9
**Joint** [1] - 404:15
**joint** [1] - 412:21
**joke** [1] - 457:11
**Jon** [1] - 400:15
**Jonathan** [2] - 400:13, 402:7
**jonathan.kravis3@usdoj.gov**
[1] - 400:18
**journalist** [2] - 482:5, 488:18
**journalists** [2] - 467:25, 493:20
**Jr** [1] - 400:6
**Judge** [1] - 402:13
**JUDGE** [2] - 400:9, 400:10
**Julian** [13] - 413:24, 425:24,
433:17, 433:24, 434:13, 439:21,
443:4, 454:20, 481:11, 481:24,
485:14, 487:6, 492:5
**July** [9] - 455:10, 455:24, 456:2,

459:21, 482:6, 487:5, 487:18,
495:24, 496:7
**jump** [1] - 508:2
**June** [10] - 425:24, 429:14,
463:12, 463:22, 463:23, 464:21,
493:25, 494:11, 502:13, 505:5
**Juror** [1] - 403:8
**JUROR** [2] - 403:10, 403:12
**jurors** [5] - 402:21, 402:22,
460:14, 461:12, 513:6
**jurors'** [1] - 509:12
**JURY** [2] - 400:4, 400:8
**jury** [49] - 402:20, 404:10,
406:11, 411:3, 412:12, 413:7,
414:15, 416:3, 416:25, 419:25,
424:9, 429:9, 430:3, 433:3,
435:21, 438:7, 440:5, 444:12,
445:12, 447:21, 449:1, 451:10,
452:1, 458:10, 461:8, 461:11,
462:4, 467:1, 469:8, 470:3,
471:14, 472:19, 474:18, 484:6,
485:2, 485:22, 489:3, 490:21,
495:6, 496:19, 500:12, 501:2,
501:23, 502:20, 508:10, 508:13,
508:22, 509:14, 509:16
**Justice** [1] - 442:7

### K

**Keefe** [1] - 402:11
**keep** [6] - 402:17, 420:20,
425:5, 453:17, 480:7, 504:6
**key** [2] - 478:19, 478:21
**kind** [3] - 456:4, 472:6, 472:8
**knowledge** [4] - 425:9, 479:13,
481:6, 482:10
**known** [2] - 442:2, 442:19
**knows** [3] - 463:8, 463:16,
497:25
**KRAVIS** [135] - 402:7, 402:18,
403:7, 403:13, 403:15, 404:9,
404:12, 406:10, 406:13, 411:3,
411:6, 412:12, 412:15, 413:7,
414:14, 414:17, 415:14, 415:16,
415:20, 415:22, 416:2, 416:5,
416:24, 417:3, 419:24, 420:3,
421:12, 421:14, 422:4, 422:7,
422:14, 422:17, 423:5, 423:8,
423:14, 423:17, 423:20, 423:22,
423:24, 424:8, 424:11, 427:3,
427:6, 427:10, 427:13, 427:19,
427:22, 427:25, 428:3, 429:8,
429:11, 430:3, 430:6, 430:23,
431:1, 432:20, 433:2, 433:5,
434:15, 434:19, 434:23, 435:1,
435:11, 435:14, 435:21, 435:23,
436:16, 436:19, 438:6, 438:9,
439:6, 440:5, 440:8, 441:11,
441:13, 444:11, 444:15, 445:11,
445:14, 447:20, 447:24, 449:1,

449:4, 451:9, 451:13, 452:1,
452:4, 458:10, 458:13, 460:2,
461:2, 461:4, 461:15, 461:16,
462:3, 462:6, 466:25, 467:3,
469:8, 469:11, 470:3, 470:6,
471:13, 471:15, 472:21, 474:17,
474:20, 484:5, 484:8, 485:2,
485:5, 485:21, 485:24, 489:3,
489:6, 490:12, 490:21, 490:24,
495:5, 495:7, 496:18, 496:20,
500:12, 500:14, 501:2, 501:4,
501:22, 501:24, 502:19, 502:21,
506:18, 507:4, 512:6, 512:18,
513:9
**Kravis** [4] - 400:13, 402:8,
403:6, 461:14
**kravis** [1] - 459:25
**Kravis........403** [1] - 401:22
**Kunstler** [1] - 504:10

### L

**landing** [1] - 488:25
**landmark** [3] - 443:3, 443:5,
443:6
**language** [4] - 442:15, 442:16,
443:24, 443:25
**Las** [2] - 401:6, 401:10
**last** [19] - 405:3, 414:3, 428:15,
435:25, 456:15, 466:16, 472:2,
472:14, 473:8, 483:6, 487:22,
491:12, 494:13, 499:4, 499:23,
502:3, 502:25, 503:15, 503:20
**late** [1] - 492:8
**Lauderdale** [4] - 400:22, 401:4,
401:7, 401:11
**law** [9] - 431:11, 431:19,
431:22, 432:1, 432:5, 432:6,
455:2, 474:11, 499:22
**LAW** [2] - 400:21, 401:9
**laws** [1] - 442:11
**Laws** [1] - 442:8
**lawyer** [10] - 439:8, 446:15,
448:20, 449:17, 449:20, 449:23,
450:8, 464:16, 465:14
**lawyers** [3] - 449:23, 465:24,
500:4
**lead** [5] - 406:4, 418:2, 420:18,
420:24, 477:4
**leadership** [1] - 405:9
**leaks** [4] - 405:25, 419:19,
476:21, 477:9
**least** [4] - 443:3, 455:1, 481:3,
510:25
**leave** [2] - 460:14, 513:6
**lectern** [1] - 402:5
**left** [1] - 403:18
**legal** [6] - 448:6, 468:2, 468:18,
477:9, 488:17, 494:7
**legislation** [1] - 407:14

**less** [5] - 433:11, 445:8, 450:18, 459:14, 466:21
**letter** [73] - 414:19, 414:21, 414:25, 415:15, 415:17, 415:18, 415:20, 415:23, 416:12, 416:21, 416:22, 417:6, 417:8, 417:11, 418:5, 418:8, 418:25, 419:7, 419:22, 420:6, 420:9, 420:12, 421:2, 421:6, 424:6, 424:13, 424:16, 425:5, 426:8, 439:8, 439:16, 439:19, 439:22, 440:1, 440:9, 440:10, 440:21, 441:5, 441:7, 442:21, 443:7, 444:1, 444:6, 444:9, 444:18, 444:21, 445:2, 445:5, 445:7, 445:10, 445:22, 447:12, 448:2, 448:5, 448:7, 448:12, 448:13, 448:21, 450:25, 456:19, 464:3, 469:16, 469:18, 474:3, 505:5, 505:7, 505:8, 505:13, 505:19, 505:24, 506:1, 506:16
**level** [2] - 498:11, 498:15
**liability** [1] - 468:2
**liar** [2] - 494:12, 500:9
**liberal** [1] - 464:17
**Libya** [1] - 489:19
**lie** [2] - 462:13, 484:24
**lied** [2] - 473:15, 499:11
**lies** [1] - 457:24
**life** [2] - 463:3, 463:19
**light** [2] - 415:7, 480:15
**lightweight** [1] - 500:2
**likely** [1] - 450:19
**limited** [4] - 417:24, 420:15, 433:23, 450:16
**Lincoln** [1] - 493:6
**line** [8] - 452:7, 455:13, 455:14, 455:17, 455:20, 494:20, 494:22
**link** [16] - 454:18, 454:22, 459:3, 459:5, 459:6, 468:11, 468:13, 468:15, 470:12, 470:13, 470:14, 486:6, 486:10, 491:8, 492:18
**linked** [3] - 486:18, 487:11, 491:12
**links** [12] - 405:20, 418:17, 418:20, 419:13, 466:20, 476:15, 476:21, 478:20, 478:22, 479:10, 501:13, 501:15
**list** [3] - 452:7, 452:9, 484:10
**listed** [1] - 415:1
**listen** [1] - 508:5
**listened** [1] - 508:4
**logs** [1] - 471:22
**London** [3] - 443:2, 446:1, 462:17
**longtime** [1] - 426:2
**look** [3] - 435:19, 464:25, 467:21
**looked** [8] - 435:15, 436:21,

437:1, 437:12, 437:17, 482:24, 490:3, 496:1
**looking** [9] - 421:3, 428:4, 431:5, 439:24, 478:13, 498:17, 498:21, 500:20, 505:7
**looks** [3] - 430:20, 438:22, 457:12
**lose** [1] - 497:10
**Louis** [1] - 454:24
**love** [1] - 480:1
**luck** [1] - 454:16
**lunch** [5] - 493:7, 511:16, 512:22, 512:24, 513:4
**lying** [3] - 463:24, 465:20, 498:16

# M

**ma'am** [4] - 403:16, 412:16, 413:10, 414:18
**made-up** [1] - 499:12
**Maggie** [1] - 464:24
**maggot** [2] - 465:5, 465:8
**majority** [2] - 425:17, 450:15
**Malloch** [1] - 496:7
**man** [2] - 497:7, 501:14
**manafort** [1] - 438:21
**Manafort** [1] - 438:13
**mandate** [1] - 476:10
**manner** [1] - 408:21
**Marando** [2] - 400:14, 402:9
**March** [15] - 414:19, 416:8, 416:12, 474:23, 481:12, 485:8, 486:2, 489:9, 490:20, 491:2, 491:5, 491:18, 492:23, 504:11, 504:16
**Margaret** [3] - 504:7, 504:9, 504:10
**marked** [1] - 421:16
**Marys** [1] - 498:12
**material** [4] - 433:21, 434:1, 443:17, 487:6
**materials** [1] - 417:16
**matter** [7] - 408:19, 412:20, 415:3, 420:12, 424:20, 439:3, 513:15
**matters** [7] - 406:1, 407:15, 412:4, 415:7, 476:23, 479:11, 506:15
**mean** [10] - 415:15, 431:15, 471:23, 507:18, 507:24, 509:8, 509:13, 510:1, 510:9, 512:4
**Meaningless** [1] - 471:24
**means** [2] - 431:17, 453:23
**meant** [2] - 511:9, 511:11
**Measures** [1] - 404:16
**measures** [15] - 405:18, 405:23, 417:13, 418:20, 419:11, 419:13, 419:17, 419:21, 444:23, 474:22, 476:12, 476:15, 476:19, 478:14,

478:22
**media** [7] - 415:5, 425:10, 454:2, 465:1, 477:17, 482:18, 494:7
**meet** [3] - 464:24, 493:24, 503:4
**meetings** [1] - 454:19
**Melber** [3] - 484:18, 493:10, 493:17
**Melber's** [1] - 498:22
**member** [6] - 404:22, 411:17, 411:21, 411:25, 412:6, 433:8
**members** [7] - 405:15, 411:19, 415:3, 423:9, 484:6, 505:16, 506:12
**memorials** [1] - 407:14
**memory** [1] - 504:3
**mention** [6] - 454:21, 482:22, 489:25, 490:16, 505:19, 506:16
**mentioned** [1] - 493:13
**message** [41] - 426:20, 429:19, 429:20, 443:5, 446:19, 447:13, 447:17, 448:24, 449:8, 450:5, 450:20, 451:2, 453:3, 454:8, 455:23, 456:5, 456:7, 456:10, 457:3, 457:4, 458:7, 458:24, 459:19, 466:2, 466:3, 466:5, 466:8, 466:19, 466:22, 467:5, 467:12, 467:16, 468:8, 470:17, 470:22, 471:9, 472:7, 472:12, 473:7, 481:8
**messages** [34] - 403:19, 407:14, 421:3, 426:16, 431:13, 431:18, 431:20, 431:24, 432:2, 432:6, 432:16, 432:17, 432:18, 433:23, 439:20, 439:23, 445:9, 445:16, 445:18, 445:23, 445:25, 446:11, 449:6, 452:21, 453:1, 462:1, 466:12, 472:16, 472:23, 473:11, 487:15, 497:21, 497:24, 498:14
**met** [1] - 471:2
**methods** [2] - 429:16, 429:17
**Michael** [5] - 400:14, 402:9, 457:13, 457:23
**michael.marando@usdoj.gov** [1] - 400:19
**mid** [5] - 431:25, 460:1, 487:5, 494:11
**mid-July** [1] - 487:5
**mid-June** [1] - 494:11
**mid-morning** [1] - 460:1
**mid-November** [2] - 431:25
**middle** [5] - 406:24, 409:11, 411:12, 441:19, 458:23
**might** [4] - 477:4, 481:5, 509:14, 509:16
**military** [2] - 409:24, 410:9
**million** [2] - 454:5, 494:7
**minority** [6] - 411:17, 411:21, 411:25, 493:1, 505:16, 506:12

**Minority** [2] - 491:8, 491:15
**minute** [4] - 425:4, 446:9, 463:13, 486:11
**minutes** [2] - 455:4, 466:21
**misimpressions** [1] - 494:6
**misleading** [1] - 415:10
**missing** [2] - 480:9, 492:24
**Missing** [1] - 442:9
**misspeaks** [1] - 454:25
**Mitchell** [1] - 447:11
**MMS** [1] - 432:16
**moment** [8] - 416:16, 423:23, 423:25, 426:10, 439:7, 440:9, 478:9, 500:20
**Monday** [1] - 493:7
**month** [7] - 413:3, 413:22, 429:21, 430:1, 430:9, 445:8, 447:16
**months** [4] - 403:24, 456:18, 481:4, 495:15
**Morano** [1] - 453:10
**Morgan** [12] - 453:11, 453:13, 453:14, 467:21, 468:7, 468:21, 468:25, 493:8, 493:12, 493:14, 493:15, 494:12
**morning** [12] - 402:1, 402:7, 402:12, 402:13, 402:15, 402:16, 403:1, 403:16, 403:17, 454:14, 460:1, 464:24
**morons** [1] - 465:24
**most** [2] - 428:13, 480:1
**Mothers** [1] - 442:9
**mouth** [3] - 465:15, 500:4, 504:6
**mouthful** [1] - 410:19
**move** [6] - 403:23, 446:9, 471:11, 481:15, 483:20, 485:19
**moved** [1] - 507:21
**movement** [2] - 409:25, 410:9
**movie** [5] - 455:18, 455:21, 457:5, 458:1, 458:3
**moving** [11] - 443:10, 454:7, 455:8, 459:8, 465:11, 468:8, 487:3, 493:9, 493:21, 494:13, 494:25
**MR** [155] - 402:7, 402:13, 402:18, 403:7, 403:13, 403:15, 404:9, 404:12, 406:10, 406:13, 411:3, 411:6, 412:12, 412:15, 413:7, 414:14, 414:17, 415:14, 415:16, 415:20, 415:22, 416:2, 416:5, 416:24, 417:3, 419:24, 420:3, 421:12, 421:14, 422:4, 422:7, 422:14, 422:17, 423:5, 423:8, 423:14, 423:17, 423:20, 423:22, 423:24, 424:8, 424:11, 427:3, 427:6, 427:10, 427:13, 427:19, 427:22, 427:25, 428:3, 429:8, 429:11, 430:3, 430:6, 430:23, 431:1, 432:9, 432:20,

433:2, 433:5, 434:15, 434:19, 434:23, 435:1, 435:11, 435:14, 435:21, 435:23, 436:16, 436:19, 438:6, 438:9, 439:6, 440:5, 440:8, 441:11, 441:13, 444:11, 444:15, 445:11, 445:14, 447:20, 447:24, 449:1, 449:4, 451:9, 451:13, 452:1, 452:4, 458:10, 458:13, 460:2, 461:2, 461:4, 461:15, 461:16, 462:3, 462:6, 466:25, 467:3, 469:8, 469:11, 470:3, 470:6, 471:13, 471:15, 472:21, 474:17, 474:20, 484:5, 484:8, 485:2, 485:5, 485:21, 485:24, 489:3, 489:6, 490:12, 490:21, 490:24, 495:5, 495:7, 496:18, 496:20, 500:12, 500:14, 501:2, 501:4, 501:22, 501:24, 502:19, 502:21, 506:18, 507:1, 507:4, 507:11, 508:1, 508:15, 508:20, 509:10, 509:21, 510:1, 510:9, 510:13, 510:18, 510:25, 511:4, 511:12, 512:2, 512:6, 512:9, 512:14, 512:16, 512:18, 513:9
**MSNBC** [2] - 468:13, 484:17
**Mueller** [3] - 473:2, 473:6, 494:5
**multiple** [4] - 428:12, 482:14, 482:16
**must** [1] - 510:1

**N**

**N.W** [1] - 514:13
**name** [7] - 404:6, 425:18, 433:17, 454:21, 455:18, 455:20, 493:5
**named** [2] - 426:21, 459:7
**narrative** [1] - 490:1
**nation** [1] - 478:7
**National** [4] - 407:17, 407:18, 434:2
**national** [2] - 408:22, 410:1
**nationals** [1] - 410:14
**nature** [1] - 408:14
**NE** [1] - 400:21
**near** [1] - 501:17
**necessity** [1] - 415:9
**need** [8] - 419:17, 463:24, 464:7, 468:4, 468:22, 476:19, 504:3, 513:8
**net** [1] - 479:5
**network** [1] - 425:25
**never** [13] - 413:23, 443:11, 443:16, 443:17, 463:9, 463:11, 463:16, 463:21, 464:10, 464:20, 488:2, 493:24, 502:11
**nevertheless** [1] - 478:1
**New** [8] - 426:2, 442:8, 442:11, 455:4, 465:20, 465:22, 472:4,

492:25
**new** [5] - 454:6, 459:12, 459:13, 472:10, 477:20
**news** [2] - 454:5, 466:20
**newspaper** [2] - 418:1, 420:17
**next** [40] - 408:3, 409:8, 422:14, 423:5, 423:14, 423:17, 427:3, 427:10, 427:19, 427:22, 427:25, 434:16, 434:23, 435:11, 436:16, 442:19, 448:22, 451:3, 455:8, 462:24, 465:11, 466:12, 468:9, 471:5, 472:25, 473:9, 476:1, 477:23, 479:16, 479:22, 481:14, 481:25, 482:13, 485:12, 488:14, 489:2, 496:14, 497:2, 503:21
**nice** [3] - 484:2, 484:13, 498:1
**Nice** [1] - 502:15
**night** [2] - 464:18, 464:23
**nine** [1] - 503:1
**Nixon** [2] - 446:17, 447:10
**nobody** [1] - 510:15
**nonpublic** [1] - 482:9
**nonsense** [1] - 450:2
**note** [2] - 487:23, 488:2
**notes** [1] - 514:6
**nothing** [7] - 450:1, 453:23, 464:22, 468:2, 498:11, 504:6, 512:16
**noticed** [1] - 443:2
**Notwithstanding** [1] - 506:6
**notwithstanding** [1] - 506:10
**Novak** [1] - 497:21
**November** [18] - 400:6, 431:25, 438:16, 444:18, 445:19, 445:23, 446:12, 448:2, 449:9, 450:5, 451:17, 453:4, 458:16, 458:24, 461:21, 492:6, 492:8
**nowhere** [1] - 501:17
**Number** [7] - 402:2, 403:8, 411:11, 411:12, 461:7, 478:21, 481:12
**number** [16] - 403:11, 411:14, 429:2, 429:6, 429:13, 429:25, 430:8, 432:7, 432:11, 432:13, 432:22, 438:11, 438:25, 439:2, 481:8, 481:10
**numerous** [1] - 477:7
**Nunberg** [1] - 494:5
**Nunes** [1] - 404:22
**nuts** [1] - 503:23
**NW** [2] - 400:16, 401:15
**ny1.com** [1] - 454:19
**NYC** [1] - 493:6

**O**

**oath** [5] - 403:5, 422:2, 482:10, 488:20, 488:21
**objecting** [1] - 507:7
**objection** [2] - 432:9, 512:6

**objectionable** [1] - 460:23
**objects** [1] - 507:4
**obtain** [6] - 431:12, 431:20, 431:23, 432:2, 432:5, 483:11
**obtained** [1] - 428:7
**occasions** [1] - 443:3
**October** [23] - 403:20, 422:22, 424:13, 424:22, 425:1, 433:7, 435:2, 437:4, 437:19, 439:9, 439:19, 440:2, 440:12, 440:19, 441:4, 441:7, 444:9, 464:2, 474:3, 479:24, 482:1, 488:4, 503:9
**OF** [6] - 400:1, 400:8, 400:16, 400:21, 401:9, 514:2
**offer** [1] - 414:12
**offered** [1] - 425:18
**office** [2] - 410:16, 445:1
**Office** [1] - 402:10
**OFFICE** [3] - 400:15, 400:21, 401:9
**offices** [2] - 417:18, 448:9
**Official** [2] - 401:14, 514:12
**OFFICIAL** [1] - 514:2
**officials** [1] - 480:1
**oil** [3] - 457:18, 494:16, 494:21
**Olas** [2] - 401:6, 401:10
**old** [1] - 490:15
**olive** [3] - 457:18, 494:16, 494:21
**once** [4] - 427:8, 427:9, 513:1
**one** [36] - 402:24, 404:24, 407:11, 420:20, 430:13, 431:17, 435:24, 436:20, 436:23, 452:10, 460:5, 460:22, 461:23, 464:12, 466:16, 472:10, 481:16, 483:6, 486:15, 489:11, 489:20, 490:2, 490:10, 493:24, 494:13, 496:1, 496:9, 497:16, 498:7, 499:5, 499:23, 500:20, 502:3, 504:16
**One** [1] - 401:2
**ones** [1] - 432:12
**open** [3] - 415:8, 463:6, 512:19
**opened** [3] - 442:4, 504:1, 509:21
**opening** [2] - 422:9, 422:11
**operating** [1] - 488:17
**opposed** [1] - 509:8
**organized** [1] - 442:10
**orient** [1] - 495:13
**oriented** [1] - 445:21
**ourselves** [2] - 419:18, 476:20
**out-of-work** [2] - 488:23, 499:18
**outset** [2] - 422:1, 422:8
**outside** [2] - 464:3, 477:19
**over-dramatization** [1] - 494:2
**oversee** [1] - 404:25
**oversight** [2] - 405:3, 477:22
**own** [3] - 411:1, 443:19, 509:13

**P**

**P.A** [3] - 400:21, 401:2, 401:6
**p.m** [11] - 449:9, 450:6, 467:19, 471:19, 484:17, 486:4, 489:12, 497:4, 499:9, 499:24, 500:19
**pa.com** [1] - 401:5
**page** [114] - 406:20, 406:21, 408:3, 408:4, 409:8, 409:9, 411:10, 411:11, 411:12, 417:2, 417:5, 418:7, 418:8, 419:4, 420:2, 420:4, 422:15, 423:6, 423:15, 423:18, 424:16, 427:4, 427:11, 427:20, 427:23, 428:1, 434:17, 434:24, 435:12, 436:17, 442:25, 444:14, 444:17, 445:16, 446:10, 446:11, 447:23, 447:25, 450:5, 451:12, 451:14, 452:15, 455:8, 458:23, 462:8, 462:25, 465:11, 466:16, 467:18, 469:12, 469:14, 470:21, 470:22, 471:5, 471:17, 473:1, 473:9, 473:10, 474:25, 475:3, 475:4, 475:19, 476:1, 476:2, 477:23, 478:16, 478:19, 479:4, 479:16, 479:21, 479:22, 480:22, 482:13, 483:4, 483:16, 486:16, 486:23, 486:24, 487:13, 487:20, 487:21, 487:22, 488:1, 488:7, 488:8, 489:11, 489:22, 490:5, 491:4, 491:10, 491:22, 491:23, 492:17, 492:21, 495:21, 496:3, 498:9, 499:8, 503:16, 505:2, 505:3, 505:13, 506:5, 508:2, 511:5, 511:8
**pages** [4] - 405:13, 480:24, 509:7, 509:8
**paid** [1] - 481:3
**Paige** [1] - 401:9
**pal** [1] - 465:23
**Pantsgele** [1] - 456:11
**pantywaist** [1] - 500:2
**paper** [1] - 499:17
**paragraph** [33] - 408:5, 408:21, 409:10, 417:11, 418:9, 418:11, 420:21, 441:15, 441:17, 441:20, 441:24, 442:25, 443:10, 444:20, 469:18, 477:24, 481:15, 482:13, 483:6, 486:25, 487:2, 487:22, 487:25, 488:12, 488:13, 488:14, 491:24, 505:12, 505:15, 506:6, 506:9
**paragraphs** [8] - 414:24, 417:10, 418:21, 420:8, 424:15, 424:16, 433:12, 448:4
**parameters** [10] - 418:3, 418:15, 418:22, 419:2, 419:6, 419:10, 420:19, 421:1, 479:11, 483:14
**paraphrase** [1] - 447:10
**pardon** [1] - 465:10

**parlay** [1] - 468:4
**parlayed** [1] - 501:10
**Part** [2] - 455:18, 457:6
**part** [13] - 405:3, 407:24, 408:11, 408:24, 408:25, 409:6, 417:12, 444:22, 465:10, 475:2, 475:20, 480:18, 509:2
**participate** [4] - 417:17, 444:25, 492:7, 495:2
**participation** [1] - 448:8
**particular** [3] - 429:25, 483:11, 489:19
**particularly** [2] - 464:20, 480:15, 489:25
**partisan** [2] - 505:16, 506:10
**parts** [4] - 409:1, 410:21, 509:22, 510:7
**party** [3] - 406:2, 409:24, 410:9
**pass** [1] - 448:11
**passed** [10] - 433:9, 445:5, 445:21, 447:12, 448:18, 450:25, 459:19, 466:18, 496:24, 499:4
**Paul** [3] - 438:13, 489:19, 490:1
**pause** [1] - 455:12
**pausing** [1] - 466:1
**paying** [2] - 468:5, 487:8
**pedigree** [1] - 469:23
**Pehme** [2] - 453:14, 493:15
**pending** [1] - 426:1
**Pentangeli** [12] - 446:7, 455:22, 457:1, 457:10, 457:15, 465:25, 466:3, 466:14, 466:19, 474:7, 494:18, 495:1
**pentangeli** [1] - 457:6
**Pentangeli's** [1] - 457:13
**People** [1] - 503:6
**people** [6] - 438:3, 452:7, 452:8, 452:10, 476:4, 484:10
**percent** [1] - 443:23
**perfectly** [1] - 488:17
**perhaps** [2] - 485:17, 488:23
**peril** [1] - 509:13
**period** [10] - 431:22, 432:1, 432:3, 438:15, 438:18, 474:8, 474:10, 485:20, 504:19
**periodic** [1] - 408:13
**periods** [1] - 431:19
**perjure** [1] - 485:9
**perjury** [6] - 462:22, 463:7, 464:12, 484:12, 502:14, 504:2
**Permanent** [15] - 404:7, 404:21, 406:24, 410:22, 411:8, 415:4, 415:8, 415:11, 416:11, 417:14, 421:9, 444:24, 474:13, 476:8, 491:15
**person** [6] - 416:14, 416:15, 423:11, 442:4, 475:6, 475:14
**personal** [1] - 469:23
**persons** [4] - 410:13, 419:15, 475:4, 478:23

**pertain** [1] - 481:25
**pertaining** [1] - 479:12
**pertinent** [1] - 483:11
**petitions** [1] - 407:14
**phone** [4] - 432:8, 432:15, 432:16, 502:12
**photograph** [1] - 452:19
**photographs** [2] - 417:25, 420:16
**phrase** [5] - 409:2, 443:5, 443:6, 444:3, 444:5
**picked** [1] - 510:2
**picks** [1] - 479:16
**piece** [5] - 455:4, 477:12, 499:18, 500:2, 500:8
**pieced** [1] - 413:24
**pieces** [2] - 472:1, 508:11
**piss** [1] - 468:4
**place** [5] - 419:20, 453:6, 455:10, 459:21, 476:22
**placed** [1] - 422:1
**Plaintiff** [2] - 400:4, 400:13
**plan** [6] - 446:17, 447:6, 447:15, 448:20, 511:4
**planning** [1] - 511:1
**plans** [1] - 414:9
**play** [11] - 434:16, 435:11, 507:1, 507:6, 508:8, 508:9, 509:1, 509:9, 511:19, 511:25, 512:11
**played** [19] - 422:6, 422:16, 423:7, 423:16, 423:19, 427:5, 427:12, 427:21, 427:24, 428:2, 434:18, 434:25, 435:13, 436:18, 499:13, 507:13, 508:24, 509:14, 509:16
**Plaza** [1] - 401:2
**plead** [8] - 446:16, 446:24, 447:6, 447:14, 448:19, 468:1, 468:6, 474:4
**pleading** [2] - 447:2, 458:8
**plus** [1] - 472:1
**Podesta** [4] - 422:18, 422:19, 434:5, 481:9
**Podesta's** [2] - 422:21, 479:24
**point** [2] - 449:19, 509:1
**points** [1] - 480:11
**policies** [1] - 410:2
**policy** [1] - 410:1
**political** [10] - 405:21, 409:24, 410:9, 410:15, 415:5, 418:18, 419:14, 434:4, 478:3, 478:23
**popular** [2] - 442:1, 442:15
**portion** [6] - 407:2, 409:14, 478:8, 478:12, 508:21, 510:5
**portions** [4] - 408:23, 410:20, 508:23, 511:14
**portrayed** [1] - 415:11
**pose** [2] - 410:15, 410:17
**possessions** [1] - 410:14

**possible** [3] - 405:25, 419:19, 476:21
**posted** [1] - 487:13
**potential** [2] - 418:17, 479:9
**potentially** [1] - 481:6
**PowerPoint** [1] - 421:13
**practicable** [1] - 476:25
**practicing** [4] - 465:24, 466:2, 466:13, 466:19
**praised** [1] - 465:1
**preclude** [1] - 492:13
**preelection** [1] - 481:13
**preface** [3] - 475:20, 477:24, 478:8
**preference** [1] - 510:19
**prepare** [3] - 429:24, 432:7, 438:2, 500:24
**prepared** [3] - 402:16, 425:21, 429:5
**prerogative** [1] - 512:1
**present** [1] - 402:3
**presentation** [1] - 434:16
**President** [1] - 447:10
**presidential** [2] - 475:10, 476:16
**press** [6] - 404:14, 412:17, 415:5, 454:14, 463:3, 463:18
**Press** [1] - 503:4
**pressed** [1] - 457:17
**pretending** [1] - 473:23
**pretty** [1] - 511:5
**previous** [1] - 500:17
**pride** [1] - 473:22
**prince** [1] - 437:14
**Prince** [1] - 438:13
**principles** [2] - 465:4, 465:6
**priorities** [1] - 404:25
**prison** [2] - 453:20, 453:22
**private** [2] - 480:9, 480:13
**privilege** [2] - 426:12, 426:21
**pro** [1] - 449:24
**probe** [2] - 470:11, 470:16
**problem** [4] - 463:1, 509:3, 509:4, 509:6
**problems** [1] - 478:5
**Procedure** [1] - 411:8
**proceed** [3] - 403:6, 408:21, 461:14
**proceedings** [2] - 512:23, 514:7
**process** [1] - 432:10
**processes** [2] - 477:2, 477:9
**produce** [2] - 417:15, 417:19
**production** [4] - 409:22, 410:3, 410:11, 418:14
**Program** [1] - 407:18
**Progress** [1] - 404:15
**promised** [2] - 457:22, 460:4
**promotion** [1] - 497:7
**promptly** [2] - 405:10, 408:17

**properly** [1] - 508:22
**proposed** [1] - 407:14
**proposition** [1] - 509:1
**prosecutorial** [1] - 492:13
**protect** [3] - 408:21, 419:17, 476:19
**protecting** [1] - 477:1
**protections** [2] - 469:21, 483:9
**protects** [1] - 447:2
**protest** [2] - 442:8, 442:10
**prove** [8] - 471:3, 472:1, 473:19, 497:10, 497:21, 498:15, 500:8, 501:12
**proved** [2] - 442:1, 442:14
**proves** [1] - 471:25
**provide** [2] - 405:14, 476:24
**provided** [5] - 457:21, 464:1, 477:13, 480:19, 506:13
**provides** [1] - 424:23
**Provides** [1] - 491:16
**providing** [1] - 492:14
**public** [7] - 426:6, 481:5, 481:10, 481:23, 487:5, 503:13, 506:14
**publication** [2] - 426:1, 479:13
**publicity** [3] - 454:13, 468:5, 501:17
**publicly** [10] - 412:25, 415:6, 418:3, 418:15, 420:19, 420:25, 425:11, 479:25, 482:19, 492:4
**publish** [44] - 404:9, 406:10, 411:3, 412:12, 413:7, 414:14, 415:14, 416:2, 416:24, 419:24, 424:8, 429:8, 430:3, 433:2, 435:21, 438:6, 440:5, 444:11, 445:11, 447:20, 449:1, 451:9, 452:1, 458:10, 462:3, 466:25, 469:8, 470:3, 471:13, 472:19, 474:18, 482:7, 484:5, 485:2, 485:21, 487:7, 489:3, 490:21, 495:5, 496:18, 500:12, 501:2, 501:22, 502:19
**publisher** [1] - 487:5
**purported** [1] - 481:11
**purpose** [1] - 478:5
**purposes** [1] - 408:12
**pursuant** [1] - 492:8
**put** [20] - 413:21, 432:13, 441:11, 444:5, 454:12, 456:12, 460:24, 463:10, 473:24, 507:17, 508:17, 508:20, 510:14, 510:15, 510:16, 510:19, 511:13, 512:3, 512:9
**putting** [2] - 507:17, 510:23
**puzzling** [1] - 477:9

# Q

**quarters** [1] - 409:11
**Queens** [1] - 493:7

**questionable** [1] - 477:10
**questioned** [1] - 457:15
**questioning** [2] - 469:20, 508:21
**questions** [18] - 403:21, 403:24, 419:9, 421:15, 427:14, 459:13, 461:18, 469:23, 474:24, 478:10, 483:21, 486:21, 492:11, 492:15, 506:19, 507:5, 507:12, 511:22
**Quit** [1] - 468:23
**quote** [3] - 447:5, 447:7, 494:20
**quoted** [1] - 507:11

# R

**R.K** [1] - 490:1
**racist** [2] - 442:8, 484:17
**radio** [5] - 413:24, 426:3, 472:10, 488:25, 494:8
**raise** [1] - 460:5
**raising** [1] - 459:12
**Rajasthan** [2] - 485:13, 485:15
**rally** [1] - 479:23
**Rally** [1] - 442:7
**Randolph** [2] - 491:24, 492:3
**Randy** [13] - 426:2, 426:17, 430:19, 431:9, 444:10, 451:17, 454:19, 459:6, 486:25, 487:4, 491:25, 492:3, 500:20
**ranking** [5] - 404:22, 411:17, 411:21, 411:25, 412:5
**rat** [1] - 500:3
**rate** [2] - 465:3, 465:6
**ratted** [1] - 499:11
**re** [1] - 509:9
**re-call** [1] - 509:9
**reach** [2] - 465:20, 465:21
**reached** [1] - 444:10
**read** [75] - 402:24, 404:20, 407:11, 408:10, 408:24, 409:18, 410:19, 411:13, 414:24, 415:24, 416:13, 417:10, 418:4, 418:11, 418:21, 419:9, 420:8, 424:15, 432:12, 433:12, 441:23, 442:12, 443:1, 443:15, 443:24, 444:20, 445:25, 446:14, 448:4, 449:11, 449:12, 450:7, 451:2, 453:9, 454:11, 462:12, 467:20, 468:20, 469:18, 471:21, 472:24, 473:14, 475:5, 475:8, 476:1, 477:24, 478:9, 478:18, 479:3, 479:21, 480:24, 482:15, 483:5, 487:2, 487:25, 488:13, 489:23, 492:2, 492:22, 493:22, 495:16, 497:18, 498:9, 499:8, 499:9, 499:15, 499:23, 499:25, 501:8, 502:5, 503:5, 505:14, 506:9, 511:14, 511:15
**readily** [1] - 477:18
**reading** [11] - 412:19, 453:17,

460:20, 460:21, 462:25, 465:11, 465:18, 471:1, 478:9, 480:7, 502:5
**reads** [2] - 435:25, 442:13
**ready** [3] - 402:20, 460:5, 500:24
**real** [2] - 453:24, 464:16
**really** [3] - 488:23, 494:3, 503:8
**reasonably** [3] - 418:2, 420:18, 420:24
**recalling** [1] - 461:6
**receipt** [1] - 425:19
**receive** [3] - 405:8, 449:22, 480:12
**received** [6] - 444:9, 447:17, 448:7, 451:22, 452:8, 452:10
**recent** [2] - 405:7, 428:13
**recently** [2] - 426:4, 458:5
**recess** [3] - 461:5, 512:23, 513:17
**recognize** [5] - 446:3, 447:7, 455:14, 489:15, 494:22
**recommendations** [2] - 477:1, 477:11
**record** [3] - 402:6, 425:15, 507:4
**recording** [1] - 421:18
**recordings** [2] - 417:23, 420:14
**records** [7] - 417:22, 420:13, 420:22, 429:5, 432:15, 432:21, 464:1
**red** [2] - 416:20, 461:23
**redress** [1] - 415:10
**refer** [3] - 447:1, 477:5, 482:4
**reference** [10] - 422:11, 425:1, 446:3, 446:6, 453:14, 455:17, 474:7, 475:5, 483:1, 493:16
**referenced** [5] - 415:2, 420:11, 424:20, 475:14, 491:19
**Referenced** [1] - 475:4
**referencing** [1] - 457:1
**referral** [1] - 493:2
**referred** [3] - 407:13, 418:21, 513:3
**referring** [2] - 432:21, 503:7
**refers** [1] - 447:2
**reflect** [1] - 478:4
**reflected** [3] - 421:24, 429:18, 475:3
**reform** [1] - 455:2
**refused** [1] - 433:18
**regard** [2] - 442:3, 442:20
**regarding** [8] - 405:20, 425:10, 436:14, 468:25, 481:8, 482:18, 488:16, 488:22
**regardless** [3] - 417:25, 420:16, 420:23
**regular** [1] - 408:13
**rehab** [1] - 504:3
**relate** [2] - 509:5, 510:6

**related** [17] - 405:11, 405:19, 405:25, 407:20, 407:23, 408:15, 409:2, 409:15, 409:21, 410:2, 410:15, 418:20, 419:20, 425:25, 434:1, 440:1, 476:22
**relates** [2] - 409:23, 410:1
**relating** [1] - 407:15
**relations** [1] - 410:8
**relationship** [1] - 480:17
**relationships** [2] - 405:24, 481:2
**relay** [1] - 433:16
**release** [9] - 404:14, 404:17, 406:18, 412:3, 412:5, 412:17, 425:11, 479:24, 482:19
**released** [2] - 404:23, 488:4
**Releases** [1] - 479:18
**releasing** [1] - 422:21
**relevant** [2] - 477:12, 509:18
**remains** [1] - 478:1
**remember** [4] - 403:21, 422:23, 435:24, 478:9
**remind** [3] - 403:4, 458:17, 460:4
**repeatedly** [2] - 415:6, 425:6
**repetition** [1] - 460:20
**report** [15] - 408:20, 474:14, 474:22, 474:25, 475:3, 475:12, 475:16, 477:11, 478:8, 478:12, 480:18, 482:22, 483:1, 483:13, 493:3
**reporter** [1] - 426:4
**Reporter** [3] - 401:14, 401:14, 514:12
**REPORTER** [1] - 514:2
**reports** [3] - 408:1, 408:14, 409:1
**represent** [3] - 415:2, 420:11, 424:19
**Representatives** [5] - 404:2, 406:6, 406:15, 448:7, 451:16
**republicans** [1] - 450:10
**request** [13] - 405:11, 418:4, 418:5, 424:22, 433:16, 433:20, 433:22, 434:8, 451:1, 490:2, 493:5, 495:17, 511:19
**requested** [3] - 420:12, 425:17, 483:8
**requesting** [3] - 432:25, 445:7, 448:8
**requests** [4] - 417:15, 435:8, 444:25, 448:11
**requiring** [2] - 408:19, 492:14
**rereading** [1] - 425:5
**research** [1] - 460:10
**resents** [1] - 415:3
**respect** [1] - 478:13
**respectfully** [1] - 417:19
**respond** [11] - 419:22, 447:18, 459:8, 468:17, 469:5, 471:5,

472:7, 486:12, 497:8, 498:19, 500:23

**responded** [26] - 446:16, 446:18, 449:15, 449:22, 449:25, 453:18, 453:21, 454:18, 454:21, 463:18, 463:24, 464:22, 465:14, 467:23, 468:23, 471:24, 473:3, 492:24, 493:23, 497:25, 499:16, 499:21, 502:15, 503:10, 503:12, 504:5

**responding** [1] - 490:15

**responds** [8] - 433:21, 454:24, 459:10, 459:17, 463:1, 468:18, 490:10, 493:9

**response** [14] - 405:22, 416:11, 418:19, 419:16, 424:21, 459:16, 461:10, 469:20, 476:18, 492:22, 493:21, 493:22, 494:10, 500:18

**responsibilities** [3] - 407:3, 408:25, 477:22

**responsibility** [1] - 405:4

**rest** [2] - 441:23, 510:24

**resulted** [1] - 483:10

**results** [1] - 474:14

**resume** [2] - 460:7, 512:24

**return** [1] - 428:21

**reveal** [1] - 425:13

**review** [3] - 405:12, 426:19, 487:15

**reviewed** [6] - 423:2, 426:16, 429:1, 475:11, 477:12, 489:20

**Richard** [1] - 446:17

**Rick** [1] - 438:13

**ridiculous** [1] - 450:3

**right-hand** [1] - 483:5

**rightfully** [1] - 476:4

**rights** [5] - 449:21, 463:4, 464:11, 488:19, 492:11

**rip** [1] - 500:4

**risk** [1] - 509:19

**riveting** [1] - 509:18

**RMR** [1] - 401:14

**Rob** [1] - 433:14

**Robert** [2] - 401:1, 402:13

**Rockefeller** [1] - 442:8

**Roger** [32] - 400:6, 402:3, 402:15, 415:2, 416:11, 417:15, 420:11, 424:19, 426:16, 430:19, 431:8, 455:1, 455:11, 455:13, 459:7, 459:10, 461:7, 464:23, 481:1, 482:23, 484:18, 485:17, 487:14, 489:12, 492:4, 494:16, 494:18, 494:20

**Roger's** [1] - 495:17

**Rogow** [2] - 400:20, 402:14

**ROGOW** [20] - 400:21, 432:9, 507:1, 507:11, 508:1, 508:15, 508:20, 509:10, 509:21, 510:1, 510:9, 510:13, 510:18, 510:25, 511:4, 511:12, 512:2, 512:9,

512:14, 512:16

**Rohde** [1] - 402:9

**role** [1] - 499:13

**room** [2] - 457:10, 457:12

**Room** [2] - 401:15, 514:13

**Routman** [2] - 401:9, 402:14

**ROUTMAN** [1] - 401:9

**routmanc@gmail.com** [1] - 401:12

**Roy** [1] - 465:9

**rule** [4] - 408:24, 409:1, 409:6, 507:12

**Rule** [1] - 411:12

**Rules** [2] - 406:15, 411:8

**rules** [12] - 406:5, 406:7, 406:21, 407:2, 407:24, 408:4, 408:11, 409:9, 409:14, 410:21, 411:1, 411:11

**run** [3] - 476:12, 486:9, 500:4

**running** [1] - 504:6

**Russia** [11] - 405:19, 405:21, 418:18, 419:14, 476:16, 478:1, 478:6, 478:20, 478:22, 479:8, 479:10

**Russia's** [1] - 480:1

**Russiagate** [2] - 470:11, 470:16

**Russian** [25] - 404:3, 404:16, 405:1, 405:6, 405:17, 405:23, 412:4, 412:22, 417:13, 418:16, 418:19, 419:11, 419:13, 419:17, 425:8, 444:23, 474:22, 476:11, 476:12, 476:15, 476:19, 478:14, 478:21, 482:21, 486:14

**Russians** [3] - 476:4, 480:8, 480:13

## S

**S.E** [1] - 401:3

**sadly** [1] - 488:21

**salesmanship** [2] - 443:21, 444:3

**save** [4] - 446:17, 447:6, 447:15, 448:19

**saw** [25] - 406:18, 413:4, 415:17, 423:21, 423:25, 428:23, 439:7, 440:9, 440:21, 446:1, 453:7, 458:7, 458:17, 458:21, 469:1, 490:2, 491:12, 496:24, 497:16, 498:7, 499:5, 502:25, 504:11, 505:9, 506:2

**scared** [3] - 493:8, 493:12, 494:15

**scene** [4] - 457:5, 457:9, 458:3, 494:25

**scheduled** [1] - 469:21

**scheduling** [1] - 506:21

**Schiff** [4] - 404:23, 448:8, 450:12, 503:13

**school** [1] - 488:24

**scope** [11] - 405:16, 475:16, 477:5, 477:14, 477:19, 479:11, 483:14, 483:17, 488:17, 507:22, 511:21

**screen** [4] - 415:19, 431:3, 431:6, 441:12

**screenshots** [1] - 498:14

**screwed** [1] - 502:8

**se** [1] - 449:24

**search** [10] - 428:7, 428:10, 428:12, 428:13, 428:15, 428:21, 436:8, 436:9, 437:9, 437:24

**seated** [2] - 402:22, 461:13

**second** [29] - 417:1, 417:4, 418:8, 420:2, 420:4, 424:25, 441:14, 444:14, 444:16, 447:23, 447:25, 452:15, 455:12, 462:8, 466:1, 467:13, 469:3, 469:12, 469:14, 478:14, 478:25, 480:2, 481:16, 486:16, 496:5, 505:2, 505:3, 505:12, 506:5

**seconds** [2] - 456:8, 456:10

**section** [4] - 406:23, 407:18, 477:25, 478:24

**security** [3] - 408:22, 410:1, 410:18

**Security** [1] - 407:18

**see** [49] - 403:8, 406:23, 407:9, 408:8, 409:4, 409:12, 411:23, 414:3, 418:23, 424:3, 425:1, 432:18, 438:17, 441:17, 441:19, 443:10, 445:18, 446:11, 446:15, 449:8, 452:8, 453:4, 454:7, 455:23, 458:25, 459:11, 462:10, 467:23, 468:8, 470:24, 471:18, 473:11, 475:20, 479:1, 479:18, 480:3, 486:25, 487:22, 488:10, 489:13, 491:24, 493:16, 494:11, 496:7, 502:17, 503:12, 507:9, 507:16, 509:19

**sees** [1] - 457:12

**Select** [17] - 404:7, 404:21, 406:24, 410:22, 411:8, 412:17, 415:4, 415:8, 415:11, 416:11, 417:14, 421:9, 444:24, 474:14, 476:8, 488:15, 491:15

**select** [4] - 407:13, 408:13, 408:17, 408:20

**selected** [1] - 510:22

**self** [3] - 447:3, 483:10, 497:6

**self-incrimination** [2] - 447:3, 483:10

**Senate** [4] - 412:9, 412:17, 457:10, 493:3

**senators** [1] - 457:20

**send** [7] - 413:4, 416:22, 432:24, 450:9, 456:7, 466:22, 493:2

**sends** [10] - 447:5, 456:10, 456:25, 459:3, 466:13, 468:11,

468:13, 468:15, 470:12, 492:18
**senior** [1] - 480:1
**senior-most** [1] - 480:1
**sense** [1] - 511:18
**sent** [23] - 403:19, 414:8, 416:14, 416:21, 418:25, 424:6, 439:8, 440:21, 442:16, 442:21, 443:7, 444:1, 444:6, 448:20, 452:20, 454:22, 456:19, 458:19, 466:20, 505:8, 506:1, 506:2
**sentence** [12] - 435:25, 441:3, 441:19, 441:23, 442:12, 442:19, 442:21, 443:1, 483:6, 489:23, 505:14, 506:9
**sentences** [2] - 442:10, 443:11
**September** [22] - 403:20, 421:8, 421:23, 424:21, 429:14, 429:23, 430:10, 430:11, 430:16, 433:15, 435:16, 436:4, 462:18, 464:1, 471:3, 471:23, 472:2, 472:5, 473:19, 489:12, 490:8, 505:18
**series** [1] - 481:1
**served** [1] - 481:3
**server** [2] - 480:10, 480:13
**services** [1] - 476:13
**session** [3] - 406:6, 406:17, 415:8
**set** [2] - 428:15, 472:16
**seven** [2] - 474:6, 495:15
**seventy** [2] - 430:20, 431:10
**seventy-two** [2] - 430:20, 431:10
**several** [2] - 415:3, 481:3
**shall** [7] - 407:13, 408:13, 408:17, 408:20, 411:15, 411:24, 502:17
**share** [1] - 431:8
**shit** [7] - 465:23, 493:8, 499:18, 499:25, 500:3, 500:8, 504:5
**shoot** [1] - 493:7
**short** [1] - 472:16
**shortcomings** [1] - 477:8
**shoulders** [1] - 403:10
**show** [13] - 413:23, 413:24, 426:3, 429:6, 432:15, 432:22, 438:19, 453:11, 472:11, 484:4, 485:12, 488:25, 494:8
**showing** [2] - 445:16, 453:1
**showman** [1] - 494:3
**shows** [8] - 429:13, 430:8, 438:11, 438:21, 449:6, 454:5, 454:6, 457:10
**shreds** [1] - 500:5
**shrugs** [1] - 403:10
**sic** [6] - 471:23, 473:18, 497:20, 497:21, 500:4, 502:13
**sic]** [1] - 456:11
**side** [2] - 441:12
**signal** [1] - 460:6
**Signal** [1] - 429:20

**significant** [2] - 487:6, 509:12
**signs** [1] - 471:23
**Simcha** [1] - 400:15
**similar** [3] - 410:5, 412:10, 484:20
**similarly** [1] - 479:23
**situation** [1] - 454:12
**six** [4] - 456:21, 463:6, 483:8, 495:15
**Six** [1] - 483:7
**six-and-a-half** [1] - 495:15
**skip** [1] - 481:14
**skipping** [1] - 465:17
**sleep** [3] - 453:24, 454:4, 465:2
**sleepy** [1] - 454:14
**smart** [1] - 471:7
**smell** [1] - 498:22
**Smith** [3] - 401:5, 402:14, 424:19
**SMS** [2] - 432:16, 432:17
**so-called** [2] - 442:5, 450:2
**social** [4] - 415:5, 425:10, 478:3, 482:18
**solid** [1] - 464:15
**someone** [1] - 499:12
**somewhat** [1] - 457:14
**soon** [1] - 502:17
**sooner** [2] - 507:14, 510:9
**sorry** [13] - 415:16, 415:20, 438:23, 457:4, 465:5, 466:5, 467:8, 468:14, 475:24, 481:19, 481:21, 488:10, 490:12
**Sorry** [1] - 492:24
**sort** [3] - 438:17, 481:14, 511:11
**sought** [2] - 482:3, 488:16
**source** [11] - 425:12, 425:14, 425:22, 443:17, 454:25, 482:11, 488:3, 488:5, 501:18, 503:8
**Source** [1] - 464:4
**sources** [2] - 425:12, 443:19, 482:20
**Special** [3] - 402:10, 477:17, 492:12
**specific** [1] - 510:6
**specifically** [2] - 508:16, 510:6
**speech** [1] - 481:10
**spend** [1] - 453:21
**spilled** [1] - 455:7
**Spitzer** [1] - 468:22
**spot** [1] - 463:10
**spring** [2] - 483:21, 483:23
**staff** [4] - 411:20, 418:10, 418:12, 433:7
**stand** [3] - 470:10, 470:15, 480:5
**stand-up** [2] - 470:10, 470:15
**standing** [1] - 468:5
**star** [1] - 468:1

**start** [5] - 462:12, 465:24, 471:1, 491:11, 511:17
**Start** [3] - 466:2, 466:13, 466:19
**starting** [22] - 417:4, 423:6, 423:18, 427:4, 427:11, 428:1, 435:12, 436:17, 444:16, 450:6, 479:3, 486:3, 487:2, 491:3, 497:3, 498:9, 499:7, 503:2, 503:5, 503:22, 503:24
**starts** [6] - 434:17, 449:8, 453:3, 454:8, 468:11, 492:17
**state** [6] - 425:8, 435:25, 468:5, 482:21, 489:24, 499:22
**Statement** [1] - 404:15
**statement** [9] - 404:23, 412:21, 422:9, 422:11, 457:21, 466:17, 481:23, 503:4, 503:7
**statements** [4] - 423:1, 481:5, 503:13, 506:15
**STATES** [2] - 400:1, 400:10
**States** [20] - 400:3, 401:15, 402:2, 402:8, 404:2, 405:3, 405:22, 406:5, 408:16, 410:2, 410:6, 410:8, 410:13, 410:14, 410:17, 410:18, 412:9, 419:12, 461:7, 476:13
**stating** [1] - 447:14
**status** [1] - 491:9
**Status** [1] - 491:16
**stenographic** [1] - 514:6
**step** [1] - 460:17
**Steve** [1] - 438:13
**still** [4] - 403:4, 463:15, 491:6, 492:19
**stink** [1] - 450:13
**stoking** [1] - 478:2
**stolen** [3] - 479:14, 480:13, 480:17
**stone** [6] - 425:20, 459:23, 467:23, 473:6, 486:10, 486:12
**Stone** [255] - 400:6, 402:3, 402:15, 413:5, 413:11, 413:19, 414:8, 414:12, 415:2, 415:3, 415:6, 415:10, 415:12, 415:23, 416:7, 416:11, 416:21, 416:22, 417:15, 419:1, 419:22, 420:11, 420:22, 421:2, 421:9, 421:21, 422:8, 422:11, 423:10, 424:1, 424:19, 424:22, 425:6, 425:9, 425:13, 425:17, 425:23, 426:5, 426:10, 426:16, 426:20, 427:7, 427:15, 428:5, 428:6, 428:23, 429:3, 429:14, 429:21, 430:1, 430:9, 430:12, 430:14, 430:17, 430:19, 431:6, 431:8, 432:24, 433:16, 433:18, 433:20, 434:6, 434:11, 434:20, 435:3, 435:8, 435:16, 436:12, 436:25, 437:15, 438:12, 439:15, 439:18, 439:22, 440:1, 440:18, 440:20, 440:24,

441:4, 441:16, 442:2, 442:4, 442:7, 442:9, 442:13, 442:16, 442:19, 442:21, 443:2, 443:6, 443:19, 443:20, 443:25, 444:4, 444:9, 445:10, 445:17, 446:16, 447:5, 448:18, 448:23, 449:7, 449:15, 449:19, 449:25, 450:11, 450:15, 451:23, 452:9, 452:10, 452:21, 453:1, 453:16, 453:18, 453:23, 454:1, 454:16, 454:21, 454:24, 455:1, 455:6, 455:9, 455:11, 455:13, 456:7, 456:10, 456:16, 456:19, 456:23, 456:25, 458:8, 458:15, 458:24, 459:2, 459:17, 459:22, 461:7, 461:25, 462:23, 463:1, 463:18, 463:24, 464:4, 464:9, 464:16, 464:22, 464:25, 465:14, 465:22, 466:2, 466:13, 466:17, 466:18, 466:20, 466:22, 467:5, 467:9, 468:17, 468:23, 469:24, 470:8, 470:9, 470:13, 471:5, 471:24, 472:7, 472:23, 473:3, 474:4, 474:7, 474:10, 475:5, 480:20, 481:1, 481:4, 481:16, 481:18, 481:23, 482:3, 482:9, 482:23, 483:23, 484:1, 484:11, 484:12, 484:14, 484:18, 484:23, 485:7, 485:8, 485:11, 485:17, 486:1, 486:4, 486:9, 487:14, 487:17, 487:18, 489:8, 489:12, 489:18, 490:7, 490:8, 490:10, 490:15, 490:18, 491:1, 491:5, 491:6, 492:4, 492:24, 493:23, 494:15, 494:16, 494:18, 494:20, 495:9, 495:14, 495:23, 495:24, 496:6, 496:7, 496:22, 496:25, 497:8, 497:14, 497:20, 497:25, 498:5, 498:19, 499:2, 499:16, 499:23, 499:25, 500:23, 501:6, 502:1, 502:15, 502:23, 503:10, 503:18, 504:5, 504:13, 504:19, 505:10, 506:3, 506:11, 508:18

**Stone's** [47] - 414:19, 417:7, 420:6, 421:17, 422:1, 422:25, 424:5, 424:13, 426:24, 428:7, 428:10, 428:13, 428:18, 428:22, 431:12, 431:20, 431:23, 432:2, 432:15, 433:8, 433:9, 436:5, 437:5, 437:8, 437:20, 437:23, 438:2, 439:8, 445:5, 447:12, 447:13, 458:19, 459:7, 459:16, 468:16, 474:2, 482:17, 492:22, 493:21, 494:14, 495:9, 504:13, 505:5, 505:17, 505:25, 506:12, 512:1

**stone's** [1] - 432:3

**stonecoldtruth.com** [2] - 486:7, 486:8

**Stonewall** [4] - 446:16, 447:6, 447:14, 448:19

**stoolie** [1] - 500:3

**stop** [7] - 463:24, 465:2, 479:15, 480:2, 481:14, 482:12, 510:16

**stored** [3] - 417:22, 420:13, 420:23

**story** [1] - 499:13

**straight** [1] - 504:4

**STRATEGYSMITH** [1] - 401:6

**Street** [1] - 400:16

**strife** [1] - 478:3

**stuff** [2] - 467:22, 468:22

**stupid** [1] - 464:12

**subject** [18] - 413:16, 424:6, 439:3, 448:24, 452:21, 470:10, 475:2, 479:16, 480:10, 484:12, 485:8, 495:18, 501:9, 502:7, 502:8, 503:2, 503:22, 503:23

**subjected** [1] - 506:11

**submitted** [2] - 439:15, 439:18

**subparagraph** [1] - 408:10

**subpoena** [18] - 415:9, 449:14, 449:18, 449:23, 450:9, 450:16, 451:6, 451:16, 451:18, 451:22, 452:19, 453:7, 456:23, 466:16, 469:6, 473:2, 492:9

**subpoenaed** [2] - 450:18, 451:23

**subsequent** [1] - 418:13

**subsequently** [1] - 482:8

**substantively** [1] - 477:14

**sue** [1] - 486:15

**suggesting** [1] - 481:5

**Suite** [4] - 400:22, 401:3, 401:7, 401:10

**summarized** [2] - 429:24, 480:19

**summarizing** [2] - 429:5, 438:2

**support** [3] - 405:10, 410:3, 476:5

**supported** [1] - 442:9

**surprise** [1] - 482:2

**swallow** [1] - 464:20

**switch** [1] - 421:12

**sworn** [2] - 457:21, 463:7

## T

**Tab** [60] - 404:11, 406:12, 411:5, 412:3, 412:13, 413:9, 414:7, 414:16, 416:4, 417:1, 420:1, 421:19, 424:10, 429:10, 430:4, 433:4, 435:17, 435:19, 436:22, 437:12, 438:8, 439:13, 439:14, 440:6, 440:16, 444:13, 445:13, 447:22, 449:2, 451:11, 452:2, 452:24, 458:11, 461:18, 462:5, 467:2, 467:17, 469:9, 470:4, 470:19, 471:16, 472:17, 474:19, 484:7, 485:3, 485:23, 489:4, 490:23, 495:6, 496:17,

497:12, 498:2, 498:25, 500:13, 501:3, 501:23, 502:20, 503:16, 505:1, 505:22

**table** [2] - 402:8, 457:11

**tactical** [1] - 407:22

**talks** [3] - 407:24, 408:24, 408:25

**tampering** [1] - 476:6

**tangible** [2] - 417:24, 420:14

**tape** [18] - 507:2, 507:11, 507:13, 508:4, 508:6, 508:8, 508:10, 508:12, 508:14, 508:24, 509:14, 509:16, 509:22, 510:3, 510:5, 510:9, 511:25, 512:4

**Tara** [2] - 401:1, 402:14

**Taylor** [16] - 401:22, 426:7, 439:7, 461:17, 474:2, 475:11, 478:8, 480:18, 483:13, 483:20, 483:25, 484:9, 485:25, 489:7, 490:25, 506:18

**taylor** [15] - 406:14, 408:23, 421:15, 423:21, 424:12, 426:10, 428:4, 435:15, 438:1, 449:5, 462:7, 467:4, 474:13, 474:21, 495:8

**telephonic** [1] - 438:11

**ten** [2] - 455:3, 510:1

**tension** [1] - 467:22

**term** [5] - 409:6, 409:15, 409:20, 446:24, 447:1

**territories** [1] - 410:13

**testified** [15] - 421:9, 421:21, 426:11, 429:21, 430:14, 430:17, 431:6, 434:6, 456:16, 488:19, 495:14, 504:8, 508:23, 509:3, 509:5

**testify** [10] - 414:12, 422:20, 434:11, 434:20, 447:4, 457:6, 464:8, 464:9, 464:13, 510:7

**testifying** [1] - 435:24

**testimony** [40] - 403:18, 421:17, 421:18, 421:19, 422:1, 422:5, 422:8, 422:25, 424:2, 424:5, 426:23, 426:24, 428:18, 428:22, 430:1, 432:3, 433:9, 436:6, 436:7, 436:12, 437:6, 437:7, 437:21, 437:22, 460:25, 463:7, 463:14, 463:15, 464:7, 481:4, 482:3, 488:21, 503:13, 504:21, 504:23, 505:17, 506:13, 507:23, 511:20

**text** [54] - 403:19, 421:3, 426:16, 426:19, 429:19, 431:12, 431:20, 431:24, 432:2, 439:23, 441:6, 441:7, 443:1, 445:9, 445:16, 445:23, 446:19, 447:13, 447:17, 448:23, 449:6, 449:8, 450:5, 450:20, 451:2, 452:21, 453:1, 453:3, 454:8, 457:3, 457:4, 458:7, 459:19, 462:1,

535

466:2, 466:8, 466:19, 467:15, 468:8, 470:17, 470:22, 471:6, 471:9, 472:16, 472:23, 473:7, 473:11, 487:15, 487:17, 497:21, 497:24, 498:14, 502:12

**texted** [1] - 448:18

**THE** [56] - 400:1, 400:1, 400:9, 400:15, 402:1, 402:12, 402:16, 402:19, 402:22, 403:8, 403:10, 403:11, 403:12, 415:15, 415:17, 430:24, 430:25, 432:10, 432:15, 438:25, 439:2, 439:3, 439:4, 439:5, 459:25, 460:3, 460:15, 460:19, 461:3, 461:6, 461:8, 461:11, 461:13, 506:20, 506:23, 507:3, 507:9, 507:15, 508:13, 508:16, 508:25, 509:11, 509:24, 510:4, 510:11, 510:14, 510:23, 511:1, 511:7, 511:15, 512:10, 512:15, 512:17, 512:20, 513:7, 513:11

**they've** [1] - 510:20

**thinks** [1] - 486:14

**third** [9] - 407:7, 418:7, 451:12, 451:14, 471:17, 491:4, 492:17, 496:3, 506:6

**Third** [1] - 401:3

**thirds** [2] - 407:7, 408:6

**thousands** [1] - 405:13

**threat** [1] - 410:17

**threaten** [1] - 499:11

**threats** [2] - 497:23, 499:21

**three** [10] - 409:11, 420:8, 466:12, 466:15, 467:25, 474:12, 479:24, 481:5, 509:7, 510:24

**three-quarters** [1] - 409:11

**threw** [1] - 498:12

**throughout** [1] - 463:23

**thumbs** [1] - 403:12

**Thursday** [1] - 459:14

**tied** [1] - 479:25

**timeline** [21] - 404:17, 413:13, 414:21, 416:19, 417:8, 421:6, 421:24, 440:10, 445:2, 446:20, 448:14, 450:21, 451:18, 456:13, 461:22, 466:8, 467:12, 469:2, 471:9, 472:13, 473:7

**timeliness** [1] - 413:21

**timing** [3] - 425:10, 482:18, 510:21

**tired** [1] - 503:10

**title** [2] - 470:15, 491:14

**titled** [1] - 404:15

**today** [5] - 404:21, 446:15, 459:14, 462:15, 465:2

**together** [3] - 413:21, 413:25, 455:2

**toilet** [1] - 499:17

**Tomorrow** [1] - 484:17

**tomorrow** [2] - 454:5, 493:11

**tonight** [2] - 453:25, 493:7

**took** [4] - 419:20, 469:7, 476:22, 511:6

**top** [12] - 445:18, 449:9, 462:24, 469:3, 471:10, 473:8, 476:1, 478:18, 479:22, 487:3, 488:1, 490:13

**topic** [5] - 413:1, 418:15, 435:7, 436:11, 511:23

**topics** [3] - 412:10, 478:10, 510:7

**torrent** [2] - 506:7, 506:10

**total** [2] - 474:2, 504:11

**towards** [1] - 406:23

**traditional** [1] - 405:24

**tranche** [1] - 481:25

**transcribed** [4] - 417:17, 444:25, 448:9, 492:7

**transcript** [22] - 421:17, 422:15, 423:6, 423:15, 423:18, 423:25, 427:4, 427:11, 427:20, 427:23, 428:1, 434:16, 434:23, 434:24, 435:12, 436:17, 507:6, 507:24, 511:20, 512:11, 514:5, 514:6

**TRANSCRIPT** [1] - 400:8

**transcription** [2] - 456:4, 485:15

**transcripts** [1] - 512:7

**transpired** [1] - 488:23

**traveled** [1] - 443:2

**treason** [1] - 415:5

**TRIAL** [2] - 400:4, 400:8

**trial** [1] - 510:12

**TrialDirector** [2] - 421:13, 423:22

**trouble** [1] - 501:12

**true** [6] - 463:19, 463:20, 494:2, 509:6, 514:5, 514:6

**Trumbo** [2] - 465:4, 465:7

**Trump** [16] - 436:13, 438:3, 438:12, 438:14, 438:23, 464:10, 465:9, 468:4, 473:17, 478:25, 479:5, 479:8, 479:9, 479:23, 480:8, 481:2

**Trump's** [2] - 475:9, 480:15

**trust** [2] - 405:9, 497:23

**truth** [16] - 413:25, 462:16, 462:20, 462:21, 463:9, 463:14, 463:15, 464:19, 473:23, 474:1, 485:13, 486:13, 493:23, 497:5, 498:17, 498:20

**truthful** [2] - 505:18, 506:14

**try** [5] - 460:24, 465:21, 493:24, 498:1, 502:15

**trying** [3] - 450:2, 450:11, 465:20

**Tuesday** [2] - 433:15, 493:11

**turn** [16] - 408:3, 436:20, 445:9, 468:1, 470:17, 470:21, 471:11, 471:16, 472:15, 474:25, 475:19,

484:4, 489:10, 495:3, 498:24, 509:19

**turned** [2] - 443:22, 463:5

**turning** [22] - 431:2, 435:7, 436:11, 437:11, 440:15, 441:2, 452:15, 462:24, 471:5, 473:9, 477:23, 487:20, 488:7, 490:5, 491:10, 492:16, 492:21, 495:21, 496:3, 498:2, 501:21

**Tweeted** [1] - 482:6

**Tweets** [1] - 502:13

**twenty** [1] - 430:13

**twenty-one** [1] - 430:13

**twice** [1] - 474:9

**Twitter** [3] - 429:19, 433:24, 481:8, 487:10

**two** [21] - 407:7, 408:6, 414:9, 414:24, 417:10, 430:20, 431:10, 433:12, 438:22, 438:23, 441:12, 443:3, 446:12, 448:4, 456:18, 459:24, 495:17, 495:18, 497:17, 499:6

**two-thirds** [2] - 407:7, 408:6

## U

**U.S** [14] - 400:15, 402:10, 405:7, 405:18, 405:20, 417:14, 418:17, 418:19, 419:15, 419:16, 434:4, 444:23, 476:18, 478:23

**ultimately** [1] - 469:5

**Um-hum** [3] - 481:18, 488:9, 506:8

**um-hum** [1] - 437:2

**under** [10] - 403:5, 422:1, 442:11, 475:20, 478:25, 479:3, 482:10, 488:20, 488:21, 507:12

**under-oath** [1] - 488:21

**underlying** [4] - 405:5, 486:19, 491:23, 496:13

**undermine** [1] - 478:2

**underneath** [1] - 478:19

**undersigned** [1] - 448:6

**undertake** [1] - 411:21

**undertaking** [1] - 405:4

**unify** [1] - 478:5

**UNITED** [2] - 400:1, 400:10

**United** [20] - 400:3, 401:15, 402:2, 402:8, 404:2, 405:3, 405:22, 406:5, 408:16, 410:2, 410:6, 410:8, 410:13, 410:14, 410:17, 410:18, 412:9, 419:12, 461:7, 476:13

**unless** [3] - 455:9, 459:20, 511:17

**unrelated** [1] - 513:15

**unrest** [1] - 478:3

**unvarnished** [1] - 485:13

**up** [35] - 403:12, 404:17, 417:11, 424:22, 425:16, 432:11,

433:14, 434:8, 435:5, 456:13, 457:10, 459:8, 463:6, 468:5, 470:10, 470:15, 479:16, 487:8, 493:9, 493:21, 494:5, 494:13, 497:6, 498:10, 498:17, 498:21, 499:9, 499:12, 499:15, 499:20, 502:8, 503:5, 503:6, 504:1, 513:8

**update** [1] - 491:9
**Update** [1] - 491:16
**urging** [1] - 424:20

## V

**variety** [1] - 429:15
**various** [2] - 408:15, 438:12
**version** [2] - 431:2, 431:5
**versions** [1] - 504:3
**veteran** [1] - 488:18
**via** [3] - 425:10, 482:18, 492:6
**video** [3] - 468:22, 494:11, 499:18
**Views** [1] - 491:8
**vile** [1] - 502:10
**Villager** [1] - 470:14
**violation** [1] - 499:21
**visit** [2] - 453:20, 464:1
**voluntarily** [1] - 415:7
**voluntary** [5] - 417:17, 424:23, 444:25, 448:9, 492:7
**vote** [1] - 450:16
**vouch** [1] - 501:16
**vs** [1] - 400:5

## W

**waged** [1] - 442:6
**wait** [2] - 459:11, 513:14
**Wait** [2] - 470:10, 470:15
**waive** [2] - 426:12, 426:21
**wants** [3] - 446:15, 507:5, 512:5
**war** [1] - 442:5
**warrant** [2] - 428:21, 436:8, 436:9, 437:9, 437:24
**warrants** [5] - 428:7, 428:10, 428:12, 428:13, 428:15
**Washington** [4] - 400:6, 400:17, 401:16, 514:14
**Waste** [1] - 473:3
**wasting** [2] - 509:15, 509:17
**watch** [1] - 454:22
**watching** [1] - 454:16
**Watergate** [1] - 447:11
**WBAI** [4] - 426:3, 442:2, 442:15, 443:4
**weak** [2] - 465:22, 500:8
**weak-ass** [1] - 465:22
**wearing** [1] - 498:1
**website** [1] - 486:9
**Wednesday** [1] - 493:11

**week** [6] - 433:11, 445:24, 454:6, 470:18, 485:12, 493:11
**weeks** [2] - 456:21, 471:11
**Western** [1] - 478:2
**whole** [22] - 412:19, 449:12, 455:9, 459:20, 507:2, 507:7, 507:13, 508:4, 508:6, 508:8, 508:9, 508:12, 508:14, 508:24, 509:7, 509:9, 509:14, 509:16, 510:3, 510:4, 511:18
**wholly** [1] - 506:14
**wide** [1] - 479:5
**widely** [3] - 418:1, 420:17, 420:23
**WikiLeaks** [29] - 413:5, 422:12, 422:21, 425:13, 425:19, 427:16, 433:18, 433:25, 434:21, 435:9, 436:14, 439:21, 443:19, 459:7, 468:16, 479:18, 480:1, 480:16, 482:11, 487:9, 492:5, 497:9, 498:13, 501:11, 501:13, 501:19, 502:13, 504:14
**WikiLeaks'** [2] - 479:25, 487:5
**willfully** [1] - 405:10
**willing** [4] - 426:21, 465:4, 465:7, 465:8
**wimp** [1] - 464:17
**wipe** [1] - 499:16
**wire** [1] - 498:1
**wish** [1] - 454:1
**witch** [1] - 468:1
**Witch** [1] - 449:25
**WITNESS** [4] - 430:25, 432:15, 439:2, 439:4
**witness** [58] - 401:21, 402:17, 403:4, 404:10, 406:11, 411:4, 412:13, 413:8, 414:15, 416:3, 416:25, 419:25, 424:9, 429:9, 430:4, 430:23, 433:3, 435:22, 438:7, 440:6, 444:12, 445:12, 447:21, 449:2, 451:10, 452:2, 457:11, 458:11, 460:17, 460:25, 461:1, 462:4, 467:1, 469:9, 470:3, 471:14, 472:20, 474:18, 477:13, 479:6, 484:6, 485:2, 485:22, 489:4, 490:22, 495:6, 496:19, 500:13, 501:3, 501:23, 502:20, 506:25, 507:5, 507:16, 508:19, 509:20, 510:17, 512:8
**witnesses** [4] - 479:6, 483:2, 483:7, 483:8
**Word** [1] - 414:8
**word** [1] - 486:15
**words** [2] - 426:7, 511:8
**works** [1] - 438:17
**world** [1] - 500:8
**worry** [3] - 465:9, 473:17, 501:12
**worth** [1] - 499:17
**worthless** [2] - 455:9, 459:20

**write** [11] - 413:19, 459:2, 467:9, 485:10, 486:4, 491:5, 497:3, 499:1, 502:9, 503:24, 511:10
**writer** [1] - 502:11
**writes** [28] - 446:1, 446:15, 449:14, 453:10, 454:12, 458:24, 459:2, 462:13, 467:21, 468:21, 471:2, 473:15, 484:17, 490:11, 490:15, 492:19, 493:10, 495:24, 496:7, 497:5, 498:10, 499:8, 499:23, 500:24, 501:10, 502:10, 503:6, 503:25
**writing** [1] - 459:15
**written** [18] - 425:20, 426:25, 427:7, 427:14, 427:16, 429:2, 429:13, 429:25, 430:8, 430:12, 430:18, 431:8, 434:7, 434:8, 434:12, 434:21, 478:19, 487:12
**wrote** [49] - 416:15, 444:4, 449:16, 449:19, 450:1, 450:8, 450:11, 450:12, 450:15, 453:23, 453:24, 454:1, 454:4, 454:16, 454:22, 455:3, 455:6, 455:9, 463:6, 463:21, 463:25, 464:4, 464:7, 464:9, 464:14, 464:16, 464:19, 464:23, 464:25, 465:3, 465:16, 465:19, 465:22, 466:18, 471:22, 471:25, 473:2, 473:5, 473:6, 484:23, 486:5, 491:6, 494:15, 497:20, 498:11, 498:22, 499:10, 499:25, 502:16

## Y

**year** [7] - 405:3, 462:18, 464:2, 471:3, 472:2, 475:21, 476:3
**years** [1] - 404:24
**yesterday** [21] - 403:18, 421:3, 422:20, 423:2, 428:5, 428:23, 435:15, 435:24, 436:21, 437:1, 437:12, 437:17, 439:24, 458:17, 458:21, 482:24, 489:20, 490:3, 496:1, 496:10, 504:8
**York** [4] - 426:2, 465:20, 465:22, 492:25
**York's** [2] - 442:8, 442:11
**York-based** [1] - 426:2
**Yorker** [2] - 455:4, 472:4
**yourself** [8] - 402:6, 447:4, 459:12, 463:6, 464:16, 473:24, 499:13, 504:1
**yourselves** [1] - 460:9

## Z

**Zelinsky** [2] - 400:15, 402:9