```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,    :
                             :        Criminal Action
             Plaintiff,      :        No. 19-CR-018
                             :
                             :        JURY TRIAL - DAY 3
                             :        Afternoon Session
          vs.                :
                             :        Washington, D.C.
                             :        November 7, 2019
ROGER JASON STONE, JR.,      :        Time: 1:40 p.m.
                             :
             Defendant.      :
_____


                  TRANSCRIPT OF JURY TRIAL
                       HELD BEFORE
            THE HONORABLE AMY BERMAN JACKSON
               UNITED STATES DISTRICT JUDGE
_____


                  A-P-P-E-A-R-A-N-C-E-S

For the Plaintiff:  JONATHAN IAN KRAVIS, Esquire
                    MICHAEL JOHN MARANDO, Esquire
                    ADAM C. JED, Esquire
                    AARON SIMCHA JON ZELINSKY, Esquire
                    U.S. Attorney's Office for
                    the District of Columbia
                    555 Fourth Street, NW
                    Washington, DC  20530
                    (202) 252-7698
                    Email: Jonathan.kravis3@usdoj.gov
                    Email: Asjz@usdoj.gov
                    Email: Michael.marando@usdoj.gov
                    Email:  Adam.Jed@usdoj.gov

For the Defendant:  Bruce S. Rogow, Esquire
                    Law Office of Bruce S. Rogow, P.A.
                    100 NE 3rd Avenue
                    Suite 1000
                    Fort Lauderdale, FL 33301
                    (954) 767-8909
```

```
 1   Appearances continued:

 2   For the Defendant:    ROBERT C. BUSCHEL, Esquire
                           TARA A. CAMPION, Esquire
 3                         Buschel & Gibbons, P.A.
                           100 S.E. Third Avenue
 4                         Suite 1300
                           Ft. Lauderdale, FL  33394
 5                         (954) 530-5301
                           Email: Buschel@bglaw-pa.com
 6                         Email: Campion@bglaw-pa.com

 7                         GRANT J. SMITH, Esquire
                           StrategySmith, P.A.
 8                         401 East Las Olas Boulevard
                           Suite 130-120
 9                         Fort Lauderdale, FL 33301
                           (954) 328-9064
10                         Email: Gsmith@strategysmith.com

11                         CHANDLER PAIGE ROUTMAN, Esquire
                           Law Office of Chandler P. Routman
12                         501 East Las Olas Blvd.
                           Suite #331
13                         Fort Lauderdale, FL  33316
                           (954) 235-8259
14                         Email:  Routmanc@gmail.com
     _____
15   Court Reporter:       Crystal M. Pilgrim, RPR, FCRR
                           Official Court Reporter
16                         United States District Court
                           District of Columbia
17                         333 Constitution Avenue, NW
                           Room 4700-F
18                         Washington, DC  20001
                           Email:  crystalmpilgrim@gmail.com
19

20

21

22

23

24

25
```

TABLE OF CONTENTS

                              DIRECT   CROSS   REDIRECT RECROSS

On behalf of the Government:

     Michelle Taylor

        By Mr. Kravis                                    585

        By Mr. Rogow                            540

     Randolph Credico

        By Mr. Zelinsky          594

```
 1                      P-R-O-C-E-E-D-I-N-G-S
                           (1:40 p.m.)
 2

 3           THE DEPUTY CLERK:  Your Honor, calling criminal case

 4   Number 19-18, United States of America versus Roger Stone.  Mr.

 5   Stone is in the courtroom.

 6           THE COURT:  All right.  Let's bring the jury in.

 7       Mr. Rogow, if you want to get yourself ready at the

 8   lecturn, that's fine also.

 9         (Jury present.)

10           THE DEPUTY CLERK:  Jury present.

11           THE COURT:  All right, the defense can proceed.

12   Everybody can be seated.  The defense can proceed with

13   cross-examination.

14       And I just want to remind the witness you're still under

15   oath.

16       All right, you can proceed.

17                        CROSS-EXAMINATION

18   BY MR. ROGOW:

19   Q.   Good afternoon, Ms. Taylor.

20   A.   Hi.

21   Q.   I'm Mr. Rogow.  I'm going to ask you some questions from

22   the exhibit book that we've gone through this morning.  So you

23   might keep that handy, and I'll get to the questions in a

24   minute.

25   A.   Okay.
```

```
 1                 THE JUROR:  We can't hear you.

 2                 MR. ROGOW:  Is this better?

 3                 THE JUROR:  Yes.

 4                 THE COURT:  You need to take one step to your right.

 5      Try that.  Now you're in front of it.

 6      BY MR. ROGOW:

 7      Q.   Start over, Ms. Taylor.

 8           When did you leave the FBI?

 9      A.   My last day was August 2nd of this year.

10      Q.   When you left the FBI, had you done any work on this case,

11      on the book that we have in front of us today?

12      A.   Did I make this book or --

13      Q.   No, did you do any work in putting it together at that

14      point?

15      A.   No.

16      Q.   So all that you've done with regard to working on this

17      book and putting together the information in this book happened

18      after you left the FBI?

19      A.   Yes.  I think I understand what you're asking.

20                 THE COURT:  Did you put this book together?

21                 THE WITNESS:  I did not put this book together.  I

22      saw this book before -- a form of this book before I came in

23      here today, but I did not create this book.

24      BY MR. ROGOW:

25      Q.   Before you testified, you had not seen the whole book.
```

1   A.   I saw a version that was very close to this.

2   Q.   Had you gone over the exhibits before you testified?

3   A.   Yes.

4   Q.   So you were familiar with the exhibits that you were going

5   to be asked about?

6   A.   Yes, I was.

7   Q.   Let me ask you about some of them, and let me take you

8   through.  I'm not going to ask you about the exhibit number

9   because that will just add additional time.  I'm going go in

10  the same order that the book has.

11          THE COURT:  Now, for the record, if you're talking

12  about an exhibit, we're creating a transcript and so you need

13  to direct your attention to the exhibit number or the

14  transcript won't later make it clear what you were talking

15  about.

16          MR. ROGOW:  All right, I was trying to save some

17  time, but I'll do it that way because that is the right way for

18  the record.

19  BY MR. ROGOW:

20  Q.   So let's start with what is marked as Number 2.  This is

21  in your book as Number 2.

22  A.   Tab 2 or Exhibit 2?

23  Q.   Tab 2, yes.

24  A.   So Exhibit 148?

25  Q.   Exactly.

1   A.    Okay.

2   Q.    And Exhibit 148, as I recall from your testimony, are

3   telephone calls; is that correct?

4   A.    Yes.

5   Q.    And these telephone calls which took place on 6/15/2016,

6   correct?

7   A.    Yes.

8   Q.    How many are there?

9   A.    On this page there are three, but to be clear, I testified

10  that these actually happened on 6/14/2016, because of the time

11  conversion.

12  Q.    I remember when you took us back in time on that.

13        Do you know what was said in these telephone calls?

14  A.    I don't.

15  Q.    Flip the page, this is Exhibit 148 --

16          THE COURT:  Let me just ask --

17          MR. ROGOW:  -- page 2.

18          THE COURT:  -- Mr. Rogow, are you making an effort,

19  or have you decided to dispense with having them on the screen

20  while we talk about them?

21          MR. ROGOW:  I am dispensing with that, Your Honor.

22  They have already been on the screen, so I want to take her

23  through these exhibits, have her explain what they are, then

24  ask my question about the exhibit.

25          THE COURT:  All right, I think from the looks on the

```
 1    jurors' faces that it could aid their comprehension of your
 2    questions if they could see what you're talking about when
 3    you're talking about it.  It's your choice, if you don't choose
 4    to show it to them.  I just couldn't tell from the flashes on
 5    the screen if you were having technical difficulties or if this
 6    was your decision.
 7              MR. ROGOW:  No, this is my decision --
 8              THE COURT:  All right.
 9              MR. ROGOW:  -- that I want to take them through each
10    of these exhibits that have already been shown --
11              THE COURT:  Yes.
12              MR. ROGOW:  -- and the exhibits are in evidence in
13    the case.
14              THE COURT:  All right, then you must -- so that if
15    the jury wants to look at them again in light of the
16    cross-examination when it has the benefit of the exhibits in
17    the jury room, please refer to the exhibits by their name,
18    which is the exhibit sticker not the tab in the binder.
19              MR. ROGOW:  I will do exactly that.
20              THE COURT:  All right.
21              MR. ROGOW:  This was Exhibit 148 that we were looking
22    at.
23              THE COURT:  Okay.
24              THE WITNESS:  Correct.
25    BY MR. ROGOW:
```

1   Q.   Exhibit 148, page 2, has more telephone calls; is that

2   correct?

3   A.   That is correct.

4   Q.   How many more are there?

5   A.   On this page, eight.

6   Q.   Eight calls?

7   A.   Eight calls.

8   Q.   Do you know what was said in any of those calls?

9   A.   I do not.

10  Q.   If you turn to the next page in Exhibit 148, which would

11  be page 3, there are more calls; is that correct?

12  A.   Correct.

13  Q.   And do you know what the substance was or what was said in

14  those calls?

15  A.   I do not.

16  Q.   And Exhibit 148, page 4, how many calls are on that page?

17  A.   There are no calls on this page.

18  Q.   There's a long blank on that page, is there not?

19  A.   Correct.

20  Q.   Is there anything on that page that reflects any kind of

21  communication?

22  A.   No.

23  Q.   On page 5 of Exhibit 148, how many calls are there?

24  A.   There are three calls.

25  Q.   Do you know the substance of those calls or what was said

1   in those calls?

2   A.   I don't, and also would point out that they have zero

3   elapsed time, so there was no connection between the caller and

4   the callee.

5   Q.   And the next page of Exhibit 148, page 6, how many calls

6   are there there, that are listed on the page?

7   A.   Five.

8   Q.   Do you have any knowledge of what was said in those calls?

9   A.   I do not.

10  Q.   Let's turn to Exhibit 150, which is at Tab 4.

11  A.   Okay.

12  Q.   What is Exhibit 150?

13  A.   Exhibit 150 is the WordPress post by Guccifer 2.0 that was

14  dated June 30, 2016.  It's the second of the two we looked at

15  yesterday.

16  Q.   If you turn to page 4 of that exhibit and read the first

17  paragraph at the top?

18  A.   Start with, "I don't"?

19  Q.   Exactly.

20  A.   "I don't want to disappoint anyone, but none of the

21  candidates has my sympathies.  Each of them has skeletons in

22  the closet, and I think people have a right to know the truth

23  about the politicians."

24  Q.   Then, if you would, turn to Exhibit 35, which is at Tab 7?

25  A.   Yeah.

1   Q.   And tell us what that exhibit is, please?

2   A.   Exhibit 35 is an email from Mr. Stone to Mr. Corsi, dated

3   July 25, 2016, and this was the email with the subject line,

4   "Get to Assange" -- "Get to Assange."  Sorry.

5   Q.   Do you know whether or not Mr. Corsi got to Assange?

6            MR. KRAVIS:  Objection.

7            THE COURT:  She can answer that question.

8            THE WITNESS:  I'm sorry, I did not hear what you --

9            THE COURT:  You can answer yes or no.

10           THE WITNESS:  I don't know.

11  BY MR. ROGOW:

12  Q.   Do you know anything about Mr. Corsi?

13  A.   I know some about Mr. Corsi.

14  Q.   Do you know that he wrote a book saying that --

15           MR. KRAVIS:  Objection.

16           THE COURT:  Come to the bench.

17       (Bench conference.)

18           THE COURT:  How is this within the scope of the

19  direct?

20           MR. ROGOW:  This is about Mr. Corsi.  They've drawn

21  the inference that Mr. Corsi somehow or other was the

22  intermediary.  I think it opens the door to something about

23  Mr. Corsi.

24           THE COURT:  Well, all they did was indicate that the

25  two communicated and when asked who he communicated with, the

1   only -- if he had records of communicating with anyone, said

2   no.

3       I don't think this witness has testified that Corsi was

4   the intermediary.  She can't.  We have emails from Mr. Credico

5   saying, "I wasn't," but if you just want to open up the

6   testimony to what this witness knows, what she knows she knows

7   through her investigation.  So first of all, you're going to be

8   eliciting all kinds of hearsay and opinions of things that she

9   may not be foundationally qualified to testify to.

10      What specifically are you planning to elicit from this

11  witness?

12          MR. ROGOW:  That they have said that Mr. Corsi was,

13  and that's their argument, that Mr. Corsi was the other

14  intermediary.

15          THE COURT:  She testified that there were two emails

16  between Stone and Assange in which Stone -- I mean Stone and

17  Corsi, in which Stone was asking Corsi to do things.  There's

18  been no testimony that Corsi, in fact, was an intermediary.

19          MR. ROGOW:  Correct, I agree.

20          THE COURT:  So you can cross-examine her testimony on

21  that point, but there isn't any.

22          MR. KRAVIS:  I just want to add for the record here

23  that anything Mr. Corsi would have said in a book about this

24  would be hearsay.  And we raised an objection to the exhibit,

25  Mr. Corsi's book on their exhibit list at the pretrial

1  conference on Monday.  What the defense said at that time was

2  that they were planning to use the book only to cross-examine

3  Mr. Corsi if he testified in the government's case.

4           THE COURT:  But he can't introduce out-of-court

5  statements by people who aren't here to be cross-examined about

6  them through other witnesses.  So I let you ask the one

7  question, "do you know," she said, "I don't know," so that's

8  that.

9           MR. ROGOW:  I'll end with that.

10          THE COURT:  All right.

11      (Open court.)

12  BY MR. ROGOW:

13  Q.   Tab 8, Exhibit 24, this is from Roger Stone to Paul

14  Manafort, correct?

15  A.   Yes.

16  Q.   And the date of that?

17  A.   This is an email dated July 29th, 2016.

18  Q.   Do you know when the Republican National Convention

19  occurred in 2016?

20  A.   I do.  I may have the dates a little off, but it was

21  before this, July 19th to 21st maybe.

22  Q.   All right, and do you know what, if anything, happened as

23  a result of this email?

24  A.   Do I know what happened as a result of this email?

25  Q.   Yes.

1  A.    No.

2  Q.    Was there anything illegal about Mr. Stone sending an

3  email to Mr. Manafort?

4              MR. KRAVIS:  Objection.

5              THE COURT:  Sustained.  She can't give her legal

6  opinion.

7  BY MR. ROGOW:

8  Q.    You don't know what the subject was?

9  A.    I don't know what happened as a result of this email.

10  Q.    Look at Tab 9, which is Exhibit 36, and what is that?

11  A.    This is an email from Mr. Stone to Mr. Corsi, dated

12  July 31st, 2016.

13  Q.    The subject?

14  A.    "Call me Monday."

15  Q.    And what was written?

16  A.    Mr. Stone wrote, "Malik should see Assange.  Malik should

17  find Bernie Sander's brother who called Bill a rapist, turn him

18  for Trump.  Malik should find Eileen Wellstone or more proof of

19  Bill getting kicked out."

20  Q.    Do you know if Malik saw Mr. Assange?

21  A.    I do not know.

22  Q.    Do you know if Malik was able to find Bernie Sanders'

23  brother?

24  A.    I do not know.

25  Q.    Do you know if Malik was able to find Eileen Wellstone?

1   A.    I do not know.

2   Q.    Do you know who Eileen Wellstone is?

3   A.    I don't.

4   Q.    Tab 10, Government's Exhibit 164, what is that?

5   A.    This is a page showing telephone toll records belonging to

6   the home phone of Donald Trump.

7   Q.    And there is a lot that is blacked out on this exhibit,

8   correct?

9   A.    Correct.

10  Q.    And all this reflects is Mr. Trump -- at the time,

11  Mr. Trump's telephone number?

12  A.    Yes -- yes.

13  Q.    Tab 11, this is Government Exhibit 37, from Jerome Corsi

14  to Roger Stone, and the subject is, "In Italy," correct?

15  A.    Yes.

16  Q.    I ask you once again, based on this email, do you know

17  whether or not Corsi ever saw Assange?

18  A.    I do not.

19  Q.    Exhibit 13, what is this?

20  A.    Exhibit 13 or Tab 13?

21  Q.    I'm sorry, Tab 13, and the exhibit is -- I don't see an

22  exhibit number on this.

23  A.    Mine is not marked either.

24          THE COURT:  Does government know what exhibit is

25  behind Tab 13?

1  BY MR. ROGOW:

2  Q.   This is Tab 13, and there is a page --

3          THE COURT:   It's not your problem if there's not an

4  exhibit on it.   The can government check its list and tell us

5  what the exhibit number is supposed to be.

6          MR. KRAVIS:   Tab 13 is Exhibit 38.

7  BY MR. ROGOW:

8  Q.   Exhibit 38.

9  A.   Uh-hmm.

10 Q.   And what does that reflect?

11 A.   This reflects messages between Mr. Stone and Mr. Corsi.

12 Q.   Once again, do you have any idea of whether or not

13 Mr. Corsi saw Mr. Assange?

14         THE COURT:   Does she have personal knowledge of

15 whether Mr. Corsi saw Mr. Assange?

16         MR. ROGOW:   Yes.

17         THE COURT:   That's what you have to ask.

18         THE WITNESS:   I don't, and these messages don't

19 mention Assange.

20 BY MR. ROGOW:

21 Q.   Go to Tab 15, Exhibit 28, please?

22 A.   Okay.

23 Q.   This is the email from Steve Bannon to Roger Stone,

24 correct?

25 A.   Correct, it's one from Mr. Stone, one from Mr. Bannon.

1  Q.   And this is August 18, 2016?

2  A.   Correct.

3  Q.   The last line, would you please read it?

4  A.   The last line of Mr. Stone's email?

5  Q.   Yes.

6  A.   Says, "Lots to do, let me know when you can talk."

7  Q.   You don't know whether or not they did talk, do you?

8  A.   I have looked at phone records.  I believe they talked,

9  but I don't know if it was right after this email.

10 Q.   Exhibit 16 -- I'm sorry, Tab 16, Exhibit 189.

11 A.   Yes.

12 Q.   In the middle of the page, what is the message from Randy

13 Credico?

14 A.   Can you be more specific?  Is there a particular time that

15 you want me --

16 Q.   7:52.

17 A.   7:52.  Mr. Credico writes --

18 Q.   Yes.

19 A.   These are text messages between Mr. Credico and Mr. Stone.

20 Mr. Credico writes, "You okay with that, I'm going have Julian

21 Assange on my show next Thursday."

22 Q.   Did he have Julian Assange on his show?

23 A.   Mr. Credico did have Julian Assange on his show, yes.

24 Q.   The next line, which is -- go ahead.

25 A.   "Kunstler wife is his lawyer or at least one of them."

1    Q.    Who is Kunstler wife?

2    A.    That refers to Margaret Kunstler.

3    Q.    Was she Mr. Assange's lawyer?

4          MR. KRAVIS:  Objection.

5          THE COURT:  Do you have personal knowledge as to

6    whether she was or not actually his lawyer; it says that, but

7    do you know from your own personal knowledge whether she was or

8    she wasn't.

9          THE WITNESS:  I do not.  She was not his lawyer.

10   BY MR. ROGOW:

11   Q.    Exhibit 17.

12   A.    Tab 17?

13   Q.    I'm sorry, I keep making the same mistake.

14       Tab 17, Exhibit 48, the 2:32 p.m. message from Roger Stone.

15   A.    These are text messages between Mr. Stone and Mr. Credico,

16   and on September 18th, 2016, at 2:32 p.m., Mr. Stone wrote, "I

17   am emailing you a request to pass on to Assange on another

18   matter."

19   Q.    Do you know what that other matter was?

20   A.    I know Mr. Stone emailed a request to Mr. Credico about

21   passing -- getting information from Mr. Assange that same day.

22   Q.    Do you know who the person was that Mr. Stone was asking

23   for information about?

24   A.    In the September 18th email?

25   Q.    Yes.

1  A.   He was asking for information about the State Department

2  or Hillary Clinton related to Dr. R.K. Paul.

3  Q.   Do you know who Dr. R.A. Paul is? START

4  A.   Based on what's in -- I have never spoke spoken to

5  Dr. Paul.  I know, based on what's in this email, that he is

6  someone who alleges to have brokered some sort of peace

7  negotiation with Gaddafi in Libya with the knowledge of the

8  State Department, and in spite of that, the -- Hillary Clinton

9  continued the bombing campaign and Gaddafi was killed.

10  Q.   Do you know whether or not Dr. R.A. Paul was nominated for

11  a Nobel Prize?

12           MR. KRAVIS:  Objection, relevance.

13           THE COURT:  Sustained.

14           THE WITNESS:  I don't know.

15  BY MR. ROGOW:

16  Q.   Do you know whether or not Mr. Credico passed on any

17  message about R.A. Paul to anyone?

18  A.   Yes.

19  Q.   And to whom did he pass on such a message?

20  A.   He forwarded -- we can find the exhibit if it's helpful,

21  but he forwarded the email from Mr. Stone to Ms. Kunstler and

22  blind-copied Mr. Stone.

23  Q.   Do you know whether or not Ms. Kunstler received that

24  email?

25  A.   She did.

1  Q.   Do you know whether or not it was sent to an email address

2  that she used?

3  A.   Yes.

4  Q.   How do you know that she received that email?

5  A.   Our office spoke to Ms. Kunstler.

6  Q.   And what did she tell you about the receipt of that email?

7            MR. KRAVIS:  Objection.

8            THE COURT:  You're asking for hearsay.

9       Do you want to approach the bench?

10      (Bench conference.)

11           THE COURT:  I know you're trying to get to the point,

12  but there were sent a number of emails asking for people to do

13  a number of things which may not have actually happened.  This

14  witness doesn't have personal knowledge of what happened.

15  She's an investigator.  Anything she learned, she's learned

16  through hearsay.

17      Ms. Kunstler is going to testify.  Mr. Credico is going to

18  testify.  You can ask those people if they ever followed up.

19      You asked her if she knew if Mr. Corsi ever followed up,

20  and I'll let her answer the question though she didn't know.

21  But what did Ms. Kunstler say, I'm not sure why you're going

22  there, number one, or why this -- why you get to ask for that

23  hearsay from this witness.

24           MR. ROGOW:  In her investigation, if she knows -- and

25  the question was, did Ms. Kunstler get the email?  She said

1    yes, that Ms. Kunstler got the email.

2        I asked her how she knows that, and she's the one that

3    brought in the fact that she got it through investigation and

4    talking to Mrs. Kunstler.

5            THE COURT:  Right.  I'm not even sure why you went

6    there.  The facts uncovered in the investigation have to be

7    proved not by just asking the investigator.  If there's facts

8    that happened or things that did not happen, you want to prove

9    the sources that they did or did not happen.  You have to ask

10   people with the knowledge.

11           MR. ROGOW:  She had knowledge.

12           THE COURT:  No, she doesn't have personal knowledge.

13   She's an investigator.  Everything she learned she learned

14   through hearsay.

15           MR. ROGOW:  I don't know if she was present at the

16   interrogation of Mrs. Kunstler, so --

17           THE COURT:  It would be hearsay what Ms. Kunstler

18   said to her.  For instance, if the government tried to put on

19   an agent who worked at the special counselor's office to just

20   chitchat about what they learned in their investigation and

21   what Roger Stone did or didn't do or what anybody else did or

22   didn't do, you would be objecting repeatedly that the witness

23   lacks personal knowledge; they aren't competent to testify to

24   these facts under the Rules of Evidence.

25           MR. ROGOW:  I will stick to --

```
 1                THE COURT:  Okay.

 2                MR. ROGOW:  Thank you, Your Honor.

 3           (Open Court.)

 4    BY MR. ROGOW:

 5    Q.   Turn, if you would please, Ms. Taylor, to Tab 20 --

 6                THE DEPUTY CLERK:  What exhibit number?

 7                MR. ROGOW:  Exhibit 190.

 8                THE DEPUTY CLERK:  Can I -- I'm sorry, can you give

 9    me the exhibit number again?

10                MR. ROGOW:  Exhibit 190.

11                THE DEPUTY CLERK:  Thank you.

12    BY MR. ROGOW:

13    Q.   Page 3, there's a photograph of Mr. Credico --

14    A.   Yes.

15    Q.   -- correct?

16        Do you know where that photograph was taken?

17    A.   Outside of the Ecuadorian embassy in London.

18    Q.   Do you know whether Mr. Credico went inside the embassy on

19    the date of this photograph?

20    A.   I don't believe he did.

21    Q.   Exhibit 190, page 6, two more photographs of Mr. Credico

22    at the same location?

23    A.   Yes.

24    Q.   Tab 27, Exhibit 31.

25    A.   Yes.
```

1  Q.   Do you know who Rebekah Mercer is?

2  A.   I do.  I've never spoken to her.  Just from publicly

3  available information, I believe she's a -- she was a supporter

4  of the Donald Trump campaign.

5  Q.   And who is Eric Prince, if you know?

6  A.   Eric Prince is an associate of the Trump campaign.

7  Q.   Tab 29, Exhibit 33, what is reflected in that exhibit?

8  A.   This reflects messages between Mr. Prince and Mr. Stone.

9  Q.   Was Eric Prince working for the Trump campaign at this

10 time?

11 A.   No, he was not.

12 Q.   Tab 32, Exhibit 3.

13 A.   Okay.

14 Q.   What was this?

15 A.   This was the press release from HPSCI, dated January 25th,

16 2017, that was announcing that they had been conducting an

17 investigation.

18 Q.   The -- near the middle of the page, the line that begins,

19 "The scope of the committees's inquiry has included and will

20 continue to include," please read us the first bullet point.

21 A.   "Russian cyber activity and other active measures directed

22 against the U.S. and its allies."

23 Q.   Tab 33, Exhibit 4, what is that?

24 A.   This is the rules of the House of Representatives for the

25 115th Congress.

1   Q.   If you would take a look at Exhibit 4, page 20.

2   A.   Page 20 of the exhibit, or page --

3   Q.   Yes.

4   A.   Okay.

5   Q.   Does that provide the definition of the term

6   "intelligence" and "intelligence-related activities"?

7   A.   It does.

8   Q.   Does -- if you know, does a committee that is pursuing an

9   investigation decide the criteria for the committee?

10   A.   I'm not sure I understand the question.

11   Q.   Once a committee is formed, then my question is, does the

12   committee define the parameters of its investigation?

13          THE COURT:  Do you have a basis of knowledge to

14   answer that question about House procedures?

15          THE WITNESS:  No, I don't.

16   BY MR. ROGOW:

17   Q.   Tab 34, Exhibit 5, page 2.

18   A.   Okay.

19   Q.   Under the heading, Number 4, "Open Meetings," please read

20   paragraph A.

21   A.   "This document is the rules of procedure for HPSCI.

22   Page 2 -- what number please?  I'm sorry.

23   Q.   4A.

24   A.   4A, "4, Open meetings, A, generally pursuant to House

25   Rule 11, but subject to the limitations of Subsections B and C,

1  committee meetings held for the transaction of business and

2  committee hearings shall be open to the public."

3  Q.   Do you know whether or not Mr. Stone asked for a public

4  meeting?

5  A.   He did.

6  Q.   Tab 34, again Exhibit 5, page 6, the Section H regarding

7  transcripts.

8  A.   Yes.

9  Q.   Read, please, one and two?

10 A.   "Page transcripts, Number 1, transcript required.   A

11 transcript shall be made of the testimony of each witness

12 appearing before the committee during any hearing of the

13 committee.

14    "Two, opportunity to inspect.   Any witness testifying

15 before the committee shall be given a reasonable opportunity to

16 inspect the transcript of the hearing and may be accompanied by

17 counsel to determine whether such testimony was correctly

18 transcribed."

19 Q.   Do you know whether or not Mr. Stone's counsel inspected

20 the transcript of the hearing?

21 A.   I don't know.

22 Q.   Tab 35, Exhibit 2, what is that?

23 A.   This is a press release from the Senate Select Committee

24 on Intelligence, dated January 13th, 2017.

25 Q.   Please read the second paragraph.

1   A.   "As part of the Senate's Select Committee on intelligent

2   oversight responsibilities, we believe that it is critical to

3   have a full understand being of the scope of Russian

4   intelligence activities impacting the United States."

5        Do you want me to keep going?

6   Q.   That's all.

7        Tab 37, Exhibit 7, tell us what that is, please?

8   A.   This -- Tab 37, Exhibit 7, this is a letter dated

9   March 24th, 2017, from Mr. Stone's counsel to HPSCI.

10  Q.   Would you please read the second paragraph, the one

11  beginning with, "Mr. Stone deeply resents."

12  A.   Yes.  "Mr. Stone deeply resents that several members of

13  your Permanent Select Committee have intimated that he has

14  committed treason in his political, press and social media

15  activities.  As Mr. Stone has repeatedly stated publicly since

16  these matters have come to light, he is eager to voluntarily

17  appear in open session in front of the Permanent Select

18  Committee on Intelligence without the necessity of a subpoena.

19  Mr. Stone is anxious to redress the false and misleading way he

20  has been portrayed by some on the Permanent Select Committee.

21  Q.   Tab 38, please, Exhibit 40, page 2, is that the same

22  letter?

23  A.   Yes, it is.

24  Q.   Tab 39, Exhibit 9, please tell us what that is.

25  A.   Exhibit 9 is a letter dated May 9th, 2017, from the

1    committee to Mr. Stone's counsel.

2    Q.   Do they attach something to that?

3    A.   To the letter, yes.   The attachment is the parameters for

4    the Russia investigation.

5    Q.   Take a look at Exhibit 9, page 3, and if you would, please

6    read the last paragraph beginning with, "Committee staff."

7    A.   "Committee staff will work with you to arrange your

8    client's interview at a time and date subsequent to your

9    production of documents to the committee.   The interview may

10   cover any topic within the publicly announced parameters of the

11   committee's investigation including Russian cyber activities

12   directed against the 2016 U.S. election, potential links

13   between Russia and individuals associated with political

14   campaigns, the U.S. government's response to these Russian

15   active measures, and related leaks of classified information."

16   Q.   Was there another page attached to that, this is page 4 of

17   Exhibit 9, setting forth the parameters?

18   A.   Yes, that's the attachment.

19   Q.   Tab 40, please, Exhibit 10, what is this?

20   A.   This is a letter dated May 22nd, 2017, from Mr. Stone's

21   counsel to the committee.

22   Q.   Does it reflect in the indented paragraph the committee's

23   May 9, 2017, letter, a quote from that?

24        This is page 2, Exhibit 10, page 2.

25   A.   Yes, it does.

1   Q.   And would you, please, read that letter, that portion of

2   the letter?

3   A.   That portion.

4        "In the committee's May 9, 2017 letter, it requested any

5   documents, records, electronically stored information including

6   email, communication recordings, data and tangible things

7   including but not limited to graphs, charts, photographs,

8   images and other documents regardless of form other than those

9   widely available, e.g. newspaper articles, that reasonably

10  could lead to the discovery of any facts within the

11  investigation's publicly announced parameters."

12  Q.   And the paragraph following that, from Mr. Buschel in this

13  letter, says what, please?

14  A.   It says, "Mr. Stone has no documents, records, or

15  electronically stored information, regardless of form, other

16  than those widely available that reasonably could lead to the

17  discovery of facts within the investigation's publicly

18  announced parameters."

19  Q.   Have you read the transcript of the committee hearing

20  which is at Tab 41, Exhibit 1?

21  A.   I have.

22  Q.   Would you read, please, at page 54 of the transcript, the

23  comments of Mr. Gowdy.

24  A.   Yes.  Hold on one second.

25  Q.   This is Exhibit 1, page 54.

```
1  A.   Starting with, "Okay"?

2  Q.   "Mr. Gowdy."

3  A.   "Mr. Gowdy:  But you haven't read the application in

4  support of any FISA warrants?

5       "Mr. Stone:  No, I have not."

6  Q.   The next paragraph.

7  A.   "Mr. Gowdy:  Okay, I meant to start with this, but it's

8  not too late.  Our committee really is only looking at four

9  things.  You wouldn't necessarily be able to tell that from

10 some of the questions you were asked this morning, but we are

11 only looking at four things:  What did the Russians do during

12 the 2016 election cycle; with whom, if anyone, did they do it;

13 what was the U.S. government's response to those Russian

14 measures; and then on the issue of unmaskings and leaks.  Those

15 are the four pillars of our jurisdiction."

16 Q.   Thank you.

17      Then if you would turn -- page 81 of that exhibit?

18 A.   Of the transcript?

19 Q.   The portion in the middle from Mr. Schiff, "You said

20 before," that paragraph.

21 A.   "Mr. Schiff:  You said before --"

22      "Mr. Stone:  We addressed that, and I promised to make a

23 request.

24      "Mr. Schiff:  You said before that you would not provide

25 that as you're here voluntarily and only under subpoena.  If
```

1    it's necessary, we will subpoena you to bring you back.  You

2    can save us all the time and trouble having to do that or you

3    cannot, but either way we will be prepared to subpoena you to

4    provide that information to the committee."

5    Q.   Do you know whether or not the committee did subpoena

6    Mr. Stone?

7    A.   I don't believe they did.

8    Q.   Page 84 of the same exhibit, the exchange between

9    Mr. Schiff, in the middle of the page, and Mr. Stone.

10   A.   Where -- do you want me to start at, "That is not a false

11   statement"?

12   Q.   Starting with -- this is page 84, starting with,

13   "Mr. Schiff:  So have you no emails."

14   A.   "Mr. Schiff:  So you have no emails, no written documents,

15   no text messages, no Twitter messages pertinent to the campaign

16   or the Russia investigation?

17      "Mr. Stone:  Pertinent to the campaign, I think we met the

18   narrow criteria of your request precisely.  If you want to make

19   a more specific request, I'm happy to go back and look, but I

20   think we completely complied with your request.

21      "Mr. Schiff:  So you have no emails to anyone concerning

22   the allegations of hacked documents or your conversations with

23   the Guccifer 2 or any discussions you have had with third

24   parties about Julian Assange.  You have no emails, no texts, no

25   documents whatsoever, any kind of that nature."

1      "Mr. Stone" -- I'm sorry, did you want --

2   Q.   Go ahead.

3   A.   "Mr. Stone:  That is correct, not to my knowledge.  I

4   think we met, again, the precise criteria of your request and

5   we complied.  Again, if you have a more specific request, I'm

6   happy to go back and look.  But we did and --"

7   Q.   Go ahead.

8   A.   "Mr. Schiff:  I just want to ask you under oath,

9   Mr. Stone.  We did an extensive search consistent with the

10  direction of my attorneys, and we found nothing that met the

11  criteria that you asked for."

12  Q.   You can continue on, please, to the next page, which is

13  page 85 of Exhibit 1, and beginning with, "Mr. Schiff" -- this

14  is about six lines down -- "Mr. Schiff:  Our request."

15  A.   "Mr. Schiff" -- how far would you like me to read; do you

16  want me to read the whole page?

17  Q.   Beginning with Mr. Schiff, to Mr. Stone's answer, and then

18  Mr. Schiff, and then Mr. Stone again.

19  A.   Okay.

20      "Mr. Schiff:  Our request was as to facts within the

21  investigation's publicly announced parameters.

22      "Mr. Stone:  Yes.

23      "Mr. Schiff:  And so you have no documentation of any kind?

24      "Mr. Stone:  I am unaware of anything that met that

25  criteria that would have been required to be turned over."

1   Q.    And then, please, same exhibit, Exhibit 1, turn to

2   page 108, at the bottom, beginning with, "Ms. Spear.

3   A.    With, "A follow-up," where would you like me to start?

4   Q.    "Ms. Spear:  Okay," and then all of those venues, that's

5   what I'm talking about.

6   A.    Okay, I'm sorry.

7        "Ms. Spear:  Okay.  And in all of those venues, you have

8   checked all of those venues to determine whether or not

9   anything within the scope of this investigation would be

10  appropriate to deliver to us, and have you found nothing?

11       "Mr. Stone:  That is correct.  As I said earlier, if you

12  want to make a more specific request, I'm happy to go back and

13  look again, but I believe we have fully complied with your

14  request.

15       "Ms. Spear:  All right."

16  Q.    Then if you would turn to page 111 --

17  A.    Okay.

18  Q.    -- and in the middle -- first there's a question from

19  Mr. Schiff a little above the middle, and then a response from

20  Mr. Stone.  Please read Mr. Schiff question and then Mr. Stone.

21  A.    "Mr. Schiff:  Well, I'm not asking about usually.  You

22  said that you have no records whatsoever responsive to the

23  committee request.  I just want to be absolutely clear, since

24  you are under oath, that that is a true and accurate statement.

25       "Mr. Stone:  I believe the request said outside materials

1    that can be found in the public domain.  Anything that would

2    have ended up in the public domain, I wouldn't have turned

3    over, but I don't have any specific recollection of anything

4    that meets that criteria."

5    Q.   That's all.

6         And then if you would, turn to tab 42, Exhibit 13, and what

7    is this?

8    A.   This is a letter dated October 13th, 2017, from

9    Mr. Stone's counsel to HPSCI.

10   Q.   And would you read the first paragraph and the second

11   paragraph?

12   A.   Sure.

13        "Dear Congressman Conaway, as you know, I, along with

14   co-counsel Grant Smith, represent Roger Stone in the

15   above-referenced matter.  At the urging of Congressman Gowdy in

16   the interview on September 26, 2017, and in response to the

17   committee's October 2nd, 2017 follow-up email request,

18   Mr. Stone voluntarily provides the below information and

19   attached documents.

20        "As Mr. Stone repeatedly stated in his candid interview

21   with the committee, he in no way conspired, colluded or

22   coordinated with any agent of the Russian State and has no

23   knowledge of anyone who did.

24        "Any information Mr. Stone disseminated via social media

25   regarding the timing of the release of the DNC data or others

1   was from publicly available sources and was confirmed by a

2   source who had access to WikiLeaks.  As you know, Mr. Stone has

3   declined to reveal the identity of that source based on

4   assurances that their communication was off the record."

5   Q.   Turn, if you would now, to tab 43, Government's

6   Exhibit 165 --

7   A.   Yes.

8   Q.   -- 1, and this is a chart, correct?

9   A.   Yes.

10  Q.   And it's a chart reflecting written communications between

11  Roger Stone and Randy Credico?

12  A.   Correct.

13  Q.   In looking at this chart -- let me ask you the question

14  this way:

15      Was this chart the product of the government's -- the

16  information that the government received from Mr. Stone?

17  A.   This is the product of information the government received

18  from search warrants, subpoenas and --

19  Q.   I'm sorry, I couldn't hear.

20  A.   This chart was put together based on information we

21  received in the course of the investigation.  So we used search

22  warrant returns, toll records and subpoena returns.

23  Q.   And these are Mr. Stone's records?

24  A.   Yes.

25  Q.   The next exhibit, this is Tab 44, Exhibit 166.

1    A.    Okay.

2          THE COURT:  They're Mr. Stone's records, but were

3    they received from Mr. Stone?

4          THE WITNESS:  No, not all of them, Your Honor.

5    BY MR. ROGOW:

6    Q.    Exhibit 166, the communications between Roger Stone and

7    Randy Credico in September 2017, do you see that?

8    A.    Yes.

9    Q.    Now there's a footnote in that exhibit, is there not?

10   A.    Yes.

11   Q.    And that -- what does that footnote reflect?

12   A.    The footnote says:  "All messages sent on September 26th,

13   2017, i.e., the date of the hearing, were sent after the

14   hearing concluded."

15   Q.    Do you know what time the hearing concluded?

16   A.    The hearing concluded at about 12:30 in the afternoon.

17   Q.    You have copies of all of those, do you not, the

18   government?

19   A.    All of what?

20   Q.    All of these communications that are in the chart.

21   A.    We have records that the communications happened.

22   Q.    Yes.

23   A.    Yes.

24   Q.    Tab 45, I think this is another tab in which there's no

25   exhibit mark.

1   A.   My copy also does not have one.

2             MR. KRAVIS:  This is --

3             THE WITNESS:  It's the October 2nd email.

4             MR. KRAVIS:  This is Exhibit 195.

5             THE COURT:  Thank you.

6   BY MR. ROGOW:

7   Q.   Tab 45, Exhibit 195.

8   A.   Okay.

9   Q.   What is this exhibit?

10  A.   This is an email dated October 2nd, 2017, from a member of

11  the HPSCI staff to Mr. Stone's counsel.

12  Q.   Was it requesting information?

13  A.   Yes.

14  Q.   Was there a response to that?

15  A.   Mr. Stone responded through his counsel, yes, on

16  October 13th.

17  Q.   I'm sorry, couldn't hear your answer.

18  A.   Yes, there was a response.

19  Q.   From Mr. Stone's counsel?

20  A.   Yes, from Mr. Stone's counsel.

21  Q.   Tab 46, which is Exhibit 167 --

22  A.   Okay.

23  Q.   -- this reflects what?

24  A.   This reflects the number of telephonic communications

25  between Mr. Stone and various individuals from January to

1  November 2016, and it reflects calls with Mr. Gates,

2  Mr. Bannon, Mr. Manafort, Mr. Prince, and Mr. Trump.

3  Q.   This chart exhibit does not reflect the content of any of

4  those communications, does it?

5  A.   Correct.

6  Q.   Exhibit 47, you talked about earlier this morning --

7  A.   Exhibit 62?

8  Q.   This is Exhibit 62 -- I'm sorry, this is Tab 47,

9  Exhibit 62.

10  A.   Okay.

11  Q.   The subject is, "Credico Paragraph."

12  A.   Correct.

13  Q.   The first paragraph, "From our letter to the House," is

14  that an accurate reflection of that letter?

15  A.   This -- this exhibit does say, "From our letter to the

16  House," yes.

17  Q.   Was that accurate; that was reflected in the letter that

18  was sent, was it not?

19  A.   This is not identical to the letter that was sent to the

20  House.

21  Q.   The other paragraphs are not, I understand --

22  A.   Oh, the first paragraph.

23  Q.   -- but the first paragraph, yes.

24  A.   I -- if you don't mind, I'll look and just compare them

25  before I give you an answer.  I don't --

1  Q.   When you testified earlier, you talked about these two

2  paragraphs.

3  A.   The second two?

4  Q.   Yes.

5  A.   Yes.

6  Q.   They were not identical.

7  A.   Correct.

8  Q.   But my question is:  Was the first paragraph identical?

9  A.   I know, and if you could bear with me, it's easier for me

10  if I can look at it before I give you the answer.

11  Q.   Of course, go ahead.

12  A.   Do you remember what tab the other one was at, the

13  original?

14  Q.   Let me ask the question this way:  If it were not

15  identical or close enough to identical, would you have observed

16  that in your testimony?

17          THE COURT:  That calls for speculation.  If you want

18  to know if they're identical, you can look her look at them.

19  If you don't, you can go on to the next question.

20          MR. KRAVIS:  Tab 42.

21          THE WITNESS:  Okay.  Sorry.

22      They're not identical.  In the -- I'm sorry -- in the

23  October 13th letter, it says, "In both the interview and in the

24  follow-up email from House majority counsel, the committee

25  requested Mr. Stone disclose the name of his intermediary who

1  offered information about WikiLeaks."

2      This version in Exhibit 62 says, "The committee requested

3  Mr. Stone disclose the name of source who confirmed the June 21

4  tweet and remarks by Julian Assange."

5      And then the rest of it is a little bit different as well.

6  The original letter says, "Since his committee interview and

7  the receipt of your written communication from the committee,

8  Mr. Stone has contemplated the disclosure and is now prepared

9  to identify his source."

10     The version in Exhibit 62 says, "Since his committee

11  interview and the receipt of your written communication from

12  the committee, Mr. Stone has contemplated the disclosure and is

13  now prepared only reluctantly to identify his source."  So

14  "only reluctantly" was added, and the top part is a little

15  different.

16  BY MR. ROGOW:

17  Q.   If you would, please, Tab 49, Government Exhibit 63.

18  A.   Okay, I got it.

19  Q.   The dates on these -- these are texts, correct?

20  A.   These are text messages between Mr. Stone and Mr. Credico,

21  yes.

22  Q.   And the 11/17/2017 text from Randy Credico, read what that

23  says, please.

24  A.   Mr. Credico writes, "I flew back from London.  I saw

25  Godfather II, Frankie Five Angels.

1  Q.   Then come down to the 11/19/2017 text, what does

2  Mr. Credico text?

3  A.   Mr. Credico writes, "My lawyer wants to see me today."

4  Q.   Do you know whether or not Mr. Credico had a lawyer?

5  A.   I do know he had a lawyer, I don't know the date that he

6  hired his lawyer.

7  Q.   Do you know whether or not Mr. Credico ultimately had a

8  lawyer, whatever the date may be?

9  A.   Yes, yes, he did.

10  Q.   Thank you.

11     And tab 50, Exhibit 15 --

12  A.   Okay.

13  Q.   -- is that a letter from Mr. Credico's lawyer?

14  A.   Yes.

15  Q.   And to whom is that letter addressed?

16  A.   This is a letter dated November 20th, 2017.  It's from

17  Mr. Credico's counsel, and it is to a staff member on HPSCI.

18  Q.   And what does it say?

19  A.   It says, "Please be advised that the undersigned is legal

20  counsel for Mr. Credico, who has received a letter from

21  Representatives Conaway and Schiff, requesting his

22  participation in a voluntary transcribed interview at the

23  committee's offices.  Please be advised that Mr. Credico

24  declines the invitation and requests that you pass this

25  information on to the authors of the letter to him."

1    Q.    If you would look at Exhibit 68, at Tab 53?

2    A.    Okay.

3    Q.    This is -- at the top it says, "My subpoena," correct?

4    A.    Correct.

5    Q.    And it is from Randy Credico?

6    A.    Yes.

7    Q.    And who is blind-copied on this?

8    A.    Craig Murray, Raymond --

9    Q.    Let me take them one at a time and ask you:  Do you know

10   who Craig Murray is?

11   A.    Not precisely, no.

12   Q.    Do you know who -- what's the next name?

13   A.    Raymond L. McGovern.

14   Q.    Do you know who Raymond L. McGovern is?

15              MR. KRAVIS:  Objection, relevance.

16              THE COURT:  She can just answer whether she knows or

17   not.

18        Go ahead.

19              THE WITNESS:  Raymond McGovern, no.

20        Do you want me to just keep going?

21   BY MR. ROGOW:

22   Q.    Do you know who Thomas Drake is?

23   A.    I don't.

24   Q.    Bill Binney?

25   A.    I'm familiar with Bill Binney, but I don't know a lot

1   about him.

2   Q.   Caleb Maupin?

3   A.   No.

4   Q.   Sabrina Jacobs?

5   A.   No.

6   Q.   Steven Cohen?

7   A.   No.

8   Q.   What is the address for Steven Cohen on this email?

9   A.   Steven Cohen is sfc1@nyu.edu.

10  Q.   Does that nyu.edu address reflect an address -- to your

11  knowledge, if you know -- of a university or educational

12  institution?

13  A.   Yes.

14  Q.   Stefania Maurizi?

15  A.   Again, I'm familiar with the name, but --

16  Q.   Players2, is that Roger Stone?

17  A.   That's Roger Stone.

18  Q.   Doug Henwood?

19  A.   I don't know.

20  Q.   Jeannie Hopper?

21  A.   I don't know.

22  Q.   Linda Perry Barr?

23  A.   Linda Barr worked at WBAI.

24  Q.   Pardon me?

25  A.   Linda Barr worked at WBAI.

1   Q.    Which is a --

2   A.    It was a radio station in New York City.

3   Q.    Was that the radio station from which Randy Credico did

4   his shows?

5   A.    Yes.

6   Q.    LionelY2K, do you know who that is?

7   A.    I'm familiar with the name, but I don't know.

8   Q.    Michael Haskins?

9   A.    I don't know.

10  Q.    Reggie Johnson?

11  A.    I don't know.

12  Q.    Coleen Rowley?

13  A.    I don't know.

14  Q.    Noam Chomsky?

15  A.    I don't know specifically.

16  Q.    What is the address for Noam Chomski?

17  A.    Chomski@mit.edu.

18  Q.    Does that email address, @mit.edu also reflect an academic

19  institution?

20  A.    Yes, it does.

21  Q.    Do you know what academic institution that is?

22  A.    MIT, Massachusetts Institute of Technology.

23  Q.    If you take a look, please at -- again, we're at Tab 53,

24  Exhibit 68 --

25  A.    Is this the one we were just looking at?

1   Q.   I'm sorry, I've got the wrong -- this is 54 --

2   A.   Okay.

3   Q.   -- Exhibit 69 -- Tab 54, Exhibit 69, page 1.

4   A.   Okay.

5   Q.   There are several pages in this exhibit, am I correct?

6   A.   There are ten pages in this exhibit.

7   Q.   Look at page 2, if you would, please.  There is an item

8   marked Number 329 11 -- I'm sorry, 330 11-29, 2017, from Randy

9   Credico.

10      And what does the message say in that line?

11  A.   "I am with my lawyers."

12  Q.   If you take a look at Tab 57, Exhibit 17?

13  A.   Okay.

14  Q.   What is reflected in that exhibit?

15  A.   This is a letter dated December 12th, 2017, from

16  Mr. Credico's counsel to HPSCI.

17  Q.   And page 2 of Exhibit 17 is the letter itself, correct?

18  A.   Yes.

19  Q.   What does the letter say; please read the content of the

20  letter.

21  A.   The letter says, "Please be advised that in response to

22  questioning at the scheduled deposition, Mr. Credico will

23  assert the protections of the Fifth Amendment to the

24  Constitution and decline to answer any questions beyond

25  personal pedigree.

1    Should you or the committee require a personal appearance

2  by Mr. Credico to orally assert his rights, please let us know.

3  Kindly also provide a mechanism for reimbursement of

4  Mr. Credico's travel expenses in connection with his

5  appearance.

6    If this letter is sufficient to serve to waive a personal

7  appearance on December 15th, 2017, please let us know that fact

8  and advise, if you can, whether the committee wishes to proceed

9  further in this matter."

10 Q.   Turn to Exhibit 59, please.

11 A.   Tab 59?

12 Q.   I'm sorry, Tab 59, Exhibit 65 --

13 A.   Got it.

14 Q.   -- page 3, Item 190, 11/24/2017, from Randy Credico.

15 A.   Mr. Credico -- this is a text message from Mr. Credico to

16 Mr. Stone, dated November 24th, 2017.

17   Mr. Credico writes, "I've already got ten lawyers who were

18 working on it."

19 Q.   Government Exhibit 6, which is at page -- I'm sorry -- at

20 tab 62.

21 A.   Okay.

22 Q.   And what is that?

23 A.   This is portions of the House Permanent Select Committee

24 on Intelligence report on Russian active measures, dated

25 March 22, 2018.

1  Q.   Turn to page 9, please.  In the paragraph beginning, "U,

2  with this charge" -- I mean the letter U, this is page 9 of

3  Exhibit -- I'm sorry, it's page 3 of Exhibit 6.

4  A.   Does it say "Preface" on the top?

5  Q.   Yes.

6  A.   Okay.

7  Q.   Would you read the first -- under U, the first two items

8  that deal with the mandate of the committee to examine with

9  this charge?

10 A.   So you want me to read, "With this charge," and then one

11 and two?

12 Q.   "With this charge," all the way to, "Campaigns."

13 A.   Okay.

14    "With this charge, the House Permanent Select Committee on

15 Intelligence, the Committee, initiated an investigation in

16 January of 2017 with the mandate to examine:  One, what Russian

17 cyber activity and other active measures covert influence

18 activities run by the Russian intelligence services, were

19 directed against the United States and its allies.

20    "Two, whether the Russian active measures include links

21 between Russia and individuals associated with presidential

22 campaigns."

23 Q.   Then if you would turn to page 76 of that same exhibit,

24 Exhibit 6, and there's a paragraph on the top left, there's

25 a U, and then it starts, "Despite these multiple contacts."

1       Would you read that, please?

2    A.   Is it page 9 of the exhibit?  Is it 6A9?

3    Q.   It's Exhibit 6A009.

4    A.   Okay.

5       "Despite these multiple contacts, the committee did not

6    find any evidence contradicting Stone's claim that any

7    information disseminated via social media regarding the time of

8    the release of the DNC data or others was from publicly

9    available sources, and he in no way conspired, colluded or

10   coordinated with any agent of the Russian State."

11   Q.   Turn, please, in this same exhibit to page 13, the

12   Appendix B, "Russia Investigation Parameters"?

13   A.   Okay.

14   Q.   Do you see that heading?

15   A.   I do.

16   Q.   And in the middle of the page there is italicized the

17   question, "What are the key questions you seek to answer," and

18   please read the first two bullet points.

19   A.   "What are the key questions you seek to answer?  What

20   Russian cyber activity and other active measures were directed

21   against the United States and its allies, what

22   counterintelligence concerns exist related to Russia in the

23   2016 U.S. elections, including any intelligence regarding links

24   between Russia and individuals associated with the political

25   campaigns."

1   Q.   Thank you.

2          THE COURT:  I was trying to figure out if the best

3   thing to do would be to take our break now, and let you

4   ascertain whether you have any more questions.

5          MR. ROGOW:  I have two more, just two more.  I'm at

6   tab 77, so I'm close to the end.

7          THE COURT:  All right.  Go ahead.

8   BY MR. ROGOW:

9   Q.   If you would take a look, please, at tab 79, Government

10  Exhibit 19?

11  A.   Okay.

12  Q.   Tell the jury what this is, please?

13  A.   This is a letter dated December 20th, 2018, from

14  Mr. Stone's counsel to the committee -- to HPSCI, rather, I'm

15  sorry.

16  Q.   If you would turn to page 2 of that letter, and the

17  paragraph, it is the third paragraph from the bottom that

18  begins, "In order for Mr. Stone," would you please read that?

19  A.   Yes.

20     "In order for Mr. Stone to properly and effectively defend

21  himself from the partisan attacks that have only been made

22  possible by the committee's ongoing retention in secret of the

23  only verified and accurate record of his testimony, Mr. Stone

24  must be immediately provided this record in full and without

25  any arbitrary restrictions.  Access" --

```
1   Q.   That's all I need.

2          MR. ROGOW:  Thank you, Ms. Taylor.  I'm finished.

3          THE COURT:  All right, is there going to be any

4   redirect of this witness, or is this witness excused?

5          MR. KRAVIS:  It's going to be like three minutes.

6          THE COURT:  Okay, let's go.

7      Is that all right with everybody, that we complete this

8   witness before your break?

9      Okay.

10                     REDIRECT EXAMINATION

11  BY MR. KRAVIS:

12  Q.   Very briefly, Ms. Taylor, I want to ask you about some of

13  the documents that you were shown on cross-examination.

14      First, I ask you to turn to Exhibit 166, tab 44 in your

15  binder.

16          MR. KRAVIS:  Can we please publish it for the jury

17  and the witness.

18  BY MR. KRAVIS:

19  Q.   Ms. Taylor, I think you testified on direct examination --

20          MR. KRAVIS:  Thank you.

21  BY MR. KRAVIS:

22  Q.   Ms. Taylor, I think you testified on direct examination

23  that this Exhibit 166 is a chart with a number of written

24  communications between Mr. Stone and Mr. Credico in September

25  of 2017.
```

1          Am I remembering that correctly?

2    A.    That's correct.

3    Q.    On cross-examination you were asked a question about you

4    have copies of these communications.

5          I just want to be clear:  Are there time periods for which

6    law enforcement did not obtain in this investigation the

7    content of text messages between Mr. Stone and Mr. Credico?

8    A.    Yes.

9    Q.    What is the time period for which law enforcement did not

10   obtain the content of the text messages between Mr. Stone and

11   Mr. Credico?

12   A.    Mid-November 2016 through mid-November 2017.

13   Q.    And that includes the time period that's covered in this

14   chart?

15   A.    Yes.

16   Q.    So this chart is based on records showing the number of

17   communications but not their content?

18   A.    Correct.

19   Q.    I want to turn now to Exhibit 62, which appears at Tab 47

20   of the binder.

21          MR. KRAVIS:  If we could have published for the jury

22   again the side-by-side view of the -- Exhibit 13 and

23   Exhibit 62.

24   BY MR. KRAVIS:

25   Q.    Ms. Taylor, do you remember being asked some questions on

1    cross-examination about -- asking to you compare Exhibit 62

2    with Exhibit 13?

3    A.   Yes.

4    Q.   And just to remind us of what we're looking at here, what

5    is Exhibit 13?

6    A.   Exhibit 13 is a letter dated October 13th, 2017 from

7    Mr. Stone's counsel to the committee.

8    Q.   And what is Exhibit 62?

9    A.   Exhibit 62 is an email from Mr. Stone to Mr. Credico dated

10   October 1th, 2017, where he forwards content related to that

11   letter.

12   Q.   Now, I think you were asked on cross-examination to

13   compare the first paragraph of Exhibit 62, the forwarded text

14   and the email with the letter.

15        Do you remember that?

16   A.   Yes.

17   Q.   What are, what are the differences?

18   A.   In the -- in both the interview paragraph, in the letter

19   to Mr. Credico the text says, "Who confirmed the June 21st

20   tweet and remarks by Julian Assange," versus the October 13th

21   letter which says, "Who offered information about WikiLeaks."

22   Q.   Was there another difference that you identified?

23   A.   Yes.  In the letter to -- that was forwarded to -- or the

24   email, rather, that was forwarded to Mr. Credico, the second

25   sentence of that paragraph ends with, "is now prepared only

1  reluctantly to identify his source," whereas in the original it

2  says, "and is now prepared to identify his source."

3  Q.   So the email that Mr. Stone forwarded along to Mr. Credico

4  has that phrase, "only reluctantly" to identify a source, and

5  that word, "only reluctantly," does not appear in the letter

6  sent to the committee; is that right?

7  A.   That's correct.

8  Q.   Finally, I want to ask you a few questions about the

9  transcript.  I'm going to ask to you turn to Tab 41 of the

10 binder.  This is Government's Exhibit 1.  I'm going to direct

11 your attention --

12         MR. KRAVIS:  And if I could have this for the jury

13 and the witness please.

14 BY MR. KRAVIS:

15 Q.   -- to page 54 of the transcript, do you remember being

16 asked on cross-examination about some -- about a statement from

17 someone identified in the transcript as Mr. Gowdy about the --

18 what the investigation is looking at?

19 A.   Yes.

20 Q.   I want you to turn now to three pages later in the

21 transcript, page 57?

22 A.   Okay.

23 Q.   Do you see the material I've marked in green on the edge

24 of the transcript there?

25 A.   Yes.

1  Q.   Is this an exchange between Mr. Stone and that same person

2  identified as Mr. Gowdy, who made the earlier statement?

3  A.   Yes.

4  Q.   Can you read this for us, what Mr. Gowdy says three pages

5  later?

6  A.   "Mr. Gowdy:  All right, which brings me back to your

7  source with Julian Assange."

8      "Mr. Stone:  Yes.

9      "Mr. Gowdy:  We need to be able to examine that source.

10  That source had direct contact with Julian Assange."

11  Q.   Finally, Ms. Taylor, do you remember being asked some

12  questions on cross-examination about some statements in the

13  transcript about the scope of the -- of the investigation?

14  A.   Yes.

15  Q.   In his opening statement for the committee, did Mr. Stone

16  himself talk about the basis of the hearing?

17  A.   Yes, he did.

18  Q.   I direct your attention to page 8 of the exhibit.

19      Can you read for the jury, please, the statement of

20  Mr. Stone that I just highlighted in green at the bottom?

21  A.   "These hearings are largely based on a yet unproven

22  allegation that the Russian State is responsible for the

23  hacking of the DNC and John Podesta and the transfer of that

24  information to WikiLeaks."

25  Q.   Who was the person who spoke that line?

1   A.    Mr. Stone.

2             MR. KRAVIS:  I have no further questions.

3             THE COURT:  All right, the witness can be excused,

4   and the jury will be excused to take our mid-afternoon break.

5   We'll try to resume at 3:15.

6        Please don't discuss this case with among yourselves or

7   with anyone else.

8        Thank you.

9        (Jury excused.)

10            THE COURT:  You can be excused.

11       Everyone can sit down.

12       I think people stand up when the jurors come and go, out

13  of courtesy for the jurors, but you don't have to wait for me

14  to tell you to sit down each time.

15       It's just a courtesy, I believe, that the parties usually

16  show the jury.  But once they're in and seated, you all should

17  feel free to sit down.  I'm not used to telling people that

18  they can sit down.  I have never seen people stand and wait, so

19  feel free.

20       Mr. Kravis, I just want to confirm, when we had the last

21  pretrial conference and we were talking about the jury

22  instructions --

23            MR. KRAVIS:  Yes, Your Honor.

24            THE COURT:  -- you indicated that you were in

25  agreement with the defense about the line and the

1  obstruction -- instruction about concealment of record.

2      So I just want to ask, in Count 1, there were several

3  prongs alleged to what you believe the obstruction was that

4  he -- paragraph 41, that he allegedly testified falsely and

5  misleadingly at the hearing; second, that he failed to turn

6  over and lied about the existence of responsive records; and,

7  three, that he submitted and caused to be submitted a letter

8  falsely and misleadingly describing communications with the

9  Person 2 and 4, that he attempted to have Person 2 testify

10 falsely or to prevent him from testifying.

11     So is it my understanding that, essentially, Stone failed

12 to turn over is no longer a part of what you're prosecuting as

13 obstruction of justice in this case?

14         MR. KRAVIS:  I think --

15         THE COURT:  Or just lied about the existence of.

16         MR. KRAVIS:  Right, I think that our position here is

17 that we are not arguing that Mr. Stone's failure to turn over

18 documents is, in itself, sufficient for the jury to convict the

19 defendant of obstruction.

20     Our argument is that the obstruction that occurred here

21 was obstruction about lying about the documents he had in his

22 possession.

23         THE COURT:  All right.  It would be helpful for me,

24 we talked about seeing the new jury instruction as to what you

25 think the guidepost of this case is, and I think with that

1   change, that was the only thing that you disputed, would help

2   me to have what the agreed jury instruction is, or what the

3   instruction is with any remaining disputes.  And we've been

4   busy since we talked, but I would like to have it, at least by

5   Monday morning.

6          MR. KRAVIS:  We'll send something to defense counsel

7   tonight.  All we're going to do is delete the language they

8   objected to.  If that's all right with them, we'll submit it to

9   the Court.

10          THE COURT:  All right.  With respect to the defense,

11   I don't know, now that you have directed the witness' attention

12   to certain aspects of the transcript, whether it's going to

13   still be your position that you want to play the entire

14   testimony in your case in chief.

15      I would like to know, I guess at the close of the

16   government's case, if there's going to be a defense case,

17   before we begin, I would like to hear from you about why it is

18   relevant in its entirety as opposed to choosing as many

19   excerpts as you think are important and playing them.

20      I think part of my function here is to make sure that

21   the -- and you don't have to do it now -- is to make sure that

22   the jury's time is used wisely, and if they're going have to

23   listen to the entire thing and you can't edit it down, I'd like

24   you to consider whether you can, and if you can, I'd like to at

25   least hear why you think every word is relevant before you put

1    it on.

2         We don't have to talk about it now, but I wanted to give

3    you a heads-up, and I'm going to ask you that before you put on

4    your case, if you put on a case.

5         The other thing I will say is, as having it be my

6    responsibility to think about the use of everyone's time, not

7    every lawyer in this courtroom has to be as caffeinated as

8    Mr. Kravis, but the pacing of the cross was extremely slow, and

9    I think it tested the patience of the jurors a great deal, and

10   so I hope as you prepare moving forward, you'll try to pick up

11   the pace a little bit.

12        I'm not going to point that out in front of the jury, but

13   I do want to let you know that I thought this afternoon could

14   have been a bit more expeditious, and so I hope you'll take

15   that to heart.

16        I also think talking about exhibits when the jury can't

17   see them isn't as helpful to the jury as it could be if they

18   could see them while you were talking about them.  Maybe you

19   didn't want to underscore their contents, but you were talking

20   about their contents, so that's something to think about in the

21   future as well.

22        So we'll take our break.

23        You'll be prepared with your next witness when we come

24   back?

25             MR. KRAVIS:  Yes, Your Honor.

```
 1              THE COURT:  I'll see everybody now at 20 after.

 2              (Recess at 3:14 p.m.)

 3              (Proceedings resumed at 3:29 p.m.)

 4              THE DEPUTY CLERK:  Your Honor, recalling criminal

 5    case Number 19-18, United States of America v. Roger J. Stone.

 6          (Pause.)

 7              THE COURT:  Mr. Stone, are you fully recovered?

 8              THE DEFENDANT:  Yes, thank you, Your Honor, much

 9    better.

10              THE COURT:  I'm going to continue with the trial

11    right now.  If there's anything -- I was presented with

12    something that doesn't relate to the matters before us right

13    now.  Let's bring the jury back in, and the government can get

14    its next witness.

15              (Jury present.)

16              THE COURT:  All right, our jurors are all returned.

17        Government can call it's next witness.

18              MR. ZELINSKY:  Thank you, your Honor, the United

19    States calls Randy Credico.

20              GOVERNMENT WITNESS RANDOLPH CREDICO SWORN

21                         DIRECT EXAMINATION

22    BY MR. ZELINSKY:

23    Q.   Good afternoon, sir.

24    A.   Good afternoon.

25    Q.   Could you state and spell your name for the record?
```

1  A.    Randolph Allen Credico.   R-A-N-D-O-L-P-H, Credico is

2  C-R-E-D-I-C-O.

3  Q.    Mr. Credico, you're testifying today pursuant to a

4  subpoena; is that correct?

5  A.    Yes, that's not something I would volunteer to.

6  Q.    And have you met with the government to prepare for your

7  testimony today?

8  A.    Yes.

9  Q.    What do you do for work?

10 A.    Seems like I'm a professional witness.  I'm a political

11 satirist, I'm impressionist.  I -- for many years I did

12 political humor, night clubs, television.  I do voice-over

13 work.  Recently I did a couple of Nickelodeon voice-overs for

14 Mutt & Stuff, and I did a Tonight Show.

15    I have done a hundred television and radio and -- I have a

16 radio show right now on Pacifica.  And for many years, from

17 1997 to 2011, I ran a civil rights group called the William

18 Kunstler Fund for Racial Justice.

19 Q.    Thank you, sir.

20    Do you know Roger Stone?

21 A.    Yes.

22 Q.    When did you first meet Mr. Stone?

23 A.    In the summer, late summer of 2002.

24 Q.    What kind of work did you do with Mr. Stone?

25 A.    Well, in 2002 there was a campaign in New York.  It was an

1    election year, gubernatorial race.  And at that point I was

2    running the concert funds group called "The Mothers of the New

3    York Disappeared."  And we were trying to change New York's

4    Rockefeller drug laws which were passed in '73.

5        I had spent five and a half, six years organizing the

6    families of prisoners, going to prisons, and the movement was

7    moving forward.  In 2002, we were negotiating with Governor

8    Pataki for changes.

9        There was a race between him and the guy by the name of

10   Carl McCall, and we were making a lot of movement, but I was

11   so -- we were like so close to getting changes that year, but

12   we didn't get them.  So I saw this third-party candidate by the

13   name of Tom Golisano, who is out of the upstate area.  He had a

14   third-party campaign, he spent tens of millions of dollars on

15   it.  I saw the ads that he was running.  They were very --

16   almost revolutionary.

17       So I ran into a guy who was running the Golisano campaign,

18   and I said, "Gee, I would like to meet the campaign manager or

19   the chief advisor, whatever, and maybe introduce him to my

20   cause with all of these women and children I'm working with."

21       So lo and behold, I met Roger Stone at his old apartment

22   above Mickey Mantle's on Central Park South.  I did a lot of

23   work and he did a lot of work on changing the Rockefeller.

24   Q.   You said earlier that you're an impressionist.

25   A.   Yes.

1  Q.   You do impressions of famous figures; is that right?

2  A.   Famous figures, politicians, and a lot of movie stars,

3  most of whom are dead now.

4  Q.   Did there come a time when Mr. Stone had you tape some

5  promotional --

6  A.   Yes.

7  Q.   -- things for him?

8  A.   Yes.

9  Q.   Could you explain in a little more detail what that

10  involved?

11  A.   Promotional tapes for his radio show?

12  Q.   Yes.

13  A.   It would be doing -- you know, he would do like, "Hi, this

14  is such and such, you're listening to Roger Stone on the" --

15  this is Richard Nixon, James Mason, or whoever it was, maybe a

16  dozen that I did, voices promoting bumpers for his radio show.

17  Q.   You just said that you first met Mr. Stone around 2002; is

18  that correct?

19  A.   Yes.

20  Q.   Since 2002, has your relationship with Mr. Stone been on a

21  steady, even keel?

22  A.   No.

23  Q.   Did there come a time in 2016 when you began to speak with

24  Roger Stone?

25  A.   Yes.

1   Q.   And why were you speaking with Roger Stone in early 2016?

2   A.   Well, I had just received my radio show at WBAI Pacifica

3   in New York City.  I was doing a lot of like fill-in shows, but

4   now they gave me a permanent spot on Saturday mornings, and it

5   evolved to three days a week, but it was Saturday mornings

6   early, and I needed guests.  I had to prove myself.  I'm having

7   this radio show, I'm a guest everywhere else, but now I have to

8   get guests on my show.

9       And sometimes you have to get guests on there that are

10  controversial.  He's good on radio, Stone is very good, he's a

11  good guest to have on, and although everybody at the station,

12  it's a rather to-the-left station, was not thrilled with me,

13  but Stone was good for causing commotion at the station and

14  bringing people to listen to it.

15  Q.   In the spring of 2016, did you have Roger Stone as a guest

16  on your radio show?

17  A.   I did, several times.

18  Q.   During the spring of 2016, did you discuss WikiLeaks at

19  all with Mr. Stone?

20  A.   No.

21  Q.   I want to turn now to June and July of 2016.

22  A.   Okay.

23  Q.   During that time, did you keep interacting with Mr. Stone?

24  A.   Through what days?

25  Q.   June and July of 2016.

1  A.   Well, he was on my radio show again, yeah.

2  Q.   Did you discuss with Mr. Stone getting other potential

3  guests on your radio show?

4  A.   Did I discuss other guests, yes.

5  Q.   Did you discuss having Gary Johnson on your show?

6  A.   That would be in September, I discussed having Gary

7  Johnson on my show.

8  Q.   Did you discuss, in June or July of 2016, having anyone

9  from WikiLeaks on your show?

10  A.   No.

11  Q.   Did you discuss WikiLeaks at all with Mr. Stone in June or

12  July?

13  A.   No.

14  Q.   Let's turn now to August of 2016.

15     In early August, did you hear Roger Stone talking about

16  communicating with Julian Assange?

17  A.   I saw a video of him, yes.  It was in Broward County

18  Republican Club, he was talking about having communicated with

19  Julian Assange.

20  Q.   At the time you saw that video, had you communicated with

21  Julian Assange?

22  A.   No.

23  Q.   Had you told Mr. Stone at the time you saw the video that

24  you had communicated with Julian Assange?

25  A.   No.

1  Q.   After Mr. Stone's statements that you talked about, did

2  there come a time when you tried to have Julian Assange on your

3  show?

4  A.   Yes.

5  Q.   How did you get the idea to have Julian Assange on your

6  show?

7  A.   How I did get the idea.  The idea was, he was a great

8  person to have on your show.  It would be a huge, you know,

9  catch at my station.  I would be the only person at WBAI,

10  anywhere in New York, who would get Assange on, particularly

11  leading into the election.  He -- very controversial, and he

12  would be great to have.  A lot of people wanted him on, but I

13  was able to get him on by asking a friend, yes.

14  Q.   Turning now to Government's Exhibit 189, page 1, which

15  should be on the screen in front of you --

16       MR. ZELINSKY:  And if, on this slide, we could zoom

17  in, please, Ms. Rohde, on the line, the second line from the

18  top that starts, "You okay with that."

19       THE WITNESS:  "You okay with that."

20  BY MR. ZELINSKY:

21  Q.   Do you see that, Mr. Credico?

22  A.   "You okay with that, I'm going have Julian Assange on my

23  show next Thursday," yes.

24  Q.   Did you send that message to Mr. Stone?

25  A.   Yes.

1  Q.   Let's look at the next message down.

2      Do you see another message just below that?

3  A.   Yes, "Kunstler's wife is his lawyer, or at least one of

4  them."

5  Q.   Who is "Kunstler wife"?

6  A.   Kunstler's wife, I missed an apostrophe and an s, that's

7  Margaret Ratner Kunstler, who is the widow of William Kunstler,

8  who is a very close friend of mine who I worked for, for many

9  years as the director of the Kunstler fund.

10 Q.   What is your relationship to Ms. Kunstler?

11 A.   She is my closest, probably my closest friend in life.  I

12 have known her since 1986.  Her husband died ten years later,

13 and she and I remained great friends.

14     I ran her organization, the William Kunstler Fund.  Once he

15 died, she started Kunstler fund, and a year later I was given

16 the job as director of the William Kunstler Fund for the next

17 13 years.  We worked on a lot of projects together.

18 Q.   You referred earlier to a friend that you were in contact

19 with to try to get Assange on your show, was that friend

20 Ms. Kunstler?

21 A.   Yes.

22 Q.   When you wrote this message to Mr. Stone, had you actually

23 confirmed that Assange would be on your show?

24 A.   No, I think I presumed because I had asked her, I was

25 going to ask her like earlier to try to get Assange on, but she

1  would get very upset, and had totally stay away from whatever

2  relationship she had.  I did not want to bother her.  The only

3  reason why I did here is because I was expanded.  I had from

4  one day a week to three days a week, and I was looking for

5  guests, and then I reluctantly asked her.  But I had not

6  confirmed that he was on when -- I just assumed that if she

7  tried to get him on, I would have a pretty good shot.

8  Q.   At the time, what did you understand to be Ms. Kunstler's

9  relationship, if any, to Julian Assange?

10 A.   Well, she had written articles.  Her close friend, Michael

11 Ratner, was his main lawyer, and she was doing -- not like --

12 she was someone that was part of that gang of like 80 lawyers

13 that he had.  And she was friendly, she was actually

14 representing somebody else at that time.  There was a crew

15 there that I was able to get her to ask to get him on my show.

16 Q.   Why did you tell Mr. Stone that you would be having

17 Assange on your show?

18 A.   You know, I really don't know why I was telling him that,

19 but, you know, I was kind of bragging, the same way he would

20 say to people a few week earlier.  And I didn't believe it, by

21 the way, when he said he --

22 Q.   Mr. Credico, if you could just answer the question.

23 A.   Okay.  Well I was try to one-up him at that particular

24 point, and I actually was going have Julian Assange on my show,

25 although I didn't have him confirmed until the following week.

1  Q.   When you say, "one-up him," what were you trying to one-up

2  him from?  You started to allude to an earlier thing that you

3  had heard.

4  A.   Right.  Well, seeing him at that Broward County event,

5  talking about Julian Assange, a video was playing a lot, and

6  now I actually had a good shot to have him on my show, so I was

7  just one-upping him at that point.

8  Q.   You testified before the grand jury about this matter?

9  A.   Yes.

10 Q.   And did you have these text messages --

11 A.   No.

12 Q.   -- in front of you when you testified?

13 A.   No, I didn't have any text messages prior to 2018.

14 Q.   When you testified before the grand jury, did you say you

15 had not discussed Julian Assange with Roger Stone at this time

16 period?

17 A.   Well, it really wasn't a discussion.  Yes, I did tell him

18 that.  I did say that.  I was actually talking about a phone

19 call conversation with him.

20 Q.   Once you got these text messages you are now testifying --

21 A.   Yes, those are mine.

22 Q.   -- that you discussed Mr. Assange on August 19th; is that

23 right?

24 A.   On August 19th, yes, this was sent.  It doesn't seem like

25 it was a back-and-forth the way I remember the phone call was

1    on September --

2    Q.   We'll get to that in a moment, sir.  Let's focus on

3    August 19th.

4    A.   All right.

5    Q.   Did Mr. Stone respond to you at all about your claim that

6    would you have Assange on your show?

7    A.   No, he did not.  I don't see it there, no.

8    Q.   Did there come a time when you actually did interview

9    Julian Assange?

10   A.   Yes, August 25th, 2016, 6:00 p.m. Eastern Standard Time.

11   Q.   Now, before you interviewed Julian Assange, did you also

12   interview Roger Stone?

13   A.   Yes, August 23rd, two days earlier, a Tuesday, on the same

14   station.

15   Q.   What was that station?

16   A.   WBAI.  All of these are WBAI in New York, 99.5 FM.

17   Q.   That was your radio show; is that right?

18   A.   Yes.  Actually, those days were fill-ins.  They became

19   permanent later, but they were fill-ins at that point.  That's

20   why I was scrambling to get guests on Tuesday and Thursday, the

21   23rd and the 25th.  I had gone from the Saturday morning to

22   Tuesday and Thursday.

23   Q.   Thank you, sir.

24       On August 23rd, 2016, you had Roger Stone as a guest on

25   your radio show?

1   A.   Yes, August 23rd, he was a guest on my radio show.

2   Q.   If we could turn to Government's Exhibit 134.

3        (Audio played.)

4   Q.   Mr. Credico, who is speaking on that phone call?

5   A.   Phone call on the interview, that's Roger Stone.

6   Q.   Who is the other person?

7   A.   Me.

8   Q.   Prior to that radio show on August 23rd, did you have any

9   conversations with Mr. Stone about what Julian Assange had?

10  A.   No.

11  Q.   Did you discuss -- in that interview you just listened to,

12  Mr. Stone talks about developments that come out today which

13  have been devastating.

14       Did you hear that?

15  A.   Yes.

16  Q.   Did you discuss any of those developments with Mr. Stone

17  prior to that interview?

18  A.   No.

19  Q.   If we could play the next clip in the exhibit, please.

20       (Audio played.)

21  Q.   You say in that part of your broadcasted interview that

22  you had been teasing people about an October surprise.

23       Did you hear that?

24  A.   Yes.

25  Q.   How had you been teasing people?

1   A.   Well, I guess I would be talking about, on my radio show I

2   would say there is going to be some kind of October surprise

3   like there was an October surprise, you know, with Reagan.

4   Q.   What is an October surprise?

5   A.   An October surprise is something that comes out just

6   before the election that no one is expecting to happen that

7   kind of undermines the candidate, that undermines.  That

8   happened to a lot of candidates over the years.  Reagan did it,

9   Jimmy Carter was an October surprise in 1980.  It had something

10  to do with Iran.

11  Q.   On the third line of the transcript from the bottom, you

12  see where it says, "You have been in touch indirectly with

13  Julian Assange."

14  A.   Yes.

15  Q.   How did you know Mr. Stone had been in touch indirectly

16  with Julian Assange?

17  A.   Because he said so on -- and they replay that a lot.  The

18  Broward County Young Republicans, I believe he spoke, and they

19  played that.  It was like a clip that was in sort of the middle

20  of it, you couldn't see the outside, but him speaking

21  repeatedly.  So I'm alluding to that because he had said it.

22  Q.   When you said to Mr. Stone, you asked him, "I'm giving you

23  an opportunity to say it, what about the October surprise,

24  you've been in touch indirectly with Julian Assange," can you

25  give us any kind of insight, were you referring to yourself as

```
 1   his indirect contact?
 2   A.   No.
 3   Q.   You were not asking him what you had told him in any way,
 4   were you?
 5   A.   That is correct, I was not.
 6   Q.   If we could play the next part of the clip, please.
 7        (Audio played.)
 8   Q.   You just heard, it's on the second line of the transcript,
 9   Mr. Credico --
10   A.   Yes.
11   Q.   -- that Mr. Stone said, "We have a mutual friend, somebody
12   we both trust; and, therefore, I'm the recipient -- I am a
13   recipient of pretty good information."
14        Did you hear that?
15   A.   Yes, I did.
16   Q.   At the time, did you know who Mr. Stone was referring to?
17   A.   No, I did not.
18   Q.   Did you understand him to be referring to you, sir?
19   A.   No, he was not referring to me.
20   Q.   At the time, had you ever heard of Jerome Corsi?
21   A.   No.
22   Q.   Did you ever -- you'll see there, further on, that it
23   says -- talks about Clinton Foundation scandals.
24   A.   Right.
25   Q.   Did you ever tell Mr. Stone that Assange had information
```

1   about the Clinton Foundation?

2   A.   Can you repeat that?

3   Q.   Did you ever tell Roger Stone that Julian Assange had

4   information about the Clinton Foundation?

5   A.   No.

6   Q.   Did you have any knowledge at this time about whether

7   Julian Assange had any information related to the Clinton

8   Foundation?

9   A.   No, sir.

10  Q.   After this radio broadcast on August 23rd, did there come

11  a time when you had Mr. Assange on your show?

12  A.   Two days later on August 25th.

13  Q.   Did Mr. Assange appear in person?

14  A.   No.

15  Q.   Why not?

16  A.   Because he was in exile in the Ecuadorian embassy in

17  London.

18  Q.   Let's turn to Exhibit 133.

19       Do you recognize this email?

20  A.   Yes, I do.

21  Q.   Who sent this email?

22  A.   It was sent to me by someone who worked for Assange in a

23  secretarial position.

24  Q.   When was the email sent?

25  A.   On the same day, earlier in the day on August 25th, 2016.

1  Q.   On this email it says here on the first line, "Margaret

2  Ratner Kunstler has communicated a request to have Julian take

3  part in your drive-time show tonight.

4       Do you see that line?

5  Q.   He had you, in fact, asked Ms. Kunstler to have

6  Mr. Assange take part in your show?

7  A.   Yes, a week earlier.  I thought it may have been a couple

8  of days before, but it obviously was a week earlier.  But that

9  was the day, August 25th, the same day that I had him on the

10 show that he responded finally.

11 Q.   Prior to this message, had you heard from anybody

12 associated with Mr. Assange?

13 A.   No.

14 Q.   And you said earlier that, on that day, later that day you

15 did have Mr. Assange on the show; is that right?

16 A.   Yes, on August 25th at 6:00 p.m.

17 Q.   How did he get on your show?

18 A.   It was complicated, because the radio station, the phone

19 system was all messed up.  They probably didn't pay their bill.

20 So I had to have him call up on my cell phone, hook the cell

21 phone into the sound system which went out over the airwaves.

22 But that's how -- I spoke to him like this (witness

23 demonstrating) and it was very complicated to do that.

24 Q.   Besides what was broadcasted on your radio station, did

25 you have any other conversation with Mr. Assange?

1  A.   That was the only conversation I had with him until April

2  of 2017.

3  Q.   Thank you, sir.  We'll focus now on the 2016 time frame.

4  A.   Okay.

5  Q.   Did you have any contact with any of his personnel at that

6  time about what information WikiLeaks might have?

7  A.   No.

8  Q.   On your radio show, what did you discuss with Mr. Assange?

9  A.   We talked about the election, we talked about the

10 campaign.  We talked about -- it was a wide range in a

11 37-minute interview.  I did not ask him about anything that he

12 was going to deliver.  I specifically didn't.  I never asked

13 him about his business, you know what I mean, except for I

14 think I might have asked him about his connection with Roger

15 Stone.  That was one of the things I asked him.

16 Q.   We'll get to that in a moment, sir.

17 A.   I asked him about Clinton, I asked him about Trump.  I

18 asked him about whoever else was in that race at that time,

19 Bernie Sanders.  It was really about the campaign.  I also

20 asked him about running for senate, I believe, in Australia.

21 Q.   Why didn't you ask him about future releases?

22 A.   I just -- first of all, I don't -- Julian Assange is not

23 going to tell me about future releases.  The whole business.

24 The whole business, whole MO of WikiLeaks is to release the

25 stuff.  They don't like tell you up front, they release it.

1      And they -- it's not like -- that's their MO.  Why would

2   they tip their mitt to someone like me what they're going to

3   do.  It's none of my business.  And first of all, I wasn't ever

4   going to ask him that.

5   Q.   Did you have any way besides this secretarial official to

6   contact Mr. Assange?

7   A.   Did I what?  That was my only way, yes.  At that point

8   that was it, yeah, only communicated with that guy.

9   Q.   Let's turn now to Government Exhibit 189, page 4.

10      Can you see the messages on the left that say, "Randy

11   Credico"?

12   A.   Yes.

13   Q.   Then if you look at the bottom, if we could blow up the

14   bottom two messages, can you read those, please, sir?

15   A.   Yes.  "Julian Assange talk" -- it's supposed to be

16   "talked" but -- "talk about you last night.  What did he

17   say" -- that was to Roger Stone.

18   Q.   In fact, had Mr. Assange talked about Roger Stone the

19   night before?

20   A.   I think, I believe he did in that interview.  I'm almost

21   positive, but I would have to listen to it again.  I think he

22   did, it did come up.

23   Q.   Had you asked him about Roger Stone?

24   A.   Yes, I did --

25   Q.   Why --

1   A.    -- I think I asked him about a back channel or something,

2   because Roger Stone had said that he had a back channel two

3   days earlier.  Now I have him on, and I asked him, "Did you

4   have Roger Stone -- an intermediary between you and Roger Stone

5   as a back channel," just checking up with him.

6   Q.   When you asked Mr. Assange on live New York City radio

7   whether or not Roger Stone had a back channel, were you

8   referring to yourself?

9   A.    No.

10  Q.   If you move to the next page of Exhibit 189, if we could

11  enlarge the message at the top of the page that says, "He

12  didn't say anything bad," if you could read that message,

13  please, sir.

14  A.   "He didn't say anything bad.  We were talking about how

15  the press is trying to make it look like you and he are in

16  cahoots."

17  Q.   If we could move now a little further down on Exhibit 185,

18  you see the date there that says, "This date"?

19        MR. ZELINSKY:  If we could blow that date up.  Thank

20  you.

21        THE WITNESS:  August 27, 2016, Saturday.

22  BY MR. ZELINSKY:

23  Q.   On August 27th, 2016 --

24        MR. ZELINSKY:  Could we move to the next page,

25  please.

```
 1   BY MR. ZELINSKY:

 2   Q.     -- you'll see -- can we go to the message down at the

 3   bottom, the bottom two messages -- do you see the message there

 4   that begins, "Julian Assange"?

 5   A.     Yes.

 6   Q.     Could you read it, please?

 7   A.     "Julian Assange has kryptonite on Hillary.  Trump is the

 8   Silky Sullivan of this race."

 9   Q.     When you wrote, "Julian Assange has kryptonite on

10   Hillary," who were you referring to when you wrote "Hillary"?

11   A.     On Hillary Clinton.

12   Q.     What was the basis of your knowledge?

13   A.     His public statements.  He had said earlier he had stuff

14   that was really bad on Hillary that could sink Hillary.

15   Q.     And you had also discussed earlier Mr. Stone's statements

16   that he had bad things on Hillary; is that correct, sir?

17   A.     Yes, yes.

18   Q.     Was this the first time that you discussed with Roger

19   Stone what Julian Assange might have?

20   A.     Yes.

21   Q.     Did Roger Stone --

22          MR. ZELINSKY:  We go to the next page of this

23   exhibit, please.

24   BY MR. ZELINSKY:

25   Q.     Did Roger Stone respond to your message?
```

1  A.   I don't think so.  Where is it?

2  Q.   Let's move on.

3  A.   No, he did not.

4  Q.   Did you continue to interact with Mr. Stone in August,

5  late August, that is August 27, 2016, through early September?

6  A.   Yes, he -- through September, yes, we did communicate.

7  Q.   Did there come a time when you had Gary Johnson on your

8  radio show?

9  A.   Yes, I did have Gary Johnson on the show.  Mr. Stone got

10  him on the show for me.

11         THE COURT:  Mr. Credico, you are mumbling a little

12  bit.

13         THE WITNESS:  I'm sorry.  I'm thirsty.  Can I get

14  some water?

15         THE COURT:  Absolutely.  There should be water in

16  that pitcher.  Can you reach it?

17         THE WITNESS:  Yeah, I got it.

18     I'm mumbling?

19         THE COURT:  Just your last answer was a little

20  mumbly.

21         THE WITNESS:  Let me know if I do that again.

22         THE COURT:  I will.

23  BY MR. ZELINSKY:

24  Q.   Mr. Credico, we had been talking about Gary Johnson.

25  A.   Yes, the Libertarian candidate for president, 2016.

1  Q.    And you indicated that Mr. Stone helped you to get Gary

2  Johnson on your radio show, right?

3  A.    I asked Mr. Stone if he would get me Gary Johnson on my

4  radio show.  He was going to be in New York on that Saturday.

5  I don't know if it was the 10th or the 11th of September.  I

6  think it was the 10th, I'm not for sure.  But I asked Mr. Stone

7  if he could get Mr. Johnson on, and he said, "I'll do it," and

8  he did it.  And he got him on my show, and it was a big victory

9  in spite of the fact that he made some crazy gaff about a lepo

10  the day before, and he lost a lot of his currency the day that

11  I had him on.

12  Q.    After you had Gary Johnson on your show, did you speak

13  with Mr. Stone about it?

14  A.    Yes, I did. I spoke to him right through that, about

15  having Johnson.  I was very appreciative that I got Gary

16  Johnson.  Nobody else on that station had him on.  Here I had

17  Julian Assange, now I had Gary Johnson.  And I was getting as

18  many big people as I could, from my viewpoint, and I did thank

19  him profusely forgetting me Gary Johnson.  I was very happy

20  about it.

21  Q.    What did he say in response?

22  A.    He said -- well, I asked, "What can I do in return" -- you

23  know, what can I do as a quid pro quo that's going around these

24  days, what can I do in response?

25        He said that he would like to get Julian Assange, me to get

1   Julian Assange on his radio show.

2   Q.   What did you respond to him?

3   A.   I said, "Well, you know, why don't you ask your back

4   channel, you have a back channel," and he -- I said, "Why don't

5   you ask your back channel you have been talking about to get

6   Julian Assange on your show rather than me?"

7       And he said, "Well, I can't use the guy all the time," and

8   he described him as some journalist, but he wouldn't tell me

9   his name.  He couldn't tell me anything about him.

10      So I said, "Well, I'll see what I can do."

11  Q.   When you told Mr. Stone that he should go to his back

12  channel, were you referring to yourself?

13  A.   No.

14  Q.   Let's move to Exhibit 48.

15  A.   Exhibit 48.

16          MR. ZELINSKY:  If we could blow up the top messages

17  there.  Thank you.

18      No, I'm sorry, you had it right.

19  BY MR. ZELINSKY:

20  Q.   You see the date there, sir, September 8, 2016?

21  A.   Yes.

22  Q.   I'm sorry, September 18, 2016?

23  A.   Yes.

24  Q.   And you see you sent a massages?

25  A.   Yes.

1    Q.    What does the message say?

2    A.    "Making progress on the interview across the sea."

3    Q.    What were you referring to when you messaged Mr. Stone

4    that you were making progress on the interview across the sea

5    in September of 2016?

6    A.    I believe because I told him I could get him Julian

7    Assange that I was making progress, which of course I never

8    even tried to get Assange on his show, but I said that anyway.

9    Q.    When you referred to Mr. Stone's show, what show are you

10   referring to?

11   A.    His -- he had a radio show call the Stone Cold Truth, and

12   he had one on InfoWars, I don't know if it was the same, but he

13   had some kind of radio show.  I actually did it at some point.

14   Q.    And lower down you'll see a message that begins, "I am

15   emailing your request to pass on to Assange."

16        Do you see that?

17   A.    "I am emailing a request to pass on to Assange on another

18   matter."  Oh, that's Roger, yes.

19   Q.    You've answered my question.  Mr. Stone said that.

20             MR. ZELINSKY:  And the next message, please.  If we

21   could pull up the next four messages.

22   BY MR. ZELINSKY:

23   Q.    If you look at the bottom -- I'm sorry, let's start at the

24   top.

25        After Mr. Stone asked you -- or said to you he was emailing

1  a request to pass on to Assange in another matter, what did you

2  reply?

3  A.   "Okay."

4  Q.   And then Mr. Stone sent you another message; is that

5  right?

6  A.   Yes.  It looks like a -- looks like a link, some kind of

7  link.

8  Q.   And then you see on the bottom where you gave a thumbs-up

9  emoticon?

10  A.   Yes.

11  Q.   Then you wrote to him, and could you read what you wrote

12  at 3:28 p.m. please sir?

13  A.   "Just remember, just remember, do not name me as your

14  connection to Assange.  You had one before that you referred

15  to."

16  Q.   If we could go now to Exhibit 51, page 1.

17  A.   Page 1.

18          THE WITNESS:  Am I mumbling still, am I okay?

19          THE COURT:  I'll let you know.

20          THE WITNESS:  Okay.  Just want to make sure.

21          THE COURT:  All right.  If somebody can't hear in the

22  jury box, they'll let me know.

23  BY MR. ZELINSKY:

24  Q.   Let's start on the top, if we could enlarge the header.

25      Who is this email to?

1   A.    To Roger Stone from Randy Credico.

2   Q.    What is it about?

3   A.    Regarding Libya.

4   Q.    If we could go to page 3 of this email, and the bold part

5   at the bottom, please, could you read that, sir?

6   A.    "Please ask Assange for any state or HRC email from

7   August 10 to August 30th, particularly on August 20, 2011, that

8   mentions Dr. R.K. Paul or confirm this narrative."

9   Q.    Did you, when you received this message, understand it to

10  be a request from Mr. Stone?

11  A.    Yes.

12  Q.    If we could go to page 1 of this exhibit, all the way at

13  the top.

14        Did you reply to Mr. Stone?

15  A.    Yes.

16  Q.    What did you say?

17  A.    I said, "That batch probably coming out in the next drop.

18  I can't ask them favors every other day.  I asked one of his

19  lawyers.  They have major legal headaches right now, relax."

20  Q.    When you told Mr. Stone that there was a batch coming out

21  in the next drop, were you referring to WikiLeaks?

22  A.    "That batch probably coming out in the next drop," yes,

23  the next drop, I'm sure that batch is coming out.

24  Q.    Did you have any inside information indicating this to be

25  the case?

1  A.   No.

2  Q.   You refer to having asked one of his lawyers.

3       Who were you referring to when you sent that message?

4  A.   "I can't ask them favors every day.  I asked one of his

5  lawyers."  The only lawyer that I would have known that was

6  peripherally involved was Margaret Ratner.

7  Q.   If we could look a little further down on that message

8  string --

9  A.   Yes.

10 Q.   -- you'll see at the bottom, if we could -- where you say,

11 who -- the sentence that begins, "Who could I have on my show"?

12 A.   "Who could I have on my show tomorrow to talk about this?"

13 Q.   And what did Mr. Stone respond to you when you asked who

14 you could have on his show to talk about this?

15 A.   "No one, unless I can get some kind of confirmation from

16 Assange."

17 Q.   What did you respond to Mr. Stone?

18 A.   "Those emails would be on the WikiLeaks site if they

19 exist."

20 Q.   Is that the product of any inside information?

21 A.   No.  WikiLeaks put their stuff on -- if it existed and

22 they had put it out, it would -- everyone knew, you just go to

23 the site there, and you have to go through this icon, that

24 icon, and you find it, do a search.  If that existed, go to

25 their website because they put their stuff on the website,

1   WikiLeaks.org.

2   Q.   What did Mr. Stone say to you?

3   A.   Well, I gotta see here, "Why do we assume WikiLeaks has

4   released everything they have" -- "everything that they have?"

5   Q.   And you responded?

6   A.   "Roger, I think he's all" -- that must have meant "on" --

7   "I think he's on my show tomorrow, so just give me a little bit

8   of time."

9   Q.   Was that true, did you have Mr. Assange on your show on

10  September 20th?

11  A.   No, I was really trying to get him on though.  I kept

12  trying to get him back on my show.  That was the favors I was

13  asking, was to try to get him back on my show.  I tried for the

14  ensuing six months to try to get him back on.

15  Q.   When you wrote this message, were you hoping that you

16  would have Assange on your show?

17  A.   I was always hoping I would get him back on the show

18  before the election, but I tried all the way until April 2nd,

19  2017, when he finally did it again.

20  Q.   Let's turn to Government Exhibit 190, page 1.

21      If you look at the first message -- the first two messages

22  on September 19th, 2016, did Roger Stone ask you to pass a

23  message to Julian Assange?

24  A.   Yes.

25  Q.   Did you tell him that you had?

1   A.    Yes.

2   Q.    Had you actually passed a message to Julian Assange?

3   A.    No.

4   Q.    Let's move now on the same message where you say, "I'm

5   flying to London after the show."

6         Do you see that?

7   A.    Yes.  That was on the 27th.

8   Q.    You say, "I'm flying to London after the show."

9         What did Mr. Stone respond?

10  A.    "Give me docs on R.A. Paul."

11  Q.    Were you, in fact, flying to London after your show?

12  A.    That night, yes, I was planning to go to London.

13  Q.    Why were you flying to London?

14  A.    Well, I was going there to visit a close friend of mine by

15  the name of Barry Crimmins, a great political satirist that I

16  have known since 1984.  He and I were both in London in 1986,

17  and it was the 30-year anniversary of us working in London

18  together.

19        So I went there to have a 30-year anniversary, along with a

20  very wealthy friend of mine who paid for the trip.  We were

21  going there for three days to see Barry Crimmins perform at the

22  Leicester Square Comedy Club, and the guy paid for all of the

23  expenses and the flight.

24        So that's the reason why I went to London from the 27th

25  through the 30th.  I believe I came back on the 1st of October.

1  Q.    Then you wrote, "We'll be seeing the man on Tuesday,

2  actually on Wednesday night.  It's part of the agenda."

3       Do you see that, sir?

4  A.    Yes.

5  Q.    Who is the man?

6  A.    The man would be Julian Assange.

7  Q.    Did you in, fact, have a plan to meet with Julian Assange?

8  A.    No, but -- I did not have a plan, but I had a plan in my

9  head that I would give him a letter from the station that I was

10 working.  I had --

11 Q.    Did you have an agenda for Mr. Assange?

12 A.    No, I did not have an agenda at all.  I did not see him.

13 I did not have an agenda.  I had nothing planned to see

14 Assange.  I was there to see Barry Crimmins.  And I spent three

15 days there with Barry Crimmins, and one day I dropped the

16 letter off at the embassy but did not get into the embassy.

17 Q.    And what did the letter say?

18 A.    The letter was from -- his name is Berthold Reimers.  He's

19 the general manager still at WBAI.  And we were making a

20 proposal to get Julian Assange to do a live radio show out of

21 the embassy with the ISDN, some kind of -- something he could

22 set up inside of the embassy.

23      So he sent me -- he gave me this letter.  I tried to get

24 them to let me drop it off inside of the embassy, maybe see him

25 while I was there, but they said either post it -- once I was

1   there they said:  Either post it or you can drop it off.

2       And so what I did was, I went over there on the day before

3   I left and knocked on the embassy door, went inside, somebody

4   put their hand out -- it was like Thing from "The Addams

5   Family," all I saw was a hand that grabbed the -- they grabbed

6   the letter and that was it, but I did not get inside the door.

7   Q.   Let's move to page 3 of Exhibit 190.

8           MR. ZELINSKY:  If we could enlarge the messages that

9   begin, "As Jolson would say."

10          THE WITNESS:  Yes, I'm sorry, where?

11  BY MR. ZELINSKY:

12  Q.   Let's go -- when you wrote, "As Jolson would say, Hillary

13  ain't seen nothing yet" --

14  A.   Yes.

15  Q.   -- did you send that message to Roger Stone?

16  A.   What date is this?  September 30th.  Yes.

17  Q.   Did you have inside information that gave you this

18  message?

19  A.   No.

20  Q.   Just below that there's a picture.

21  A.   Yes.  That's a picture of me in front of the embassy,

22  right there.

23  Q.   When you say, "the embassy," what embassy?

24  A.   The Ecuadorian embassy.  You can see the flag there, and

25  you can see the guy who was either working for MI6 or working

1    for the metropolitan police standing behind me with an

2    earphone.

3         So I took that picture to get him in there.  I had a whole

4    bunch Nespresso there that I got around the corner on Cromwell,

5    and I went in and went out, and I was followed a little bit

6    into Harrods, which is like a half a block away.

7         So I had put that picture out the day before on Facebook,

8    that same picture I put on Facebook, and I said on Facebook

9    that I think something is coming out this week based on what I

10   saw.

11        This guy is standing right there, there are people that are

12   following me around, into Harrods, at least I was that paranoid

13   I thought they were following me around.  So figured like

14   something is happening here, plus there was word that something

15   was coming out, and it was coming from -- I think it was

16   Assange and maybe a woman by the name of Sarah Harrison, that

17   something was coming out that week.

18   Q.   Sir, when you say there was word, do you mean --

19   A.   Not word of mouth, it was press.

20   Q.   Thank you.

21        And the exchange you just detailed --

22   A.   Yes.

23   Q.   -- where you said there was the man in the khaki pants

24   behind you --

25   A.   Yes.

1    Q.    -- was this the same time that you dropped the letter off

2    at the embassy?

3    A.    Yes, I think I just dropped it off at that point, and I

4    kind of floated around.  When I went in, came out, that guy was

5    still there.  I got nervous because I saw the guy there.  I was

6    kind of walking around, hoping that he would move.  And then I

7    said, "Forget about it," went in, gave the letter and came out.

8              MR. ZELINSKY:  Okay.  If we could move to the next

9    page of the exhibit, please.

10   BY MR. ZELINSKY:

11   Q.    If you look on the exhibit, you see that you wrote, "Big

12   news Wednesday."

13       Do you see that, sir?

14   A.    Yes.

15   Q.    Then what you did you say to Mr. Stone?

16   A.    "Now pretend like you don't know me."

17   Q.    Did you have inside information that led you to send the

18   message, "Big news Wednesday"?

19   A.    No.

20   Q.    Mr. Stone responded, do you see what he wrote?

21   A.    Yes.

22   Q.    What did he say?

23   A.    He said, "You died five years ago."

24   Q.    What did you understand Mr. Stone to mean when he wrote to

25   you, "You died five years ago"?

1    A.   Well, that would be 2011 or 2012.  He had put out on -- we

2    had a bad falling out in 2010, and he had put out, out of

3    nowhere that -- on Twitter, Facebook and a blast email that

4    Randy Credico died of an overdose, may he rest in peace.

5        Now, I was in California at that time.  I was in Berkeley

6    California, where the Pacifica main station is, KPFA.  It was

7    six o'clock in the morning there.  My phone was being charged.

8    I did not even, I did not even have it on.  It was being

9    charged.  This is 2011 I guess.  So I turn it on.  I had all of

10   these message saying that -- like worried about me that I had

11   died.

12       So he had put it out there in three different locations

13   Facebook, Twitter, I guess, and Gmail that Randy Credico died,

14   may he rest in peace, of an overdoes.  People were -- it caused

15   some problems, that's all I can tell you.

16   Q.   How did it make you feel, that Mr. Stone had done that?

17   A.   Well, the thing is, it's a big practical joke, except my

18   friends and family did not find it the kind of joke -- you

19   don't put it out there and I can't respond to it because I'm

20   asleep and I'm in California.  There's nothing I can do about

21   that.  But I know some other people said that they did get

22   ahold of him and he retracted that reluctantly -- not

23   reluctantly, but he did retract it.

24   Q.   It was in the context of, you said, of a falling out; is

25   that correct?

1   A.    Yeah, yes.

2   Q.    When you referred to it five years later, had you made

3   your peace with that particular incident?

4   A.    Well, with that, it's something I never forgot, you know,

5   because it happened again, and he had some of his friend that

6   had put it out there, he continued to put it out there that

7   Randy Credico died of an OD.

8              MR. BUSCHEL:  Objection, hearsay.

9              MR. ZELINSKY:  Your Honor, can I -- it's not being

10  put in for the truth of the matter asserted.  Mr. Credico is

11  very much alive.

12             THE COURT:  Right.  I know that.

13             THE WITNESS:  Even though I mumble.

14             THE COURT:  Mumbling or not, he's here.  I think the

15  objection was to he had his friend put it out.  I think that is

16  an assertion.

17             THE WITNESS:  I'm sorry.

18             THE COURT:  Let me deal with the lawyer, and the

19  lawyer will ask you the next question.

20             MR. ZELINSKY:  Thank you, Your Honor.

21  BY MR. ZELINSKY:

22  Q.    Moving on, Mr. Credico --

23  A.    Yes.

24  Q.    -- you wrote back, "Great, Hillary's campaign will die

25  this week."

1   A.    Yes.

2   Q.    And then you'll see that you wrote, "Call ASAP."

3         Do you see that?

4   A.    Yes.

5   Q.    The next message Mr. Stone wrote to you that starts,

6   "Did," do you see that?

7   A.    Yes.

8   Q.    What did it say?

9   A.    "Did Assange back off?"

10  Q.    Thank you.  Let's move on.

11        You responded to Mr. Stone on October 3rd, 2016 -- I'm

12  sorry, if we could go back to the previous page, the page we

13  were on, what did you write to Mr. Stone?

14  A.    "I can't talk about it."

15  Q.    Why couldn't you talk about it?

16  A.    Because I had nothing to say.

17  Q.    But what did you want Mr. Stone to think?

18  A.    That maybe I knew that something was coming out.

19  Q.    Let's move to the next page, and one more page beyond

20  that.  You'll see that picture that says -- that has text that

21  you sent below it.

22        Do you see that?

23  A.    Yes.

24  Q.    And what did you write?

25  A.    "How safe do you think anyone is in that little building?"

1  Q.    When you wrote "that little building," what were you

2  referring to?

3  A.    It's the same -- it's the Ecuadorian embassy in London

4  where Julian Assange was in exile.

5  Q.    Then if you move to the bottom of the messages.  You'll

6  see that you wrote, "I think it's on for tomorrow" --

7  A.    Yes.

8  Q.    -- do you see that?

9       What made you think -- well, first let's go to, what were

10 you referring to when you wrote, "it's"?

11 A.    He had been saying there's word coming out that he was --

12 not word, there were news stories, and he had said that -- and

13 Sarah Harrison, I believe, said it, that they were putting

14 something out in October.

15 Q.    Sir, who is "he"?

16 A.    Julian Assange.

17 Q.    Thank you.

18      On the next page of the exhibit, you'll see that it says,

19 "If I were you, I wouldn't make any definitive statements for

20 the next 24 hours."

21      Do you see that?

22 A.    Yes.

23 Q.    And did you send that message to Roger Stone?

24 A.    Looks like I did.

25 Q.    If you move further down, there's a message that begins,

1    "I'm sorry" --

2         MR. ZELINSKY:  And if we could do -- enlarge that to

3    the bottom of the screen.

4         THE WITNESS:  Okay.  "I'm sorry I can't have a

5    private conversation with you, but some major S-H-S blank,

6    blank, blank is coming.  I'll talk to you about it" -- I'll

7    talk to you after it happens, good bye."

8    Q.   When you told Mr. Stone there was some major stuff coming,

9    what was your basis of knowledge?

10   A.   Just it was either instinct or I was bluffing.

11   Q.   Then when you said to Mr. Stone, "I'm giving you all of

12   the information I have until tomorrow," what were you

13   referencing?

14   A.   When I say, "I'll talk to you after it happens, goodbye."

15   Q.   On the bottom you see a message from Mr. Stone?

16   A.   Yes.

17   Q.   It says, "I told to you go on Signal which is secure."

18       Do you see that?

19   A.   Yes.

20   Q.   What is your understanding of what "Signal" means in that

21   message?

22   A.   Signal is an encrypted phone messaging -- encrypted phone

23   messaging system which I did not have, did not have until the

24   following year.

25   Q.   But you understood Mr. Stone to be referring to an

1   encrypted messaging system; is that correct?

2   A.   Yes.  Yes.

3   Q.   Let's move on to the next page.  On this page you sent a

4   message at 11:08.

5       Do you see that, sir?

6   A.   Yes.

7   Q.   What did you write?

8   A.   "And by the way, your friend did not have a meeting with

9   Julian Assange.  That's a complete lie."

10  Q.   What are you referring to in this message?

11  A.   To whoever his so-called back channel was.  I did not know

12  the name.  It could have been somebody else, and I don't want

13  to like put hearsay out there.

14  Q.   That's fine, Mr. Credico.  Thank you, that's enough.

15      Moving on to the next line, did Mr. Stone respond to your

16  message?

17  A.   Yes.

18           MR. ZELINSKY:  If we can blow up those four messages

19  at the bottom.

20           THE WITNESS:  "He scheduled a press conference at

21  3:00 a.m. our time."  Stone says this.

22  Q.   And then what did Mr. Stone write in response?

23  A.   "How would you know, Rummy?"

24  Q.   Mr. Stone, have you in the past had a history of alcohol

25  use?

1   A.   I was in show business for forty years.  There was always

2   a lot of alcohol around in nightclubs.  I am not Ray Milland

3   from "The Lost Weekend," or Otis from "Andy and Mayberry."  I'm

4   not like that.  That's the impression that people may have.

5   But I have been sober right now for the last year.  I have been

6   in and out of sobriety, AA, for 34 years, as a matter of fact.

7   Q.   Did you understand Mr. Stone to be referencing your

8   struggles with alcohol when he wrote that line?

9   A.   Yes, yes.

10  Q.   The next line that you wrote says, "because I'm best

11  friends with his lawyer and leave it at that and leave it

12  alone."

13      Do you see that?

14  A.   Yes.

15  Q.   Who were you referring to when you wrote, "I'm best

16  friends with his lawyer"?

17  A.   Margaret Ratner Kunstler.

18  Q.   And what was the basis of your knowledge that Mr. Stone's

19  friend had not had a meeting with Julian Assange?

20  A.   You know, I really don't know.  I really don't remember.

21  I didn't ask her that.  I really don't remember, but I may have

22  asked, but I don't remember if this person -- whoever it was,

23  because I didn't know who it was.  He said he had a back

24  channel --

25  Q.   Thank you.

1  A.    -- and then there was somebody else he may have been

2  talking about.

3  Q.    Thank you.  Thank you, sir.

4      Let's move now to Exhibit 59.  Mr. Stone sent you a story.

5      Do you see that?

6  A.    Yes.

7  Q.    And it's labeled, "October Surprise Thwarted."

8      Do you see that?

9  A.    Yes.

10  Q.    And what was the subject of the email Mr. Stone sent you?

11  A.    "WTF," question mark; what the, blank, question mark.

12  Q.    What did you respond?

13  A.    "Head fake."

14  Q.    What did you mean when you wrote "head fake"?

15  A.    That means that it's probably a head fake.  That means

16  that he's throwing people off.  It's a term.  You know you do

17  something, it's a ruse to throw people off and -- it's a

18  football metaphor.

19  Q.    Let's move to Government's Exhibit 191.

20      Do you see the message there, "All I did in London"?

21  A.    Yes.

22  Q.    What did you refer to when you were referring to, "All I

23  did in London"?

24  A.    Was my trip in London -- when I was there to see Barry

25  Crimmins, all I did in London was deliver a letter from WBAI

1  station manager to invite them to have their own weekly radio

2  show, that would be Julian Assange and WikiLeaks to have their

3  own weekly radio show out of that embassy.

4  Q.   Sir, when you wrote this, that all did you in London was

5  deliver a letter to invite them have their own weekly radio

6  show.  Was that the truth?

7  A.   Yes, that's what I gave them.  I mean, I went there to see

8  Barry Crimmins, was what I went there for, but I also delivered

9  that.  But that was the only contact I had, was to deliver this

10 letter from Berthold Reimers, the general manager of WBAI.

11 Q.   Moving now to the third page of this exhibit, do you see

12 do -- you see the message where it says, "Just left ahead of

13 the FBI, who showed up at apartment about an hour after I

14 left."

15     Do you remember receiving this message from Mr. Stone?

16 A.   It looks familiar, yes.

17 Q.   And you responded; is that right?

18 A.   Yes.

19 Q.   What did you write?

20 A.   "Seriously?"

21 Q.   Moving to the next page, at the top --

22         THE COURT:  What date are we on now?

23         MR. ZELINSKY:  I'm sorry, Your Honor.

24     If we could go to the previous page of the Exhibit,

25 please, and the previous one, the one previous to that and one

1    more.  If we could zoom in on the date at the top.

2    BY MR. ZELINSKY:

3    Q.   What was the date of these communications, sir?

4    A.   October 15th, 2016.

5    Q.   Thank you.

6             THE COURT:  Thank you.

7    BY MR. ZELINSKY:

8    Q.   If we could return to the fourth page at the top, you

9    wrote to Mr. Stone, do you see where it begins, "Fact of the

10   matter is"?

11   A.   Yeah.  "Fact of the matter is, you got nothing to worry

12   about because no one's communicated directly with Assange

13   except for on my radio show, I just delivered a letter to him."

14   Q.   Is that the truth, sir?

15   A.   Yes.

16   Q.   And what did Mr. Stone respond?

17   A.   "I suggest we stonewall it, please, plead the Fifth" --

18   this is 2017, I'm sorry, not 2016.

19   Q.   Sir --

20   A.   I don't know the date here.

21            MR. ZELINSKY:  If we could go back to the first page

22   of this exhibit, please, and we could enlarge the date.

23   BY MR. ZELINSKY:

24   Q.   What is the date of this message?

25   A.   October 15, 2016.

1   Q.    If we could go back --

2   A.    Sorry.

3   Q.    -- when Mr. Stone wrote, "I suggest we stonewall it," what

4   did you respond?

5   A.    "I suggest we stonewall it, plead the Fifth, anything to

6   save the plan."

7         "What plan?  Stop busting my" --

8   Q.    Were you aware at that time of any plan that you had with

9   Mr. Stone?

10  A.    I don't remember a plan.

11  Q.    Had you provided any inside information you heard from

12  anyone to Mr. Stone?

13  A.    No, no inside information.

14  Q.    Let's turn now to the post-election period, sir.

15  A.    Okay.

16  Q.    -- that is the period of time after November 8th, 2016.

17  We are going to move now to Government's Exhibit 192.

18          THE COURT:  Mr. Zelinsky, let me just get timing from

19  you.

20          MR. ZELINSKY:  Your Honor -- I'm sorry.

21          THE COURT:  How far are we in your direct

22  examination?

23          MR. ZELINSKY:  I think if the Court is inclined to

24  break, there's probably about another half hour left of direct.

25          THE COURT:  And then that would be --

```
1              MR. ZELINSKY:  That would be the end of our direct
2    examination.
3              THE COURT:  Okay, let's try to do that.
4         Does that work for everybody?
5         And then we'll break at five, which is one of the times I
6    said we would possibly go to.
7              MR. ZELINSKY:  Your Honor, it is possible, given the
8    speed at which we're moving, and I just want to be clear for
9    the jury, we may not be done at five o'clock.
10             THE COURT:  Why don't you try to go for another 15,
11   20 minutes, and if you aren't done, we'll try to get to a
12   logical subject-matter breaking point and stop.
13             MR. ZELINSKY:  Thank you, your Honor.
14   BY MR. ZELINSKY:
15   Q.   Let's turn now to the post-election time period --
16   A.   Okay.
17   Q.   -- Exhibit 192.
18        After the election, did you do work for Roger Stone?
19   A.   Yes.
20             MR. ZELINSKY:  If we can enlarge the list here.  I'm
21   sorry, let's start at the header.
22   BY MR. ZELINSKY:
23   Q.   You see there that there's a message, and who is the
24   message from, sir?
25   A.   From Randy Credico.
```

1  Q.   Who is it to?

2  A.   To Roger Stone.

3  Q.   What is the date?

4  A.   November 30th, 2016.

5  Q.   Below it, just below that, there's a list of names?

6  A.   Yes.

7  Q.   And this list of names, what is it?

8  A.   Those are voices that I was suggesting that I would do for

9  his radio show as bumpers or as promotions.  These are the

10  voices that I could do pretty well and that people would

11  recognize.

12       THE COURT:  I just thought he was going to treat us

13  to it, and I wanted to make sure that we get didn't get into

14  that.  It might take too long.

15       THE WITNESS:  Would you like to hear some of them?

16       THE COURT:  No, not right now.

17       THE WITNESS:  Not even Bernie Sanders?

18       THE COURT:  None of them.

19       THE WITNESS:  I won't do it then.

20       THE COURT:  When asked, but if the question is not

21  asked, you don't get to answer it.

22       THE WITNESS:  I won't do any voices, I promise.

23  BY MR. ZELINSKY:

24  Q.   Mr. Credico --

25  A.   Yes.

1  Q.   -- you see that there's a line that says, "Brando

2  Godfather"; is that correct?

3  A.   Yes.

4  Q.   What does that refer to?

5  A.   Well, Brando Godfather there, now Brando -- if you're an

6  impressionist, when you are an impressionist, over the years

7  people's voice -- voices change as an impressionist.  I have

8  been doing it since I was sixteen, fifty years almost of

9  impressions.

10      So people change.  You go look at someone like Jimmy

11  Stewart when he's young as opposed to when he's old, it's a

12  totally different voice when you are doing Campbell's Soup

13  commercials.

14      Now, Brando, when he did "On the Waterfront," or if he did

15  any one of those movies, "Streetcar Called [sic] Desire," that

16  one, he had one of those voices that was a lot different than

17  "The Godfather."  Godfather was done 20 years later, and he had

18  cotton in his mouth, and it was more of a raspy thing.  So it

19  was there, Brando from "The Godfather," not Brando from "On the

20  Waterfront."

21      Took me a long time to say that, I'm sorry.

22  Q.   I want to unpack that for a minute with people that may

23  not be as familiar with filmography.

24      When you say, "Brando from The Godfather," is Marlon Brando

25  an actor that appears in "The Godfather"?

```
1   A.    Yes, he's the Godfather.  Godfather 1, he's the Godfather.

2   Q.    He's in "The Godfather" Part 1; is that correct?

3   A.    Yes.

4   Q.    And the name of his character, if you remember?

5   A.    Is Don Vito Corleone.

6   Q.    You did an impression of Marlon Brando from "The

7   Godfather" Part 1, correct?

8   A.    Yes, I did.

9   Q.    In --

10  A.    You're tempting me to do the voice.

11  Q.    Sir, if you could answer the questions.

12        THE COURT:  We know you're a comedian, but this is

13  serious business.

14        THE WITNESS:  I know it is.  I know, I'm sorry.

15      So the Godfather, that was the voice that I was doing,

16  yes.

17  BY MR. ZELINSKY:

18  Q.    Thank you, sir.

19      Did you ever do an impression of a character named Frank

20  Pentangeli?

21  A.    Not in my act.  I never did Frank Pentangeli, which would

22  be -- Michael V. Gazzo is the character.  I may have done it

23  like a little thing for somebody, but he wasn't somebody I

24  would do in my act.  You try to do the main characters.

25      I did Pacino, and I did Marlon Brando, but I never did
```

1    Frank Pentangeli in my act.

2    Q.   Thank you, sir.

3              THE COURT:  Did you do it for friends?

4              THE WITNESS:  I did it for a guy by the name of Steve

5    Schirripa, who was an actor.  I would do it, this one little

6    piece, but it wasn't one that you would do.

7    BY MR. ZELINSKY:

8    Q.   Sir, when you did this impression for Steve Schirripa, of

9    Frank Pentangeli, when did you do that impression?

10   A.   I knew him in Vegas back in the '70s.  He was a doorman

11   there.  We both liked that movie, and there was one line that

12   he would hit the -- it was just the one line, and it wasn't the

13   scene at the Kefauver Committee.  It was something else in

14   there, a little meeting.  It was one line that he loved.

15        So I would did it in the '70s, and I would see the guy

16   every four or five years and I would do it.  It was kind of an

17   inside deal.

18   Q.   It was an inside joke between you and Mr. Schirripa; is

19   that correct?

20   A.   Yes.

21   Q.   Did you ever do a Frank Pentangeli impression for

22   Mr. Stone?

23   A.   I could have, I could have done like that, the same voice,

24   the same little excerpt at some point in my lifetime over

25   17 years, I don't recall.

1   Q.   You don't recall ever doing it for Mr. Stone?

2   A.   Not -- I never did it for any of his radio shows.  And I

3   don't recall doing Frank Pentan- -- I don't recall doing Frank

4   Pentangeli.

5   Q.   Thank you, sir.

6       The scene that you did for Mr. Schirripa in the '70s, that

7   one line as an inside joke, that is not the scene were

8   Mr. Pentangeli testifies falsely in front of Congress; is that

9   correct?

10  A.   No.  It's a scene that takes place in New York.

11  Q.   It's a totally different scene; is that correct?

12  A.   It's a scene that takes place in New York, yes.

13  Q.   Thank you, sir.  Let's move to Exhibit 61.

14      On Exhibit 61, could you read -- first of all, what's the

15  date of this email, sir?

16  A.   It's January 6th, 2017.

17  Q.   What was the subject of this email?

18  A.   "Back Channel BS."

19  Q.   Who is the email from?

20  A.   From me.

21  Q.   And who did you send the email to?

22  A.   Mr. Stone.

23  Q.   Could you read the email, please?

24  A.   "Well, I have put together time lines.  And you and I said

25  you have a back channel way back, a month before I had Assange

1  on my show.  I have never had a conversation with Julian

2  Assange other than my radio show.  I have pieced it all

3  together, so you may as well tell the truth that you had no

4  back channel or there's the guy you were talking about earlier

5  in August."

6  Q.   Now, I want to go over this message for a moment with you,

7  Mr. Credico.

8     What triggered you writing this message?

9  A.   Because he -- you know, this is after the election and,

10 you know, I asked him one day, I -- because there was some

11 talk --

12 Q.   Sir --

13 A.   -- or actually, Julian Assange was on --

14 Q.   Mr. Credico, sir, you are referring to "he" --

15 A.   Mr. Stone, Mr. Stone.

16 Q.   Thank you.

17 A.   I'm going to go back to Julian Assange was on with Sean

18 Hannity.  There was talk out there that Roger Stone had a back

19 channel, and then it started to get back to me.

20    Sean Hannity asked Assange about that.  He cleared it up on

21 Fox News in an interview that Hannity did --

22 Q.   Sir, if we could just stick to when you wrote this

23 message, you and Roger Stone had conversations --

24 A.   Yes, about -- about me, he said that he could prove

25 that -- I said, "Who was your back channel?"

1      And he said, "That would be you," just like that, "That

2  would be you."

3      And I said, "I wasn't the back channel."

4      And he said, "Well, I can prove it because I have this

5  email from Margaret Kunstler, the lawyer."

6  Q.   And did that -- after that conversation, did you go back

7  and review materials?

8  A.   Yes.  Yes.

9  Q.   What did you review?

10  A.   What did I review?  I mean I just --

11  Q.   Did you look over your email, sir?

12  A.   Yes, I went through all of my emails in 2014 -- 2016.

13  Q.   What did you conclude?

14  A.   I concluded that I had no conversations with Roger Stone

15  about Julian Assange until that text message I sent on

16  August 19th.

17  Q.   And when you wrote at the bottom of this message, "You may

18  as well tell the truth, you had no back challenge, or there's

19  the guy you were talking about early August" --

20  A.   Right.

21  Q.   -- when you wrote that message on January 6th, 2017, who

22  were you referencing when you said, "The guy you were talking

23  about," or what were you referencing in early August?

24  A.   Well, he said he had a back channel at the Broward County

25  event, the one that he told me about on September --

1    September 9th, when I -- the Gary Johnson deal, when he said he

2    had a back channel.  That was a journalist on, I think,

3    September 9th, so that was the guy that he talked about in

4    August.

5         MR. ZELINSKY:  Your Honor, I think if it's okay with

6    the Court, we have reached a logical breaking point.

7         THE COURT:  All right.  I think that's fine.  It's

8    been a long day.

9         I'm going to ask the witness, if you could just step down

10   out of the witness stand.  Why don't you just take a seat in

11   that row there.

12        THE WITNESS:  Where?

13        THE COURT:  Just that front row inside the well of

14   the courtroom.

15        Members of the jury, I'm going to excuse you for the

16   evening.  We'll beginning at the same time tomorrow morning.

17        I'm want to caution you once again that you are not to

18   discuss this case or any of the evidence you've heard -- which

19   is still just a part of the case, it has not been submitted to

20   you -- among yourselves or with anyone else.

21        You are also not to fire up your computers this evening or

22   go to the library and research anything that relates to this

23   case.  You should not be looking up anything about the House,

24   about Mr. Stone, about anyone you've heard about so far, and

25   not even downloading The Godfather on Netflix.

1        I don't want you to improve your understanding or

2   supplement your understanding about anything that's of issue

3   with this case with information that you have not received in

4   this courtroom.

5        So there are plenty of other things you can do this

6   evening, so please have a pleasant evening and we'll see you

7   tomorrow.

8        (Jurors excused 4:49 p.m.)

9            THE COURT:  I plan to resume at 9:30 tomorrow

10  morning, and we'll just continue with the testimony of this

11  witness.

12       Do you know how you're going to adjust your schedule, or

13  do you want to -- can you tell the parties.

14           MR. ZELINSKY:  Yes, we can -- I expect this witness

15  to be on, as I look at it now, and when we're not trying to get

16  in before the deadline.  There's probably approximately

17  45 minutes of his testimony left on direct.

18           THE COURT:  Direct, then he needs to be

19  cross-examined.

20           MR. ZELINSKY:  Correct.

21           THE COURT:  And so I think you need at least one more

22  person teed up to go, if not also the person whose testimony

23  was likely to be short.

24           MR. ZELINSKY:  Yes, Your Honor, we will have those

25  witnesses ready to go, and so that we will be able to continue

1   moving the trial along tomorrow, whenever Mr. Credico gets off

2   the stand.

3            THE COURT:  All right, everyone is excused.  I'll see

4   you tomorrow at 9:30.  Have a pleasant evening.

5            (Trial adjourned at 4:50 p.m.)

6                              -oOo-

```
 1                        CERTIFICATE
 2        I certify that the foregoing is a true and correct
 3  transcript, to the best of my ability, of the above pages, of
 4  the stenographic notes provided to me by the United States
 5  District Court, of the proceedings taken on the date and time
 6  previously stated in the above matter.
 7        I further certify that I am neither counsel for, related
 8  to, nor employed by any of the parties to the action in which
 9  this hearing was taken, and further that I am not financially
10  nor otherwise interested in the outcome of the action.
11
12  _____     _____
    /s/ Crystal M. Pilgrim, RPR, FCRR    Date: November 8, 2019
13
14
15
16
17
18
19
20
21
22
23
24
25
```

' Case 1:19-cr-00018-ABJ   19-CR-018 [1]  537/4   594/7   25 [1]  547/3   562/8 581/16

'70s [3]  642/10 642/15
 643/6
'73 [1]  596/4

–

-ooo [1]  648/6

/

/s [1]  649/12

0

018 [1]  537/4

1

10 [4]  551/4 563/19
 563/24 619/7
100 [2]  537/22 538/3
1000 [1]  537/22
108 [1]  568/2
10th [2]  615/5 615/6
11 [3]  551/13 560/25
 580/8
11-29 [1]  580/8
11/17/2017 [1]  575/22
11/19/2017 [1]  576/1
11/24/2017 [1]  581/14
111 [1]  568/16
115th Congress [1]  559/25
11:08 [1]  632/4
11th [1]  615/5
120 [1]  538/8
12:30 [1]  571/16
12th [1]  580/15
13 [13]  551/19 551/20
 551/20 551/21 551/25
 552/2 552/6 569/6 583/11
 586/22 587/2 587/5 587/6
13 years [1]  601/17
130-120 [1]  538/8
1300 [1]  538/4
133 [1]  608/18
134 [1]  605/2
13th [6]  561/24 569/8
 572/16 574/23 587/6
 587/20
148 [9]  542/24 543/2
 543/15 544/21 545/1
 545/10 545/16 545/23
 546/5
15 [4]  552/21 576/11
 636/25 638/10
150 [3]  546/10 546/12
 546/13
15th [2]  581/7 636/4
16 [2]  553/10 553/10
164 [1]  551/4
165 [1]  570/6
166 [4]  570/25 571/6
 585/14 585/23
167 [1]  572/21
17 [5]  554/11 554/12
 554/14 580/12 580/17
17 years [1]  642/25
18 [4]  540/4 553/1 594/5
 616/22
185 [1]  612/17
189 [4]  553/10 600/14
 611/9 612/10
18th [2]  554/16 554/24
19 [1]  584/10

19-CR-018 [1]  537/4
190 [6]  558/7 558/10
 558/21 581/14 621/20
 624/7
191 [1]  634/19
192 [1]  637/17 638/17
195 [2]  572/4 572/7
1980 [1]  606/9
1984 [1]  622/16
1986 [2]  601/12 622/16
1997 [1]  595/17
19th [6]  549/21 603/22
 603/24 604/3 621/22
 645/16
1:40 [2]  537/7 540/1
1st [1]  622/25
1th [1]  587/10

2

2.0 [1]  546/13
20 [6]  558/5 560/1 560/2
 594/1 619/7 640/17
20 minutes [1]  638/11
20001 [1]  538/18
2002 [5]  595/23 595/25
 596/7 597/17 597/20
2010 [1]  627/2
2011 [4]  595/17 619/7
 627/1 627/9
2012 [1]  627/1
2014 [1]  645/12
2016 [40]  543/5 543/10
 546/14 547/3 549/17
 549/19 550/12 553/1
 554/16 563/12 565/12
 573/1 586/12 597/23 598/1
 598/15 598/18 598/21
 598/25 599/8 599/14
 604/10 604/24 608/25
 610/3 612/21 612/23 614/5
 614/25 616/20 616/22
 617/5 621/22 629/11 636/4
 636/18 636/25 637/16
 639/4 645/12
2016 U.S [1]  583/23
2017 [31]  559/16 561/24
 562/9 562/25 563/20
 563/23 564/4 569/8 569/16
 569/17 571/7 571/13
 572/10 575/22 576/1
 576/16 580/8 580/15 581/7
 581/14 581/16 582/16
 585/25 586/12 587/6
 587/10 610/2 621/19
 636/18 643/16 645/21
2018 [3]  581/25 584/13
 603/13
2019 [2]  537/7 649/12
202 [1]  537/18
20530 [1]  537/17
20th [3]  576/16 584/13
 621/10
21 [1]  575/3
21st [2]  549/21 587/19
22 [1]  581/25
22nd [1]  563/20
235-8259 [1]  538/13
23rd [6]  604/13 604/21
 604/24 605/1 605/8 608/10
24 [2]  549/13 630/20

24th [2]  562/8 581/16
25 [1]  547/3
252-7698 [1]  537/18
25th [7]  559/15 604/10
 604/21 608/12 608/25
 609/9 609/16
26 [1]  569/16
26th [1]  571/12
27 [3]  558/24 612/21
 614/5
27th [3]  612/23 622/7
 622/24
28 [1]  552/21
29 [2]  559/7 580/8
29th [1]  549/17
2:32 [2]  554/14 554/16
2nd [5]  541/9 569/17
 572/3 572/10 621/18

3

30 [1]  546/14
30-year [2]  622/17 622/19
30th [4]  619/7 622/25
 624/16 639/4
31 [1]  558/24
31st [1]  550/12
32 [1]  559/12
328-9064 [1]  538/9
329 [1]  580/8
33 [2]  559/7 559/23
330 [1]  580/8
331 [1]  538/12
333 [1]  538/17
33301 [2]  537/23 538/9
33316 [1]  538/13
33394 [1]  538/4
34 [3]  560/17 561/6 633/6
35 [3]  546/24 547/2
 561/22
36 [1]  550/10
37 [3]  551/13 562/7 562/8
37-minute [1]  610/11
38 [3]  552/6 552/8 562/21
39 [1]  562/24
3:00 a.m [1]  632/21
3:14 [1]  594/2
3:15 [1]  590/5
3:28 [1]  618/12
3:29 [1]  594/3
3rd [2]  537/22 629/11

4

40 [2]  562/21 563/19
401 [1]  538/8
41 [3]  564/20 588/9 591/4
42 [2]  569/6 574/20
43 [1]  570/5
44 [2]  570/25 585/14
45 [2]  571/24 572/7
45 minutes [1]  647/17
46 [1]  572/21
47 [3]  573/6 573/8 586/19
4700-F [1]  538/17
48 [3]  554/14 616/14
 616/15
49 [1]  575/17
4:49 [1]  647/8
4:50 [1]  648/5
4A [2]  560/23 560/24

5

50 [1]  576/11

**5**
501 [1]   538/12
51 [1]   618/16
53 [2]   577/1 579/23
530-5301 [1]   538/5
5301 [1]   538/5
54 [5]   564/22 564/25
 580/1 580/3 588/15
540 [1]   539/6
555 [1]   537/17
57 [2]   580/12 588/21
585 [1]   539/5
59 [4]   581/10 581/11
 581/12 634/4
594 [1]   539/8

**6**
6/14/2016 [1]   543/10
6/15/2016 [1]   543/5
61 [2]   643/13 643/14
62 [12]   573/7 573/8 573/9
 575/2 575/10 581/20
 586/19 586/23 587/1 587/8
 587/9 587/13
63 [1]   575/17
65 [1]   581/12
68 [2]   577/1 579/24
69 [2]   580/3 580/3
6:00 [2]   604/10 609/16
6A009 [1]   583/3
6A9 [1]   583/2
6th [2]   643/16 645/21

**7**
76 [1]   582/23
767-8909 [1]   537/23
7698 [1]   537/18
77 [1]   584/6
79 [1]   584/9
7:52 [2]   553/16 553/17

**8**
80 lawyers [1]   602/12
81 [1]   565/17
8259 [1]   538/13
84 [2]   566/8 566/12
85 [1]   567/13
8909 [1]   537/23
8th [1]   637/16

**9**
9064 [1]   538/9
954 [4]   537/23 538/5
 538/9 538/13
99.5 [1]   604/16
9:30 [2]   647/9 648/4
9th [3]   562/25 646/1
 646/3

**A**
a U [1]   582/25
A-P-P-E-A-R-A-N-C-E-S [1]
 537/13
a.m [1]   632/21
AA [1]   633/6
AARON [1]   537/15
ability [1]   649/3
able [7]   550/22 550/25
 565/9 589/9 600/13 602/15
 647/25
about [128]

above [5]   568/18 569/14
 596/22 649/3 649/6
above-referenced [1]
 569/15
absolutely [2]   568/23
 614/15
academic [2]   579/18
 579/21
access [2]   570/2 584/25
accompanied [1]   561/16
accurate [4]   568/24
 573/14 573/17 584/23
across [2]   617/2 617/4
act [3]   641/21 641/24
 642/1
action [3]   537/3 649/8
 649/10
active [6]   559/21 563/15
 581/24 582/17 582/20
 583/20
activities [5]   560/6
 562/4 562/15 563/11
 582/18
activity [3]   559/21
 582/17 583/20
actor [2]   640/25 642/5
actually [14]   543/10
 554/6 556/13 601/22
 602/13 602/24 603/6
 603/18 604/8 604/18
 617/13 622/2 623/2 644/13
ADAM [1]   537/15
Adam.Jed [1]   537/20
add [2]   542/9 548/22
Addams [1]   624/4
added [1]   575/14
additional [1]   542/9
address [6]   556/1 578/8
 578/10 578/10 579/16
 579/18
addressed [2]   565/22
 576/15
adjourned [1]   648/5
adjust [1]   647/12
ads [1]   596/15
advise [1]   581/8
advised [3]   576/19 576/23
 580/21
advisor [1]   596/19
after [18]   541/18 553/9
 571/13 594/1 600/1 608/10
 615/12 617/25 622/5 622/8
 622/11 631/7 631/14
 635/13 637/16 638/18
 644/9 645/6
afternoon [7]   537/5
 540/19 571/16 590/4
 593/13 594/23 594/24
again [18]   544/15 551/16
 552/12 558/9 561/6 567/4
 567/5 567/18 568/13
 578/15 579/23 586/22
 599/1 611/21 614/21
 621/19 628/5 646/17
against [4]   559/22 563/12
 582/19 583/21
agenda [4]   623/2 623/11
 623/12 623/13
agent [3]   557/19 569/22
 583/10
ago [2]   626/23 626/25

agree [1]   548/19
agreed [1]   592/2
agreement [1]   590/25
ahead [7]   553/24 567/2
 567/7 574/11 577/18 584/7
 635/12
ahold [1]   627/22
aid [1]   544/1
ain't [1]   624/13
airwaves [1]   609/21
alcohol [3]   632/24 633/2
 633/8
alive [1]   628/11
all [70]   540/6 540/11
 540/16 541/16 542/16
 543/25 544/8 544/14
 544/20 547/24 548/7 548/8
 549/10 549/22 551/10
 562/6 566/2 568/4 568/7
 568/8 568/15 569/5 571/4
 571/12 571/17 571/19
 571/20 582/12 584/7 585/1
 585/3 585/7 589/6 590/3
 590/16 591/23 592/7 592/8
 592/10 594/16 594/16
 596/20 598/19 599/11
 604/4 604/5 604/16 609/19
 610/22 611/3 616/7 618/21
 619/12 621/6 621/18
 622/22 623/12 624/5 627/9
 627/15 631/11 634/20
 634/22 634/25 635/4
 643/14 644/2 645/12 646/7
 648/3
allegation [1]   589/22
allegations [1]   566/22
alleged [1]   591/3
allegedly [1]   591/4
alleges [1]   555/6
Allen [1]   595/1
allies [3]   559/22 582/19
 583/21
allude [1]   603/2
alluding [1]   606/21
almost [3]   596/16 611/20
 640/8
alone [1]   633/12
along [4]   569/13 588/3
 622/19 648/1
already [3]   543/22 544/10
 581/17
also [12]   540/8 546/2
 572/1 579/18 581/3 593/16
 604/11 610/19 613/15
 635/8 646/21 647/22
although [2]   598/11
 602/25
always [2]   621/17 633/1
am [14]   543/21 554/17
 567/24 580/5 580/11 586/1
 607/12 617/14 617/17
 618/18 618/18 633/2 649/7
 649/9
Amendment [1]   580/23
AMERICA [3]   537/3 540/4
 594/5
among [2]   590/6 646/20
AMY [1]   537/11
Andy [1]   633/3
Angels [1]   575/25
anniversary [2]   622/17

anniversary... [1]   622/19
announced [4]   563/10
 564/11 564/18 567/21
announcing [1]   559/16
another [10]   554/17
 563/16 571/24 587/22
 601/2 617/17 618/1 618/4
 637/24 638/10
answer [16]   547/7 547/9
 556/20 560/14 567/17
 572/17 573/25 574/10
 577/16 580/24 583/17
 583/19 602/22 614/19
 639/21 641/11
answered [1]   617/19
anxious [1]   562/19
any [53]   541/10 541/13
 545/8 545/20 546/8 548/21
 552/12 555/16 561/12
 561/14 563/10 564/4
 564/10 565/4 566/23
 566/25 567/23 569/3
 569/22 569/24 573/3
 580/24 583/6 583/6 583/10
 583/23 584/4 584/25 585/3
 592/3 602/9 603/13 605/8
 605/16 606/25 607/3 608/6
 608/7 609/25 610/5 610/5
 611/5 619/6 619/24 620/20
 630/19 637/8 637/11
 639/22 640/15 643/2
 646/18 649/8
anybody [2]   557/21 609/11
anyone [12]   546/20 548/1
 555/17 565/12 566/21
 569/23 590/7 599/8 629/25
 637/12 646/20 646/24
anything [19]   545/20
 547/12 548/23 549/22
 550/2 556/15 567/24 568/9
 569/1 569/3 594/11 610/11
 612/12 612/14 616/9 637/5
 646/22 646/23 647/2
anyway [1]   617/8
anywhere [1]   600/10
apartment [2]   596/21
 635/13
apostrophe [1]   601/6
appear [3]   562/17 588/5
 608/13
appearance [3]   581/1
 581/5 581/7
Appearances [1]   538/1
appearing [1]   561/12
appears [2]   586/19 640/25
Appendix [1]   583/12
Appendix B [1]   583/12
application [1]   565/3
appreciative [1]   615/15
approach [1]   556/9
appropriate [1]   568/10
approximately [1]   647/16
April [2]   610/1 621/18
arbitrary [1]   584/25
are [59]   543/2 543/8
 543/9 543/18 543/23
 544/12 545/4 545/11
 545/16 545/17 545/23
 545/24 546/6 546/6 548/10

as Leep 1[6]   627/20
aspects [1]   592/12
Assange [99]   547/4 547/4
 547/5 548/16 550/16
 550/20 551/17 552/13
 552/15 552/19 553/21
 553/22 553/23 554/17
 554/21 566/24 575/4
 587/20 589/7 589/10
 599/16 599/19 599/21
 599/24 600/2 600/5 600/10
 600/22 601/19 601/23
 601/25 602/9 602/17
 602/24 603/5 603/21
 603/22 604/6 604/9 604/11
 605/9 606/13 606/16
 606/24 607/25 608/3 608/7
 608/11 608/13 608/22
 609/6 609/12 609/15
 609/25 610/8 610/22 611/6
 611/15 611/18 612/6 613/4
 613/7 613/9 613/19 615/17
 615/25 616/1 616/6 617/7
 617/8 617/15 617/17 618/1
 618/14 619/6 620/16 621/9
 621/16 621/23 622/2 623/6
 623/7 623/11 623/14
 623/20 625/16 629/9 630/4
 630/16 632/9 633/19 635/2
 636/12 643/25 644/2
 644/13 644/17 644/20
 645/15
Assange's [1]   554/3
assert [2]   580/23 581/2
asserted [1]   628/10
assertion [1]   628/16
associate [1]   559/6
associated [4]   563/13
 582/21 583/24 609/12
assume [1]   621/3
assumed [1]   602/6
assurances [1]   570/4
attach [1]   563/2
attached [2]   563/16
 569/19
attachment [2]   563/3
 563/18
attacks [1]   584/21
attempted [1]   591/9
attention [4]   542/13
 588/11 589/18 592/11
Attorney's [1]   537/16
attorneys [1]   567/10
Audio [3]   605/3 605/20
 607/7
August [30]   541/9 553/1
 599/14 599/15 603/22
 603/24 604/3 604/10
 604/13 604/24 605/1 605/8
 608/10 608/12 608/25
 609/9 609/16 612/21
 612/23 614/4 614/5 614/5
 619/7 619/7 619/7 644/5
 645/16 645/19 645/23
 646/4
August 10 [1]   619/7
August 19th [2]   604/3
 645/16
Australia [1]   610/20
authors [1]   576/25
available [5]   559/3 564/9

565/15 568/24 570/23
 565/15 568/24 570/23
 571/20 573/21 575/19
 575/20 580/5 580/6 583/17
 583/19 586/5 587/17
 587/17 589/21 591/17
 592/19 594/7 594/16 597/3
 598/9 603/20 603/21
 604/16 612/15 614/11
 617/9 625/11 625/11
 632/10 635/22 637/17
 637/21 639/8 639/9 640/6
 640/12 644/14 646/17
 646/21 647/5
area [1]   596/13
aren't [3]   549/5 557/23
 638/11
arguing [1]   591/17
argument [2]   548/13
 591/20
around [8]   597/17 615/23
 625/4 625/12 625/13 626/4
 626/6 633/2
arrange [1]   563/7
articles [2]   564/9 602/10
as [53]   542/20 542/21
 543/2 549/22 549/24 550/9
 554/5 562/1 562/15 565/25
 567/20 568/11 569/13
 569/20 570/2 575/5 588/17
 589/2 591/12 591/24
 592/18 592/18 592/19
 593/5 593/7 593/7 593/10
 593/17 593/17 593/21
 598/15 601/9 601/16
 604/24 606/25 612/5
 615/17 615/18 615/23
 616/8 618/13 624/9 624/12
 633/6 639/9 639/9 640/7
 640/11 640/23 643/7 644/3
 645/18 647/15
ASAP [1]   629/2
ascertain [1]   584/4
Asjz [1]   537/19
ask [35]   540/21 542/7
 542/8 543/16 543/24 549/6
 551/16 552/17 556/18
 556/22 557/9 567/8 570/13
 574/14 577/9 585/12
 585/14 588/8 588/9 591/2
 593/3 601/25 602/15
 610/11 610/21 611/4 616/3
 616/5 619/6 619/18 620/4
 621/22 628/19 633/21
 646/9
asked [40]   542/5 547/25
 556/19 557/2 561/3 565/10
 567/11 586/3 586/25
 587/12 588/16 589/11
 601/24 602/5 606/22 609/5
 610/12 610/14 610/15
 610/17 610/17 610/18
 610/20 611/23 612/1 612/3
 612/6 615/3 615/6 615/22
 617/25 619/18 620/2 620/4
 620/13 633/22 639/20
 639/21 644/10 644/20
asking [12]   541/19 548/17
 554/22 555/1 556/8 556/12
 557/7 568/21 587/1 600/13
 607/3 621/13

Case 1:19-cr-00018-ABJ   Document 638   Filed 02/14/20   Page 117 of 137

**A**

available... [3]   564/16
 570/1 583/9
Avenue [3]   537/22 538/3
 538/17
aware [1]   637/8
away [2]   602/1 625/6

**B**

back [44]   543/12 566/1
 566/19 567/6 568/12
 575/24 589/6 593/24
 594/13 603/25 612/1 612/2
 612/5 612/7 616/3 616/4
 616/5 616/11 621/12
 621/13 621/14 621/17
 622/25 628/24 629/9
 629/12 632/11 633/23
 636/21 637/1 642/10
 643/18 643/25 643/25
 644/4 644/17 644/18
 644/19 644/25 645/3 645/6
 645/18 645/24 646/2
back-and-forth [1]   603/25
bad [5]   612/12 612/14
 613/14 613/16 627/2
Bannon [3]   552/23 552/25
 573/2
Barr [3]   578/22 578/23
 578/25
Barry [6]   622/15 622/21
 623/14 623/15 634/24
 635/8
based [8]   551/16 555/4
 555/5 570/3 570/20 586/16
 589/21 625/9
basis [5]   560/13 589/16
 613/12 631/9 633/18
batch [4]   619/17 619/20
 619/22 619/23
be [81]   540/12 542/5
 543/9 545/11 548/7 548/9
 548/24 549/5 552/5 553/14
 557/6 557/17 557/22 561/2
 561/11 561/15 561/16
 565/9 566/3 567/25 568/9
 568/23 569/1 576/8 576/19
 576/23 580/21 584/3
 584/24 585/3 585/5 586/5
 589/9 590/3 590/4 590/10
 591/7 591/23 592/13
 592/16 593/5 593/7 593/17
 593/23 597/13 599/6 600/8
 600/9 600/12 600/15
 601/23 602/8 602/16 606/1
 606/2 607/18 611/15
 614/15 615/4 619/10
 619/24 620/18 623/1 623/6
 627/1 631/25 633/7 635/2
 637/25 638/1 638/8 638/9
 640/23 641/22 645/1 645/2
 646/23 647/15 647/18
 647/23 647/25
bear [1]   574/9
became [1]   604/18
because [22]   542/9 542/17
 543/10 601/24 602/3
 606/17 606/21 608/16
 609/18 612/2 617/6 620/25
 626/5 627/19 628/5 629/16

been [27]   543/22 544/10
 548/18 559/16 562/20
 567/25 584/21 592/3
 593/14 597/20 605/13
 605/22 605/25 606/12
 606/15 606/24 609/7
 614/24 616/5 630/11
 632/12 633/5 633/5 634/1
 640/8 646/8 646/19
before [31]   537/10 541/22
 541/22 541/25 542/2
 549/21 561/12 561/15
 565/20 565/21 565/24
 573/25 574/10 585/8
 592/17 592/25 593/3
 594/12 603/8 603/14
 604/11 606/6 609/8 611/19
 615/10 618/14 621/18
 624/2 625/7 643/25 647/16
began [1]   597/23
begin [2]   592/17 624/9
beginning [7]   562/11
 563/6 567/13 567/17 568/2
 582/1 646/16
begins [7]   559/18 584/18
 613/4 617/14 620/11
 630/25 636/9
behalf [1]   539/3
behind [3]   551/25 625/1
 625/24
behold [1]   596/21
being [7]   562/3 586/25
 588/15 589/11 627/7 627/8
 628/9
believe [16]   553/8 558/20
 559/3 562/2 566/7 568/13
 568/25 590/15 591/3
 602/20 606/18 610/20
 611/20 617/6 622/25
 630/13
belonging [1]   551/5
below [6]   569/18 601/2
 624/20 629/21 639/5 639/5
bench [4]   547/16 547/17
 556/9 556/10
benefit [1]   544/16
Berkeley [1]   627/5
BERMAN [1]   537/11
Bernie [4]   550/17 550/22
 610/19 639/17
Berthold [2]   623/18
 635/10
besides [2]   609/24 611/5
best [4]   584/2 633/10
 633/15 649/3
better [2]   541/2 594/9
between [21]   546/3 548/16
 552/11 553/19 554/15
 559/8 563/13 566/8 570/10
 571/6 572/25 575/20
 582/21 583/24 585/24
 586/7 586/10 589/1 596/9
 612/4 642/18
beyond [7]   580/24 629/19
bglaw [2]   538/5 538/6
bglaw-pa.com [2]   538/5
 538/6
big [5]   615/8 615/18
 626/11 626/18 627/17

bll.bd [5]   550/17 550/19
 577/24 577/25 609/19
binder [4]   544/18 585/15
 586/20 588/10
Binney [2]   577/24 577/25
bit [6]   575/5 593/11
 593/14 614/12 621/7 625/5
blacked [1]   551/7
blank [5]   545/18 631/5
 631/6 631/6 634/11
blast [1]   627/3
blind [2]   555/22 577/7
blind-copied [2]   555/22
 577/7
block [1]   625/6
blow [4]   611/13 612/19
 616/16 632/18
bluffing [1]   631/10
Blvd [1]   538/12
bold [1]   619/4
bombing [1]   555/9
book [17]   540/22 541/11
 541/12 541/17 541/17
 541/20 541/21 541/22
 541/22 541/23 541/25
 542/10 542/21 547/14
 548/23 548/25 549/2
both [5]   574/23 587/18
 607/12 622/16 642/11
bother [1]   602/2
bottom [17]   568/2 584/17
 589/20 606/11 611/13
 611/14 613/3 613/3 617/23
 618/8 619/5 620/10 630/5
 631/3 631/15 632/19
 645/17
Boulevard [1]   538/8
box [1]   618/22
bragging [1]   602/19
Brando [10]   640/1 640/5
 640/5 640/14 640/19
 640/19 640/24 640/24
 641/6 641/25
break [6]   584/3 585/8
 590/4 593/22 637/24 638/5
breaking [2]   638/12 646/6
briefly [1]   585/12
bring [3]   540/6 566/1
 594/13
bringing [1]   598/14
brings [1]   589/6
broadcast [1]   608/10
broadcasted [2]   605/21
 609/24
brokered [1]   555/6
brother [2]   550/17 550/23
brought [1]   557/3
Broward [4]   599/17 603/4
 606/18 645/24
Bruce [2]   537/21 537/21
BS [1]   643/18
building [2]   629/25 630/1
bullet [2]   559/20 583/18
bumpers [2]   597/16 639/9
bunch [1]   625/4
BUSCHEL [4]   538/2 538/3
 538/5 564/12
business [7]   561/1 610/13
 610/23 610/24 611/3 633/1
 641/13
busting [1]   637/7

**B**

busy [1]   592/4
bye [1]   631/7

**C**

C-R-E-D-I-C-O [1]   595/2
caffeinated [1]   593/7
cahoots [1]   612/16
Caleb [1]   578/2
California [3]   627/5
627/6 627/20
call [9]   550/14 594/17
603/19 603/25 605/4 605/5
609/20 617/11 629/2
called [5]   550/17 595/17
596/2 632/11 640/15
callee [1]   546/4
caller [1]   546/3
calling [1]   540/3
calls [20]   543/3 543/5
543/13 545/1 545/6 545/7
545/8 545/11 545/14
545/16 545/17 545/23
545/24 545/25 546/1 546/5
546/8 573/1 574/17 594/19
came [4]   541/22 622/25
626/4 626/7
campaign [13]   555/9 559/4
559/6 559/9 566/15 566/17
595/25 596/14 596/17
596/18 610/10 610/19
628/24
campaigns [4]   563/14
582/12 582/22 583/25
Campbell's [1]   640/12
CAMPION [2]   538/2 538/6
can [57]   540/11 540/12
540/12 540/16 547/7 547/9
548/20 552/4 553/6 553/14
555/20 556/18 558/8 558/8
566/2 567/12 569/1 574/10
574/18 574/19 577/16
581/8 585/16 589/4 589/19
590/3 590/10 590/11
590/18 592/24 592/24
594/13 594/17 606/24
608/2 611/10 611/14 613/2
614/13 614/16 615/22
615/23 615/24 616/10
620/15 624/1 624/24
624/25 627/15 627/20
628/9 632/18 638/20 645/4
647/5 647/13 647/14
can't [13]   541/1 548/4
549/4 550/5 592/23 593/16
616/7 618/21 619/18 620/4
627/19 629/14 631/4
candid [1]   569/20
candidate [3]   596/12
606/7 614/25
candidates [2]   546/21
606/8
cannot [1]   566/3
Carl [1]   596/10
Carter [1]   606/9
case [18]   540/3 541/10
544/13 549/3 590/6 591/13
591/25 592/14 592/16
592/16 593/4 593/4 594/5
619/25 646/18 646/19

catch [1]   600/9
cause [1]   596/20
caused [2]   591/7 627/14
causing [1]   598/13
caution [1]   646/17
cell [2]   609/20 609/20
Central [1]   596/22
certain [1]   592/12
CERTIFICATE [1]   649/1
certify [2]   649/2 649/7
challenge [1]   645/18
CHANDLER [2]   538/11
538/11
change [4]   592/1 596/3
640/7 640/10
changes [2]   596/8 596/11
changing [1]   596/23
channel [18]   612/1 612/2
612/5 612/7 616/4 616/4
616/5 616/12 632/11
633/24 643/18 643/25
644/4 644/19 644/25 645/3
645/24 646/2
character [3]   641/4
641/19 641/22
characters [1]   641/24
charge [5]   582/2 582/9
582/10 582/12 582/14
charged [2]   627/7 627/9
chart [10]   570/8 570/10
570/13 570/15 570/20
571/20 573/3 585/23
586/14 586/16
charts [1]   564/7
check [1]   552/4
checked [1]   568/8
checking [1]   612/5
chief [2]   592/14 596/19
children [1]   596/20
chitchat [1]   557/20
choice [1]   544/3
Chomski [2]   579/16 579/17
Chomsky [1]   579/14
choose [1]   544/3
choosing [1]   592/18
City [3]   579/2 598/3
612/6
civil [1]   595/17
claim [2]   583/6 604/5
classified [1]   563/15
clear [5]   542/14 543/9
568/23 586/5 638/8
cleared [1]   644/20
client's [1]   563/8
Clinton [8]   555/2 555/8
607/23 608/1 608/4 608/7
610/17 613/11
clip [3]   605/19 606/19
607/6
close [8]   542/1 574/15
584/6 592/15 596/11 601/8
602/10 622/14
closest [2]   601/11 601/11
closet [1]   546/22
Club [2]   599/18 622/22
clubs [1]   595/12
co [1]   569/14
co-counsel [1]   569/14
Cohen [3]   578/6 578/8
578/9

Coleen [1]   579/12
colluded [2]   569/21 583/9
COLUMBIA [3]   537/1 537/16
538/16
come [13]   547/16 562/16
576/1 590/12 593/23 597/4
597/23 600/2 604/8 605/12
608/10 611/22 614/7
comedian [1]   641/12
Comedy [1]   622/22
comes [1]   606/5
coming [12]   619/17 619/20
619/22 619/23 625/9
625/15 625/15 625/17
629/18 630/11 631/6 631/8
comments [1]   564/23
commercials [1]   640/13
committed [1]   562/14
committee [43]   560/8
560/9 560/11 560/12 561/1
561/2 561/12 561/13
561/15 561/23 562/1
562/13 562/18 562/20
563/1 563/6 563/7 563/9
563/21 564/19 565/8 566/4
566/5 568/23 569/21
574/24 575/2 575/6 575/7
575/10 575/12 581/1 581/8
581/23 582/8 582/14
582/15 583/5 584/14 587/7
588/6 589/15 642/13
committee's [6]   563/11
563/22 564/4 569/17
576/23 584/22
committees's [1]   559/19
commotion [1]   598/13
communicate [1]   614/6
communicated [8]   547/25
547/25 599/18 599/20
599/24 609/2 611/8 636/12
communicating [2]   548/1
599/16
communication [5]   545/21
564/6 570/4 575/7 575/11
communications [11]
570/10 571/6 571/20
571/21 572/24 573/4
585/24 586/4 586/17 591/8
636/3
compare [3]   573/24 587/1
587/13
competent [1]   557/23
complete [2]   585/7 632/9
completely [1]   566/20
complicated [2]   609/18
609/23
complied [3]   566/20 567/5
568/13
comprehension [1]   544/1
computers [1]   646/21
Conaway [2]   569/13 576/21
concealment [1]   591/1
concern [1]   566/21
concerns [1]   583/22
concert [1]   596/2
conclude [1]   645/13
concluded [4]   571/14
571/15 571/16 645/14
conducting [1]   559/16
conference [5]   547/17

C   Case 1:19-cr-00018-ABJ   Document 647-23 Filed 12/14/20   Page 119 of 139

conference... [4]  549/1
 556/10 590/21 632/20
confirm [2]  590/20 619/8
confirmation [1]  620/15
confirmed [6]  570/1 575/3
 587/19 601/23 602/6
 602/25
Congress [2]  559/25 643/8
Congressman [2]  569/13
 569/15
connection [4]  546/3
 581/4 610/14 618/14
consider [1]  592/24
consistent [1]  567/9
conspired [2]  569/21
 583/9
Constitution [2]  538/17
 580/24
contact [6]  589/10 601/18
 607/1 610/5 611/6 635/9
contacts [2]  582/25 583/5
contemplated [2]  575/8
 575/12
content [6]  573/3 580/19
 586/7 586/10 586/17
 587/10
contents [3]  539/1 593/19
 593/20
context [1]  627/24
continue [6]  559/20
 567/12 594/10 614/4
 647/10 647/25
continued [3]  538/1 555/9
 628/6
contradicting [1]  583/6
controversial [2]  598/10
 600/11
Convention [1]  549/18
conversation [6]  603/19
 609/25 610/1 631/5 644/1
 645/6
conversations [4]  566/22
 605/9 644/23 645/14
conversion [1]  543/11
convict [1]  591/18
coordinated [2]  569/22
 583/10
copied [2]  555/22 577/7
copies [2]  571/17 586/4
copy [1]  572/1
Corleone [1]  641/5
corner [1]  625/4
correct [46]  543/3 543/6
 544/24 545/2 545/3 545/11
 545/12 545/19 548/19
 549/14 551/8 551/9 551/14
 552/24 552/25 553/2
 558/15 567/3 568/11 570/8
 570/12 573/5 573/12 574/7
 575/19 577/3 577/4 580/5
 580/17 586/2 586/18 588/7
 595/4 597/18 607/5 613/16
 627/25 632/1 640/2 641/2
 641/7 642/19 643/9 643/11
 647/20 649/2
correctly [2]  561/17
 586/1
Corsi [23]  547/2 547/5
 547/12 547/13 547/20
Corsi's [1]  548/25
cotton [1]  640/18
could [62]  544/1 544/2
 564/10 564/16 574/9
 586/21 588/12 593/13
 593/17 593/18 594/25
 597/9 600/16 602/22 605/2
 605/19 607/6 611/13
 612/10 612/12 612/17
 612/19 612/24 613/6
 613/14 615/7 615/18
 616/16 617/6 617/21
 618/11 618/16 618/24
 619/4 619/5 619/12 620/7
 620/10 620/11 620/12
 620/14 623/21 624/8 626/8
 629/12 631/2 632/12
 635/24 636/1 636/8 636/21
 636/22 637/1 639/10
 641/11 642/23 642/23
 643/14 643/23 644/22
 644/24 646/9
couldn't [6]  544/4 570/19
 572/17 606/20 616/9
 629/15
counsel [19]  561/17
 561/19 562/9 563/1 563/21
 569/9 569/14 572/11
 572/15 572/19 572/20
 574/24 576/17 576/20
 580/16 584/14 587/7 592/6
 649/7
counselor's [1]  557/19
Count [1]  591/2
counterintelligence [1]
 583/22
County [4]  599/17 603/4
 606/18 645/24
couple [2]  595/13 609/7
course [3]  570/21 574/11
 617/7
court [11]  537/1 538/15
 538/15 538/16 549/4
 549/11 558/3 592/9 637/23
 646/6 649/5
courtesy [2]  590/13
 590/15
courtroom [4]  540/5 593/7
 646/14 647/4
cover [1]  563/10
covered [1]  586/13
covert [1]  582/17
CR [1]  537/4
Craig [2]  577/8 577/10
crazy [1]  615/9
create [1]  541/23
creating [1]  542/12
Credico [66]  539/7 548/4
 553/13 553/17 553/19
 553/20 553/23 554/15
 554/20 555/16 556/17
 558/13 558/18 558/21
 570/11 571/7 573/11
 575/20 575/22 575/24
 576/2 576/3 576/4 576/7

576/20 576/23 577/5 579/3
 580/9 580/22 581/2 581/14
 581/15 581/15 581/17
 585/24 586/7 586/11 587/9
 587/19 587/24 588/3
 594/19 594/20 595/1 595/1
 595/3 600/21 602/22 605/4
 607/9 611/11 614/11
 614/24 619/1 627/4 627/13
 628/7 628/10 628/22
 632/14 638/25 639/24
 644/7 644/14 648/1
Credico's [4]  576/13
 576/17 580/16 581/4
crew [1]  602/14
criminal [3]  537/3 540/3
 594/4
Crimmins [6]  622/15
 622/21 623/14 623/15
 634/25 635/8
criteria [6]  560/9 566/18
 567/4 567/11 567/25 569/4
critical [1]  562/2
Cromwell [1]  625/4
cross [15]  539/2 540/13
 540/17 544/16 548/20
 549/2 549/5 585/13 586/3
 587/1 587/12 588/16
 589/12 593/8 647/19
cross-examination [9]
 540/13 540/17 544/16
 585/13 586/3 587/1 587/12
 588/16 589/12
cross-examine [2]  548/20
 549/2
cross-examined [2]  549/5
 647/19
Crystal [2]  538/15 649/12
crystalpilgrim [1]
 538/18
currency [1]  615/10
cyber [4]  559/21 563/11
 582/17 583/20
cycle [1]  565/12

D

D.C [1]  537/6
data [3]  564/6 569/25
 583/8
date [21]  549/16 558/19
 563/8 571/13 576/5 576/8
 612/18 612/18 612/19
 616/20 624/16 635/22
 636/1 636/3 636/20 636/22
 636/24 639/3 643/15 649/5
 649/12
dated [18]  546/14 547/2
 549/17 550/11 559/15
 561/24 562/8 562/25
 563/20 569/8 572/10
 576/16 580/15 581/16
 581/24 584/13 587/6 587/9
dates [2]  549/20 575/19
day [19]  537/5 541/9
 554/21 602/4 608/25
 608/25 609/9 609/9 609/14
 609/14 615/10 615/10
 619/18 620/4 623/15 624/2
 625/7 644/10 646/8
days [11]  598/5 598/24
 602/4 604/13 604/18

Case 1:19-cr-00018-ABJ

**D**

days... [6]  608/12 609/8
 612/3 615/24 622/21
 623/15
DC [2]  537/17 538/18
dead [1]  597/3
deadline [1]  647/16
deal [5]  582/8 593/9
 628/18 642/17 646/1
Dear [1]  569/13
December [3]  580/15 581/7
 584/13
decide [1]  560/9
decided [1]  543/19
decision [2]  544/6 544/7
decline [1]  580/24
declined [1]  570/3
declines [1]  576/24
deeply [2]  562/11 562/12
defend [1]  584/20
defendant [4]  537/8
 537/21 538/2 591/19
defense [7]  540/11 540/12
 549/1 590/25 592/6 592/10
 592/16
define [1]  560/12
definition [1]  560/5
definitive [1]  630/19
delete [1]  592/7
deliver [5]  568/10 610/12
 634/25 635/5 635/9
delivered [2]  635/8
 636/13
demonstrating [1]  609/23
Department [2]  555/1
 555/8
deposition [1]  580/22
described [1]  616/8
describing [1]  591/8
Desire [1]  640/15
Despite [2]  582/25 583/5
detail [1]  597/9
detailed [1]  625/21
determine [2]  561/17
 568/8
devastating [1]  605/13
developments [2]  605/12
 605/16
did [208]
didn't [16]  556/20 557/21
 557/22 593/19 596/12
 602/20 602/25 603/13
 609/19 610/12 610/21
 612/12 612/14 633/21
 633/23 639/13
die [1]  628/24
died [8]  601/12 601/15
 626/23 626/25 627/4
 627/11 627/13 628/7
difference [1]  587/22
differences [1]  587/17
different [6]  575/5
 575/15 627/12 640/12
 640/16 643/11
difficulties [1]  544/5
direct [14]  539/2 542/13
 547/19 585/19 585/22
 588/10 589/10 589/18
 594/9 637/21 637/24
 638/1 647/17 647/18

directed [5]  589/24 592/14/20
 563/12 582/19 583/20
 592/11
direction [1]  567/10
directly [1]  636/12
director [2]  601/9 601/16
Disappeared [1]  596/3
disappoint [1]  546/20
disclose [2]  574/25 575/3
disclosure [2]  575/8
 575/12
discovery [2]  564/10
 564/17
discuss [11]  590/6 598/18
 599/2 599/4 599/5 599/8
 599/11 605/11 605/16
 610/8 646/18
discussed [5]  599/6
 603/15 603/22 613/15
 613/18
discussion [1]  603/17
discussions [1]  566/23
dispense [1]  543/19
dispensing [1]  543/21
disputed [1]  592/1
disputes [1]  592/3
disseminated [2]  569/24
 583/7
DISTRICT [7]  537/1 537/1
 537/11 537/16 538/16
 538/16 649/5
DNC [3]  569/25 583/8
 589/23
do [157]
docs [1]  622/10
document [1]  560/21
documentation [1]  567/23
documents [11]  563/9
 564/5 564/8 564/14 566/14
 566/22 566/25 569/19
 585/13 591/18 591/21
does [27]  551/24 552/10
 552/14 560/5 560/7 560/8
 560/8 560/11 563/22
 563/25 571/11 572/1 573/3
 573/4 573/15 576/1 576/18
 578/10 579/18 579/20
 580/10 580/19 582/4 588/5
 617/1 638/4 640/4
doesn't [4]  556/14 557/12
 594/12 603/24
doing [9]  597/13 598/3
 602/11 640/8 640/12
 641/13 643/1 643/3 643/3
dollars [1]  596/14
domain [2]  569/1 569/2
Don [1]  641/5
don't [67]  543/14 544/3
 546/2 546/18 546/20
 547/10 548/3 549/7 550/8
 550/9 551/3 551/21 552/18
 552/18 553/7 553/9 555/14
 557/15 558/20 560/15
 561/21 566/7 569/3 573/24
 573/25 574/19 576/5
 577/23 577/25 578/19
 578/21 579/7 579/9 579/11
 579/13 579/15 590/6
 590/13 592/11 592/21
 593/2 602/18 604/7 610/22
 610/25 614/1 615/5 616/3

616/4 617/13 626/16
 627/19 632/12 633/20
 633/20 633/21 633/22
 636/20 637/10 638/10
 639/21 642/25 643/1 643/3
 643/3 646/10 647/1
Donald [2]  551/6 559/4
done [9]  541/10 541/16
 595/15 627/16 638/9
 638/11 640/17 641/22
 642/23
door [3]  547/22 624/3
 624/6
doorman [1]  642/10
Doug [1]  578/18
down [14]  567/14 576/1
 590/11 590/14 590/17
 590/18 592/23 601/1
 612/17 613/2 617/14 620/7
 630/25 646/9
downloading [1]  646/25
dozen [1]  597/16
Dr [3]  555/2 555/3 619/8
Dr. [2]  555/5 555/10
Dr. Paul [1]  555/5
Dr. R.A [1]  555/10
Drake [1]  577/22
drawn [1]  547/20
drive [1]  609/3
drive-time [1]  609/3
drop [6]  619/17 619/21
 619/22 619/23 623/24
 624/1
dropped [3]  623/15 626/1
 626/3
drug [1]  596/4
during [4]  561/12 565/11
 598/18 598/23

**E**

e.g [1]  564/9
each [4]  544/9 546/21
 561/11 590/14
eager [1]  562/16
earlier [18]  568/11 573/6
 574/1 589/2 596/24 601/18
 601/25 602/20 603/2
 604/13 608/25 609/7 609/8
 609/14 612/3 613/13
 613/15 644/4
early [6]  598/1 598/6
 599/15 614/5 645/19
 645/23
earphone [1]  625/2
easier [1]  574/9
East [2]  538/8 538/12
Eastern [1]  604/10
Ecuadorian [4]  558/17
 608/16 624/24 630/3
edge [1]  588/23
edit [1]  592/23
educational [1]  578/11
effectively [1]  584/20
effort [1]  543/18
eight [3]  545/5 545/6
 545/7
Eileen [3]  550/18 550/25
 551/2
either [6]  551/23 566/3
 623/25 624/1 624/25
 631/10

**E**

elapsed [1]   546/3
election [11]   563/12
 565/12 596/1 600/11 606/6
 610/9 621/18 637/14
 638/15 638/18 644/9
elections [1]   583/23
electronically [2]   564/5
 564/15
elicit [1]   548/10
eliciting [1]   548/8
else [10]   557/21 590/7
 598/7 602/14 610/18
 615/16 632/12 634/1
 642/13 646/20
email [57]   537/18 537/19
 537/19 537/20 538/5 538/6
 538/10 538/14 538/18
 547/2 547/3 549/17 549/23
 549/24 550/3 550/9 550/11
 551/16 552/23 553/4 553/9
 554/24 555/5 555/21
 555/24 556/1 556/4 556/6
 556/25 557/1 564/6 569/17
 572/3 572/10 574/24 578/8
 579/18 587/9 587/14
 587/24 588/3 608/19
 608/21 608/24 609/1
 618/25 619/4 619/6 627/3
 634/10 643/15 643/17
 643/19 643/21 643/23
 645/5 645/11
emailed [1]   554/20
emailing [4]   554/17
 617/15 617/17 617/25
emails [9]   548/4 548/15
 556/12 566/13 566/14
 566/21 566/24 620/18
 645/12
embassy [16]   558/17
 558/18 608/16 623/16
 623/16 623/21 623/22
 623/24 624/3 624/21
 624/23 624/23 624/24
 626/2 630/3 635/3
emoticon [1]   618/9
employed [1]   649/8
encrypted [3]   631/22
 631/22 632/1
end [3]   549/9 584/6 638/1
ended [1]   569/2
ends [1]   587/25
enforcement [2]   586/6
 586/9
enlarge [6]   612/11 618/24
 624/8 631/2 636/22 638/20
enough [2]   574/15 632/14
ensuing [1]   621/14
entire [2]   592/13 592/23
entirety [1]   592/18
Eric [3]   559/5 559/6
 559/9
Esquire [9]   537/14 537/14
 537/15 537/15 537/21
 538/2 538/2 538/7 538/11
essentially [1]   591/11
even [8]   557/5 597/21
 617/8 627/8 627/8 628/13
 639/17 646/25
evening [5]   646/16 646/21

event [2]   603/4 645/25
ever [11]   551/17 556/18
 556/19 607/20 607/22
 607/25 608/3 611/3 641/19
 642/21 643/1
every [5]   592/25 593/7
 619/18 620/4 642/16
everybody [5]   540/12
 585/7 594/1 598/11 638/4
everyone [3]   590/11
 620/22 648/3
everyone's [1]   593/6
everything [3]   557/13
 621/4 621/4
everywhere [1]   598/7
evidence [4]   544/12
 557/24 583/6 646/18
evolved [1]   598/5
exactly [3]   542/25 544/19
 546/19
examination [15]   540/13
 540/17 544/16 585/10
 585/13 585/19 585/22
 586/3 587/1 587/12 588/16
 589/12 594/21 637/22
 638/2
examine [5]   548/20 549/2
 582/8 582/16 589/9
examined [2]   549/5 647/19
except [3]   610/13 627/17
 636/13
excerpt [1]   642/24
excerpts [1]   592/19
exchange [3]   566/8 589/1
 625/21
excuse [1]   646/15
excused [7]   585/4 590/3
 590/4 590/9 590/10 647/8
 648/3
exhibit [157]
Exhibit 1 [2]   567/13
 568/1
Exhibit 10 [1]   563/24
Exhibit 13 [1]   586/22
Exhibit 133 [1]   608/18
Exhibit 148 [4]   545/10
 545/16 545/23 546/5
Exhibit 165 [1]   570/6
Exhibit 166 [4]   570/25
 571/6 585/14 585/23
Exhibit 167 [1]   572/21
Exhibit 185 [1]   612/17
Exhibit 189 [1]   612/10
Exhibit 19 [1]   584/10
Exhibit 190 [1]   624/7
Exhibit 192 [1]   638/17
Exhibit 195 [2]   572/4
 572/7
Exhibit 48 [1]   554/14
Exhibit 6 [1]   582/24
Exhibit 62 [3]   573/9
 586/23 587/1
Exhibit 9 [1]   563/17
exhibits [8]   542/2 542/4
 543/23 544/10 544/12
 544/16 544/17 593/16
exile [2]   608/16 630/4
exist [2]   583/22 620/19
existed [2]   620/21 620/24
existence [2]   591/6

expanded [1]   602/3
expect [1]   647/14
expecting [1]   606/6
expeditious [1]   593/14
expenses [2]   581/4 622/23
explain [2]   543/23 597/9
extensive [1]   567/9
extremely [1]   593/8

**F**

Facebook [5]   625/7 625/8
 625/8 627/3 627/13
faces [1]   544/1
fact [11]   548/18 557/3
 581/7 609/5 611/18 615/9
 622/11 623/7 633/6 636/9
 636/11
facts [6]   557/6 557/7
 557/24 564/10 564/17
 567/20
failed [2]   591/5 591/11
failure [1]   591/17
fake [3]   634/13 634/14
 634/15
falling [2]   627/2 627/24
false [2]   562/19 566/10
falsely [4]   591/4 591/8
 591/10 643/8
familiar [6]   542/4 577/25
 578/15 579/7 635/16
 640/23
families [1]   596/6
family [2]   624/5 627/18
famous [2]   597/1 597/2
far [3]   567/15 637/21
 646/24
favors [3]   619/18 620/4
 621/12
FBI [4]   541/8 541/10
 541/18 635/13
FCRR [2]   538/15 649/12
feel [3]   590/17 590/19
 627/16
few [2]   588/8 602/20
Fifth [3]   580/23 636/17
 637/5
fifty [1]   640/8
figure [1]   584/2
figured [1]   625/13
figures [2]   597/1 597/2
fill [3]   598/3 604/18
 604/19
fill-in [1]   598/3
fill-ins [2]   604/18
 604/19
filmography [1]   640/23
finally [4]   588/8 589/11
 609/10 621/19
financially [1]   649/9
find [8]   550/17 550/18
 550/22 550/25 555/20
 583/6 620/24 627/18
fine [3]   540/8 632/14
 646/7
finished [1]   585/2
fire [1]   646/21
first [25]   546/16 548/7
 559/20 568/18 569/10
 573/13 573/22 573/23
 574/8 582/7 582/7 583/18

**F**

first... [13]   585/14
  587/13 595/22 597/17
  609/1 610/22 611/3 613/18
  621/21 621/21 630/9
  636/21 643/14
FISA [1]   565/4
five [9]   546/7 575/25
  596/5 626/23 626/25 628/2
  638/5 638/9 642/16
FL [4]   537/23 538/4 538/9
  538/13
flag [1]   624/24
flashes [1]   544/4
flew [1]   575/24
flight [1]   622/23
Flip [1]   543/15
floated [1]   626/4
flying [4]   622/5 622/8
  622/11 622/13
FM [1]   604/16
focus [2]   604/2 610/3
follow [3]   568/3 569/17
  574/24
follow-up [3]   568/3
  569/17 574/24
followed [3]   556/18
  556/19 625/5
following [5]   564/12
  602/25 625/12 625/13
  631/24
football [1]   634/18
footnote [3]   571/9 571/11
  571/12
foregoing [1]   649/2
Forget [1]   626/7
forgetting [1]   615/19
forgot [1]   628/4
form [3]   541/22 564/8
  564/15
formed [1]   560/11
Fort [3]   537/23 538/9
  538/13
forth [2]   563/17 603/25
forty [1]   633/1
forward [2]   593/10 596/7
forwarded [6]   555/20
  555/21 587/13 587/23
  587/24 588/3
forwards [1]   587/10
found [3]   567/10 568/10
  569/1
Foundation [4]   607/23
  608/1 608/4 608/8
foundationally [1]   548/9
four [6]   565/8 565/11
  565/15 617/21 632/18
  642/16
fourth [2]   537/17 636/8
Fox [1]   644/21
frame [1]   610/3
Frank [7]   641/19 641/21
  642/1 642/9 642/21 643/3
  643/3
Frankie [1]   575/25
free [2]   590/17 590/19
friend [13]   600/13 601/8
  601/11 601/18 601/19
  602/10 607/11 622/14
  622/20 628/5 628/15 632/8

friendly [1]   602/13
friends [5]   601/13 627/18
  633/11 633/16 642/3
front [10]   541/5 541/11
  562/17 593/12 600/15
  603/12 620/25 624/21
  643/8 646/13
Ft [1]   538/4
full [2]   562/3 584/24
fully [2]   568/13 594/7
function [1]   592/20
fund [5]   595/18 601/9
  601/14 601/15 601/16
funds [1]   596/2
further [8]   581/9 590/2
  607/22 612/17 620/7
  630/25 649/7 649/9
future [3]   593/21 610/21
  610/23

**G**

Gaddafi [2]   555/7 555/9
gaff [1]   615/9
gang [1]   602/12
Gary [12]   599/5 599/6
  614/7 614/9 614/24 615/1
  615/3 615/12 615/15
  615/17 615/19 646/1
Gates [1]   573/1
gave [6]   598/4 618/8
  623/23 624/17 626/7 635/7
Gazzo [1]   641/22
Gee [1]   596/18
general [2]   623/19 635/10
generally [1]   560/24
get [53]   540/7 540/23
  547/4 547/4 556/11 556/22
  556/25 594/13 596/12
  598/8 598/9 600/5 600/7
  600/10 600/13 601/19
  601/25 602/1 602/7 602/15
  602/15 604/2 604/20
  609/17 610/16 614/13
  615/1 615/3 615/7 615/25
  615/25 616/5 617/6 617/8
  620/15 621/11 621/12
  621/13 621/14 621/17
  623/16 623/20 623/23
  624/6 625/3 627/21 637/18
  638/11 639/13 639/13
  639/21 644/19 647/15
gets [1]   648/1
getting [5]   550/19 554/21
  596/11 599/2 615/17
Gibbons [1]   538/3
give [9]   550/5 558/8
  573/25 574/10 593/2
  606/25 621/7 622/10 623/9
given [3]   561/15 601/15
  638/7
giving [2]   606/22 631/11
Gmail [1]   627/13
gmail.com [2]   538/14
  538/18
go [40]   542/9 552/21
  553/24 566/19 567/2 567/6
  567/7 568/12 574/11
  574/19 577/18 584/7 585/6
  590/12 613/2 613/22
  616/11 618/16 619/4

618/12 620/12 620/23
  620/24 622/12 624/12
  629/12 630/9 631/17
  635/24 636/21 637/1 638/6
  638/10 640/10 644/6
  644/17 645/6 646/22
  647/22 647/25
Godfather [15]   575/25
  640/2 640/5 640/17 640/17
  640/19 640/24 640/25
  641/1 641/1 641/1 641/2
  641/7 641/15 646/25
Godfather II [1]   575/25
going [41]   540/21 542/4
  542/8 542/9 548/7 553/20
  556/17 556/17 556/21
  562/5 577/20 585/3 585/5
  588/9 588/10 592/7 592/12
  592/16 592/22 593/3
  593/12 594/10 596/6
  600/22 601/25 602/24
  606/2 610/12 610/23 611/2
  611/4 615/4 615/23 622/14
  622/21 637/17 639/12
  644/17 646/9 646/15
  647/12
Golisano [2]   596/13
  596/17
gone [3]   540/22 542/2
  604/21
good [11]   540/19 594/23
  594/24 598/10 598/10
  598/11 598/13 602/7 603/6
  607/13 631/7
goodbye [1]   631/14
got [15]   547/5 557/1
  557/3 575/18 580/1 581/13
  581/17 603/20 614/9
  614/17 615/8 615/15 625/4
  626/5 636/11
gotta [1]   621/3
government [17]   539/3
  551/13 551/24 552/4
  557/18 570/16 570/17
  571/18 575/17 581/19
  584/9 594/13 594/17
  594/20 595/6 611/9 621/20
government's [12]   549/3
  551/4 564/14 565/13 570/5
  570/15 588/10 592/16
  600/14 605/2 634/19
  637/17
Governor [1]   596/7
Gowdy [10]   564/23 565/2
  565/3 565/7 569/15 588/17
  589/2 589/4 589/6 589/9
grabbed [2]   624/5 624/5
grand [2]   603/8 603/14
GRANT [2]   538/7 569/14
graphs [1]   564/7
great [6]   593/9 600/7
  600/12 601/13 622/15
  628/24
green [2]   588/23 589/20
group [2]   595/17 596/2
Gsmith [1]   538/10
gubernatorial [1]   596/1
Guccifer [2]   546/13
  566/23
Guccifer 2 [1]   566/23
guess [4]   592/15 606/1

**G**

guess... [2]   627/9 627/13
guest [5]   598/7 598/11
 598/15 604/24 605/1
guests [7]   598/6 598/8
 598/9 599/3 599/4 602/5
 604/20
guidepost [1]   591/25
guy [15]   596/9 596/17
 611/8 616/7 622/22 624/25
 625/11 626/4 626/5 642/4
 642/15 644/4 645/19
 645/22 646/3

**H**

hacked [1]   566/22
hacking [1]   589/23
had [113]   541/10 541/25
 542/2 548/1 557/11 559/16
 566/23 570/2 576/4 576/5
 576/7 589/10 590/20
 591/21 596/5 596/13 597/4
 598/2 598/6 599/20 599/23
 599/24 601/22 601/24
 602/1 602/2 602/3 602/5
 602/10 602/13 603/3 603/6
 603/15 604/21 604/24
 605/9 605/22 605/25 606/9
 606/15 606/21 607/3
 607/20 607/25 608/3 608/7
 608/11 609/5 609/9 609/11
 609/20 610/1 611/18
 611/23 612/2 612/2 612/7
 613/13 613/13 613/15
 613/16 614/7 614/24
 615/11 615/12 615/16
 615/16 615/17 616/18
 617/11 617/12 617/13
 618/14 620/22 621/25
 622/2 623/8 623/10 623/13
 625/3 625/7 627/1 627/2
 627/2 627/9 627/10 627/12
 627/16 628/2 628/5 628/6
 628/15 629/16 630/11
 630/12 632/24 633/19
 633/19 633/23 635/9 637/8
 637/11 640/16 640/17
 643/25 644/1 644/3 644/18
 644/23 645/14 645/18
 645/24 646/2
half [3]   596/5 625/6
 637/24
hand [2]   624/4 624/5
handy [1]   540/23
Hannity [3]   644/18 644/20
 644/21
happen [3]   557/8 557/9
 606/6
happened [11]   541/17
 543/10 549/22 549/24
 550/9 556/13 556/14 557/8
 571/21 606/8 628/5
happening [1]   625/14
happens [2]   631/7 631/14
happy [4]   566/19 567/6
 568/12 615/19
Harrison [2]   625/16
 630/13
Harrods [2]   625/6 625/12
has [25]   542/10 544/16

559/19 562/13 562/15
562/20 564/14 569/22
570/2 575/8 575/12 576/20
588/4 593/7 597/20 609/2
613/7 613/9 621/3 629/20
646/19
Haskins [1]   579/8
have [163]
haven't [1]   565/3
having [12]   543/19 544/5
 566/2 593/5 598/6 599/5
 599/6 599/8 599/18 602/16
 615/15 620/2
he [143]
he's [12]   598/10 598/10
 621/6 621/7 623/18 628/14
 634/16 640/11 640/11
 641/1 641/1 641/2
head [4]   623/9 634/13
 634/14 634/15
headaches [1]   619/19
header [2]   618/24 638/21
heading [2]   560/19 583/14
heads [1]   593/3
heads-up [1]   593/3
hear [12]   541/1 547/8
 570/19 572/17 592/17
 592/25 599/15 605/14
 605/23 607/14 618/21
 639/15
heard [7]   603/3 607/8
 607/20 609/11 637/11
 646/18 646/24
hearing [11]   561/12
 561/16 561/20 564/19
 571/13 571/14 571/15
 571/16 589/16 591/5 649/9
hearings [2]   561/2 589/21
hearsay [9]   548/8 548/24
 556/8 556/16 556/23
 557/14 557/17 628/8
 632/13
heart [1]   593/15
held [2]   537/10 561/1
help [1]   592/1
helped [1]   615/1
helpful [3]   555/20 591/23
 593/17
Henwood [1]   578/18
her [22]   543/22 543/23
 548/7 548/20 550/5 556/19
 556/20 556/24 557/2
 557/18 559/2 574/18
 601/12 601/12 601/14
 601/24 601/25 602/2 602/5
 602/10 602/15 633/21
here [16]   541/23 548/22
 549/5 565/25 587/4 591/16
 591/20 592/20 602/3 609/1
 615/16 621/3 625/14
 628/14 636/20 638/20
Hi [2]   540/20 597/13
highlighted [1]   589/20
Hillary [10]   555/2 555/8
 613/7 613/10 613/10
 613/11 613/14 613/14
 613/16 624/12
Hillary's [1]   628/24
him [72]   550/17 576/25
 578/1 591/10 596/9 596/19

597/7 599/17 600/12
600/13 602/7 602/15
602/18 602/23 602/25
603/1 603/2 603/4 603/6
603/7 603/17 603/19
606/20 606/22 607/3 607/3
607/18 609/9 609/20
609/22 610/1 610/11
610/13 610/14 610/15
610/17 610/17 610/18
610/20 610/21 611/4
611/23 612/1 612/3 612/3
612/5 614/10 615/8 615/11
615/14 615/16 615/19
616/2 616/8 616/9 617/6
617/6 618/11 621/11
621/12 621/13 621/14
621/17 621/25 623/9
623/12 623/24 625/3
627/22 636/13 642/10
644/10
himself [2]   584/21 589/16
hired [1]   576/6
his [54]   553/22 553/23
 553/25 554/6 554/9 562/14
 569/20 572/15 574/25
 575/6 575/9 575/10 575/13
 576/6 576/21 579/4 581/2
 581/4 584/23 588/1 588/2
 589/15 591/21 596/21
 597/11 597/16 601/3
 602/11 607/1 610/5 610/13
 610/14 613/13 615/10
 616/1 616/9 616/11 617/8
 617/11 619/18 620/2 620/4
 620/14 623/18 628/5
 628/15 632/11 633/11
 633/16 639/9 640/18 641/4
 643/2 647/17
history [1]   632/24
hit [1]   642/12
hmm [1]   552/9
Hold [1]   564/24
home [1]   551/6
Honor [17]   540/3 543/21
 558/2 571/4 590/23 593/25
 594/4 594/8 594/18 628/9
 628/20 635/23 637/20
 638/7 638/13 646/5 647/24
HONORABLE [1]   537/11
hook [1]   609/20
hope [2]   593/10 593/14
hoping [3]   621/15 621/17
 626/6
Hopper [1]   578/20
hour [2]   635/13 637/24
hours [1]   630/20
House [10]   559/24 560/14
 560/24 573/13 573/16
 573/20 574/24 581/23
 582/14 646/23
how [21]   543/8 545/4
 545/16 545/23 546/5
 547/18 556/4 557/2 567/15
 600/5 600/7 605/25 606/15
 609/17 609/22 612/14
 627/16 629/25 632/23
 637/21 647/12
HPSCI [8]   559/15 560/21
 562/9 569/9 572/11 576/17
 580/16 584/14

**H**

HRC [1]  619/6
huge [1]  600/8
humor [1]  595/12
hundred [1]  595/15
husband [1]  601/12

**I**

I'd [2]  592/23 592/24
I'll [13]  540/23 542/17
 549/9 556/20 573/24 594/1
 615/7 616/10 618/19 631/6
 631/6 631/14 648/3
I'm [85]  540/21 540/21
 542/8 542/9 547/8 551/21
 553/10 553/20 554/13
 556/21 557/5 558/8 560/10
 560/22 566/19 567/1 567/5
 568/5 568/6 568/12 568/21
 570/19 572/17 573/8
 574/22 577/25 578/15
 579/7 580/1 580/8 581/12
 581/19 582/3 584/5 584/6
 584/14 585/2 588/9 588/10
 590/7 593/3 593/12
 594/10 595/10 595/10
 595/11 596/20 598/6 598/7
 600/22 606/21 606/22
 607/12 611/20 614/13
 614/13 614/18 615/6
 616/18 616/22 617/23
 619/23 622/4 622/8 624/10
 627/19 627/20 628/17
 629/11 631/1 631/4 631/11
 633/3 633/10 633/15
 635/23 636/18 637/20
 638/20 640/21 641/14
 644/17 646/9 646/15
 646/17
I've [4]  559/2 580/1
 581/17 588/23
i.e [1]  571/13
IAN [1]  537/14
icon [2]  620/23 620/24
idea [4]  552/12 600/5
 600/7 600/7
identical [7]  573/19
 574/6 574/8 574/15 574/15
 574/18 574/22
identified [3]  587/22
 588/17 589/2
identify [5]  575/9 575/13
 588/1 588/2 588/4
identity [1]  570/3
II [1]  575/25
illegal [1]  550/2
images [1]  564/8
immediately [1]  584/24
impacting [1]  562/4
important [1]  592/19
impression [6]  633/4
 641/6 641/19 642/8 642/9
 642/21
impressionist [5]  595/11
 596/24 640/6 640/6 640/7
impressions [2]  597/1
 640/9
improve [1]  647/1
incident [1]  628/3
inclined [1]  637/23

included [1]  559/19
includes [1]  586/13
including [4]  563/11
 564/5 564/7 583/23
indented [1]  563/22
indicate [1]  547/24
indicated [2]  590/24
 615/1
indicating [1]  619/24
indirect [1]  607/1
indirectly [3]  606/12
 606/15 606/24
individuals [4]  563/13
 572/25 582/21 583/24
inference [1]  547/21
influence [1]  582/17
information [33]  541/17
 554/21 554/23 555/1 559/3
 563/15 564/5 564/15 566/4
 569/18 569/24 570/16
 570/17 570/20 572/12
 575/1 576/25 583/7 587/21
 589/24 607/13 607/25
 608/4 608/7 610/6 619/24
 620/20 624/17 626/17
 631/12 637/11 637/13
 647/3
InfoWars [1]  617/12
initiated [1]  582/15
inquiry [1]  559/19
ins [2]  604/18 604/19
inside [15]  558/18 619/24
 620/20 623/22 623/24
 624/3 624/6 624/17 626/17
 637/11 637/13 642/17
 642/18 643/7 646/13
insight [1]  606/25
inspect [2]  561/14 561/16
inspected [1]  561/19
instance [1]  557/18
instinct [1]  631/10
Institute [1]  579/22
institution [3]  578/12
 579/19 579/21
instruction [4]  591/1
 591/24 592/2 592/3
instructions [1]  590/22
intelligence [9]  560/6
 560/6 561/24 562/4 562/18
 581/24 582/15 582/18
 583/23
intelligence-related [1]
 560/6
intelligent [1]  562/1
interact [1]  614/4
interacting [1]  598/23
interested [1]  649/10
intermediary [6]  547/22
 548/4 548/14 548/18
 574/25 612/4
interrogation [1]  557/16
interview [20]  563/8
 563/9 569/16 569/20
 574/23 575/6 575/11
 576/22 587/18 604/8
 604/12 605/5 605/11
 605/17 605/21 610/11
 611/20 617/2 617/4 644/21
interviewed [1]  604/11
intimated [1]  562/13

introduce [2]  549/4
 596/19
investigation [18]  548/7
 556/24 557/3 557/6 557/20
 559/17 560/9 560/12 563/4
 563/11 566/16 568/9
 570/21 582/15 583/12
 586/6 588/18 589/13
investigation's [3]
 564/11 564/17 567/21
investigator [3]  556/15
 557/7 557/13
invitation [1]  576/24
invite [2]  635/1 635/5
involved [2]  597/10 620/6
Iran [1]  606/10
is [268]
ISDN [1]  623/21
isn't [2]  548/21 593/17
issue [2]  565/14 647/2
it [203]
it's [42]  544/3 546/14
 552/3 552/25 555/20 565/7
 566/1 570/10 572/3 574/9
 576/16 582/3 583/3 585/5
 590/15 592/12 594/17
 598/12 607/8 611/1 611/3
 611/15 623/2 627/17 628/4
 628/9 630/3 630/3 630/6
 630/10 634/7 634/15
 634/16 634/17 634/17
 640/11 643/10 643/11
 643/12 643/16 646/5 646/7
italicized [1]  583/16
Italy [1]  551/14
item [2]  580/7 581/14
items [1]  582/7
its [7]  552/4 559/22
 560/12 582/19 583/21
 592/18 594/14
itself [2]  580/17 591/18

**J**

JACKSON [1]  537/11
Jacobs [1]  578/4
James [1]  597/15
January [6]  559/15 561/24
 572/25 582/16 643/16
 645/21
JASON [1]  537/7
Jeannie [1]  578/20
JED [1]  537/15
Jerome [2]  551/13 607/20
Jimmy [2]  606/9 640/10
job [1]  601/16
JOHN [2]  537/14 589/23
Johnson [15]  579/10 599/5
 599/7 614/7 614/9 614/24
 615/2 615/3 615/7 615/12
 615/15 615/16 615/17
 615/19 646/1
joke [4]  627/17 627/18
 642/18 643/7
Jolson [2]  624/9 624/12
JON [1]  537/15
JONATHAN [1]  537/14
Jonathan.kravis3 [1]
 537/18
journalist [2]  616/8
 646/2
JR [1]  537/7

Case 1:19-cr-00018-ABJ   Document 306   Filed 05/20/20   Page 125 of 138

**J**

JUDGE [1]   537/11
Julian [53]   553/20 553/22
 553/23 566/24 575/4
 587/20 589/7 589/10
 599/16 599/19 599/21
 599/24 600/2 600/5 600/22
 602/9 602/24 603/5 603/15
 604/9 604/11 605/9 606/13
 606/16 606/24 608/3 608/7
 609/2 610/22 611/15 613/4
 613/7 613/9 613/19 615/17
 615/25 616/1 616/6 617/6
 621/23 622/2 623/6 623/7
 623/20 630/4 630/16 632/9
 633/19 635/2 644/1 644/13
 644/17 645/15
July [8]   547/3 549/17
 549/21 550/12 598/21
 598/25 599/8 599/12
July 25 [1]   547/3
July 31st [1]   550/12
June [7]   546/14 575/3
 587/19 598/21 598/25
 599/8 599/11
jurisdiction [1]   565/15
jurors [5]   590/12 590/13
 593/9 594/16 647/8
jurors' [1]   544/1
jury [29]   537/5 537/10
 540/6 540/9 540/10 544/15
 544/17 584/12 585/16
 586/21 588/12 589/19
 590/4 590/9 590/16 590/21
 591/18 591/24 592/2
 593/12 593/16 593/17
 594/13 594/15 603/8
 603/14 618/22 638/9
 646/15
jury's [1]   592/22
just [59]   540/14 542/9
 543/16 544/4 548/5 548/22
 557/7 557/19 559/2 567/8
 568/23 573/24 577/16
 577/20 579/25 584/5 586/5
 587/4 589/20 590/15
 590/20 591/2 591/15
 597/17 598/2 601/2 602/6
 602/22 603/7 605/11 606/5
 607/8 610/22 612/5 614/19
 618/13 618/13 618/20
 620/22 621/7 624/20
 625/21 626/3 631/10
 635/12 636/13 637/18
 638/8 639/5 639/12 642/12
 644/22 645/1 645/10 646/9
 646/10 646/13 646/19
 647/10
justice [2]   591/13 595/18

**K**

keel [1]   597/21
keep [5]   540/23 554/13
 562/5 577/20 598/23
Kefauver [1]   642/13
kept [1]   621/11
key [2]   583/17 583/19
khaki [1]   625/23
kicked [1]   550/19
killed [1]   555/9

bond [16]   545/20 566/12
 567/23 595/24 602/19
 606/2 606/7 606/25 617/13
 618/6 620/15 623/21 626/4
 626/6 627/18 642/16
Kindly [1]   581/3
kinds [1]   548/8
knew [4]   556/19 620/22
 629/18 642/10
knocked [1]   624/3
know [116]
knowledge [18]   546/8
 552/14 554/5 554/7 555/7
 556/14 557/10 557/11
 557/12 557/23 560/13
 567/3 569/23 578/11 608/6
 613/12 631/9 633/18
known [3]   601/12 620/5
 622/16
knows [6]   548/6 548/6
 548/6 556/24 557/2 577/16
KPFA [1]   627/6
KRAVIS [4]   537/14 539/5
 590/20 593/8
kryptonite [2]   613/7
 613/9
Kunstler [27]   553/25
 554/1 554/2 555/21 555/23
 556/5 556/17 556/21
 556/25 557/1 557/4 557/16
 557/17 595/18 601/5 601/7
 601/7 601/9 601/10 601/14
 601/15 601/16 601/20
 609/2 609/5 633/17 645/5
Kunstler's [3]   601/3
 601/6 602/8

**L**

labeled [1]   634/7
lacks [1]   557/23
language [1]   592/7
largely [1]   589/21
Las [2]   538/8 538/12
last [8]   541/9 553/3
 553/4 563/6 590/20 611/16
 614/19 633/5
late [3]   565/8 595/23
 614/5
later [10]   542/14 588/20
 589/5 601/12 601/15
 604/19 608/12 609/14
 628/2 640/17
Lauderdale [4]   537/23
 538/4 538/9 538/13
law [4]   537/21 538/11
 586/6 586/9
laws [1]   596/4
lawyer [19]   553/25 554/3
 554/6 554/9 576/3 576/4
 576/5 576/6 576/8 576/13
 593/7 601/3 602/11 620/5
 628/18 628/19 633/11
 633/16 645/5
lawyers [6]   580/11 581/17
 602/12 619/19 620/2 620/5
lead [2]   564/10 564/16
leading [1]   600/11
leaks [2]   563/15 565/14
learned [5]   556/15 556/15
 557/13 557/13 557/20
least [6]   553/25 592/4

leave [3]   541/8 633/11
 633/11
lecturn [1]   540/8
led [1]   626/17
left [10]   541/10 541/18
 582/24 598/12 611/10
 624/3 635/12 635/14
 637/24 647/17
legal [3]   550/5 576/19
 619/19
Leicester [1]   622/22
lepo [1]   615/9
let [19]   542/7 542/7
 543/16 549/6 553/6 556/20
 570/13 574/14 577/9 581/2
 581/7 584/3 593/13 614/21
 618/19 618/22 623/24
 628/18 637/18
let's [29]   540/6 542/20
 546/10 585/6 594/13
 599/14 601/1 604/2 608/18
 611/9 614/2 616/14 617/23
 618/24 621/20 622/4 624/7
 624/12 629/10 629/19
 630/9 632/3 634/4 634/19
 637/14 638/3 638/15
 638/21 643/13
letter [52]   562/8 562/22
 562/25 563/3 563/20
 563/23 564/1 564/2 564/4
 564/13 569/8 573/13
 573/14 573/15 573/17
 573/19 574/23 575/6
 576/13 576/15 576/16
 576/20 576/25 580/15
 580/17 580/19 580/20
 580/21 581/6 582/2 584/13
 584/16 587/6 587/11
 587/14 587/18 587/21
 587/23 588/5 591/7 623/9
 623/16 623/17 623/18
 623/23 624/6 626/1 626/7
 634/25 635/5 635/10
 636/13
Libertarian [1]   614/25
library [1]   646/22
Libya [2]   555/7 619/3
lie [1]   632/9
lied [2]   591/6 591/15
life [1]   601/11
lifetime [1]   642/24
light [2]   544/15 562/16
like [40]   567/15 568/3
 585/5 592/4 592/15 592/17
 592/23 592/24 595/10
 596/11 596/18 597/13
 598/3 601/25 602/11
 602/12 603/24 606/3
 606/19 609/22 610/25
 611/1 611/2 612/15 615/25
 618/6 618/6 624/4 625/6
 625/13 626/16 627/10
 630/24 632/13 633/4
 639/15 640/10 641/23
 642/23 645/1
liked [1]   642/11
likely [1]   647/23
limitations [1]   560/25
limited [1]   564/7

**L**

Linda [3]   578/22 578/23
 578/25
line [22]   547/3 553/3
 553/4 553/24 559/18
 580/10 589/25 590/25
 600/17 600/17 606/11
 607/8 609/1 609/4 632/15
 633/8 633/10 640/1 642/11
 642/12 642/14 643/7
lines [2]   567/14 643/24
link [2]   618/6 618/7
links [3]   563/12 582/20
 583/23
LonelY2K [1]   579/6
list [5]   548/25 552/4
 638/20 639/5 639/7
listed [1]   546/6
listen [3]   592/23 598/14
 611/21
listened [1]   605/11
listening [1]   597/14
little [18]   549/20 568/19
 575/5 575/14 593/11 597/9
 612/17 614/11 614/19
 620/7 621/7 625/5 629/25
 630/1 641/23 642/5 642/14
 642/24
live [2]   612/6 623/20
lo [1]   596/21
location [1]   558/22
locations [1]   627/12
logical [2]   638/12 646/6
London [17]   558/17 575/24
 608/17 622/5 622/8 622/11
 622/12 622/13 622/16
 622/17 622/24 630/3
 634/20 634/23 634/24
 634/25 635/4
long [4]   545/18 639/14
 640/21 646/8
longer [1]   591/12
look [26]   544/15 550/10
 560/1 563/5 566/19 567/6
 568/13 573/24 574/10
 574/18 574/18 577/1
 579/23 580/7 580/12 584/9
 601/1 611/13 612/15
 617/23 620/7 621/21
 626/11 640/10 645/11
 647/15
looked [2]   546/14 553/8
looking [9]   544/21 565/8
 565/11 570/13 579/25
 587/4 588/18 602/4 646/23
looks [5]   543/25 618/6
 618/6 630/24 635/16
lost [2]   615/10 633/3
lot [15]   551/7 577/25
 596/10 596/22 596/23
 597/2 598/3 600/12 601/17
 603/5 606/8 606/17 615/10
 633/2 640/16
Lots [1]   553/6
loved [1]   642/14
lower [1]   617/14
lying [1]   591/21

**M**

made [6]   561/11 584/21

---

main [3]   602/11 627/6
 641/24
major [3]   619/19 631/5
 631/8
majority [1]   574/24
make [12]   541/12 542/14
 565/22 566/18 568/12
 592/20 592/21 612/15
 618/20 627/16 630/19
 639/13
making [7]   543/18 554/13
 596/10 617/2 617/4 617/7
 623/19
Malik [6]   550/16 550/16
 550/18 550/20 550/22
 550/25
man [4]   623/1 623/5 623/6
 625/23
Manafort [3]   549/14 550/3
 573/2
manager [4]   596/18 623/19
 635/1 635/10
mandate [2]   582/8 582/16
Mantle's [1]   596/22
many [10]   543/8 545/4
 545/16 545/23 546/5
 592/18 595/11 595/16
 601/8 615/18
MARANDO [1]   537/14
March [2]   562/9 581/25
March 22 [1]   581/25
March 24th [1]   562/9
Margaret [6]   554/2 601/7
 609/1 620/6 633/17 645/5
mark [3]   571/25 634/11
 634/11
marked [4]   542/20 551/23
 580/8 588/23
Marlon [3]   640/24 641/6
 641/25
Mason [1]   597/15
Massachusetts [1]   579/22
massages [1]   616/24
material [1]   588/23
materials [2]   568/25
 645/7
matter [13]   554/18 554/19
 569/15 581/9 603/8 617/18
 618/1 628/10 633/6 636/10
 636/11 638/12 649/6
matters [2]   562/16 594/12
Maupin [1]   578/2
Maurizi [1]   578/14
may [21]   548/9 549/20
 556/13 561/16 562/25
 563/9 563/20 563/23 564/4
 576/8 609/7 627/4 627/14
 633/4 633/21 634/1 638/9
 640/22 641/22 644/3
 645/17
May [3]   563/23
maybe [7]   549/21 593/18
 596/19 597/15 623/24
 625/16 629/18
Mayberry [1]   633/3
McCall [1]   596/10
McGovern [3]   577/13
 577/14 577/19
me [62]   542/7 542/7
 543/16 550/14 553/6

---

553/15 558/9 562/5 566/10
 567/15 567/16 568/3
 570/13 574/9 574/9 574/14
 576/3 577/9 577/20 578/24
 582/10 589/6 590/15
 591/23 592/2 598/4 598/12
 605/7 607/19 608/22
 610/23 611/2 614/10
 614/21 615/3 615/19
 615/25 616/6 616/8 616/9
 618/13 618/22 621/7
 622/10 623/23 623/23
 623/24 624/21 625/1
 625/12 625/13 626/16
 627/10 628/18 637/18
 640/21 641/10 643/20
 644/19 644/24 645/25
 649/4
mean [8]   548/16 582/2
 610/13 625/18 626/24
 634/14 635/7 645/10
means [3]   631/20 634/15
 634/15
meant [2]   565/7 621/6
measures [7]   559/21
 563/15 565/14 581/24
 582/17 582/20 583/20
mechanism [1]   581/3
media [3]   562/14 569/24
 583/7
meet [3]   595/22 596/18
 623/7
meeting [4]   561/4 632/8
 633/19 642/14
meetings [3]   560/19
 560/24 561/1
meets [1]   569/4
member [2]   572/10 576/17
members [2]   562/12 646/15
mention [1]   552/19
mentions [1]   619/8
Mercer [1]   559/1
message [52]   553/12
 554/14 555/17 555/19
 580/10 581/15 600/24
 601/1 601/2 601/22 609/11
 612/11 612/12 613/2 613/3
 613/25 617/1 617/14
 617/20 618/4 619/9 620/3
 620/7 621/15 621/21
 621/23 622/2 622/4 624/15
 624/18 626/18 627/10
 629/5 630/23 630/25
 631/15 631/21 632/4
 632/10 632/16 634/20
 635/12 635/15 636/24
 638/23 638/24 644/6 644/8
 644/23 645/15 645/17
 645/21
messaged [1]   617/3
messages [23]   552/11
 552/18 553/19 554/15
 559/8 566/15 566/15
 571/12 575/20 586/7
 586/10 603/10 603/13
 603/20 611/10 611/14
 613/3 616/16 617/21
 621/21 624/8 630/5 632/18
messaging [3]   631/22
 631/23 632/1
messed [1]   609/19

met [7]   566/17 567/4
 567/10 567/24 595/6
 596/21 597/17
metaphor [1]   634/18
metropolitan [1]   625/1
MI6 [1]   624/25
MICHAEL [4]   537/14 579/8
 602/10 641/22
Michael.marando [1]
 537/19
Michelle [1]   539/4
Mickey [1]   596/22
mid [3]   586/12 586/12
 590/4
mid-afternoon [1]   590/4
mid-November [2]   586/12
 586/12
middle [8]   553/12 559/18
 565/19 566/9 568/18
 568/19 583/16 606/19
might [5]   540/23 610/6
 610/14 613/19 639/14
Milland [1]   633/2
millions [1]   596/14
mind [1]   573/24
mine [5]   551/23 601/8
 603/21 622/14 622/20
minute [3]   540/24 610/11
 640/22
minutes [3]   585/5 638/11
 647/17
misleading [1]   562/19
misleadingly [2]   591/5
 591/8
missed [1]   601/6
mistake [1]   554/13
MIT [1]   579/22
mit.edu [2]   579/17 579/18
mitt [1]   611/2
MO [2]   610/24 611/1
moment [3]   604/2 610/16
 644/6
Monday [3]   549/1 550/14
 592/5
month [1]   643/25
months [1]   621/14
more [18]   545/1 545/4
 545/11 550/18 553/14
 558/21 566/19 567/5
 568/12 584/4 584/5 584/5
 593/14 597/9 629/19 636/1
 640/18 647/21
morning [8]   540/22 565/10
 573/6 592/5 604/21 627/7
 646/16 647/10
mornings [2]   598/4 598/5
most [1]   597/3
Mothers [1]   596/2
mouth [2]   625/19 640/18
move [18]   612/10 612/17
 612/24 614/2 616/14 622/4
 624/7 626/6 626/8 629/10
 629/19 630/5 630/25 632/3
 634/4 634/19 637/17
 643/13
movement [2]   596/6 596/10
movie [2]   597/2 642/11
movies [1]   640/15
moving [8]   593/10 596/7

Mr [15]   539/5 539/6 539/8
 540/4 540/21 547/20 550/3
 551/10 559/8 567/17 573/2
 573/2 573/2 637/18 643/6
Mr. [274]
Mr. Assange [17]   550/20
 552/13 552/15 554/21
 603/22 608/11 608/13
 609/6 609/12 609/15
 609/25 610/8 611/6 611/18
 612/6 621/9 623/11
Mr. Assange's [1]   554/3
Mr. Bannon [2]   552/25
 573/2
Mr. Buschel [1]   564/12
Mr. Corsi [15]   547/2
 547/5 547/12 547/13
 547/21 547/23 548/12
 548/13 548/23 549/3
 550/11 552/11 552/13
 552/15 556/19
Mr. Corsi's [1]   548/25
Mr. Credico [46]   548/4
 553/17 553/19 553/20
 553/23 554/15 554/20
 555/16 556/17 558/13
 558/18 558/21 575/20
 575/24 576/2 576/3 576/4
 576/7 576/20 576/23
 580/22 581/2 581/15
 581/15 581/17 585/24
 586/7 586/11 587/9 587/19
 587/24 588/3 595/3 600/21
 602/22 605/4 607/9 614/11
 614/24 628/10 628/22
 632/14 639/24 644/7
 644/14 648/1
Mr. Credico's [4]   576/13
 576/17 580/16 581/4
Mr. Gates [1]   573/1
Mr. Gowdy [9]   564/23
 565/2 565/3 565/7 588/17
 589/2 589/4 589/6 589/9
Mr. Johnson [1]   615/7
Mr. Kravis [2]   590/20
 593/8
Mr. Pentangeli [1]   643/8
Mr. Rogow [2]   540/7
 543/18
Mr. Schiff [17]   565/19
 565/21 565/24 566/9
 566/13 566/14 566/21
 567/8 567/13 567/14
 567/15 567/18 567/20
 567/23 568/19 568/20
 568/21
Mr. Schirripa [1]   642/18
Mr. Stone [133]
Mr. Stone's [19]   553/4
 561/19 562/9 563/1 563/20
 567/17 569/9 570/23 571/2
 572/11 572/19 572/20
 584/14 587/7 591/17 600/1
 613/15 617/9 633/18
Mr. Trump's [1]   551/11
Mrs. [2]   557/4 557/16
Mrs. Kunstler [2]   557/4
 557/16
Ms [2]   568/2 585/12

Mr [2]   540/19 541/7
 555/21 555/23 556/5
 556/17 556/21 556/25
 557/1 557/17 558/5 568/4
 568/7 568/15 582/5 585/19
 585/22 586/25 589/11
 600/17 601/10 601/20
 602/8 609/5
Ms. Kunstler [11]   555/21
 555/23 556/5 556/17
 556/21 556/25 557/1
 557/17 601/10 601/20
 609/5
Ms. Kunstler's [1]   602/8
Ms. Rohde [1]   600/17
Ms. Spear [3]   568/4 568/7
 568/15
Ms. Taylor [8]   540/19
 541/7 558/5 585/2 585/19
 585/22 586/25 589/11
much [2]   594/8 628/11
multiple [2]   582/25 583/5
mumble [1]   628/13
mumbling [4]   614/11
 614/18 618/18 628/14
mumbly [1]   614/20
Murray [2]   577/8 577/10
must [3]   544/14 584/24
 621/6
Mutt [1]   595/14
mutual [1]   607/11
my [56]   541/9 543/24
 544/7 546/21 553/21
 560/11 567/3 567/10 572/1
 574/8 576/3 577/3 580/11
 591/11 592/20 593/5
 596/19 598/2 598/8 599/1
 599/7 600/9 600/22 601/11
 601/11 602/15 602/24
 603/6 605/1 606/1 609/20
 611/3 611/7 615/3 615/8
 615/18 617/19 620/11
 620/12 621/7 621/12
 621/13 623/8 627/7 627/17
 634/24 636/13 637/7
 641/21 641/24 642/1
 642/24 644/1 644/2 645/12
 649/3
myself [1]   598/6

**N**

name [17]   544/17 574/25
 575/3 577/12 578/15 579/7
 594/25 596/9 596/13 616/9
 618/13 622/15 623/18
 625/16 632/12 641/4 642/4
named [1]   641/19
names [2]   639/5 639/7
narrative [1]   619/8
narrow [1]   566/18
National [1]   549/18
nature [1]   566/25
NE [1]   537/22
near [1]   559/18
necessarily [1]   565/9
necessary [1]   566/1
necessity [1]   562/18
need [5]   541/4 542/12
 585/1 589/9 647/21
needed [1]   598/6
needs [1]   647/18

N    Case 1:19-cr-00018-ABJ    Document 630    Filed 02/14/20    Page 128 of 138

negotiating [1]   596/7
negotiation [1]   555/7
neither [1]   649/7
nervous [1]   626/5
Nespresso [1]   625/4
Netflix [1]   646/25
never [10]   555/4 559/2
 590/18 610/12 617/7 628/4
 641/2 641/25 643/2 644/1
new [12]   579/2 591/24
 595/25 596/2 596/3 598/3
 600/10 604/16 612/6 615/4
 643/10 643/12
news [4]   626/12 626/18
 630/12 644/21
newspaper [1]   564/9
next [36]   545/10 546/5
 553/21 553/24 565/6
 567/12 570/25 574/19
 577/12 593/23 594/14
 594/17 600/23 601/1
 601/16 605/19 607/6
 612/10 612/24 613/22
 617/20 617/21 619/17
 619/21 619/22 619/23
 626/8 628/19 629/5 629/19
 630/18 630/20 632/3
 632/15 633/10 635/21
Nickelodeon [1]   595/13
night [5]   595/12 611/16
 611/19 622/12 623/2
nightclubs [1]   633/2
Nixon [1]   597/15
no [83]   537/4 541/13
 541/15 544/7 545/17
 545/22 546/3 547/9 548/2
 548/18 550/1 557/12
 559/11 560/15 564/14
 565/5 566/13 566/14
 566/14 566/15 566/15
 566/21 566/24 566/24
 566/24 567/23 568/22
 569/21 569/22 571/4
 571/24 577/11 577/19
 578/3 578/5 578/7 583/9
 590/2 591/12 597/22
 598/20 599/10 599/13
 599/22 599/25 601/24
 603/11 603/13 604/7 604/7
 605/10 605/18 606/6 607/2
 607/17 607/19 607/21
 608/5 608/9 608/14 609/13
 610/7 612/9 614/3 616/13
 616/18 620/1 620/15
 620/21 621/11 622/3 623/8
 623/12 624/19 626/19
 636/12 637/13 637/13
 639/16 643/10 644/3
 645/14 645/18
Noam [2]   579/14 579/16
Nobel [1]   555/11
Nobody [1]   615/16
nominated [1]   555/10
none [3]   546/20 611/3
 639/18
not [131]
notes [1]   649/4
nothing [7]   567/10 568/10
 623/13 624/13 627/20

November [9]   537/7 573/1
 576/16 581/16 586/12
 586/12 637/16 639/4
 649/12
now [50]   541/5 542/11
 570/5 571/9 575/8 575/13
 584/3 586/19 587/12
 587/25 588/2 588/20
 592/11 592/21 593/2 594/1
 594/11 594/13 595/16
 597/3 598/4 598/7 598/21
 599/14 600/14 603/6
 603/20 604/11 610/3 611/9
 612/3 612/17 615/17
 618/16 619/19 622/4
 626/16 627/5 633/5 634/4
 635/11 635/22 637/14
 637/17 638/15 639/16
 640/5 640/14 644/6 647/15
nowhere [1]   627/3
number [21]   540/4 542/8
 542/13 542/20 542/21
 551/11 551/22 552/5
 556/12 556/13 556/22
 558/6 558/9 560/19 560/22
 561/10 572/24 580/8
 585/23 586/16 594/5
Number 19-18 [1]   540/4
NW [2]   537/17 538/17
nyu.edu [2]   578/9 578/10

O

o'clock [2]   627/7 638/9
oath [3]   540/15 567/8
 568/24
objected [1]   592/8
objecting [1]   557/22
objection [10]   547/6
 547/15 548/24 550/4 554/4
 555/12 556/7 577/15 628/8
 628/15
observed [1]   574/15
obstruction [6]   591/1
 591/3 591/13 591/19
 591/20 591/21
obtain [2]   586/6 586/10
obviously [1]   609/8
occurred [2]   549/19
 591/20
October [22]   569/8 569/17
 572/3 572/10 572/16
 574/23 587/6 587/10
 587/20 605/22 606/2 606/3
 606/4 606/5 606/9 606/23
 622/25 629/11 630/14
 634/7 636/4 636/25
October 13th [2]   572/16
 587/20
OD [1]   628/7
off [11]   549/20 570/4
 623/16 623/24 624/1 626/1
 626/3 629/9 634/16 634/17
 648/1
offered [2]   575/1 587/21
office [5]   537/16 537/21
 538/11 556/5 557/19
offices [1]   576/23
official [2]   538/15 611/5
oh [2]   573/22 617/18
okay [52]   540/25 543/1

544/23 546/11 552/22
 553/20 558/1 559/13 560/4
 560/18 565/1 565/7 567/19
 568/4 568/6 568/7 568/17
 571/1 572/8 572/22 573/10
 574/21 575/18 576/12
 577/2 580/2 580/4 580/13
 581/21 582/6 582/13 583/4
 583/13 584/11 585/6 585/9
 588/22 598/22 600/18
 600/19 600/22 602/23
 610/4 618/3 618/18 618/20
 626/8 631/4 637/15 638/3
 638/16 646/5
Olas [2]   538/8 538/12
old [2]   596/21 640/11
once [8]   551/16 552/12
 560/11 590/16 601/14
 603/20 623/25 646/17
one [48]   541/4 549/6
 552/25 552/25 553/25
 556/22 557/2 561/9 562/10
 564/24 571/4 574/12 577/9
 579/25 582/10 582/16
 601/3 602/4 602/23 603/1
 603/1 603/7 606/6 610/15
 617/12 618/14 619/18
 620/2 620/4 620/15 623/15
 629/19 635/25 635/25
 635/25 638/5 640/15
 640/16 640/16 642/5 642/6
 642/11 642/12 642/14
 643/7 644/10 645/25
 647/21
one's [1]   636/12
one-up [3]   602/23 603/1
 603/1
one-upping [1]   603/7
ongoing [1]   584/22
only [20]   548/1 549/2
 565/8 565/11 565/25
 575/13 575/14 584/21
 584/23 587/25 588/4 588/5
 592/1 600/9 602/2 610/1
 611/7 611/8 620/5 635/9
ooo [1]   648/6
open [7]   548/5 549/11
 558/3 560/19 560/24 561/2
 562/17
opening [1]   589/15
opens [1]   547/22
opinion [1]   550/6
opinions [1]   548/8
opportunity [3]   561/14
 561/15 606/23
opposed [2]   592/18 640/11
orally [1]   581/2
order [3]   542/10 584/18
 584/20
organization [1]   601/14
organizing [1]   596/5
original [3]   574/13 575/6
 588/1
other [21]   547/21 548/13
 549/6 554/19 559/21 564/8
 564/8 564/15 573/21
 574/12 582/17 583/20
 593/5 599/2 599/4 605/6
 609/25 619/18 627/21
 644/2 647/5
others [2]   569/25 583/8

O   Case 1:19-cr-00018-ABJ   Document 589   Filed 04/14/20   Page 129 of 138

**otherwise** [1]  649/10

**Otis** [1]  633/3

**our** [15]  556/5 565/8
565/15 567/14 567/20
573/13 573/15 584/3 590/4
591/16 591/20 593/22
594/16 632/21 638/1

**out** [43]  546/2 549/4
550/19 551/7 584/2 590/12
593/12 596/13 605/12
606/5 609/21 619/17
619/20 619/22 619/23
620/22 623/20 624/4 625/5
625/7 625/9 625/15 625/17
626/4 626/7 627/1 627/2
627/2 627/2 627/12 627/19
627/24 628/6 628/6 628/15
629/18 630/11 630/14
632/13 633/6 635/3 644/18
646/10

**out-of-court** [1]  549/4

**outcome** [1]  649/10

**outside** [3]  558/17 568/25
606/20

**over** [15]  541/7 542/2
567/25 569/3 591/6 591/12
591/17 595/12 606/8
609/21 624/2 640/6 642/24
644/6 645/11

**overdoes** [1]  627/14

**overdose** [1]  627/4

**overs** [1]  595/13

**oversight** [1]  562/2

**own** [4]  554/7 635/1 635/3
635/5

**P**

**P-R-O-C-E-E-D-I-N-G-S** [1]
540/1

**P.A** [3]  537/21 538/3
538/7

**p.m** [11]  537/7 540/1
554/14 554/16 594/2 594/3
604/10 609/16 618/12
647/8 648/5

**pa.com** [2]  538/5 538/6

**pace** [1]  593/11

**Pacifica** [3]  595/16 598/2
627/6

**pacing** [1]  593/8

**Pacino** [1]  641/25

**page** [88]  543/9 543/15
543/17 545/1 545/5 545/10
545/11 545/16 545/16
545/17 545/18 545/20
545/23 546/5 546/5 546/6
546/16 551/5 552/2 553/12
558/13 558/21 559/18
560/1 560/2 560/2 560/17
560/22 561/6 561/10
562/21 563/5 563/16
563/16 563/24 563/24
564/22 564/25 565/17
566/8 566/9 566/12 567/12
567/13 567/16 568/2
568/16 580/3 580/7 580/17
581/14 581/19 582/1 582/2
582/3 582/23 583/2 583/11
583/16 584/16 588/15

**otherwise** [1]  649/10

588/22 589/18 600/14
611/9 612/10 612/11
612/24 613/22 618/16
618/17 619/4 619/12
621/20 624/7 626/9 629/12
629/12 629/19 629/19
630/18 632/3 632/3 635/11
635/21 635/24 636/8
636/21

**page 108** [1]  568/2

**page 2** [2]  560/22 563/24

**page 3** [1]  545/11

**page 4** [1]  563/16

**page 85** [1]  567/13

**pages** [5]  580/5 580/6
588/20 589/4 649/3

**paid** [2]  622/20 622/22

**PAIGE** [1]  538/11

**pants** [1]  625/23

**paragraph** [24]  546/17
560/20 561/25 562/10
563/6 563/22 564/12 565/6
565/20 569/10 569/11
573/11 573/13 573/22
573/23 574/8 582/1 582/24
584/17 584/17 587/13
587/18 587/25 591/4

**paragraph 41** [1]  591/4

**paragraph A** [1]  560/20

**paragraphs** [2]  573/21
574/2

**parameters** [8]  560/12
563/3 563/10 563/17
564/11 564/18 567/21
583/12

**paranoid** [1]  625/12

**Pardon** [1]  578/24

**Park** [1]  596/22

**part** [14]  562/1 575/14
591/12 592/20 602/12
605/21 607/6 609/3 609/6
619/4 623/2 641/2 641/7
646/19

**participation** [1]  576/22

**particular** [3]  553/14
602/23 628/3

**particularly** [2]  600/10
619/7

**parties** [4]  566/24 590/15
647/13 649/8

**partisan** [1]  584/21

**party** [2]  596/12 596/14

**pass** [7]  554/17 555/19
576/24 617/15 617/17
618/1 621/22

**passed** [3]  555/16 596/4
622/2

**passing** [1]  554/21

**past** [1]  632/24

**Pataki** [1]  596/8

**patience** [1]  593/9

**Paul** [8]  549/13 555/2
555/3 555/5 555/10 555/17
619/8 622/10

**Pause** [1]  594/6

**pay** [1]  609/19

**peace** [4]  555/6 627/4
627/14 628/3

**pedigree** [1]  580/25

**Pentan** [1]  643/3

**Pentangeli** [7]  641/20

**people** [23]  546/22 549/5
556/12 556/18 557/10
590/12 590/17 590/18
598/14 600/12 602/20
605/22 605/25 615/18
625/11 627/14 627/21
633/4 634/16 634/17
639/10 640/10 640/22

**people's** [1]  640/7

**perform** [1]  622/21

**period** [6]  586/9 586/13
603/16 637/14 637/16
638/15

**periods** [1]  586/5

**peripherally** [1]  620/6

**permanent** [7]  562/13
562/17 562/20 581/23
582/14 598/4 604/19

**Perry** [1]  578/22

**person** [12]  554/22 589/1
589/25 591/9 591/9 600/8
600/9 605/6 608/13 633/22
647/22 647/22

**Person 2** [1]  591/9

**personal** [9]  552/14 554/5
554/7 556/14 557/12
557/23 580/25 581/1 581/6

**personnel** [1]  610/5

**pertinent** [2]  566/15
566/17

**phone** [12]  551/6 553/8
603/18 603/25 605/4 605/5
609/18 609/20 609/21
627/7 631/22 631/22

**photograph** [3]  558/13
558/16 558/19

**photographs** [2]  558/21
564/7

**phrase** [1]  588/4

**pick** [1]  593/10

**picture** [6]  624/20 624/21
625/3 625/7 625/8 629/20

**piece** [1]  642/6

**pieced** [1]  644/2

**Pilgrim** [2]  538/15 649/12

**pillars** [1]  565/15

**pitcher** [1]  614/16

**place** [3]  543/5 643/10
643/12

**Plaintiff** [2]  537/4
537/14

**plan** [8]  623/7 623/8
623/8 637/6 637/7 637/8
637/10 647/9

**planned** [1]  623/13

**planning** [3]  548/10 549/2
622/12

**play** [3]  592/13 605/19
607/6

**played** [4]  605/3 605/20
606/19 607/7

**Players2** [1]  578/16

**playing** [2]  592/19 603/5

**plead** [2]  636/17 637/5

**pleasant** [2]  647/6 648/4

**please** [62]  544/17 547/1
552/21 553/3 558/5 559/20
560/19 560/22 561/9
561/25 562/7 562/10

**P**

please... [50]   562/21
 562/24 563/5 563/19 564/1
 564/13 564/22 567/12
 568/1 568/20 575/17
 575/23 576/19 576/23
 579/23 580/7 580/19
 580/21 581/2 581/7 581/10
 582/1 583/1 583/11 583/18
 584/9 584/12 584/18
 585/16 588/13 589/19
 590/6 600/17 605/19 607/6
 611/14 612/13 612/25
 613/6 613/23 617/20
 618/12 619/5 619/6 626/9
 635/25 636/17 636/22
 643/23 647/6
plenty [1]   647/5
plus [1]   625/14
Podesta [1]   589/23
point [16]   541/14 546/2
 548/21 556/11 559/20
 593/12 596/1 602/24 603/7
 604/19 611/7 617/13 626/3
 638/12 642/24 646/6
points [1]   583/18
police [1]   625/1
political [6]   562/14
 563/13 583/24 595/10
 595/12 622/15
politicians [2]   546/23
 597/2
portion [3]   564/1 564/3
 565/19
portions [1]   581/23
portrayed [1]   562/20
position [3]   591/16
 592/13 608/23
positive [1]   611/21
possession [1]   591/22
possible [2]   584/22 638/7
possibly [1]   638/6
post [5]   546/13 623/25
 624/1 637/14 638/15
post-election [2]   637/14
 638/15
potential [2]   563/12
 599/2
practical [1]   627/17
precise [1]   567/4
precisely [2]   566/18
 577/11
Preface [1]   582/4
prepare [2]   593/10 595/6
prepared [6]   566/3 575/8
 575/13 587/25 588/2
 593/23
present [4]   540/9 540/10
 557/15 594/15
presented [1]   594/11
president [1]   614/25
presidential [1]   582/21
press [6]   559/15 561/23
 562/14 612/15 625/19
 632/20
presumed [1]   601/24
pretend [1]   626/16
pretrial [2]   548/25
 590/21
pretty [3]   602/7 607/13

prevent [1]   591/10
previous [4]   629/12
 635/24 635/25 635/25
previously [1]   649/6
Prince [5]   559/5 559/6
 559/8 559/9 573/2
prior [4]   603/13 605/8
 605/17 609/11
prisoners [1]   596/6
prisons [1]   596/6
private [1]   631/5
Prize [1]   555/11
pro [1]   615/23
probably [7]   601/11
 609/19 619/17 619/22
 634/17 637/24 647/16
problem [1]   552/3
problems [1]   627/15
procedure [1]   560/21
procedures [1]   560/14
proceed [4]   540/11 540/12
 540/16 581/8
proceedings [2]   594/3
 649/5
product [3]   570/15 570/17
 620/20
production [1]   563/9
professional [1]   595/10
profusely [1]   615/19
progress [3]   617/2 617/4
 617/7
projects [1]   601/17
promise [1]   639/22
promised [1]   565/22
promoting [1]   597/16
promotional [2]   597/5
 597/11
promotions [1]   639/9
prongs [1]   591/3
proof [1]   550/18
properly [1]   584/20
proposal [1]   623/20
prosecuting [1]   591/12
protections [1]   580/23
prove [4]   557/8 598/6
 644/24 645/4
proved [1]   557/7
provide [4]   560/5 565/24
 566/4 581/3
provided [3]   584/24
 637/11 649/4
provides [1]   569/18
public [5]   561/2 561/3
 569/1 569/2 613/13
publicly [8]   559/2 562/15
 563/10 564/11 564/17
 567/21 570/1 583/8
publish [1]   585/16
published [1]   586/21
pull [1]   617/21
pursuant [2]   560/24 595/3
pursuing [1]   560/8
put [23]   541/20 541/21
 557/18 570/20 592/25
 593/3 593/4 620/21 620/22
 620/25 624/4 625/7 625/8
 627/1 627/2 627/12 627/19
 628/6 628/6 628/10 628/15
 632/13 643/24
putting [3]   541/13 541/17

prevent [1]   591/10

**Q**

qualified [1]   548/9
question [22]   543/24
 547/7 549/7 556/20 556/25
 560/10 560/11 560/14
 568/18 568/20 570/13
 574/8 574/14 574/19
 583/17 586/3 602/22
 617/19 628/19 634/11
 634/11 639/20
questioning [1]   580/22
questions [13]   540/21
 540/23 544/2 565/10
 580/24 583/17 583/19
 584/4 586/25 588/8 589/12
 590/2 641/11
quid [1]   615/23
quo [1]   615/23
quote [1]   563/23

**R**

R-A-N-D-O-L-P-H [1]   595/1
R.A [4]   555/3 555/10
 555/17 622/10
R.K [2]   555/2 619/8
race [4]   596/1 596/9
 610/18 613/8
Racial [1]   595/18
radio [36]   579/2 579/3
 595/15 595/16 597/11
 597/16 598/2 598/7 598/10
 598/16 599/1 599/3 604/17
 604/25 605/1 605/8 606/1
 608/10 609/18 609/24
 610/8 612/6 614/8 615/2
 615/4 616/1 617/11 617/13
 623/20 635/1 635/3 635/5
 636/13 639/9 643/2 644/2
raised [1]   548/24
ran [3]   595/17 596/17
 601/14
Randolph [3]   539/7 594/20
 595/1
Randy [15]   553/12 570/11
 571/7 575/22 577/5 579/3
 580/8 581/14 594/19
 611/10 619/1 627/4 627/13
 628/7 638/25
range [1]   610/10
rapist [1]   550/17
raspy [1]   640/18
rather [4]   584/14 587/24
 598/12 616/6
Ratner [5]   601/7 602/11
 609/2 620/6 633/17
Ray [1]   633/2
Raymond [4]   577/8 577/13
 577/14 577/19
reach [1]   614/16
reached [1]   646/6
read [32]   546/16 553/3
 559/20 560/19 561/9
 561/25 562/10 563/6 564/1
 564/19 564/22 565/3
 567/15 567/16 568/20
 569/10 575/22 580/19
 582/7 582/10 583/1 583/18
 584/18 589/4 589/19
 611/14 612/12 613/6

R   Case 1:19-cr-00018-ABJ   Document 580-7   Filed 02/26/20   Page 131 of 138

read... [4]   618/11 619/5
 643/14 643/23
ready [2]   540/7 647/25
Reagan [2]   606/3 606/8
really [9]   565/8 602/18
 603/17 610/19 613/14
 621/11 633/20 633/20
 633/21
reason [2]   602/3 622/24
reasonable [1]   561/15
reasonably [2]   564/9
 564/16
Rebekah [1]   559/1
recall [5]   543/2 642/25
 643/1 643/3 643/3
recalling [1]   594/4
receipt [3]   556/6 575/7
 575/11
received [10]   555/23
 556/4 570/16 570/17
 570/21 571/3 576/20 598/2
 619/9 647/3
receiving [1]   635/15
Recently [1]   595/13
Recess [1]   594/2
recipient [2]   607/12
 607/13
recognize [2]   608/19
 639/11
recollection [1]   569/3
record [8]   542/11 542/18
 548/22 570/4 584/23
 584/24 591/1 594/25
recordings [1]   564/6
records [12]   548/1 551/5
 553/8 564/5 564/14 568/22
 570/22 570/23 571/2
 571/21 586/16 591/6
recovered [1]   594/7
RECROSS [1]   539/2
redirect [3]   539/2 585/4
 585/10
redress [1]   562/19
refer [4]   544/17 620/2
 634/22 640/4
referenced [1]   569/15
referencing [4]   631/13
 633/7 645/22 645/23
referred [4]   601/18 617/9
 618/14 628/2
referring [18]   606/25
 607/16 607/18 607/19
 612/8 613/10 616/12 617/3
 617/10 619/21 620/3 630/2
 630/10 631/25 632/10
 633/15 634/22 644/14
refers [1]   554/2
reflect [6]   552/10 563/22
 571/11 573/3 578/10
 579/18
reflected [3]   559/7
 573/17 580/14
reflecting [1]   570/10
reflection [1]   573/14
reflects [7]   545/20
 551/10 552/11 559/8
 572/23 572/24 573/1
regard [1]   541/16
regarding [5]   561/6

regardless [2]   564/8
 564/15
Reggie [1]   579/10
reimbursement [1]   581/3
Reimers [2]   623/18 635/10
relate [1]   594/12
related [7]   555/2 560/6
 563/15 583/22 587/10
 608/7 649/7
relates [1]   646/22
relationship [4]   597/20
 601/10 602/2 602/9
relax [1]   619/19
release [6]   559/15 561/23
 569/25 583/8 610/24
 610/25
released [1]   621/4
releases [2]   610/21
 610/23
relevance [2]   555/12
 577/15
relevant [2]   592/18
 592/25
reluctantly [8]   575/13
 575/14 588/1 588/4 588/5
 602/5 627/22 627/23
remained [1]   601/13
remaining [1]   592/3
remarks [2]   575/4 587/20
remember [15]   543/12
 574/12 586/25 587/15
 588/15 589/11 603/25
 618/13 618/13 633/20
 633/21 633/22 635/15
 637/10 641/4
remembering [1]   586/1
remind [2]   540/14 587/4
repeat [1]   608/2
repeatedly [4]   557/22
 562/15 569/20 606/21
replay [1]   606/17
reply [2]   618/2 619/14
report [1]   581/24
Reporter [2]   538/15
 538/15
represent [1]   569/14
Representatives [2]
 559/24 576/21
representing [1]   602/14
Republican [2]   549/18
 599/18
Republicans [1]   606/18
request [20]   554/17
 554/20 565/23 566/18
 566/19 566/20 567/4 567/5
 567/14 567/20 568/12
 568/14 568/23 568/25
 569/17 609/2 617/15
 617/17 618/1 619/10
requested [3]   564/4
 574/25 575/2
requesting [2]   572/12
 576/21
requests [1]   576/24
require [1]   581/1
required [2]   561/10
 567/25
research [1]   646/22
resents [2]   562/11 562/12
respect [1]   592/10

respond [11]   604/5 613/25
 616/2 620/13 620/17 622/9
 627/19 632/15 634/12
 636/16 637/4
responded [6]   572/15
 609/10 621/5 626/20
 629/11 635/17
response [10]   563/14
 565/13 568/19 569/16
 572/14 572/18 580/21
 615/21 615/24 632/22
responsibilities [1]
 562/2
responsibility [1]   593/6
responsible [1]   589/22
responsive [2]   568/22
 591/6
rest [3]   575/5 627/4
 627/14
restrictions [1]   584/25
result [3]   549/23 549/24
 550/9
resume [2]   590/5 647/9
resumed [1]   594/3
retention [1]   584/22
retract [1]   627/23
retracted [1]   627/22
return [2]   615/22 636/8
returned [1]   594/16
returns [2]   570/22 570/22
reveal [1]   570/3
review [3]   645/7 645/9
 645/10
revolutionary [1]   596/16
Richard [1]   597/15
right [52]   540/6 540/11
 540/16 541/4 542/16
 542/17 543/25 544/8
 544/14 544/20 546/22
 549/10 549/22 553/9 557/5
 568/15 584/7 585/3 585/7
 588/6 589/6 590/3 591/16
 591/23 592/8 592/10
 594/11 594/12 594/16
 595/16 597/1 603/4 603/23
 604/4 604/17 607/24
 609/15 615/2 615/14
 616/18 618/5 618/21
 619/19 624/22 625/11
 628/12 635/3 635/17
 639/16 645/20 646/7 648/3
rights [2]   581/2 595/17
ROBERT [1]   538/2
Rockefeller [2]   596/4
 596/23
ROGER [47]   537/7 540/4
 549/13 551/14 552/23
 554/14 557/21 569/14
 570/11 571/6 578/16
 578/17 594/5 595/20
 596/21 597/14 597/24
 598/1 598/15 599/15
 603/15 604/12 604/24
 605/5 608/3 610/14 611/17
 611/18 611/23 612/2 612/4
 612/4 612/7 613/18 613/21
 613/25 617/18 619/1 621/6
 621/22 624/15 630/23
 638/18 639/2 644/18
 644/23 645/14
Rogow [6]   537/21 537/21

**R**

Rogow... [4]   539/6 540/7
 540/21 543/18
Rohde [1]   600/17
room [2]   538/17 544/17
ROUTMAN [2]   538/11 538/11
Routmanc [1]   538/14
row [2]   646/11 646/13
Rowley [1]   579/12
RPR [2]   538/15 649/12
Rule [1]   560/25
Rule 11 [1]   560/25
rules [3]   557/24 559/24
 560/21
Rummy [1]   632/23
run [1]   582/18
running [4]   596/2 596/15
 596/17 610/20
ruse [1]   634/17
Russia [7]   563/4 563/13
 566/16 582/21 583/12
 583/22 583/24
Russian [13]   559/21 562/3
 563/11 563/14 565/13
 569/12 581/24 582/16
 582/18 582/20 583/10
 583/20 589/22
Russians [1]   565/11

**S**

S-H-S [1]   631/5
S.E [1]   538/3
Sabrina [1]   578/4
safe [1]   629/25
said [62]   543/13 545/8
 545/13 545/25 546/8 548/1
 548/12 548/23 549/1 549/7
 556/25 557/18 565/19
 565/21 565/24 568/11
 568/22 568/25 596/18
 596/24 597/17 602/21
 606/17 606/21 606/22
 607/11 609/14 612/2
 613/13 615/7 615/22
 615/25 616/3 616/4 616/7
 616/10 617/8 617/19
 617/25 619/17 623/25
 624/1 625/8 625/23 626/7
 626/23 627/21 627/24
 630/12 630/13 631/11
 633/23 638/6 643/24
 644/24 644/25 645/1 645/3
 645/4 645/22 645/24 646/1
same [22]   542/10 554/13
 554/21 558/22 562/21
 566/8 568/1 582/23 583/11
 589/1 602/19 604/13
 608/25 609/9 617/12 622/4
 625/8 626/1 630/3 642/23
 642/24 646/16
Sander's [1]   550/17
Sanders [2]   610/19 639/17
Sanders' [1]   550/22
Sarah [2]   625/16 630/13
satirist [2]   595/11
 622/15
Saturday [5]   598/4 598/5
 604/21 612/21 615/4
save [3]   542/16 566/2
 637/6

Saw [15]   551/22 551/24
 550/20 551/17 552/13
 552/15 575/24 596/12
 596/15 599/17 599/20
 599/23 624/5 625/10 626/5
say [37]   556/21 573/15
 576/18 580/10 580/19
 582/4 593/5 602/20 603/1
 603/14 603/18 605/21
 606/2 606/23 611/10
 611/17 612/12 612/14
 615/21 617/1 619/16
 620/10 621/2 622/4 622/8
 623/17 624/9 624/12
 624/23 625/18 626/15
 626/22 629/8 629/16
 631/14 640/21 640/24
saying [4]   547/14 548/5
 627/10 630/11
says [29]   553/6 554/6
 564/13 564/14 571/12
 574/23 575/2 575/6 575/10
 575/23 576/19 577/3
 580/21 587/19 587/21
 588/2 589/4 606/12 607/23
 609/1 612/11 612/18
 629/20 630/18 631/17
 632/21 633/10 635/12
 640/1
scandals [1]   607/23
scene [6]   642/13 643/6
 643/7 643/10 643/11
 643/12
schedule [1]   647/12
scheduled [2]   580/22
 632/20
Schiff [19]   565/19 565/21
 565/24 566/9 566/13
 566/14 566/21 567/8
 567/13 567/14 567/15
 567/17 567/18 567/20
 567/23 568/19 568/20
 568/21 576/21
Schirripa [4]   642/5 642/8
 642/18 643/6
scope [5]   547/18 559/19
 562/3 568/9 589/13
scrambling [1]   604/20
screen [5]   543/19 543/22
 544/5 600/15 631/3
sea [2]   617/2 617/4
Sean [2]   644/17 644/20
search [4]   567/9 570/18
 570/21 620/24
seat [1]   646/10
seated [2]   540/12 590/16
second [10]   546/14 561/25
 562/10 564/24 569/10
 574/3 587/24 591/5 600/17
 607/8
secret [1]   584/22
secretarial [2]   608/23
 611/5
Section [1]   561/6
secure [1]   631/17
see [67]   544/2 550/16
 551/21 571/7 576/3 583/14
 588/23 593/17 593/18
 594/1 600/21 601/2 604/7
 606/12 606/20 607/22
 609/4 611/10 612/18 613/2

613/3 616/10 616/20
 616/24 617/14 617/16
 618/8 620/10 621/3 622/6
 622/21 623/3 623/12
 623/13 623/14 623/24
 624/24 624/25 626/11
 626/13 626/20 629/2 629/3
 629/6 629/20 629/22 630/6
 630/8 630/18 630/21
 631/15 631/18 632/5
 633/13 634/5 634/8 634/20
 634/24 635/7 635/11
 635/12 636/9 638/23 640/1
 642/15 647/6 648/3
seeing [3]   591/24 603/4
 623/1
seek [2]   583/17 583/19
seem [1]   603/24
Seems [1]   595/10
seen [3]   541/25 590/18
 624/13
Select [7]   561/23 562/1
 562/13 562/17 562/20
 581/23 582/14
senate [2]   561/23 610/20
Senate's [1]   562/1
send [6]   592/6 600/24
 624/15 626/17 630/23
 643/21
sending [1]   550/2
sent [20]   556/1 556/12
 571/12 571/13 573/18
 573/19 588/6 603/24
 608/21 608/22 608/24
 616/24 618/4 620/3 623/23
 629/21 632/3 634/4 634/10
 645/15
sentence [2]   587/25
 620/11
September [20]   554/16
 554/24 569/16 571/7
 571/12 585/24 599/6 604/1
 614/5 614/6 615/5 616/20
 616/22 617/5 621/10
 621/22 624/16 645/25
 646/1 646/3
September 18th [1]   554/16
September 9th [2]   646/1
 646/3
serious [1]   641/13
Seriously [1]   635/20
serve [1]   581/6
services [1]   582/18
session [2]   537/5 562/17
set [1]   623/22
setting [1]   563/17
several [4]   562/12 580/5
 591/2 598/17
sfc1 [1]   578/9
shall [3]   561/2 561/11
 561/15
she [44]   547/7 548/4
 548/6 548/6 548/8 548/15
 549/7 550/5 552/14 554/3
 554/6 554/7 554/8 554/9
 555/25 556/2 556/4 556/6
 556/15 556/19 556/20
 556/24 556/25 557/2 557/3
 557/11 557/12 557/13
 557/13 557/15 559/3
 577/16 577/16 601/11

Case 1:19-cr-00018-ABJ   Document 359-3   Filed 02/14/20   Page 133 of 138

**S**

she... [10]   601/13 601/15
 601/25 602/2 602/6 602/10
 602/11 602/12 602/13
 602/13
she's [5]   556/15 556/15
 557/2 557/13 559/3
short [1]   647/23
shot [2]   602/7 603/6
should [9]   550/16 550/16
 550/18 581/1 590/16
 600/15 614/15 616/11
 646/23
show [76]   544/4 553/21
 553/22 553/23 590/16
 595/14 595/16 597/11
 597/16 598/2 598/7 598/8
 598/16 599/1 599/3 599/5
 599/7 599/9 600/3 600/6
 600/8 600/23 601/19
 601/23 602/15 602/17
 602/24 603/6 604/6 604/17
 604/25 605/1 605/8 606/1
 608/11 609/3 609/6 609/10
 609/15 609/17 610/8 614/8
 614/9 614/10 615/2 615/4
 615/8 615/12 616/1 616/6
 617/8 617/9 617/9 617/11
 617/13 620/11 620/12
 620/14 621/7 621/9 621/12
 621/13 621/16 621/17
 622/5 622/8 622/11 623/20
 633/1 635/2 635/3 635/6
 636/13 639/9 644/1 644/2
showed [1]   635/13
showing [2]   551/5 586/16
shown [2]   544/10 585/13
shows [3]   579/4 598/3
 643/2
sic [1]   640/15
side [2]   586/22 586/22
side-by-side [1]   586/22
Signal [3]   631/17 631/20
 631/22
Silky [1]   613/8
SIMCHA [1]   537/15
since [9]   562/15 568/23
 575/6 575/10 592/4 597/20
 601/12 622/16 640/8
sink [1]   613/14
sir [37]   594/23 595/19
 604/2 604/23 607/18 608/9
 610/3 610/16 611/14
 612/13 613/16 616/20
 618/12 619/5 623/3 625/18
 626/13 630/15 632/5 634/3
 635/4 636/3 636/14 636/19
 637/14 638/24 641/11
 641/18 642/2 642/8 643/5
 643/13 643/15 644/12
 644/14 644/22 645/11
sit [4]   590/11 590/14
 590/17 590/18
site [2]   620/18 620/23
six [4]   567/14 596/5
 621/14 627/7
six o'clock [1]   627/7
sixteen [1]   640/8
skeletons [1]   546/21
slide [1]   600/16

slowed [1]   593/8
SMITH [2]   538/7 569/14
so [64]   540/22 541/16
 542/4 542/12 542/20
 542/24 543/22 544/14
 546/3 548/7 548/20 549/6
 549/7 557/16 566/13
 566/14 566/21 567/23
 570/21 575/13 582/10
 584/6 586/16 588/3 590/18
 591/2 591/11 593/10
 593/14 593/20 593/22
 596/11 596/11 596/12
 596/17 596/21 603/6
 606/17 606/21 609/20
 614/1 616/10 621/7 622/19
 622/24 623/23 624/2 625/3
 625/7 625/13 627/9 627/12
 632/11 640/10 640/18
 641/15 642/15 644/3 646/3
 646/24 647/5 647/6 647/21
 647/25
so-called [1]   632/11
sober [1]   633/5
sobriety [1]   633/6
social [3]   562/14 569/24
 583/7
some [30]   540/21 542/7
 542/16 547/13 555/6
 562/20 565/10 585/12
 586/25 588/16 589/11
 589/12 597/4 606/2 614/14
 615/9 616/8 617/13 617/13
 618/6 620/15 623/21
 627/15 627/21 628/5 631/5
 631/8 639/15 642/24
 644/10
somebody [8]   602/14
 607/11 618/21 624/3
 632/12 634/1 641/23
 641/23
somehow [1]   547/21
someone [6]   555/6 588/17
 602/12 608/22 611/2
 640/10
something [19]   547/22
 563/2 592/6 593/20 594/12
 595/5 606/5 606/9 612/1
 623/21 625/9 625/14
 625/14 625/17 628/4
 629/18 630/14 634/17
 642/13
sometimes [1]   598/9
sorry [36]   547/4 547/8
 551/21 553/10 554/13
 558/8 560/22 567/1 568/6
 570/19 572/17 573/8
 574/21 574/22 580/1 580/8
 581/12 581/19 582/3
 584/15 614/13 616/18
 616/22 617/23 624/10
 628/17 629/12 631/1 631/4
 635/23 636/18 637/2
 637/20 638/21 640/21
 641/14
sort [2]   555/6 606/19
sound [1]   609/21
Soup [1]   640/12
source [11]   570/2 570/3
 575/3 575/9 575/13 588/1
 588/2 588/4 589/7 589/9

sources [3]   557/9 570/1
 583/9
South [1]   596/22
speak [2]   597/23 615/12
speaking [3]   598/1 605/4
 606/20
Spear [4]   568/2 568/4
 568/7 568/15
special [1]   557/19
specific [5]   553/14
 566/19 567/5 568/12 569/3
specifically [3]   548/10
 579/15 610/12
speculation [1]   574/17
speed [1]   638/8
spell [1]   594/25
spent [3]   596/5 596/14
 623/14
spite [2]   555/8 615/9
spoke [6]   555/4 556/5
 589/25 606/18 609/22
 615/14
spoken [2]   555/4 559/2
spot [1]   598/4
spring [2]   598/15 598/18
Square [1]   622/22
staff [4]   563/6 563/7
 572/11 576/17
stand [4]   590/12 590/18
 646/10 648/2
standard [1]   604/10
standing [2]   625/1 625/11
stars [1]   597/2
start [10]   541/7 542/20
 546/18 555/3 565/7 566/10
 568/3 617/23 618/24
 638/21
started [3]   601/15 603/2
 644/19
starting [3]   565/1 566/12
 566/12
starts [3]   582/25 600/18
 629/5
state [7]   555/1 555/8
 569/22 583/10 589/22
 594/25 619/6
stated [3]   562/15 569/20
 649/6
statement [6]   566/11
 568/24 588/16 589/2
 589/15 589/19
statements [6]   549/5
 589/12 600/1 613/13
 613/15 630/19
STATES [11]   537/1 537/3
 537/11 538/16 540/4 562/4
 582/19 583/21 594/5
 594/19 649/4
station [14]   579/2 579/3
 598/11 598/12 598/13
 600/9 604/14 604/15
 609/18 609/24 615/16
 623/9 627/6 635/1
stay [1]   602/1
steady [1]   597/21
Stefania [1]   578/14
stenographic [1]   649/4
step [2]   541/4 646/9
Steve [1]   552/23 642/4
 642/8

**S**

Steven [3]   578/6 578/8
 578/9
Stewart [1]   640/11
stick [2]   557/25 644/22
sticker [1]   544/18
still [6]   540/14 592/13
 618/18 623/19 626/5
 646/19
STONE [188]
Stone's [20]   553/4 561/19
 562/9 563/1 563/20 567/17
 569/9 570/23 571/2 572/11
 572/19 572/20 583/6
 584/14 587/7 591/17 600/1
 613/15 617/9 633/18
stonewall [3]   636/17
 637/3 637/5
stop [2]   637/7 638/12
stored [2]   564/5 564/15
stories [1]   630/12
story [1]   634/4
StrategySmith [1]   538/7
strategysmith.com [1]
 538/10
Street [1]   537/17
Streetcar [1]   640/15
string [1]   620/8
struggles [1]   633/8
stuff [6]   595/14 610/25
 613/13 620/21 620/25
 631/8
subject [9]   547/3 550/8
 550/13 551/14 560/25
 573/11 634/10 638/12
 643/17
subject-matter [1]   638/12
submit [1]   592/8
submitted [3]   591/7 591/7
 646/19
subpoena [8]   562/18
 565/25 566/1 566/3 566/5
 570/22 577/3 595/4
subpoenas [1]   570/18
Subsections [1]   560/25
subsequent [1]   563/8
substance [2]   545/13
 545/25
such [4]   555/19 561/17
 597/14 597/14
sufficient [2]   581/6
 591/18
suggest [3]   636/17 637/3
 637/5
suggesting [1]   639/8
Suite [4]   537/22 538/4
 538/8 538/12
Sullivan [1]   613/8
summer [2]   595/23 595/23
supplement [1]   647/2
support [1]   565/4
supporter [1]   559/3
supposed [2]   552/5 611/15
sure [10]   556/21 557/5
 560/10 569/12 592/20
 592/21 615/6 618/20
 619/23 639/13
surprise [8]   605/22 606/2
 606/3 606/4 606/5 606/9
 606/23 634/7

**T**

tab [56]   542/22 542/23
 544/18 546/10 546/24
 549/13 550/10 551/4
 551/13 551/20 551/21
 551/25 552/2 552/6 552/21
 553/10 554/12 554/14
 558/5 558/24 559/7 559/12
 559/23 560/17 561/6
 561/22 562/7 562/8 562/21
 562/24 563/19 564/20
 569/6 570/5 570/25 571/24
 571/24 572/7 572/21 573/8
 574/12 574/20 575/17
 576/11 577/1 579/23 580/3
 580/12 581/11 581/12
 581/20 584/6 584/9 585/14
 586/19 588/9
Tab 41 [1]   588/9
Tab 47 [1]   586/19
Tab 53 [1]   579/23
tab 62 [1]   581/20
tab 77 [1]   584/6
tab 79 [1]   584/9
TABLE [1]   539/1
take [18]   541/4 542/7
 543/22 544/9 560/1 563/5
 577/9 579/23 580/12 584/3
 584/9 590/4 593/14 593/22
 609/2 609/6 639/14 646/10
taken [3]   558/16 649/5
 649/9
takes [2]   643/10 643/12
talk [16]   543/20 553/6
 553/7 589/16 593/2 611/15
 611/16 620/12 620/14
 629/14 629/15 631/6 631/7
 631/14 644/11 644/18
talked [12]   553/8 573/6
 574/1 591/24 592/4 600/1
 610/9 610/9 610/10 611/16
 611/18 646/3
talking [22]   542/11
 542/14 544/2 544/3 557/4
 568/5 590/21 593/16
 593/18 593/19 599/15
 599/18 603/5 603/18 606/1
 612/14 614/24 616/5 634/2
 644/4 645/19 645/22
talks [2]   605/12 607/23
tangible [1]   564/6
tape [1]   597/4
tapes [1]   597/11
TARA [1]   538/2
Taylor [10]   539/4 540/19
 541/7 558/5 585/2 585/12
 585/19 585/22 586/25
 589/11
teasing [2]   605/22 605/25
technical [1]   544/5
Technology [1]   579/22
teed [1]   647/22
telephone [6]   543/3 543/5
 543/13 545/1 551/5 551/11

telephonic [1]   572/24
television [2]   595/12
 595/15
tell [22]   544/4 547/1
 552/4 556/6 562/7 562/24
 565/9 584/12 590/14
 602/16 603/17 607/25
 608/3 610/23 610/25 616/8
 616/9 621/25 627/15 644/3
 645/18 647/13
telling [2]   590/17 602/18
tempting [1]   641/10
ten [3]   580/6 581/17
 601/12
tens [1]   596/14
term [2]   560/5 634/16
tested [1]   593/9
testified [13]   541/25
 542/2 543/9 548/3 548/15
 549/3 574/1 585/19 585/22
 591/4 603/8 603/12 603/14
testifies [1]   643/8
testify [5]   548/9 556/17
 556/18 557/23 591/9
testifying [4]   561/14
 591/10 595/3 603/20
testimony [13]   543/2
 548/6 548/18 548/20
 561/11 561/17 574/16
 584/23 592/14 595/7
 647/10 647/17 647/22
text [17]   553/19 554/15
 566/15 575/20 575/22
 576/1 576/2 581/15 586/7
 586/10 587/13 587/19
 603/10 603/13 603/20
 629/20 645/15
texts [2]   566/24 575/19
than [5]   564/8 564/16
 616/6 640/16 644/2
thank [33]   558/2 558/11
 565/16 572/5 576/10 584/1
 585/2 585/20 590/8 594/8
 594/18 595/19 604/23
 610/3 612/19 615/18
 616/17 625/20 628/20
 629/10 630/17 632/14
 633/25 634/3 634/3 636/5
 636/6 638/13 641/18 642/2
 643/5 643/13 644/16
that [541]
that's [33]   540/8 548/13
 549/7 552/17 562/6 563/18
 568/4 569/5 578/17 585/1
 586/2 586/13 588/7 592/8
 593/20 595/5 601/6 604/19
 605/5 609/22 611/1 615/23
 617/18 622/24 624/21
 627/15 632/9 632/14
 632/14 633/4 635/7 646/7
 647/2
their [19]   544/1 544/17
 548/13 548/25 557/20
 570/4 586/17 593/19
 593/20 609/19 611/1 611/2
 620/21 620/25 620/25
 624/4 635/1 635/2 635/5
them [28]   542/7 543/19
 543/20 544/4 544/9 544/15
 546/21 549/6 553/25 571/4
 573/24 574/18 577/9 592/8

them... [14]   592/19
593/17 593/18 593/18
596/12 601/4 619/18 620/4
623/24 635/1 635/5 635/7
639/15 639/18
then [37]   543/23 544/14
546/24 560/11 565/14
565/17 567/17 567/18
568/1 568/4 568/16 568/19
568/20 569/6 575/5 576/1
582/10 582/23 582/25
602/5 611/13 618/4 618/8
618/11 623/1 626/6 626/15
629/2 630/5 631/11 632/22
634/1 637/25 638/5 639/19
644/19 647/18
there [100]   543/8 543/9
545/4 545/11 545/17
545/18 545/20 545/23
545/24 546/3 546/6 546/6
548/15 548/21 550/2 551/7
552/2 553/14 556/12
556/22 557/6 563/16 571/9
572/14 572/18 580/5 580/6
580/7 583/16 585/3 586/5
587/22 588/24 591/2
595/25 596/9 597/4 597/23
598/9 600/2 602/14 602/15
604/7 604/8 606/2 606/3
607/22 608/10 612/18
613/3 614/7 614/15 616/17
616/20 619/20 620/23
622/14 622/19 622/21
623/14 623/15 623/25
624/1 624/2 624/22 624/24
625/3 625/4 625/11 625/11
625/14 625/18 625/23
626/5 626/5 627/7 627/12
627/19 628/6 628/6 630/12
631/8 632/13 633/1 634/1
634/20 634/24 635/7 635/8
638/23 640/5 640/19
642/11 642/11 642/14
644/10 644/18 644/18
646/11 647/5
there's [23]   545/18
548/17 552/3 557/7 558/13
568/18 571/9 571/24
582/24 582/24 592/16
594/11 624/20 627/20
630/11 630/25 637/24
638/23 639/5 640/1 644/4
645/18 647/16
therefore [1]   607/12
these [29]   543/5 543/10
543/13 543/23 544/10
552/18 553/19 554/15
557/24 562/16 563/14
570/23 571/20 574/1
575/19 575/19 575/20
582/25 583/5 586/4 589/21
596/20 603/10 603/20
604/16 615/23 627/10
636/3 639/9
they [45]   543/22 543/23
544/2 546/2 547/24 548/12
549/2 553/7 553/8 556/18
557/9 557/20 557/23
559/16 563/2 565/12 566/7

593/17 596/15 598/4
604/18 604/19 606/17
606/18 609/19 610/25
610/25 611/1 611/2 619/19
620/18 620/22 620/25
621/4 621/4 623/25 624/1
624/5 625/13 627/21
630/13
they'll [1]   618/22
they're [6]   571/2 574/18
574/22 590/16 592/22
611/2
They've [1]   547/20
thing [9]   584/3 592/1
592/23 593/5 603/2 624/4
627/17 640/18 641/23
things [11]   548/8 548/17
556/13 557/8 564/6 565/9
565/13 597/7 610/15
613/16 647/5
think [47]   541/19 543/25
546/22 547/22 548/3
566/17 566/20 567/4
571/24 585/19 585/22
587/12 590/12 591/14
591/16 591/25 591/25
592/19 592/20 592/25
593/6 593/9 593/16 593/20
601/24 610/14 611/20
611/21 612/1 614/1 615/6
621/6 621/7 625/9 625/15
626/3 628/14 628/15
629/17 629/25 630/6 630/9
637/23 646/2 646/5 646/7
647/21
third [7]   538/3 566/23
584/17 596/12 596/14
606/11 635/11
third-party [2]   596/12
596/14
thirsty [1]   614/13
this [208]
Thomas [1]   577/22
those [25]   545/8 545/14
545/25 546/1 546/8 556/18
564/8 564/16 565/13
565/14 568/4 568/7 568/8
571/17 573/4 603/21
604/18 605/16 611/14
620/18 632/18 639/8
640/15 640/16 647/24
though [3]   556/20 621/11
628/13
thought [4]   593/13 609/7
625/13 639/12
three [11]   543/9 545/24
585/5 588/20 589/4 591/7
598/5 602/4 622/21 623/14
627/12
thrilled [1]   598/12
through [18]   540/22 542/8
543/23 544/9 548/7 549/6
556/16 557/3 557/14
572/15 586/12 598/24
614/5 614/6 615/14 620/23
622/25 645/12
throw [1]   634/17
throwing [1]   634/16
thumbs [1]   618/8
thumbs-up [1]   618/8

600/23 604/20 604/22
Thwarted [1]   634/7
time [54]   537/7 542/9
542/17 543/10 543/12
546/3 549/1 551/10 553/14
559/10 563/8 566/2 571/15
577/9 583/7 586/5 586/9
586/13 590/14 592/22
593/6 597/4 597/23 598/23
599/20 599/23 600/2 602/8
602/14 603/15 604/8
604/20 607/16 607/20
608/6 608/11 609/3 610/3
610/6 610/18 613/18 614/7
616/7 621/8 626/1 627/5
632/21 637/8 637/16
638/15 640/21 643/24
646/16 649/5
times [2]   598/17 638/5
timing [2]   569/25 637/18
tip [1]   611/2
to-the-left [1]   598/12
today [6]   541/11 541/23
576/3 595/3 595/7 605/12
together [9]   541/13
541/17 541/20 541/21
570/20 601/17 622/18
643/24 644/3
told [8]   599/23 607/3
616/11 617/6 619/20 631/8
631/17 645/25
toll [2]   551/5 570/22
Tom [1]   596/13
tomorrow [9]   620/12 621/7
630/6 631/12 646/16 647/7
647/9 648/1 648/4
tonight [3]   592/7 595/14
609/3
too [2]   565/8 639/14
took [4]   543/5 543/12
625/3 640/21
top [14]   546/17 575/14
577/3 582/4 582/24 600/18
612/11 616/16 617/24
618/24 619/13 635/21
636/1 636/8
topic [1]   563/10
totally [3]   602/1 640/12
643/11
touch [3]   606/12 606/15
606/24
transaction [1]   561/1
transcribed [2]   561/18
576/22
transcript [20]   537/10
542/12 542/14 561/10
561/11 561/16 561/20
564/19 564/22 565/18
588/9 588/15 588/17
588/21 588/24 589/13
592/12 606/11 607/8 649/3
transcripts [2]   561/7
561/10
transfer [1]   589/23
travel [1]   581/4
treason [1]   562/14
treat [1]   639/12
trial [5]   537/5 537/10
594/10 648/1 648/5
tried [7]   557/18 600/2

**T**
tried... [5]   602/7 617/8
 621/13 621/18 623/23
triggered [1]   644/8
trip [2]   622/20 634/24
trouble [1]   566/2
true [3]   568/24 621/9
 649/2
Trump [9]   550/18 551/6
 551/10 559/4 559/6 559/9
 573/2 610/17 613/7
Trump's [1]   551/11
trust [1]   607/12
truth [7]   546/22 617/11
 628/10 635/6 636/14 644/3
 645/18
try [12]   541/5 590/5
 593/10 601/19 601/25
 602/23 621/13 621/14
 638/3 638/10 638/11
 641/24
trying [9]   542/16 556/11
 584/2 596/3 603/1 612/15
 621/11 621/12 647/15
Tuesday [4]   604/13 604/20
 604/22 623/1
turn [32]   545/10 546/10
 546/16 546/24 550/17
 558/5 565/17 568/1 568/16
 569/6 570/5 581/10 582/1
 582/23 583/11 584/16
 585/14 586/19 588/9
 588/20 591/5 591/12
 591/17 598/21 599/14
 605/2 608/18 611/9 621/20
 627/9 637/14 638/15
turned [2]   567/25 569/2
Turning [1]   600/14
tweet [2]   575/4 587/20
Twitter [3]   566/15 627/3
 627/13
two [20]   546/14 547/25
 548/15 558/21 561/9
 561/14 574/1 574/3 582/7
 582/11 582/20 583/18
 584/5 584/5 604/13 608/12
 611/14 612/2 613/3 621/21

**U**
U.S [6]   537/16 559/22
 563/12 563/14 565/13
 583/23
Uh [1]   552/9
Uh-hmm [1]   552/9
ultimately [1]   576/7
unaware [1]   567/24
uncovered [1]   557/6
under [7]   540/14 557/24
 560/19 565/25 567/8
 568/24 582/7
undermines [2]   606/7
 606/7
underscore [1]   593/19
undersigned [1]   576/19
understand [9]   541/19
 560/10 562/3 573/21 602/8
 607/18 619/9 626/24 633/7
understanding [4]   591/11
 631/20 647/1 647/2
understood [1]   631/25

UNITED [1]   537/4
 537/11 538/16 540/4 562/4
 582/19 583/21 594/5
 594/18 649/4
university [1]   578/11
unless [1]   620/15
unmaskings [1]   565/14
unpack [1]   640/22
unproven [1]   589/21
until [6]   602/25 610/1
 621/18 631/12 631/23
 645/15
up [30]   548/5 556/18
 556/19 568/3 569/2 569/17
 574/24 590/12 593/3
 593/10 602/23 603/1 603/1
 609/19 609/20 610/25
 611/13 611/22 612/5
 612/19 616/16 617/21
 618/8 623/22 632/18
 635/13 644/20 646/21
 646/23 647/22
upping [1]   603/7
upset [1]   602/1
upstate [1]   596/13
urging [1]   569/15
us [17]   541/11 543/12
 547/1 552/4 559/20 562/7
 562/24 566/2 568/10 581/2
 581/7 587/4 589/4 594/12
 606/25 622/17 639/12
usdoj.gov [4]   537/18
 537/19 537/19 537/20
use [4]   549/2 593/6 616/7
 632/25
used [4]   556/2 570/21
 590/17 592/22
usually [2]   568/21 590/15

**V**
various [1]   572/2
Vegas [1]   642/10
venues [3]   568/4 568/7
 568/8
verified [1]   584/23
version [3]   542/1 575/2
 575/10
versus [2]   540/4 587/20
very [12]   542/1 585/12
 596/15 598/10 600/11
 601/8 602/1 609/23 615/15
 615/19 622/20 628/11
via [2]   569/24 583/7
victory [1]   615/8
video [4]   599/17 599/20
 599/23 603/5
view [1]   586/22
viewpoint [1]   615/8
visit [1]   622/14
Vito [1]   641/5
voice [7]   595/12 595/13
 640/7 640/12 641/10
 641/15 642/23
voice-over [1]   595/12
voice-overs [1]   595/13
voices [6]   597/16 639/8
 639/10 639/22 640/7
 640/16
voluntarily [3]   562/16
 565/25 569/18
voluntary [1]   576/22

volunteer [1]   595/5

**W**
wait [2]   590/13 590/18
waive [1]   581/6
walking [1]   626/6
want [42]   540/7 540/14
 543/22 544/9 546/20 548/5
 548/22 553/15 556/9 557/8
 562/5 566/10 566/18 567/1
 567/8 567/16 568/12
 568/23 574/17 577/20
 582/10 585/12 586/5
 586/19 588/8 588/20
 590/20 591/2 592/13
 593/13 593/19 598/21
 602/2 618/20 629/17
 632/12 638/8 640/22 644/6
 646/17 647/1 647/13
wanted [3]   593/2 600/12
 639/13
wants [2]   544/15 576/3
warrant [1]   570/22
warrants [2]   565/4 570/18
was [263]
Washington [3]   537/6
 537/17 538/18
wasn't [8]   548/5 554/8
 603/17 611/3 641/23 642/6
 642/12 645/3
water [2]   614/14 614/15
Waterfront [2]   640/14
 640/20
way [19]   542/17 542/17
 562/19 566/3 569/21
 570/14 574/14 582/12
 583/9 602/19 602/21
 603/25 607/3 611/5 611/7
 619/12 621/18 632/8
 643/25
WBAI [9]   578/23 578/25
 598/2 600/9 604/16 604/16
 623/19 634/25 635/10
we [103]   541/1 541/11
 543/20 544/21 546/14
 548/4 548/24 555/20 562/2
 565/10 565/22 566/1 566/3
 566/17 566/20 567/4 567/5
 567/6 567/9 567/10 568/13
 570/20 570/21 571/21
 579/25 585/7 585/16
 586/21 589/9 590/20
 590/21 591/17 591/24
 592/4 592/17 593/2 593/23
 596/3 596/7 596/10 596/11
 596/12 600/16 601/17
 605/2 605/19 607/6 607/11
 607/12 610/9 610/9 610/10
 611/13 612/10 612/14
 612/17 612/19 612/24
 613/2 613/22 614/6 614/24
 616/16 617/20 618/16
 618/24 619/4 619/12 620/7
 620/10 621/3 622/20
 623/19 624/8 626/8 627/1
 629/12 629/12 631/2
 632/18 635/22 635/24
 636/1 636/8 636/17 636/21
 636/22 637/1 637/3 637/5
 637/17 637/21 638/6 638/9
 638/20 639/13 641/12

we... [6]   642/11 644/22
 646/6 647/14 647/24
 647/25
we'll [13]   590/5 592/6
 592/8 593/22 604/2 610/3
 610/16 623/1 638/5 638/11
 646/16 647/6 647/10
we're [6]   542/12 579/23
 587/4 592/7 638/8 647/15
we've [2]   540/22 592/3
wealthy [1]   622/20
website [2]   620/25 620/25
Wednesday [3]   623/2
 626/12 626/18
week [10]   598/5 602/4
 602/4 602/20 602/25 609/7
 609/8 625/9 625/17 628/25
weekend [1]   633/3
weekly [3]   635/1 635/3
 635/5
well [30]   547/24 568/21
 575/5 593/21 595/25 598/2
 599/1 602/10 602/23 603/4
 603/17 606/1 615/22 616/3
 616/7 616/10 621/3 622/14
 627/1 627/17 628/4 630/9
 639/10 640/5 643/24 644/3
 645/4 645/18 645/24
 646/13
Wellstone [3]   550/18
 550/25 551/2
went [14]   557/5 558/18
 609/21 622/19 622/24
 624/2 624/3 625/5 625/5
 626/4 626/7 635/7 635/8
 645/12
were [71]   542/4 542/4
 542/14 544/5 544/21
 548/15 549/2 556/12
 565/10 571/2 571/13 574/6
 574/14 579/25 581/17
 582/18 583/20 585/13
 586/3 587/12 590/21
 590/24 591/2 593/18
 593/19 596/3 596/4 596/7
 596/10 596/11 596/15
 598/1 601/18 603/1 604/18
 604/19 606/25 607/3 607/4
 612/7 612/14 613/10
 616/12 617/3 617/4 619/21
 620/3 621/15 622/11
 622/13 622/16 622/20
 623/19 625/13 627/14
 629/13 630/1 630/9 630/12
 630/13 630/19 631/12
 633/15 634/22 637/8 643/7
 644/4 645/19 645/22
 645/22 645/23
what [173]
what's [4]   555/4 555/5
 577/12 643/14
whatever [3]   576/8 596/19
 602/1
whatsoever [2]   566/25
 568/22
when [74]   541/8 541/10
 543/12 544/2 544/16
 547/25 549/18 553/6 574/1
 590/12 590/20 593/16

597/23 600/2 601/22 602/6
602/21 603/1 603/12
603/14 604/8 606/22
608/11 608/24 612/6 613/9
613/10 614/7 616/11 617/3
617/9 619/9 619/20 620/3
620/13 621/15 621/19
624/12 624/23 625/18
626/4 626/24 628/2 630/1
630/10 631/8 631/11
631/14 633/8 633/15
634/14 634/22 634/24
635/4 637/3 639/20 640/6
640/11 640/11 640/12
640/14 640/24 642/8 642/9
644/22 645/17 645/21
645/22 646/1 646/1 647/15
whenever [1]   648/1
where [16]   558/16 566/10
 568/3 587/10 606/12 614/11
 618/8 620/10 622/4 624/10
 625/23 627/6 630/4 635/12
 636/9 646/12
whereas [1]   588/1
whether [27]   547/5 551/17
 552/12 552/15 553/7 554/6
 554/7 555/10 555/16
 555/23 556/1 558/18 561/3
 561/17 561/19 566/5 568/8
 576/4 576/7 577/16 581/8
 582/20 584/4 592/12
 592/24 608/6 612/7
which [35]   543/5 544/18
 545/10 546/10 546/24
 548/16 548/17 550/10
 553/24 556/13 564/20
 567/12 571/24 572/21
 579/1 579/3 581/19 586/5
 586/9 586/19 587/21 589/6
 596/4 600/14 605/12
 609/21 617/7 625/6 631/17
 631/23 638/5 638/8 641/21
 646/18 649/8
while [3]   543/20 593/18
 623/25
who [61]   547/25 549/5
 550/17 551/2 554/1 554/22
 555/3 555/6 557/19 559/1
 559/5 569/23 570/2 574/25
 575/3 576/20 577/7 577/10
 577/12 577/14 577/22
 579/6 581/17 587/19
 587/21 589/2 589/25
 589/25 596/13 596/17
 600/1 601/5 601/7 601/8
 601/8 605/4 605/6 607/16
 608/21 608/22 613/10
 618/25 620/3 620/11
 620/11 620/12 620/13
 622/20 623/5 624/25
 630/15 633/15 633/23
 635/13 638/23 639/1 642/5
 643/19 643/21 644/25
 645/21
whoever [4]   597/15 610/18
 632/11 633/22
whole [6]   541/25 567/16
 610/23 610/24 610/24
 625/3
whom [4]   555/19 565/12

whose [1]   647/22
why [23]   556/21 556/22
 556/22 557/5 592/17
 592/25 598/1 602/3 602/16
 602/18 604/20 608/15
 610/21 611/1 611/25 616/3
 616/4 621/3 622/13 622/24
 629/15 638/10 646/10
wide [1]   610/10
widely [2]   564/9 564/16
widow [1]   601/7
wife [5]   553/25 554/1
 601/3 601/5 601/6
WikiLeaks [14]   570/2
 575/1 587/21 589/24
 598/18 599/9 599/11 610/6
 610/24 619/21 620/18
 620/21 621/3 635/2
WikiLeaks.org [1]   621/1
will [15]   542/9 544/19
 557/25 559/19 563/7 566/1
 566/3 580/22 590/4 593/5
 614/22 628/19 628/24
 647/24 647/25
William [4]   595/17 601/7
 601/14 601/16
wisely [1]   592/22
wishes [1]   581/8
within [6]   547/18 563/10
 564/10 564/17 567/20
 568/9
without [2]   562/18 584/24
witness [25]   540/14 548/3
 548/6 548/11 556/14
 556/23 557/22 561/11
 561/14 585/4 585/4 585/8
 585/17 588/13 590/3
 593/23 594/14 594/17
 594/20 595/10 609/22
 646/9 646/10 647/11
 647/14
witness' [1]   592/11
witnesses [2]   549/6
 647/25
woman [1]   625/16
women [1]   596/20
won't [3]   542/14 639/19
 639/22
word [7]   588/5 592/25
 625/14 625/18 625/19
 630/11 630/12
WordPress [1]   546/13
work [10]   541/10 541/13
 563/7 595/9 595/13 595/24
 596/23 596/23 638/4
 638/18
worked [6]   557/19 578/23
 578/25 601/8 601/17
 608/22
working [8]   541/16 559/9
 581/18 596/20 622/17
 623/10 624/25 624/25
worried [1]   627/10
worry [1]   636/11
would [91]   545/10 546/2
 546/24 548/23 548/24
 553/3 557/17 557/22 558/5
 560/1 562/10 563/5 564/1
 564/22 565/17 565/24
 567/15 567/25 568/3 568/9

**W**

would... [71]   568/16
 569/1 569/6 569/10 570/5
 574/15 575/17 577/1 580/7
 582/7 582/23 583/1 584/3
 584/9 584/16 584/18
 591/23 592/1 592/4 592/15
 592/17 595/5 596/18
 597/13 597/13 599/6 600/8
 600/9 600/10 600/12
 601/23 602/1 602/7 602/16
 602/19 604/6 606/1 606/2
 611/1 611/21 615/3 615/25
 620/5 620/18 620/22
 621/16 621/17 623/6 623/9
 624/9 624/12 626/6 627/1
 632/23 637/25 638/1
 638/6 639/8 639/10 639/15
 641/21 641/24 642/5 642/6
 642/12 642/15 642/15
 642/16 645/1 645/2
wouldn't [4]   565/9 569/2
 616/8 630/19
write [5]   629/13 629/24
 632/7 632/22 635/19
writes [5]   553/17 553/20
 575/24 576/3 581/17
writing [1]   644/8
written [7]   550/15 566/14
 570/10 575/7 575/11
 585/23 602/10
wrong [1]   580/1
wrote [30]   547/14 550/16
 554/16 601/22 613/9
 613/10 618/11 618/11
 621/15 623/1 624/12
 626/11 626/20 626/24
 628/24 629/2 629/5 630/1
 630/6 630/10 633/8 633/10
 633/15 634/14 635/4 636/9
 637/3 644/22 645/17
 645/21
WTF [1]   634/11

**Y**

yeah [6]   546/25 599/1
 611/8 614/17 628/1 636/11
year [8]   541/9 596/1
 596/11 601/15 622/17
 622/19 631/24 633/5
years [17]   595/11 595/16
 596/5 601/9 601/12 601/17
 606/8 626/23 626/25 628/2
 633/1 633/6 640/6 640/8
 640/17 642/16 642/25
yes [185]
yesterday [1]   546/15
yet [2]   589/21 624/13
York [10]   579/2 595/25
 596/3 598/3 600/10 604/16
 612/6 615/4 643/10 643/12
York's [1]   596/3
you [676]
you'll [11]   593/10 593/14
 593/23 607/22 613/2
 617/14 620/10 629/2
 629/20 630/5 630/18
you're [19]   540/14 541/5
 541/19 542/11 544/2 544/3
 548/7 556/8 556/11 556/21

 565/25 590/12 595/3
 596/24 597/14 640/5
 641/10 641/12 647/12
you've [5]   541/16 606/24
 617/19 646/18 646/24
young [2]   606/18 640/11
your [101]   540/3 541/4
 542/13 542/21 543/2
 543/21 544/1 544/3 544/6
 552/3 554/7 558/2 562/13
 563/7 563/8 566/18 566/20
 566/22 567/4 568/13 571/4
 572/17 574/16 575/7
 575/11 578/10 585/8
 585/14 588/11 589/6
 589/18 590/23 592/13
 592/14 593/4 593/23
 593/25 594/4 594/8 594/18
 594/25 595/6 597/20
 598/16 599/3 599/5 599/9
 600/2 600/5 600/8 601/10
 601/19 601/23 602/17
 604/5 604/6 604/17 604/25
 605/21 608/11 609/3 609/6
 609/17 609/24 610/8
 613/12 613/25 614/7
 614/19 615/2 615/12 616/3
 616/5 616/6 617/15 618/13
 621/9 621/16 622/11 628/3
 628/9 628/20 631/9 631/20
 632/8 632/15 633/7 633/18
 635/23 637/20 637/21
 638/7 638/13 644/25
 645/11 646/5 646/21 647/1
 647/2 647/12 647/24
yourself [4]   540/7 606/25
 612/8 616/12
yourselves [2]   590/6
 646/20

**Z**

ZELINSKY [3]   537/15 539/8
 637/18
zero [1]   546/2
zoom [2]   600/16 636/1