UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROGER J. STONE, JR.,<br><br>    Defendant. | Criminal No. 19-cr-18-ABJ |

## NOTICE OF ATTORNEY APPEARANCE

The undersigned Assistant United States Attorney hereby notices an appearance on behalf of the United States of America.

                            Respectfully submitted,

                            TIMOTHY J. SHEA
                            D.C. Bar No. 437437
                            United States Attorney for the
                            District of Columbia

By: */s/ J.P. Cooney*
      J.P. COONEY, D.C. Bar No. 494026
      Assistant United States Attorney
      Chief, Fraud & Public Corruption Section

## **CERTIFICATE OF SERVICE**

I hereby certify that this notice was served on counsel for the defendant, Roger J. Stone, via ECF on February 18, 2020.

*/s/ J.P. Cooney*
J.P. COONEY, D.C. Bar No. 494026
Assistant United States Attorney
Chief, Fraud & Public Corruption Section