IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case 1:19-cr-00018-ABJ

UNITED STATES OF AMERICA,

v.

ROGER J. STONE, JR.,

Defendant.

_____/

**DEFENDANT ROGER J. STONE'S NOTICE OF INENT TO FILE REPLY
MEMORANDUM REGARDING
<u>MOTION FOR NEW TRIAL</u>
(Juror Misconduct)**

Pursuant to Local Criminal Rule 47(d), Roger Stone files this notice that he intends to reply to the government's opposition to the Amended Motion for New Trial.

Local Rule of Criminal Procedure provides: "(d) REPLY MEMORANDUM. Within seven days after service of the memorandum in opposition the moving party may serve and file a reply memorandum." Counsel for Roger Stone advises the Court that we wish to reply to the government's opposition to the amended motion for new trial. The reply brief will be uploaded on February 25, 2020.

          Respectfully submitted,
          By: */s/*_____

| | |
|---|---|
| ROBERT C. BUSCHEL | BRUCE S. ROGOW |
| BUSCHEL GIBBONS, P.A. | FL Bar No.: 067999 |
| D.D.C. Bar No. FL0039 | TARA A. CAMPION |
| One Financial Plaza, Suite 1300 | FL Bar: 90944 |
| 100 S.E. Third Avenue | BRUCE S. ROGOW, P.A. |
| Fort Lauderdale, FL 33394 | 100 N.E. Third Avenue, Ste. 1000 |
| Telephone: (954) 530-5301 | Fort Lauderdale, FL 33301 |
| Fax: (954) 320-6932 | Telephone: (954) 767-8909 |
| Buschel@BGlaw-pa.com | brogow@rogowlaw.com |
| | tcampion@rogowlaw.com |
| | *Admitted pro hac vice* |
| | |
| SETH GINSBERG | GRANT J. SMITH |
| 299 Broadway, Suite 1405 | STRATEGYSMITH, PA |
| New York, NY 10007 | D.D.C. Bar No.: FL0036 |
| Telephone: (212) 227-6655 | 401 East Las Olas Boulevard |
| *Admitted pro hac vice* | Suite 130-120 |
| | Fort Lauderdale, FL 33301 |
| | Telephone: (954) 328-9064 |
| | gsmith@strategysmith.com |

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2020, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

   *United States Attorney's Office for the*
      *District of Columbia*

John D. Crabb
JP Cooney

                                                     By: */s/ Robert Buschel*
                                                     ROBERT C. BUSCHEL