**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA,**

       **v.**                      **Criminal No. 19-cr-18-ABJ**

**ROGER J. STONE, JR.,**

      **Defendant.**

---

## NOTICE OF APPEARANCE

The undersigned attorney hereby notices an appearance in the above-captioned case on behalf defendant Roger J. Stone.

                                        Respectfully submitted,

                                        <u>/s/ Seth Ginsberg</u>
                                        N.Y. Bar No. 2628444
                                        299 Broadway, Suite 1405
                                        New York, New York 10007
                                        212-227-6655
                                        srginsberg@mac.com