# Fromartz Law Offices

Bernard Fromartz 1917-2004
D. Bunji Fromartz
Neil Cohen, of counsel
William Hoffman, of counsel

February 12, 2020

Hon. Amy Berman Jackson
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 2002

*Leave to file GRANTED*
*Amy B. Jackson  2/19/20*
*United States District Judge*

Re:   People v. Roger Stone, Criminal Action No. 19-0018 (ABJ)

Your Honor:

    I am writing this as an outraged United States citizen and an attorney of over 30 years.

    I am amazed how a poor person stealing food or sneakers can receive a 5 year to life sentence on a one count conviction (Footnote 1), while a prosecutors can suggest a sentence of seven to nine years for a privileged upper class person who was convicted of seven felony counts of what is a myriad of evidence tampering with an intent to subvert our entire political system.

    Intimidating a witness, lying under oath, forging documents and violating a gag order should each have a consecutive not concurrent weight.

    And to then have such suggested short term be overruled and withdrawn.

    I find it hard to understand why such leniency prevails.

    Lynne Stewart's conviction for violating a prison rule, not a law, was 10 years in prison for releasing information from her imprisoned client Omar Abdel-Rahman. She was a 70-year-old veteran civil rights lawyer representing the poor and obscure and was taking cases that no one else wanted. Her actions were based on compassion and selflessness. (Footnote 2)

    Mr. Stone committed his crimes in support of a billionaire and violated laws, not rules, should receive 10 years per conviction, 70 years. His only motivating factor is the politics of the win (Footnote 3).

    Thank you for your consideration herein.

Very truly yours,

D. BUNJI FROMARTZ

DBF/s

---

[1] https://tinyurl.com/Jail5YearFood , Google Search Retrieved Feb. 11, 2020

[2] Lynne Stewart letter to sentencing Judge. Sept 10, 2006
http://www.lynnestewart.org/Stewart%20Letter%20(Ex%201)%20scanned.pdf  Retrieved Feb 11, 2020

[3] Gilbert, Sophie (May 11, 2017). "Get Me Roger Stone Profiles the Man Who Created President Trump". The Atlantic. The Atlantic Monthly Group. Retrieved Feb. 11, 2020

# Fromartz Law Offices

Bernard Fromartz 1917-2004
D. Bunji Fromartz
Neil Cohen, of counsel
William Hoffman, of counsel

February 12, 2020

Clerk of the Court - Criminal Division
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 2002

**Re:** **People v. Roger Stone**, Criminal Action No. 19-0018 (ABJ)

Clerk of the Court:

Enclosed please find a letter regarding the sentencing of Roger Stone. I request it be filed via ECF so the parties may receive a copy of my court directed correspondence.

Thank you for your expected help and cooperation.

Very truly yours,

D. BUNJI FROMARTZ

DBF/s



RECEIVED
Mail Room
FEB 18 2020
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia