IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

v.

ROGER J. STONE, JR.,

    Defendant.
_____/

### ORDER

Before the Court is Roger J. Stone's Motion for Judicial Disqualification, Defendant's motion and otherwise being fully advised,

It is therefore ORDERED AND ADJUGED that the Motion is GRANTED.

DONE AND ORDERED in Washington, DC, this_____day of_____, 2020.

_____
AMY BERMAN JACKSON
United States District Judge

cc:    all counsel of record