IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

v.

ROGER J. STONE, JR.,

      Defendant.
_____/

## **ORDER**

Before the Court is Roger J. Stone's Motion to Open the Hearing In Support Of Amended Motion For New Trial, Defendant's motion and otherwise being fully advised,

It is therefore ORDERED AND ADJUGED that the Motion is GRANTED.

DONE AND ORDERED in Washington, DC, this _____ day of _____, 2020.

                                                                    AMY BERMAN JACKSON
                                                                    United States District Judge

cc:    all counsel of record