**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROGER J. STONE, JR.,<br><br>    Defendant.<br><br>AMERICAN BROADCASTING COMPANIES, INC.,<br><br>CABLE NEWS NETWORK, INC.,<br><br>CBS BROADCASTING INC., o/b/o CBS NEWS,<br><br>DOW JONES & COMPANY, INC.,<br><br>THE ASSOCIATED PRESS,<br><br>THE NEW YORK TIMES CO.,<br><br>WP CO. LLC, d/b/a THE WASHINGTON POST,<br><br>    Proposed Intervenors. | Case No. 1:19-cr-00018-ABJ |

**<u>NOTICE OF APPEARANCE OF JAY WARD BROWN, ESQ.</u>**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance in this matter as counsel for American Broadcasting Companies, Inc., Cable News Network, Inc., CBS Broadcasting Inc. on behalf of CBS News, Dow Jones & Company, Inc., The Associated Press, The New York Times Co., and WP Company LLC d/b/a/ The Washington Post, and requests that all parties serve on the undersigned copies of all papers filed in or affecting this action.

Dated:  February 25, 2020    Respectfully submitted,

BALLARD SPAHR LLP

/s/ Jay Ward Brown
Jay Ward Brown (D.C. Bar No. 437686)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 508-1136
Fax: (202) 661-2299
brownjay@ballardspahr.com

*Counsel for Proposed Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2020, I caused the foregoing to be filed and served electronically via the Court's ECF system upon all counsel of record.

/s/ Jay Ward Brown
Jay Ward Brown