**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROGER J. STONE, JR.,<br><br>Defendant.<br><br>AMERICAN BROADCASTING COMPANIES, INC.,<br><br>CABLE NEWS NETWORK, INC.,<br><br>CBS BROADCASTING INC.,<br>o/b/o CBS NEWS,<br><br>DOW JONES & COMPANY, INC.,<br><br>THE ASSOCIATED PRESS,<br><br>THE NEW YORK TIMES CO.,<br><br>WP CO. LLC,<br>d/b/a THE WASHINGTON POST,<br><br>Proposed Intervenors. | Case No. 1:19-cr-00018-ABJ |

**[PROPOSED] ORDER**

AND NOW, this ___ day of _____, 2020, upon consideration of the Motion to Intervene and for Public Access, it is hereby ORDERED that the Motion is GRANTED, the hearing set for 2:00 PM on February 25, 2020 shall be OPEN to the press and public, and the Clerk of the Court shall unseal all related filings.

_____
United States District Judge