# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:19-cr-00018-ABJ |
| ROGER J. STONE, JR., | |
| Defendant. | |
| AMERICAN BROADCASTING COMPANIES, INC., | |
| CABLE NEWS NETWORK, INC., | |
| CBS BROADCASTING INC., o/b/o CBS NEWS, | |
| DOW JONES & COMPANY, INC., | |
| THE ASSOCIATED PRESS, | |
| THE NEW YORK TIMES CO., | |
| WP CO. LLC, d/b/a THE WASHINGTON POST, | |
| Proposed Intervenors. | |

## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 26.1, undersigned

counsel for Proposed Intervenors American Broadcasting Companies, Inc., Cable News

Network, Inc., CBS Broadcasting Inc. on behalf of CBS News, Dow Jones & Company, Inc.,

The Associated Press, The New York Times Co., and WP Company LLC d/b/a The Washington

Post, certify that:

American Broadcasting Companies, Inc. is an indirect, wholly-owned subsidiary of The Walt Disney Company, a publicly traded corporation.

Cable News Network, Inc. ("CNN"), a Delaware corporation, is an indirect wholly-owned subsidiary of AT&T Inc., a publicly traded corporation. AT&T Inc. has no parent company and, to the best of CNN's knowledge, no publicly held company owns ten percent or more of AT&T's stock.

CBS Broadcasting Inc. is a wholly owned, indirect subsidiary of ViacomCBS Inc., a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of ViacomCBS Inc. ViacomCBS Inc. is not aware of any publicly held entity owning 10% or more of its total common stock, i.e., Class A and Class B on a combined basis.

News Corporation, a publicly held company, is the indirect parent corporation of Dow Jones & Company, Inc. ("Dow Jones"). Ruby Newco, LLC, an indirect subsidiary of News Corporation and a non-publicly held company, is the direct parent of Dow Jones. News Preferred Holdings, Inc., a subsidiary of News Corporation, is the direct parent of Ruby Newco, LLC. No publicly traded corporation currently owns 10 percent or more of the stock of Dow Jones.

The Associated Press is a news cooperative incorporated under the Not-for-Profit Corporation Law of New York and has no parents, subsidiaries or affiliates that have any outstanding securities issued to the public.

The New York Times Company, a publicly traded company, has no parent company and no publicly held corporation owns 10% or more of its stock.

WP Company LLC d/b/a The Washington Post is a wholly owned subsidiary of Nash

Holdings LLC, which is privately held and does not have any outstanding securities in the hands

of the public.

These representations are made in order that judges of this Court may determine the need

for recusal.

Dated:  February 25, 2020

Respectfully submitted,

BALLARD SPAHR LLP

/s/ Jay Ward Brown
Jay Ward Brown (D.C. Bar No. 437686)
Matthew E. Kelley (D.C. Bar No. 1018126)
Maxwell S. Mishkin (D.C. Bar No. 1031356)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 508-1136
Fax: (202) 661-2299
brownjay@balladspahr.com
kelleym@ballardspahr.com
mishkinm@ballardspahr.com

*Counsel for Proposed Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2020, I caused the foregoing to be filed and served electronically via the Court's ECF system upon all counsel of record.

*/s/ Jay Ward Brown*
Jay Ward Brown