1IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

v.

ROGER J. STONE, JR.,

    Defendant.
_____/

## MOTION FOR PERMISSION TO TRAVEL

Defendant, Roger J. Stone, Jr., files this Motion to request permission to travel with his family for the birth of their first great-grandchild to Akron, Ohio, located within the Northern District of Ohio, from March 3, 2020 until March 11, 2020.

Counsel has communicated with Mr. Stone's Pretrial Services Officer who has stated Pretrial Services has no objection to the filing of this motion and requested their office be kept advised of the Court's ruling. Mr. Stone will provide Pretrial Services with detailed documentation and will contact his Officer immediately upon his return. The Government has been has also been contacted and has no objection to the requested travel.

|  | Respectfully submitted, |
|---|---|
|  | By: */s/*_____ |

| | |
|---|---|
| ROBERT C. BUSCHEL<br>**BUSCHEL GIBBONS, P.A.**<br>D.D.C. Bar No. FL0039<br>One Financial Plaza, Suite 1300<br>100 S.E. Third Avenue<br>Fort Lauderdale, FL 33394<br>Telephone: (954) 530-5301<br>Fax: (954) 320-6932<br>Buschel@BGlaw-pa.com | BRUCE S. ROGOW<br>FL Bar No.: 067999<br>TARA A. CAMPION<br>FL Bar: 90944<br>**BRUCE S. ROGOW, P.A.**<br>100 N.E. Third Avenue, Ste. 1000<br>Fort Lauderdale, FL  33301<br>Telephone: (954) 767-8909<br>Fax: (954) 764-1530<br>brogow@rogowlaw.com<br>tcampion@rogowlaw.com<br>*Admitted pro hac vice* |
| **SETH GINSBERG**<br>299 Broadway, Suite 1405<br>New York, NY 10007<br>Telephone: (212) 227-6655<br>*Admitted pro hac vice* | GRANT J. SMITH<br>**STRATEGYSMITH, PA**<br>D.D.C. Bar No.: FL0036<br>401 East Las Olas Boulevard<br>Suite 130-120<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 328-9064<br>gsmith@strategysmith.com |


## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 27, 2020, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by CM/ECF.

*United States Attorney's Office for the District of Columbia*

TIMOTHY J. SHEA
**United States Attorney**
J.P. COONEY
JOHN D. CRABB
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
Telephone: (202) 252-6886
Fax: (202) 651-3393

*Pretrial Services (via email)*

CHRISTINE SCHUCK
**PRETRIAL SERVICES OFFICER**
US District Court Unit
Pretrial Services Agency for the District of Columbia
333 Constitution Ave NW  Suite #2507
Washington DC 20001
Desk: (202)442-1017
Main: (202)442-1000
Fax:   (202)442-1001

By: */s/ Robert Buschel*
ROBERT BUSCHEL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROGER J. STONE, JR.,

      Defendant.
_____/

**ORDER**

Upon consideration of defendant Roger J. Stone, Jr.'s Unopposed Motion for Permission to Travel [Dkt. # \_\_\_], the motion is GRANTED.

It is ORDERED that the defendant may travel to Akron, Ohio, from March 3, 2020 until March 11, 2020. Defendant shall provide Pretrial Services with a copy of this Order and his specific travel itinerary for the trip prior to his departure from the Southern District of Florida. Defendant may not travel to any location aside from that set out above and must contact Pretrial Services within the first business day by telephone upon his return.

      **SO ORDERED.**

                                                                               _____
                                                                               AMY BERMAN JACKSON
                                                                               United States District Judge

cc:    all counsel of record