IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER J. STONE, JR.,

    Defendant.
_____/

**ORDER**

Upon consideration of defendant Roger J. Stone, Jr.'s Unopposed Motion for Permission to Travel [Dkt. # ___], the motion is GRANTED.

It is ORDERED that the defendant may travel to Akron, Ohio, from March 3, 2020 until March 11, 2020.  Defendant shall provide Pretrial Services with a copy of this Order and his specific travel itinerary for the trip prior to his departure from the Southern District of Florida.  Defendant may not travel to any location aside from that set out above and must contact Pretrial Services within the first business day by telephone upon his return.

    SO ORDERED.

_____
AMY BERMAN JACKSON
United States District Judge

cc:    all counsel of record