Leave to file GRANTED
/s/ ABJ   2/26/20
Amy B. Jackson   Date
United States District Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | :<br>: 1:19-CR-00018 (ABJ)<br>: |
| v. | : |
| ROGER JASON STONE, JR.,<br>Defendants. | :<br>: FEBRUARY 20, 2020 |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that NORMAN A. PATTIS hereby enters his appearance as permanent counsel of record on behalf of proposed Intervenor MICHAEL CERNOVICH and requests that all pleadings, motions, notices, correspondence, orders, and other filing regarding this case and Mr. Cernovich's motion to intervene be served on Norman A. Pattis at the below address.

Respectfully submitted.

By: /s/ Norman A. Pattis /s/

NORMAN A. PATTIS
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
T: (203) 393-3017
F: (203) 393-9745
npattis@pattislaw.com
Federal Bar No.: CT0013


RECEIVED Mail Room FEB 24 2020 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

**CERTIFICATE OF SERVICE**

I hereby certify that on the date above a copy of the foregoing **Notice of Appearance** was filed by mailing a copy to the Clerk's office and served by certified mail on the following counsel of record:

**J.P. Cooney**
U.S. Attorney's Office For The District Of Columbia
555 Fourth Street, NW
Washington, DC 20530
Tel: (202) 252-7281
Email: joseph.cooney@usdoj.gov


**John Crabb , Jr.**
U.S. Attorney's Office
555 Fourth Street, NW
Room 11-844
Washington, DC 20530
Tel: (202) 252-1794
Email: John.D.Crabb@usdoj.gov

**L. Peter Farkas**
Halloran Farkas & Kittila, LLP
1101 30th Street, NW
Suite 500
Washington, DC 20007
Tel: (202) 559-1700
Fax: (202) 257-2019
Email: pf@hfk.law


**Robert C Buschel**
Buschel & Gibbons, P.A.
One Financial Plaza
100 S.E. Third Avenue
Suite 1300
Ft. Lauderdale, FL 33394
Tel: (954) 530-5301
Email: buschel@bglaw-pa.com

**Bruce S. Rogow**
Law Office of Bruce S. Rogow, P.A.
100 NE 3rd Avenue, Suite 1000
Fort Lauderdale, FL 33301

Tel: (954) 767-8909
Fax: (954) 764-1530
Email: brogow@rogowlaw.com

**Grant J. Smith**
STRATEGYSMITH, P.A.
401 East Las Olas Boulevard, Suite 130-120
Fort Lauderdale, FL 33301
Tel: 954-328-9064
Email: gsmith@strategysmith.com

**Seth Ginsberg**
299 Broadway, Suite 1405
New York, NY 10007
Tel: 212-227-6655
Email: srginsberg@mac.com

**Tara A. Campion**
LAW OFFICE OF BRUCE S. ROGOW, P.A.
100 NE 3rd Avenue, Suite 1000
Fort Lauderdale, FL 33301
Tel: (954) 767-8909
Fax: (954) 764-1530
Email: tcampion@rogowlaw.com

/s/ Norman A. Pattis /s/
Norman A. Pattis, Esq.