## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | : <br> : <br> : | 1:19-CR-00018 (ABJ) |
| v. | : <br> : <br> : | |
| ROGER JASON STONE, JR.,<br>Defendants. | : <br> : | FEBRUARY 20, 2020 |

### **MOTION FOR LIMITED PERMISSION TO INTERVENE**

The proposed intervenor, Mr. Michael Cernovich, respectfully moves the Court for limited permission to intervene in this matter for the purpose of obtaining a juror's voire dire identification number and the written jury voire dire questionnaire answers that have been collected in this case.

Mr. Cernovich seeks to obtain the juror voire dire identification number of ▓▓▓▓ ▓▓▓▓ who has publicly claimed that she was the jury foreperson in the above-captioned matter and whose public conduct has raised grave constitutional concerns regarding the fairness of the jury trial in the instant matter.

In light of the grave constitutional concerns that ▓▓▓▓▓▓'s conduct has raised, Mr. Cernovich also seeks to obtain the written jury voire dire questionnaire answers that have been collected in this case. He does not seek the name of any other juror at this juncture.

WHEREFORE, it is respectfully requested that the Court grant the proposed intervenor's limited motion.



RECEIVED
Mail Room
FEB 24 2020
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

THE PROPOSED INTERVENOR

By: /s/ Norman A. Pattis /s/

NORMAN A. PATTIS
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
T: (203) 393-3017
F: (203) 393-9745
npattis@pattislaw.com
Federal Bar No.: CT0013

**CERTIFICATE OF SERVICE**

I hereby certify that on the date above a copy of the foregoing **Motion for Limited Permission To Intervene** was filed by mailing a copy to the Clerk's office and served by certified mail on the following counsel of record:

**J.P. Cooney**
U.S. Attorney's Office For The District Of Columbia
555 Fourth Street, NW
Washington, DC 20530
Tel: (202) 252-7281
Email: joseph.cooney@usdoj.gov


**John Crabb , Jr.**
U.S. Attorney's Office
555 Fourth Street, NW
Room 11-844
Washington, DC 20530
Tel: (202) 252-1794
Email: John.D.Crabb@usdoj.gov

**L. Peter Farkas**
Halloran Farkas & Kittila, LLP
1101 30th Street, NW
Suite 500
Washington, DC 20007
Tel: (202) 559-1700
Fax: (202) 257-2019
Email: pf@hfk.law

**Robert C Buschel**
Buschel & Gibbons, P.A.
One Financial Plaza
100 S.E. Third Avenue
Suite 1300
Ft. Lauderdale, FL 33394
Tel: (954) 530-5301
Email: buschel@bglaw-pa.com

**Bruce S. Rogow**
Law Office of Bruce S. Rogow, P.A.
100 NE 3rd Avenue, Suite 1000
Fort Lauderdale, FL 33301
Tel: (954) 767-8909
Fax: (954) 764-1530
Email: brogow@rogowlaw.com

**Grant J. Smith**
STRATEGYSMITH, P.A.
401 East Las Olas Boulevard, Suite 130-120
Fort Lauderdale, FL 33301
Tel: 954-328-9064
Email: gsmith@strategysmith.com

**Seth Ginsberg**
299 Broadway, Suite 1405
New York, NY 10007
Tel: 212-227-6655
Email: srginsberg@mac.com

**Tara A. Campion**
LAW OFFICE OF BRUCE S. ROGOW, P.A.
100 NE 3rd Avenue, Suite 1000
Fort Lauderdale, FL 33301
Tel: (954) 767-8909
Fax: (954) 764-1530
Email: tcampion@rogowlaw.com

/s/ Norman A. Pattis /s/
Norman A. Pattis, Esq.