# Exhibit C



# Stone juror says she 'stands with' the prosecutors

By Shimon Prokupecz and Ashley Fantz, CNN
Updated 7:03 PM ET, Wed February 12, 2020

 politics

• LIVE TV ≡

▇▇▇▇▇▇ said she had remained silent about the case for months out of concern for her safety and "politicizing the matter."

But the events this week led to her to post on her Facebook account that she "can't keep quiet any longer." A copy of the posting was shared with CNN. ▇▇ confirmed to CNN that she wrote the post but did not want to discuss it further.

"I want to stand up for Aaron Zelinsky, Adam Jed, Michael Marando, and Jonathan Kravis -- the prosecutors on the Roger Stone trial," she wrote in the post that was shared with CNN. "It pains me to see the DOJ now interfere with the hard work of the prosecutors. They acted with the utmost intelligence, integrity, and respect for our system of justice."

On Tuesday, all four federal prosecutors who took the case against Stone to trial withdrew after top Justice Department officials undercut them and disavowed the government's recommended sentence against Stone.

The mass withdrawal was set in motion on Monday when the prosecutors from the DC US Attorney's office, who are Justice Department employees, wrote in a filing that Stone should be sentenced seven to nine years in prison after he was convicted on seven charges last year that came out of Mueller's investigation, including lying to Congress and witness tampering.

In the revised sentencing recommendation, filed Tuesday afternoon, federal prosecutors asked for Stone to still be sentenced to prison, but said it should be "far less" than the office had asked for a day earlier. The prosecutors declined to say how much time in prison Stone should serve.

*CNN's David Shortell, Evan Perez, Katelyn Polantz, Kaitlan Collins and Jeremy Herb contributed to this report.*

Search CNN...

US

World

Politics

Business

Opinion

Health



Entertainment

Tech

Style

Travel

• LIVE TV  

Videos

Coupons

More



**FOLLOW CNN POLITICS**

   

Terms of Use   Privacy Policy   Do Not Sell My Personal Information   AdChoices   About Us   CNN Studio Tours

CNN Store   Newsletters   Transcripts   License Footage   CNN Newsource   Sitemap

© 2020 Cable News Network.  Turner Broadcasting System, Inc.  All Rights Reserved.
CNN Sans ™ & © 2016 Cable News Network.