# Exhibit D



←   


4 hrs •

I have kept my silence for months. Initially, it was for my safety. Then, I decided to remain silent out of fear of politicizing the matter.

But I can't keep quiet any longer.

I want to stand up for Aaron Zelinsky, Adam Jed, Michael Marando, and Jonathan Kravis--the prosecutors on the Roger Stone trial who have all resigned from the case in response to the DOJ's interference with their sentencing recommendation.

I'm standing up for them now because I was a juror on the case. In fact, I was the foreperson.

I am sharing the November 22, 2019 op-ed of ▇▇▇▇▇▇, another juror--and not just because he said this: "My favorite person on the jury was an African American woman from Tennessee." 😊

▇▇ perfectly articulated my sentiments. I couldn't have written a better piece--so I share

  Write a comment...   



his. I admired his bravery in speaking out so soon after the trial. Read ▓▓▓▓ piece please.

I wasn't ready. There had already been attempts at finding out who I was. Threats to expose my identity. For a moment I was afraid.

But I don't live in fear. It is not my nature to be silent.

As ▓▓▓▓ asserts, "We did not convict Stone based on his political beliefs or his expression of those beliefs. We did not convict him of being intemperate or acting boorishly. We convicted him of obstructing a congressional investigation, of lying in five specific ways during his sworn congressional testimony and of tampering with a witness in that investigation."

The prosecutors who have now resigned did a masterful job of laying out every element of every charge, backed with ample evidence. As foreperson, I made sure we went through every element, of every charge, matching the evidence presented in the case that led us to return a conviction of guilty on all 7 counts.

Write a comment...  

It pains me to see the DOJ now interfere with the hard work of the prosecutors. They acted with the utmost intelligence, integrity, and respect for our system of justice.

For that, I wanted to speak up for them and ask you to join me in thanking them for their service.



WASHINGTON POST • 4 MIN READ
**Opinion | I was a juror in Roger Stone's trial. I am proud of how we came to our decision.**

  Write a comment...