# Exhibit E



> ⟲ ▓▓▓▓▓ Retweeted
>
>  **Bakari Sellers** ✓ @Bakari_Sellers · Jan 30, 2019
> Roger Stone has y'all talking about reviewing use of force guidelines.
>
> Not Alton Sterling
> Not Eric Gardner
> Not Walter Scott
> Not Sandra Bland
> Not Keith Lamont Scott
> Not Philando Castile
> Not Terence Crutcher
> Not Dontre Hamilton
>
> ..........
>
> But Roger Stone!!! Think about that.
>
> ◯ 1.5K    ⟲ 27.2K    ♡ 81.8K