# Exhibit H

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | 1:19-CR-00018 (ABJ) |
| | : | |
| v. | : | |
| | : | |
| ROGER JASON STONE, JR., | : | |
| Defendants. | : | |

### SWORN AFFIDAVIT OF MR. MICHAEL CERNOVICH

MICHAEL CERNOVICH, having been duly sworn, does depose and state:

1. I am over the age of 18 and understand and believe in the obligation of an oath.

2. The facts set forth herein are within my personal knowledge.

3. I am the proposed intervenor in this case.

4. I am a journalist, author, and filmmaker. My most recent film, "Hoaxed Move," explores how media narrative are created and manipulated by bad actors from a variety of political perspectives.

5. I am also a published constitutional law scholar. My writings on criminal and constitutional law can be found in the Encyclopedia of American Civil Liberties (Paul Finkelman, ed.). My entries include "Criminalization of Civil Wrongs," "*Gregg v. Georgia,*" and "*City of Los Angles v. Lyons.*" I also publish a blog entitled "Crime & Federalism," and my legal writing has been cited in federal court opinions.

6. I am a popular reporter and commentator. My tweets receive over one billion impressions per year, and in the month of January 2020 alone, my tweets received over 150 million impressions.

7. My unorthodox reporting methods have been covered by mainstream media publications including the New York Times, the New Yorker, and the Columbia Journalism Review.

8. As a journalist and a legal scholar, I regularly report and opine on political and legal matters, including matters related to President Donald J. Trump.

9. The media coverage of Mr. Stone's case has been consistent with my journalistic and legal interests, and I have covered and commentated on the trial.

10. After CNN identified one of the jurors from Mr. Stone's trial as ███████ ████ I personally performed a follow-up investigation into ███████ social media, and I uncovered her extensive social media footprint including at least one tweet about the defendant, Mr. Stone.

11. I have filed open-records motions in the past including in the Second Circuit Court of Appeals in a case involving Jeffrey Epstein.

12. I have not coordinated this filing with any other party, including the United States.

SIGNED _____

MICHAEL CERNOVICH

Duly sworn to and subscribed before me this 18 day of February, 2020.

KI YOUNG HONG
Notary Public - California
Orange County
Commission # 2173292
My Comm. Expires Dec 21, 2020

_____
Notary Public