UNITED STATES OF AMERICA

VS.

ROGER J. STONE, JR.

Civil/Criminal No. 19-CR-018

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | FOREPERSON JUROR QUESTIONNAIRE AT ISSUE (20 PAGES) | 02/25/2020 | 02/25/2020 | | |
| 7 | SNAPSHOT OF SHARE DRIVE (4 PAGES) | 02/25/2020 | 02/25/2020 | | |
| 5 | DISCOVERY DOCUMENT (3 PAGES) | 02/25/2020 | 02/25/2020 | | |
| 6 | 9/12/2019 EMAIL WITH REDACTIONS BETWEEN KRAVIS & STONE DEFENSE TEAM | 02/25/2020 | 02/25/2020 | | |
| 4 | DATED 10/4/2019 - COPY OF JURY PANEL SHEET | 02/25/2020 | 02/25/2020 | | |
| 2 | COMPOSITE EXHIBIT | 02/25/2020 | | | |
| 3 | COPY OF EXHIBIT #1 IN SUPPORT OF OPPOSITION | 02/25/2020 | 02/25/2020 | | |
| 9 | HANDWRITTEN LIST ORDER OF JURORS (1 PAGE) | 02/25/2020 | 02/25/2020 | | |

FILED
FEB 25 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Government ☐
Plaintiff ☐
Defendant ✓
Joint ☐
Court ☐

UNITED STATES OF AMERICA

VS.

ROGER J. STONE, JR.

Civil/Criminal No. 19-CR-018

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | COMPOSITE EXHIBIT | 2/25/2020 | | | |
| 2 | NPR ARTICLE (25 PAGES) | 2/25/2020 | | | |

FILED
FEB 25 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Government ☐
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☑

UNITED STATES OF AMERICA

VS.

ROGER J. STONE, JR.

Civil/Criminal No. 19-CR-018

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 8 | REDACTED EMAIL DATED 10/31/2019 | 2/25/2020 | 2/25/2020 | | |

FILED
FEB 25 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia