1IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

v.

ROGER J. STONE, JR.,

    Defendant.
_____/

## MOTION FOR MODIFIED PERMISSION TO TRAVEL

Defendant, Roger J. Stone, Jr., files this Motion to modify his current permission to travel. Mr. Stone is with his family in Akron, Ohio, for the birth of their first great-grandchild and is scheduled to depart on March 11, 2020. Mr. Stone would like permission to stay near the airport overnight in Cleveland, Ohio on March 10, 2020, to be able to catch an early morning flight home. Cleveland is also located within the Northern District of Ohio.

Counsel has communicated with Mr. Stone's Pretrial Services Officer who has stated Pretrial Services has no objection to the filing of this motion and requested their office be kept advised of the Court's ruling. Mr. Stone has provided Pretrial Services with detailed documentation of his flight plans and will provide hotel information should the Court approve his overnight stay. Mr. Stone will contact his Officer immediately upon his return. The Government has been has also been contacted and has no objection to the requested modification to travel.

Respectfully submitted,

By: /s/_____

| | |
|---|---|
| ROBERT C. BUSCHEL | BRUCE S. ROGOW |
| **BUSCHEL GIBBONS, P.A.** | FL Bar No.: 067999 |
| D.D.C. Bar No. FL0039 | TARA A. CAMPION |
| One Financial Plaza, Suite 1300 | FL Bar: 90944 |
| 100 S.E. Third Avenue | **BRUCE S. ROGOW, P.A.** |
| Fort Lauderdale, FL 33394 | 100 N.E. Third Avenue, Ste. 1000 |
| Telephone: (954) 530-5301 | Fort Lauderdale, FL 33301 |
| Fax: (954) 320-6932 | Telephone: (954) 767-8909 |
| Buschel@BGlaw-pa.com | Fax: (954) 764-1530 |
| | brogow@rogowlaw.com |
| | tcampion@rogowlaw.com |
| | *Admitted pro hac vice* |
| | |
| **SETH GINSBERG** | GRANT J. SMITH |
| 299 Broadway, Suite 1405 | **STRATEGYSMITH, PA** |
| New York, NY 10007 | D.D.C. Bar No.: FL0036 |
| Telephone: (212) 227-6655 | 401 East Las Olas Boulevard |
| *Admitted pro hac vice* | Suite 130-120 |
| | Fort Lauderdale, FL 33301 |
| | Telephone: (954) 328-9064 |
| | gsmith@strategysmith.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 9, 2020, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by CM/ECF.

| *United States Attorney's Office for the District of Columbia* | *Pretrial Services (via email)* |
|---|---|
| TIMOTHY J. SHEA<br>**United States Attorney**<br>J.P. COONEY<br>JOHN D. CRABB<br>Assistant United States Attorney<br>555 Fourth Street, NW<br>Washington, DC 20530<br>Telephone: (202) 252-6886<br>Fax: (202) 651-3393 | CHRISTINE SCHUCK<br>**PRETRIAL SERVICES OFFICER**<br>US District Court Unit<br>Pretrial Services Agency for the District of Columbia<br>333 Constitution Ave NW  Suite #2507<br>Washington DC 20001<br>Desk: (202)442-1017<br>Main: (202)442-1000<br>Fax:   (202)442-1001 |

By: */s/ Robert Buschel*
ROBERT BUSCHEL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:19-CR-00018-ABJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROGER J. STONE, JR.,

      Defendant.

_____/

**ORDER**

Upon consideration of defendant Roger J. Stone, Jr.'s Unopposed Motion for Modified Permission to Travel [Dkt. # ___], the motion is GRANTED. It is ORDERED that the defendant may stay overnight in Cleveland, Ohio, on March 10, 2020. Defendant shall provide Pretrial Services with a copy of this Order and his specific travel itinerary for the trip prior to his departure from the Northern District of Ohio. Defendant may not travel to any location aside from that set out above and must contact Pretrial Services within the first business day by telephone upon his return.

      **SO ORDERED.**

                                                                                       AMY BERMAN JACKSON
                                                                                     United States District Judge

cc:    all counsel of record