## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Crim. Action No. 19-0018 (ABJ) |
| ROGER J. STONE, JR., | ) ) | |
| Defendant. | ) ) ) | |

## <u>ORDER</u>

Defendant's amended motion for new trial [Dkt. # 313] is hereby DENIED for the reasons set forth in the memorandum opinion issued on this date.  In accordance with the Judgment entered on February 20, 2020 [Dkt. # 328], the conviction is final, and any appeal must be filed within fourteen days of the date of this order.  The defendant must surrender for service of his sentence at the institution designated by the Bureau of Prisons at such time as he is notified by the U.S. Probation or Pretrial Services Office, but no earlier than fourteen days after the date of this order.  Pursuant to 18 U.S.C. §3143(a)(2), the defendant remains on bond and he may voluntarily surrender.  Also, as of the date of this order, the defendant and his attorneys are hereby released from the media communication order of February 15, 2019 [Dkt. # 36], the minute order of February 21, 2019, and the order of July 17, 2019, [Dkt. # 149],  although all other Court orders, including those related to the confidentiality of materials, and all other conditions of the defendant's release, remain in place.

AMY BERMAN JACKSON
United States District Judge

DATE:  April 16, 2020