**ATTACHMENT A**

### Instructions for Jury Questionnaire

This questionnaire is designed to obtain information about your background as it relates to your service as a juror in this case. We are using it to shorten the jury selection process. The purpose of these questions is to determine whether prospective jurors can decide this case fairly, based solely on the evidence presented at trial and the instructions on the law given by the judge. The parties and the Court have agreed that all information contained in this questionnaire will be kept confidential; to the extent the Court is ever required to release any responses in the questionnaires, your name will not be publicly released.

**Please write your assigned juror number at the top of each page.** Respond to each question. Your candor and honesty are necessary so that both the prosecution and the defense will have a meaningful opportunity to select an impartial jury. Your cooperation is of vital importance.

You are sworn to give true and complete answers, and those answers will be available only to the Court and the parties in this case.

From this day forward, until you have been formally excused from service, you are instructed not to communicate in person, in writing, or electronically about this case or the questionnaire with anyone, including your family and fellow jurors. Also, you should not go online or look at any source to learn more about the charges, the defendant, or any participant in the case.

Please fill out the entire questionnaire. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" rather than leaving the form blank.

**PLEASE PRINT LEGIBLY - PLEASE USE ONLY BLACK OR BLUE INK**

**(NO PENCILS)**



GOVERNMENT EXHIBIT 1

JUROR NUMBER: ███████

## JURY QUESTIONNAIRE

IN COMPLETING THIS QUESTIONNAIRE, PLEASE USE THE SPACE PROVIDED AFTER EACH QUESTION. IF YOU NEED MORE SPACE, PLEASE USE THE PAGES PROVIDED AT THE END OF THE QUESTIONNAIRE, INDICATING THE NUMBER OF THE APPLICABLE QUESTION.

1. a. Are you able to read, write and understand the English language?

    Yes X    With Difficulty ___    No ___

    b. Are you able to complete this questionnaire without another person's assistance?

    Yes X    No ___

IF YOUR ANSWER TO EITHER QUESTION 1(a) or 1(b) IS "NO," PLEASE SIGN THE LAST PAGE OF THE QUESTIONNAIRE AND RETURN IT WITHOUT ANSWERING ANY OTHER QUESTIONS.

### BACKGROUND INFORMATION

2. Please provide the following personal information:

    Age: ███
    Gender: ███

3. What is your marital status? (Check all that apply.)

    Single and never married ███
    Married ███
    Separated or divorced ___
    Divorced and remarried ___
    Living with significant other or domestic partner ___
    Widow or Widower ___

2

JUROR NUMBER: ▓▓▓▓▓▓

## EDUCATION AND EMPLOYMENT

**Education**

4. Check the highest level of education for you and your spouse or significant other:

|   | You | Spouse/Significant Other |
|---|---|---|
| a. Grade school or less | ___ | ___ |
| b. Some high school | ___ | ___ |
| c. High school graduate | ___ | ___ |
| d. Technical or business school | ___ | ___ |
| e. Some college | ___ | ___ |
| f. College degree | ___ | ___ |
| g. Graduate degree (and describe area) | X | ___ Area: JD/Law |

**Employment**

5. Are you employed?

    X Yes    ___ No

6. a. If employed, what is your current occupation / job title?
    Senior Program Officer

   b. Name of employer:
    ▓▓▓▓▓▓ Foundation

   c. How long have you been employed at your current job?
    3 years 3 months

3

**JUROR NUMBER:** ▮

7. If you are unemployed, please describe any other responsibilities you may have (childcare, school, etc.).

   N/A

8. If you are retired or between jobs, what type of work had you been doing?

   N/A

9. If you live with a spouse or significant other, is that person employed?

   ____ Yes      ____ No

10. If employed, what is his or her current occupation / job title?

    N/A

11. Name of the employer: N/A

**JUROR NUMBER:** ███████

12. If you are a student now, please describe briefly your area of study:
    N/A

13. Have you or a close friend or family member ever worked in any aspect of the legal field, as a lawyer, prosecutor, criminal defense attorney, legal secretary, paralegal, court reporter, investigator, law clerk, judge, etc.?

    Yes X   No ___

    If yes, please explain:
    I am licensed to practice law in TN. I served as an attorney Sept 20██ - Dec 20██

14. Have you or a close friend or family member ever applied for employment with, was employed by, or received training by any local, state, or federal law enforcement agency, including any of the following:

    1) Department of Justice   (DOJ)
    2) Federal Bureau of Investigation (FBI) *(circled)*
    3) U.S. Attorney's Office *(circled)*
    4) Bureau of Alcohol, Tobacco, Firearms
    5) Internal Revenue Service (IRS)
    6) Department of Homeland Security (DHS)
    7) U.S. Marshal's Service
    8) U.S. Immigrations & Customs
    9) U.S. State Department
    10) U.S. Bureau of Prisons (BOP)
    11) Central Intelligence Agency (CIA)
    12) Defense Intelligence Agency (DIA)
    13) National Security Agency (NSA)
    14) National Geospatial Intelligence Agency
    15) U.S. Secret Service
    16) Transportation Security Administration
    17) Federal, state or local prison or jail
    18) Federal, state or local courthouse
    19) Federal, state or local prosecutor's office

5

**JUROR NUMBER:** ▮▮▮▮

If yes to any of the above, please identify the person involved and the agency, and state the approximate dates of the employment or training, and the position or involvement:

FBI ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ TN - current
US Attorney: ▮▮▮▮▮▮▮▮▮▮▮▮ Western
District TN ≈ 20▮▮ - 20▮▮

15. Do you have any opinions or beliefs concerning law enforcement organizations in general, including the Federal Bureau of Investigation (FBI) or the Department of Justice, or the Special Counsel's Office within the Department of Justice, that would affect your ability to evaluate the evidence fairly and impartially?

    Yes ___   No ✗

    If yes, please explain:

    _____
    _____
    _____
    _____

16. In this case, the United States is represented by the U.S. Attorney's Office for the District of Columbia. The investigation that led to the charges in this case was conducted by Special Counsel Robert S. Mueller, III. The U.S. Attorney's Office is, and the Special Counsel's Office was, a part of the U.S. Department of Justice. Is there anything about the fact that the Special Counsel's Office, the U.S. Attorney's Office, or the Justice Department is or was involved in this case that affect your ability to be fair and impartial in this case and base your decision solely on the evidence presented and the Court's instructions on the law?

    Yes ___   No ✗

    If yes, please explain:

    _____
    _____
    _____
    _____

JUROR NUMBER: ▮▮▮▮▮▮▮▮

17. Check to indicate whether you or your spouse (significant other, domestic partner) has taken any courses, received any training, or sought or obtained employment, in any of these fields:

|  | You | Spouse |
|---|---|---|
| Security/Intelligence | _____ | _____ |
| International Relations | _____ | _____ |
| Journalism/Media/Communications | _____ | _____ |

For any item checked, please describe the training or employment:

N/A

## ORGANIZATIONAL AFFILIATIONS AND ACTIVITIES

18. Are you currently, or have you ever been, a member or regular participant in any civic, social, union, professional, business, fraternal, recreational or other community group or charitable organizations?

Yes X   No ___

If yes, please list the names of those groups or organizations, your role and how long a member:

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Sorority. ▮▮▮ - present. Member of the sorority
- Black MBA Association ▮▮▮, Member of Atlanta Chapter
- Memphis Urban League Young Professionals; Civic Engagement Chair ▮▮▮

7

**JUROR NUMBER:** ▮▮▮

## PRIOR JURY SERVICE

19. Have you ever served on a grand jury or jury in a trial within the past 10 years?

    Yes **X**   No ___

    If yes, how many times have you served as a juror in a trial? _____

    If yes, have you ever served as a foreperson? **X**

    If yes, how many times? **1** (foreman of fed grand jury)
    24 month service

    If yes, for each trial jury service, please indicate:

    | Year | Federal or State | Civil or Criminal | Charge or Type of Case | Verdict Reached |
    |---|---|---|---|---|
    | ___ | ___ | ___ | ___ | Yes   No |
    | ___ | ___ | ___ | ___ | Yes   No |
    | ___ | ___ | ___ | ___ | Yes   No |
    | ___ | ___ | ___ | ___ | Yes   No |

    If you served as a grand juror, how many times did you serve as a grand juror? **1**

20. If you served as a juror, is there anything about your previous experience as a juror that would affect your ability to serve as a juror in this case?

    Yes ___   No **X**

    If yes, please explain:

    _____
    _____
    _____
    _____

8

JUROR NUMBER: ▮

## NEWS AND SOCIAL MEDIA

21. If you follow local or national news, what are your primary sources for local and national news and information? (Check all that apply)

    I do not follow local or national news ___
    Newspapers (including online) _X_   TV/cable _X_   Blogs/websites _X_
    Social Media _X_   Radio ___   News magazines _X_
    Word of mouth/conversations _X_   Other sources (specify) ___

    Please identify by names your primary sources of news and information:
    Washington Post; Apple News Service; Twitter; Facebook; New York Times; CNN; Politico; The Hill; CBS News

22. Do you listen to political commentators on TV or talk radio?

    Yes _X_   No ___

    If yes, please list the commentators you listen to:
    not regularly but CNN shows (Anderson Cooper); MSNBC - Rachel Maddow/Chris Hayes

23. Have you written or posted anything for public consumption about the defendant, the House Permanent Select Committee on Intelligence investigation into Russian interference in the 2016 presidential election, or the investigation conducted by Special Counsel Robert Mueller?

    [For purposes of this question, writing "for public consumption" includes blog posts, articles, or posts on internet sites that are accessible to the general public.]

    Yes ___   No ___

    If yes, please describe when and where you did so and the subject of your comments:
    I can't remember if I did, but I may have shared an article on Facebook. Honestly not sure.

JUROR NUMBER: ███████

24. Have you or any close friend or family member ever run for or held a political office in the federal, state, or local government?

   Yes  X   No ___

   If yes, would anything about that person's running for or holding political office cause you to form an opinion about the defendant's guilt or innocence in this case or affect your ability to be fair to both sides?

   Yes ___   No  X

   If yes, please explain: I served on the elected school board in Memphis ███████. I ran in the democratic primary for Dist 9 (TN) for the US House of Rep in ███

25. How closely have you followed media reports relating to investigations into Russian interference in the 2016 election?

   Very Closely _____ Somewhat Closely  X  Not too closely _____ Not at all _____

26. To assure that the decision of jury in this case is not based upon influences outside the courtroom, the Court has instructed you that you must avoid reading about the case in the newspapers or listening to any radio or television reports concerning this case including news coverage or communications on the internet or social media. And, you may not discuss or communicate about this case with your family, friends or co-workers or anyone else including on the internet or social media. Also, until you retire to deliberate, you may not communicate about this case with your fellow jurors. If you are selected as a juror and this instruction continues until the end of the trial, you be able to follow these instructions?

   Yes  X   No ___

   If no, please explain:
   _____
   _____
   _____

JUROR NUMBER: ███

## KNOWLEDGE OF TRIAL PARTICIPANTS OR THE CASE

This case arises out of events that occurred in 2016-2018, including the testimony of Roger Stone before the House Permanent Select Intelligence Committee (HPSCI) on September 26, 2017. There is nothing wrong with having heard or read something about this case, but it is important to this process that you truthfully and fully answer the following questions concerning your knowledge about the case and trial participants, if any.

27. Have you read or heard anything about the defendant Roger Stone, about any statements made by or attributed to Mr. Stone, or about this case? If so, please describe what you have read or heard and the source of the information.

   *Yes. Mr. Stone is accused of inappropriate contact [with] Russian officials in the effort of helping Mr. Trump's campaign for President.*

28. Do you or anyone close to you have any connections to any of the following individuals? If so, you please explain below:

   The Court

       United States District Judge Amy Berman Jackson    Yes ___   No _X_

   Assistant United States Attorneys

       Adam Jed    Yes ___   No _X_
       Jonathan Kravis    Yes ___   No _X_
       Michael Marando    Yes ___   No _X_
       Aaron Zelinsky    Yes ___   No _X_

   Counsel for the Defendant

       Robert Buschel    Yes ___   No _X_
       Tara Campion    Yes ___   No _X_
       Bruce Rogow    Yes ___   No _X_
       Chandler Routman    Yes ___   No _X_
       Grant Smith    Yes ___   No _X_

   The Defendant

       Roger Stone    Yes ___   No _X_

JUROR NUMBER: ███

If yes, please explain:

_____
_____
_____
_____
_____

29. These are the names of people who may be witnesses in the case or who may be discussed during the trial.

1) Julian Assange
2) Jason Aubin
3) Steve Bannon
4) William Binney
5) Zachary Blevins
6) Matthew Boyle
7) Michael Caputo
8) Peter Clay
9) Hillary Clinton
10) Jerome Corsi
11) Randy Credico
12) Richard Gates
13) Jason Fishbein
14) David Gray
15) John Kakanis
16) Margaret Kunstler
17) David Lugo
18) Theodore Malloch
19) Paul Manafort
20) Rebekah Mercer
21) Andrew Miller
22) Tyler Nixon
23) Sam Nunberg
24) John Podesta
25) Alexandra Preate
26) Erik Prince
27) Bill Samuels
28) Michael Strum
29) Jason Sullivan
30) Michelle Taylor
31) Donald Trump

If you know any of those individuals personally, please identify which ones and explain how you know them.

N/A
_____
_____
_____

JUROR NUMBER: ▮▮▮

30. Please indicate if you already have an opinion about any of those individuals, or if the fact that they may be involved in the case would make it difficult for you to be fair and impartial to both sides? *I do have opinions about some of the officials/people on the list but they do not make it difficult for me to be fair.*

31. Have you or a close friend or family member ever been employed or had any association or connection with Congress or a congressional committee?

    Yes X    No __

    If yes, please explain the employment, association or connection: *I ran for Congress in ▮▮▮. My friends ▮▮▮ and ▮▮▮ worked for former Congressman Harold Ford, Jr.*

32. Did you work or volunteer for any 2016 presidential campaign?

    Yes __    No X

33. Have you or any close friend or family member participated in, or had any connection with any government agency, group, organization, committee or subcommittee, public or private group or organization, including any media group or organization that participated in, any investigation or inquiry into the circumstances surrounding Russian interference in the 2016 presidential election?

    Yes __    No X

    If yes, please explain:

    _____
    _____
    _____
    _____

JUROR NUMBER: ███

34. Have you formed or expressed any opinion about Mr. Stone, the charges in this case, or about his guilt or innocence in this case?

    Yes ___   No _X_

35. Some of the witnesses in this case may be people who were involved in crimes themselves. They would testify as part of a cooperation agreement with the government, or as part of a guilty plea, or under an order from the Court giving them immunity. Is there anything about that circumstance that will make it difficult for you to evaluate their testimony fairly and impartially in accordance with the Court's instructions?

    Yes ___   No _X_

    If yes, please explain:

    _____
    _____
    _____
    _____

### EXPERIENCE WITH THE COURTS AND CRIMINAL PROCESS

36. Within the past ten years, have you or a close friend or family member been the victim of a crime, reported or not?

    Yes _X_   No ___

37. If yes, for each incident please provide the following information: type of crime, who was affected (you or the relationship of the person to you), when the crime occurred, whether anyone was arrested, and if so, the outcome of the case:
    - homicide - my ███ was the victim in ███ - no arrests were made
    - assault - my ███ was accused of assault in ███ she was arrested and ███ on probation

14

**JUROR NUMBER:** ███

38. If yes, do you feel that the person was treated fairly by the government agency involved?

    Yes

39. Within the past ten years, have you or a close friend or family member been a witness to a crime?

    Yes ___  No ✗

    If yes, please explain:

40. Within the past ten years, have you or a close friend or family member been subpoenaed to be a witness, or did you or they testify as a witness in any court proceeding, hearing, or trial, including a criminal case?

    If yes, please explain:  No

**JUROR NUMBER:** ███

41. Within the past ten years, have you or a close friend or family member been arrested for, charged with, prosecuted for, or convicted of any crime other than a traffic ticket?

    Yes **X**   No ___

    If yes, please explain who (in relation to you), when, and what happened:

    My ███ was charged and arrested for assault at work. She ███ probation. My ███ may have been arrested for drug possession during this time

    If yes, do you feel that you or your friend or family member was treated fairly?

    Yes ✓   No ___

42. Within the past ten years, have you or a close friend or family member been the subject of any other kind of law enforcement investigation or administrative enforcement proceeding?

    Yes ___   No **X**

43. If yes, please describe the subject matter of the investigation, the government agency involved, and the outcome.

    N/A

44. Do you feel that you, your family member, or close friend was treated fairly by the government agency involved?

    N/A

16

JUROR NUMBER: ███

45. Apart from jury service, have you ever been involved in any legal proceeding, in any capacity, for example as a plaintiff, defendant, victim, lawyer, witness, or expert?

 Yes _X_  No ___

46. If yes, please state when and explain why you appeared in court:

 I practiced law 20██ - 20██ I appeared for motions + other legal proceedings.

47. If yes, did the legal process in that instance operate fairly in your opinion?

 Yes

## CRIMINAL JUSTICE SYSTEM & LEGAL PRINCIPLES

48. The judge will instruct you that the charges in this case include: obstruction of an official proceeding, making false statements, and witness tampering. Is there anything about the nature of the charges alone that would affect your ability to be fair?

 Yes ___  No _X_

49. Jurors are the sole judges of the facts. However, the jury must follow the principles of law as instructed by the judge. The jury may not follow some rules of law and ignore others. Even if the jury disagrees or dislikes the rules of law or does not understand the reasons for some of the rules, it is their duty to follow them. Do you have any personal beliefs that would make it difficult to follow the Court's legal instructions, whatever they may be?

 Yes ___  No _X_

50. If, during the course of jury deliberations, a fellow juror should suggest that you disregard the law or the evidence and decide the case on other grounds, would you, as a juror, be able to reject that suggestion and abide by your oath to this court to decide the case solely on the evidence and law as the court has instructed you to do, without regard to sympathy, bias or prejudice?

 Yes _X_  No ___

**JUROR NUMBER:** ███████

## CONCLUDING QUESTIONS

51. Do you have any personal reason that makes you want to serve as a juror in this case, or do you have any personal interest in the outcome of the case?

    Yes ___   No _X_

    If yes, please explain:

    _____
    _____
    _____

52. Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person?

    Yes ___   No _X_

53. The trial in this case may last approximately two (2) weeks, and could run longer. The typical trial day lasts from 9:30 a.m. to 4:30 or 5:00 p.m., with breaks in the morning and afternoon and a lunch break for approximately an hour. Monday through Friday. If there is any reason why you could not maintain that schedule, or you could not be present and give the matter your full attention during the period beginning November 5, 2019, and ending approximately November 20, 2019, please explain.

    N/A
    _____
    _____
    _____

**JUROR NUMBER:** _███_

54. Do you have any physical or medical condition, or are you taking any medication on a regular basis that would make it unusually difficult for you to serve as a juror in this case or to sit for the periods of time described in the previous question?

    Yes ___   No _✗_

55. Do you have any difficulty hearing that is not corrected with a hearing aid or any difficulty seeing that is not corrected by glasses or contact lenses?

    Yes ___   No _✗_

56. Is there anything about this case, the issues, or the people involved in this case, or any other reason that has not be been asked about in any other question, that leads you to believe that you could not be completely fair to both the defendant, Roger Stone, and the U.S. Government in this case?

    Yes ___   No _✗_

    _____
    _____
    _____

**PLEASE GO ON TO THE NEXT PAGE**

JUROR NUMBER: ███

## CERTIFICATION

By signing below, I hereby declare under penalty of perjury that all of the answers to the above questions are true and correct to the best of my knowledge and belief. I have not discussed my answers with others or received assistance in completing the questionnaire. I have answered all of the above questions myself.

███████████████████████████████████████  9/12/19
Signature            Print your full name here        Date

Juror Number ███