**ATTACHMENT B**

## Index of Social Media Posts

| Post # | Date | Post |
|---|---|---|
| 1 | Dec. 4, 2008[1] | *Facebook post dated December 4, 2008 by Donna Brazie, with photo of two people (one face redacted), 2 Comments, caption partially visible: "call us - maybe we can grab a bite, dessert at cheesecake corner or drink somewhere"* |
| 2 | Dec. 16, 2016 | *Tweet (sender redacted): "FBI agrees with CIA assessment that Russia wanted to help Trump win fb.me/1dfzNS5Su"  2:53 PM · Dec 16, 2016 · Facebook* |
| 3 | Jan. 12, 2017 | *Tweet dated Jan 12, 2017 (sender redacted): ""Mr. **Comey** said he couldn't discuss any investigations." 👀 😳 🤔  fb.me/7E8Iag2ee* |

---

[1]   This post only appears in defendant's motion, Am. Mot. at 12, not in the composite exhibit.

| | | |
|---|---|---|
| 4 | Mar. 2, 2017 | If HRC had won, and Russians had hacked the RNC and released their emails leading up to her win, and members of... fb.me/8uU5Qqlmp<br>6:32 AM · Mar 2, 2017 · Facebook<br>**1** Like |
| 5 | Mar. 3, 2017 | TRUMP, PUTIN, AND THE NEW COLD WAR<br>What lay behind Russia's interference in the 2016 election—and what lies...<br>Trump, Putin, and the New Cold War<br>What lay behind Russia's interference in the 2016 election—and what lies ahead?<br>newyorker.com<br>10:15 PM · Mar 3, 2017 · Facebook<br>**36** Retweets **25** Likes |
| 6 | Mar. 3, 2017 | · Mar 3, 2017<br>Senators Lindsey Graham and SheldonWhitehouse Meet With FBI Director **Comey** on Russia Query<br>"S.C. Republican says... fb.me/3nmYapQqk<br>1 |

| | May 17, 2017 | Appointment of Special Counsel |
|---|---|---|
| 7 | Jul. 14, 2017 | [redacted]<br>"Fox News keeps pushing excuses for Trump Jr.'s collusion with Russia that are just really, really bad." fb.me/8sQi1wuWJ<br>12:50 PM · Jul 14, 2017 · Facebook<br>38 Retweets 21 Likes |
| 8 | Jul. 15, 2017 | [redacted]<br>Trump campaign paid firm of lawyer representing Trump Jr. before emails were made public fb.me/6EnKPD0k6<br>5:45 PM · Jul 15, 2017 · Facebook<br>1 Retweet |
| 9 | Aug. 13, 2017 | [redacted]<br>Marched by 45's hotel...and the crowd went boooooo!!! Then yelled shame, shame, shame as we walked by!<br>1 5:58 PM - Aug 13, 2017<br>See [redacted] other Tweets |

| | | |
|---|---|---|
| 10 | Aug 19, 2017 | "Quick question for the #KlanPresident and the 64% of Republicans who agree with his remarks and behavior over... fb.me/1sB0Pl4rs<br>5:44 AM · Aug 19, 2017 · Facebook<br>2 Likes |
| 11 | Oct 15, 2017 | · Oct 15, 2017<br>"Kansas tried a tax plan similar to **Trump**'s. It failed." fb.me/1jaUGoaP0<br>1 |
| 12 | Oct. 22, 2017 | Every day we wake up to more foolishness from this admin. He lies. Then the people that work for him have to... fb.me/8ptUDrYO7<br>8:37 AM · Oct 22, 2017 · Facebook<br>3 Likes |
| 13 | Oct. 29, 2017 | · Oct 29, 2017<br>Could change tomorrow, but for right now, this matters:<br>"The drop for **Trump** has come from independents (who... fb.me/1L6n1pdGe |

| | | |
|---|---|---|
| 14 | Nov. 5, 2017 | · Nov 5, 2017<br>**Leaked** documents show Trump aide concealed ties to Putin cronies<br>Leaked documents show Trump aide concealed ties to Putin cronies<br>Leaked legal records show Commerce Secretary Wilbur Ross shares business interests with Vladimir Putin's immediate family, which he faile...<br>nbcnews.com<br>10 28 12 |
| 15 | Nov. 5, 2017 | · Nov 5, 2017<br>"Protestors troll **Trump** with "Welcome to Kenya" signs during Hawaii visit hill.cm/pGSvMx7" 😂🤣😜 fb.me/EJM1PWon<br>1 |
| 16 | Nov. 11, 2017 | "An incomplete list....<br><br>Mueller: lying<br>Comey: lying<br>Obama: lying<br>Clinton: lying<br>Federal judges: lying<br>His sex... fb.me/3d8WCKbHU<br>1:22 PM · Nov 11, 2017 · Facebook<br>**1** Retweet **5** Likes |





| | | |
|---|---|---|
| 17 | Jan 13, 2018 | · Jan 13, 2018<br>Gotta love it! 😂🤣😜<br>"The word "shithole" is being projected onto **Trump**'s DC hotel." fb.me/1w3CRhrNw<br>1 3 |
| 18 | Jan 20, 2018 | · Jan 20, 2018<br>Opinion \| What's so extremely, uniquely wrong about **Trump**'s presidency fb.me/F2LmGJYm<br>1 |
| 19 | Jan 31, 2018 | FBI expresses 'grave concerns' about House GOP memo fb.me/KeW2WnUm<br>12:07 PM · Jan 31, 2018 · Facebook |
| 20 | Mar 22, 2018 | · Mar 22, 2018<br>From the folks who brought us never ending investigations on Benghazi——> "The House Intelligence Committee on Thursday voted along party lines to formally end its investigation into Russian interference in the 2016 presidential election and issue a... politi.co/2HSuiPF |

| | | |
|---|---|---|
| 21 | Apr 25, 2018 | [redacted] · Apr 25, 2018<br>Cohen pleading the 5th. There's a snark comment about pleading the (forty)5th in my head that I just can't articulate. You get the picture though.<br>Cohen to plead the Fifth in Stormy Daniels lawsuit<br>thehill.com |
| 22 | Jun 14, 2018 | [redacted] · Jun 14, 2018<br>Behold, the candidate of the party of family values and Jesus!<br>MAGaspA<br>""It's all because Donald **Trump** was the Christopher Columbus for me," Hof told the Associated Press in a... pbs.org/newshour/polit... |
| 23 | Nov 2, 2018 | [redacted] · Nov 2, 2018<br>""Why do they stick with **Trump**?" Wong asked during the panel. "Because **Trump**'s immigration agenda is the white evangelical immigration agenda. I think that has become very clear.""<br>#ChuckDTriedToTellUs<br>#FearOfABlackPlanet<br>#FightThePower christianpost.com/news/most-whit... |

| | | |
|---|---|---|
| 24 | Dec 11, 2018 | · Dec 11, 2018<br>"Twenty years ago, when it was Bill Clinton accused of obstruction of justice, Hatch demanded that Congress **remove** the sitting president from office,...<br>Asked about allegations against Trump, senator says, 'I don't care'<br>I don't believe I've ever heard a sitting senator express wholesale indifference to the rule of law in such stark terms.<br>msnbc.com |
| | Jan. 25, 2019 | Defendant arrested |
| 25 | Jan 25, 2019 | · Jan 25, 2019<br>Brought to you by the lock her up peanut gallery.<br>All The Criminal Charges To Emerge From Robert Mueller's Investigation<br>President Trump has called the Russia investigation a "witch hunt," but nearly three dozen individuals have been charged. Many of those who'v...<br>npr.org<br>1 |

| | | |
|---|---|---|
| 26 | Jan 30, 2019 | [redacted] Retweeted<br>**Bakari Sellers** @Bakari_Sellers · Jan 30, 2019<br>Roger Stone has y'all talking about reviewing use of force guidelines.<br><br>Not Alton Sterling<br>Not Eric Gardner<br>Not Walter Scott<br>Not Sandra Bland<br>Not Keith Lamont Scott<br>Not Philando Castile<br>Not Terence Crutcher<br>Not Dontre Hamilton<br>.........<br><br>But Roger Stone!!! Think about that.<br>1.5K 27.2K 81.8K |
| 27 | Feb 28, 2019 | [redacted]<br>In his press conference 45 said M Cohen lied a lot during his testimony, but told the truth when he said he had no knowledge/evidence that 45 colluded with Russia. Then 45 said since Cohen lied about everything... facebook.com/1236360242/pos...<br>8:43 AM · Feb 28, 2019 · Facebook<br>**1** Retweet |
| 28 | Mar 24, 2019 | [redacted] · Mar 24, 2019<br>Ignoring the numerous indictments, guilty pleas, and convictions of people in 45's inner-circle, some Republicans are asserting that the Mueller investigation was a waste of time because he hasn't found evidence of...<br>facebook.com/1236360242/pos...<br>21 3 4 |

| | | |
|---|---|---|
| 29 | Apr 11, 2019 | · Apr 11, 2019<br>"The former White House counsel was reportedly investigated by special counsel Robert Mueller before the case was referred to the Southern District of New York and...<br>Ex-Obama counsel indicted for false statements, concealing Ukraine<br>Former Obama White House counsel Gregory Craig was indicted Thursday on charges that he made false statements to investigators ...<br>thehill.com |
| 30 | May 16, 2019 | · May 16, 2019<br>Flynn told Mueller people tied to Trump and Congress tried to obstruct probe<br>Flynn told Mueller that people tied to Trump and Congress tried to obst...<br>The communications could have affected the ex-national security adviser's "willingness to cooperate," Robert Mueller wrote in court filings.<br>nbcnews.com<br>4 7 5 |



| | | |
|---|---|---|
| 31 | May 29, 2019 | · May 29, 2019<br>""After that investigation, if we had confidence that the president clearly did not commit a crime, we would have said that," Mueller said."<br>Mueller: Charging president with a crime was 'not an option we could<br>Special counsel Robert Mueller, in his first public comments on his two-year investigation surrounding President Trump and his campaign, said ...<br>thehill.com |
| 32 | Jun 13, 2019 | Republican blocks bill requiring campaigns to alert FBI to foreign offers of assistance<br>Republican blocks bill requiring campaigns to alert FBI to forei...<br>"These reporting requirements are overbroad," Sen. Marsha Blackburn said.<br>axios.com<br>6:42 PM · Jun 13, 2019 · Facebook<br>1 Like |





| | | |
|---|---|---|
| 33 | July 2, 2019[2] | · Jul 2, 2019<br>Victory! I'm so proud of the many partner organizations who led this fight through the legal system and grassroots advocacy.<br>Trump administration drops citizenship question from 2020 census<br>The Trump administration said Tuesday it was dropping a citizenship question from the 2020 census, days after the Supreme Court ruled ...<br>thehill.com |
| 34 | Aug 2, 2019 | · Aug 2, 2019<br>Then stop being racists. Co-signing and defending a racist and his racist rhetoric makes you racist. Point blank.<br>'We're All Tired of Being Called Racists'<br>At Donald Trump's rally in Cincinnati, droves of attendees made it clear that they stood with the president despite his recent comments.<br>theatlantic.com |

2 This post only appears in defendant's motion, Am. Mot. at 13, not in the composite exhibit.

| | | |
|---|---|---|
| 35 | Aug 25, 2019 |   |
| | Sept 12, 2019 | Jury Questionnaires completed |
| | Nov. 5, 2019 | Trial begins |

| | | |
|---|---|---|
| 36 | Nov 10, 2019 | 13K Tweets · Following · Nov 10, 2019 “A plea from 33 writers: Please use language that will clarify the issues at hand. Please stop using the Latin phrase “quid pro quo” regarding the impeachment inquiry. Most people don’t understand what it... Opinion \| A Plea From 33 Writers: Words Matter. Stop Using ‘Quid Pro Q... The writers urge The Times to avoid language that people don’t understand or that underplays the facts. nytimes.com 1 2 |
| 37 | Nov. 12, 2019 | · Nov 12, 2019 Clinton says she is being urged by ‘many, many, many people’ to run in 2020 Clinton says she is being urged by ‘many, many, many people’ to run i... The two-time presidential hopeful and former secretary of state wouldn’t definitively rule out another bid. |

| | | |
|---|---|---|
| 38 | Nov 13, 2019 | · Nov 13, 2019<br>facebook.com/story.php?stor...<br>16 2 1 |
| 39 | Nov 13, 2019 | · Nov 13, 2019<br>Tennessee inks $2.5 million contract with Florida company to manage voucher payments<br>Tennessee inks $2.5 million contract with Florida company to manage...<br>Tennessee hires ClassWallet to oversee online payment and application systems for its new education voucher program.<br>chalkbeat.org<br>6 2 |
| 40 | Nov 14, 2019 | · Nov 14, 2019<br>Congratulations to Memphis City Councilwomen-elect Rhonda Logan and Michalyn Easter-Thomas for City Council District 7!<br>Thank you Districts 1 and 7 for trusting Black Women!!<br>113 3 4 |

| | | |
|---|---|---|
| 41 | Nov 14, 2019 | · Nov 14, 2019<br>Had my head down and missed this!!<br><br>Kentucky—go big blue—and I'm not talking about your raggedy SEC school!<br><br>Matt Bevin concedes Kentucky governor's race<br>Andy Beshear will be sworn in next month.<br>politico.com<br><br>97 24 17 |
| 42 | Nov 15, 2019 | ❤️❤️👊🏽✊🏽 facebook.com/story.php?stor...<br><br>3:14 AM · Nov 15, 2019 · Facebook |