UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                    19-CR-018
V.                               CASE NO. UNKNOWN
ROGER STONE,
DEFENDANT

Leave to file GRANTED
/s/ Amy B. Jackson   4/17/20
Amy B. Jackson        Date
United States District Judge

MOTION FOR LEAVE TO FILE AMICUS CURIAE
LETTER BRIEF

Amicus, respectfully request this honorable Court, pursuant to its inherent authority to grant leave for filing the accompanying Amicus Curiae letter brief in the justice of the public interests.

4-4-20                           Respectfully Submitted
DATE                             James Mung 09548-007

HONORABLE Judge Amy BERMAN JACKSON
United STATES DISTRICT COURT FOR THE
DISTICT OF COLUMBIA,
333 CONSTITUTION AVE N.W.
WAShington D.C. 20001

19-CR-018                    Re: U.S. V. ROGER
AMICUS CURIAE LETTER BRIEF         STONE

DEAR HONORABLE Judge JACKSON,
    I AM A PUBLIC INTERESTS ADVOCATE, SEE i.e. ACCOMPANYING EN BANC ORDERS IN THE MATTER OF COMMITTEE ON THE JUDICIARY OF THE United STATES HOUSE OF REPRESENTATIVES V. DONALD F. McGAhn D.C. CIRCUIT APPEAL NO. 19-5331. I AM WRITING This Letter of RECOMMENDATION IN THE CAPACITY OF A PUBLIC INTERESTS ADVOCATE. Thus, I Recommend That MR. ROGER STONE STAY IN CURRENT Liberty STATUS; And That his MERITORIOUS NEW TRIAL PENDING MOTION BE GRANTED; And That he be AFFORDED A "full And FAIR" RETRIAL.
    HERE's THE TWIST. I RECOMMEND TO THE COURT THAT YOUR HONOR MAKE her INDEPENDENT RULING ON MR.

(1)

Stone's new trial motion after January 22, 2021; for the sole purpose of avoiding "pardoning power abuse and misuse." Schick v. Reed, 419 U.S. 256, 260 + N. 1 (1974); U.S. v. Padelford, 9 Wall. 531, 542-543, 19 L.E. 788 (1870).

Should the court decide to reject my recommendations; revoke Mr. Stone's current liberty status; and deny his new trial motion and execute his sentence please be advised that Mr. Stone would not be without remedy. Connecticut Bd. of Pardons v. Dumschate, 101 S. Ct 2460, at 2464 (1981); as I hope in my jailhouse lawyer and activism capacity having federal parole releases "reinstated." Bumply v. U.S 197 F.2d 166 (173 D.C. Cir. 1951); in any event, Mr. Stone would be free to petition any new 2021 president for commutation of his sentence (in which I hope he would consider doing).

Respectfully submitted
James Murray 09548-007

4-4-20
DATE

(2)

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 19-5331                                      September Term, 2019

1:19-cv-02379-KBJ

Filed On: January 3, 2020

Committee on the Judiciary of the United
States House of Representatives,

    Appellee

    v.

Donald F. McGahn, II,

    Appellant

**BEFORE:** Garland, Chief Judge, and Henderson, Rogers, Tatel, Griffith, Srinivasan, Millett, Pillard, Wilkins, Katsas*, and Rao*, Circuit Judges

### ORDER

Upon consideration of movant-amicus James Murray's petition for rehearing en banc, styled as "petition for en banc review of F.R.A.P. Rule 29(c)(3) source of authority to file an pro se amicus curiae brief", and the lodged brief amicus curiae, it is

**ORDERED** that the petition be denied.

#### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 19-5331

September Term, 2019

1:19-cv-02379-KBJ

Filed On: March 19, 2020

Committee on the Judiciary of the United
States House of Representatives,

    Appellee

v.

Donald F. McGahn, II,

    Appellant

**BEFORE:** Srinivasan, Chief Judge, and Henderson, Rogers, Tatel, Garland, Griffith, Millett, Pillard, Wilkins, Katsas*, and Rao*, Circuit Judges

### ORDER

Upon consideration of the motion of James Murray for leave to file rehearing en banc *amicus curiae* brief and the lodged brief, and the motion for invitation to file brief *amici curiae* by former members of Congress and former executive branch officials in support of rehearing and the lodged brief, it is

**ORDERED** that the motions be dismissed as moot in light of the order issued March 13, 2020, granting the petition for rehearing en banc in this case.

**Per Curiam**

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

                      BY:    /s/
                           Scott H. Atchue
                           Deputy Clerk

*Circuit Judges Katsas and Rao did not participate in this matter.

