

LEGAL MAIL
4-6-20
JM

Name: JAmes MURRAY

HON. JUDGE Amy BERMAN JACKSON,
U.S. DISTRICT COURT,
333 CONSTITUTION, AVE. N.W.
WASHINGTON, D.C. 20001

DENVER CO 802

03 APR 2020 PM 5 L

APR 1 3 2020

USA FOREVER