IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case 1:19-cr-00018-ABJ

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| ROGER J. STONE, JR., | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of undersigned counsel Paul D. Kamenar as additional counsel to Defendant in the above-captioned case.

Respectfully submitted,

*/s/ Paul D. Kamenar*
Paul D. Kamenar
D.C. Bar #914200
1629 K Street, N.W.
Suite 300
Washington, DC  20006
pdkamenar@aol.com
(301) 257-9435

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April 2020, the foregoing Notice of Appearance was served via this Court's Electronic Case Filing System upon all parties of record.

*/s/Paul D. Kamenar*