UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    v.        1:19-cr-00018-ABJ

ROGER J. STONE, JR.,

    Defendant.

_____

**NOTICE OF APPEAL**

| | |
|---|---|
| Appellant: | Roger J. Stone |
| | 1045 NE 18th Avenue, Unit 101 |
| | Fort Lauderdale, FL 33304 |
| Appellant's Attorney: | Seth Ginsberg |
| | Attorney at Law |
| | 299 Broadway, Suite 1405 |
| | New York, New York 10007 |

Offense: 18 U.S.C. § 1505; 18 U.S.C. § 1001(a)(2); 18 U.S.C. § 1512(b)(1)

Concise statement of judgment or order, giving date, and any sentence: (1) Judgment in a Criminal Case, entered February 20, 2020, imposing sentence on Count One: 40 months incarceration; Counts Two-Six: 12 months incarceration to run concurrent to Count One; Count Seven: 18 months incarceration to run concurrent to Count One; 24 months supervised release; and a fine of $20,000.00.  (2) Order and Memorandum Opinion, entered April 16, 2020, denying defendant's amended motion for new trial [Dkt. # 313].

Name of institution where now confined, if not on bail: Defendant Remains on Bail

I, Roger Stone, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment and order, the sentence imposed, and all underlying orders.

Date:  April 30, 2020        Roger J. Stone
        APPELLANT

FPD, No Fee _____
CJA, No Fee _____        /s/ Seth Ginsberg
Paid USDC Fee  _x_____        ATTORNEY
Paid USCA Fee _____
Does counsel wish to appear on appeal? Yes
Has counsel ordered transcripts? Yes
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes, in part.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 30, 2020, I electronically filed the foregoing with the Clerk of Court using CM/ECF and thereby served it upon all parties in the action.

*/s/ Seth Ginsberg*
Seth Ginsberg
Attorney at Law
299 Broadway, Suite 1405
New York, New York 10007
917-885-3375
srginsberg@mac.com