**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA,**

        **v.**                           **Criminal Action No. 19-cr-18 (ABJ)**

**ROGER J. STONE, JR.,**

              **Defendant.**

## <u>PROPSED ORDER</u>

      The Court, having considered Defendant Roger J. Stone, Jr.'s Unopposed Motion To Extend Surrender Date, finds good cause to extend Stone's deadline for voluntary surrender to the Bureau of Prisons to serve the sentence imposed in this action.  Defendant suffers from significant medical conditions that put him at high risk of serious complications from COVID-19, which would be considerably heightened in a prison facility.  Accordingly, Defendant requests that his surrender date be extended from June 30, 2020 until September 3, 2020.  The Court is informed that the government does not oppose this application.

      Based on the foregoing, it is hereby ordered that Roger J. Stone, Jr.'s Unopposed Motion To Extend Surrender Date until September 3, 2020 is GRANTED.

                                  _____
                                  AMY BERMAN JACKSON
                                  United States District Judge

DATE:  June \_\_, 2020