

**Redaction Key**
L = BOP-1
D = BOP-2
St = BOP-3
Sh = BOP-4
K = BOP-5

>>> St␇␇␇␇␇  4/17/2020 3:33 PM >>>
Perfect, I've made it for 6/30/20 for Mr. Stone, and I'll let L␇ know.

>>> K␇␇␇␇␇  4/17/2020 3:05 PM >>>
D␇ and Sh␇␇ both said end of June is great.

>>> St␇␇␇␇␇ 4/17/2020 1:07 PM >>>
Hello,
The judge has ruled on Roger Stone's motion for a new trial. On April 16, 2020 she denied his motion.
The attorney called and spoke w/L␇␇␇␇␇␇, who relayed the info to me this morning. There are concerns regarding his health, and requesting a VS Date in June. I do not see an issue with this, & he does have quite a few medical issues that make him high risk to the COVID, but I wanted to make sure I let you know before I adjust the VS date and/or if you need to brief D␇ on this one as well. Please let me know either way, and if you want me to give a specific date, etc. I am adjusting the Order that I retrieved from Pacer. Thanks!!