

**From:** **Seth Ginsberg** srginsberg@mac.com
**Subject:** Roger Stone #19579-104
**Date:** June 1, 2020 at 1:54 PM
**To:** gra-dsc/teamalpha@bop.gov

Dear Hugue

I respectfully request that the BOP extend the surrender date of the above-referenced inmate from June 30, 2020 until September 30, 2020, or any interim date that the BOP deems appropriate.

The basis for this request is that Stone is at high risk from serious complications from a COVID-19 infection due to his health issues, which you and I discussed and which are detailed in his Presentence Report.  We have not previously requested an extension of his surrender date and the sentencing court did not set a date but rather left it to the discretion of the BOP.

Stone is a non-violent, first-time offender who poses no risk of flight or danger to the community. Accordingly, on balance, we respectfully submit that an adjustment of his surrender date is warranted, given the circumstances.

Alternatively, it is requested that the BOP designate Stone to serve his sentence on home confinement to minimize the danger that he would face if infected with COVID-19.

I am available to discuss these issues at your convenience and may be reached on my mobile number, ███████████.

Respectfully,

Seth Ginsberg
Attorney at Law
299 Broadway, Suite 1405
New York, NY 10007
████████ (mobile)
212-227-6655 (office)
646-607-8597 (fax)
**Please Do Not Send Mail Requiring Timely Attention to Office Address**