UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | Crim. Action No. 19-0018 (ABJ) |
| ROGER J. STONE, JR., | ) | |
| Defendant. | ) | |

### ORDER

For the reasons set forth in the sealed memorandum opinion entered on this date, it is hereby **ORDERED** that defendant's Unopposed Motion to Extend Surrender Date [Dkt. # 381] is **GRANTED IN PART**. It is **ORDERED** that the defendant's date to surrender to the Bureau of Prisons will be extended for another fourteen days, until July 14, 2020. This affords the defendant seventy-five days beyond his original report date. It is **FURTHER ORDERED** that during that time, defendant's conditions of release will be modified to include the condition of home confinement in accordance with the Attorney General's memorandum and the strong medical recommendation submitted to the Court by the defense. Pretrial Services may monitor his compliance through any appropriate electronic or nonelectronic means selected in its discretion in accordance with its current practices, which may include such methods as SmartLINK or Voice Recognition. This will address the defendant's stated medical concerns during the current increase of reported cases in Florida, and Broward County in particular, and it will respect and protect the health of other inmates who share defendant's anxiety over the potential introduction and spread of the virus at this now-unaffected facility.

The Court is of the view that the sealed memorandum opinion could be unsealed in its entirety because while it refers to sealed pleadings, it does not identify any medical condition or conditions or contain any private medical information. The parties must inform the Court by June 29, 2020 whether they agree that the memorandum opinion may be unsealed, and if not, what portions should be redacted and why.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE:  June 26, 2020