UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROGER J. STONE, JR.,<br><br>            Defendant. | Criminal No. 19-cr-18-ABJ |

**GOVERNMENT'S RESPONSE TO COURT'S**
**JUNE 26, 2020 MINUTE ORDER (ECF NO. 390)**

On June 26, 2020, the Court issued a Minute Order, ECF No. 390, granting in part and denying in part defendant Roger J. Stone's Unopposed Motion to Extend Surrender Date, ECF No. 381. The Minute Order was accompanied by a sealed Memorandum Opinion explaining the Court's reasons. The Government agrees with the Court "that the sealed memorandum opinion could be unsealed in its entirety because while it refers to sealed pleadings, it does not identify any medical condition or conditions or contain any private medical information." Minute Order, ECF No. 390. The Memorandum Opinion should promptly be unsealed without redaction.

Respectfully submitted,

MICHAEL R. SHERWIN
N.Y Bar No. 4444188
Acting United States Attorney for the
District of Columbia

By: */s/ J.P. Cooney*
J.P. COONEY, D.C. Bar #494026
Assistant United States Attorney
Chief, Fraud & Public Corruption Section
Phone: 202-252-7281

*/s/ John D. Crabb*
JOHN D. CRABB JR., N.Y. Bar #2367670
Assistant United States Attorney
Chief, Criminal Division

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading was served via ECF to counsel for the defendant, Roger J. Stone, on June 27, 2020.

*/s/ J.P. Cooney*
J.P. COONEY, D.C. Bar No. 494026
Assistant United States Attorney
Chief, Fraud & Public Corruption Section