# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

|  |  |
|---|---|
| **v.** | **Criminal Action No. 19-cr-18 (ABJ)** |

**ROGER J. STONE, JR.,**

      **Defendant.**

---

### ROGER J. STONE, JR.'s RESPONSE TO
### COURT'S JUNE 26, 2020 MINUTE ORDER

Roger J. Stone, Jr. consents to the unsealing of the Court's Sealed Memorandum

Opinion, dated June 26, 2020 (Dkt. # 389).

Dated:  June 26, 2020

Respectfully Submitted,

| | |
|---|---|
| /s/ Seth Ginsberg | /s/ Grant J. Smith |
| SETH GINSBERG | GRANT J. SMITH |
| Attorney at Law | STRATEGYSMITH, PA |
| 299 Broadway, Suite 1405 | D.D.C. Bar No.: FL0036 |
| New York, New York 10007 | 401 East Las Olas Boulevard |
| 212-227-6655 | Suite 130-120 |
| 646-607-8597 (fax) | Fort Lauderdale, FL 33301 |
| srginsberg@mac.com | Telephone: (954) 328-9064 |
| Admitted *pro hac vice* | gsmith@strategysmith.com |