UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROGER J. STONE, JR.,<br><br>    Defendant. | Criminal No. 19-cr-18-ABJ |

## NOTICE OF EXECUTIVE GRANT OF CLEMENCY

On July 10, 2020, the President of the United States commuted the sentence imposed by the Court on of the defendant, Roger J. Stone, including the prison sentence, supervised release term, and unpaid portion of the fine. Roger J. Stone's felony convictions—for obstructing the United States Congress, making false statements, and tampering with a witness—still stand. A copy of the Executive Grant of Clemency is attached.

Respectfully submitted,

MICHAEL R. SHERWIN
N.Y Bar No. 4444188
Acting United States Attorney for the
District of Columbia

By: */s/ J.P. Cooney*
J.P. COONEY, D.C. Bar #494026
Assistant United States Attorney
Chief, Fraud & Public Corruption Section
Phone: 202-252-7281
Email: joseph.cooney@usdoj.gov

*/s/ John D. Crabb*
JOHN D. CRABB JR., N.Y. Bar #2367670
Assistant United States Attorney
Chief, Criminal Division

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading was served via ECF to counsel for the defendant, Roger J. Stone, on July 13, 2020.

> */s/ J.P. Cooney*
> J.P. COONEY, D.C. Bar No. 494026
> Assistant United States Attorney
> Chief, Fraud & Public Corruption Section