# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

*WHEREAS* **ROGER JASON STONE, JR.** was convicted, in the United States District Court for the District of Columbia on an indictment (Docket No. 1:19-cr-00018-ABJ-1), of violations of Sections 2, 1001(a)(2), 1505, and 1512(b)(1), Title 18, United States Code, for which a total sentence of 40 months' imprisonment; two years' supervised release; a twenty thousand dollar ($20,000) fine; and a seven hundred dollar ($700) special assessment was imposed on February 20, 2020; and

*WHEREAS* the said **ROGER JASON STONE, JR.** is presently confined to his home and under the supervision of the Pretrial Services Office; and

*WHEREAS* it has been made to appear that the ends of justice do not require the said **ROGER JASON STONE, JR.** to remain confined to his home or serve the said sentence, and the safety of the community will not be compromised if he is released from home confinement and clemency is granted:

NOW, THEREFORE, BE IT KNOWN that I, **DONALD J. TRUMP**, President of the United States of America, in consideration of the premises, divers other good and sufficient reasons me thereunto moving, do hereby grant clemency to the said **ROGER JASON STONE, JR.**: I commute the entirety of the prison sentence imposed upon the said **ROGER JASON STONE, JR.** to expire immediately; I also commute the entirety of the two-year term of supervised release with all its conditions; and finally, I remit any unpaid remainder of the $20,000 fine imposed.

**I HEREBY DESIGNATE**, direct, and empower, the Acting Pardon Attorney, as my representative, to deliver to the United States District Court for the District of Columbia and to the said **ROGER JASON STONE, JR.** a certified copy of this document as evidence of my action in order to carry into effect the terms of this grant.

**I ALSO DIRECT** the Pretrial Services Office, upon receipt of this warrant, to effect immediately the release of the said **ROGER JASON STONE, JR.**, from supervision, and all conditions imposed, including home confinement, with all possible speed.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington in the District of Columbia this* **10** *day of* **July** *in the Year of Our Lord Two Thousand and Twenty and of the Independence of the United States the Two Hundred and Forty-fifth.*

**DONALD J. TRUMP**
**President**