__ITZHAK BAK__

June 23, 2020

District Judge Amy Berman Jackson
The U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

*File as letter*

*Leave to file GRANTED*

*Amy B. Jackson        Date*
*United States District Judge*

Re: United States v. Roger Stone
Case No. 1:19-cr-00018-ABJ

Dear Judge Jackson:

    I am writing to you in the hope that you might reconsider allowing Roger Stone to serve his sentence at home during these challenging and uncertain times. During sentencing you stressed the point that the "truth does matter". While I agree with you, I must admit that I am here today writing to a Federal Judge because during WWII my grandfather engaged in untruths which ultimately saved his family from being sent to Auschwitz. He bribed the local chief of police of the small village they lived in Poland. That police officer came to my grandfather the night before he was to put my family on the train to the gas chambers, loaded the entire family unto a truck and drove them to the Russian boarder to safety. The police chief engaged in untruth against the local government and saved my family. In our own country lets not forget that many good citizens helped smuggle slaves to safety using the Underground Railroad. These heroes of the day were engaged in untrue behavior towards the Government. They broke the law of the day.

    Our government is not without fault. Roger Stone's testimony before congress should be afforded some level of protest. The truth must be judged on a sliding scale when dealing with government officials who themselves do not follow the same law. Mr. Stone is certainly a very animated character but he is not malicious.

    Please reconsider allowing Roger Stone to serve his sentence at home at least during the appeal process.

Respectfully,

Itzhak Bak