# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 20-3033**  **September Term, 2019**

1:19-cr-00018-ABJ-1

**Filed On: August 19, 2020** [1857196]

United States of America,

    Appellee

    v.

Roger Jason Stone, Jr.,

    Appellant

## M A N D A T E

In accordance with the order of August 19, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

                BY:    /s/
                            Amanda Himes
                            Deputy Clerk

Link to the order filed August 19, 2020

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 20-3033**  **September Term, 2019**

1:19-cr-00018-ABJ-1

**Filed On:** August 19, 2020

United States of America,

    Appellee

v.

Roger Jason Stone, Jr.,

    Appellant

## O R D E R

Upon consideration of appellant's unopposed motion to dismiss this appeal and the affidavit in support thereof, it is

**ORDERED** that the motion be granted and this case be dismissed.  See D.C. Circuit Handbook of Practice and Internal Procedures 35 (2019).

The Clerk is directed to issue the mandate forthwith.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
            Amanda Himes
            Deputy Clerk