# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 20-3033**             **September Term, 2019**

1:19-cr-00018-ABJ-1

**Filed On:** August 19, 2020

United States of America,

    Appellee

v.

Roger Jason Stone, Jr.,

    Appellant

### O R D E R

Upon consideration of appellant's unopposed motion to dismiss this appeal and the affidavit in support thereof, it is

**ORDERED** that the motion be granted and this case be dismissed. See D.C. Circuit Handbook of Practice and Internal Procedures 35 (2019).

The Clerk is directed to issue the mandate forthwith.

           **FOR THE COURT:**
           Mark J. Langer, Clerk

    BY:    /s/
           Amanda Himes
           Deputy Clerk